**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: January 2, 2025 | DC Docket #: 1:23-md-3089 |
| Docket #: 24-3296 | DC Court: EDNY (BROOKLYN) |
| Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litigation | Trial Judge - Brian M. Cogan |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.