# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigat   Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Colleen Carey Gulliver

Firm: DLA Piper LLP (US)

Address: 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104

Telephone: 212.335.4500    Fax: 212.335.4501

E-mail: colleen.gulliver@us.dlapiper.com

Appearance for: Bayer HealthCare LLC/Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Christopher G. Campbell/DLA Piper LLP (US) (pro hac vice application pending) )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Colleen Carey Gulliver