### ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigation          Docket Number: 24-3296

**Personal Contact Information:**

Client 1:

Name REDACTEDREDACTED

Address: REDACTEDREDACTED

Telephone: REDACTED          Fax:

Email: REDACTEDREDACTED

Client 2:

Name:

Address:

Telephone:          Fax:

Email:

Client 3:

Name:

Address:

Telephone:          Fax:

Email:

Client 4:

Name:

Address:

Telephone:          Fax:

Email:

Client 5:

Name:

Address:

Telephone:          Fax:

Email: