# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigation    Docket No.: 24-3296

Lead Counsel of Record (name/firm) or Pro se Party (name): Hannah Y.S. Chanoine / O'Melveny & Myers LLP

Appearance for (party/designation): Defendant-Appellee Johnson & Johnson Consumer Inc.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
       Parties:
( ) Incorrect.   Please change the following parties' designations:
       Party                                   Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                                    Fax:
Email:

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on March 11, 2024    OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Hannah Y. Chanoine
Type or Print Name: Hannah Y. Chanoine
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.