## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigation   Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jason Zarrow

Firm: O'Melveny & Myers LLP

Address: 400 South Hope Street, Suite 1900, Los Angeles, CA 90071

Telephone: 213-430-6000   Fax:

E-mail: jzarrow@omm.com

Appearance for: Defendant-Appellee Johnson & Johnson Consumer Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Hannah Chanoine and Bruce Crawford / O'Melveny & Myers LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 13, 2022   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Jason Zarrow

Type or Print Name: Jason Zarrow