## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigation          Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Bruce Crawford

Firm: O'Melveny & Myers LLP

Address: 1301 Avenue of the Americas, Suite 1700, New York, NY 10019

Telephone: 212-326-2000          Fax:

E-mail: bcrawford@omm.com

**Appearance for:** Defendant-Appellee Johnson & Johnson Consumer Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☑ Additional counsel (co-counsel with: Hannah Chanoine and Jason Zarrow / O'Melveny & Myers LLP )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Bruce Crawford

Type or Print Name: Bruce Crawford