## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigation      Docket No.: 24-3296

Lead Counsel of Record (name/firm) or Pro se Party (name): Robert W. Sparkes, III / K&L Gates LLP

Appearance for (party/designation): Defendants-Appellees Amazon.com, Inc. and Amazon.com Services LLC

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
     Parties: _____
( ) Incorrect.  Please change the following parties' designations:
     Party                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Robert W. Sparkes, III
Firm: K&L Gates LLP
Address: One Congress Street, Suite 2900, Boston, MA 02114-2010
Telephone: (617) 951-9134      Fax: (617) 261-3175
Email: robert.sparkes@klgates.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 05/04/2020 _____ OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Robert W. Sparkes, III
Type or Print Name: Robert W. Sparkes, III
          OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.