**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigat    Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Christopher G. Campbell (lead counsel)

Firm: DLA Piper LLP (US)

Address: 1201 W. Peachtree St. NW, Ste. 2800, Atlanta, GA 30305

Telephone: 404.736.7800    Fax: 404.682.7800

E-mail: christopher.campbell@us.dlapiper.com

Appearance for: Bayer HealthCare LLC/Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Colleen Carey Gulliver/DLA Piper LLP (US) )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☑ I applied for admission on January 2, 2025 .

Signature of Counsel: _Chris G. Campbell_ _____

Type or Print Name: Christopher G. Campbell