NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICE LITIGATION   Docket No.: 24-3296

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Daniel B. Rogers

Firm: Shook, Hardy & Bacon L.L.P.

Address: 201 S. Biscayne Blvd., Suite 3200, Miami, FL 33131

Telephone: (305) 358-5171 or (305) 960-6968   Fax: (305) 358-7470

E-mail: drogers@shb.com

Appearance for: Publix Super Markets, Inc. an Appellee/Defendant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: N/A (Lead Counsel) _____)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: *DDBR* (signature)

Type or Print Name: Daniel B. Rogers