## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litig.   Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Robert W. Sparkes, III

Firm: K&L Gates LLP

Address: One Congress Street, Suite 2900, Boston, MA  02114

Telephone: (617) 951-9134          Fax: (617) 261-3175

E-mail: robert.sparkes@klgates.com

Appearance for: Amazon.com, Inc. and Amazon.com Services LLC / Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: N/A (Lead Counsel) _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 05/04/2020 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Robert W. Sparkes, III

Type or Print Name: Robert W. Sparkes, III