# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In Re: Oral Phenylephrine Marketing and Sales Practices Litig.  **Docket No.:** 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Tamar S. Wise, Esq.

**Firm:** Cozen O'Connor

**Address:** 3 WTC, 175 Greenwich Street, 55th Floor, New York, NY 10007

**Telephone:** 212-883-4924     **Fax:** 646-461-2054

**E-mail:** TWise@cozen.com

**Appearance for:** The Kroger Co.; Harris Teeter, LLC; and Harris Teeter Supermarkets / Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: N/A (Lead Cousel) )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 1/25/22     OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Tamar S. Wise

**Type or Print Name:** Tamar S. Wise