UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3296

**Caption [use short title]**

**Motion for:** Removal of Appeal from Expedited Appeals Calendar and to Set Briefing Schedule (Joint)

In re: Oral Phenylephrine Marketing and Sales Practices Litigation

Set forth below precise, complete statement of relief sought:

(1) Removal of this appeal from the Court's Expedited Appeals Calendar and 2) to set a briefing schedule

**MOVING PARTY:** Appellants and Appellees (Joint Motion)
**OPPOSING PARTY:** Joint Motion

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☒ Appellee/Respondent

**MOVING ATTORNEY:** Andrew Soukup
**OPPOSING ATTORNEY:** Jonathan Selbin

[name of attorney, with firm, address, phone number and e-mail]

Covington & Burling LLP, One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000; asoukup@cov.com

Lieff, Cabraser, Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500; jselbin@lchb.com

Court-Judge/Agency appealed from: Eastern District of New York (Cogan, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Andrew Soukup  **Date:** January 10, 2025  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

No. 24-3296

In Re: Oral Phenylephrine Marketing and Sales Practices Litigation

## JOINT MOTION FOR REMOVAL OF APPEAL FROM EXPEDITED APPEALS CALENDAR AND TO SET BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rules 27.1(f) and 31.2(b)(2), Plaintiffs-Appellants and Defendants-Appellees jointly move for the removal of this appeal from the Court's Expedited Appeals Calendar ("XAC"), and to set a new briefing schedule.

On January 2, 2025, the Clerk of the Court issued a Notice of Expedited Appeal. Dkt. No. 16. That schedule set February 6, 2025 as the deadline for Plaintiffs-Appellants' opening brief and March 13, 2025 as the deadline for Defendants-Appellees' response brief. *Id.*

Local Rule 31.2(b)(2) provides that, "promptly" after the Clerk notifies the parties that a case has been placed on the XAC, any party, "for good cause shown, may move to remove the case from the XAC."

Plaintiffs-Appellants and Defendants-Appellees have met-and-conferred and jointly and respectfully submit that good cause exists for removing this appeal from

the XAC. *First*, the number of parties involved in this appeal, and the time and effort needed to coordinate amongst the relevant entities on both sides of this appeal, render this case poorly suited for the XAC. This appeal stems from an order dismissing all claims in an industry-wide MDL which consolidated nearly 100 cases brought by various plaintiffs across the country with separate counsel and filed against multiple defendants.[1] As in the district court, the parties will endeavor to brief and argue this case as efficiently as possible. But given the sheer numbers of entities and their counsel involved, Plaintiffs-Appellants and Defendants-Appellees both require additional time to coordinate their efforts among their respective sides. The expedited briefing schedule set forth in the Notice of Expedited Appeal will therefore cause hardship for Plaintiffs-Appellants and Defendants-Appellees alike.

*Second*, this appeal does not involve the type of dismissal for which the XAC was designed. *See* Hon. Jon O. Newman, Report: The Second Circuit's Expedited Appeals, 80 BROOK. L. REV. 429, 429–30 (2015) (explaining that the Court's expedited appeals calendar was created in response to the more rigorous pleading standards required by the Supreme Court so that cases in which the new pleading standards were misapplied could be returned more quickly to the district court). While this appeal is from a judgment dismissing for failure to state a claim, that

---

[1] The operative complaint that is the subject of this appeal was filed against fifteen defendants.

2

dismissal was based on the resolution of legal questions—namely, the district court's holding that Plaintiffs' state-law claims were expressly preempted by federal law and that Plaintiffs' RICO claims were barred by the indirect purchaser rule—rather than a failure to plead sufficient facts.

For the foregoing reasons, Plaintiffs-Appellants and Defendants-Appellees submit that good cause exists to remove this case from the XAC.

If this case is removed from the XAC, Plaintiffs-Appellants and Defendants-Appellees respectfully request that the Court enter the following briefing schedule:

- Plaintiffs-Appellants' Brief: March 12, 2025
- Defendants-Appellees' Brief: May 16, 2025
- Plaintiffs-Appellants' Reply Brief: June 16, 2025

DATED: January 10, 2025                Respectfully submitted:


**For Plaintiffs-Appellants:**

| | |
|---|---|
| Bryan F. Aylstock<br>**AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC**<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>Tel: 850-202-1010<br>baylstock@awkolaw.com<br><br>Kiley L. Grombacher<br>**BRADLEY/GROMBACHER LLP**<br>31365 Oak Crest Drive, Suite | /s/ *Jonathan D. Selbin*<br>Jonathan D. Selbin<br>**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>250 Hudson Street, 8th Floor New York, New York 10013 Tel: 212-355-9500<br>jselbin@lchb.com<br><br>James E. Cecchi<br>**CARELLA BYRNE CECCHI** |

3

240 Westlake Village, California 91361 Tel: 866-881-0403
kgrombacher@bradleygrombacher.com

Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor Chicago, Illinois 60602
Tel: 312-214-7900
alevitt@dicellolevitt.com

Michael A. London
**DOUGLAS & LONDON P.C.**
59 Maiden Lane – 6th Floor
New York, New York 10038
Tel: 212-566-7500
mlondon@douglasandlondon.com

Jason P. Sultzer
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza Ste. 200 Poughkeepsie, New York 12601 Tel: 845-244-5595
sultzerj@thesultzerlawgroup.com

**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068 Tel: 973-994-1700
jcecchi@carellabyrne.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Tel: 630-273-2625
beth@feganscott.com

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660 Tel: 888-546-8799
cseeger@seegerweiss.com

Lindsey N. Scarcello
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300 Kansas City, Missouri 64112 Tel: 816-701-1102
lscarcello@wcllp.com

*Plaintiffs' Interim Class Counsel and Executive Committee*

Sarah N. Wescot
**BURSOR & FISHER, P.A.**
701 Brickell, Suite 1420
Miami, Florida 33131
Tel: 305-330-5512
swescot@bursor.com

Shireen M. Clarkson
**CLARKSON LAW FIRM P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: 213-788-4050
sclarkson@clarksonlawfirm.com

Kelsey L. Stokes
**FLEMING, NOLAN, and JEZ P.C.**
2800 Post Oak Blvd. Suite 6000
Houston, Texas 77056
Tel: 713-621-7944
kstokes@fleming-law.com

Cari C. Laufenberg
**KELLER ROHRBACK, LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
claufenberg@kellerrohrback.com

Laura S. Dunning
**LEVIN PAPANTONIO RAFFERTY PROCTOR BUCHANAN O'BRIAN BARR MOUGEY, P.A.**
316 South Baylen Street Pensacola, Florida 32502
Tel: 850-435-7000
ldunning@levinlaw.com

Michael A. Sacchet
**CIRESI CONLIN LLP**
225 South 6th Street, #4600
Minneapolis, MN 55402
Tel: 612-361-8200
MAS@CiresiConlin.com

Adam J. Zapala
**COTCHETT, PITRE, & MCCARTHY, LLP**
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Tel: 650-697-6000
azapala@cpmlegal.com

Darren T. Kaplan
**KAPLAN GORE LLP**
346 Westbury Ave., Ste. 200 Carle Place, New York 11514
Tel: 212-999-7370
dkaplan@kaplangore.com

Jordan E. Jacobson
**KESSLER, TOPAZ, MELTZER & CHECK LLP**
280 King of Prussia Road Radnor, Pennsylvania 19087
Tel: 484-270-1488
jjacobson@ktmc.com

Frederick S. Longer
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Tel: 215-592-1500
flonger@lfsblaw.com

5

Marlene J. Goldenberg
**NIGH, GOLDENBERG, RASO & VAUGHN PLLC**
14 Ridge Square NW Third Floor Washington D.C. 20016
Tel: (202) 792-7927
mgoldenberg@nighgoldenberg.com

Stuart A. Davidson
**ROBINS GELLER RUDMAN & DOWD LLP**
225 Mizner Boulevard, Suite 720 Boca Raton, Florida 33432
Tel: 561-750-3000
SDavidson@rgrdlaw.com

Melanie H. Muhlstock
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, New York 11050 Tel: 516-466-6500
mmuhlstock@yourlawyer.com

*Plaintiffs' Steering Committee*

**For Defendants-Appellees:**

/s/ Andrew Soukup
Andrew Soukup
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
asoukup@cov.com

*Attorney for Defendant-Appellee The Procter & Gamble Company*

/s/ Jay P. Lefkowitz
Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

6

Telephone: (212) 446-4800
lefkowitz@kirkland.com

*Attorney for Defendant-Appellee Haleon US Holdings LLC*

/s/ *Cara D. Edwards*
Cara D. Edwards
Colleen Carey Gulliver
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone: (212) 335-4500
cara.edwards@us.dlapiper.com
colleen.gulliver@us.dlapiper.com

Christopher G. Campbell
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 736-7800
christopher.campbell@us.dlapiper.com

*Attorneys for Defendant-Appellee Bayer HealthCare, LLC*

/s/ *Hannah Y. Chanoine*
Hannah Y. Chanoine
Bruce P. Crawford
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
hchanoine@omm.com
bcrawford@omm.com

Jason Zarrow

7

O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
jzarrow@omm.com

*Attorneys for Defendant-Appellee Johnson & Johnson Consumer Inc.*


/s/ *James L. Bernard*
James L. Bernard
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3121
james.bernard@hoganlovells.com

*Attorney for Defendant-Appellee RB Health (US) LLC*

/s/ *Robert W. Sparkes*
Robert W. Sparkes, III
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Telephone: (617) 261-3100
robert.sparkes@klgates.com

*Attorney for Defendants-Appellees Amazon.com, Inc. and Amazon.com Services LLC*


/s/ *Daniel B. Rogers*
Daniel B. Rogers
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Boulevard Suite 3200
Miami, FL 33131
Telephone: (305) 358-5171

8

drogers@shb.com

*Attorney for Defendant-Appellee Publix Super Markets, Inc.*

/s/ Mark J. Lesko
Mark J. Lesko
GREENBERG TRAURIG, LLP
2317 Montauk Highway
Bridgehampton, NY 11932
Telephone: (631) 994-2400
mark.lesko@gtlaw.com

*Attorney for Defendants-Appellees CVS Pharmacy Inc., Target Corporation, Walgreen Co., and Walmart Inc.*

/s/ Tamar S. Wise
Tamar S. Wise
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Telephone: (212) 883-4924
twise@cozen.com

*Attorney for Defendants-Appellees Harris Teeter Supermarkets, Inc., Harris Teeter LLC, and The Kroger Co.*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 480 words, exclusive of the portions exempted by Fed. R. App. P. 32(f).

January 10, 2025                             */s/ Andrew Soukup*
                                             Andrew Soukup

                                             *Attorney for Defendant-Appellee*
                                             *The Procter & Gamble Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

January 10, 2025                                      */s/ Andrew Soukup*
                                                                            Andrew Soukup