## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigation  Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Amy Laurendeau

Firm: O'Melveny & Myers LLP

Address: 610 Newport Center Drive, 17th Floor, Newport Beach, CA 92660

Telephone: 949-823-6900          Fax:

E-mail: alaurendeau@omm.com

Appearance for: Defendant-Appellee Johnson & Johnson Consumer Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Hannah Chanoine, Jason Zarrow, and Bruce Crawford / O'Melveny & Myers LLP )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

### CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☑ I applied for admission on January 10, 2025.

Signature of Counsel: /s/ Amy Laurendeau

Type or Print Name: Amy Laurendeau