## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In Re: Oral Phenylephrine Marketing and Sales Practices Litig.    **Docket No.:** 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Richard Fama, Esq.

**Firm:** Cozen O'Connor

**Address:** 3 WTC, 175 Greenwich Street, 55th Floor, New York, NY 10007

**Telephone:** 212-908-1229    **Fax:** 866-263-1334

**E-mail:** Rfama@cozen.com

**Appearance for:** The Kroger Co.; Harris Teeter, LLC; and Harris Teeter Supermarkets / Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Tamar S. Wise, Esq./ Cozen O'Connor )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 1/10/25    OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Richard Fama

**Type or Print Name:** Richard Fama

(1 of 1), Page 1 of 1    Case: 24-3296, 01/15/2025, DktEntry: 42.1, Page 1 of 1