# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigation   Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Amy Laurendeau

Firm: O'Melveny & Myers LLP

Address: 610 Newport Center Drive, 17th Floor, Newport Beach, CA 92660

Telephone: 949-823-6900    Fax:

E-mail: alaurendeau@omm.com

Appearance for: Defendant-Appellee Kenvue Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel:                                    )
(name/firm)

☐ Substitute counsel (replacing other counsel:                                    )
(name/firm)

☑ Additional counsel (co-counsel with: Christopher J. Schmidt / Bryan Cave Leighton Paisner, LLP and Hannah Chanoine, Jason Zarrow, and Bruce Crawford / O'Melveny & Myers LLP )
(name/firm)

☐ Amicus (in support of:                                    )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Amy Laurendeau

Type or Print Name: Amy Laurendeau