# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigation    Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Hannah Chanoine

Firm: O'Melveny & Myers LLP

Address: 1301 Avenue of the Americas, Suite 1700, New York, NY 10019

Telephone: 212-326-2000    Fax:

E-mail: hchanoine@omm.com

Appearance for: Defendant-Appellee Kenvue Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☒ Additional counsel (co-counsel with: Christopher J. Schmidt / Bryan Cave Leighton Paisner, LLP and Jason Zarrow, Amy Laurendeau, and Bruce Crawford / O'Melveny & Myers LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 11, 2024    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Hannah Chanoine

Type or Print Name: Hannah Chanoine