# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand twenty-five.

Before:     William J. Nardini,
                *Circuit Judge.*

---

Sandra Yousefzadeh, et al.

    Plaintiffs-Appellants,

v.

Johnson & Johnson Consumer Inc., RB Health (US) LLC, Target Corporation, Bayer Healthcare, LLC, a Delaware limited liability corporation, Walmart Inc., a Delaware corporation, CVS Pharmacy, Inc., a Delaware corporation, Walgreen Co., an Illinois corporation, The Procter & Gamble Company, Haleon US Holdings LLC, Publix Super Markets, Inc., Amazon.com, Inc., Amazon.com Services LLC, Kenvue, Inc., GlaxoSmithKline LLC,

    Defendants-Appellees.

**ORDER**

Docket Nos. 24-3296(L), 25-119(Con)

---

    The parties jointly move for the removal of this case from the Expedited Appeals Calendar. They also request that the Court approve their proposed briefing schedule.

    IT IS HEREBY ORDERED that the motion is GRANTED. The proposed briefing schedule is SO ORDERED. Appellants' opening brief is due March 12, 2025; Appellees' response brief is due May 16, 2025; and Appellants' reply brief is due June 16, 2025.

                                      For the Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

