# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re: Oral Phenylephrine Marketing and Sales Practices Litigation  **Docket No.:** 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Christopher M. Young

Firm: DLA Piper LLP (US)

Address: 4365 Executive Drive, Suite 1100, San Diego, CA 92121-2133

Telephone: 858.677.1400   Fax: 858.677.1401

E-mail: christopher.young@us.dlapiper.com

Appearance for: Bayer HealthCare LLC/Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Christopher G. Campbell/DLA Piper LLP, Cara. D Edwards/DLA Piper LLP, & Colleen C. Gulliver/DLA Piper LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Christopher M. Young

Type or Print Name: Christopher M. Young