# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In Re: Oral Phenylephrine Marketing and Sales Practices Litigation  **Docket No.:** 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Natsayi Z. Mawere

Firm: Reed Smith LLP

Address: 599 Lexington Avenue 22nd Floor, New York, NY 10022

Telephone: 212-549-4660   Fax: 212-521-5450

E-mail: nmawere@reedsmith.com

Appearance for: The Kroger Co.; Harris Teeter, LLC; and Harris Teeter Supermarkets / Defendants-Appellees
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Richard Fama, Esq. and Tamar S. Wise, Esq. / Cozen O'Connor)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Natsayi Z. Mawere

Type or Print Name: Natsayi Z. Mawere