NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Oral Phenylephrine Marketing and Sales Practice Lit.    Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Michael F. Healy

Firm: Shook, Hardy & Bacon L.L.P.

Address: 555 Mission Street, Suite 2300 San Francisco, CA 94105

Telephone: 415-544-1900    Fax: 415-391-0281

E-mail: mfhealy@shb.com

Appearance for: Publix Super Markets, Inc. an Appellee/Defendant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Daniel B. Rogers, Shook, Hardy & Bacon )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____    OR

☑ I applied for admission on 2/12/25 .

Signature of Counsel: *[signature: Mic F. Healy]*

Type or Print Name: Michael F. Healy