## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litig.    Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Dale Rose Goldstein

Firm: Greenberg Traurig, LLP

Address: One Vanderbilt Avenue, New York, New York 10017

Telephone: 212-801-6459    Fax:

E-mail: goldsteind@gtlaw.com

Appearance for: Defendants-Appellees: Albertsons Companies, Inc.; CVS Pharmacy Inc.; Target Corporation; Rite Aid Corporation; Costco Wholesale Corp.; Walgreen Co.; and Walmart Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Mark Lesko/Greenberg Traurig, LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 9, 2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: *Dale Goldstein*

Type or Print Name: Dale Rose Goldstein