UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-119

**Caption [use short title]**

**Motion for:** to Extend Briefing Schedule

In re: Oral Phenylephrine Marketing and Sales Practices Litigation

Set forth below precise, complete statement of relief sought:

Extend the briefing scheduling by fourteen (14) days:

Plaintiff-Appellant's Brief: March 26, 2025

Defendants-Appellees' Brief: May 30, 2025

Plaintiff-Appellant's Reply Brief: June 30, 2025

**MOVING PARTY:** Plaintiff-Appellant Newton's Pharmacy, Inc.    **OPPOSING PARTY:** Defendants-Appellees

☐ Plaintiff      ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Joe P. Leniski, Jr.    **OPPOSING ATTORNEY:** Andrew Soukup

[name of attorney, with firm, address, phone number and e-mail]

Herzfeld, Suetholz, Gastel, Leniski & Wall PLLC    Covington & Burling LLP, One City Center

223 Rosa L. Parks Ave., Ste. 300, Nashville, TN 37203    850 Tenth Street, NW, Washington, DC 20001-4956

(615) 800-6225; joey@hsglawgroup.com    (202) 662-6000; asoukup@cov.com

Court- Judge/ Agency appealed from: Eastern District of New York (Cogan, J)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes    ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?    ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**

Joe P. Leniski, Jr. Digitally signed by Joe P. Leniski, Jr. Date: 2025.03.05 08:56:46 -06'00'    **Date:** March 5, 2025    Service: ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

No. 25-119

---

In Re: Oral Phenylephrine Marketing and Sales Practices Litigation

---

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Local Rules 27.1(f), Plaintiff-Appellant Newton's Pharmacy, Inc. ("Newton's Pharmacy"), by and through undersigned counsel, hereby files this unopposed Motion to Extend the Briefing Schedule in this appeal (25-119) by fourteen (14) days, such that the resulting briefing deadlines would be as follows:

- Plaintiff-Appellant Newton's Pharmacy's Brief: March 26, 2025

- Defendants-Appellees' Brief: May 30, 2025

- Plaintiff-Appellant Newton's Pharmacy's Reply Brief: June 30, 2025

In support of this Motion, Plaintiff-Appellant Newton's Pharmacy, Inc. states that it timely filed its Notice of Appeal with the Second Circuit in this matter (25-119) on January 10, 2025 (Dkt. 1). That same day, Plaintiff-Appellants and Defendant-Appellees in a related appeal (24-3296, which had been docketed with the United States Court of Appeals for the Second Circuit nearly a month earlier) filed their Joint Motion for Removal of Appeal from Expedited Appeals Calendar

and to Set Briefing Schedule proposed by the parties (Matter 24-3296, Dkt. 39). That briefing schedule had Appellants' opening brief due March 12, 2025; Appellees' response brief due May 16, 2025, and Appellants' reply brief due June 16, 2025. *Id*. On January 16, 2025, Plaintiff-Appellant Newton's Pharmacy, Inc.'s appeal (25-119) was docketed with the United States Court of Appeals for the Second Circuit and was subsequently consolidated with the related matter (24-3296) on January 16, 2025 (Dkt. 6 and 7). On January 24, 2025, the Second Circuit granted the Joint Motion filed in appeal 24-3296 and adopting those parties' proposed briefing schedule and applying it to the consolidated matter which now included appeal 25-119. (*See* Dkt. 10).

Under these circumstances, Counsel for Plaintiff-Appellant Newton's Pharmacy, Inc. respectfully submits that good cause exists for extending its deadline for filing its opening Appellant brief by fourteen (14) days, to March 26, 2025. *First*, Plaintiff-Appellant was not a party to the Joint Motion filed on January 10, 2025, and was not involved in the negotiations over a proposed briefing schedule. *Second*, Plaintiff-Appellant Newton's Pharmacy, Inc.'s appeal (25-119) was not docketed until January 16, 2025, six days after the Joint Motion and nearly one month after the docketing of related appeal 24-3296. *Third*, although the order setting the new briefing schedule was entered on January 24, 2025, Plaintiff-Appellant Newton's Pharmacy, Inc. had yet to file its Acknowledgement and Notice of Appearance, Civil

Appeal Pre-Argument Statement (Form C), and Civil Appeal Transcript Information (Form D), which it completed on January 28, 2025 (Dkts. 12-14). *Fourth*, although its appeal has been consolidated with related appeal 24-3296 because both are appeals from a common judgment dismissing for failure to state a claim, Plaintiff-Appellant Newton's Pharmacy, Inc.'s appeal is wholly distinct because it concerns the district court's denial of its motion for relief from judgment under Fed. R. Civ. P. 60(b), which is not a subject of the related appeal.

Counsel for Plaintiff-Appellant Newton's Pharmacy, Inc. has conferred with counsel for both Plaintiffs-Appellants in appeal 24-3296 and the Defendants-Appellees, and both groups have indicated that they do not oppose this Motion.

For the foregoing reasons, Plaintiff-Appellant Newton's Pharmacy, Inc. respectfully asks the Court to extend the briefing scheduling in appeal 25-119 by fourteen (14) days, and respectfully request that the Court enter the following briefing schedule:

- Plaintiff-Appellant Newton's Pharmacy's Brief: March 26, 2025
- Defendants-Appellees' Brief: May 30, 2025
- Plaintiff-Appellant Newton's Pharmacy's Reply Brief: June 30, 2025

Dated: March 5, 2025                    Respectfully submitted:

**For Plaintiff-Appellant:**

*/s/ Joe P. Leniski, Jr.*
Joe P. Leniski, Jr.
HERZFELD, SUETHOLZ, GASTEL, LENISKI
   AND WALL PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, Tennessee 37203
joey@hsglawgroup.com
(615) 800-6225

Alyson S. Beridon
HERZFELD, SUETHOLZ, GASTEL, LENISKI
   AND WALL PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
alyson@hsglawgroup.com
(513) 381-2224

*Attorneys for Plaintiff-Appellant Newton's Pharmacy, Inc*.

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2)(A) and 32, I hereby certify that the foregoing motion complies with the type-volume limitations because it contains 555 words, exclusive of the portions exempted by Fed. R. App. P. 32(f) and was prepared in Microsoft Word with 14-point Times New Roman typeface, a proportionally-spaced typeface.

March 5, 2025 */s/ Joe P. Leniski, Jr.*
Date Joe P. Leniski, Jr.