## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re: Oral Phenylephrine Marketing and Sales Practice Litigation     **Docket No.:** 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Samuel Issacharoff

Firm:

Address: 40 Washington Square South 411J, New York, NY 10012

Telephone: 212-998-6580     Fax:

E-mail: sil3@nyu.edu

**Appearance for:** Plaintiffs-Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jonathan D. Selbin / Lieff Cabraser Heimann & Bernstein LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Samuel Issacharoff

Type or Print Name: Samuel Issacharoff