# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of March, two thousand twenty-five.

Before:      William J. Nardini,
                  *Circuit Judge.*

Sandra Yousefzadeh, et al.

      Plaintiffs-Appellants,

v.

Johnson & Johnson Consumer Inc., RB Health (US) LLC, Target Corporation, Bayer Healthcare, LLC, a Delaware limited liability corporation, Walmart Inc., a Delaware corporation, CVS Pharmacy, Inc., a Delaware corporation, Walgreen Co., an Illinois corporation, The Procter & Gamble Company, Haleon US Holdings LLC, Publix Super Markets, Inc., Amazon.com, Inc., Amazon.com Services LLC, Kenvue, Inc., GlaxoSmithKline LLC, Rite Aid Corporation, Albertsons Companies, Inc., Costco Wholesale Corp.,

      Defendants-Appellees.

**ORDER**

Docket Nos. 24-3296(L), 25-119(Con)

      Appellant Newton's Pharmacy, Inc. moves for a 14-day extension of the briefing schedule.

      IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' opening briefs are due March 26, 2025. Appellees' response briefs are due May 30, 2025. Appellants' reply briefs are due June 30, 2025.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

