## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re: Oral Phenylephrine Marketing and Sales Practices Litigat     **Docket No.:** 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** James E. Cecchi

**Firm:** Carella Byrne Cecchi Brody & Agnello, P.C.

**Address:** 5 Becker Farm Road, Roseland, NJ 07068

**Telephone:** 973-994-1700     **Fax:**

**E-mail:** jcecchi@carellabyrne.com

**Appearance for:** Plaintiffs-Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Jonathan D. Selbin / Lieff Cabraser Heimann & Bernstein, LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/28/23     OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/James E. Cecchi

**Type or Print Name:** James E. Cecchi