## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In Re: Oral Phenylephrine Marketing and Sales Practices Litigation  **Docket No.:** 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David M. Zionts

Firm: Covington & Burling LLP

Address: 850 10th Street NW, Washington DC 20001

Telephone: (202) 662-5987    Fax: (202) 778-5987

E-mail: dzionts@cov.com

Appearance for: Defendant/Appellee The Procter & Gamble Co.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Andrew Soukup / Covington & Burling LLP )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2020-04-23    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ David M. Zionts

Type or Print Name: David M. Zionts