## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: __In re: Oral Phenylephrine Marketing and Sales Practices Litig.__   Docket No.: __24-3296__

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: __Elizabeth A. Fegan__

Firm: __Fegan Scott LLC__

Address: __150 S. Wacker Dr., 24th Floor, Chicago, IL 60606__

Telephone: __(312) 741-1019__   Fax: __(312) 264-0100__

E-mail: __beth@feganscott.com__

Appearance for: __Plaintiffs-Appellants__
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: __Jonathan D. Selbin/Lieff Cabraser Heimann & Bernstein LLP__)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: __/s/ Elizabeth A. Fegan__

Type or Print Name: __Elizabeth A. Fegan__