# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litigation   Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Christopher A. Seeger

Firm: Seeger Weiss LLP

Address: 55 Challenger Road, 6th Floor, Ridgefield Park, NJ 07660

Telephone: (973) 639-9100   Fax: (973) 679-8656

E-mail: cseeger@seegerweiss.com

Appearance for: Plaintiffs-Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☒ Additional counsel (co-counsel with: Jonathan D. Selbin / Lieff Cabraser Heimann & Bernstein, LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/29/2020   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Christopher A. Seeger

Type or Print Name: Christopher A. Seeger