## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litig.    Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kiley L. Grombacher, Esq.

Firm: Bradley/Grombacher LLP

Address: 31365 Oak Crest Drive, Suite 240, Westlake Village, CA 91361

Telephone: 805-270-7100    Fax:

E-mail: kgrombacher@bradleygrombacher.com

**Appearance for:** Plaintiffs-Appellants

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )

(name/firm)

☑ Additional counsel (co-counsel with: Jonathan D. Selbin/Lieff Cabraser Heimann & Bernstein LLP )

(name/firm)

☐ Amicus (in support of: _____ )

(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Kiley Grombacher

Type or Print Name: Kiley L. Grombacher