# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re: Oral Phenylephrine Marketing and Sales Practices Litigation

**Docket No.:** 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

- **Name:** Jason P. Sultzer
- **Firm:** Sultzer & Lipari, PLLC
- **Address:** 85 Civic Center Plaza, Suite 200, Poughkeepsie, NY 12601
- **Telephone:** 845-483-7100
- **Fax:** 888-749-7747
- **E-mail:** sultzerj@thesultzerlawgroup.com
- **Appearance for:** Plaintiffs-Appellants (party/designation)

**Select One:**

- [ ] Substitute counsel (replacing lead counsel: _____) (name/firm)
- [ ] Substitute counsel (replacing other counsel: _____) (name/firm)
- [✓] Additional counsel (co-counsel with: Jonathan D. Selbin / Lieff Cabraser Heimann & Bernstein, LLP) (name/firm)
- [ ] Amicus (in support of: _____) (party/designation)

## CERTIFICATION

I certify that:

- [✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2/14/2023 OR
- [ ] I applied for admission on _____.

**Signature of Counsel:** /s/ Jason P. Sultzer

**Type or Print Name:** Jason P. Sultzer