# 24-3296-cv

## United States Court of Appeals
### *for the*
## Second Circuit

SANDRA YOUSEFZADEH, *et al.*,

*Plaintiffs-Appellants,*

*(For Continuation of Caption See Inside Cover)*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## JOINT APPENDIX
## Volume 2 of 4 (Pages A-292 to A-583)

JONATHAN D. SELBIN
LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
(212) 355-9500
jselbin@lchb.com

ADAM J. LEVITT
DICELLO LEVITT LLP
Ten North Dearborn Street, 6th Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com

SAMUEL ISSACHAROFF
*Counsel of Record*
40 Washington Square South 411J
New York, New York 10012
(212) 998-6580
sil3@nyu.edu

– and –

ELIZABETH A. FEGAN
FEGAN SCOTT LLC
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
(630) 273-2625
beth@feganscott.com

*Attorneys for Plaintiffs-Appellants (Please See Inside Cover
for Full List of Plaintiffs-Appellants)*

*(For Continuation of Appearances See Inside Cover)*

GWEN THOMAS, RHONDA NITTO,

*Plaintiffs*,

– v. –

JOHNSON & JOHNSON CONSUMER INC., RB HEALTH (US) LLC, TARGET CORPORATION, BAYER HEALTHCARE, LLC, a Delaware limited liability corporation, WALMART INC., a Delaware corporation, CVS PHARMACY, INC., a Delaware corporation, WALGREEN CO., an Illinois corporation, THE PROCTER & GAMBLE COMPANY, HALEON US HOLDINGS LLC, PUBLIX SUPER MARKETS, INC., AMAZON.COM, INC., AMAZON.COM SERVICES LLC, KENVUE, INC., GLAXOSMITHKLINE LLC, RITE AID CORPORATION, ALBERTSONS COMPANIES, INC. COSTCO WHOLESALE CORP.,

*Defendants-Appellees,*

DOES 1-200, GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC, RECKITT BENCKISER LLC, MERCK, MCNEIL CONSUMER HEALTHCARE, SANOFI-AVENTIS U.S. LLC, CHURCH & DWIGHT CO. INC., ASSOCIATED WHOLESALE GROCERS INC, VALU MERCHANDISERS CO., PFIZER INC., PERRIGO COMPANY PLC, HELEN OF TROY LIMITED, DIERBERGS MARKETS, INC., RECKITT BENCKISER PHARMACEUTICALS INC., THE KROGER CO., HARRIS TEETER, LLC, HARRIS TEETER SUPERMARKETS, INC., DOLGENCORP, INC., FAMILY DOLLAR, LLC,

*Defendants.*

---

*(Continued from Cover Page 1)*

JAMES E. CECCHI
CARELLA, BYRNE, CECCHI, BRODY
   & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
jcecchi@carellabyrne.com

– and –

KILEY L. GROMBACHER
BRADLEY/GROMBACHER LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
(866) 881-0403
kgrombacher@bradleygrombacher.com

CHRISTOPHER A. SEEGER
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, New Jersey 07660
(973) 639-9100
cseeger@seegerweiss.com

– and –

JASON P. SULTZER
SULTZER & LIPARI, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
(845) 483-7100
sultzerj@thesultzerlawgroup.com

– and –

LINDSEY N. SCARCELLO
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
(816) 701-1100
lscarcello@wcllp.com

*Plaintiffs' Interim Class Counsel and Executive Committee*

*Attorneys for Plaintiffs-Appellants Sandra Yousefzadeh, Kaycie Coppock, Cody Morgan, Erin Barton, Hannah De Preist, Anthony DeRosa, John Coyle, individually and on behalf of all others similarly situated, Kimberly Buscaglia, Kamonica McWhite, Michael Walker, Eduardo Flores, Anntwanette Jones, Daniel Calzado, Keith Mortuiccio, Pedro Urena, Robyn Cronin, Timothy Butler 309172, Archanatep Boonparn, Chioma Ozuzu, Kenneth Levi Pack, Min Ji Jung, Steve Audelo, Natalie Juneau, Robert Fichera, Francis W. Catanese, Samuel Gallo, Kristin DePaola, Cathy Kleiman, Richard Scoffier, Annette Striegel, Martha A. Page, Emily Cohen, Janet Jones, Lateef Murdock, Gwen Lewi, Marcel Perez Pirio, Lane Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, Lauren DeBeliso, Lorette Kenney, Daniel Heaghney, Amanda Thorns, Scott Collier, Andrew Isom, John Jeffrey Bader, Brian Lloyd Fireng, Carrie Diane Huff, Joseph Samuel Sorge, Joshua Edward Sorge, Christine Ann Waters, Christopher McPhee, Justin Vorise, Krista Wright, Jordan Nelson, Regina Peralta, Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, Hollie Verdi, Tiffany Travis, Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, Tina Haluszka, Heather Fong, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, Anthony Rogers, Jamieka Holmes, Mari Jones, Michele Kasparie, Kimberly James, Greg Enriquez, Rachel Parker, Darrell Wayne Grimsley, Jr., Krystal Rampalli, Daryl Means, Jacob Reinkraut, Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, Cece Davenport, Claudette Sanes, Daniel Flick, Janis Zimmerman, Rose Riccio, Andrea Wilson, Richard Chavez, Kathleen Emmons, Nathan Jackson, James Hsieh, Dominic Rio, Mohanad Abdelkarim, Steven Checchia, Tamula Chamberlain, Stacy Rankin, Harold Nyanjom, Frizell Johnson, Ruben Varela, Joy Taylor, Anthony Coleman, Natasha Hernandez, Jessica Thompson, Emily Hansen, Sommer Milous, Andrew Gutierrez, Rebecca Lynn Reyes, Sierra Vent, Hector Valdes, Joanne Silva, Shelby Noviskis, James Carrigan, Shawn L. Thomas, Charles Geoffrey Woods, John Jeffrey Ward, Ruta Taito, Dr. Karen Schwartz, Thomas Lewis, Dena Fichot, Pamela Joyner, Sharon Rourk, Izabel Pena-Venegas, Beverly Ward, Abby Jergins, Bill Jergins, Archi Hipkins, Christine Harrison, Viva Cohen, Joey Cohen, William Bryan, Jack Hinsberger, Nancy Welharticky, Robert Housman, Jay Valinsky, Rethea Morris, Robert Haid, Michael Folks, Sharon Manier, Stan Szrajer, Achorea Tisdale, Marisol Scharon, Haley Hadden, Bonnie Van Noy, John Boswell, Mohamad Tlaib, Donald Krist, Tina Tuominen, Paul Mateer, William Mitchell and Bethany Childers*

JASON ZARROW
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071
(213) 430-6000

– and –

BRUCE P. CRAWFORD
HANNAH Y. CHANOINE
O'MELVENY & MYERS LLP
1301 Avenue of the Americas,
   Suite 1700
New York, New York 10019
(212) 326-2000

– and –

AMY J. LAURENDEAU
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
(949) 823-6900

*Attorneys for Defendants-Appellees
   Johnson & Johnson Consumer Inc.
   and Kenvue, Inc.*

CHRISTOPHER G. CAMPBELL
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309
(404) 736-7800

– and –

CARA D. EDWARDS
COLLEEN CAREY GULLIVER
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

– and –

CHRISTOPHER M. YOUNG
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121
(858) 677-1400

*Attorneys for Defendant-Appellee Bayer
   Healthcare, LLC, a Delaware limited
   liability corporation*

ALYSON STEELE BERIDON
HERZFELD SUETHOLZ GASTEL LENISKI
   AND WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224
alyson@hsglawgroup.com

– and –

JOE P. LENISKI, JR.
HERZFELD SUETHOLZ GASTEL LENISKI
   AND WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, Tennessee 37203
(615) 800-6225
joey@hsglawgroup.com

*Attorneys for Plaintiff-Appellant
   Newton's Pharmacy, Inc.*

NILDA ISIDRO
DALE R. GOLDSTEIN
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9200

– and –

MARK J. LESKO
GREENBERG TRAURIG, P.A
2317 Montauk Highway
Bridgehampton, New York 11932
(631) 994-2400

*Attorneys for Defendants-Appellees
   Target Corporation, Walmart Inc., a
   Delaware corporation, CVS
   Pharmacy, Inc., a Delaware
   corporation and Walgreen Co., an
   Illinois corporation*

MICHAEL F. HEALY
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
(415) 544-1900

ANDREW SOUKUP
DAVID ZIONTS
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Attorneys for Defendant-Appellee*
  *The Procter & Gamble Company*

JAY P. LEFKOWITZ
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

*Attorneys for Defendants-Appellees*
  *Haleon US Holdings LLC and*
  *GlaxoSmithKline LLC*

JAMES BERNARD
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
(212) 918-3000

*Attorneys for Defendant-Appellee*
  *RB Health (US) LLC*

CHRISTOPHER J. SCHMIDT
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000

*Attorneys for Defendant-Appellee*
  *Kenvue, Inc.*

– and –

DANIEL B. ROGERS
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Boulevard,
  Suite 3200
Miami, Florida 33131
(305) 358-5171

*Attorneys for Defendant-Appellee*
  *Publix Super Markets, Inc.*

ROBERT W. SPARKES, III
JENNIFER J. NAGLE
K&L GATES LLP
One Congress Street, Suite 2900
Boston, Massachusetts 02114
(617) 261-3100

*Attorneys for Defendants-Appellees*
  *Amazon.com, Inc. and Amazon.com*
  *Services, LLC*

NATSAYI Z. MAWERE
REED SMITH LLP
599 Lexington Avenue 22nd Floor
New York, New York 10022
(212) 521-5400

– and –

RICHARD FAMA
TAMAR S. WISE
COZEN O'CONNOR
Three World Trade Center
175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 509-9400

*Attorneys for Defendants-Appellees The*
  *Kroger Co., Harris Teeter, LLC and*
  *Harris Teeter Supermarkets, Inc.*

i

# TABLE OF CONTENTS

**Page**

District Court Docket Entries ................................... A-1

Order Governing Plaintiffs' Initial Streamlined
    Consolidated Complaint and Defendants' Motion
    to Dismiss in Response, dated April 16, 2024 ....... A-131

Initial Streamlined Consolidated New York
    Bellwether Class Action Complaint, dated
    May 3, 2024 ............................................ A-134

    Exhibit A to Class Action Complaint -
    Class Action Complaint – PE [Phenylephrine]
    Products Collection of Labels as Purchased by
    Plaintiffs................................................ A-256

Amended Order Governing Initial Streamlined
    Consolidated Class Action Complaint and
    Defendants' Motion to Dismiss in Response,
    dated May 16, 2024 ................................. A-1152

Notice of Appeal, dated December 9, 2024 ............... A-1156

    Exhibit A to Notice of Appeal -
    List of Plaintiffs Appealing ................................... A-1160

    Exhibit B to Notice of Appeal -
    Order Entering Judgment, dated
    November 12, 2024
    (Reproduced herein at pp. SPA-18-SPA-20)

    Exhibit C to Notice of Appeal -
    Memorandum Decision and Order (Document
    Relates to All Actions), dated October 29, 2024
    (Reproduced herein at pp. SPA-1-SPA-17)

ii

**Page**

Newtown's Pharmacy, Inc.'s Notice of Appeal,
    dated January 10, 2025 ........................................  A-1164

A-292

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 37 of 70 PageID #: 2478





A-293

**Active ingredients        Purpose**
(in each 30 mL)

Acetaminophen 650 mg.................Pain reliever/
                                                      fever reducer

Dextromethorphan HBr 20 mg...Cough suppressant
Guaifenesin 400 mg...................................Expectorant
Phenylephrine HCl 10 mg......Nasal decongestant

## Uses
- temporarily relieves the following cold/flu symptoms:
  - minor aches and pains
  - headache          - sore throat
  - nasal congestion  - cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

▶

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,

▶

## Drug Facts (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

▶

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**

## Drug Facts (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right

A-294

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days

away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Drug Facts (continued)

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

## Drug Facts (continued)

### Other information
- each 30 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARNING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

## Drug Facts (continued)

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**TYLENOL®**
COLD + FLU SEVERE

How can we help?
℘ 1-877-895-3665

Acetaminophen
(650 mg per 30 mL)
Dextromethorphan HBr
(20 mg per 30 mL)
Guaifenesin
(400 mg per 30 mL)
Phenylephrine HCl
(10 mg per 30 mL)

8 fl oz (240 mL)

Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021

30049845

A-295

# Mucinex Maximum Strength Sinus-Max® Day & Night

## -liquid gels

## -RB Health (USA) LLC

A-296



A-297

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 42 of 70 PageID #: 2483



## Drug Facts

**Active ingredients (in each liquid gel) Purposes**

**Mucinex SINUS-MAX DAY**

Acetaminophen 325 mg......................**Pain reliever**
Dextromethorphan HBr 10 mg...........Cough suppressant
Guaifenesin 200 mg.................................Expectorant
Phenylephrine HCl 5 mg...............Nasal decongestant

**Active ingredients (in each liquid gel) Purposes**

**Mucinex SINUS-MAX NIGHT**

Acetaminophen 325 mg......................**Pain reliever**
Dextromethorphan HBr 10 mg...........Cough suppressant
Doxylamine succinate 6.25 mg.................Antihistamine
Phenylephrine HCl 5 mg...............Nasal decongestant

### Uses
■ temporarily relieves:
- ■ nasal congestion    ■ headache    ■ cough
- ■ minor aches and pains
- ■ sinus congestion and pressure
- ■ runny nose and sneezing *(NIGHT only)*
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- ■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- ■ liver disease    ■ heart disease    ■ diabetes
- ■ high blood pressure    ■ thyroid disease
- ■ trouble urinating due to an enlarged prostate gland
- ■ glaucoma *(NIGHT only)*    ▶

## Drug Facts (continued)
- ■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
- ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- ■ taking the blood thinning drug warfarin
- ■ taking sedatives or tranquilizers *(NIGHT only)*

**When using this product** ■ do not use more than directed
- ■ excitability may occur, especially in children *(NIGHT only)*
- ■ marked drowsiness may occur *(NIGHT only)*
- ■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
- ■ avoid alcoholic drinks *(NIGHT only)*
- ■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**Stop use and ask a doctor if**
- ■ nervousness, dizziness, or sleeplessness occur
- ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
- ■ fever gets worse or lasts more than 3 days
- ■ redness or swelling is present
- ■ new symptoms occur
- ■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- ■ do not take more than directed (see Overdose warning)
- ■ do not take more than 12 liquid gels in any 24-hour period
- ■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- ■ children under 12 years of age: do not use

### Other information
- ■ store at 20-25°C (68-77°F)    ■ avoid excessive heat

**Inactive ingredients (DAY only)** FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

**Inactive ingredients (NIGHT only)** D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

---

MAXIMUM STRENGTH

**Mucinex**
**SINUS-MAX**

DAY    NIGHT

Maximum strength per 4-hour dose

Do not take for Mucinex Sinus-Max DAY and NIGHT liquid gels at the same time. At most, each at least 4 hours before switching another dose of Mucinex Sinus-Max DAY. Do not take more than a total of 12 liquid gels in 24-hour period.

Take only as directed.

Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-298

# Mucinex Maximum Strength Fast-Max® Severe Congestion & Cough

## -liquid

## -RB Health (USA) LLC

A-299

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 44 of 70 PageID #: 2485



A-300

# Vicks DayQuil™ and NyQuil™ VapoCOOL SEVERE Maximum Strength Cold & Flu + Congestion Relief Liquid Co-Pack

## -Liquid

## -Procter & Gamble Company

A-301

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 46 of 70 PageID #: 2487



A-302

# CVS Health Daytime Cold & Flu Softgel

## -tablets

## -CVS Pharmacy Inc.

A-303



A-304

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 49 of 70 PageID #: 2490

# Pedro Urena

# - PE Products-

A-305

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 50 of 70 PageID #: 2491

# Alka-Seltzer Plus Severe Cold & Flu

## -effervescent tablets

## -Bayer HealthCare LLC

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 51 of 70 PageID #: 2492



A-307

# Theraflu Daytime Severe Cold Relief Berry Burst Flavor

## -Hot Liquid Powder

## -Haleon U.S. Holdings L.L.C.

### (f/k/a GSK Consumer Healthcare Holdings (US) LLC)

A-308

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 53 of 70 PageID #: 2494



A-309

# Vicks DayQuil™ SEVERE Maximum Strength Cold & Flu Daytime Relief -LiquiCaps

## -Procter & Gamble Company

A-310

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 55 of 70 PageID #: 2496



A-311

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 56 of 70 PageID #: 2497

# Kimberly McNulty

## -PE Products-

A-312

# up & up™ Daytime Severe Cold & Flu
# -Softgel

# -Target Corporation

A-313

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 58 of 70 PageID #: 2499



A-314

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 59 of 70 PageID #: 2500

# Walgreens Multi-Symptom Children's Cold
# -Liquid

## -Walgreens



A-316

**Walgreens Daytime Severe Cold & Flu Maximum Strength**

**-Liquid**

**- Walgreens**

A-317

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 62 of 70 PageID #: 2503





NDC 0363-5901-40

# Walgreens

Compare to the active ingredients in
Vicks® DayQuil® Severe Cold & Flu†

## DAYTIME · NON-DROWSY

# Severe
# Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER /
FEVER REDUCER
PHENYLEPHRINE HCl /
NASAL DECONGESTANT
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT

Maximum Strength

- Headache, fever, sore throat,
  minor aches & pains
- Chest congestion, thins &
  loosens mucus
- Nasal/sinus congestion,
  sinus pressure
- Cough

Honey flavor

## 12 FL OZ (355 mL)

≡ 53U40 94 F1

---

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2022 Walgreen Co.

ITEM 714466
W10107-0623-F
REV-0323
DO NOT USE IF PRINTED NECKBAND
IS TORN OR MISSING

### PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu
symptoms: ■ sinus congestion and pressure
■ nasal congestion ■ minor aches and
pains ■ headache ■ sore throat
■ fever ■ cough due to minor throat and bronchial irritation
■ reduces swelling of nasal passages ■ promotes nasal
and/or sinus drainage ■ temporarily restores freer breathing
through the nose ■ helps loosen phlegm (mucus) and thin
bronchial secretions to rid the bronchial passageways of
bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if ■ adult takes more than
4,000 mg of acetaminophen in 24 hours ■ child takes
more than 5 doses in 24 hours ■ taken with other drugs
containing acetaminophen ■ adult has 3 or more
alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include: ■ skin reddening
■ blisters ■ rash
If a skin reaction occurs,
stop use and seek medical
◄ help right away.

PEEL BACK AT
CORNER FOR MORE
INFORMATION

≡ 53U40 94 B2

---

## Drug Facts
(continued)

**Sore throat warning:** If sore throat
is severe, persists for more than 2 days,
is accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

**Do not use** ■ with any other drug
containing acetaminophen (prescription
or nonprescription). If you are not sure
whether a drug contains acetaminophen,
ask a doctor or pharmacist.
■ if you are now taking a prescription
monoamine oxidase inhibitor (MAOI)
(certain drugs for depression,
psychiatric, or emotional conditions, or
Parkinson's disease), or for 2 weeks
after stopping the MAOI drug. If you do
not know if your prescription drug
contains an MAOI, ask a doctor or
pharmacist before taking this product.
■ if you have ever had an allergic
reaction to this product or any of its
ingredients

---

## Drug Facts
(continued)

Stop use and ask a doctor if ■ you get
nervous, dizzy or sleepless ■ pain, nasal
congestion, or cough gets worse or lasts more than
5 days (children) or 7 days (adults) ■ fever gets
worse or lasts more than 3 days ■ redness or
swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache
that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health
professional before use.
**Keep out of reach of children. Overdose warning:**
In case of overdose, get medical help or contact a
Poison Control Center right away (1-800-222-1222).
Quick medical attention is critical for adults as well
as for children even if you do not notice any signs or
symptoms.

**Directions** ■ take only as directed – see
Overdose warning ■ only use the dose cup
provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |

A-318

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 63 of 70 PageID #: 2504



**Ask a doctor before use if you have**
■ liver disease  ■ heart disease
■ high blood pressure  ■ diabetes
■ thyroid disease  ■ cough that occurs with too much phlegm (mucus)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product** do not use more than directed ◄

children under 4 yrs | do not use

*Other information* ■ each 15 mL contains: sodium 15 mg ■ store at 20-25°C (68-77°F). Do not refrigerate.

*Inactive ingredients* anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C green #3, FD&C red #40, FD&C yellow #6, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

*Questions?* 1-800-719-5260

¹Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
² This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® and DayQuil®.

A-319

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 64 of 70 PageID #: 2505

# CVS Health Non-Drowsy Daytime Multi-Symptom Cold/Flu Relief

## -Softgels

## -CVS Pharmacy, Inc.

A-320

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 65 of 70 PageID #: 2506



**Drug Facts**

| Active Ingredients (in each softgel) | Purpose |
| --- | --- |
| Acetaminophen 325 mg ............................... | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg ...................... | Cough suppressant |
| Guaifenesin 200 mg ..................................... | Expectorant |
| Phenylephrine HCl 5 mg ............................... | Nasal decongestant |

**CVS Health.**  **CVS Health.**

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu*

Severe

**MAXIMUM STRENGTH**

# Daytime Softgels

**Severe Cold/Flu Relief**

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

Relieves:
Headache, Fever, Sore throat, Minor aches & pains, Cough, Chest congestion, Nasal/Sinus congestion & Sinus pressure

Non-drowsy
Alcohol free
Antihistamine free

Actual Size

**24 SOFTGELS**

THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.

#362042

LOT NO.
EXP DATE.

A-321

**CVS Health Children's Day + Nighttime Cold, Cough, + Congestion Relief Liquid Combo Pack**

**-Liquid**

**-CVS Pharmacy, Inc.**

A-322

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 67 of 70 PageID #: 2508



A-323

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 68 of 70 PageID #: 2509

# Tatyana Dekhtyar

## -PE Products-

A-324

# Advil Sinus Congestion & Pain

### -tablets

## -Haleon U.S. Holdings L.L.C.

**(f/k/a GSK Consumer Healthcare Holdings (US) LLC)**

A-325

Case 1:23-md-03089-BMC   Document 200-1   Filed 05/03/24   Page 70 of 70 PageID #: 2511



A-326

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 1 of 26 PageID #: 2512

# Bayer Healthcare LLC.

## ‐PE Product Labels –

Case 1:23-md-03089-BMC    Document 200-2    Filed 05/03/24    Page 2 of 26 PageID #: 2513



A-328

Case 1:23-md-03089-BMC    Document 200-2    Filed 05/03/24    Page 3 of 26 PageID #: 2514



FINISH AREA

FREE VARN

**Alka-Seltzer PLUS**

**COLD FORMULA**

SPARKLING ORIGINAL

35 EFFERVESCENT TABLETS
Do not use if pouch is torn or open





**Alka-Seltzer PLUS**

**COLD FORMULA**

SPARKLING ORIGINAL

Nasal Congestion
Runny Nose
Headache & Body Ache
Sore Throat
Sinus Pressure

Dist. by Bayer HealthCare LLC
Whippany, NJ 07981

Bayer, the Bayer Cross and Alka-Seltzer Plus
are registered trademarks of Bayer.

### Drug Facts

| Active ingredients (in each tablet) | Purposes |
|---|---|
| Aspirin 325 mg (NSAID)* | Pain reliever/fever reducer |
| | Antihistamine |
| Chlorpheniramine maleate 2 mg | Antihistamine |
| Phenylephrine bitartrate 7.8 mg ... | Nasal decongestant |

*nonsteroidal antiinflammatory drug

**Uses**
- temporarily relieves these symptoms due to a cold:
- minor aches and pains
- headache
- runny nose
- nasal and sinus congestion
- sneezing
- sore throat
- temporarily reduces fever

**Warnings**

Reye's syndrome: Children and teenagers who have or are recovering from chicken pox or flu-like symptoms should not use this product. When using this product, if changes in behavior with nausea and vomiting occur, consult a doctor because these symptoms could be an early sign of Reye's syndrome, a rare but serious illness.

Allergy alert: Aspirin may cause a severe allergic reaction which may include:
- hives
- facial swelling
- asthma (wheezing)
- shock

Stomach bleeding warning: This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you
- are age 60 or older
- have had stomach ulcers or bleeding problems
- take a blood thinning (anticoagulant) or steroid drug
- take other drugs containing prescription or nonprescription NSAIDs (aspirin, ibuprofen, naproxen, or others)
- have 3 or more alcoholic drinks every day while using this product
- take more or for a longer time than directed

### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
Do not use to sedate children.

**Do not use**
- if you are allergic to aspirin or any other pain reliever/fever reducer
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease, or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if**
- stomach bleeding warning applies to you
- you have a history of stomach problems, such as heartburn
- you have high blood pressure, heart disease, liver cirrhosis, or kidney disease
- you are taking a diuretic
- you have
  - asthma
  - diabetes
  - thyroid disease
  - glaucoma
  - difficulty in urination due to enlargement of the prostate gland
  - a breathing problem such as emphysema or chronic bronchitis
  - a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
- taking a prescription drug for
  - gout
  - diabetes
  - arthritis
- taking sedatives or tranquilizers

### Drug Facts (continued)

**When using this product**
- do not exceed recommended dosage
- excitability may occur, especially in children
- you may get drowsy
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- an allergic reaction occurs. Seek medical help right away.
- you experience any of the following signs of stomach bleeding
  - feel faint
  - vomit blood
  - have bloody or black stools
  - have stomach pain that does not get better
- pain or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- ringing in the ears or a loss of hearing occurs
- nervousness, dizziness, or sleeplessness occurs

If pregnant or breast-feeding, ask a health professional before use. It is especially important not to use aspirin during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- adults and children 12 years and over: take 2 tablets fully dissolved in 4 oz of water every 4 hours. Do not exceed 8 tablets in 24 hours or as directed by a doctor.
- children under 12 years: do not use

### Drug Facts (continued)

**Other information**
- each tablet contains: sodium 474 mg
- Phenylketonurics: Contains Phenylalanine 8.4 mg Per Tablet
- store at room temperature. Avoid excessive heat.

**Inactive ingredients** acesulfame potassium, anhydrous citric acid, aspartame, calcium silicate, dimethylpolysiloxane, docusate sodium, flavors, mannitol, povidone, sodium benzoate, sodium bicarbonate

**Questions or comments?** 1-800-986-0369
(Mon–Fri 9AM – 5PM EST)

Bayer

0 16500 53765 6

FPO 100% UPC

A-329

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 4 of 26 PageID #: 2515



Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 5 of 26 PageID #: 2516



A-331

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 6 of 26 PageID #: 2517



A-332

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 7 of 26 PageID #: 2518





A-333

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 8 of 26 PageID #: 2519



A-334

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 9 of 26 PageID #: 2520



A-335



RESTRICTED

A-336

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 11 of 26 PageID #: 2522





A-337

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 12 of 26 PageID #: 2523



A-338

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 13 of 26 PageID #: 2524



A-339

Cut Edge



**INSIDE of EC Flap**

### Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Day Liquid Gels

**Drug Facts** (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
● with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist
● if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
● if you have ever had an allergic reaction to this product or any of its ingredients
● in children under 12 years of age

**Ask a doctor before use if you have**
● liver disease   ● heart disease   ● high blood pressure
● thyroid disease   ● diabetes
● cough with excessive phlegm (mucus)
● difficulty in urination due to enlargement of the prostate gland
● persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the** blood thinning drug warfarin

### Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Night Liquid Gels

**Drug Facts** (continued)

**Do not use**
● with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist
● if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
● if you have ever had an allergic reaction to this product or any of its ingredients
● in children under 12 years of age

**Ask a doctor before use if you have**
● liver disease   ● heart disease   ● high blood pressure
● thyroid disease   ● diabetes   ● glaucoma
● cough with excessive phlegm (mucus)
● a breathing problem such as emphysema or chronic bronchitis
● difficulty in urination due to enlargement of the prostate gland
● persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
● taking the blood thinning drug warfarin
● taking sedatives or tranquilizers

A-340

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 15 of 26 PageID #: 2526



A-341

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 16 of 26 PageID #: 2527



A-342

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 17 of 26 PageID #: 2528



A-343

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 18 of 26 PageID #: 2529



A-344

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 19 of 26 PageID #: 2530



PARTIAL
GLUE
IST
6264
DAY NON-DROWSY
ACETAMINOPHEN / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Phenylephrine HCl / Nasal Decongestant
Nasal Congestion
Headache & Body Ache
Cough
Sore Throat
Sinus Pressure
12 LIQUID GELS (liquid filled capsules)
BAYER
NIGHT
ACETAMINOPHEN / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Doxylamine Succinate / Antihistamine
Phenylephrine HCl / Nasal Decongestant
Nasal Congestion
Headache & Body Ache
Cough
Runny Nose
Sore Throat
8 LIQUID GELS (liquid filled capsules)
1/2
3/4
Alka-Seltzer Plus® Maximum Strength
Night Cold & Flu Liquid Gels
Day Cold & Flu Liquid Gels
Drug Facts (continued)
Questions or comments? 1-800-986-0369
(Mon-Fri 9AM - 5PM EST)
PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org
0 16500 55531 5
LOT/EXP
Bayer
Maximum Strength Per 4 Hour Dose
Do not use if blister is cut or broken.
DOES NOT CONTAIN ASPIRIN
Made in Spain
© 2017 Bayer.
Dist. by:
Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, the Bayer Cross and Alka-Seltzer Plus are registered trademarks of Bayer.
86328264

A-346

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 21 of 26 PageID #: 2532



A-347

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 22 of 26 PageID #: 2533

☀ DAY NON-DROWSY

ACETAMINOPHEN / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Phenylephrine HCl / Nasal Decongestant

▸ Nasal Congestion
▸ Headache & Body Ache
▸ Cough
▸ Sore Throat
▸ Sinus Pressure

24 LIQUID GELS
Liquid-Filled Capsules

☾ NIGHT

ACETAMINOPHEN / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Doxylamine Succinate / Antihistamine
Phenylephrine HCl / Nasal Decongestant

▸ Nasal Congestion
▸ Headache & Body Ache
▸ Cough ▸ Runny Nose
▸ Sore Throat

16 LIQUID GELS
Liquid-Filled Capsules

LOT/EXP

Bayer

Maximum Strength Per 4 Hour Dose
Do not use if blister is cut or broken.
DOES NOT CONTAIN ASPIRIN

Made in Spain
© 2017 Bayer
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981

Bayer, the Bayer Cross and
Alka-Seltzer Plus are registered
trademarks of Bayer.

88332672

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Day Cold & Flu Liquid Gels
Alka-Seltzer Plus® Maximum Strength

Night Cold & Flu Liquid Gels
Alka-Seltzer Plus® Maximum Strength

Drug Facts (continued)

Other information
● store at room temperature. Avoid excessive heat above 40°C (104°F)

Inactive ingredients FD&C red #40, FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitol

Questions or comments? 1-800-986-0369
Mon-Fri 9AM - 5PM EST

0   16500 55588   9

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 23 of 26 PageID #: 2534



A-349

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 24 of 26 PageID #: 2535



A-350

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 25 of 26 PageID #: 2536



A-351

Case 1:23-md-03089-BMC   Document 200-2   Filed 05/03/24   Page 26 of 26 PageID #: 2537



### Drug Facts

**Active ingredients** (in each capsule)     **Purposes**

Acetaminophen 325 mg ........................ Pain reliever/ fever reducer

Dextromethorphan hydrobromide 10 mg ...... Cough suppressant

Doxylamine succinate 6.25 mg .................... Antihistamine

Phenylephrine hydrochloride 5 mg .............. Nasal decongestant

### Uses

- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes
- temporarily relieves these symptoms due to a cold:
  - nasal congestion
  - sinus congestion and pressure
  - headache
  - minor aches and pains
  - cough
- temporarily reduces fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**LIFT HERE**

### Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening
- blisters
- rash
- hives
- facial swelling
- asthma (wheezing)
- shock

If a skin or general allergic reaction occurs, stop use and seek medical help right away.

**Do not use to sedate children.**

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

A-352

# Bayer Healthcare LLC.

## -PE Product Labels –

### -continued

A-353

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 2 of 28 PageID #: 2539



A-354

Case 1:23-md-03089-BMC    Document 200-3    Filed 05/03/24    Page 3 of 28 PageID #: 2540



A-355

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 4 of 28 PageID #: 2541



A-356

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 5 of 28 PageID #: 2542



A-357

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 6 of 28 PageID #: 2543



A-358

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 7 of 28 PageID #: 2544



A-359

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 8 of 28 PageID #: 2545



A-360

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 9 of 28 PageID #: 2546



RESTRICTED

A-361

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 10 of 28 PageID #: 2547



A-362

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 11 of 28 PageID #: 2548





A-363

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 12 of 28 PageID #: 2549

INSIDE "LIFT HERE" FLAP





A-364

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 13 of 28 PageID #: 2550



A-365

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 14 of 28 PageID #: 2551



A-366

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 15 of 28 PageID #: 2552



A-367

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 16 of 28 PageID #: 2553



A-368

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 17 of 28 PageID #: 2554



A-369

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 18 of 28 PageID #: 2555



A-370

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 19 of 28 PageID #: 2556



**Do not take these products at the same time.**

## Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Day Liquid Gels

### Drug Facts

**Active ingredients** (in each capsule) — **Purposes**

Acetaminophen 250 mg ................. Pain reliever/fever reducer
Dextromethorphan hydrobromide 10 mg .... Cough suppressant
Guaifenesin 200 mg ........................................ Expectorant
Phenylephrine hydrochloride 5 mg ............... Nasal decongestant

### Uses

- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves these symptoms due to a cold or flu:
  - nasal congestion
  - sinus congestion and pressure
  - minor aches and pains
  - headache
  - cough
  - sore throat
- temporarily reduces fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take

## Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Night Liquid Gels

### Drug Facts

**Active ingredients** (in each capsule) — **Purposes**

Acetaminophen 325 mg ................. Pain reliever/fever reducer
Dextromethorphan hydrobromide 10 mg .... Cough suppressant
Doxylamine succinate 6.25 mg ...................... Antihistamine
Phenylephrine hydrochloride 5 mg ............... Nasal decongestant

### Uses

- temporarily relieves these symptoms due to a cold or flu:
  - minor aches and pains
  - headache
  - nasal and sinus congestion
  - cough
  - sore throat
  - runny nose
  - sneezing
- temporarily reduces fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen

A-371

- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

◄ LIFT HERE

- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening
- blisters
- rash
- hives
- facial swelling
- asthma (wheezing)
- shock

If a skin or general allergic reaction occurs, stop use and seek medical help right away.

## Cut Edge

3⅜

### Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Day Liquid Gels

**Drug Facts** (continued)

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening
- blisters
- rash
- hives
- facial swelling
- asthma (wheezing)
- shock

If a skin or general allergic reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
- cough with excessive phlegm (mucus)

### Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Night Liquid Gels

**Drug Facts** (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use to sedate children.**

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

A-372

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 21 of 28 PageID #: 2558



**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

0  16500 55954  2

**Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Day Liquid Gels**

**Drug Facts** (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not exceed recommended dosage**

Stop use and ask a doctor if
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition
- nervousness, dizziness, or sleeplessness occurs

If pregnant or breast-feeding, ask a health professional before use

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms

**Directions**
- do not take more than the recommended dose
- adults and children 12 years and over: take 2 capsules with water every 4 hours. Do not exceed 10 capsules in 24 hours or as directed by a doctor
- children under 12 years: do not use

**Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Night Liquid Gels**

**Drug Facts** (continued)

When using this product
- do not exceed recommended dosage
- may cause marked drowsiness
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

Stop use and ask a doctor if
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition
- nervousness, dizziness, or sleeplessness occurs

If pregnant or breast-feeding, ask a health professional before use

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms

**Directions**
- do not take more than the recommended dose
- adults and children 12 years and over: take 2 capsules with water every 4 hours. Do not exceed 10 capsules in 24 hours or as directed by a doctor
- children under 12 years: do not use

**Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Day Liquid Gels**

**Drug Facts** (continued)

Other information
- store at 15-25°C (59-77°F)

Inactive ingredients FD&C red #40, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitol-sorbitan solution, titanium dioxide

Questions or comments? 1 800 986 0369
(Mon-Fri 9AM - 5PM EST)

**Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Night Liquid Gels**

**Drug Facts** (continued)

Other information
- store at 15-25°C (59-77°F)

Inactive ingredients FD&C blue #1, D&C yellow #10, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitol sorbitan solution, titanium dioxide

Questions or comments? 1 800 986 0369
(Mon-Fri 9AM - 5PM EST)

Made in Spain
© 2017 Bayer.
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, the Bayer Cross and Alka-Seltzer Plus are registered trademarks of Bayer.

65/2975S4

Do not use if blister is cut or broken.

DOES NOT CONTAIN ASPIRIN

Bayer

LOT/EXP

LOT & EXP SEE AREA

A-373

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 22 of 28 PageID #: 2559



A-374

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 23 of 28 PageID #: 2560





**Drug Facts**

| Active ingredients (in each capsule) | Purposes |
|---|---|
| Acetaminophen 250 mg | Pain reliever/ fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms due to a cold:
  - nasal congestion
  - sinus congestion and pressure
  - headache                    ● minor aches and pains
  - cough                       ● sore throat
- temporarily restores freer breathing through the nose
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product ▶

LIFT HERE

**Drug Facts** (continued)

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening    ● blisters    ● rash    ● hives
- facial swelling    ● asthma (wheezing)    ● shock
If a skin or general allergic reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease    ● heart disease    ● high blood pressure
- thyroid disease    ● diabetes
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
- cough with excessive phlegm (mucus)

A-375

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 24 of 28 PageID #: 2561



A-376





0  16500 55530  8

20 LIQUID GELS (Liquid Filled Capsules)

☼ DAY NON-DROWSY

ACETAMINOPHEN / Pain Reliever - Fever Reducer
Dextromethorphan Hydrobromide - Cough Suppressant
Phenylephrine HCl / Nasal Decongestant

• Cough
• Nasal Congestion
• Headache & Body Ache
• Sore Throat
• Sinus Pressure

BAYER

6256    6256

Alka-Seltzer PLUS®

Cold & Flu

MAXIMUM STRENGTH

☼ DAY NON-DROWSY

Alka-Seltzer PLUS®

Cold & Flu

MAXIMUM STRENGTH

**Drug Facts**

**Active ingredients** (in each capsule) — **Purposes**

Acetaminophen 325 mg .................... Pain reliever/ fever reducer
Dextromethorphan hydrobromide 10 mg ....... Cough suppressant
Phenylephrine hydrochloride 5 mg .............. Nasal decongestant

**Uses**
• temporarily relieves these symptoms due to a cold or flu:
  • minor aches and pains       • headache
  • cough                       • sore throat
  • nasal and sinus congestion
• temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
  • more than 4,000 mg of acetaminophen in 24 hours
  • with other drugs containing acetaminophen
  • 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
  • skin reddening    • blisters    • rash      • hives
  • facial swelling    • asthma (wheezing)     • shock
If a skin or general allergic reaction occurs, stop use and seek medical help right away.    ►

◄ LIFT HERE

**Drug Facts** (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
• if you have ever had an allergic reaction to this product or any of its ingredients
• in children under 12 years of age

Ask a doctor before use if you have
• liver disease    • heart disease    • high blood pressure
• thyroid disease    • diabetes
• cough with excessive phlegm (mucus)
• difficulty in urination due to enlargement of the prostate gland
• persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not exceed recommended dosage                                    ▼

A-377

A-378

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 27 of 28 PageID #: 2564



A-379

Case 1:23-md-03089-BMC   Document 200-3   Filed 05/03/24   Page 28 of 28 PageID #: 2565







A-380

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 1 of 54 PageID #: 2566

# CVS Pharmacy, Inc.

## -PE Product Labels –

A-381



Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 3 of 54 PageID #: 2568



A-383

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 4 of 54 PageID #: 2569





A-384

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 5 of 54 PageID #: 2570



A-385

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 6 of 54 PageID #: 2571



A-386

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 7 of 54 PageID #: 2572



A-387

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 8 of 54 PageID #: 2573



Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 9 of 54 PageID #: 2574



A-389

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 10 of 54 PageID #: 2575



A-390



A-391



♥ CVS Health™

Compare to the active ingredients in Mucinex® Fast-Max® Cold, Flu & Sore Throat*

**ADULT**

NDC 69842-205-30

# Cold, Flu & Sore Throat

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**MAXIMUM STRENGTH**

**Multi-Symptom**
- Relieves headache fever & sore throat
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus

**For Ages 12 & Over**

6 FL OZ (180 mL)

16930 17 F1



**PARENTS:**
Learn about teen medicine abuse
[www.StopMedicineAbuse.org]

**Do not use if printed neckband is broken or missing.**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2016 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-16430

✔CVS Quality
Money Back Guarantee

#895139

**Drug Facts**

**Active ingredients** (in each 20 mL)    **Purposes**
Acetaminophen 650 mg.............Pain reliever/fever reducer
Dextromethorphan HBr 20 mg........................Cough suppressant
Guaifenesin 400 mg..................................................Expectorant
Phenylephrine HCl 10 mg......................Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms:
■ cough  ■ nasal congestion  ■ minor aches and pains  ■ headache
■ sore throat  ■ temporarily reduces fever  ■ temporarily promotes
nasal and/or sinus drainage  ■ helps loosen phlegm (mucus) and thin
bronchial secretions to rid the bronchial passageways of bothersome
mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver
damage may occur if you take  ■ more than 4,000 mg of acetaminophen
in 24 hours  ■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause
severe skin reactions. Symptoms may
include:  ■ skin reddening  ■ blisters
■ rash  If a skin reaction occurs, stop
■ use and seek medical help right away.

PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

16930 17 B1



**Drug Facts** (continued)

Sore throat warning: If sore throat is severe,
persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or
vomiting, consult a doctor promptly.

**Do not use**  ■ with any other drug containing
acetaminophen (prescription or nonprescription).
If you are not sure whether a drug contains
acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for depression,
psychiatric, or emotional conditions, or Parkinson's
disease), or for 2 weeks after stopping the MAOI drug.
If you do not know if your prescription drug contains
an MAOI, ask a doctor or pharmacist before taking
this product.  ■ if you have ever had an allergic
reaction to this product or any of its ingredients

**Ask a doctor before use if you have**  ■ liver
disease  ■ heart disease  ■ diabetes  ■ high
blood pressure  ■ thyroid disease  ■ trouble
urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with
smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use** if you are
taking the blood thinning drug warfarin

**When using this product do not use more than
directed**

Stop use and ask a doctor if  ■ nervousness,
dizziness or sleeplessness occur  ■ pain, nasal
congestion, or cough gets worse or
lasts more than 7 days  ■ fever gets
worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur  ■ cough
comes back or occurs with rash or
headache that lasts. These could be
signs of a serious condition.  ▶

**Drug Facts** (continued)

■ if pregnant or breast-feeding, ask a health
professional before use.
Keep out of reach of children.
Overdose warning: In case of overdose, get
medical help or contact a Poison Control Center
right away (1-800-222-1222). Quick medical
attention is critical for adults as well as for children
even if you do not notice any signs or symptoms.

**Directions**  ■ do not take more than
directed (see Overdose warning)  ■ do not
take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older:
20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**Other information**  ■ each 20 mL contains: sodium 7 mg
■ dosing cup provided  ■ store at 20-25°C
(68-77°F)  ■ do not refrigerate

**Inactive ingredients** anhydrous citric acid,
benzyl alcohol, edetate disodium, FD&C blue #1,
FD&C red #40, flavor, glycerin, propylene glycol,
purified water, sodium benzoate, sodium citrate,
sorbitol solution, sucralose, triethyl citrate,
xanthan gum

**Questions or comments?**
1-800-719-9260

*This product is not manufactured or
distributed by Reckitt Benckiser,
distributor of Mucinex® Fast-Max®
Cold, Flu & Sore Throat.

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 13 of 54 PageID #: 2578



A-393

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 14 of 54 PageID #: 2579



**CVS Health 44-617**

A-394

Case 1:23-md-03089-BMC    Document 200-4    Filed 05/03/24    Page 15 of 54 PageID #: 2580



Lot & Exp date
No print/No varnish

UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING
TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER

**♥CVS Health.**

Compare to the active ingredients in Mucinex® FAST-MAX® Congestion & Headache*

**MAXIMUM STRENGTH**

# Congestion & Headache

**ACETAMINOPHEN**
Pain reliever/Fever reducer

**GUAIFENESIN**
Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Multi-Symptom**
- Relieves headache & fever
- Relieves nasal & chest congestion
- Thins & loosens mucus

Actual Size

**30 CAPLETS**

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Drug Facts**

**Active ingredients (in each caplet)** — **Purpose**
Acetaminophen 325 mg — Pain reliever/Fever reducer
Guaifenesin 200 mg — Expectorant
Phenylephrine HCl 5 mg — Nasal decongestant

**Drug Facts (continued)**

**Warnings**

**Distributed by:**
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com®
1-800-SHOP CVS  V-19849

**CVS Quality**

0-R0ST-#19-01-H
0RRD3296I501

#927548

FPO 80%

UPC# 050428285107

X  XXXXXX XXXXXX  X

**Drug Facts (continued)**

**Drug Facts (continued)**

**Directions**

**Other information**

**Drug Facts (continued)**

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide.

**Questions or comments?** 1-800-426-9391

50544  •  0RGB0286I501

*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Mucinex®
FAST-MAX® Congestion & Headache.

A-396

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 17 of 54 PageID #: 2582



**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ you get nervous, dizzy or sleepless ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning
■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 41 mg
■ store at 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions or comments?** 1-800-719-9260

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2016 CVS/pharmacy
CVS.com® V-18430

0 50428 61239 2

♥ CVS
Health.

**Compare to the active ingredients in Vicks® DayQuil® Severe+VapoCOOL™***

NDC 59542-162-40

**Cooling Severe Daytime**

**COLD & FLU RELIEF**

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLEPHRINE HCl** - Nasal decongestant
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant

Relieves:
• Minor aches, pains & fever
• Nasal congestion & sinus pressure
• Cough
• Chest congestion

**ALCOHOL 10%**

12 FL OZ (355 mL)

**Drug Facts**

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores free breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen

■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ thyroid disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ diabetes ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ a sodium-restricted diet ▶

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 18 of 54 PageID #: 2583



**Drug Facts**

**Active ingredients (in each caplet)** — **Purpose**
Acetaminophen 325 mg .............................................. Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ..................................... Cough suppressant
Guaifenesin 200 mg ................................................... Expectorant
Phenylephrine HCl 5 mg .............................................. Nasal decongestant

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to relieve the smt and bronchial irritation ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores free breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not exceed recommended dose

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ fever gets worse or lasts more than 3 days ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

CVS Health

Compare to the active ingredients in Vicks® DayQuil® Severe+VapoCOOL™*

**PARENTS:** Learn important safety information.
www.CVSHealthLearning.org

## Cooling Severe Daytime

### COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLEPHRINE HCl** - Nasal decongestant
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant

Relieves:
• Minor aches, pains & fever
• Nasal congestion & sinus pressure
• Cough
• Chest congestion

24 CAPLETS      Actual Size

CVS Quality

A-398

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 19 of 54 PageID #: 2584



A-399



A-400



A-401

Case 1:23-md-03082-BMM   Document 200-4   Filed 05/01/24   Page 22 of 54 PageID #: 2587



**Drug Facts**

| Active Ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours. ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while taking this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts (continued)**

**Inactive Ingredients** croscarmellose sodium, D&C yellow #10 aluminum lake, FD&C blue #1 aluminum lake, FD&C blue #2 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-800-746-0206

**Drug Facts (continued)**

**Directions** ■ do not take more than directed – see overdose warning ■ do not exceed 4 caplets per 24 hours

| | adults and children 12 years and over | 2 caplets with water every 4 hours |
|---|---|---|
| | children under 12 years | do not use |

Store at 20-25°C (68-77°F).

DO NOT USE IF BLISTER UNIT IS BROKEN OR TORN

**♥ CVS Health.**

Compare to the active ingredients in Vicks® NyQuil® Severe+VapoCOOL™*

NDC 69842-413-62

# Cooling Severe Nighttime

## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLEPHRINE HCl** - Nasal decongestant
**DOXYLAMINE SUCCINATE** - Antihistamine
**DEXTROMETHORPHAN HBr** - Cough suppressant

**Relieves:**
• Minor aches, pains & fever
• Nasal congestion & sinus pressure
• Sneezing, runny nose
• Cough

**24 CAPLETS**

Actual Size

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
CVS.com® 1-800-SHOP CVS
V140430 *This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademark Vicks® NyQuil® Severe+VapoCOOL™.

**♥ CVS Quality**
Money Back Guarantee

#309295

0 50428 61405

**PARENTS:** Learn about teen medicine abuse.

72V62 17 C2

A-402

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 23 of 54 PageID #: 2588



A-403

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 24 of 54 PageID #: 2589



**Drug Facts**
(continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin ◀

**Drug Facts**
(continued)

**When using this product** ■ **do not use more than directed** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 42 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?**
**1-800-719-9260**

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil® Severe+ VapoCOOL™.

*ADHESIVE AREA • NO VARNISH • NO TYPE*
*NO COATING • NO VARNISH • NO TYPE*

*ADHESIVE AREA • NO VARNISH • NO TYPE*
*NO COATING • NO VARNISH • NO TYPE*

A-404

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 25 of 54 PageID #: 2590



A-405

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 26 of 54 PageID #: 2591



A-406



**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

**When using this product,** do not use more than directed.

Stop use and ask a doctor if • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Instead of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed
• only use the dose cup provided • do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each 30 mL contains: sodium 81 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** citric acid, D&C Yellow No.10, disodium edetate, FD&C Blue No. 1, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose

**Questions or comments?** 1-866-467-2748

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil™ Severe VapoCOOL™.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
**CVS.com℠** 1-800-SHOP CVS V-12431

**100% money back guaranteed.**
CVS.com/returnpolicy

♥**CVS**
Health.

Compare to the active ingredients in Vicks® DayQuil™ Severe ● VapoCOOL™**

**Cooling Severe Daytime**

**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**GUAIFENESIN-**
Expectorant
**PHENYLEPHRINE HCl-**
Nasal decongestant

Relieves: Minor aches & pains, Fever, Nasal congestion, Sinus pressure, Cough, Chest congestion

**COLD & FLU**

**12 FL OZ (354 mL)**

**Drug Facts**

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN.

| **Active ingredients (in each 30 mL)** | **Purpose** |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • minor aches & pains • headache • fever • sore throat • reduces swelling of nasal passages • temporarily restores free breathing through the nose • promotes nasal and/or sinus drainage • helps loosen phlegm (mucus) and thin the bronchial secretions to rid the body (mucus) and thin bronchial secretions and make coughs more productive.

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 4 doses in 24 hrs, which is the maximum daily amount for this product • taken with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • Skin reddening • Blisters • Rash

If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. • if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema • a sodium-restricted diet

72712CVSLR
UNVARNISHED AREA

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 28 of 54 PageID #: 2593



A-408

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 29 of 54 PageID #: 2594



A-409

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 30 of 54 PageID #: 2595



A-410

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 31 of 54 PageID #: 2596



A-411

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 32 of 54 PageID #: 2597





A-412

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 33 of 54 PageID #: 2598



**Drug Facts (continued)**

When using this product • do not use more than directed • excitability may occur, especially in children • marked drowsiness may occur • avoid alcoholic drinks • be careful when driving a motor vehicle or operating machinery • alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with each or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms

**Directions** • take only as directed

• only use the dose cup provided • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each 30 mL contains: sodium 81 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** citric acid, D&C Yellow No.10, disodium edetate, FD&C Blue No.1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose.

**Questions or comments?** 1-866-467-2748

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil™ Severe+VapoCOOL™.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-12431
100% money back guaranteed.
CVS.com/returnpolicy

LOT

B1417CVS/R

UNVARNISHED AREA

EXP

**❤ CVS Health.**

Compare to the active ingredients in Vicks® NyQuil™ Severe+VapoCOOL™*

**Cooling Severe Nighttime**

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**DOXYLAMINE SUCCINATE**
Antihistamine

**PHENYLEPHRINE HCl**
Nasal decongestant

Relieves: Minor aches & pains, Fever, Nasal congestion, Sinus pressure, Sneezing, Runny nose, Cough

COLD & FLU

12 FL OZ (354 mL)

**Drug Facts**

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN.

| Active ingredients (in each 30 mL) | Purpose |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • cough to help you sleep • minor aches & pains • headache • fever • sore throat • runny nose & sneezing • reduces swelling of nasal passages • temporarily restores free breathing through the nose • promotes nasal and/or sinus drainage

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: • more than 4 doses in 24 hours, which is the maximum daily amount for this product • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

• If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • glaucoma • cough that occurs with too much phlegm (mucus) • a breathing problem or chronic cough that lasts or occurs with smoking, asthma, chronic bronchitis, or emphysema • trouble urinating due to an enlarged prostate gland • sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** • taking sedatives or tranquilizers • taking the blood thinning drug warfarin.

A-413

Case 1:23-md-03089-BMC    Document 200-4    Filed 05/03/24    Page 34 of 54 PageID #: 2599



Case 1:23-md-03089-BMC Document 200-4 Filed 05/03/24 Page 35 of 54 PageID #: 2600



A-415

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 36 of 54 PageID #: 2601



A-416

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 37 of 54 PageID #: 2602



A-417

Case 1:23-md-03089-BMC   Document 101-4   Filed 05/02/24   Page 38 of 54 PageID #: 2603



A-418

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 39 of 54 PageID #: 2604



♥CVS Health.

Compare to the active ingredients in Theraflu® ExpressMax® Daytime Severe Cold & Cough*

## Severe Cold & Cough

NDC 59779-697-48

**ACETAMINOPHEN**
Pain reliever/Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

Nasal congestion; Cough;
Fever; Body ache;
Sore throat; Headache

**DAYTIME**

Berry Flavor
Alcohol content 10%

**8.3 FL OZ (245 mL)**

---



**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Daytime Severe Cold & Cough.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-13114

**#455446**



PLD-C088B
LB008684

0  50428 37797  0

### Drug Facts

| Active ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg............Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg............Cough suppressant | |
| Phenylephrine HCl 10 mg....................Nasal decongestant | |

**PEEL CORNER FOR MORE DRUG FACTS ◀**

---

### Drug Facts (continued)

**Uses**
- temporarily relieves these symptoms due to a cold
  - minor aches and pains
  - headache
  - nasal and sinus congestion
  - sore throat
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

▶

---

### Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- thyroid disease
- diabetes
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

▶

**PEEL CORNER FOR MORE DRUG FACTS ◀**

---

### Drug Facts (continued)

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

---

### Drug Facts (continued)

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses (180 mL) in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.  ■ mL = milliliter
- keep dosing cup with product
- adults and children 12 years and over
  - 30 mL every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 30 mL contains: sodium 16 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-419

Case 1:23-md-03089-BMC Document 200-4 Filed 05/03/24 Page 40 of 54 PageID #: 2605



**Drug Facts**

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg. | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg. | Cough suppressant |
| Phenylephrine HCl 5 mg. | Nasal decongestant |

**Drug Facts** (continued)

**Uses**
■ temporarily relieves common cold and flu symptoms
■ minor aches and pains  ■ headache  ■ sore throat
■ nasal congestion  ■ fever
■ cough due to minor throat and bronchial irritation

**Drug Facts** (continued)

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ diabetes
■ heart disease  ■ thyroid disease  ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

When using this product, do not exceed recommended dosage.

**Drug Facts** (continued)

**Stop use and ask a doctor if**
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present  ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
**Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs of symptoms.

**Directions** ■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ adults and children 12 years and over: take 2 softgels with water every 4 hours
■ swallow whole; do not crush, chew, or dissolve
■ children under 12 years: do not use
■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ store between 15-30℃ (59-86℉)  ■ avoid excessive heat

**Inactive ingredients** butylated hydroxyanisole*, butylated hydroxytoluene*, FD&C red #40*, FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide*, white ink
*contains one or more of these ingredients

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-420

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 41 of 54 PageID #: 2606



A-421

Case: 1:23-md-03089-BMC   Document 200-4   Filed 05/03/22   Page 125 of 175 PageID #: 2517



A-422

Case 1:23-md-03089-BMC Document 200-4 Filed 05/03/24 Page 43 of 54 PageID #: 2008



A-423



**Drug Facts (continued)**

• new symptoms occur • cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed • only use the dose cup provided • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each 15 mL contains: sodium 40 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** anhydrous citric acid, acesulfame potassium, FD&C Yellow No. 6, flavor, glycerin, menthol, propylene glycol, purified water, sodium benzoate, sodium chloride, sorbitol, sucralose, xanthan gum.

**Questions or comments?** 1-866-467-2748

*This product is not manufactured or distributed by Procter & Gamble, the distributor of Vicks® DayQuil® Cold & Flu.

**Distributed by:** CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS  V-12431

**100% money back guaranteed.**

61712CVSLR
L8VA/UNISHED
AREA

♥ **CVS**
Health.

"Compare to the active ingredients in Vicks® DayQuil® Cold & Flu*"

# Daytime

**ACETAMINOPHEN–**
Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr–**
Cough suppressant
**PHENYLEPHRINE HCl–**
Nasal decongestant

Relieves:
Headache, Fever, Sore
throat, Minor aches &
pains, Nasal congestion,
Sinus pressure, Cough

**COLD & FLU**

**12 FL OZ (354 mL)**

**Drug Facts**

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN.

| **Active ingredients** (in each 15 mL) | **Purpose** |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • cough • to reduce fever • sore throat • headache • minor aches & pains • fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
• adult takes more than 4 doses (60 mL each) in 24 hours, which is the maximum daily amount for this product • child takes more than 4 doses (15 mL each) in 24 hours, which is the maximum daily amount for this product • when with other drugs containing acetaminophen • adult has 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• skin reddening • blisters • rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription) • if you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist • if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, or emphysema • a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product,** do not use more than directed.

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless • pain, nasal congestion or cough get worse or lasts more than 5 days job (child) or 7 days (adults) • fever gets worse or lasts more than 3 days • redness or swelling is present

A-424

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 45 of 54 PageID #: 2610



**Drug Facts** (continued)

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

**Other information** ■ each 5 mL contains: sodium 2 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, benzoic acid, citric acid, disodium EDTA, FD&C red 440, flavor, maltitol, propylene glycol, purified water, sodium citrate.

**Questions or comments?**
Call 1-877-753-3926 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL
AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**CVS** Quality
Money Back Guarantee

PLD-8319E  LB005642

---

**♥CVS**Health.

**Daytime**

**Children's**
# Cold & Cough

**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

NDC ...-... 2.378-04

**Relieves:**
• Cough
• Stuffy nose

**Alcohol 0.14%**

**For Ages**
**4 to 11 Years**

Cherry Flavor

**4 FL OZ (118 mL)**

---

**Drug Facts**

**Active ingredients** (in each 5 mL) | **Purposes**
Dextromethorphan HBr 5 mg ................................ Cough suppressant
Phenylephrine HCl 2.5 mg .................................. Nasal decongestant

**Uses**
■ temporarily relieves  ■ nasal and sinus congestion  ■ cough due to minor throat and bronchial irritation as may occur with a cold

**Warnings**
**Do not use** ■ in a child under 4 years of age  ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product. **Ask a doctor before use if the child has** ■ heart disease  ■ high blood pressure  ■ thyroid disease  ■ diabetes  ■ cough that occurs with too much phlegm (mucus)  ■ chronic cough that lasts, or as occurs with asthma. **When using this product,** do not exceed recommended dosage. Stop use and ask a doctor if ■ nervousness, dizziness or sleeplessness occurs  ■ symptoms do not improve within 7 days or occur with fever  ■ cough persists more than 7 days, comes back or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions** ■ do not give more than 6 doses in any 24-hour period ■ measure only with dosing cup provided. Do not use any other dosing device. ■ keep dosing cup with product  ■ mL = milliliter  ■ shake well before using

A-425

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 46 of 54 PageID #: 2611



A-426

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 47 of 54 PageID #: 2612



A-427

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 48 of 54 PageID #: 2613



A-428

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 49 of 54 PageID #: 2614



A-429

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 50 of 54 PageID #: 2615



A-430

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 51 of 54 PageID #: 2616



## Nighttime Cold & Flu Softgel

**Drug Facts**

| Active ingredients (in each softgel) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 15 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |

**Uses** ■ temporarily relieves common cold and flu symptoms ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ minor aches and pains ■ fever ■ runny nose & sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Drug Facts (continued)**

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if** ■ pain or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Daytime Cold & Flu Softgel

**Drug Facts**

| Active ingredients (in each softgel) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold and flu symptoms ■ cough due to minor throat and bronchial irritation ■ nasal congestion ■ headache ■ minor aches and pains ■ fever ■ sore throat

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Drug Facts (continued)**

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes ■ thyroid disease ■ high blood pressure ■ cough that occurs with too much phlegm (mucus) ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, cough, or nasal congestion gets worse or lasts more than 7 days ■ redness or swelling is present ■ new symptoms occur ■ fever gets worse or lasts more than 3 days ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

A-431

Antihistamine free
16 LIQUID GELS
Actual Size
8 LIQUID GELS
24 TOTAL
(Liquid filled capsules)
Actual Size
PLD-A42R
PARENT
V-16425
Drug Facts (continued)
Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ swallow whole; do not crush, chew, or dissolve
■ adults and children 12 years and over: take 2 softgels with water every 4 hours.
■ children under 12 years: do not use
Other information
■ store between 15-30°C (59-86°F) ■ avoid excessive heat
Inactive ingredients butylated hydroxyanisole*, butylated hydroxytoluene*, carminic acid*, D&C yellow #10*, edible white ink, FD&C red #40*, FD&C yellow #6*, gelatin, glycerin, polyethylene glycol*, povidone, propylene glycol, purified water, sodium metabisulfite*, sorbitan*, sorbitol
*contains one or more of these ingredients
Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST
Drug Facts (continued)
Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ swallow whole; do not crush, chew, or dissolve
■ adults and children 12 years and over: take 2 softgels with water every 6 hours
■ children under 12 years: do not use
Other information
■ store between 15-30°C (59-86°F) ■ avoid excessive heat
Inactive ingredients D&C yellow #10, edible white ink, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan*, sorbitol* *may contain this ingredient
Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST
†This product is not manufactured or distributed by The Procter & Gamble Company. Vicks®, DayQuil®, NyQuil®, and LiquiCaps® are registered trademarks of The Procter and Gamble Company.

A-432

Case 1:23-md-03089-BMC   Document 200-4   Filed 05/03/24   Page 53 of 54 PageID #: 2618



**Nighttime Multi-Symptom Cold & Flu Relief**

◆CVS Health

NDC 69842-744-24

Compare to the active ingredients in Vicks® DayQuil® and NyQuil® Cold & Flu LiquiCaps®†

**DAY & NIGHT TWIN PACK**

### Nighttime — Multi-Symptom
**Nighttime COLD & FLU RELIEF**

ACETAMINOPHEN Pain reliever, Fever reducer
DEXTROMETHORPHAN HBr Cough suppressant
DOXYLAMINE SUCCINATE Antihistamine

**Relieves:**
Aches, Fever, Cough;
Sore throat, Sneezing;
Runny nose

Alcohol free

**24 TOTAL**
8 SOFTGELS**
(**Liquid-filled capsules)

Actual Size

### Daytime — Multi-Symptom
**Daytime COLD & FLU RELIEF**
Non-Drowsy

ACETAMINOPHEN
Pain reliever, Fever reducer
DEXTROMETHORPHAN HBr
Cough suppressant
PHENYLEPHRINE HCl
Nasal decongestant

Aches, Fever, Sore throat,
Cough, Nasal congestion

Antihistamine free

**16 SOFTGELS**

PARENTS: Learn about teen medicine abuse. www.StopMedicineAbuse.org

Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com®
V-16425

◆ CVS Pharmacy
Money Back Quality

#164257
PLU-9427  FC005/21

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPEN OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

0 50428 55720 4

Lot No.
Exp. Date:

---

## Drug Facts — Nighttime Cold & Flu Softgel

| Active Ingredients (in each softgel) | Purposes |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 15 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |

**Uses** ■ temporarily relieves common cold and flu symptoms ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ minor aches and pains ■ fever ■ runny nose & sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

## Drug Facts (continued) — Nighttime Cold & Flu Softgel

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product

**Ask a doctor before use if you have** ■ liver disease ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem or chronic cough that lasts such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if** ■ pain or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. **Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

## Drug Facts — Daytime Cold & Flu Softgel

| Active Ingredients (in each softgel) | Purposes |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold and flu symptoms ■ cough due to minor throat and bronchial irritation ■ nasal congestion ■ headache ■ minor aches and pains ■ fever ■ sore throat

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

## Drug Facts (continued) — Daytime Cold & Flu Softgel

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes ■ thyroid disease ■ high blood pressure ■ cough that occurs with too much phlegm (mucus) ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, cough, or nasal congestion gets worse or lasts more than 7 days ■ redness or swelling is present ■ new symptoms occur ■ fever gets worse or lasts more than 3 days ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. **Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

A-433

Drug Facts (continued)
Nighttime Cold & Flu Softgel
Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ swallow whole; do not crush, chew, or dissolve
■ adults and children 12 years and over: take 2 softgels with water every 6 hours
■ children under 12 years: do not use
Other information
■ store between 15-30°C (59-86°F) ■ avoid excessive heat
Inactive ingredients D&C yellow #10, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide*, white ink
*may contain this ingredient
Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST
Drug Facts (continued)
Daytime Cold & Flu Softgel
Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ swallow whole; do not crush, chew, or dissolve
■ adults and children 12 years and over: take 2 softgels with water every 4 hours
■ children under 12 years: do not use
Other information
■ store between 15-30°C (59-86°F) ■ avoid excessive heat
Inactive ingredients butylated hydroxyanisole*, butylated hydroxytoluene*, FD&C red #40*, FD&C yellow #6*, gelatin, glycerin, polyethylene glycol*, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide*, white ink
*contains one or more of these ingredients

A-434

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 1 of 48 PageID #: 2620

# CVS Pharmacy, Inc.

## -PE Product Labels –

**-continued**

A-435

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 2 of 48 PageID #: 2621



A-436

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 3 of 48 PageID #: 2622





**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Daytime Severe Cold & Cough.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**#455446**

PLD-C3988
LB006884

0  50428 37797  0

## Drug Facts

| Active ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg...........Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg............Cough suppressant | |
| Phenylephrine HCl 10 mg..................Nasal decongestant | |

**PEEL CORNER FOR MORE DRUG FACTS ▲**

## Drug Facts (continued)

### Uses
■ temporarily relieves these symptoms due to a cold
  ■ minor aches and pains    ■ headache
  ■ nasal and sinus congestion  ■ sore throat
  ■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

▶

## Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease
■ thyroid disease  ■ diabetes
■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

▶

**PEEL CORNER FOR MORE DRUG FACTS ▲**

## Drug Facts (continued)

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

## Drug Facts (continued)

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses (180 mL) in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.    ■ mL = milliliter
■ keep dosing cup with product
■ adults and children 12 years and over
  ■ 30 mL every 4 hours
■ children under 12 years of age: do not use

### Other information
■ each 30 mL contains: sodium 16 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-437

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 4 of 48 PageID #: 2623



**CVS Health.**

Compare to the active ingredients in Theraflu® ExpressMax® Nighttime Severe Cold & Cough*

**Severe Cold & Cough**

**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DIPHENHYDRAMINE HCl**
Antihistamine; Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

Nasal congestion; Runny nose; Cough; Fever; Body ache; Sore throat; Headache

**NIGHTTIME**

Berry Flavor
Alcohol content 10%

**8.3 FL OZ (245 mL)**

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Nighttime Severe Cold & Cough.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**#455443**

NDC 59779-893-08



0   50428 25333   5

---

## Drug Facts

### Active ingredients (in each 30 mL) | Purposes

Acetaminophen 650 mg............Pain reliever/fever reducer
Diphenhydramine HCl 25 mg.................................Antihistamine/
......................................................................Cough suppressant
Phenylephrine HCl 10 mg.................Nasal decongestant

▶

**PEEL CORNER FOR MORE DRUG FACTS**

---

## Drug Facts (continued)

### Uses
■ temporarily relieves these symptoms due to a cold
  ■ minor aches and pains   ■ headache
  ■ sore throat   ■ runny nose   ■ sneezing
  ■ itchy, watery eyes due to hay fever
  ■ nasal and sinus congestion
  ■ itching of the nose or throat
  ■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
  ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

▶

---

## Drug Facts (continued)

**Do not use**   ■ to make a child sleepy
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease            ■ glaucoma
■ high blood pressure   ■ heart disease
■ diabetes                 ■ thyroid disease
■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking**
■ the blood thinning drug warfarin
■ sedatives or tranquilizers

▶

**PEEL CORNER FOR MORE DRUG FACTS** ◢

---

## Drug Facts (continued)

**When using this product**
■ do not exceed recommended dosage
■ alcohol, sedatives, and tranquilizers may increase drowsiness   ■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery   ■ marked drowsiness may occur
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days   ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

---

## Drug Facts (continued)

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses (180 mL) in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.   ■ mL = milliliter
■ keep dosing cup with product
■ adults and children 12 years and over
  ■ 30 mL every 4 hours
■ children under 12 years of age: do not use

### Other information
■ each 30 mL contains: potassium 10 mg
■ each 30 mL contains: sodium 14 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-438



A-439

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 6 of 48 PageID #: 2625



A-440

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 7 of 48 PageID #: 2626



**Multi-Symptom Cold & Flu**

# Drug Facts

## Active Ingredients (in each 30 mL)          Purpose
Acetaminophen 650 mg ............................ Pain reliever/fever reducer
Dextromethorphan HBr 30 mg ................................. Cough suppressant
Doxylamine succinate 12.5 mg .................................... Antihistamine

## Uses
temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- sore throat ■ headache ■ minor aches and pains
- fever ■ runny nose and sneezing

## Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver damage ■ glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

Ask a doctor or pharmacist before use if you are
- taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

When using this product
- excitability may occur, especially in children
- marked drowsiness may occur ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- pain or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- take only as directed – see Overdose warning
- only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

## Other information
- each 30 mL contains: sodium 38 mg
- store at 20-25°C (68-77°F)

## Inactive Ingredients alcohol, anhydrous citric acid, D&C yellow no. 10, FD&C green no. 3, FD&C yellow no. 6, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

Questions or comments? 1-800-719-9260

---

**Daytime Cold & Flu**

# Drug Facts

## Active Ingredients (in each 15 mL)          Purpose
Acetaminophen 325 mg ............................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ................................. Cough suppressant
Phenylephrine HCl 5 mg ........................................ Nasal decongestant

## Uses
- temporarily relieves common cold/flu symptoms:
- nasal congestion ■ cough due to minor throat and bronchial irritation
- sore throat ■ headache ■ minor aches and pains ■ fever

## Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease ■ heart disease ■ high blood pressure
- thyroid disease ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- take only as directed – see Overdose warning
- only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

## Other information
- each 15 mL contains: sodium 7 mg ■ store at 20-25°C (68-77°F)

## Inactive Ingredients butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

Questions or comments? 1-800-719-9260

---

♥ **CVS**
**Health**®

Non-Drowsy
# Daytime

ACETAMINOPHEN–
Pain reliever/ Fever reducer

DEXTROMETHORPHAN HBr–
Cough suppressant

PHENYLEPHRINE HCl–
Nasal decongestant

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
V-16430

100% money back
guaranteed.
CVS.com/returnpolicy

*These products are not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Cold & Flu and Vicks® NyQuil® Cold & Flu.

A-441

Case 1:23-md-03089-BMC    Document 200-5    Filed 05/03/24    Page 8 of 48 PageID #: 2627



Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 9 of 48 PageID #: 2628



A-443

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 10 of 48 PageID #: 2629



A-444

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 11 of 48 PageID #: 2630



A-445

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 12 of 48 PageID #: 2631



A-446

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 13 of 48 PageID #: 2632



A-447

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 14 of 48 PageID #: 2633



A-448

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 15 of 48 PageID #: 2634



Case 1:23-md-03089-BMC    Document 200-5    Filed 05/03/24    Page 16 of 48 PageID #: 2635



**♥ CVS Health.**
Compare to active ingredients in Theraflu® Daytime Severe Cold & Cough*

**Daytime Relief**

NDC 59779-826-08

**Flu & Severe Cold**

ACETAMINOPHEN
Pain reliever, Fever reducer

DEXTROMETHORPHAN HBr
Cough suppressant

PHENYLEPHRINE HCl
Nasal decongestant

Relief of:
Nasal congestion
Cough; Fever; Body ache; Sore throat; Headache

Cherry Flavor
Alcohol content 10%
For Ages 12 & Over

8.3 FL OZ (245 mL)

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of Theraflu® Daytime Severe Cold & Cough.

Failure to follow the drug facts warnings could result in serious consequences.

**#455446**

0  50428 37797 5

Distributed by: CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2015 CVS/pharmacy
CVS.com® 1-800-SHOP CVS

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

✓ **CVS Quality**
Money Back Guarantee

### Drug Facts

| Active ingredients (In each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ◢

---

### Drug Facts (continued)

**Uses**
- temporarily relieves these symptoms due to a cold
  - minor aches and pains    ■ headache
  - nasal congestion    ■ sore throat
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

**Warnings**

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure

---

### Drug Facts (continued)

whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease    ■ heart disease    ■ thyroid disease
- diabetes    ■ high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the** blood thinning drug warfarin.

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

### Drug Facts (continued)

- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage.

In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.    ■ mL = milliliter
- keep dosing cup with product
- adults and children 12 years and over
  - 30 mL every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 30 mL contains: sodium 16 mg
- store at 20-25°C (68-77°F). Do not refrigerate. ▶

---

### Drug Facts (continued)

**Inactive ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-450



A-451

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 18 of 48 PageID #: 2637



A-452

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 19 of 48 PageID #: 2638



**MAXIMUM STRENGTH**

# Mucus Relief Sinus Pressure, Pain & Cough

### ❤CVSHealth.

Compare to the active ingredients
in Mucinex® Sinus-Max® Pressure,
Pain & Cough*

NDC 29842-796-02

**MAXIMUM STRENGTH**

## Mucus Relief Sinus Pressure, Pain & Cough

**ACETAMINOPHEN** - Pain reliever
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
• Headache
• Sinus pressure & congestion
• Cough
Thins & loosens mucus

**20 CAPLETS**   Ages 12 Years & Over   Actual Size

A-453

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 20 of 48 PageID #: 2639



Maximum Strength Per 4-Hour Dose
Severe Congestion & Pain.
*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Sinus-Max®

Questions or comments?
1-844-705-4394

**Drug Facts** (continued)

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-36611

### Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** • temporarily relieves: • headache • nasal congestion • minor aches and pains • sinus congestion and pressure • promotes nasal sinus drainage • helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
• more than 12 caplets in 24 hours, which is the maximum daily amount
• with other drugs containing acetaminophen
• 3 or more alcoholic drinks daily while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
• skin reddening • blisters • rash
If a skin reaction occurs, stop use and seek medical help right away.

Do not use
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
• liver disease
• high blood pressure
• trouble urinating due to an enlarged prostate gland

**Directions** • do not take more than directed (see Overdose warning)

• do not take more than 12 caplets in any 24-hour period
• adults and children 12 years and older: take 2 caplets every 4 hours
• children under 12 years of age: do not use

**Other Information**
• store between 20-25°C (68-77°F) in a dry place
• read outer package for complete product information

**Inactive ingredients** colloidal silicon dioxide, croscarmellose sodium, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, stearic acid, talc, titanium dioxide

• do not use if this product has been opened or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
• cough accompanied by too much phlegm (mucus)
• heart disease
• thyroid disease
• diabetes

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
• nervousness, dizziness, or sleeplessness occur
• pain, nasal congestion, or cough gets worse or lasts more than 7 days
• redness or swelling is present
• new symptoms occur
• cough comes back or occurs with rash or persistent headache
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

♥ **CVS** Quality
Money Back Guarantee

#938777

F11670ZCVS_R0

0 15042813 32351

---

MAXIMUM STRENGTH
# Mucus Relief Sinus
# Severe Congestion & Pain

♥**CVS**Health.

Compare to the active ingredients in Mucinex® Sinus-Max® Severe Congestion & Pain*

MAXIMUM STRENGTH
# Mucus Relief Sinus
# Severe Congestion & Pain

NDC 69842-780-02

**ACETAMINOPHEN** - Pain reliever
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
• Sinus congestion
• Headache
Thins & loosens mucus

**20 CAPLETS**     Ages 12 Years & Over     Actual Size

A-454

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 21 of 48 PageID #: 2640



A-455





A-456

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 23 of 48 PageID #: 2642



A-457

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 24 of 48 PageID #: 2643



A-458

Case 1:23-md-03089-BMC    Document 200-5    Filed 05/03/24    Page 25 of 48 PageID #: 2644



A-459

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 26 of 48 PageID #: 2645



## CVS Health.

Compare to the active ingredients in Theraflu® ExpressMax® Nighttime Severe Cold & Cough*

**Severe Cold & Cough**

**ACETAMINOPHEN**
Pain reliever/ Fever reducer

**DIPHENHYDRAMINE HCl**
Antihistamine; Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

Nasal congestion; Runny nose; Cough; Fever; Body ache; Sore throat; Headache

**NIGHTTIME**

Berry Flavor
Alcohol content 10%
*Not Approved by a Doctor*

**8.3 FL OZ (245 mL)**

NDC 59779-893-08

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Nighttime Severe Cold & Cough.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**#455443**

0  50428  25333  5

### Drug Facts

| Active ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg............Pain reliever/fever reducer | |
| Diphenhydramine HCl 25 mg........................Antihistamine/ Cough suppressant | |
| Phenylephrine HCl 10 mg.....................Nasal decongestant | |

**PEEL CORNER FOR MORE DRUG FACTS**

---

### Drug Facts (continued)

**Uses**
■ temporarily relieves these symptoms due to a cold
  ■ minor aches and pains    ■ headache
  ■ sore throat    ■ runny nose    ■ sneezing
  ■ itchy, watery eyes due to hay fever
  ■ nasal and sinus congestion
  ■ itching of the nose or throat
  ■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

---

### Drug Facts (continued)

**Do not use**   ■ to make a child sleepy
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease    ■ glaucoma
■ high blood pressure    ■ heart disease
■ diabetes    ■ thyroid disease
■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking**
■ the blood thinning drug warfarin
■ sedatives or tranquilizers

**PEEL CORNER FOR MORE DRUG FACTS**

---

### Drug Facts (continued)

**When using this product**
■ do not exceed recommended dosage
■ alcohol, sedatives, and tranquilizers may increase drowsiness    ■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery    ■ marked drowsiness may occur
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days    ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

### Drug Facts (continued)

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses (180 mL) in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.   ■ mL = milliliter
■ keep dosing cup with product
■ adults and children 12 years and over
    ■ 30 mL every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ each 30 mL contains: potassium 10 mg
■ each 30 mL contains: sodium 14 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive Ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST