Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 27 of 48 PageID #: 2646



**♥ CVS Health.**

Compare to the active ingredients in Vicks® NyQuil® Severe*

NDC 69842-800-40

**MAXIMUM STRENGTH**

# Nighttime Severe

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**DOXYLAMINE SUCCINATE-**
Antihistamine
**PHENYLEPHRINE HCl-**
Nasal decongestant

**Relieves:**
Aches, Fever, Sore throat,
Cough, Sneezing, Runny nose,
Nasal & Sinus congestion,
Sinus pressure

**COLD & FLU**

**Original Flavor**
**ALCOHOL 10%**

## 12 FL OZ (355 mL)

: 60940 17 F3

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING.**
Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-48430

**100% money back guaranteed.**
CVS.com/returnpolicy

PLASTIC BOTTLE   PLASTIC CUP

**Drug Facts**

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 60940 17 B1

**Drug Facts**
(continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease

**Drug Facts**
(continued)

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup

ADHESIVE AREA • NO VARNISH • NO TYPE

A-461

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 28 of 48 PageID #: 2647



A-462

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 29 of 48 PageID #: 2648



LOT:
EXP:

12 SOFTGELS

Actual Size

Alcohol free
Antihistamine
free

**Relieves:**
Aches; Fever; Cough; Nasal
congestion; Sore throat;
Chest congestion

**MAXIMUM STRENGTH**

PHENYLEPHRINE HCl
Nasal decongestant

GUAIFENESIN
Expectorant

DEXTROMETHORPHAN HBr
Cough suppressant

ACETAMINOPHEN
Pain reliever/Fever reducer

**COLD & FLU RELIEF**

**Severe
Daytime**

Non-Drowsy

♥CVS
Health.

Compare to the
active ingredients in
Vicks® DayQuil®
Severe Cold & Flu*

Non-Drowsy
**Severe Daytime**
COLD & FLU RELIEF

♥CVS
Health.

**Severe Nighttime**
COLD & FLU RELIEF

♥CVS
Health.

12 SOFTGELS 24 TOTAL

#970808

Actual Size

**Relieves:**
Aches; Fever; Sore throat;
Cough; Sneezing; Runny
nose; Nasal/Sinus
congestion; Nasal/Sinus
Sinus pressure

**MAXIMUM STRENGTH**

PHENYLEPHRINE HCl
Nasal decongestant

DOXYLAMINE SUCCINATE
Antihistamine

DEXTROMETHORPHAN HBr
Cough suppressant

ACETAMINOPHEN
Pain reliever/Fever reducer

**COLD & FLU RELIEF**

**Severe
Nighttime**

♥CVS
Health.

Compare to the
active ingredients in
Vicks® NyQuil®
Severe Cold & Flu*

THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND
TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**DO NOT TAKE THESE PRODUCTS AT THE SAME TIME**

## NIGHTTIME SEVERE COLD & FLU

### Drug Facts

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg. | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg. | Cough suppressant |
| Doxylamine succinate 6.25 mg. | Antihistamine |
| Phenylephrine HCl 5 mg. | Nasal decongestant |

### Uses
■ temporarily relieves common cold/flu symptoms:
■ nasal congestion ■ sinus congestion & pressure
■ cough due to minor throat & bronchial irritation
■ cough to help you sleep ■ minor aches & pains ■ headaches
■ fever ■ sore throat ■ runny nose & sneezing
■ reduces swelling of nasal passages
■ temporarily restores freer breathing through the nose
■ promotes nasal and/or sinus drainage

### Warnings
**Liver warning** This product contains acetaminophen. Severe liver
damage may occur if you take
■ more than 8 softgels in 24 hrs, which is the maximum daily
amount for this product
■ with other drugs containing acetaminophen
**Allergy alert** Acetaminophen may cause severe skin reactions.
Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** If sore throat is severe, persists for more than 2
days, is accompanied or followed by fever, headache, rash, nausea,
or vomiting, consult a doctor promptly.

## DAYTIME SEVERE COLD & FLU

### Drug Facts

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg. | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg. | Cough suppressant |
| Guaifenesin 200 mg. | Expectorant |
| Phenylephrine HCl 5 mg. | Nasal decongestant |

### Uses
■ temporarily relieves common cold/flu symptoms:
■ nasal congestion ■ sinus congestion & pressure
■ cough due to minor throat & bronchial irritation
■ minor aches & pains ■ headache
■ fever ■ sore throat ■ reduces swelling of nasal passages
■ temporarily restores freer breathing through the nose
■ promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to
rid the bronchial passageways of bothersome mucus and make
coughs more productive.

### Warnings
**Liver warning** This product contains acetaminophen. Severe liver
damage may occur if you take
■ more than 8 softgels in 24 hrs, which is the maximum daily
amount for this product
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product ▼

LIFT HERE

## NIGHTTIME SEVERE COLD & FLU

### Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or
nonprescription). If you are not sure whether a drug contains
acetaminophen ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor
(MAOI) (certain drugs for depression, psychiatric or emotional
conditions, or Parkinson's disease), or for 2 weeks after stopping
the MAOI drug. If you do not know if your prescription drug
contains an MAOI, ask a doctor or pharmacist before taking this
product.
■ To make a child sleep

**Ask a doctor before use if you have**

## DAYTIME SEVERE COLD & FLU

### Drug Facts (continued)

**Allergy alert** Acetaminophen may cause severe skin reactions.
Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** If sore throat is severe, persists for more than
2 days, is accompanied or followed by fever, headache, rash,
nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or
nonprescription). If you are not sure whether a drug contains
acetaminophen ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor
(MAOI) (certain drugs for depression, psychiatric or emotional



A-463

**NIGHTTIME SEVERE COLD & FLU**

***Drug Facts*** (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning** Taking more than directed can cause serious health problems. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

***Directions***
- take only as directed - see **Overdose warning**
- do not exceed 8 softgels per 24 hrs

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

***Other information*** ■ store at room temperature

***Inactive ingredients*** D&C Yellow #10, FD&C Blue #1, gelatin, glycerin, polyethylene glycol 400, povidone K30, propylene glycol, purified water, shellac, sorbitol sorbitan, sodium hydroxide, titanium dioxide

**DAYTIME SEVERE COLD & FLU**

***Drug Facts*** (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning** Taking more than directed can cause serious health problems. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

***Directions***
- take only as directed - see **Overdose warning**
- do not exceed 8 softgels per 24 hrs

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

- **when using other Nighttime or Daytime products, carefully read each label to ensure correct dosing**

***Other information*** ■ store at room temperature

***Inactive ingredients*** FD&C Red #40, FD&C Yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, ▼

***Drug Facts*** (continued)

purified water, sorbitol sorbitan solution, titanium dioxide

***Questions or comments?***
Call toll free: 1-888-333-9782

***This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademarks Vicks® DayQuil® and NyQuil® Severe Cold & Flu.**

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in India V-35249

CVS Quality
Money Back Guarantee

C050428367698

83969

A-465

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 32 of 48 PageID #: 2651



A-466

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 33 of 48 PageID #: 2652



❤ **CVS**
**Health**₊

Compare to the active ingredients
in Mucinex® Fast-Max®
Severe Cold*

NDC 69842-823-30

**MAXIMUM STRENGTH**

# Severe Cold

**Acetaminophen** - Pain reliever, Fever reducer
**Dextromethorphan HBr** - Cough suppressant
**Guaifenesin** - Expectorant
**Phenylephrine HCl**
Nasal decongestant

**MULTI SYMPTOM**

Controls cough
Thins & loosens mucus
Relieves nasal & chest congestion
Relieves aches, fever & sore throat

**FOR AGES 12+**
6 FL OZ (180 mL)

NO COPY AREA

: 7W630 17 F4



Do not use if printed neckband is broken or missing.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

**CVS** Quality
Money Back Guarantee

#548074

**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these common cold and flu symptoms:
■ cough ■ nasal congestion ■ minor aches and pains ■ sore
throat ■ headache ■ stuffy nose ■ sinus congestion and pressure
■ temporarily reduces fever ■ helps loosen phlegm (mucus) and thin
bronchial secretions to rid the bronchial passageways of bothersome
mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver
damage may occur if you take: ■ more than 4,000 mg of acetaminophen
in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more
alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause
severe skin reactions. Symptoms may
include: ■ skin reddening ■ blisters
■ rash  If a skin reaction occurs, stop
■ use and seek medical help right away.

PEEL DOWNER TL READ COMPLETE
DRUG FACTS AND INFORMATION

: 7W630 17 B3

**Drug Facts** (continued)

Sore throat warning: If sore throat is severe, persists
for more than 2 days, is accompanied or followed by
fever, headache, rash, nausea, or vomiting, consult a
doctor promptly.

**Do not use** ■ with any other drug containing
acetaminophen (prescription or nonprescription).
If you are not sure whether a drug contains
acetaminophen, ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for depression,
psychiatric, or emotional conditions, or Parkinson's
disease), or for 2 weeks after stopping the MAOI drug.
If you do not know if your prescription drug contains
an MAOI, ask a doctor or pharmacist before taking this
product.  ■ if you have ever had an allergic reaction
to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver
disease ■ heart disease ■ diabetes ■ high
blood pressure ■ thyroid disease ■ trouble
urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with
smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
taking the blood thinning drug warfarin

**When using this product do not use more than
directed**

**Stop use and ask a doctor if** ■ nervousness,
dizziness or sleeplessness occur ■ pain, nasal
congestion, or cough gets worse or
lasts more than 7 days ■ fever gets
worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur ■ cough
comes back or occurs with rash or
headache that lasts. These could be
signs of a serious condition. ▶

**Drug Facts** (continued)

If pregnant or breast-feeding, ask a health
professional before use.
Keep out of reach of children.
Overdose warning: In case of overdose, get
medical help or contact a Poison Control Center
right away (1-800-222-1222). Quick medical
attention is critical for adults as well as for children
even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than
directed (see Overdose warning) ■ do not
take more than 5 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older:
20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**Other information** ■ each 20 mL contains: sodium 7 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid,
benzyl alcohol, edetate disodium, FD&C blue #1,
FD&C red #40, flavor, glycerin, propylene glycol,
purified water, sodium benzoate, sodium citrate,
sorbitol solution, sucralose, triethyl citrate,
xanthan gum

**Questions or comments?**
1-800-719-9260

*This product is not manufactured or
distributed by Reckitt Benckiser,
distributor of Mucinex® Fast-Max®
Severe Cold.

A-467

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 34 of 48 PageID #: 2653



A-468

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 35 of 48 PageID #: 2654



A-469

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 36 of 48 PageID #: 2655



A-470

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 37 of 48 PageID #: 2656



A-471

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 38 of 48 PageID #: 2657



A-472

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 39 of 48 PageID #: 2658



A-473

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 40 of 48 PageID #: 2659



A-474

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 41 of 48 PageID #: 2660



A-475

Case 1:23-md-03089-BMC    Document 200-5    Filed 05/03/24    Page 42 of 48 PageID #: 2661



A-476

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 43 of 48 PageID #: 2662



**CVS Health.**

Compare to the active ingredients in Mucinex® Fast-Max® Severe Congestion & Cough*

# Severe Cough & Congestion

**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**MAXIMUM STRENGTH**

**Multi-Symptom**
- Relieves nasal & chest congestion
- Controls cough
- Thins & loosens mucus

**For Ages 12 & Over**

Alcohol Free

**6 FL OZ (177 mL)**

F-004-45
REV B

---

**PARENTS:** PEEL BACK TAB TO READ COMPLETE DRUG FACTS AND INFORMATION

B-004-45 REV B

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy CVS.com®
1-800-SHOP CVS  V-19849

#895137

FPO 80%
UPC# 050428403044

X  XXXXXX XXXXXX  X

**Drug Facts**

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

**Active ingredients** (in each 20 mL)  —  **Purpose**

Dextromethorphan HBr 20 mg ............ Cough suppressant
Guaifenesin 400 mg ............ Expectorant
Phenylephrine HCl 10 mg ............ Nasal decongestant

**Uses** ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
■ the intensity of coughing

*No Print / No Varnish Area*
*Lot # and Exp. Info*

---

**Drug Facts** (continued)

■ the impulse to cough to help you get to sleep
■ nasal congestion due to a cold

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease  ■ diabetes
■ high blood pressure  ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
■ cough that occurs with too much phlegm (mucus)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

---

**Drug Facts** (continued)

If pregnant or breast-feeding, ask a health professional before use. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
■ do not take more than directed
■ do not take more than 6 doses in any 24-hour period
■ mL = milliliter; FL OZ = fluid ounce
■ only use the dose cup provided
■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years: do not use

**Other information**
■ each 20 mL contains: sodium 10 mg
■ use by expiration date on package
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

**Inactive ingredients** anhydrous citric acid, FD&C blue #1, FD&C red #40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose, xanthan gum

**Questions or comments?**
1-800-426-9391

*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Mucinex® Fast-Max® Severe Congestion & Cough.  50844      REV0121B00445

HINGE  EDGE  HINGE

A-477

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 44 of 48 PageID #: 2663









Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 45 of 48 PageID #: 2664



Do not use if printed neckband is broken or missing

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil® Severe.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

CVS Health

Compare to the active ingredients in Vicks® NyQuil® Severe*

Severe

NDC 59779-763-34

# Nighttime
## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**DOXYLAMINE SUCCINATE** - Antihistamine
**PHENYLEPHRINE HCl** - Nasal decongestant

## MAXIMUM STRENGTH

Relieves:
Aches; Fever; Sore throat;
Cough; Sneezing; Runny nose;
Nasal/sinus congestion
& sinus pressure

Berry Flavor
Alcohol free

8 FL OZ (237 mL)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

#95407

0 50428 25913 9

: 76334 17 FS

### Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
| --- | --- |
| Acetaminophen 650 mg......... | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg.......... | Cough suppressant |
| Doxylamine succinate 12.5 mg............ | Antihistamine |
| Phenylephrine HCl 10 mg................. | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
■ sinus congestion and pressure   ■ nasal congestion
■ minor aches and pains   ■ headache
■ runny nose and sneezing   ■ sore throat
■ cough to help you sleep   ■ fever
■ cough due to minor throat and bronchial irritation
■ reduces swelling of nasal passages
■ promotes nasal and/or sinus drainage
■ temporarily restores freer breathing through the nose

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**PEEL BACK at CORNER FOR MORE INFORMATION**



### Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ high blood pressure
■ thyroid disease   ■ diabetes   ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers   ■ taking the blood thinning drug warfarin

**When using this product**   ■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur   ■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery
■ alcohol, sedatives, and tranquilizers may increase drowsiness

### Drug Facts (continued)

**Stop use and ask a doctor if**
■ you get nervous, dizzy or sleepless
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ take only as directed – see Overdose warning
■ only use the dose cup provided
■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| --- | --- |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information   ■ each 30 mL contains: sodium 41 mg
■ store at 20-25°C (68-77°F)

### Inactive ingredients anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

### Questions or comments? 1-800-719-9260

A-479

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 46 of 48 PageID #: 2665



A-480

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 47 of 48 PageID #: 2666





A-482

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 1 of 54 PageID #: 2668

# CVS Pharmacy, Inc.

## -PE Product Labels –

**-continued**

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 2 of 54 PageID #: 2669



♥CVS Health

Compare to the active ingredients in Tylenol® Sinus Severe*

**Daytime**

**Non-Drowsy**

# Severe Sinus Pain & Congestion

**ACETAMINOPHEN**
Pain reliever, Fever reducer

**GUAIFENESIN**
Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
Sinus headache, Sinus pressure, Chest congestion, Nasal congestion & Mucus

Actual Size

**24 CAPLETS**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-19849

✓CVS Quality
Money Back Guarantee

#970315

0 50428 34850 5

B-0211-007C-036CHR
REV#882032708

A-484



Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 3 of 54 PageID #: 2670

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

Adult Cough & Cold

Severe Tussin CF

Non-Drowsy

MAXIMUM STRENGTH

CVS Health

♥♥ CVS Health.

Compare to the active ingredients in Robitussin® Severe Multi-Symptom Cough Cold + Flu*

MAXIMUM STRENGTH

Non-Drowsy

# Severe Tussin CF

ACETAMINOPHEN
Pain Reliever/Fever Reducer
DEXTROMETHORPHAN HBr
Cough suppressant
GUAIFENESIN
Expectorant
PHENYLEPHRINE HCl
Nasal decongestant

**Adult Cough & Cold**

Relieves:
• Cough, sore throat
• Body aches, fever
• Nasal congestion
• Chest congestion

For Ages 12 & Over
Dosage cup provided
Package Contains One Bottle

4 FL OZ (118 mL)

## Drug Facts

**Active Ingredients** (in each 20 mL)    **Purposes**

Acetaminophen,
USP 650 mg .........................Pain reliever/fever reducer
Dextromethorphan HBr,
USP 20 mg ..............................................Cough suppressant
Guaifenesin, USP 400 mg....................Expectorant
Phenylephrine HCl,
USP 10 mg...................................Nasal decongestant

### Uses
■ temporarily relieves these symptoms occurring with a cold or flu:
 ■ cough due to minor throat and bronchial irritation
 ■ nasal congestion ■ sore throat
 ■ sinus congestion and pressure
 ■ minor aches and pains ■ headache
 ■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist
■ if you have ever had an allergic reaction to this product or any of its ingredients
**Ask a doctor before use if you have**
■ liver disease   ■ heart disease
■ thyroid disease   ■ diabetes
■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
**When using this product do not use more than directed**

Stop use and ask a doctor if
■ you get nervous, dizzy or sleepless
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than 5 doses in any 24-hour period
■ do not exceed recommended dosage. Taking more than the recommended dose (overdose) may cause serious liver damage.

## Drug Facts (continued)
■ measure only with dosing cup provided
■ keep dosing cup with product
■ mL = milliliter
■ this adult product is not intended for use in children under 12 years of age

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children under 12 years | do not use |

### Other information
■ each 20 mL contains: sodium 18 mg
■ store at 20-25°C (68-77°F).
Do not refrigerate.

**Inactive ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C red #40, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, triacetin, xanthan gum

**Questions or comments?**
1-800-719-9260

*This product is not manufactured or distributed by Pfizer, distributor of Robitussin® Severe Multi-Symptom Cough Cold + Flu.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V 16430

✓ CVS Quality
Money Back Guarantee

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

#971824

0 50428 31312 1

LOT NO.

EXP.

A-485

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 4 of 54 PageID #: 2671



Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 5 of 54 PageID #: 2672



**♥CVS** Health.

Compare to the active ingredients in Tylenol® Sinus + Headache*

**Daytime**

Non-Drowsy

# Sinus Pain & Congestion

**ACETAMINOPHEN**
Pain reliever, Fever reducer
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
Sinus headache,
Sinus pressure &
Nasal congestion

Actual Size

**24 CAPLETS**

Lot and Expiration No.

No Print/No Varnish

SPK4   819721846608
*Registered trademark Tylenol® Sinus + Headache by Johnson & Johnson Corporation, owner of the registered trademark. This product is not manufactured or distributed

TAMPER EVIDENT: DO NOT USE IF
BLISTER IS OPENED OR IF
PACKAGE IS OPENED OR SHOWS
UNIT IS TORN, BROKEN OR SHOWS
ANY SIGNS OF TAMPERING

**Drug Facts**

Active ingredients (in each caplet)

Phenylephrine HCl 5 mg..............

Purpose

Pain reliever/fever reducer
Nasal decongestant

**Drug Facts (continued)**

**Uses** ■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold: ■ minor aches and pains ■ headache ■ nasal congestion ■ sinus congestion and pressure

**Drug Facts (continued)**

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Drug Facts (continued)**

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ diabetes ■ thyroid disease ■ high blood pressure ■ trouble urinating due to enlargement of the prostate gland

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product, do not exceed recommended dosage.

Stop use and ask a doctor if ■ nervousness, dizziness, or sleeplessness occur ■ pain or nasal congestion gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed ■ adults and children 12 years and over ■ take 2 caplets every 4 hours ■ swallow whole – do not crush, chew, or dissolve ■ do not take more than 10 caplets in 24 hours ■ children under 12 years: ask a doctor

**Other information** ■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPEN OR BLISTER IS TORN OR BROKEN ■ store at 20-25°C (68-77°F) ■ avoid excessive heat above 40°C (104°F) ■ see end flap for expiration date and lot number

**Inactive ingredients** corn starch, crospovidone, D&C yellow #10 aluminum lake, FD&C blue #1 aluminum lake, FD&C red #40 aluminum lake, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol,

**Drug Facts (continued)**

polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-800-824-5331

#408566
FPO DO o
UPC: 050 428296639
X  XXXXXX XXXXXX

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-19849
100% money back guaranteed.
CVS.com/returnpolicy

B-0231-466C 08DCHR
REV0721846608

A-487

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 6 of 54 PageID #: 2673



A-488

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 7 of 54 PageID #: 2674



**Drug Facts (continued)**

**Other information** ■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN ■ store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F) ■ see end for expiration date and lot number

**Inactive ingredients** corn starch, croscarmellose sodium, crospovidone, FD&C yellow #6 aluminum lake, magnesium stearate, microcrystalline cellulose, povidone, silicon dioxide, stearic acid

**Questions or comments?** 1-800-426-9391

**Drug Facts (continued)**

**Directions** ■ do not take more than directed
■ adults and children 12 years and over ■ take 2 caplets every 4 hours ■ do not take more than 10 caplets in 24 hours ■ children under 12 years: ask a doctor

**Drug Facts (continued)**

**Uses** ■ temporarily relieves these symptoms associated with hay fever or other upper respiratory allergies and the common cold: ■ nasal congestion ■ headache ■ minor aches and pains ■ sinus congestion and pressure ■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/Fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

---

♥ **CVS**Health.

**Non-Drowsy**
# Sinus PE Pressure + Pain

8-0031-SKO-90-H4
REV0BC05/2008

---

♥ **CVS**Health.

Compare to the active ingredients in
SUDAFED PE® SINUS PRESSURE + PAIN†

**Non-Drowsy**
# Sinus PE Pressure + Pain

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**PHENYLEPHRINE HYDROCHLORIDE** - Nasal decongestant

**MAXIMUM STRENGTH**

**Relieves:**
• Sinus pain & headache
• Sinus pressure
• Nasal & sinus congestion

**24 CAPLETS UNCOATED**

Actual Size

A-489

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 8 of 54 PageID #: 2675





**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
V-13114

**PEEL CORNER FOR DRUG FACTS ◢**



## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other drug containing diphenhydramine, even one used on the skin
- If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- for children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**PEEL CORNER FOR MORE DRUG FACTS ◢**

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if**
- you are taking the blood thinning drug warfarin
- you are taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or ▶

## Drug Facts (continued)

contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- mL = milliliter  ■ keep dosing cup with product
- dose as follows or as directed by a doctor
- adults and children 12 years and older:
  20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients citric acid, disodium
EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-490





A-492

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 11 of 54 PageID #: 2678



**♥CVS Health.**

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief*

NDC 69842-476-06

**ADULT**
## Severe Congestion Relief

**ACETAMINOPHEN** -
Pain reliever
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** -
Nasal decongestant

**MAXIMUM STRENGTH**

Multi-Symptom
• Clears sinus congestion
• Relieves headache
• Thins & loosens mucus

For Ages 12 & Over

**6 FL OZ (177 mL)**

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief.

**#425051**

0  50428 60243  0

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**✓CVS Quality**
Money Back Guarantee

PLD-A388A   LB005809

### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ◢

### Drug Facts (continued)

**Uses**
• temporarily relieves
  ■ headache  ■ nasal congestion
  ■ minor aches and pains
  ■ sinus congestion and pressure
  ■ temporarily promotes nasal and/or sinus drainage
  ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
  ■ more than 4,000 mg of acetaminophen in 24 hours
  ■ with other drugs containing acetaminophen
  ■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

▶

### Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ for children under 12 years of age
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease  ■ diabetes
■ thyroid disease  ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

▶

### Drug Facts (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Drug Facts (continued)

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product  ■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older: 20 mL every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday
9AM-5PM EST

PEEL CORNER FOR MORE DRUG FACTS ◢

A-493

**Do not use in sealed children.**

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ in children 12 years of age

**Ask a doctor before use if you have**
■ glaucoma ■ liver disease ■ heart disease ■ high blood pressure
■ thyroid disease ■ diabetes ■ cough with excess phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers. ■ taking the blood thinning drug warfarin

**When using this product**
■ do not take more than the recommended dose
◆ may cause marked drowsiness ■ avoid alcoholic beverages

---

working consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ in children 12 years of age

**Ask a doctor before use if you have**
■ heart disease ■ high blood pressure
■ thyroid disease ■ diabetes ■ cough with excess phlegm (mucus)
■ a breathing problem or chronic cough occurs with smoking, asthma, or emphysema
■ difficulty in urination due to enlargement of the prostate gland

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occurs
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days

A-494

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 13 of 54 PageID #: 2680



**8 SOFTGELS**     **TOTAL 20 SOFTGELS**

Actual Size

**Relieves:**
Sinus Congestion
& Pressure,
Headache & Pain,
Runny Nose &
Sneezing, Cough

PHENYLEPHRINE HCl 5 mg each
Nasal decongestant
Antihistamine
DOXYLAMINE SUCCINATE 6.25 mg each
Cough suppressant
DEXTROMETHORPHAN HBr 10 mg each
Pain reliever - Fever reducer
ACETAMINOPHEN 325 mg each

Severe
**Sinus Congestion & Cough Relief**

Sinus Congestion & Cough

Compare to the active ingredients in Alka-Seltzer
PLUS® Day & Night Severe Sinus Congestion & Cough Liquid Gels*

**12 SOFTGELS**

Actual Size

**Relieves:**
Nasal & Sinus
Congestion,
Sinus Pressure,
Headache &
Body Ache,
Cough

PHENYLEPHRINE HCl 5 mg each
Nasal decongestant
Cough suppressant
DEXTROMETHORPHAN HBr 10 mg each
Pain reliever - Fever reducer
ACETAMINOPHEN 325 mg each

Severe Non-drowsy
**Sinus Congestion & Cough Relief**

♥ **CVS**Health™

*All trademarks are property of their respective owners. This product is not affiliated with the makers/owners of Alka-Seltzer PLUS® Day & Night Severe Sinus Congestion & Cough Liquid Gels.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
Made in India
V-32577
R-00

✓ **CVS**Quality
Money Back Guarantee

DO NOT USE IF BLISTER IS CUT OR BROKEN.

Important: Read all product information before
using. Keep the carton for important information.

## Severe Sinus Congestion & Cough Relief Day

### Drug Facts

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these symptoms due to cold and flu:
■ sneezing
■ itching of the nose, throat or watery eyes due to hay fever
■ cough   ■ nasal congestion   ■ sinus congestion and pressure
■ sore throat   ■ headache   ■ minor aches and pains
■ helps clear nasal passages and shrinks swollen membranes
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver
damage may occur if you take
■ more than 10 softgels in 24 hours, which is the maximum daily amount
for this product.
■ With other drugs containing acetaminophen.
■ 3 or more alcoholic drinks every day while using this product.
Allergy alert: acetaminophen may cause severe skin or severe allergic
reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash   ■ hives ➡

## Severe Sinus Congestion & Cough Relief Night

### Drug Facts

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieve these symptoms due to cold and flu:
■ sneezing
■ itching of the nose, throat or watery eyes due to hay fever
■ cough   ■ nasal congestion   ■ sinus congestion and pressure
■ sore throat   ■ headache   ■ minor aches and pains
■ runny nose
■ helps clear nasal passages and shrinks swollen membranes
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage
may occur if you take
■ more than 10 softgels in 24 hours, which is the maximum daily amount
for this product.
■ With other drugs containing acetaminophen.
■ 3 or more alcoholic drinks every day while using this product.
Allergy alert: acetaminophen may cause severe skin or severe allergic
reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash   ■ hives   ■ facial swelling
■ asthma (wheezing)   ■ shock

## Severe Sinus Congestion & Cough Relief Day

### Drug Facts (continued)

■ facial swelling   ■ asthma (wheezing)   ■ shock
If a skin or allergic reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2
days, is accompanied or followed by fever, headache, rash, nausea or

## Severe Sinus Congestion & Cough Relief Night

### Drug Facts (continued)

If a skin or allergic reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2
days, is accompanied or followed by fever, headache, rash, nausea or
vomiting consult a doctor promptly.

#234944

CAUTION: FREE AREA

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 14 of 54 PageID #: 2681



Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 15 of 54 PageID #: 2682



♥ CVS
Health.                                Grape Flavor

Children's

Cold &
Allergy

Liquid

---

♥ CVS
Health.

Children's

Cold &
Allergy

BROMPHENIRAMINE
MALEATE, USP
Antihistamine

PHENYLEPHRINE HCl, USP
Nasal decongestant

Liquid

Relieves:
Nasal congestion; Stuffy nose;
Runny nose; Sneezing; Itchy,
watery eyes; Itchy nose
& throat

Alcohol free

Actual Bottle
Seen on
Side Panel

Grape Flavor
For Ages 6 Years & Over

4 FL OZ (118 mL)

#477078

0 50428 25668 6

Compare to the active
ingredients in Children's
Dimetapp® Cold & Allergy*

Grape Flavor

---

**Drug Facts**

| Active ingredients (in each 10 ml) | Purposes |
|---|---|
| Brompheniramine Maleate, USP 2 mg | Antihistamine |
| Phenylephrine HCl, USP 5 mg | Nasal Decongestant |

**Uses**
temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
temporarily relieves these symptoms due to hay fever (allergic rhinitis):
■ runny nose
■ sneezing
■ itchy, watery eyes
■ itching of the nose or throat
temporarily restores freer breathing through the nose.

**Warnings**
**Do not use**
■ to sedate a child or to make a child sleepy
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease    ■ high blood pressure
■ thyroid disease  ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ glaucoma
■ a breathing problem such as emphysema, asthma, or chronic bronchitis.

**Ask a doctor or pharmacist before use if you are**
■ taking any other oral nasal decongestant or stimulant
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ drowsiness may occur
■ avoid alcoholic beverages
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ if you get nervous, dizzy, or sleepless
■ symptoms do not get better within 7 days or are accompanied by fever

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222.

TAMPER EVIDENT: DO NOT USE IF PRINTED SEAL UNDER CAP IS TORN OR MISSING

---

**Drug Facts (continued)**

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosage cup provided
■ keep dosage cup with product
■ ml = milliliter

| age | dose |
|---|---|
| adults and children 12 years and over | 20 ml every 4 hours |
| children 6 to under 12 years | 10 ml every 4 hours |
| children under 6 years | do not use |

**Other information**
■ **each 10 ml contains:** sodium 6 mg
■ **store** at room temperature.

**Inactive ingredients** citric acid, FD&C Blue No. 1, FD&C Red No. 40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sodium citrate, sorbitol [liquid], sucralose.

**Questions or comments?** 1-866-467-2748

CVS Health® Children's Cold & Allergy grape flavor offers relief from nasal congestion, stuffy nose, sneezing, runny nose, itchy, watery eyes, and itchy nose and throat to get through the day.

---

IMPORTANT
Keep this carton for future reference or for following.

Package Contains
One Bottle

Actual Size

*CVS Health® Children's Cold & Allergy is not manufactured or distributed by Pfizer, distributor of Children's Dimetapp® Cold & Allergy.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® · 1-800-SHOP CVS
V-1N.R1

CVS Quality
Money-back Guarantee

Lot:

Exp:

A-497

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 16 of 54 PageID #: 2683



A-498

**DAYTIME SEVERE COLD AND FLU**

*Drug Facts (continued)*

**NIGHTTIME SEVERE COLD AND FLU**

*Drug Facts (continued)*

A-499

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 18 of 54 PageID #: 2685



A-500



A-501

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 20 of 54 PageID #: 2687



A-502

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 21 of 54 PageID #: 2688



Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 22 of 54 PageID #: 2689



A-504

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 23 of 54 PageID #: 2690



A-505

## **Drug Facts** (continued) — *Severe Sinus Congestion & Cough Day*

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough with excessive phlegm (mucus)
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product** do not exceed recommended dosage

## **Drug Facts** (continued) — *Severe Sinus Congestion & Cough Night*

**Do not use to sedate children.**

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dosage
- may cause marked drowsiness    avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

A-506

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 25 of 54 PageID #: 2692



A-507

## COLD & FLU FORMULA • DAY NON-DROWSY

### Drug Facts (continued)

**Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough with excessive phlegm (mucus)
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product** do not exceed recommended dosage

▼

## COLD & FLU FORMULA • NIGHT

### Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dosage
- may cause marked drowsiness
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

▼

A-508



**Drug Facts**

**Active ingredients (in each 15 mL)** | **Purpose**
Acetaminophen 325 mg ................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ................ Cough suppressant
Phenylephrine HCl 5 mg ................ Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms
■ minor aches and pains ■ headache ■ sore throat
■ nasal congestion ■ fever
■ cough due to minor throat and bronchial irritation

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4 doses (90 mL each) of acetaminophen in 24 hours, which is the maximum daily amount ■ child takes more than 4 doses (15 mL each) in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away. Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

◄— PEEL HERE **Drug Facts (continued under label)**

**♥ CVS Health.**

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu*

NDC 013 16-460-08

*Non-Drowsy*
# Daytime

**ACETAMINOPHEN**
Pain reliever/ fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

Relieves:
Headache, Fever, Sore throat, Minor aches & pains, Nasal congestion, Sinus pressure, Cough

COLD & FLU

Antihistamine free
Ages 6+

8 FL OZ (237 mL)

*This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR INNER CAP IS BROKEN OR MISSING

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-18428
100% money-back guaranteed.
CVS.com/returnpolicy

PLASTIC BOTTLE  PLASTIC CUP

#890115

PUD-A3800  LB009123

0  50428 29666  0

---

**Drug Facts (continued)**

■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease
■ heart disease ■ high blood pressure ■ thyroid disease
■ diabetes ■ a sodium-restricted diet ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin.

**When using this product,** do not exceed recommended dosage.

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse, or lasts more than 5 days (children) or 7 days (adult) ■ fever gets worse, or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended ▶

**Drug Facts (continued)**

dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 4 doses in any 24-hour period ■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product ■ mL = milliliter

| | |
|---|---|
| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ each 15 mL contains: sodium 12 mg
■ store between 20-25℃ (68-77℉). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-509

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 28 of 54 PageID #: 2695



A-510

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 29 of 54 PageID #: 2696



**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION**

## Drug Facts

### Active ingredients (in each softgel) — Purpose
Acetaminophen 325 mg .......................... Pain reliever/Fever reducer
Phenylephrine HCl 5 mg .......................... Nasal decongestant

### Uses
- temporarily relieves symptoms due to the common cold
  - minor aches and pains ■ headache ■ fever ■ nasal congestion ■ sinus congestion & pressure
- temporarily relieves symptoms due to hay fever or other upper respiratory allergies
  - minor aches and pains ■ headache ■ nasal congestion ■ sinus congestion & pressure

### Warnings
**Liver warning**
This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4 doses in 24 hours, which is the maximum daily amount for this product
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ►

## Drug Facts (continued)

**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ high blood pressure
- thyroid disease ■ diabetes
- trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- pain or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- you get nervous, dizzy or sleepless

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults & for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed
- do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 2 softgels with water every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- store at room temperature 15°-30°C (59°-86°F) ▼

## Drug Facts (continued)

### Inactive Ingredients
FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution and white ink

### Questions or comments? Call toll free: 1-855-215-6100

*This product is not manufactured or distributed by The Procter & Gamble Manufacturing Company, owner of the registered trademarks Vicks® and Sinex™ Daytime Congestion Pressure & Pain.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in China
V-31177

**CVS Quality**
Money Back Guarantee

CVS27-00



A-512

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 31 of 54 PageID #: 2698



**CVS Health.**

MAXIMUM STRENGTH
Cold & Flu

Compare to the active ingredients
in Maximum Strength Mucinex®
Fast-Max® Cold & Flu*

NDC 69842-789-16

Fast
Dissolving
SoftGels

ACETAMINOPHEN - Pain reliever / Fever reducer
DEXTROMETHORPHAN HBr - Cough suppressant
GUAIFENESIN - Expectorant
PHENYLEPHRINE HCl
Nasal decongestant

MULTI-SYMPTOM

Controls cough
Thins & loosens mucus
Relieves nasal & chest congestion
Relieves aches, fever & sore throat

FOR AGES 12+
Actual Size

16 SOFTGELS† (*Liquid-filled capsules)

**CVS Health.**

MAXIMUM STRENGTH
Cold & Flu

PARENTS:

Print/Varnish Omit Area

Lot #:
Exp. Date:

Print/Varnish Omit Area

A-513

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 32 of 54 PageID #: 2699





A-515

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 34 of 54 PageID #: 2701



Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 35 of 54 PageID #: 2702



A-517

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 36 of 54 PageID #: 2703



A-518

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 37 of 54 PageID #: 2704



A-519

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 38 of 54 PageID #: 2705



A-520

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 39 of 54 PageID #: 2706



A-521

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 40 of 54 PageID #: 2707



A-522



A-523



A-524

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 43 of 54 PageID #: 2710



A-525

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 44 of 54 PageID #: 2711



## DAY & NIGHT COMBO PACK

**CVS Health.**

**MAXIMUM STRENGTH**

### Daytime Severe Cold

**Acetaminophen**
Pain reliever/Fever reducer
Dextromethorphan HBr
Cough suppressant
Guaifenesin, Expectorant
Phenylephrine HCl
Nasal decongestant

MULTI-SYMPTOM

Headache • Sore Throat
Fever • Sore Throat
Cough + Chest Congestion

FOR AGES 12+

Actual Size

**20 DAYTIME CAPLETS**
**30 TOTAL CAPLETS**

**MAXIMUM STRENGTH**

### Nighttime Cold & Flu

**Acetaminophen**
Pain reliever/Fever reducer
Diphenhydramine HCl
Antihistamine
Cough suppressant
Phenylephrine HCl
Nasal decongestant

MULTI-SYMPTOM

Headache • Body Pain
Fever • Sore Throat
Nasal Congestion
Sneezing & Runny Nose

FOR AGES 12+

Actual Size

**10 NIGHTTIME CAPLETS**

**CVS Health.**

**MAXIMUM STRENGTH**
**Daytime Severe Cold**
Acetaminophen,
(Dextromethorphan HBr),
Guaifenesin, Phenylephrine HCl

**MAXIMUM STRENGTH**
**Nighttime Cold & Flu**
Acetaminophen,
Diphenhydramine HCl,
Phenylephrine HCl

No print/No varnish area
Lot no/Exp date

**PARENTS:**
www.StopMedicineAbuse.org

Do not take the
Daytime and Nighttime
caplets at the same time.

#181292

FPO 80%

UPC# 050428332313

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS

100% money back
guaranteed.
CVS.com/returnpolicy

50644    ORG 162161769401

---

**Drug Facts**

**Active ingredients (in each caplet)**
**(Daytime Severe Cold)**    **Purpose**
Acetaminophen 325 mg ........ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........ Cough suppressant
Guaifenesin 200 mg ........ Expectorant
Phenylephrine HCl 5 mg ........ Nasal decongestant

**Active ingredients (in each caplet)**
**(Nighttime Cold & Flu)**    **Purpose**
Acetaminophen 325 mg ........ Pain reliever/fever reducer
Diphenhydramine HCl 25 mg ........ Antihistamine/cough suppressant
Phenylephrine HCl 5 mg ........ Nasal decongestant

**Uses**

---

**Drug Facts (continued)**

**Warnings**

---

**Drug Facts (continued)**

Ask a doctor before use if you have

When using this product

---

**Drug Facts (continued)**

If you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have

---

**Drug Facts (continued)**

avoid alcoholic beverages (Nighttime only)

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

Do not take DAYTIME and NIGHTTIME products at the same time.

---

**Directions**

do not take more than as directed

**Other information**

---

**Drug Facts (continued)**

**Inactive ingredients (Nighttime only)** corn starch, croscarmellose sodium, crospovidone, FD&C blue #1 aluminum lake, FD&C blue #2 aluminum lake, iron oxide yellow, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS

V-19849

100% money back
guaranteed.
CVS.com/returnpolicy

50644    ORG 162161769401
R-0231-617094-0WH-QH

A-526

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 45 of 54 PageID #: 2712



**♥CVSHealth.**

Tablets

Compare to the active ingredients in Benadryl® Allergy Plus Congestion†

**Allergy Plus Congestion Relief**

DIPHENHYDRAMINE HCl - Antihistamine
PHENYLEPHRINE HCl - Nasal decongestant

**Relief of:**
• Sneezing
• Runny nose
• Sinus congestion
• Sinus pressure

B-0231-485-08-H
OR012048508

---

**Allergy Plus Congestion Relief**

DIPHENHYDRAMINE HCl - Antihistamine
PHENYLEPHRINE HCl - Nasal decongestant

**♥CVSHealth.**

Tablets

---

KEEP OUTER PACKAGE FOR
COMPLETE PRODUCT INFORMATION

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED
OR IF BLISTER UNIT IS TO BIN, BROKEN OR SHOWS ANY
SIGNS OF TAMPERING.

No Print/No Varnish
Lot and Expiration No.

X XXXXXXX XXXXXXX X
UPC# 05042845623
X XXXXXXX XXXXXXX X

FPO 100%

#197895

**Drug Facts**

**Active ingredients**
**(in each tablet)**     **Purpose**
Diphenhydramine HCl 25 mg ............ Antihistamine
Phenylephrine HCl 10 mg ......... Nasal decongestant

**Uses**
■ temporarily relieves these symptoms due to hay fever
or other upper respiratory allergies:
■ runny nose ■ sneezing ■ nasal congestion
■ itching of the nose or throat ■ itchy, watery eyes
■ temporarily relieves these symptoms due to the
common cold: ■ nasal congestion
■ runny nose ■ sneezing
■ temporarily relieves sinus congestion and pressure

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for depression,
psychiatric or emotional conditions, or Parkinson's
disease), or for 2 weeks after stopping the MAOI drug.
If you do not know if your prescription drug contains an
MAOI, ask a doctor or pharmacist before taking this
product.
■ with any other product containing diphenhydramine,
even one used on skin

**Ask a doctor before use if you have**
■ difficulty in urination due to enlargement of the
prostate gland ■ diabetes ■ thyroid disease
■ heart disease ■ glaucoma ■ high blood pressure
■ a breathing problem such as emphysema or chronic
bronchitis

**Ask a doctor or pharmacist before use if you are taking**
sedatives or tranquilizers.

**Drug Facts** (continued)

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase
drowsiness ■ avoid alcoholic beverages
■ use caution when driving a motor vehicle or operating
machinery

**Stop use and ask a doctor if**
■ symptoms do not improve within 7 days or are
accompanied by fever
■ nervousness, dizziness, or sleeplessness occur

**If pregnant or breast-feeding,** ask a health professional
before use.
**Keep out of reach of children.** In case of overdose, get
medical help or contact a Poison Control Center right
away.

**Directions**    ■ do not take more than directed
■ adults and children 12 years and over
■ take 1 tablet every 4 hours
■ do not take more than 6 tablets in 24 hours
■ children under 12 years: do not use

**Other information**
■ each tablet contains: calcium 25 mg
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE
IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between
15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium,
dibasic calcium phosphate dihydrate, FD&C blue #1
aluminum lake, hypromellose, magnesium stearate, ▼

---

Tablets

**Allergy Plus Congestion Relief**

DIPHENHYDRAMINE HCl - Antihistamine
PHENYLEPHRINE HCl - Nasal decongestant

**♥CVSHealth.**

---

**Drug Facts** (continued)

microcrystalline cellulose, polydextrose, polyethylene
glycol, silicon dioxide, stearic acid, titanium dioxide,
triacetin

**Questions or comments?** 1-800-426-9391

†This product is not manufactured or distributed by Johnson &
Johnson Corporation, owner of the registered trademark Benadryl®
Allergy Plus Congestion.

Distributed by: CVS Pharmacy, Inc.,
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-1 IM11

100% money back
guaranteed.
CVS.com/storelocator

50H-H  OR012204B508

PAPER    MULTI-LAYER
BOX        TRAY

A-527

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 46 of 54 PageID #: 2713



A-528

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 47 of 54 PageID #: 2714



Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 48 of 54 PageID #: 2715



❤CVS
Health.

Compare to the active ingredients in Vicks® DayQuil® Severe Honey Flavor*

NDC 6 9 9 0-0 -40

**Daytime Severe**

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**GUAIFENESIN** Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

Relieves:
Headache, Fever, Sore throat, Minor aches & pains, Chest congestion, Nasal & Sinus congestion, Sinus pressure, Cough

Thins & loosens mucus

COLD & FLU

Honey Flavor

ANTIHISTAMINE FREE

12 FL OZ (355 mL)

: 51040 17 F1

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive, Woonsocket,
RI 02895   © 2025 CVS/pharmacy
CVS.com® 1-800-SHOP CVS  V-16490
100% money back guaranteed.
CVS.com/returnpolicy

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING.

#350947

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

PEEL BACK AT CORNER FOR MORE INFORMATION

: 51040 17 B1

**Drug Facts** (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have

ADHESIVE AREA • NO VARNISH • NO TYPE

**Drug Facts** (continued)

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |

ADHESIVE AREA • NO VARNISH • NO TYPE

PLASTIC BOTTLE   PLASTIC CUP

0  50428 55113  4

A-530

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 49 of 54 PageID #: 2716



A-531

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 50 of 54 PageID #: 2717



#178420

B-0231-540677-72H
REV07227640677722

PARENTS:

Do not take Daytime and
Nighttime Products at the
Same Time.

0 50428 54723 6

Must print and bleed white for Lot and Exp to print on the line

← Lot and Exp will get printed on the line here

A-532

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 51 of 54 PageID #: 2718



**♥CVS** Health.

Compare to the active ingredients in Vicks® NyQuil® Severe Honey Flavor*

NDC 61316-179-40

# Nighttime Severe

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**DOXYLAMINE SUCCINATE**
Antihistamine

**PHENYLEPHRINE HCl**
Nasal decongestant

Relieves:
Fever, Sore throat, Minor aches & pains, Nasal congestion, Sinus pressure, Sneezing, Runny nose, Cough

**COLD & FLU**

Honey Flavor

12 FL OZ (355 mL)

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive, Woonsocket,
RI 02895  © 2023 CVS/pharmacy
CVS.com® 1–800–SHOP CVS  V-16490
100% money back
guaranteed.
CVS.com/returnpolicy

**PARENTS:** Learn about the medicine abuse www.StopMedicineAbuse.org
**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING.**

#545974

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine Succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

## Drug Facts (continued)

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients ■ to make a child sleepy
Ask a doctor before use if you have ■ liver disease ■ heart disease ■ high blood pressure ■ glaucoma ■ thyroid disease ■ diabetes ■ cough that occurs with too much

## Drug Facts (continued)

■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 52 of 54 PageID #: 2719



A-534



**♥ CVS Health.**

MAXIMUM STRENGTH

Non-Drowsy

**Severe Tussin CF**

Adult Cough & Cold

DO NOT USE IF PRINTED NECKBAND
IS BROKEN OR MISSING

---

**Drug Facts (continued)**

Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ high blood pressure
■ thyroid disease   ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
■ you get nervous, dizzy or sleepless
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than 5 doses in any 24-hour period
■ do not exceed recommended dosage. Taking more than the recommended dose (overdose) may cause serious liver damage.
■ measure only with dosing cup provided
■ keep dosing cup with product
■ mL = milliliter
■ this adult product is not intended for use in children under 12 years of age

| age | dose |
| --- | --- |
| adults and children 12 years and over | 20 mL every 4 hours |
| children under 12 years | do not use |

**Other information**
■ each 20 mL contains: sodium 14 mg
■ store at 20-25°C (68-77°F). Do not refrigerate.   ▶

---

**Drug Facts (continued)**

**Inactive ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C red #40, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions or comments?** 1-800-719-9260

This product is not manufactured or distributed by Pfizer, distributor of Robitussin® Severe Multi-Symptom Cough Cold + Flu.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

100% money back guaranteed.
CVS.com/returnpolicy

PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

**♥ CVS Health.**

Compare to the active ingredients in Robitussin® Severe Multi-Symptom Cough Cold + Flu*

MAXIMUM STRENGTH

MDC 51316-329-26

Non-Drowsy

**Severe Tussin CF**

**ACETAMINOPHEN**
Pain reliever/Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**GUAIFENESIN**
Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

Adult Cough & Cold

Relieves:
• Cough, sore throat
• Body aches, fever
• Nasal congestion
• Chest congestion

For Ages 12 Years & Over
Dosage cup provided

Package Contains One Bottle

**4 FL OZ (118 mL)**

#971824

0  50428 49295  6

28S26 17 C1

---

**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
| --- | --- |
| Acetaminophen, USP 650 mg ...Pain reliever/fever reducer | |
| Dextromethorphan HBr, USP 20 mg ... Cough suppressant | |
| Guaifenesin, USP 400 mg ...................Expectorant | |
| Phenylephrine HCl, USP 10 mg .....Nasal decongestant | |

**Uses**
■ temporarily relieves these symptoms occurring with a cold or flu:
  ■ cough due to minor throat and bronchial irritation
  ■ nasal congestion
  ■ sinus congestion and pressure
  ■ minor aches and pains
  ■ sore throat   ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you have ever had an allergic reaction to this product or any of its ingredients

A-535

**Drug Facts**

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Drug Facts** (continued)

**Uses** ■ temporarily relieves these symptoms due to the common cold:
■ headache ■ nasal congestion ■ cough ■ minor aches and pains
■ sore throat ■ sinus congestion and pressure
■ helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

8-0231-546-08-PPCH
REV0722E54608

**Drug Facts** (continued)

■ temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ blisters ■ rash ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ diabetes ■ liver disease
■ heart disease ■ thyroid disease ■ high blood pressure

**Drug Facts** (continued)

■ difficulty in urination due to enlargement of the prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product** do not exceed recommended dosage.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ■ redness or swelling is present

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Other information**
■ each caplet contains: sodium 3 mg

**Drug Facts** (continued)

■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients** corn starch, crospovidone, FD&C yellow #6

**Drug Facts** (continued)

aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Head Congestion + Flu Severe.
REV0722E54608
58644

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-19849

100% money back guaranteed.
CVS.com/returnpolicy

PARENTS:

#970316

0 50428 33099 6

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No Print/No Varnish
Lot and Expiration No.

CVSHealth.

Compare to the active ingredients in Sudafed PE® Head Congestion + Flu Severe*

Coated Caplets

# Sinus PE Head Congestion + Flu Severe

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
Sinus pressure, Headache,
Sore throat, Cough, Chest congestion

**24 COATED CAPLETS**

Actual Size

A-536

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 1 of 36 PageID #: 2722

# Haleon US Holdings LLC.

# - PE Product Labels –

A-537

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 2 of 36 PageID #: 2723



A-538

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 3 of 36 PageID #: 2724



A-539

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 4 of 36 PageID #: 2725



A-540

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 5 of 36 PageID #: 2726

A-541

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 6 of 36 PageID #: 2727



A-542



A-543

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 8 of 36 PageID #: 2729



A-544

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 9 of 36 PageID #: 2730



A-545

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 10 of 36 PageID #: 2731



A-546

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 11 of 36 PageID #: 2732



A-547

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 12 of 36 PageID #: 2733



A-548



A-549

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 14 of 36 PageID #: 2735



A-550

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 15 of 36 PageID #: 2736



A-551

Case 1:22-md-03089-BMC    Document 290-7    Filed 05/03/24    Page 16 of 36 PageID #: 3737

READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE. KEEP CARTON FOR REFERENCE. DO NOT DISCARD.

**Drug Facts**

**Active ingredients (in each caplet)**      **Purposes**
Acetaminophen 325 mg ........................................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ...................................... Cough suppressant
Guaifenesin 200 mg ..................................................... Expectorant
Phenylephrine HCl 5 mg ...................................... Nasal decongestant

**Uses**
- temporarily relieves these symptoms due to a cold:
  - minor aches and pains    • minor sore throat pain    • headache
  - nasal and sinus congestion    • cough due to minor throat and bronchial irritation
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    • blisters    • rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting consult a doctor promptly.
**Do not use**
- in a child under 12 years of age    • if you are allergic to acetaminophen
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
- liver disease    • heart disease    • high blood pressure    • thyroid disease    • diabetes
- trouble urinating due to an enlarged prostate gland    • cough that occurs with too much phlegm (mucus)
- cough that lasts or is chronic such as occurs with smoking, asthma, chronic bronchitis or emphysema
**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
**When using this product**
- do not exceed recommended dosage
**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occurs    • fever gets worse or lasts more than 3 days
- redness or swelling is present    • new symptoms occur
- pain, cough or nasal congestion gets worse or lasts more than 7 days
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Drug Facts (continued)**
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not use more than directed
- adults and children 12 years of age and over: take 2 caplets every 4 hours, while symptoms persist. Do not take more than 10 caplets in 24 hours unless directed by a doctor.
- children under 12 years of age: do not use

**Other information**
- each caplet contains: sodium 5 mg
- store at controlled room temperature 20°-25°C (68°-77°F)

**Inactive ingredients** benzoic acid, corn syrup, croscarmellose sodium, D&C yellow no. 10, FD&C blue no. 1, FD&C red no. 40, flavor, hypromellose, maltodextrin, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polysorbate 80, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, titanium dioxide

**Questions or Comments?**
call 1-866-329-5256



NEW!

**THERAFLU ExpressMax®**

NDC 0067-9145-91

**SEVERE COLD & FLU**

**ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER**
**DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT**
**GUAIFENESIN – EXPECTORANT**
**PHENYLEPHRINE HCl – NASAL DECONGESTANT**

- BODY ACHE • FEVER • CHEST CONGESTION
- NASAL CONGESTION • HEADACHE
- COUGH • SORE THROAT PAIN

**20 COATED CAPLETS**

**WARMING RELIEF™ FORMULA**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

*Maximum Strength per 4 hour dose.

TAMPER EVIDENT FEATURE: THERAFLU® EXPRESSMAX® CAPLETS ARE SEALED IN BLISTER PACKETS. USE ONLY IF THE INDIVIDUAL SEAL IS UNBROKEN.

Distributed by:
GSK Consumer Healthcare
Warren, NJ 07059
Trademarks are owned by or licensed to the GSK group of companies.
©2017 GSK group of companies or its licensor. All rights reserved.    12582

FPO

3   00671 09170   4

A-552

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 17 of 36 PageID #: 2738



A-553

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 18 of 36 PageID #: 2739



A-554



A-555

Case 1:23-md-03089-BMC  Document 200-7  Filed 05/03/24  Page 20 of 36 PageID #: 2741



A-556

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 21 of 36 PageID #: 2742



A-557



A-558

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 23 of 36 PageID #: 2744



Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 24 of 36 PageID #: 2745



A-560

Case 1:23-md-03089-BMC Document 200-7 Filed 05/03/24 Page 25 of 36 PageID #: 2746



A-561

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 26 of 36 PageID #: 2747

A-562

Case 1:23-md-03089-BMC Document 200-7 Filed 05/03/24 Page 27 of 36 PageID #: 2748



A-563

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 28 of 36 PageID #: 2749



A-564

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 29 of 36 PageID #: 2750



A-565

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 30 of 36 PageID #: 2751



A-566

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 31 of 36 PageID #: 2752



A-567

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 32 of 36 PageID #: 2753



A-568

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 33 of 36 PageID #: 2754



A-569

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 34 of 36 PageID #: 2755



A-570



A-571

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 36 of 36 PageID #: 2757



A-572

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 1 of 30 PageID #: 2758

# Johnson & Johnson Consumer Inc.

## – PE Product Labels –

A-573

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 2 of 30 PageID #: 2759









**Drug Facts**

**Active ingredients** **Purpose**
(in each 30 mL)

Acetaminophen 650 mg........................Pain reliever/
fever reducer

**Drug Facts** (continued)

■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains
acetaminophen. Severe liver damage

**Drug Facts** (continued)

If a skin reaction occurs, stop use and
seek medical help right away.
**Sore throat warning:** If sore throat is
severe, persists for more than 2 days,
is accompanied or followed by fever,

A-574

Dextromethorphan HBr 20 mg.....Cough suppressant
Guaifenesin 400 mg.............................Expectorant
Phenylephrine HCl 10 mg.......Nasal decongestant

## Uses
■ temporarily relieves the following cold/flu symptoms:
■ minor aches and pains
■ headache      ■ sore throat
■ nasal congestion   ■ cough
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

---

may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening
■ blisters
■ rash ▶

---

headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, ▶

---

## Drug Facts (continued)
psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland ▶

---

## Drug Facts (continued)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days ▶

---

## Drug Facts (continued)
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

## Drug Facts (continued)

### Directions
■ do not take more than directed (see overdose warning)
■ mL = milliliter
■ use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

▶

---

## Drug Facts (continued)

### Other information
■ each 30 mL contains: sodium 10 mg
■ store between 20-25°C (68-77°F).
■ do not use if neck band imprinted with "WARNING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose ▶

---

## Drug Facts (continued)

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

**OPEN TO READ DRUG FACTS** (Warnings, Directions...) ⟶ **PEEL**

## TYLENOL
COLD MAX

How can we help?
☎ **1-877-895-3665**



SNAP THIS CODE OR TEXT TYCOLD7 TO 87715

Acetaminophen (325 mg per 15 mL)
Dextromethorphan HBr



42166   Do not use if neck band imprinted with "TYLENOL COLD MAX" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing

A-575





(10 mg per 15 mL)
Doxylamine succinate
(6.25 mg per 15 mL)
Phenylephrine HCl
(5 mg per 15 mL)

8 fl oz (240 mL)

Made in Canada
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2018

30042166

---

### Drug Facts

**Active ingredients**    **Purpose**
**(in each 15 mL)**

Acetaminophen 325 mg .......... Pain reliever/ fever reducer

Dextromethorphan HBr 10 mg .... Cough suppressant

Doxylamine succinate 6.25 mg ...........Antihistamine

Phenylephrine HCl 5 mg........... Nasal decongestant

### Uses
- temporarily relieves these common cold/flu symptoms:
  - minor aches and pains
  - headache
  - sore throat
  - nasal congestion
  - runny nose and sneezing
  - cough
  - sinus congestion and pressure ▶

---

### Drug Facts (continued)

- helps clear nasal passages
- relieves cough to help you sleep
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ▶

---

### Drug Facts (continued)

- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription ▶

---

### Drug Facts (continued)

monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged ▶

---

### Drug Facts (continued)

prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- glaucoma
- persistent or chronic cough such as occurs with smoking, asthma or emphysema
- cough that occurs with too much phlegm (mucus)

### Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

### When using this product
- do not exceed recommended dose
- excitability may occur, ▶

---

### Drug Facts (continued)

especially in children
- marked drowsiness may occur
- alcohol, sedatives and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts ▶

A-576

## Drug Facts (continued)

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup ▶

## Drug Facts (continued)

designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

## Other information

- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD MAX" or ▶

## Drug Facts (continued)

foil inner seal imprinted with "SAFETY SEAL®" is broken or missing

## Inactive ingredients

alcohol, anhydrous citric acid, FD&C blue no. 1, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

## Questions or comments?

call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**

Learn about teen medicine abuse

www.StopMedicineAbuse.org

A-577

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 6 of 30 PageID #: 2763





**OPEN TO READ DRUG FACTS**
(Warnings, Directions…)          → **PEEL**

30040372

Do not use if neck band imprinted with
"TYLENOL COLD+FLU+ COUGH" or foil
inner seal imprinted with "SAFETY
SEAL®"is broken or missing.

**DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN**

3  0045-0562-08 1

## Drug Facts

**Active ingredients**     **Purpose**
(in each 15 mL)

Acetaminophen 325 mg .......... Pain reliever/ fever reducer

Dextromethorphan HBr 10 mg...Cough suppressant

Doxylamine Succinate 6.25 mg.......... Antihistamine

Phenylephrine HCl 5 mg.......Nasal decongestant

### Uses
■ temporarily relieves these common
cold/flu symptoms:
  ■ minor aches and pains
  ■ headache          ■ sore throat
  ■ nasal congestion
  ■ runny nose and sneezing
  ■ cough
  ■ sinus congestion and pressure
■ helps clear nasal passages  ▶

## Drug Facts (continued)

■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains
acetaminophen. Severe liver damage
may occur if you take
■ more than **4,000** mg of
acetaminophen in 24 hours
■ with other drugs containing
acetaminophen
■ 3 or more alcoholic drinks every day
while using this product
**Allergy alert:** acetaminophen may
cause severe skin reactions. Symptoms
may include:
■ skin reddening
■ blisters
■ rash

## Drug Facts (continued)

If a skin reaction occurs, stop use and
seek medical help right away.
**Sore throat warning:** If sore throat is
severe, persists for more than 2 days, is
accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

**Do not use**
■ with any other drug containing
acetaminophen (prescription or
nonprescription). If you are not sure
whether a drug contains
acetaminophen, ask a doctor or
pharmacist.
■ If you are now taking a prescription
monoamine oxidase inhibitor (MAOI)
(certain drugs for depression,
psychiatric or emotional

## Drug Facts (continued)

conditions, or Parkinson's disease),
or for 2 weeks after stopping the
MAOI drug. If you do not know if your
prescription drug contains an MAOI,
ask a doctor or pharmacist before
taking this product.
■ If you have ever had an allergic
reaction to this product or any of its
ingredients

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged
prostate gland
■ a breathing problem such as  ▶

## Drug Facts (continued)

■ emphysema or chronic bronchitis
■ glaucoma
■ persistent or chronic cough such as
occurs with smoking, asthma or
emphysema
■ cough that occurs with too much
phlegm (mucus)

**Ask a doctor or pharmacist before
use if you are**
■ taking the blood thinning drug
warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ **do not exceed recommended
dose**
■ excitability may occur, especially in
children
■ marked drowsiness may occur  ▶

## Drug Facts (continued)

■ alcohol, sedatives and tranquilizers
may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor
vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or
sleeplessness occur
■ pain, nasal congestion or cough gets
worse or lasts more than 7 days
■ fever gets worse or lasts more than 3
days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with
rash or headache that lasts
These could be signs of a serious
condition.  ▶

## Drug Facts (continued)

If pregnant or breast-feeding, ask a
health professional before use.

## Drug Facts (continued)

adults
and          ■ take 30 mL in the dosing
cup provided every 4

## Drug Facts (continued)

is broken or missing

**TYLENOL**
**COLD + FLU + COUGH**
**NIGHT**

A-578

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 7 of 30 PageID #: 2764

Keep out of reach of children. **Overdose warning:** in case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed (see overdose warning)**
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

and children 12 years and over

cup provided every 4 hours while symptoms last
- do not take more than 150 mL in 24 hours, unless directed by a doctor

children under 12 years

ask a doctor

### Other information
- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD+FLU+COUGH" or foil inner seal imprinted with "SAFETY SEAL®"

**Inactive ingredients** acetic acid, alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

*Questions or comments?* call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

*How can we help?*
📞 **1-877-895-3665**

SNAP THIS CODE
OR TEXT TYCOLD7
TO 87718

MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP.
TEXT STOP FOR STOP

Acetaminophen (325 mg per 15 mL)
Dextromethorphan HBr (10 mg per 15 mL)
Doxylamine succinate (6.25 mg per 15 mL)
Phenylephrine HCl (5 mg per 15 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2017

30040372



NDC 50580-403-08  30049845   Warming Honey Lemon Flavor

**TYLENOL**® FOR ADULTS

A-579





## Drug Facts

### Active ingredients   Purpose
(in each 30 mL)

Acetaminophen 650 mg.....................Pain reliever/
fever reducer
Dextromethorphan HBr 20 mg...Cough suppressant
Guaifenesin 400 mg...............................Expectorant
Phenylephrine HCl 10 mg......Nasal decongestant

### Uses

■ temporarily relieves the following cold/flu

## Drug Facts (continued)

■ temporarily reduces fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day

A-580

symptoms:
- minor aches and pains
- headache
- sore throat
- nasal congestion
- cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,

## Drug Facts (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days

## Drug Facts (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Drug Facts (continued)

## Drug Facts (continued)

A-581

## Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

## Other information
- each 30 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARNING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

## Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

## Drug Facts (continued)

**Questions or comments?**
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**TYLENOL®**
COLD + FLU SEVERE

How can we help?
☎ 1-877-895-3665

Acetaminophen
(650 mg per 30 mL)
Dextromethorphan HBr
(20 mg per 30 mL)
Guaifenesin
(400 mg per 30 mL)
Phenylephrine HCl
(10 mg per 30 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
⊕ J&JCI 2021

30049845

A-582

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 11 of 30 PageID #: 2768



OPEN TO READ DRUG FACTS
(Warnings, Directions...) → PEEL



Do not use if neck band imprinted with "TYLENOL COLD+FLU+ COUGH" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing.

**DO NOT USE WITH OTHER MEDICINES CONTAINING ACETAMINOPHEN**



3  0045-0562-08 1

## Drug Facts

**Active ingredients** (in each 15 mL)    **Purpose**

Acetaminophen 325 mg ......... Pain reliever/ fever reducer

Dextromethorphan HBr 10 mg...Cough suppressant
Doxylamine Succinate 6.25 mg........Antihistamine
Phenylephrine HCl 5 mg........Nasal decongestant

### Uses
- temporarily relieves these common cold/flu symptoms:
  - minor aches and pains
  - headache ■ sore throat
  - nasal congestion
  - runny nose and sneezing
  - cough
  - sinus congestion and pressure
- helps clear nasal passages ▶

## Drug Facts (continued)
- relieves cough to help you sleep
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash ▶

## Drug Facts (continued)
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional

## Drug Facts (continued)
conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as ▶

## Drug Facts (continued)
- emphysema or chronic bronchitis
- glaucoma
- persistent or chronic cough such as occurs with smoking, asthma or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dose
- excitability may occur, especially in children
- marked drowsiness may occur ▶

## Drug Facts (continued)
- alcohol, sedatives and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition. ▶

## Drug Facts (continued)

## Drug Facts (continued)

## Drug Facts (continued)

**TYLENOL®**

A-583

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 12 of 30 PageID #: 2769

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ▪ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>▪ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

## Other information
- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD+FLU+COUGH" or foil inner seal imprinted with "SAFETY SEAL®"

is broken or missing

## Inactive ingredients
acetic acid, alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

## Questions or comments?
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

## PARENTS:
Learn about teen medicine abuse
www.Sto-MedicineAbuse.org

### COLD + FLU + COUGH NIGHT

How can we help?
☏ **1-877-895-3665**

**SNAP THIS CODE OR TEXT TYCOLD? TO 87715**

MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP.
TEXT STOP FOR STOP

Acetaminophen (325 mg per 15 mL)
Dextromethorphan HBr (10 mg per 15 mL)
Doxylamine succinate (6.25 mg per 15 mL)
Phenylephrine HCl (5 mg per 15 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2017    30040372



NDC 50580-403-08  30049845    **Warming Honey Lemon Flavor**

TYLENOL® FOR ADULTS