# 24-3296-cv

## United States Court of Appeals

*for the*

## Second Circuit

SANDRA YOUSEFZADEH, *et al.*,

*Plaintiffs-Appellants,*

*(For Continuation of Caption See Inside Cover)*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## JOINT APPENDIX
## Volume 3 of 4 (Pages A-584 to A-875)

JONATHAN D. SELBIN
LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
(212) 355-9500
jselbin@lchb.com

ADAM J. LEVITT
DICELLO LEVITT LLP
Ten North Dearborn Street, 6th Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com

SAMUEL ISSACHAROFF
*Counsel of Record*
40 Washington Square South 411J
New York, New York 10012
(212) 998-6580
sil3@nyu.edu

– and –

ELIZABETH A. FEGAN
FEGAN SCOTT LLC
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
(630) 273-2625
beth@feganscott.com

*Attorneys for Plaintiffs-Appellants (Please See Inside Cover
for Full List of Plaintiffs-Appellants)*

*(For Continuation of Appearances See Inside Cover)*

CP COUNSEL PRESS    (800) 4-APPEAL • (376921)

GWEN THOMAS, RHONDA NITTO,

*Plaintiffs,*

– v. –

JOHNSON & JOHNSON CONSUMER INC., RB HEALTH (US) LLC, TARGET CORPORATION, BAYER HEALTHCARE, LLC, a Delaware limited liability corporation, WALMART INC., a Delaware corporation, CVS PHARMACY, INC., a Delaware corporation, WALGREEN CO., an Illinois corporation, THE PROCTER & GAMBLE COMPANY, HALEON US HOLDINGS LLC, PUBLIX SUPER MARKETS, INC., AMAZON.COM, INC., AMAZON.COM SERVICES LLC, KENVUE, INC., GLAXOSMITHKLINE LLC, RITE AID CORPORATION, ALBERTSONS COMPANIES, INC. COSTCO WHOLESALE CORP.,

*Defendants-Appellees,*

DOES 1-200, GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC, RECKITT BENCKISER LLC, MERCK, MCNEIL CONSUMER HEALTHCARE, SANOFI-AVENTIS U.S. LLC, CHURCH & DWIGHT CO. INC., ASSOCIATED WHOLESALE GROCERS INC, VALU MERCHANDISERS CO., PFIZER INC., PERRIGO COMPANY PLC, HELEN OF TROY LIMITED, DIERBERGS MARKETS, INC., RECKITT BENCKISER PHARMACEUTICALS INC., THE KROGER CO., HARRIS TEETER, LLC, HARRIS TEETER SUPERMARKETS, INC., DOLGENCORP, INC., FAMILY DOLLAR, LLC,

*Defendants.*

---

*(Continued from Cover Page 1)*

JAMES E. CECCHI
CARELLA, BYRNE, CECCHI, BRODY
    & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
jcecchi@carellabyrne.com

     – and –

KILEY L. GROMBACHER
BRADLEY/GROMBACHER LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
(866) 881-0403
kgrombacher@bradleygrombacher.com

CHRISTOPHER A. SEEGER
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, New Jersey 07660
(973) 639-9100
cseeger@seegerweiss.com

     – and –

JASON P. SULTZER
SULTZER & LIPARI, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
(845) 483-7100
sultzerj@thesultzerlawgroup.com

– and –

LINDSEY N. SCARCELLO
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
(816) 701-1100
lscarcello@wcllp.com

*Plaintiffs' Interim Class Counsel and Executive Committee*

*Attorneys for Plaintiffs-Appellants Sandra Yousefzadeh, Kaycie Coppock, Cody Morgan, Erin Barton, Hannah De Preist, Anthony DeRosa, John Coyle, individually and on behalf of all others similarly situated, Kimberly Buscaglia, Kamonica McWhite, Michael Walker, Eduardo Flores, Anntwanette Jones, Daniel Calzado, Keith Mortuiccio, Pedro Urena, Robyn Cronin, Timothy Butler 309172, Archanatep Boonparn, Chioma Ozuzu, Kenneth Levi Pack, Min Ji Jung, Steve Audelo, Natalie Juneau, Robert Fichera, Francis W. Catanese, Samuel Gallo, Kristin DePaola, Cathy Kleiman, Richard Scoffier, Annette Striegel, Martha A. Page, Emily Cohen, Janet Jones, Lateef Murdock, Gwen Lewi, Marcel Perez Pirio, Lane Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, Lauren DeBeliso, Lorette Kenney, Daniel Heaghney, Amanda Thorns, Scott Collier, Andrew Isom, John Jeffrey Bader, Brian Lloyd Fireng, Carrie Diane Huff, Joseph Samuel Sorge, Joshua Edward Sorge, Christine Ann Waters, Christopher McPhee, Justin Vorise, Krista Wright, Jordan Nelson, Regina Peralta, Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, Hollie Verdi, Tiffany Travis, Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, Tina Haluszka, Heather Fong, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, Anthony Rogers, Jamieka Holmes, Mari Jones, Michele Kasparie, Kimberly James, Greg Enriquez, Rachel Parker, Darrell Wayne Grimsley, Jr., Krystal Rampalli, Daryl Means, Jacob Reinkraut, Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, Cece Davenport, Claudette Sanes, Daniel Flick, Janis Zimmerman, Rose Riccio, Andrea Wilson, Richard Chavez, Kathleen Emmons, Nathan Jackson, James Hsieh, Dominic Rio, Mohanad Abdelkarim, Steven Checchia, Tamula Chamberlain, Stacy Rankin, Harold Nyanjom, Frizell Johnson, Ruben Varela, Joy Taylor, Anthony Coleman, Natasha Hernandez, Jessica Thompson, Emily Hansen, Sommer Milous, Andrew Gutierrez, Rebecca Lynn Reyes, Sierra Vent, Hector Valdes, Joanne Silva, Shelby Noviskis, James Carrigan, Shawn L. Thomas, Charles Geoffrey Woods, John Jeffrey Ward, Ruta Taito, Dr. Karen Schwartz, Thomas Lewis, Dena Fichot, Pamela Joyner, Sharon Rourk, Izabel Pena-Venegas, Beverly Ward, Abby Jergins, Bill Jergins, Archi Hipkins, Christine Harrison, Viva Cohen, Joey Cohen, William Bryan, Jack Hinsberger, Nancy Welharticky, Robert Housman, Jay Valinsky, Rethea Morris, Robert Haid, Michael Folks, Sharon Manier, Stan Szrajer, Achorea Tisdale, Marisol Scharon, Haley Hadden, Bonnie Van Noy, John Boswell, Mohamad Tlaib, Donald Krist, Tina Tuominen, Paul Mateer, William Mitchell and Bethany Childers*

JASON ZARROW
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071
(213) 430-6000

– and –

BRUCE P. CRAWFORD
HANNAH Y. CHANOINE
O'MELVENY & MYERS LLP
1301 Avenue of the Americas,
    Suite 1700
New York, New York 10019
(212) 326-2000

– and –

AMY J. LAURENDEAU
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
(949) 823-6900

*Attorneys for Defendants-Appellees
    Johnson & Johnson Consumer Inc.
    and Kenvue, Inc.*

CHRISTOPHER G. CAMPBELL
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309
(404) 736-7800

– and –

CARA D. EDWARDS
COLLEEN CAREY GULLIVER
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

– and –

CHRISTOPHER M. YOUNG
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121
(858) 677-1400

*Attorneys for Defendant-Appellee Bayer
    Healthcare, LLC, a Delaware limited
    liability corporation*

ALYSON STEELE BERIDON
HERZFELD SUETHOLZ GASTEL LENISKI
    AND WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224
alyson@hsglawgroup.com

– and –

JOE P. LENISKI, JR.
HERZFELD SUETHOLZ GASTEL LENISKI
    AND WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, Tennessee 37203
(615) 800-6225
joey@hsglawgroup.com

*Attorneys for Plaintiff-Appellant
    Newton's Pharmacy, Inc.*

NILDA ISIDRO
DALE R. GOLDSTEIN
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9200

– and –

MARK J. LESKO
GREENBERG TRAURIG, P.A
2317 Montauk Highway
Bridgehampton, New York 11932
(631) 994-2400

*Attorneys for Defendants-Appellees
    Target Corporation, Walmart Inc., a
    Delaware corporation, CVS
    Pharmacy, Inc., a Delaware
    corporation and Walgreen Co., an
    Illinois corporation*

MICHAEL F. HEALY
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
(415) 544-1900

ANDREW SOUKUP
DAVID ZIONTS
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Attorneys for Defendant-Appellee*
*   The Procter & Gamble Company*

JAY P. LEFKOWITZ
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

*Attorneys for Defendants-Appellees*
*   Haleon US Holdings LLC and*
*   GlaxoSmithKline LLC*

JAMES BERNARD
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
(212) 918-3000

*Attorneys for Defendant-Appellee*
*   RB Health (US) LLC*

CHRISTOPHER J. SCHMIDT
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000

*Attorneys for Defendant-Appellee*
*   Kenvue, Inc.*

                – and –

DANIEL B. ROGERS
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Boulevard,
   Suite 3200
Miami, Florida 33131
(305) 358-5171

*Attorneys for Defendant-Appellee*
*   Publix Super Markets, Inc.*

ROBERT W. SPARKES, III
JENNIFER J. NAGLE
K&L GATES LLP
One Congress Street, Suite 2900
Boston, Massachusetts 02114
(617) 261-3100

*Attorneys for Defendants-Appellees*
*   Amazon.com, Inc. and Amazon.com*
*   Services, LLC*

NATSAYI Z. MAWERE
REED SMITH LLP
599 Lexington Avenue 22nd Floor
New York, New York 10022
(212) 521-5400
                – and –
RICHARD FAMA
TAMAR S. WISE
COZEN O'CONNOR
Three World Trade Center
175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 509-9400

*Attorneys for Defendants-Appellees The*
*   Kroger Co., Harris Teeter, LLC and*
*   Harris Teeter Supermarkets, Inc.*

i

## TABLE OF CONTENTS

**Page**

District Court Docket Entries ................................... A-1

Order Governing Plaintiffs' Initial Streamlined
    Consolidated Complaint and Defendants' Motion
    to Dismiss in Response, dated April 16, 2024 ....... A-131

Initial Streamlined Consolidated New York
    Bellwether Class Action Complaint, dated
    May 3, 2024 ........................................... A-134

Exhibit A to Class Action Complaint -
    Class Action Complaint – PE [Phenylephrine]
    Products Collection of Labels as Purchased by
    Plaintiffs ............................................... A-256

Amended Order Governing Initial Streamlined
    Consolidated Class Action Complaint and
    Defendants' Motion to Dismiss in Response,
    dated May 16, 2024 ................................. A-1152

Notice of Appeal, dated December 9, 2024 ............... A-1156

Exhibit A to Notice of Appeal -
    List of Plaintiffs Appealing .................................. A-1160

Exhibit B to Notice of Appeal -
    Order Entering Judgment, dated
    November 12, 2024
    (Reproduced herein at pp. SPA-18-SPA-20)

Exhibit C to Notice of Appeal -
    Memorandum Decision and Order (Document
    Relates to All Actions), dated October 29, 2024
    (Reproduced herein at pp. SPA-1-SPA-17)

ii

**Page**

Newtown's Pharmacy, Inc.'s Notice of Appeal,
  dated January 10, 2025 .........................................  A-1164

A-584





## Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

## Drug Facts (continued)

■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing

A-585

## Uses
- temporarily relieves the following cold/flu symptoms:
- minor aches and pains
- headache          ■ sore throat
- nasal congestion  ■ cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash ▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, ▶

## Drug Facts (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days ▶

## Drug Facts (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

A-586

## Drug Facts (continued)

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

## Drug Facts (continued)

### Other information
- each 30 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARNING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

## Drug Facts (continued)

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



**TYLENOL®**
COLD + FLU SEVERE

How can we help?
℄ 1-877-895-3665

Acetaminophen
(650 mg per 30 mL)
Dextromethorphan HBr
(20 mg per 30 mL)
Guaifenesin
(400 mg per 30 mL)
Phenylephrine HCl
(10 mg per 30 mL)

8 fl oz (240 mL)

Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
● J&JCI 2021

30049845

A-587

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 16 of 30 PageID #: 2773



✪ Sneezing   ✪ Runny Nose   ✪ Sinus Congestion   ✪ Itchy, Watery Eyes
✪ Itchy Throat   ✪ Sinus Pressure

Diphenhydramine HCl 25mg | Antihistamine
Phenylephrine HCl 10mg | Nasal Decongestant

## CONGESTION
## ALLERGY PLUS
# Benadryl®

NDC 50580-415-01

EFFECTIVE ALLERGY RELIEF WHEN YOU NEED IT!

Benadryl®
ALLERGY PLUS
CONGESTION

116786

116786

30089/78619

### Drug Facts

**Active ingredients (in each tablet)**   **Purposes**
Diphenhydramine HCl 25 mg.................................Antihistamine
Phenylephrine HCl 10 mg...............................Nasal decongestant

**Uses**
■ temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  ■ runny nose   ■ sneezing   ■ itchy, watery eyes
  ■ itching of the nose or throat   ■ nasal congestion
■ temporarily relieves these symptoms due to the common cold:
  ■ runny nose   ■ sneezing   ■ nasal congestion
■ temporarily relieves sinus congestion and pressure

**Warnings**
Do not use
■ to make a child sleepy
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**  ■ heart disease
■ high blood pressure   ■ thyroid disease   ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis   ■ glaucoma

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers

**When using this product**   ■ do not exceed recommended dose
■ marked drowsiness may occur
■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

### Drug Facts (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Directions**

| adults and children 12 years and over | ■ take 1 tablet every 4 hours<br>■ do not take more than 6 tablets in 24 hours |
| children under 12 years | ask a doctor |

**Other information**
■ store between 20-25°C (68-77°F)
■ do not use if carton is opened or if blister unit is broken

**Inactive ingredients** carnauba wax, FD&C blue no. 1 aluminum lake, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polyvinyl alcohol, powdered cellulose, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide

**Questions or comments?**
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

3   0045-0557-261

Benadryl®
ALLERGY PLUS
CONGESTION

Made in Italy
Distributed by: J&JCI
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2016

EFFECTIVE ALLERGY RELIEF WHEN YOU NEED IT!

Benadryl®
ALLERGY PLUS
CONGESTION

A-588

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 17 of 30 PageID #: 2774



ULTRATABS®*
*small tablet size

actual size

24 TABLETS

A-589

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 18 of 30 PageID #: 2775



A-590

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 19 of 30 PageID #: 2776



**ALLERGY + CONGESTION RELIEF**

**Grape!**
Flavored Liquid

**4 fl oz (118 mL)**

3 0045-0170-05 7

- Minimize contact and keep pets out of the bedroom to help with pet allergies

**Children's**
**Benadryl®**
**ALLERGY PLUS**

**Drug Facts** (continued)
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding**, ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help

A-591

Case 1:23-md-03089-BMC    Document 200-8    Filed 05/03/24    Page 20 of 30 PageID #: 2777

## CONGESTION

### Drug Facts

**Active ingredients (in each 5 mL)**     **Purposes**
Diphenhydramine HCl 12.5 mg........................................Antihistamine
Phenylephrine HCl 5 mg........................................Nasal decongestant

### Uses
- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  - runny nose
  - itchy, watery eyes
  - nasal congestion
  - sneezing
  - itching of the nose or throat
  - stuffy nose
- temporarily relieves these symptoms due to the common cold:
  - runny nose
  - nasal congestion
  - sneezing
  - stuffy nose
- temporarily relieves sinus congestion and pressure

### Warnings
**Do not use**
- to make a child sleepy
- with any other product containing diphenhydramine, even one used on skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- glaucoma
- high blood pressure
- diabetes

**Ask a doctor or pharmacist before use if you are taking** sedatives or tranquilizers

**When using this product**
- **do not exceed recommended dose**
- marked drowsiness may occur
- avoid alcoholic drinks ▶

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

### Directions
- find right dose on chart below
- mL = milliliter
- take every 4 hours
- do not take more than 6 doses in 24 hours

| Age (yr) | Dose (mL) |
|---|---|
| children under 4 years | do not use |
| children 4 to 5 years | do not use unless directed by a doctor |
| children 6 to 11 years | 5 mL |
| adults and children 12 years and over | 10 mL |

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

### Other information
- each 5 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F)
- do not use if carton tape or bottle wrap imprinted with "Sealed For Your Safety" is broken or missing

### Inactive ingredients
anhydrous citric acid, carboxymethylcellulose sodium, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose

### Questions or comments?
call **1-877-717-2824** (toll-free) or **215-273-8755** (collect)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2019                    30046178

For more information, visit:
**www.benadryl.com**



A-592

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 21 of 30 PageID #: 2778



A-593

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 22 of 30 PageID #: 2779



A-594

ALCOHOL &
SUGAR FREE

**4 fl oz (118 mL)** 2.5 mg per 5 mL

■ symptoms do not improve within 7 days or occur with a fever

Active ingredient made in India

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
●J&JCI 2019

30046181

### Drug Facts (continued)

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

### Directions
■ find right dose on chart below
■ mL = milliliter
■ repeat dose every 4 hours
■ do not use more than 6 times in 24 hours

| Age (yr) | Dose (mL) |
|---|---|
| under 4 years | do not use |
| 4 to 5 years | 5 mL |
| 6 to 11 years | 10 mL |

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

**Actual Size**

children's
SUDAFED
PE

children's
SUDAFED

A-595

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 24 of 30 PageID #: 2781



A-596

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 25 of 30 PageID #: 2782



A-597

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 26 of 30 PageID #: 2783





**DrugFacts**

**Active ingredients (in each 5mL)**     *Purpose*

Acetaminophen 160mg.................................Pain reliever/fever reducer
Chlorpheniramine maleate 1 mg..............................Antihistamine
Dextromethorphen HBr 5 mg.............................Cough suppressant
Phenylephrine HCl 2.5 mg...............................Nasal decongestant

**Uses** ▪temporarily relieves the following cold/flu symptoms:
▪minor aches and pains    ▪headache    ▪sore throat
▪cough    ▪stuffy nose    ▪sneezing and runny nose
▪temporarily reduces fever

**Warnings**

**Drug Facts** (continued)

▪pain, nasal congestion or cough gets worse or lasts more than 5 days
▪fever gets worse or lasts more than 3 days
▪redness or swelling is present    ▪new symptoms occur
▪cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact
a Poison Control Center right away. (1-800-222-1222) Quick medical
attention is critical for adults as well as for children even if you do not notice
any signs or symptoms.

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 27 of 30 PageID #: 2784



Liver warning: This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
Allergy alert: acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
■ if your child is allergic to any of the ingredients in this product

**Ask a doctor before use if your child has**
■ liver disease  ■ heart disease  ■ high blood pressure
■ thyroid disease  ■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as chronic bronchitis
■ glaucoma

**Ask a doctor or pharmacist before use if your child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not exceed recommended dose (see overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
■ nervousness, dizziness or sleeplessness occur ➡

**Directions**
■ this product does not contain directions or complete warnings for adult use.
■ do not give more than directed (see overdose warning)
■ shake well before using
■ mL = milliliter
■ find right dose on chart below. If possible, use weight to dose; otherwise, use age.
■ remove the child protective cap and squeeze your child's dose into the dosing cup
■ repeat dose every 4 hours while symptoms last
■ do not give more than 5 times in 24 hours

| Weight (lb) | Age (yr) | Dose (mL)* |
|---|---|---|
| under 36 | under 4 years | do not use |
| 36-47 | 4 to 5 years | do not use unless directed by a doctor |
| 48-95 | 6 to 11 years | 10 mL |

*or as directed by a doctor

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

**Other information**
■ store between 20-25°C (68-77°F)
■ do not use if carton is opened or if carton tape or bottle wrap imprinted "TYLENOL" is broken or missing

**Inactive ingredients**
anhydrous citric acid, D&C red no. 33, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, microcrystalline cellulose and carboxymethylcellulose sodium, purified water, sodium benzoate, sorbitol solution, sucrose, xanthan gum

**Questions or comments?**
call 1-800-458-1635 (toll-free) or 215-273-8755 (collect)

Distributed by: JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division         30037519
Fort Washington, PA 19034 USA
©J&JCI 2016   www.tylenol.com   Care To Recycle

A-599

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 28 of 30 PageID #: 2785



A-600

Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 29 of 30 PageID #: 2786

**Bubblegum** *Flavor*

4 fl oz (120 mL)

3   0045-0386-05   2

Please see dosing chart or ask a doctor for your child's correct dose

**PARENTS:**

Learn about teen medicine abuse

www.StopMedicineAbuse.org

## Drug Facts

| Active ingredients (in each 5 mL) | Purpose |
|---|---|
| Acetaminophen 160 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 1 mg | Antihistamine |
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves the following cold/flu symptoms:
■ minor aches and pains   ■ headache   ■ sore throat
■ cough   ■ stuffy nose   ■ sneezing and runny nose
■ temporarily reduces fever

## Drug Facts (continued)

■ pain, nasal congestion or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**Keep out of reach of children.**

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice

A-601

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- to make a child sleepy
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
- if your child is allergic to any of the ingredients in this product

**Ask a doctor before use if your child has**
- liver disease   ■ heart disease   ■ high blood pressure
- thyroid disease   ■ diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as chronic bronchitis
- glaucoma

**Ask a doctor or pharmacist before use if your child is**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dose (see overdose warning)
- excitability may occur, especially in children
- marked drowsiness may occur
- sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur ➡

any signs or symptoms.

## Directions

- this product does not contain directions or complete warnings for adult use.
- do not give more than directed (see overdose warning)
- shake well before using
- mL = milliliter
- find right dose on chart below. If possible, use weight to dose; otherwise, use age.
- remove the child protective cap and squeeze your child's dose into the dosing cup
- repeat dose every 4 hours while symptoms last
- do not give more than 5 times in 24 hours

| Weight (lb) | Age (yr) | Dose (mL)* |
|---|---|---|
| under 36 | under 4 years | do not use |
| 36-47 | 4 to 5 years | do not use unless directed by a doctor |
| 48-95 | 6 to 11 years | 10 mL |

* or as directed by a doctor

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

## Other information

- store between 20-25°C (68-77°F)
- do not use if carton is opened or if carton tape or bottle wrap imprinted "TYLENOL" is broken or missing

## Inactive ingredients

anhydrous citric acid, D&C red no. 33, FD&C red no. 40, flavors, glycerin, microcrystalline cellulose and carboxymethylcellulose sodium, purified water, sodium benzoate, sorbitol solution, sucrose, xanthan gum

## Questions or comments?

call 1-800-458-1635 (toll-free) or 215-273-8755 (collect)

Distributed by: **JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2016   www.tylenol.com   Care To Recycle™

30057517

A-602

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 1 of 35 PageID #: 2788

# Johnson & Johnson Consumer Inc.

### -PE Product Labels –

### - continued

A-603

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 2 of 35 PageID #: 2789



Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 3 of 35 PageID #: 2790





NON-DROWSY

20 COATED CAPLETS

SUDAFED PE

HEAD CONGESTION + PAIN

Ibuprofen 200 mg, Phenylephrine Hydrochloride 10 mg Tablets
Pain Reliever/Fever Reducer (NSAID),
Nasal Decongestant

ONE CAPLET DOSE

- NASAL CONGESTION  • HEADACHE
- SINUS PRESSURE  • FEVER
- NASAL SWELLING  • BODY ACHES

NDC 50580-436-01

READ AND KEEP CARTON FOR COMPLETE WARNINGS AND INFORMATION

**Drug Facts**

Active ingredients (in each caplet) — Purposes
Ibuprofen 200 mg ......... Pain reliever/fever reducer
Phenylephrine HCl 10 mg ......... Nasal decongestant
*nonsteroidal anti-inflammatory drug

**Drug Facts (continued)**

Uses
■ temporarily relieves these symptoms associated with the common cold or flu:
■ headache ■ fever ■ sinus pressure
■ nasal congestion ■ minor body aches and pains
■ reduces swelling of the nasal passages
■ temporarily restores freer breathing through the nose

**Drug Facts (continued)**

Warnings

Allergy alert: Ibuprofen may cause a severe allergic reaction, especially in people allergic to aspirin. Symptoms may include: ■ hives ■ facial swelling ■ asthma (wheezing) ■ shock ■ skin reddening ■ rash ■ blisters
If an allergic reaction occurs, stop use and seek medical help right away.
Stomach bleeding warning: This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you: ■ are age 60 or older ■ have had stomach ulcers or bleeding problems ■ take a blood thinning (anticoagulant) or steroid drug ■ take other drugs containing prescription or nonprescription NSAIDs [aspirin, ibuprofen, naproxen, or others] ■ have 3 or more alcoholic drinks every day while using this product ■ take more or for a longer time than directed
Heart attack and stroke warning: NSAIDs, except aspirin, increase the risk of heart attack, heart failure, and stroke. These can be fatal. The risk is higher if you use more than directed or for longer than directed.

Do not use ■ in children under 12 years of age because this product contains too much medication for children under this age ■ if you have ever had an allergic reaction to any other pain reliever/fever reducer ■ right before or after heart surgery ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) [certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease], or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product

Ask a doctor before use if ■ stomach bleeding warning applies to you ■ you have problems or serious side effects from taking pain relievers or fever reducers ■ you have a history of stomach problems, such as heartburn ■ you have high blood pressure, heart disease, liver cirrhosis, kidney disease, asthma, thyroid disease, diabetes, have trouble urinating due to an enlarged prostate gland, or had a stroke ■ you are taking a diuretic

**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are ■ under a doctor's care for any serious condition ■ taking any other product that contains phenylephrine or any other nasal decongestant ■ taking aspirin for heart attack or stroke, because ibuprofen may decrease this benefit of aspirin ■ taking any other drug

When using this product ■ take with food or milk if stomach upset occurs

Stop use and ask a doctor if ■ you experience any of the following signs of stomach bleeding: ■ feel faint ■ vomit blood ■ have bloody or black stools ■ have stomach pain that does not get better ■ you have symptoms of heart problems or stroke: ■ chest pain ■ trouble breathing ■ weakness in one part or side of body ■ slurred speech ■ leg swelling ■ pain gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ nasal congestion lasts for more than 7 days ■ symptoms continue or get worse ■ redness or swelling is present in the painful area ■ you get nervous, dizzy, or sleepless ■ any new symptoms appear

If pregnant or breast-feeding, ask a health professional before use. It is especially important not to use ibuprofen during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

Directions ■ do not take more than directed ■ adults and children 12 years of age and over: ■ take 1 caplet every 4 hours while symptoms persist ■ do not use more than 6 caplets in any 24-hour period unless directed by a doctor ■ children under 12 years of age: do not use because this product contains too much medication for children under this age

Other information ■ store between 20-25°C (68-77°F). Avoid excessive heat above 40°C (104°F). ■ read all warnings and directions before use. Keep carton ■ do not use if blister until is torn or broken

**Drug Facts (continued)**

Inactive ingredients ■ colloidal silicon dioxide, croscarmellose sodium, lactose monohydrate, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, pregelatinized starch, stearic acid, talc, titanium dioxide

Questions or comments? call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

SUDAFED PE®

Distributed by:
JOHNSON & JOHNSON
CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2018   30041807

3  0 00450 55120 7

SUDAFED PE®

CODE AREA

4B0G0 MN C1



NON-DROWSY

± Actual Pill Size

24 CAPLETS

MAXIMUM STRENGTH

SINUS HEADACHE

SINUS PRESSURE + CONGESTION

Pain Reliever/Fever Reducer, Nasal Decongestant

Acetaminophen, Phenylephrine HCl

PRESSURE+PAIN For Adults

SUDAFED PE®

See New Warning

SINUS

NDC 50580-547-25

SUDAFED.COM

The makers of the SUDAFED® family of products have been dedicated to reducing sinus pressure for over 50 years. Learn more about our full range of effective sinus products at Sudafed.com

**Important: Read all product information before using. Keep this box for important information.**

## Drug Facts

### Active ingredients (in each caplet)          Purpose
Acetaminophen 325 mg .................................... Pain reliever/fever reducer
Phenylephrine HCl 5 mg .................................. Nasal decongestant

### Uses
- temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
  - sinus congestion and pressure
  - headache
  - minor aches and pains
  - nasal congestion
- promotes sinus drainage
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reaction. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have an overhead an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product** do not exceed recommended dose

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not use more than directed (see overdose warning)

| | |
|---|---|
| adults and children 12 years and over | take 2 caplets every 4 hours |
| | do not take more than 10 caplets in 24 hours |
| children under 12 years | ask a doctor |

### Other information
- store between 20-25°C (68-77°F)
- do not use if carton is open end or if blister unit is broken

### Inactive ingredients
carnauba wax, FD&C yellow no. 6 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polysorbate 60, povidone and cellulose, pregelatinized starch, sodium starch glycolate, titanium dioxide

### Questions or comments? call 1-888-217-2177 (toll-free) or 215-273-8755 (collect)

SUDAFED PE®
Open from other side

3 00614/82/ 1D217301

LOT:
EXP.:

Does Not Contain Pseudoephedrine

**Distributed by:**
McNeil Consumer Healthcare
Division of McNeil-PPC, Inc.
Fort Washington, PA 19034 USA
©McNEIL-PPC, INC. 2016

3  00045-0547-24  8



**Important: Read all product information before using. Keep this box for important information.**
**Do not take the day and night tablets at the same time. Do not take more than a total of 6 tablets in a 24-hour period. Take only as directed.**

## SUDAFED PE® DAYTIME

*Drug Facts*

| *Active ingredient (in each tablet)* | *Purpose* |
|---|---|
| Phenylephrine HCl 10 mg | Nasal decongestant |

*Uses* ■ temporarily relieves sinus congestion and pressure
■ temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

*Warnings*
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease ■ high blood pressure
■ thyroid disease ■ diabetes
■ trouble urinating due to an enlarged prostate gland ▼

*Drug Facts* (continued)

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

*Directions*

| | |
|---|---|
| adults and children 12 years and over | ■ take 1 tablet every 4 hours<br>■ do not take more than 6 tablets in 24 hours |
| children under 12 years | ask a doctor |

*Other information* ■ store between 20-25°C (68-77°F)
■ **do not use if blister unit is torn or broken**

*Inactive ingredients* carnauba wax, D&C yellow no. 10 aluminum

## SUDAFED PE® NIGHTTIME

*Drug Facts*

| *Active ingredients (in each tablet)* | *Purpose* |
|---|---|
| Diphenhydramine HCl 25 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

*Uses*
■ temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
■ runny nose ■ sneezing ■ itchy, watery eyes
■ itching of the nose or throat ■ nasal congestion
■ temporarily relieves these symptoms due to the common cold:
■ runny nose ■ sneezing ■ nasal congestion
■ temporarily relieves sinus congestion and pressure

*Warnings*
**Do not use**
■ to make a child sleepy
■ with any other product containing diphenhydramine, even one used on skin ▼

*Drug Facts* (continued)

■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ glaucoma

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers

**When using this product**
■ **do not exceed recommended dose**
■ marked drowsiness may occur
■ avoid alcoholic drinks

LIFT HERE

A-609

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 8 of 35 PageID #: 2795



A-610

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 9 of 35 PageID #: 2796





**How can we help?**
**☎ 1-877-895-3665**

**Drug Facts**

**Active ingredients (in each caplet)** — **Purpose**
Acetaminophen 325 mg ................................ **Pain reliever/fever reducer**
Dextromethorphan HBr 10 mg ................................ **Cough suppressant**
Phenylephrine HCl 5 mg ................................ **Nasal decongestant**

**Uses**
- temporarily relieves these common cold/flu symptoms:
  - minor aches and pains     ■ headache     ■ sore throat
  - nasal congestion     ■ cough     ■ sinus congestion and pressure
  - helps clear nasal passages     ■ promotes nasal and sinus drainage
  - temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening     ■ blisters     ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Drug Facts (continued)**
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- high blood pressure     ■ thyroid disease     ■ diabetes
- trouble urinating due to an enlarged prostate gland     ■ liver disease     ■ heart disease
- persistent or chronic cough such as occurs with smoking, asthma or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- pain, nasal congestion or cough gets worse or lasts more than 7 days     ■ nervousness, dizziness, or sleeplessness occur
- fever gets worse or lasts more than 3 days     ■ redness or swelling is present
- new symptoms occur     ■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**     ■ do not take more than directed (see overdose warning)

| adults and children 12 years and over | ■ take 2 caplets every 4 hours ■ swallow whole; do not crush, chew or dissolve ■ do not take more than 10 caplets in 24 hours |
| children under 12 years | ask a doctor |

**Other information**     ■ store between 20-25°C (68-77°F)
- do not use if blister mail is torn or broken

**PARENTS:**
Learn about teen medicine abuse▸
www.StopMedicineAbuse.org ▸

**Inactive ingredients** anhydrous citric acid, carnauba wax, flavors, hypromellose, magnesium stearate, microcrystalline cellulose, modified starch, potassium sorbate, powdered cellulose, pregelatinized starch, sodium benzoate, sodium citrate, sodium starch glycolate, sucralose

**Questions or comments?** call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

3   00450 27125   9

A-612



A-613

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 12 of 35 PageID #: 2799





## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold/flu symptoms:
  ■ minor aches and pains
  ■ headache        ■ sore throat
  ■ nasal congestion  ■ cough
  ■ sinus congestion and pressure
■ helps clear nasal passages
■ promotes nasal and sinus drainage
■ temporarily reduces fever ▶

## Drug Facts (continued)

sorbitol solution, sucralose

### Questions or comments?
call 1-877-895-3665 (toll-free) or
215-273-8755 (collect)



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts (continued)

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening
■ blisters
■ rash
If a skin reaction occurs, stop use ▶

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 13 of 35 PageID #: 2800

**Drug Facts** (continued)

and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or ▶

**Drug Facts** (continued)

**Other information**
- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD + FLU + COUGH" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing

**Inactive ingredients**
alcohol, anhydrous citric acid, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate,

**Drug Facts** (continued)

**Directions**
- **do not take more than directed (see overdose warning)**
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

▶

**Drug Facts** (continued)

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an ▶

**Drug Facts** (continued)

enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough ▶

**Drug Facts** (continued)

gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

OPEN TO READ DRUG FACTS ──▶ PEEL

A-615

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 14 of 35 PageID #: 2801







A-616



3  0045-0562-08 1

## Drug Facts

### Active ingredients          Purpose
(in each 15 mL)

Acetaminophen 325 mg .......... Pain reliever/
fever reducer

Dextromethorphan HBr 10 mg...Cough suppressant
Doxylamine Succinate 6.25 mg.........Antihistamine
Phenylephrine HCl 5 mg........Nasal decongestant

### Uses
■ temporarily relieves these common
cold/flu symptoms:
  ■ minor aches and pains
  ■ headache          ■ sore throat
  ■ nasal congestion
  ■ runny nose and sneezing
  ■ cough
  ■ sinus congestion and pressure
■ helps clear nasal passages ▶

## Drug Facts (continued)

■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains
acetaminophen. Severe liver damage
may occur if you take
■ more than 4,000 mg of
  acetaminophen in 24 hours
■ with other drugs containing
  acetaminophen
■ 3 or more alcoholic drinks every day
  while using this product
**Allergy alert:** acetaminophen may
cause severe skin reactions. Symptoms
may include:
■ skin reddening
■ blisters
■ rash ▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and
seek medical help right away.
**Sore throat warning:** If sore throat is
severe, persists for more than 2 days, is
accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

### Do not use
■ with any other drug containing
  acetaminophen (prescription or
  nonprescription). If you are not sure
  whether a drug contains
  acetaminophen, ask a doctor or
  pharmacist.
■ if you are now taking a prescription
  monoamine oxidase inhibitor (MAOI)
  (certain drugs for depression,
  psychiatric or emotional ▶

## Drug Facts (continued)

conditions, or Parkinson's disease),
or for 2 weeks after stopping the
MAOI drug. If you do not know if your
prescription drug contains an MAOI,
ask a doctor or pharmacist before
taking this product.
■ if you have ever had an allergic
  reaction to this product or any of its
  ingredients

### Ask a doctor before use if you have
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged
  prostate gland
■ a breathing problem such as ▶

## Drug Facts (continued)

## Drug Facts (continued)

A-617

emphysema or chronic bronchitis
■ glaucoma
■ persistent or chronic cough such as occurs with smoking, asthma or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ **do not exceed recommended dose**
■ excitability may occur, especially in children
■ marked drowsiness may occur ▶

■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition. ▶

## *Drug Facts* (continued)

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### *Directions*
■ **do not take more than directed (see overdose warning)**
■ mL = milliliter
■ use only enclosed dosing cup designed for use with this product. Do not use any other dosing device. ▶

## *Drug Facts* (continued)

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

### *Other information*
■ each 15 mL contains: **sodium 5 mg**
■ store between 20-25°C (68-77°F). Do not refrigerate.
■ **do not use if neck band imprinted with "TYLENOL COLD+FLU+COUGH" or foil inner seal imprinted with "SAFETY SEAL®"** ▶

## *Drug Facts* (continued)

is broken or missing

### *Inactive ingredients*
acetic acid, alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no.

**TYLENOL®**
**COLD + FLU + COUGH NIGHT**

How can we help?
☏ *1-877-895-3665*

A-618

40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

**Questions or comments?**
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**SNAP THIS CODE**
OR TEXT TYCOLD7
TO **87715**
MSG & DATA RATES MAY APPLY
TEXT **HELP** FOR HELP.
TEXT **STOP** FOR STOP.

Acetaminophen
(325 mg per 15 mL)
Dextromethorphan HBr
(10 mg per 15 mL)
Doxylamine succinate
(6.25 mg per 15 mL)
Phenylephrine HCl
(5 mg per 15 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2017

30040372

A-619

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 18 of 35 PageID #: 2805



A-620

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 19 of 35 PageID #: 2806





A-621

**Active ingredients**          **Purpose**
*(in each 30 mL)*

Acetaminophen 650 mg......................Pain reliever/
fever reducer
Dextromethorphan HBr 20 mg...Cough suppressant
Guaifenesin 400 mg..................................Expectorant
Phenylephrine HCl 10 mg......Nasal decongestant

## Uses
■ temporarily relieves the following cold/flu
symptoms:
  ■ minor aches and pains
  ■ headache          ■ sore throat
  ■ nasal congestion  ■ cough
■ helps loosen phlegm (mucus) and thin
bronchial secretions to make coughs
more productive ▶

## Warnings
**Liver warning:** This product contains
acetaminophen. Severe liver damage
may occur if you take
■ more than 4,000 mg of
acetaminophen in 24 hours
■ with other drugs containing
acetaminophen
■ 3 or more alcoholic drinks every day
while using this product
**Allergy alert:** acetaminophen may
cause severe skin reactions.
Symptoms may include:
■ skin reddening
■ blisters
■ rash ▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and
seek medical help right away.
**Sore throat warning:** If sore throat is
severe, persists for more than 2 days,
is accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

### Do not use
■ with any other drug containing
acetaminophen (prescription or
nonprescription). If you are not sure
whether a drug contains
acetaminophen, ask a doctor or
pharmacist.
■ if you are now taking a prescription
monoamine oxidase inhibitor (MAOI)
(certain drugs for depression, ▶

## Drug Facts (continued)

psychiatric or emotional conditions, or
Parkinson's disease), or for 2 weeks
after stopping the MAOI drug. If you do
not know if your prescription drug
contains an MAOI, ask a doctor or
pharmacist before taking this product.
■ if you have ever had an allergic
reaction to this product or any of its
ingredients

### Ask a doctor before use if you have
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged
prostate gland ▶

## Drug Facts (continued)

■ persistent or chronic cough such as
occurs with smoking, asthma,
chronic bronchitis, or emphysema
■ cough that occurs with too much
phlegm (mucus)

**Ask a doctor or pharmacist before
use if you are** taking the blood thinning
drug warfarin

**When using this product do not
exceed recommended dose**

**Stop use and ask a doctor if**

## Drug Facts (continued)

■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with
rash or headache that lasts
These could be signs of a serious
condition.

**If pregnant or breast-feeding,** ask
a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of
overdose, get medical help or contact
a Poison Control Center right

■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days

away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Drug Facts (continued)

### Directions
■ do not take more than directed (see overdose warning)
■ mL = milliliter
■ use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

## Drug Facts (continued)

### Other information
■ each 30 mL contains: sodium 10 mg
■ store between 20-25°C (68-77°F).
■ do not use if neck band imprinted with "WARNING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

## Drug Facts (continued)

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## TYLENOL®
### COLD + FLU SEVERE

How can we help?
✆ 1-877-895-3665

Acetaminophen (650 mg per 30 mL)
Dextromethorphan HBr (20 mg per 30 mL)
Guaifenesin (400 mg per 30 mL)
Phenylephrine HCl (10 mg per 30 mL)

8 fl oz (240 mL)

Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021

30049845

A-623

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 22 of 35 PageID #: 2809



A-624



JOHNSON & JOHNSON CONSUMER INC
McNe··· Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021        30049845

0 0045-0525-08 6

---

## Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves the following cold/flu symptoms:
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

---

## Drug Facts (continued)
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

---

## Drug Facts (continued)
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,

---

## Drug Facts (continued)
psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

---

## Drug Facts (continued)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days

---

## Drug Facts (continued)
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

## Drug Facts (continued)

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | take 30 mL in the dosing cup provided every 4 hours while symptoms last do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

---

## Drug Facts (continued)

### Other information
- each 30 mL contains: **sodium 10 mg**
- store between 20-25°C (68-77°F).
- **do not use if neck band imprinted with "WARNING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing**

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

---

## Drug Facts (continued)

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-625

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 24 of 35 PageID #: 2811





## Drug Facts

**Active ingredients** **Purpose**
**(in each 15 mL)**

Acetaminophen 325 mg .........Pain reliever/
fever reducer

Dextromethorphan HBr 10 mg.... Cough suppressant

Doxylamine succinate 6.25 mg..............Antihistamine

Phenylephrine HCl 5 mg.............. Nasal decongestant

### Uses
■ temporarily relieves these common cold/flu symptoms:
  ■ minor aches and pains
  ■ headache
  ■ sore throat
  ■ nasal congestion
  ■ runny nose and sneezing
  ■ cough
  ■ sinus congestion and pressure ▶

## Drug Facts (continued)

■ helps clear nasal passages
■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
■ skin reddening ▶

## Drug Facts (continued)

■ blisters
■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription ▶

## Drug Facts (continued)

monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease

## Drug Facts (continued)

prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ glaucoma
■ persistent or chronic cough such as occurs with smoking, asthma or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin

## Drug Facts (continued)

especially in children
■ marked drowsiness may occur
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days

A-626

- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged ▶

[...]
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dose
- excitability may occur,

[...]
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

---

*Drug Facts* (continued)

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

*Directions*
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup

---

*Drug Facts* (continued)

designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

*Other information*
- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD MAX" or ▶

---

*Drug Facts* (continued)

foil inner seal imprinted with "SAFETY SEAL®" is broken or missing

*Inactive ingredients*
alcohol, anhydrous citric acid, FD&C blue no. 1, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

*Questions or comments?*
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-627

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 26 of 35 PageID #: 2813





Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 27 of 35 PageID #: 2814





**Important: Read all product information before using. Keep this box for important information.**
Do not take the day and night caplets at the same time. Do not take more than a total of 10 caplets in a 24-hour period. Take only as directed.

TYLENOL® COLD + FLU SEVERE NIGHT | TYLENOL® COLD + FLU SEVERE DAY

## Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 2 mg | Antihistamine |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ for the temporary relief of the following cold/flu symptoms:
■ minor aches and pains   ■ headache   ■ sore throat   ■ nasal congestion
■ cough   ■ sinus congestion and pressure   ■ sneezing and runny nose
■ helps clear nasal passages   ■ relieves cough to help you sleep
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of
this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage
may occur if you take   ■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may
include:   ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

## Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ for the temporary relief of the following cold/flu symptoms:
■ minor aches and pains   ■ headache   ■ sore throat
■ nasal congestion   ■ cough
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more
productive   ■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this
product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may
occur if you take   ■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may
include:   ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**LIFT HERE**

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 28 of 35 PageID #: 2815





**How can we help?**
**( 1-877-895-3665**
TYLENOL
HERITAGE OF CARE · HISTORY OF RELIEF

**Drug Facts**

**Active ingredients** (in each caplet)    **Purpose**
Acetaminophen 325 mg ........................... Pain reliever/fever reducer
Guaifenesin 200 mg ............................................... Expectorant
Phenylephrine HCl 5 mg .................................... Nasal decongestant

**Uses**
■ for the temporary relief of the following cold symptoms:
  ■ minor aches and pains    ■ headache    ■ sore throat
  ■ nasal congestion    ■ sinus congestion and pressure
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▲

**Drug Facts** (continued)

**Inactive ingredients** carnauba wax, croscarmellose sodium, flavor, hypromellose, hydroxypropyl cellulose, magnesium stearate, microcrystalline cellulose, pregelatinized starch, sucralose, titanium dioxide, triacetin

**Questions or comments?** call 1-877-895-3665 (toll-free) or 215-273-4755 (collect)

**Drug Facts** (continued)

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease
■ high blood pressure    ■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema    ■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you** are taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**
Stop use and ask a doctor if    ■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days    ■ redness or swelling is present
■ new symptoms occur    ■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control
Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see overdose warning)

| adults and children 12 years and over | ■ take 2 caplets every 4 hours ■ swallow whole–do not crush, chew or dissolve ■ do not take more than 10 caplets in 24 hours |
|---|---|
| children under 12 years | ask a doctor |

**Other information**
■ each caplet contains: sodium 3 mg    ■ store between 20-25°C (68-77°F)
■ do not use if blister unit is torn or broken    ►

3  00450 26125  0

A-631

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 30 of 35 PageID #: 2817



30040605   NDC 50580-511-01

# TYLENOL®
### FOR ADULTS
## COLD + MUCUS SEVERE

**Acetaminophen,** Dextromethorphan HBr, Phenylephrine HCl, Guaifenesin
Pain Reliever–Fever Reducer, Cough Suppressant, Nasal Decongestant, Expectorant

- HEAD + BODY ACHES
- FEVER + SORE THROAT
- COUGH
- NASAL CONGESTION
- MUCUS + CHEST CONGESTION

DAY NON-DROWSY

COOL BURST™

Alcohol 0.7%

**8 fl oz (240 mL)**

OPEN TO READ DRUG FACTS
(Warnings, Directions...) → PEEL



30042165

Do not use if neck band imprinted with
"TYLENOL COLD + MUCUS SEVERE" or
foil inner seal imprinted with "SAFETY
SEAL®" is broken or missing.

**DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN**



A-632

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 31 of 35 PageID #: 2818

3  0045-0521-08 8


**TYLENOL®**
COLD + MUCUS SEVERE

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg ........ | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg .... | Cough suppressant |
| Guaifenesin 200 mg ............................. | Expectorant |
| Phenylephrine HCl 5 mg ............. | Nasal decongestant |

## Uses
■ for the temporary relief of the following cold/flu symptoms:
- ■ minor aches and pains
- ■ headache
- ■ sore throat
- ■ nasal congestion
- ■ cough
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

### How can we help?
📞 **1-877-895-3665**

**SNAP THIS CODE** OR TEXT **TYCOLD8** TO **87715**

MSG & DATA RATES MAY APPLY TEXT HELP FOR HELP. TEXT STOP FOR STOP.



Acetaminophen (325 mg per 15 mL)
Dextromethorphan HBr (10 mg per 15 mL)
Phenylephrine HCl (5 mg per 15 mL)
Guaifenesin (200 mg per 15 mL)

8 fl oz (240 mL)

Made in Canada
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2018

30042165

## Drug Facts (continued)
■ temporarily reduces fever

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- ■ more than 4,000 mg of acetaminophen in 24 hours
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may

## Drug Facts (continued)
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or

cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash

▶

acetaminophen, ask a doctor or
pharmacist.
- if you are now taking a
prescription monoamine oxidase
inhibitor (MAOI) (certain drugs for

▶

## Drug Facts (continued)

depression, psychiatric or emotional
conditions, or Parkinson's disease),
or for 2 weeks after stopping the
MAOI drug. If you do not know if your
prescription drug contains an MAOI,
ask a doctor or pharmacist before
taking this product.
- if you have ever had an allergic
reaction to this product or any of its
ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes

▶

## Drug Facts (continued)

- trouble urinating due to an enlarged
prostate gland
- persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema
- cough that occurs with too much
phlegm (mucus)

**Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin**

**When using this product do not
exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or
sleeplessness occur
- pain, nasal congestion or cough

▶

## Drug Facts (continued)

gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with
rash or headache that lasts
These could be signs of a serious
condition.

**If pregnant or breast-feeding**, ask
a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of
overdose, get medical help or contact a

## Drug Facts (continued)

### Directions
- **do not take more than directed
(see overdose warning)**
- mL = milliliter
- use only enclosed dosing cup
designed for use with this product.
Do not use any other dosing device.

| adults and children 12 years and over | - take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>- do not take more than 150 mL in 24 hours, unless |
| --- | --- |

A-634

Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

|  |  |
|--|--|
|  | directed by a doctor |
| children under 12 years | ask a doctor |

## Drug Facts (continued)

### Other information

- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD + MUCUS SEVERE" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing

### Inactive ingredients

alcohol, anhydrous citric acid, FD&C blue no. 1, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

## Drug Facts (continued)

### Questions or comments?

call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-635

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 34 of 35 PageID #: 2821



A-636

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 35 of 35 PageID #: 2822



A-637

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 1 of 16 PageID #: 2823

# Procter & Gamble Co.

## -PE Product Labels –

A-638

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 2 of 16 PageID #: 2824



A-639

Case 1:23-md-03089-BMC    Document 200-10    Filed 05/03/24    Page 3 of 16 PageID #: 2825



Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 4 of 16 PageID #: 2826



A-641

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 5 of 16 PageID #: 2827



**children's Cold MULTI-SYMPTOM**

Acetaminophen - pain reliever/fever reducer
Dextromethorphan HBr - cough suppressant
Phenylephrine HCl - nasal decongestant

Non-Drowsy

**FREE of:**
Artificial Dyes & Flavors,
High Fructose Corn Syrup & Alcohol

- Aches, Fever
- Sore Throat
- Cough
- Stuffy nose
Ages 6+

6 FL OZ (177ml)

91042565

PARENTS: Learn about teen medicine abuse at www.StopMedicineAbuse.org

### Drug Facts

**Active ingredients** (in each 15 mL)          **Purpose**

Acetaminophen 325 mg .................................. Pain reliever/Fever reducer
Dextromethorphan HBr 10 mg .......................... Cough suppressant
Phenylephrine HCl 5 mg .................................. Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • cough due to minor throat & bronchial irritation • sore throat • headache • minor aches & pains • fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
• adult takes more than 4 doses (60 mL each) in 24 hrs, which is the maximum daily amount for this product.
• child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product
• taken with other drugs containing acetaminophen
• adult has 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, or emphysema • a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product,** do not use more than directed.

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
• pain, nasal congestion or cough get worse or last more than 5 days (children) or 7 days (adults)
• fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur
• cough comes back, or occurs with rash or headache that lasts.
These could be signs of a serious condition.

### Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed • only use the dose cup provided • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
• each 15 mL contains: sodium 44 mg
• Store at or greater than 25C. Do not refrigerate

**Inactive ingredients** anhydrous citric acid, beta carotene, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions?** 1-800-362-1683

**TAMPER EVIDENT:** Do not use if printed safety seal under cap is missing or damaged.
DIST. BY: PROCTER & GAMBLE, CINCINNATI, OH 45202
Made in Canada
Close cap tightly
90521692

P&G www.pg.com
Patents: www.pg.com/patents
www.vicks.com

PEEL BACK FOR DRUG FACTS

CLOSE TIGHTLY

A-642

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 6 of 16 PageID #: 2828









A-643

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 7 of 16 PageID #: 2829









Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 8 of 16 PageID #: 2830



A-645



VICKS FLU THERAPY  SEVERE COLD AND FLU DAY

A-646

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 10 of 16 PageID #: 2832



A-647

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 11 of 16 PageID #: 2833



A-648

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 12 of 16 PageID #: 2834



A-649



A-650

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 14 of 16 PageID #: 2836






A-651

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 15 of 16 PageID #: 2837



A-652

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 16 of 16 PageID #: 2838





A-653

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 1 of 18 PageID #: 2839

# Procter & Gamble Co.

## -PE Product Labels –

### -continued

A-654

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 2 of 18 PageID #: 2840





A-655

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 3 of 18 PageID #: 2841



A-656

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 4 of 18 PageID #: 2842



A-657

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 5 of 18 PageID #: 2843

**Drug Facts (continued)**

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed • do not exceed 8 caplets per 24 hrs

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • store at room temperature above 25°C

**Inactive ingredients** croscarmellose, D&C Yellow No. 10 Aluminum Lake, FD&C Blue No. 1 Aluminum Lake, FD&C Blue No. 2 Aluminum Lake, FD&C Yellow No. 6 Aluminum Lake, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions?** 1-800-362-1683

---

**Drug Facts (continued)**

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed • do not exceed 8 caplets per 24 hrs

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each caplet contains: sodium 4 mg • store at room temperature above 25°C

**Inactive ingredients** croscarmellose sodium, crospovidone, FD&C Yellow No. 6 Aluminum Lake, flavor, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions?** 1-800-362-1683



**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

**TAMPER EVIDENT:** This package is safety sealed & child resistant. Use only if blisters are intact. If difficult to open, use scissors.

ACTUAL SIZE

VICKS
**DayQuil**
VapoCOOL
SEVERE COLD & FLU + CONGESTION
Acetaminophen, Guaifenesin, Phenylephrine HCl, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains
Chest Congestion, Thins & Loosens Mucus
Nasal Congestion, Sinus Pressure
Cough

32 DAYQUIL COATED CAPLETS

**NyQuil**
VapoCOOL
SEVERE COLD & FLU + CONGESTION
Acetaminophen, Phenylephrine HCl, Doxylamine Succinate, Dextromethorphan HBr

Headache, Fever, Sore Throat,
Minor Aches & Pains
Nasal Congestion, Sinus Pressure
Sneezing, Runny Nose
Cough

16 NYQUIL COATED CAPLETS; COATED CAPLETS

48 TOTAL

ACTUAL SIZE

DIST. BY PROCTER & GAMBLE, CINCINNATI OH 45202
www.pg.com
www.vicks.com
**P&G**
Pediatric
www.pg.com/petents
90984308

3 23900 03846 2

---

**Drug Facts** NyQuil + VapoCool Cold & Flu

**Active ingredients (in each caplet)** — Purpose

| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • cough to help you sleep • minor aches & pains • headache • fever • sore throat • runny nose & sneezing • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
• more than 8 caplets in 24 hours, which is the maximum daily amount for this product • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product

---

**Drug Facts** DayQuil + VapoCool Cold & Flu

**Active ingredients (in each caplet)** — Purpose

| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
• temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • minor aches & pains • headache • fever • sore throat • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage • helps loosen phlegm (mucus) and thin bronchial secretions to aid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take

---

**Drug Facts (continued)**

Allergy Alert: Acetaminophen may cause severe skin reactions. Symptoms may include: • skin reddening • blisters • rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • glaucoma • cough that occurs with too much phlegm (mucus) • a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema • trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** • taking sedatives or tranquilizers • taking the blood thinning drug warfarin

**When using this product** • do not use more than directed • excitability may occur, especially in children • marked drowsiness may occur • avoid alcoholic drinks • be careful when driving a motor vehicle or operating machinery • alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

---

**Drug Facts (continued)**

• more than 8 caplets in 24 hours, which is the maximum daily amount for this product • with other drugs containing acetaminophen
• 3 or more alcoholic drinks every day while using this product
Allergy Alert: Acetaminophen may cause severe skin reactions. Symptoms may include: • skin reddening • blisters • rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.





A-658

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 6 of 18 PageID #: 2844



A-659

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 7 of 18 PageID #: 2845



A-660

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 8 of 18 PageID #: 2846



A-661

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 9 of 18 PageID #: 2847



A-662

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 10 of 18 PageID #: 2848







A-663

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 11 of 18 PageID #: 2849



A-664

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 12 of 18 PageID #: 2850















A-666

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 14 of 18 PageID #: 2852



A-667

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 15 of 18 PageID #: 2853









A-668

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 16 of 18 PageID #: 2854






A-669

Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 17 of 18 PageID #: 2855



A-670



A-671

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 1 of 21 PageID #: 2857

# Procter & Gamble Co.

## -PE Product Labels –

### -continued

A-672

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 2 of 21 PageID #: 2858



A-673

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 3 of 21 PageID #: 2859



A-674

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 4 of 21 PageID #: 2860



A-675

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 5 of 21 PageID #: 2861



A-676

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 6 of 21 PageID #: 2862









A-677

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 7 of 21 PageID #: 2863



A-678

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 8 of 21 PageID #: 2864



Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 9 of 21 PageID #: 2865



A-680

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 10 of 21 PageID #: 2866



Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 11 of 21 PageID #: 2867







A-682

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 12 of 21 PageID #: 2868





Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 13 of 21 PageID #: 2869



A-684

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 14 of 21 PageID #: 2870






A-685

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 15 of 21 PageID #: 2871



A-686

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 16 of 21 PageID #: 2872







A-687

Case 1:23-md-03089-BMC    Document 200-12    Filed 05/03/24    Page 17 of 21 PageID #: 2873









A-688

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 18 of 21 PageID #: 2874



A-689

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 19 of 21 PageID #: 2875



A-690

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 20 of 21 PageID #: 2876



A-691

Case 1:23-md-03089-BMC    Document 200-12    Filed 05/03/24    Page 21 of 21 PageID #: 2877



A-692

# RB Health (US) LLC

## -PE Product Labels –

A-693

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 2 of 51 PageID #: 2879



A-694

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 3 of 51 PageID #: 2880



## Mucinex Sinus-Max Pressure, Pain & Cough

### Drug Facts
**Active ingredients** (in each liquid gel) — **Purposes**

Acetaminophen 325 mg .......................... Pain reliever
Dextromethorphan HBr 10 mg .......... Cough suppressant
Guaifenesin 200 mg ............................... Expectorant
Phenylephrine HCl 5 mg ............ Nasal decongestant

### Uses
temporarily relieves:
- nasal congestion
- headache
- minor aches and pains
- cough
- sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland

### Drug Facts (continued)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product do not use more than directed**

**Ask a doctor or pharmacist before use** if you are taking the blood thinning drug warfarin

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed** (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and older: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other Information
- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, shellac, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

## Mucinex Sinus-Max Severe Nasal Congestion Relief

### Drug Facts
**Active ingredient** — **Purpose**
Oxymetazoline hydrochloride 0.05%... Nasal decongestant

### Uses
temporarily relieves nasal congestion due to:
- a cold
- hay fever or other upper respiratory allergies
- promotes nasal and sinus drainage
- temporarily relieves sinus congestion and pressure
- helps clear nasal passages; shrinks swollen membranes

### Warnings
**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- difficulty in urination due to enlargement of the prostate gland

**When using this product**
- **do not** exceed recommended dosage
- do not use this product for more than 3 days. Use only as directed. Frequent or prolonged use may cause nasal congestion to recur or worsen.
- this product may cause temporary discomfort such as burning, stinging, sneezing, or an increase in nasal discharge
- the use of this container by more than one person may spread infection

**Stop use and ask a doctor if** symptoms persist.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

### Directions
- adults and children 6 to under 12 years of age (with adult supervision): 2 or 3 sprays in each nostril, not more often than every 10 to 12 hours. Do not exceed 2 doses in any 24-hour period.
- children under 6 years of age: consult a doctor.
Shake well before use.
To open, hold by the white grips then squeeze and turn cap. Before using for the first time, remove the protective cap from the tip and prime metered pump by depressing firmly several times. To spray, hold bottle with thumb at the base and nozzle between first and second fingers. Without tilting head, insert nozzle into nostril. Fully depress pump all the way down with a firm even stroke and sniff deeply. Wipe nozzle clean after use. To close, turn cap until it "clicks".

## Mucinex Sinus-Max Severe Nasal Congestion Relief (cont'd)

### Drug Facts (continued)
DO NOT DISCARD CAP

### Other Information
store at 20-25°C (68-77°F)

### Inactive ingredients
benzalkonium chloride, camphor, edetate disodium, eucalyptol, glycine, menthol, polyethylene glycol, polysorbate 80, propylene glycol, purified water, sodium chloride, sodium hydroxide

### Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this number.

To **open:** hold by the white grips then squeeze & turn cap.

hold

turn cap until it "clicks"

To **close:** "clicks"

**KEEP CARTONS FOR FULL INFORMATION.**

HEALTH • HYGIENE • HOME

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
© 2020 RB Health
Made in India
Please visit our website
www.mucinex.com
Patents: www.rb.com/patents

3134411    061220

PRINT SAFE AREA

KO

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 4 of 51 PageID #: 2881





A-696

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 5 of 51 PageID #: 2882



A-697

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 6 of 51 PageID #: 2883



Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 7 of 51 PageID #: 2884



**Drug Facts** (continued)

**Other information**
■ each 20 mL contains:
sodium 12 mg (Fast-Max Severe Congestion & Cough only) and sodium 16 mg (Nightshift Cold & Flu only)
■ store at 20–25°C (68–77°F)
■ do not refrigerate

**Inactive ingredients**
*(Mucinex Fast-Max Severe Congestion & Cough)*
anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Inactive ingredients**
*(Mucinex Nightshift Cold & Flu)* ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, thiamin, triethyl citrate, water, xanthan gum

Do not take Mucinex Fast-Max Severe Congestion & Cough and Mucinex Nightshift Cold & Flu at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. TAKE ONLY AS DIRECTED.

## DAY & NIGHT
## COUGH & COLD RELIEF

**MAXIMUM STRENGTH**     NDC 63824-117-66

# Mucinex
## ≡FAST-MAX ▶▶

## SEVERE CONGESTION & COUGH

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

**FOR AGES 12+**     TWO – 6 FL OZ (180 mL) bottles

# Mucinex
# NIGHTSHIFT

## COLD & FLU
Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Triprolidine HCl – Antihistamine

**NIGHTTIME**
**RELIEF FOR A BETTER**
**MORNING**

✓COUGH ✓FEVER ✓SORE THROAT
✓RUNNY NOSE ✓SNEEZING

**TOTAL – 12 FL OZ (360 mL)**     **FOR AGES 12+**

---

No coating

Dist. by: RB Health (US), Parsippany, NJ 07054-0224   Tamper evident: Do not use if neck band on bottle cap is broken or missing

---

## Drug Facts

**Active ingredients (in each 20 mL) Purposes**
**Mucinex Fast-Max**
**Severe Congestion & Cough**
Dextromethorphan HBr 20 mg.................Cough suppressant
Guaifenesin 400 mg.................................Expectorant
Phenylephrine HCl 10 mg................Nasal decongestant

## Drug Facts (continued)

**Uses   MUCINEX FAST-MAX SEVERE CONGESTION & COUGH**
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
■ the intensity of coughing ■ nasal congestion due to a cold
■ the impulse to cough to help you get to sleep
**MUCINEX NIGHTSHIFT COLD & FLU**
■ temporarily relieves these common cold and flu symptoms:
■ cough   ■ minor aches and pains   ■ sore throat
■ headache   ■ runny nose   ■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**
Liver warning (Nightshift Cold & Flu only): This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert (Nightshift Cold & Flu only):** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning (Nightshift Cold & Flu only):** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription), if you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist (Nightshift Cold & Flu only)
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have (Nightshift Cold & Flu only)**
■ liver disease (Nightshift Cold & Flu only)
■ heart disease (Fast-Max Severe Congestion & Cough only)
■ high blood pressure (Fast-Max Severe Congestion & Cough only)
■ thyroid disease (Fast-Max Severe Congestion & Cough only)
■ diabetes (Fast-Max Severe Congestion & Cough only)
■ glaucoma (Nightshift Cold & Flu only)
■ trouble urinating due to an enlarged prostate gland (Nightshift Cold & Flu only)
■ a breathing problem such as emphysema or chronic bronchitis (Nightshift Cold & Flu only)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

## Drug Facts (continued)

**Active ingredients (in each 20 mL) Purposes**
**Mucinex Nightshift**
**Cold & Flu**
Acetaminophen 650 mg.................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg...................Cough suppressant
Triprolidine HCl 2.5 mg....................................Antihistamine ▶

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are
■ taking sedative or tranquilizers (Nightshift Cold & Flu only)
■ taking sedative or tranquilizers (Nightshift Cold & Flu only)

When using this product
■ do not use more than directed
■ excitability may occur, especially in children (Nightshift Cold & Flu only)
■ marked drowsiness may occur (Nightshift Cold & Flu only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (Nightshift Cold & Flu only)
■ avoid alcoholic drinks (Nightshift Cold & Flu only)
■ be careful when driving a motor vehicle or operating machinery (Nightshift Cold & Flu only)

Stop use and ask a doctor if
■ pain or cough gets worse or lasts more than 7 days (Nightshift Cold & Flu only)
■ fever gets worse or lasts more than 3 days (Nightshift Cold & Flu only)
■ redness or swelling is present (Nightshift Cold & Flu only)
■ new symptoms occur (Nightshift Cold & Flu only)
■ cough comes back or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. (Nightshift Cold & Flu only)
■ nervousness, dizziness, or sleeplessness occur (Fast-Max Severe Congestion & Cough only)
■ symptoms do not get better or if fever lasts more than 7 days or occur with fever (Fast-Max Severe Congestion & Cough only)
■ cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. (Fast-Max Severe Congestion & Cough only)

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.
**Overdose warning (Nightshift Cold & Flu only):** Taking more than the recommended dose (overdose) may cause liver damage. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
**MUCINEX FAST-MAX SEVERE CONGESTION & COUGH**
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use
**MUCINEX NIGHTSHIFT COLD & FLU**
■ do not take more than directed (see Overdose warning)
■ this adult product is not intended for use in children under 12 years of age
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use





HEALTH • HYGIENE • HOME

A-699

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 8 of 51 PageID #: 2885



A-700

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 9 of 51 PageID #: 2886



**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

3 63824 55130 2

Tamper evident: do not use if outer package is opened or if blister is torn or broken.
www.mucinex.com

8826925          Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224.   Made in England   ©2018 RB   020218

---

**Drug Facts** (continued)

- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison

---

**Drug Facts** (continued)

**Other information**
- store between 20-25°C (68-77°F)

**Inactive Ingredients
(Mucinex FAST-MAX
DAY TIME COLD & FLU)**
croscarmellose sodium crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Inactive Ingredients
(Mucinex FAST-MAX**

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Do not take the Mucinex Fast-Max DAY TIME COLD & FLU and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period. Take only as directed.     029618  8926926

**Drug Facts**

| Active ingredients | Purposes |
|---|---|
| (in each caplet) | |
| Mucinex FAST-MAX | |
| DAY TIME COLD & FLU | |
| Acetaminophen 325 mg | |

A-701

Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**NIGHT TIME COLD & FLU**
croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

**Active ingredients** (in each caplet) — **Purposes**
Dextromethorphan HBr 10 mg ... Cough suppressant
Guaifenesin 200 mg ...... Expectorant
Phenylephrine HCl 5 mg ... Nasal decongestant

**Active ingredients** (in each caplet) — **Purposes**
**Mucinex FAST-MAX NIGHT TIME COLD & FLU**
Acetaminophen 325 mg .. Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg .. Antihistamine/cough suppressant
Phenylephrine HCl 5 mg ... Nasal decongestant

---

**Drug Facts (continued)**

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
- sinus congestion and pressure
- runny nose *(NIGHT TIME only)*
- sneezing *(NIGHT TIME only)*
- itching of the nose or throat *(NIGHT TIME only)*
- itchy, watery eyes due to hay fever *(NIGHT TIME only)*
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY TIME only)*
- controls cough to help you get to sleep
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:

---

**Drug Facts (continued)**

- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin *(NIGHT TIME only)*
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease

---

**Drug Facts (continued)**

- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(NIGHT TIME only)*

**When using this product**
- do not use more than directed
- excitability may occur, especially in children *(NIGHT TIME only)*
- marked drowsiness may occur *(NIGHT TIME only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur

A-702

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 11 of 51 PageID #: 2888



Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**MAXIMUM STRENGTH**

**Mucinex**

**FAST-MAX**

**COLD & FLU**

NDC 63824-548-64

**MAXIMUM STRENGTH**

**Mucinex**

**FAST-MAX**

**COLD & FLU**

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

SORE THROAT
FEVER
CHEST CONGESTION
COUGH
SINUS PRESSURE
SINUS CONGESTION
NASAL CONGESTION
BODY PAIN
HEADACHE

**ALL IN ONE***

**Drug Facts** (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 12 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum  *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

A-703



**4 FL OZ (118 mL)**  FOR AGES 12+

3  63824 19051  8

LOT CODE:
EXP. DATE:
MADE IN:

3097114

Keep carton for full information.

Maximum Strength per 4-hour dose
*Helps to relieve these symptoms
day or night

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - sinus congestion and pressure
  - nasal congestion
  - sore throat
  - stuffy nose
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 13 of 51 PageID #: 2890



more than 6 doses in 24 hours, which is the maximum
daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
*Allergy alert:* Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help
right away.
**Sore throat warning:** If sore throat is severe, persists for
more than 2 days, is accompanied or followed by fever,
headache, rash, nausea, or vomiting, consult a doctor
promptly.

**Do not use**
■ with any other drug containing acetaminophen
(prescription or nonprescription). If you are not sure
whether a drug contains acetaminophen, ask a doctor
or pharmacist.
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for depression,
psychiatric, or emotional conditions, or Parkinson's
disease), or for 2 weeks after stopping the MAOI drug.
If you do not know if your prescription drug contains
an MAOI, ask a doctor or pharmacist before taking
this product.

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease
■ diabetes               ■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with
smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)   ▶

Please visit our website www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
042019   3097114      HEALTH•HYGIENE•HOME

A-705

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 14 of 51 PageID #: 2891





A-706

Case 1:23-md-03089-BMC    Document 200-13    Filed 05/03/24    Page 15 of 51 PageID #: 2892



A-707

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 16 of 51 PageID #: 2893



A-708

Case 1:23-md-03089-BMC    Document 200-13    Filed 05/03/24    Page 17 of 51 PageID #: 2894



Tamper evident: do not use if neckband on bottle cap is broken or missing.

**Children's**
**Mucinex**

**Cold, Cough & Sore Throat**

Acetaminophen 325 mg
Dextromethorphan HBr 10 mg
Guaifenesin 200 mg
Phenylephrine HCl 5 mg

Pain Reliever/Fever Reducer
Cough Suppressant
Expectorant
Nasal Decongestant

---

**Drug Facts** (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ do not give more than 5 doses in any 24-hour period
■ if needed, repeat dose every 4 hours while symptoms last
■ do not give more than 5 days unless directed by a doctor
■ shake well before using
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter
■ children 6 to under 12 years of age: 10 mL in dosing cup provided
■ children under 6 years of age: do not use

**Other information**
■ each 10 mL contains: **sodium 6 mg**
■ tamper evident: do not use if neckband on bottle cap is broken or missing.
■ store between 20-25°C (68-77°F)
■ do not refrigerate
■ dosing cup provided

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate

---

NDC 63824-278-64

**Children's**
**Mucinex**®

**Cold, Cough & Sore Throat**

Acetaminophen 325 mg
Dextromethorphan HBr 10 mg
Guaifenesin 200 mg
Phenylephrine HCl 5 mg

Pain Reliever/Fever Reducer
Cough Suppressant
Expectorant
Nasal Decongestant

✓ Cough
✓ Sore Throat
✓ Nasal Congestion
✓ Chest Congestion

Age **6+**

Mixed Berry

A-709

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 18 of 51 PageID #: 2895



dihydrate, xanthan gum   *may contain this ingredient

**Questions?** 1–866–MUCINEX (1–866–682–4639)
You may also report side effects to this phone number.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Mixed Berry
Flavor Liquid

4 FL OZ
(118 mL)

3   63824 27864   3

LOT CODE:
EXP. DATE:

3000454

## Drug Facts

| Active Ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg...,.Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg.........Cough suppressant | |
| Guaifenesin 200 mg............................Expectorant | |
| Phenylephrine HCl 5 mg...............Nasal decongestant | |

**Uses**
■ temporarily relieves these common cold and

Children's
Mucinex

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 19 of 51 PageID #: 2896



# Cold, Cough & Sore Throat

**DOSING CUP INCLUDED**

Each dose of mixed berry-flavored **Children's Mucinex® Cold, Cough & Sore Throat Liquid:**

✓ Controls Cough
✓ Soothes Sore Throat
✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion

**Questions or comments?**
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224 ©2013 RB
Made in England      073013      3000454

**Reckitt Benckiser**

temporarily relieves these common cold and flu symptoms:
■ nasal congestion      ■ stuffy nose
■ cough due to minor throat and bronchial irritation
■ the intensity of coughing
■ the impulse to cough to help your child get to sleep
■ minor aches and pains
■ sore throat      ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
■ liver disease      ■ heart disease
■ high blood pressure      ■ thyroid disease
■ diabetes
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if your child** is taking the blood thinning drug warfarin

**When using this product do not use more than directed (see Overdose warning)** ▶

A-711

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 20 of 51 PageID #: 2897

Tamper evident: do not use if neckband
on bottle cap is broken or missing.

Children's
**Mucinex®**

## Congestion
## & Cough

| | |
|---|---|
| Guaifenesin 100 mg | Expectorant |
| Dextromethorphan HBr 5 mg | Cough Suppressant |
| Phenylephrine HCl 2.5 mg | Nasal Decongestant |

**VALUE SIZE!**

NDC 63824-279-67

Children's
**Mucinex®**

## Congestion
## & Cough

| | |
|---|---|
| Guaifenesin 100 mg | Expectorant |
| Dextromethorphan HBr 5 mg | Cough Suppressant |
| Phenylephrine HCl 2.5 mg | Nasal Decongestant |

✓ **Chest Congestion**
✓ **Breaks up Mucus**
✓ **Stuffy Nose**
✓ **Cough**



Berrylicious
Flavor Liquid
™

Children's
**Mucinex®**

## Congestion
## & Cough



**DOSING CUP INCLUDED**

Each dose of berrylicious-flavored
**Mucinex® Congestion &
Cough Liquid:**

✓ **Relieves Chest Congestion**
✓ **Breaks up Mucus**
✓ **Relieves Stuffy Nose**

A-712

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 21 of 51 PageID #: 2898



6.8 FL OZ
(201 mL)

✓ **Controls Cough**

*Questions or comments?*
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

N
3    6 3824 27967    1

LOT CODE:

EXP. DATE:

8021397

**Drug Facts** (continued)

**Inactive Ingredients** anhydrous citric acid, D&C red #33,
dextrose, FD&C blue #1, FD&C red #40, flavors, glycerin,
methylparaben, potassium sorbate, propyl gallate, propylene
glycol, propylparaben, purified water, saccharin sodium, sodium
hydroxide, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Also look for**

## Drug Facts

| Active Ingredients (in each 5 mL) | Purpose |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to
  rid the bronchial passageways of bothersome mucus and make
  coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur
    with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

### Warnings
**Do not use** in a child who is taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric,
or emotional conditions, or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if your child's prescription
drug contains an MAOI, ask a doctor or pharmacist before giving
this product.

**Ask a doctor before use if the child has**

A-713

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 22 of 51 PageID #: 2899



**Children's**

# Mucinex®

## mini·melts

Great-tasting
chest-congestion relief in
fun-to-take, convenient
granule packets!

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224  ©2012 RB
Made in England          050112          8021397

**Reckitt
Benckiser**

- heart disease          ■ high blood pressure
- thyroid disease        ■ diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product**
- do not use more than directed

**Stop use and ask a doctor if**
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with
  fever, rash, or persistent headache. These could be signs of
  a serious illness.

Keep out of reach of children. In case of overdose, get medical
help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

### Other Information
- each 5 mL contains: **sodium 3 mg**
- tamper evident: do not use if neckband on bottle cap is broken
  or missing
- store between 20-25°C (68-77°F)
- do not refrigerate
- dosing cup provided

A-714



A-715

Case 1:23-md-03089-BMC Document 200-13 Filed 05/03/24 Page 24 of 51 PageID #: 2901



LOT CODE:

EXP. DATE:

3000460



Children's

**Mucinex**®

**Multi-Symptom**
**Cold**



**DOSING CUP INCLUDED**

Each dose of very berry-flavored
**Children's Mucinex®**
**Multi-Symptom Cold Liquid:**

✓ Relieves Stuffy Nose

## Drug Facts

**Active ingredients (in each 5 mL)**     *Purposes*
Dextromethorphan HBr 5 mg.................................Cough suppressant
Guaifenesin 100 mg.................................................Expectorant
Phenylephrine HCl 2.5 mg................................Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

When using this product do not use more than directed

Stop use and ask a doctor if
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious illness.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 25 of 51 PageID #: 2902



A-717

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 26 of 51 PageID #: 2903



Tamper evident: do not use if neckband on bottle cap is broken or missing.

Children's

**Mucinex**

**Multi-Symptom**
**Cold & Fever**

Acetaminophen 325 mg    Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg   Cough Suppressant
Guaifenesin 200 mg    Expectorant
Phenylephrine HCl 5 mg    Nasal Decongestant

NDC 63824-017-64

**Drug Facts** (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ do not give more than 5 doses in any 24-hour period
■ if needed, repeat dose every 4 hours while symptoms last
■ do not give more than 5 days unless directed by a doctor
■ shake well before using
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter
■ children 6 to under 12 years of age: 10 mL in dosing cup provided
■ children under 6 years of age: do not use

**Other Information**
■ each 10 mL contains: **sodium 6 mg**
■ tamper evident: do not use if neckband on bottle cap is broken or missing.
■ store between 20-25°C (68-77°F)
■ do not refrigerate
■ dosing cup provided

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate* xanthan gum   *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

Children's

**Mucinex®**

**Multi-Symptom**
**Cold & Fever**

**Acetaminophen 325 mg**    Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg   Cough Suppressant
Guaifenesin 200 mg    Expectorant
Phenylephrine HCl 5 mg    Nasal Decongestant

✓ Fever
✓ Cough
✓ Stuffy Nose
✓ Chest Congestion
✓ Breaks up Mucus

Age **6+**

**Berry Blast**
Flavor Liquid!

A-718

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 27 of 51 PageID #: 2904



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

4 FL OZ
(118 mL)

3  63824 01764  8

LOT CODE:
EXP. DATE:

3000452

Children's
**Mucinex**®

**Multi-Symptom**
**Cold & Fever**

## Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - stuffy nose
  - cough due to minor throat and bronchial irritation
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - minor aches and pains
  - sore throat
  - headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial

A-719

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 28 of 51 PageID #: 2905



**Cold & Fever**

**DOSING CUP INCLUDED**

**Each dose of berry blast-flavored**
**Children's Mucinex®**
**Multi-Symptom**
**Cold & Fever Liquid:**

✓ **Reduces Fever**
✓ **Controls Cough**
✓ **Relieves Stuffy Nose**
✓ **Relieves Chest Congestion**
✓ **Breaks up Mucus**

*Questions or comments?*
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224 ©2013 RB
Made in England          072613          3000452

Reckitt
Benckiser

secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
■ liver disease           ■ heart disease
■ high blood pressure     ■ thyroid disease
■ diabetes
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if your child** is taking the blood thinning drug warfarin

When using this product do not use more than directed (see Overdose warning)     ▶

A-720



Tamper evident: do not use if neckband on bottle cap is broken or missing.

**Children's**
**Mucinex**
🌙 **NIGHT TIME**

**Multi-Symptom**
**Cold**

**New!**

NDC 63824-600-64

**Children's**
**Mucinex**®
🌙 **NIGHT TIME**

**Multi-Symptom**
**Cold**
Pain Reliever/Fever Reducer
Antihistamine/Cough Suppressant,
Nasal Decongestant

Acetaminophen 325 mg
Diphenhydramine HCl 12.5 mg
Phenylephrine HCl 5 mg

✓ **Stuffy Nose**
✓ **Cough**
✓ **Runny Nose & Sneezing**
✓ **Fever & Sore Throat**

Age **6+**

**Mixed Berry**
Flavor Liquid

---

**Drug Facts** (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- This product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- if needed, repeat dose every 4 hours while symptoms last
- do not give more than 5 days unless directed by a doctor
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

**Other information**
- each 10 mL contains: sodium 6 mg
- store between 20-25°C (68-77°F)
- dosing cup provided   ■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate, xanthan gum   *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)

A-721

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 30 of 51 PageID #: 2907



Drug Facts

Active ingredients (in each 10 mL)

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

Uses

- temporarily relieves these common cold and flu symptoms:
- headache
- nasal congestion
- sneezing
- minor aches and pains
- sore throat
- runny nose
- cough
- controls cough to help your child get to sleep
- temporarily reduces fever

Keep carton for full directions for use.

Reckitt Benckiser

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224
Made in England   ©2013 RB   073013   3000468

4 FL OZ (118 mL)

3   63824 60064   2

LOT CODE:
EXP. DATE:

3000468

Children's Mucinex®

NIGHT TIME

A-722



# Multi-Symptom Cold

**DOSING CUP INCLUDED**

Each dose of mixed berry-flavored **Children's Mucinex® Night Time Multi-Symptom Cold Liquid:**

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Runny Nose & Sneezing
✓ Relieves Fever & Sore Throat

*Questions or comments?*
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen

**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other drug containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
■ liver disease   ■ heart disease   ■ diabetes
■ high blood pressure   ■ thyroid disease   ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if your child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed (see Overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness ▶

A-723

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 32 of 51 PageID #: 2909



A-724

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 33 of 51 PageID #: 2910





A-725

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 34 of 51 PageID #: 2911

AGES 12+

3  63824 59024  0

38.6

## Drug Facts

### Active Ingredients (in each liquid gel) Purposes
**Mucinex FAST-MAX DAY Cold & Flu**

Acetaminophen 325 mg...Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...........Cough suppressant
Guaifenesin 200 mg..........................Expectorant
Phenylephrine HCl 5 mg...............Nasal decongestant

### Active Ingredients (in each liquid gel) Purposes
**Mucinex FAST-MAX NIGHT Cold & Flu**

Acetaminophen 325 mg...Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...........Cough suppressant
Doxylamine succinate 6.25 mg..............Antihistamine
Phenylephrine HCl 5 mg...............Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu symptoms:
■ sinus congestion and pressure
■ cough          ■ minor aches and pains
■ headache      ■ nasal congestion    ■ sore throat
■ runny nose *(NIGHT only)*     ■ sneezing *(NIGHT only)*
■ itching of the nose or throat *(NIGHT only)*
■ itchy, watery eyes due to hay fever *(NIGHT only)*
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*
■ controls cough to help you get to sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening  ■ blisters  ■ rash If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)

■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*
**When using this product**  ■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

### Other Information  ■ store at 20-25°C (68-77°F)
■ avoid excessive heat

### Inactive Ingredients (DAY only) FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

### Inactive Ingredients (NIGHT only) D&C yellow no. 10,

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

rb

HEALTH · HYGIENE · HOME
www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in China
©2019 RB Health
020519  8357061