Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 35 of 51 PageID #: 2912



A-727

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 36 of 51 PageID #: 2913



Do not take the Mucinex Fast-Max DAY TIME COLD & FLU and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period. Take only as directed.

## Drug Facts

**Active ingredients**
(in each caplet)

**Purposes**

Case 1:23-md-03089-BMC    Document 200-13    Filed 05/03/24    Page 37 of 51 PageID #: 2914



**Mucinex FAST-MAX DAY TIME COLD & FLU**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Active ingredients** — **Purposes**
**(in each caplet)**
**Mucinex FAST-MAX NIGHT TIME COLD & FLU**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
**Mucinex Fast-Max DAY TIME COLD & FLU**
■ temporarily relieves these common cold and flu symptoms:
■ cough  ■ minor aches and pains  ■ headache  ■ nasal congestion
■ sore throat  ■ sinus congestion and pressure
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ controls cough to help you get to sleep
■ temporarily reduces fever
**Mucinex Fast-Max NIGHT TIME COLD & FLU**
■ temporarily relieves these common cold and flu symptoms:
■ cough  ■ minor aches and pains  ■ headache  ■ nasal congestion
■ sore throat  ■ sinus congestion and pressure  ■ runny nose  ■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ controls cough to help you get to sleep
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include: ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

033120

PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION ▶

Reseal Area

**Drug Facts** (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin **(NIGHT TIME**

**A-729**

only)
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(NIGHT TIME only)*

**When using this product**
- do not use more than directed
- excitability may occur, especially in children *(NIGHT TIME only)*
- marked drowsiness may occur *(NIGHT TIME only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. ▼

Hinge

Hinge

**Drug Facts** (continued)

Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

A-730

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)

## Inactive ingredients
### (Mucinex FAST-MAX DAY TIME COLD & FLU)
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

## Inactive ingredients
### (Mucinex FAST-MAX NIGHT TIME COLD & FLU)
croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

## Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



HEALTH ▸ HYGIENE ▸ HOME

A-731

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 40 of 51 PageID #: 2917







MAXIMUM STRENGTH*

# Mucinex
## SINUS-MAX·

### SEVERE CONGESTION & PAIN

## CLEAR & COOL

**Acetaminophen** – Pain Reliever
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ Clears Sinus Congestion
✓ Relieves Headache
✓ Thins & Loosens Mucus

HEALTH • HYGIENE • HOME

3045445          **6 FL OZ (180 mL)**     **FOR AGES 12+**     031517

---

PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

*Per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.

3  63824 26566  7

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2017 RB
1102017

LOT:
EXP:     3055095
MADE IN:

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
■ temporarily relieves:
　■ nasal congestion    ■ headache
　■ minor aches and pains
　■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial
　secretions to rid the bronchial passageways
　of bothersome mucus and make coughs
　more productive

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the
　maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using
　this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical
help right away.    ▶

A-732

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 41 of 51 PageID #: 2918

## Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days

## Drug Facts (continued)

- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 9 mg
- store between 20-25°C (68-77°F)
- do not refrigerate

## Drug Facts (continued)

**Inactive ingredients** anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



HEALTH ▸ HYGIENE ▸ HOME

**Please visit our website
www.mucinex.com**



**Cooling Menthol Flavor!**

051017

3048117

A-733

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 42 of 51 PageID #: 2919



Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 43 of 51 PageID #: 2920



For Multi-Symptom relief for both Day and Night, try our **Maximum Strength Mucinex® FAST-MAX® Day/Night packs**

HEALTH • HYGIENE • HOME
www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in China
©2018 RB Health
1/20619  825/062

## Drug Facts

### Active ingredients (in each liquid gel)          Purposes

Acetaminophen 325 mg......Pain reliever/fever reducer
Dextromethorphan HBr 10 mg........ Cough suppressant
Guaifenesin 200 mg.............................Expectorant
Phenylephrine HCl 5 mg..................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - headache
  - minor aches and pains
  - sinus congestion and pressure
  - nasal congestion
  - cough
  - sore throat
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease, or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- heart disease
- high blood pressure ▶

### Drug Facts (continued)
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **Do not take more than directed (see Overdose warning)**
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

A-735

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 44 of 51 PageID #: 2921









A-736



If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease
■ diabetes               ■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

PEEL HERE ▶



more than directed

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided

▶



### Drug Facts (continued)
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: **sodium 10 mg**
■ store between 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C red no. 40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

HEALTH • HYGIENE • HOME

*Please visit our website*
*www.mucinex.com*



A-737

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 46 of 51 PageID #: 2923



A-738



SORE THROAT
FEVER
CHEST CONGESTION
COUGH
SINUS PRESSURE
SINUS CONGESTION
NASAL CONGESTION
BODY PAIN
HEADACHE

**ALL IN ONE***

Actual Size

**20 CAPLETS**

FOR AGES 12+

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

040820    3141640

3 63824 19220 8

LOT:
EXP.:
MADE IN:
3141640



## Drug Facts

| Active ingredients (in each caplet) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - headache
  - cough
  - minor aches and pains
  - sore throat
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

## Drug Facts (continued)
Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical to adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period

**Mucinex FAST-MAX**

MAXIMUM STRENGTH

COLD & FLU

A-739

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 48 of 51 PageID #: 2925



**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease  ■ diabetes
■ high blood pressure  ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)  ▶

■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

*Other information*
■ store at 20-25°C (68-77°F)

*Inactive ingredients* croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

*Questions?* 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

Maximum Strength per 4-hour dose
*Helps to relieve these symptoms day or night.
Do not take more than a total of 12 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:**
Learn more, know more
www.StopMedicineAbuse.org

A-740



Tamper evident: Do not use if neckband on bottle cap is broken or missing.

MAXIMUM STRENGTH

# Mucinex

## FAST-MAX ▶▶

🌙 NIGHT TIME COLD & FLU

NDC 63824-500-64

MAXIMUM STRENGTH

# Mucinex

## FAST-MAX ▶▶

🌙 NIGHT TIME COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
Diphenhydramine HCl – Antihistamine/Cough Suppressant
Phenylephrine HCl – Nasal Decongestant

### Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- **do not use more than directed**
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours

SORE THROAT
FEVER
HEADACHE
BODY PAIN
ITCHY THROAT
COUGH

ALL IN ONE*

A-741

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 50 of 51 PageID #: 2927



■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: **sodium 12 mg**
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate†, xanthan gum   †may contain this ingredient

NASAL CONGESTION
SNEEZING   RUNNY NOSE

**4 FL OZ (118 mL)**   FOR AGES 12+

3   63824 19052   5

LOT CODE:
EXP. DATE:
MADE IN:

3100222

Keep carton for full information.

Maximum Strength per 4-hour dose
*Helps to relieve these symptoms at night

**Drug Facts**

| **Active ingredients** (in each 20 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg......Pain reliever/fever reducer | |
| Diphenhydramine HCl 25 mg......................Antihistamine/ cough suppressant | |
| Phenylephrine HCl 10 mg......................Nasal decongestant | |

**Uses**
■ temporarily relieves these common cold and flu symptoms:

A-742

Case 1:23-md-03089-BMC   Document 200-13   Filed 05/03/24   Page 51 of 51 PageID #: 2928



- cough
- nasal congestion
- minor aches and pains
- sore throat
- headache
- sinus congestion and pressure
- runny nose
- sneezing
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis

▶

**Questions?** 1-866-Mucinex (1-866-682-4639)
You may also report side effects to this phone number.
Please visit our website www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
042519   3100222

**rb**
HEALTH ▾ HYGIENE ▾ HOME

A-743

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 1 of 52 PageID #: 2929

# RB Health (US) LLC

## -PE Product Labels –

**-continued**

A-744



A-745

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 3 of 52 PageID #: 2931



A-746

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 4 of 52 PageID #: 2932

**MAXIMUM STRENGTH***   NDC 63824-266-66

# Mucinex®
## SINUS-MAX®

## SEVERE CONGESTION & PAIN

**Acetaminophen** – Pain Reliever
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ **Clears Sinus Congestion**
✓ **Relieves Headache**
✓ **Thins & Loosens Mucus**

**6 FL OZ (180 mL)**          **FOR AGES 12+**



PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

*Per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.

**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ temporarily relieves:

A-747



3  63824 26166  9

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2017 RB
101917

LOT:
EXP:
MADE IN:

3055094

- nasal congestion   ■ headache
- minor aches and pains
- sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash

If a skin reaction occurs, stop use and seek medical help right away. ▶

## Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease   ■ heart disease
- high blood pressure   ■ thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days ▶

PEEL HERE

## Drug Facts (continued)

- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

## Other information

- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F)
- do not refrigerate ▶

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 6 of 52 PageID #: 2934



**Drug Facts** (continued)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum *may contain this ingredient

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

HEALTH ▸ HYGIENE ▸ HOME

Please visit our website
www.mucinex.com

A-749

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 7 of 52 PageID #: 2935



A-750

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 8 of 52 PageID #: 2936



A-751

## Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is taking the blood thinning drug warfarin**

**When using this product do not use more than directed (see Overdose warning)**  ▶

cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

## Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

## Other information
- each 10 mL contains: **sodium 6 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

## Inactive ingredients
anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

†as an OTC brand in the Children's Cough/Cold oategory (AlphaImpaotRxProVoioe Survey)
*Helps to relieve these symptoms day or night



**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

**Keep carton for full information.**

A-752

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 10 of 52 PageID #: 2938



A-753

B-1715-720-09 ORG
DATA MATRIX

## Drug Facts

### Active ingredients (in each caplet)    Purposes

Dextromethorphan HBr 5 mg.........Cough suppressant
Guaifenesin 100 mg.........................Expectorant
Phenylephrine HCl 2.5 mg..........Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

### Warnings
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough that lasts such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occurs with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. ▶

## Drug Facts (continued)

### Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: give 2 caplets every 4 hours while symptoms last; do not give more than 6 doses in any 24-hour period
- children under 6 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)

### Inactive ingredients
corn starch, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, magnesium stearate, maltodextrin, mica, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

†as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)
†as compared to Mucinex caplets

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Keep carton for full information.**
If your child has difficulty swallowing solid dosage forms, try our Mucinex Children's liquids or mini-melts products.

17,0000

B-1715-720-09 ORG

A-754

Case 1:23-md-03089-BMC    Document 200-14    Filed 05/03/24    Page 12 of 52 PageID #: 2940



A-755

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 13 of 52 PageID #: 2941



Ages **4+** yrs

**Very Berry**
Flavor Liquid

**Great-tasting chest-congestion
relief in fun-to-take, convenient granule
packets!**

**Keep carton for full information.**

**6.8 FL OZ (201 mL)**

3  63824 27967  1

LOT CODE:

EXP. DATE:

3091844

**MUCINEX®**
**Children's**

---

**Drug Facts**

| **Active ingredients** (in each 5 mL) | **Purposes** |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold

A-756



# COUGH & CONGESTION

**Each dose of Very Berry flavored Mucinex Children's Cough & Congestion Liquid:**

✓ Relieves Chest Congestion
✓ Breaks up Mucus
✓ Relieves Stuffy Nose
✓ Controls Cough

**Dosing Cup Included**
Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
Made in England
021119   3091844

HEALTH ▾ HYGIENE ▾ HOME

---

- nasal congestion due to a cold
- stuffy nose

### Warnings

**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions

- do not give more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

### Other information

- each 5 mL contains: sodium 3 mg
- store at 20-25°C (68-77°F)
- do not refrigerate  ▶

A-757

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 15 of 52 PageID #: 2943

8 FL OZ (236 mL) TOTAL



A-758

Case 1:23-md-03089-BMC    Document 200-14    Filed 05/03/24    Page 16 of 52 PageID #: 2944



**Drug Facts** (continued)

**When using this product**
- do not use more than directed (see Overdose warning)
- excitability may occur, especially in children
- may cause marked drowsiness
- sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows: or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 4 doses in any 24-hour period
- children under 6 years of age: do not use

**Other information**
- each 10 mL contains: **sodium 6 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**Mucinex®**
**Children's**

**FREEFROM**
MULTI-SYMPTOM
COLD & FLU NIGHTTIME
ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE

Pediatrician Recommended†

**NIGHTTIME**
NDC 63824-959-64

**Mucinex®**
**Children's**

**FREEFROM**

MULTI-SYMPTOM
**COLD & FLU**
NIGHTTIME
ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE

A-759

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 17 of 52 PageID #: 2945



A-760

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 18 of 52 PageID #: 2946



relief you trust – **FREE**FROM the unwanted additives:

**Caffeine Free · No Artificial Colors, Dyes, or Flavors · Alcohol & Sugar Free No High Fructose Corn Syrup**

## POWERFUL SYMPTOM RELIEF

✓ Nighttime Relief for a Better Morning
✓ Relieves Sore Throat & Stuffy Nose
✓ Controls Cough
✓ Relieves Runny Nose & Sneezing
✓ Reduces Fever

DOSING CUP INCLUDED

## ELDERBERRY
& CHERRY NATURAL FLAVOR

### PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com          HEALTH ▾ HYGIENE ▾ HOME

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ minor aches and pains    ■ headache
  ■ sore throat              ■ nasal congestion
  ■ runny nose               ■ sneezing
  ■ cough                    ■ stuffy nose
■ temporarily reduces fever
■ controls cough to help your child get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 1625 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease         ■ heart disease
■ diabetes              ■ high blood pressure
■ thyroid disease       ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers                 ▶

A-761



A-762

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 20 of 52 PageID #: 2948



**Drug Facts** (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

**Other information**
- each 10 mL contains: **sodium 6 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

*vs Private Label OTC
†as an OTC brand in the Children's Cough/Cold category

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**Mucinex**
**Children's**

**FREE**FROM

MULTI-SYMPTOM
COLD, FLU & SORE THROAT

ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
GUAIFENESIN – EXPECTORANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT

Pediatrician Recommended†

**DAYTIME**

**Mucinex**
**Children's**

**FREE**FROM

MULTI-SYMPTOM
COLD, FLU & SORE THROAT

ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
GUAIFENESIN – EXPECTORANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT

A-763

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 21 of 52 PageID #: 2949



(AlphaImpactRxProVoice Survey)

FREE FROM
ARTIFICIAL FLAVORS, COLORS, & DYES • ALCOHOL & SUGAR

## ELDERBERRY
& CHERRY NATURAL FLAVOR

Dist by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

010720      3132569      US Patents: www.rb.com/patents
Keep carton for full information.

AGES
6+ YRS.

4 FL OZ (118 mL)

3  63824 60071  0

LOT CODE:
EXP. DATE:
MADE IN:

3132569

**What this has is just as important as what it doesn't.**

Leading Children's OTC Cough & Cold brand* with the effective symptom

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg...Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg.........Cough suppressant | |
| Guaifenesin 200 mg......................................Expectorant | |
| Phenylephrine HCl 5 mg ...............Nasal decongestant | |

A-764



relief you trust – **FREE** FROM the unwanted additives:

**Caffeine Free · No Artificial Colors, Dyes, or Flavors · Alcohol & Sugar Free No High Fructose Corn Syrup**

## POWERFUL SYMPTOM RELIEF

✓ Relieves Sore Throat
✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion & Cough
✓ Thins & Loosens Mucus
✓ Reduces Fever

DOSING CUP INCLUDED

**ELDERBERRY**
& CHERRY NATURAL FLAVOR

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

HEALTH · HYGIENE · HOME

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is** taking the blood thinning drug warfarin

**When using this product do not use more than directed** (see Overdose warning) ▶

A-765

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 23 of 52 PageID #: 2951



A-766

Case 1:23-md-03089-BMC  Document 200-14  Filed 05/03/24  Page 24 of 52 PageID #: 2952



**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**

**Mucinex®**
**Children's**

**MULTI-SYMPTOM**
**COLD & SORE THROAT**

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg – Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant

**Pediatrician Recommended†**

NDC 63824-952-17

**Mucinex®**
**Children's**

**MULTI-SYMPTOM**
**COLD &**
**SORE THROAT**

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg – Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant

✓ **Relieves Sore Throat**
✓ **Relieves Stuffy Nose**
✓ **Relieves Chest Congestion and Cough**
✓ **Breaks up Mucus**

Ages **6+** yrs

**Very Berry**
Flavor Liquid

## Drug Facts (continued)

Ask a doctor or pharmacist before use if the child is taking the blood thinning drug warfarin

When using this product do not use more than directed (see Overdose warning)

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

### Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

### Other information
- each 10 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

†as an OTC brand in the Children's Cough/Cold

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 25 of 52 PageID #: 2953



Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 26 of 52 PageID #: 2954



**Each dose of Very Berry flavored Mucinex Children's Multi-Symptom Cold & Sore Throat Liquid:**

✓ **Relieves Sore Throat**
✓ **Relieves Stuffy Nose**
✓ **Relieves Chest Congestion and Cough**
✓ **Breaks up Mucus**

**Dosing Cup Included**
Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2018 RB Health
Made in Mexico
11011B   3078385

HEALTH ▾ HYGIENE ▾ HOME

■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening        ■ blisters        ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease          ■ heart disease
■ high blood pressure    ■ thyroid disease
■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)  ▶

A-769

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 27 of 52 PageID #: 2955



A-770

Case 1:23-md-03089-BMC    Document 200-14    Filed 05/03/24    Page 28 of 52 PageID #: 2956



A-771

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 29 of 52 PageID #: 2957



A-772

**Uses**

- temporarily relieves *(DAY TIME only):*
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
  - helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY TIME only)*

**Allergy alert** *(NIGHT TIME only):* Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** *(NIGHT TIME only):* If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Ask a doctor before use if you have**
- liver disease *(NIGHT TIME only)*
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*

- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*
**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever *(DAY TIME only)*

---

**Drug Facts** (continued)

- pain, nasal congestion, or cough gets worse or lasts more than 7 days *(NIGHT TIME only)*
- fever gets worse or lasts more than 3 days *(NIGHT TIME only)*
- redness or swelling is present *(NIGHT TIME only)*
- new symptoms occur *(NIGHT TIME only)*
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.
**Overdose warning** *(NIGHT TIME only):* Taking more than the recommended dose (overdose) may cause liver damage. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period

---

**Drug Facts** (continued)

- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Other information**
- store between 20-25°C (68-77°F)

**Inactive ingredients (Mucinex FAST-MAX DAY TIME SEVERE CONGESTION & COUGH)** corn starch, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, magnesium stearate, maltodextrin, mica, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Inactive ingredients (Mucinex FAST-MAX NIGHT TIME COLD & FLU)** corn starch, croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, magnesium stearate, methacrylic acid-ethyl acrylate copolymer (1:1)

---

**Drug Facts** (continued)

type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Do not take the Mucinex Fast-Max DAY TIME SEVERE CONGESTION & COUGH and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time.

Always wait at least 4 hours before taking another dose of Mucinex caplets.

Do not take more than a total of 12 caplets in any 24-hour period.

Take only as directed.

6337090                    110718

A-773



Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 32 of 52 PageID #: 2960



Maximum Strength per 4-hour dose
*Helps to relieve these symptoms
day or night

LIFT HERE TO OPEN

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 19220  8

Tamper evident: do not use if outer package
is opened or if blister is torn or broken.
www.mucinex.com

## Drug Facts

### Active ingredients (in each caplet)   Purposes

| | |
|---|---|
| Acetaminophen 325 mg............Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg..................Cough suppressant |
| Guaifenesin 200 mg............................................Expectorant |
| Phenylephrine HCl 5 mg...........................Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms:  ■ nasal congestion  ■ headache  ■ cough  ■ minor aches and pains  ■ sore throat  ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease  ■ diabetes
■ high blood pressure  ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin
**When using this product** do not use more than directed
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present  ■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use. Keep out of reach of children.
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store between 20-25°C (68-77°F)

### Inactive ingredients corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

8335600                    Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224   ©2018 RB   060618

A-775

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 33 of 52 PageID #: 2961





A-776

Case 1:23-md-03089-BMC Document 200-14 Filed 05/03/24 Page 34 of 52 PageID #: 2962

MAXIMUM STRENGTH

NDC 72854-133-66

# Mucinex®

## FAST-MAX® ▶▶

### COLD & FLU
### ARCTIC BURST™

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

SORE THROAT
FEVER
CHEST CONGESTION
COUGH
SINUS PRESSURE
NASAL CONGESTION
SINUS CONGESTION
BODY PAIN
HEADACHE

**ALL IN ONE***

3186229

022221

**6 FL OZ (180 mL)**          FOR AGES 12+



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** ▶

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.
*Helps to relieve these symptoms day or night

### PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

**Active ingredients**
(in each 20 mL)                    **Purposes**

Acetaminophen 650 mg.................
..............Pain reliever/fever reducer

Dextromethorphan HBr 20 mg...........
........................Cough suppressant

Guaifenesin 400 mg........Expectorant

Phenylephrine HCl 10 mg...............
........................Nasal decongestant

## Drug Facts (continued)

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen

A-777



LOT:
EXP:
3186230

## Uses

- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription).

## Drug Facts (continued)

If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Drug Facts (continued)

### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 9 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
anhydrous citric acid, D&C yellow no.10, edetate disodium, FD&C blue no.1, flavors, glycerin, propyl gallate, propylene glycol, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

## Drug Facts (continued)

### Questions?
1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.



COOLING MENTHOL FLAVOR

A-778

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 36 of 52 PageID #: 2964



Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 37 of 52 PageID #: 2965



## Drug Facts

### Active ingredients (in each liquid gel)

| | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses

- temporarily relieves these common cold and flu symptoms:
  - headache
  - stuffy nose
  - sore throat
  - sinus congestion and pressure
  - nasal congestion
  - cough
  - minor aches and pains
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:

- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:

- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**

- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**

- liver disease
- diabetes
- heart disease
- high blood pressure

## Drug Facts (continued)

- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information

- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients

FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Questions? 1-866-MUCINEX (1-866-682-4639)

You may also report side effects to this phone number.

MUCINEX
FAST-MAX
MAXIMUM STRENGTH

COLD & FLU

*Helps to relieve three symptoms day or night
Maximum strength per 4-hour dose
Do not take more than a total of 12 liquid gels in any 24-hour period.
Take only as directed.
Keep carton for full information.

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-780

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 38 of 52 PageID #: 2966



**MAXIMUM STRENGTH***

NDC 63824-015-66

# MUCINEX®

**FAST-MAX®** ▶▶

## COLD, FLU & SORE THROAT

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant

✓ **Controls Cough, Thins & Loosens Mucus**
✓ **Nasal & Chest Congestion**
✓ **Sinus Pressure & Congestion**
✓ **Body Pain, Headache, Fever & Sore Throat**

**6 FL OZ (180 mL)**   **FOR AGES 12+**



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

*Per 4-hour dose

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3   63824 01565   1

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
| --- | --- |
| Acetaminophen 650 mg...Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg........Cough suppressant | |
| Guaifenesin 400 mg......................Expectorant | |
| Phenylephrine HCl 10 mg...........Nasal decongestant | |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - sinus congestion and pressure
  - nasal congestion
  - sore throat
  - stuffy nose
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

A-781

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 39 of 52 PageID #: 2967



Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2017 RB
082317

LOT:
EXP:
MADE IN:
3051679

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away. ▶

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease
- diabetes ■ high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed** ▶

PEEL HERE

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
  - adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
  - children under 12 years of age: do not use

## Drug Facts (continued)

### Other information
- each 20 mL contains: **sodium 8 mg**
- store between 20-25°C (68-77°F)
- do not refrigerate



9
SYMPTOM

A-782



**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum *may contain this ingredient

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

HEALTH ▸ HYGIENE ▸ HOME

*Please visit our website*
*www.mucinex.com*

A-783

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 41 of 52 PageID #: 2969



A-784

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 42 of 52 PageID #: 2970



A-785

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 43 of 52 PageID #: 2971



**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

3 "65824"19120" 1

**Tamper evident:** Do not use if outer package is opened or if blister is torn or broken.

## Drug Facts

### Active Ingredients (in each caplet)   Purposes
Acetaminophen 325 mg .....Pain reliever/fever reducer
Dextromethorphan HBr 10 mg............Cough suppressant
Guaifenesin 200 mg................................Expectorant
Phenylephrine HCl 5 mg............ .........Nasal decongestant

**Uses** temporarily relieves these common cold and flu symptoms:  ■ nasal congestion
■ cough   ■ minor aches and pains
■ sore throat   ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease
■ diabetes   ■ high blood pressure   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and older: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store at 20-25°C (68-77°F)

### Inactive Ingredients corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

Dist. by: RB Health (US), Parsippany, NJ 07054-0224   ©2019 RB Health

8357D48   041218

R   O

A-786

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 44 of 52 PageID #: 2972



A-787



3 63824 58616 8

## Drug Facts

### Active ingredients
(in each liquid gel)                          **Purposes**

Acetaminophen 325 mg .... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........Cough suppressant
Guaifenesin 200 mg................................Expectorant
Phenylephrine HCl 5 mg ..................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu
  symptoms:
  - headache
  - minor aches and pains
  - temporarily reduces fever
  - nasal congestion
  - cough
  - sore throat
- helps loosen phlegm (mucus) and thin bronchial
  secretions to rid the bronchial passageways of
  bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the
  maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical
help right away.
**Sore throat warning:** If sore throat is severe, persists
for more than 2 days, is accompanied or followed by
fever, headache, rash, nausea, or vomiting, consult a
doctor promptly.

**Do not use**
- with any other drug containing acetaminophen
  (prescription or nonprescription). If you are not
  sure whether a drug contains acetaminophen, ask
  a doctor or pharmacist.
- if you are now taking a prescription monoamine
  oxidase inhibitor (MAOI) (certain drugs for
  depression, psychiatric, or emotional conditions, or
  Parkinson's disease), or for 2 weeks after stopping
  the MAOI drug. If you do not know if your
  prescription drug contains an MAOI, ask a doctor or
  pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure

## Drug Facts (continued)

- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with
  smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or
  lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or
  headache that lasts. These could be signs of a
  serious condition.

**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the
recommended dose (overdose) may cause liver
damage. In case of overdose, get medical help or
contact a Poison Control Center right away. Quick
medical attention is critical for adults as well as for
children even if you do not notice any signs or
symptoms.

### Directions
- do not take more than directed (see Overdose
  warning)
- do not take more than 12 liquid gels in any
  24-hour period
- adults and children 12 years of age and older:
  take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, lecithin (soy),
mineral oil, polyethylene glycol, povidone,
propylene glycol, shellac, sorbitol sorbitan solution,
titanium dioxide, water

### Questions? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

A-788

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 46 of 52 PageID #: 2974



**MAXIMUM STRENGTH***

# Mucinex

**FAST-MAX** ▸▸

## COLD, FLU & SORE THROAT

## CLEAR & COOL

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Relieves Headache & Fever
✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

HEALTH•HYGIENE•HOME

3027553      6 FL OZ (180mL)      FOR AGES 12+      012216

---

## Drug Facts

**Active ingredients (in each 20 mL)** — **Purposes**

**Acetaminophen 650 mg** ..........**Pain reliever/fever reducer**

Dextromethorphan HBr 20 mg ....................Cough suppressant

Guaifenesin 400 mg........Expectorant

Phenylephrine HCl 10 mg ....................Nasal decongestant

### Uses

■ temporarily relieves these common cold and flu symptoms:
  ■ cough
  ■ nasal congestion
  ■ sinus congestion and pressure
  ■ minor aches and pains
  ■ headache
  ■ sore throat
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

▶

---

## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening
■ blisters
■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription

▶

---

## Drug Facts (continued)

or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or for Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ diabetes
■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

▶

A-789

Case 1:23-md-03089-BMC    Document 200-14    Filed 05/03/24    Page 47 of 52 PageID #: 2975

**Drug Facts** (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children ►

**Drug Facts** (continued)

even if you do not notice any signs or symptoms.

Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

Other information
■ each 20 mL contains: sodium 9 mg
■ store between 20-25°C (68-77°F)
■ dosing cup provided
■ do not refrigerate

Inactive ingredients
anhydrous citric acid, D&C yellow no.10, edetate disodium, FD&C blue no.1, flavors, ►



PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

*Per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 54266  9

LOT:
EXP:
3027764

021116

**Drug Facts** (continued)

glycerin, propyl gallate, propylene glycol, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthian gum

Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



HEALTH ▾ HYGIENE ▾ HOME

Please visit our web site
www.mucinex.com

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
Made in England    ©2016 RB

A-790

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 48 of 52 PageID #: 2976



A-791

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 49 of 52 PageID #: 2977



## Drug Facts

### Active ingredients (in each liquid gel)    Purposes

Acetaminophen 325 mg..........Pain reliever/fever reducer
Dextromethorphan HBr 10 mg..........Cough suppressant
Guaifenesin 200 mg..........Expectorant
Phenylephrine HCl 5 mg..........Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ headache            ■ nasal congestion
  ■ minor aches and pains   ■ cough
                          ■ sore throat
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
  ■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease
■ diabetes               ■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland

### Drug Facts (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store at 20-25 °C (68-77°F)
■ avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Questions? 1-866- MUCINEX (1-866-682-4636)
You may also report side effects to this phone number.

A-792

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 50 of 52 PageID #: 2978



A-793

Case 1:23-md-03089-BMC   Document 200-14   Filed 05/03/24   Page 51 of 52 PageID #: 2979



www.mucinex.com
Patents: www.rb.com/patents

**Maximum Strength**
Per 4-hour dose
Keep outer package for
full information.

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

LIFT HERE TO OPEN

3  63824 19020  4

Tamper evident: Do not use if outer package
is opened or if blister is torn or broken.

**Drug Facts**

**Active ingredients (in each caplet) Purposes**

**Drug Facts** (continued)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with

**Acetaminophen 325 mg...Pain reliever/fever reducer**
Guaifenesin 200 mg..............................Expectorant
Phenylephrine HCl 5 mg.............Nasal decongestant

## Uses
- temporarily relieves these common cold and flu symptoms: ■ nasal congestion ■ fever ■ headache ■ minor aches and pains ■ sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ diabetes
■ high blood pressure ■ thyroid disease

smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)

## Inactive ingredients
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

3090854          Dist. by: RB Health (US), Parsippany, NJ 07054-0224   Made in England   ©2019 RB Health   013019

R010597 A

A-795

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 1 of 48 PageID #: 2981

# RB Health (US) LLC

## -PE Product Labels –

## -continued

A-796

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 2 of 48 PageID #: 2982





**MAXIMUM STRENGTH***

NDC 63824-536-66

3036245

060616

# MUCINEX®
## FAST-MAX®

### CONGESTION & HEADACHE

**Acetaminophen** – Pain Reliever/Fever Reducer
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ Relieves Headache & Fever
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

6 FL OZ (180mL)          FOR AGES 12+

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - headache
  - minor aches and pains
  - sinus congestion and pressure
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

## Drug Facts (continued)
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease
- diabetes ■ high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

PEEL HERE

## Drug Facts (continued)
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)

A-797

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 3 of 48 PageID #: 2983



**Drug Facts** (continued)

- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**

- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate†, xanthan gum
†may contain this ingredient

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

HEALTH ▾ HYGIENE ▾ HOME

**Please visit our website**
www.mucinex.com

©2018 RB

PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

*Per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.

3  63824 01665  8

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2018 RB

D11018

LOT:
EXP:
MADE IN:
3855005

A-798



Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 5 of 48 PageID #: 2985



Dextromethorphan HBr 10 mg..............Cough suppressant
Phenylephrine HCl 5 mg..................Nasal decongestant

## Uses
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - cough
  - headache
  - minor aches and pains
  - sinus congestion and pressure
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drug containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland ▶

taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and older: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat

## Inactive ingredients
FD&C red no. 40, FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, shellac, sorbitol sorbitan solution, titanium dioxide, water

## Questions? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

A-800

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 6 of 48 PageID #: 2986



A-801

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 7 of 48 PageID #: 2987



**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

LIFT HERE TO OPEN

3 63824 19020 4

Tamper evident: Do not use if outer package
is opened or if blister is torn or broken.

## Drug Facts

### Active ingredients (in each caplet)   Purposes
Acetaminophen 325 mg...Pain reliever/fever reducer
Guaifenesin 200 mg..............................Expectorant
Phenylephrine HCl 5 mg.............Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:   ■ nasal congestion   ■ fever   ■ headache   ■ minor aches and pains   ■ sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease   ■ heart disease   ■ diabetes
- high blood pressure   ■ thyroid disease

## Drug Facts (continued)
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information
- store between 20-25°C (68-77°F)

### Inactive ingredients corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

8335596                    Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224    ©2018 RB                    060718

R                                                                                                    O

A-802

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 8 of 48 PageID #: 2988



A-803

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 9 of 48 PageID #: 2989

## Drug Facts

### Active ingredients      Purposes
(in each liquid gel)

Acetaminophen 325 mg....Pain reliever/fever reducer

Dextromethorphan HBr 10 mg.......Cough suppressant

Phenylephrine HCl 5 mg .................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - ■ nasal congestion
  - ■ cough
  - ■ headache
  - ■ minor aches and pains
  - ■ sinus congestion and pressure
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- ■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening    ■ blisters    ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's Disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- ■ liver disease     ■ heart disease
- ■ diabetes     ■ high blood pressure
- ■ thyroid disease
- ■ trouble urinating due to an enlarged prostate gland
- ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- ■ cough that occurs with too much phlegm (mucus) ▶

### Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- ■ nervousness, dizziness, or sleeplessness occur
- ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
- ■ fever gets worse or lasts more than 3 days
- ■ redness or swelling is present
- ■ new symptoms occur
- ■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- ■ do not take more than directed (see Overdose warning)
- ■ do not take more than 12 liquid gels in any 24-hour period
- ■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- ■ children under 12 years of age: do not use

### Other information
- ■ store at 20-25°C (68-77°F)
- ■ avoid excessive heat

### Inactive ingredients
FD&C red no. 40, FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

MAXIMUM STRENGTH

**Mucinex**

FAST-MAX

CONGESTION & HEADACHE

Maximum Strength per 4-hour dose
Do not take more than a total of
12 liquid gels in a 24-hour period.
Take only as directed.
Take carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-804

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 10 of 48 PageID #: 2990



Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 11 of 48 PageID #: 2991

**NIGHT TIME COLD & FLU**

**Acetaminophen 325 mg** .......... Pain reliever/fever reducer
**Diphenhydramine HCl 12.5 mg** .......... Antihistamine/cough suppressant
**Phenylephrine HCl 5 mg** .. Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - minor aches and pains
  - cough
  - nasal congestion
  - headache
  - sore throat
  - sinus congestion and pressure
  - runny nose *(NIGHT TIME only)*
  - sneezing *(NIGHT TIME only)*
  - itching of the nose or throat *(NIGHT TIME only)*
  - itchy, watery eyes due to hay fever *(NIGHT TIME only)*

which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*

especially in children *(NIGHT TIME only)*
- marked drowsiness may occur *(NIGHT TIME only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days

---

### Drug Facts (continued)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Drug Facts (continued)

**Other information**
- store between 20-25°C (68-77°F)

**Inactive ingredients (Mucinex FAST-MAX DAY TIME COLD & FLU)**
corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Inactive ingredients (Mucinex FAST-MAX NIGHT TIME COLD & FLU)**
corn starch, croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, magnesium stearate, methacrylic acid-ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Do not take the Mucinex Fast-Max DAY TIME COLD & FLU and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period.

Take only as directed.

102318   8351779

A-806

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 12 of 48 PageID #: 2992



A-807

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 13 of 48 PageID #: 2993



## Drug Facts

### Active ingredients (in each 20 mL)          Purposes

Acetaminophen 650 mg ...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg..........Cough suppressant
Guaifenesin 400 mg......................................Expectorant
Phenylephrine HCl 10 mg................Nasal decongestant

### Uses

- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    ■ blisters    ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.                                    ►

A-808

## *Drug Facts* (continued)

**Do not use**

- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**

- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur

PEEL HERE

A-809

## *Drug Facts* (continued)

- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## *Directions*

- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

## *Other information*

- each 20 mL contains: **sodium 12 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

▶

A-810

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 16 of 48 PageID #: 2996



A-811



A-812

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 18 of 48 PageID #: 2998



A-813

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 19 of 48 PageID #: 2999



MADE IN.
3141649

## Drug Facts

### Active ingredients (in each caplet)

| | Purposes |
|---|---|
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help you get to sleep
  - nasal congestion due to a cold

### Warnings

**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over : take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)

### Inactive ingredients croscarmellose sodium, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, methacrylic acid-ethyl acrylate copolymer, mica, microcrystalline cellulose, polyethylene glycol 3350, polysorbate 80, polyvinyl alcohol, povidone K29/32, sodium bicarbonate, talc, titanium dioxide

### Questions? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

MAXIMUM STRENGTH

Mucinex
FAST-MAX

SEVERE CONGESTION & COUGH

Maximum Strength per 4-hour dose
Do not take more than a total of 12 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

PARENTS

www.StopMedicineAbuse.org

A-814

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 20 of 48 PageID #: 3000



A-815

## Drug Facts

### Active ingredients (in each caplet)          Purposes

Dextromethorphan HBr 10 mg.........Cough suppressant
Guaifenesin 200 mg............................Expectorant
Phenylephrine HCl 5 mg..............Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help you get to sleep
  - nasal congestion due to a cold

### Warnings
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)

### Inactive ingredients colloidal silicon dioxide, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, magnesium stearate, maltodextrin, mica, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, pregelatinized starch, sodium starch glycolate, stearic acid, talc, titanium dioxide

### Questions? 1-866-MUCINEX (1-866-682-4639)

A-816

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 22 of 48 PageID #: 3002



A-817

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 23 of 48 PageID #: 3003



A-818

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 24 of 48 PageID #: 3004



**MAXIMUM STRENGTH**

# Mucinex
## FAST-MAX ▶▶

### SEVERE CONGESTION & COUCH

## CLEAR & COOL

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCI – Nasal Decongestant

✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

HEALTH ▸ HYGIENE ▸ HOME

3027551      6 FL OZ (180mL)      FOR AGES 12+      012216

---

## Drug Facts

**Active ingredients** | **Purposes**
(in each 20 mL)

Dextromethorphan HBr 20 mg
......................Cough suppressant
Guaifenesin 400 mg.......Expectorant
Phenylephrine HCI 10 mg
......................Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
  - temporarily helps you cough less

### Warnings
Do not use
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or ▶

---

## Drug Facts (continued)

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

When using this product
do not use more than directed

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough comes back, or occurs with rash or headache that ▶

---

## Drug Facts (continued)

lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 9 mg
- store between 20-25°C (68-77°F)
- dosing cup provided
- do not refrigerate ▶

J021876

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Tamper evident  Do not use if neckband on bottle cap is broken or missing.

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org



3  63824 54166  2

LOT:

EXP:

3027786

---

## Drug Facts (continued)

### Inactive ingredients
anhydrous citric acid, D&C yellow no.10, edetate disodium,

A-819

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 25 of 48 PageID #: 3005



A-820

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 26 of 48 PageID #: 3006



**COOLING MENTHOL FLAVOR**

02-TD21   3186232

3186247

031221

NDC 72854-134-66

**MAXIMUM STRENGTH**

# MUCINEX®

## ≡FAST-MAX®▶▶

### SEVERE CONGESTION & COUGH

## ARCTIC BURST™

**Dextromethorphan HBr – Cough Suppressant**
**Guaifenesin – Expectorant**
**Phenylephrine HCl – Nasal Decongestant**

✓ **Controls Cough**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

**6 FL OZ (180 mL)**          FOR AGES 12+

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**
Maximum Strength per 4-hour dose
Tamper evident: Do not use
if neckband on bottle cap
is broken or missing.

---

## Drug Facts

**Active**        **Purposes**
**ingredients**
**(in each 20 mL)**
Dextromethorphan HBr 20 mg
Cough suppressant

A-821

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 27 of 48 PageID #: 3007



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 54166  2

LOT:
EXP:
3087260

050119

...........cough suppressant
Guaifenesin 400 mg........Expectorant
Phenylephrine HCl 10 mg
........................Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
  - temporarily helps you cough less

### Warnings
**Do not use**
- If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or ▶

### Drug Facts (continued)
emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product**
do not use more than directed

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur

### Drug Facts (continued)
lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains:
  **sodium 9 mg**
- store at 20-25°C

A-822

with fever
■ cough comes back, or occurs
with rash or headache that ▶

(68-77°F)
■ dosing cup provided
■ do not refrigerate ▶



**Drug Facts** (continued)

**Inactive ingredients**

anhydrous citric acid, D&C
yellow no.10, edetate disodium,
FD&C blue no.1, flavors, glycerin,
propyl gallate, propylene glycol,
sodium benzoate, sodium citrate,
sorbitol, sucralose, water,
xanthan gum

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

rb
HEALTH ▾ HYGIENE ▾ HOME

*Please visit our website*
*www.mucinex.com*
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in England    ©2019 RB Health

A-823



NDC 63824-938-66

# Mucinex·

3132377

010320

# FREEFROM

## COLD & FLU
### ☾ NIGHTTIME

ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE

—FREEFROM—
ARTIFICIAL FLAVORS, COLORS, & DYES · ALCOHOL & SUGAR

## ELDERBERRY
### & CHERRY NATURAL FLAVOR

6 FL OZ (180 mL)          FOR AGES 12+



## Drug Facts

**Active ingredients** | **Purposes**
(in each 20 mL)

Acetaminophen 650 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg.........Cough suppressant
Phenylephrine HCl 10 mg...............Nasal decongestant
Triprolidine HCl 2.5 mg........................Antihistamine

### Uses
■ temporarily relieves these common cold and
flu symptoms:
　■ cough　　　　　　　■ nasal congestion
　■ minor aches and pains　■ sore throat
　■ headache　　　　　　■ runny nose
　■ sinus congestion and pressure
　■ sneezing
　■ itching of the nose or throat

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe
skin reactions. Symptoms may include:
■ skin reddening　■ blisters　■ rash
If a skin reaction occurs, stop use and seek medical
help right away.
**Sore throat warning:** If sore throat is severe,
persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or
vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen
(prescription or nonprescription). If you are not
sure whether a drug contains acetaminophen,
ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions,
or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if
your prescription drug contains an MAOI, ask a

A-824

■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease        ■ heart disease
■ diabetes            ■ high blood pressure
■ thyroid disease      ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

PEEL HERE

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ **do not use more than directed**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Drug Facts (continued)

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

### Other information
■ each 20 mL contains: **sodium 12 mg**
■ store at 20-25°C (68-77°F)
■ do not refrigerate

### Inactive ingredients ammonium
glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.



Patents: www.rb.com/patents

Please visit our website www.mucinex.com

HEALTH ▸ HYGIENE ▸ HOME

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.

121219

FREE FROM

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 31 of 48 PageID #: 3011



A-826

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 32 of 48 PageID #: 3012



A-827

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 33 of 48 PageID #: 3013



## Drug Facts

### Active ingredients (in each 20 mL) — Purposes

Acetaminophen 650 mg... **Pain reliever/fever reducer**
Dextromethorphan HBr 20 mg.........Cough suppressant
Phenylephrine HCl 10 mg................Nasal decongestant
Triprolidine HCl 2.5 mg....................Antihistamine

### Uses

■ temporarily relieves these common cold and flu symptoms:
  ■ cough    ■ nasal congestion
  ■ minor aches and pains    ■ sore throat
  ■ headache
  ■ sinus congestion and pressure
  ■ runny nose
  ■ sneezing
  ■ itching of the nose or throat
  ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product ▶

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ diabetes   ■ high blood pressure
■ thyroid disease   ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

PEEL HERE

A-828

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 34 of 48 PageID #: 3014

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 16 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

### Questions?
1-866-MUCINEX (1-866-682-4639)

Scan for FAQs and instructions on proper disposal of medicines





Please visit our website
www.mucinex.com
Patents:
www.reckitt.com/patents

reckitt

A-829

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 35 of 48 PageID #: 3015



**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine |

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - runny nose
  - sneezing
  - sinus congestion and pressure
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
  - temporarily reduces fever
  - controls cough to help you get to sleep

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Drug Facts** (continued)

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

**Drug Facts** (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts** (continued)

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over:

PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

Maximum Strength per 4-hour dose

**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org



A-830

Case 1:23-md-03089-BMC    Document 200-15    Filed 05/03/24    Page 36 of 48 PageID #: 3016





RELIEF
3094780

A-831

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 37 of 48 PageID #: 3017



A-832

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 38 of 48 PageID #: 3018



3139486     **6 FL OZ (180 mL)**   **FOR AGES 12+**     012920



## Drug Facts

**Active ingredients**     **Purposes**
**(in each 20 mL)**

Acetaminophen 650 mg....Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ........Cough suppressant
Phenylephrine HCl 10 mg ...............Nasal decongestant
Triprolidine HCl 2.5 mg........................Antihistamine

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - sinus congestion and pressure
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product ▶

---

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

PEEL HERE

---

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

Keep out of reach of children.

---

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 16 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

### Questions?
1-866-MILLINEY (1-866-682-4639)

A-833

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 39 of 48 PageID #: 3019



A-834

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 40 of 48 PageID #: 3020





NDC 72854-250-66

# MUCINEX®
## NIGHTSHIFT™
### SEVERE COLD & FLU
## ARCTIC BURST™

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Phenylephrine HCl – Nasal Decongestant
Triprolidine HCl – Antihistamine

**NIGHTTIME**
RELIEF FOR A BETTER
**MORNING**

✔ COUGH ✔ FEVER
✔ SORE THROAT ✔ RUNNY NOSE ✔ SNEEZING ✔ NASAL CONGESTION

**6 FL OZ (180 mL)**          FOR AGES 12+



PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

Tamper evident: Do not use if neckband
on bottle cap is broken or missing.

Maximum Strength per 4-hour dose

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine |

**Uses**
■ temporarily relieves these common cold and

A-835



3 63824 01473 9

*Please visit our website www.mucinex.com*

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
031119

LOT:
EXP.:
MADE IN:

3094781



...temporarily relieves these common cold and flu symptoms:
- cough
- minor aches and pains
- headache
- sneezing
- sinus congestion and pressure
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- nasal congestion
- sore throat
- runny nose
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product ▶

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   - blisters   - rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

*PEEL HERE*

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal decongestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

A-836

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 42 of 48 PageID #: 3022



*Drug Facts* (continued)

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: **sodium 16 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

rb

HEALTH ▾ HYGIENE ▾ HOME

Patents: www.rb.com/patents

A-837

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 43 of 48 PageID #: 3023



A-838

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 44 of 48 PageID #: 3024



## Drug Facts

### Active ingredients (in each caplet)       Purposes

Acetaminophen 325 mg ...........Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.........................Cough suppressant
Phenylephrine HCl 5 mg..............................Nasal decongestant
Triprolidine HCl 1.25 mg.......................................Antihistamine

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - sinus congestion and pressure
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)

- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- **do not use more than directed**
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)

### Inactive ingredients crospovidone sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

MAXIMUM STRENGTH

**MUCINEX®**

NIGHTSHIFT

SEVERE COLD & FLU

Maximum Strength per 4-hour dose
"Helps to relieve these symptoms at night"
Do not take more than a total of 8 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-839

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 45 of 48 PageID #: 3025







A-840

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease
- diabetes ■ high blood pressure
- thyroid disease ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

PEEL HERE

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Drug Facts (continued)

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 16 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

Patents:
www.rb.com/patents
*Please visit our website*
www.mucinex.com

HEALTH • HYGIENE • HOME



NEW POWERFUL NIGHT TIME RELIEF
3094942

A-841

Case 1:23-md-03089-BMC Document 200-15 Filed 05/03/24 Page 47 of 48 PageID #: 3027



NDC 63824-270-06

# Mucinex®
## NIGHTSHIFT
### SINUS
### CLEAR & COOL

Acetaminophen — Pain Reliever/Fever Reducer
Dextromethorphan HBr — Cough Suppressant
Phenylephrine HCl — Nasal Decongestant
Triprolidine HCl — Antihistamine

**NIGHTTIME**
RELIEF FOR A BETTER
**MORNING**

✓ COUGH  ✓ FEVER  ✓ SORE THROAT
✓ RUNNY NOSE  ✓ SNEEZING  ✓ NASAL CONGESTION

3094737    **6 FL OZ (1 8L mL)**    FOR AGES 12+    0X1-419



## Drug Facts

**Active ingredients**     **Purposes**
(in each 20 mL)

Acetaminophen 650 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg.........Cough suppressant
Phenylephrine HCl 10 mg...........Nasal decongestant
Triprolidine HCl 2.5 mg.........................Antihistamine

### Uses
temporarily relieves these common cold and
flu symptoms:
- cough
- minor aches and pains
- headache
- sinus congestion and pressure
- runny nose
- sneezing
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep
- nasal congestion
- sore throat

### Warnings
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the
maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using
this product



## Drug Facts (continued)

Allergy alert: Acetaminophen may cause severe
skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical
help right away.
Sore throat warning: If sore throat is severe,
persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or
vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen
(prescription or nonprescription). If you are not
sure whether a drug contains acetaminophen,
ask a doctor or pharmacist.
- if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions,
or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if
your prescription drug contains an MAOI, ask a
doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- trouble urinating due to an enlarged
prostate gland
- a breathing problem such as emphysema or
chronic bronchitis
- persistent or chronic cough such as occurs
with smoking, asthma, or emphysema
- cough that occurs with too much
phlegm (mucus)
- heart disease
- high blood pressure
- glaucoma

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may
increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or
operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or
lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or
headache that lasts. These could be signs of a
serious condition.

**If pregnant or breast-feeding**, ask a health
professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the
recommended dose (overdose) may cause liver
damage. In case of overdose, get medical help or
contact a Poison Control Center right away. Quick
medical attention is critical for adults as well as
for children even if you do not notice any
signs or symptoms.

## Drug Facts (continued)

### Directions
- do not take more than directed (see
Overdose warning)
- do not take more than 4 doses in any
24-hour period
- measure only with dosing cup provided

**PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION**

**Maximum Strength per 4-hour dose**
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.

## PARENTS:



**NEW**

031511

A-842

Case 1:23-md-03089-BMC   Document 200-15   Filed 05/03/24   Page 48 of 48 PageID #: 3028

- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 16 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

rb
HEALTH • HYGIENE • HOME

Patents:
www.rb.com/patents

Learn about teen medicine abuse
www.StopMedicineAbuse.org

3   63824 26267   3

Please visit our website
www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
I031519

LOT:

EXP.:

MADE IN:

3094738

POWERFUL
NIGHT TIME
RELIEF
3094739

A-843

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 1 of 48 PageID #: 3029

# RB Health (US) LLC

## -PE Product Labels –

## -continued

A-844

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 2 of 48 PageID #: 3030



A-845

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 3 of 48 PageID #: 3031



## Drug Facts

### Active ingredients (in each caplet) — Purposes

| Active ingredients | Purposes |
|---|---|
| Acetaminophen 325 mg........... | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg....... | Cough suppressant |
| Phenylephrine HCl 5 mg........... | Nasal decongestant |
| Triprolidine HCl 1.25 mg........... | Antihistamine |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - sinus congestion and pressure
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)

- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)

### Inactive ingredients
croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

MUCINEX NIGHTSHIFT SINUS
MAXIMUM STRENGTH

Maximum Strength per 4-hour dose
Do not take more than a total of 8 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-846

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 4 of 48 PageID #: 3032



A-847

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 5 of 48 PageID #: 3033

## Drug Facts

### Active ingredients (in each liquid gel) Purposes

**Mucinex SINUS-MAX DAY**

| | |
|---|---|
| Acetaminophen 325 mg..................Pain reliever | |
| Dextromethorphan HBr 10 mg...........Cough suppressant | |
| Guaifenesin 200 mg.............................Expectorant | |
| Phenylephrine HCl 5 mg............Nasal decongestant | |

### Active ingredients (in each liquid gel) Purposes

**Mucinex SINUS-MAX NIGHT**

| | |
|---|---|
| Acetaminophen 325 mg..................Pain reliever | |
| Dextromethorphan HBr 10 mg...........Cough suppressant | |
| Doxylamine succinate 6.25 mg.................Antihistamine | |
| Phenylephrine HCl 5 mg............Nasal decongestant | |

### Uses
temporarily relieves:
- nasal congestion  ■ headache  ■ cough
- minor aches and pains
- sinus congestion and pressure
- runny nose and sneezing *(NIGHT only)*
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease  ■ heart disease  ■ diabetes
- high blood pressure  ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT only)*

## Drug Facts (continued)

- a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(NIGHT only)*

**When using this product** ■ do not use more than directed
- excitability may occur, especially in children *(NIGHT only)*
- marked drowsiness may occur *(NIGHT only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
- avoid alcoholic drinks *(NIGHT only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)  ■ avoid excessive heat

### Inactive ingredients (DAY only) FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Inactive ingredients (NIGHT only) D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

MAXIMUM STRENGTH

**MUCINEX**
**SINUS-MAX®**

DAY ● NIGHT

Maximum Strength per 4-hour dose

Do not take for Mucinex Sinus-Max label and NIGHT liquid gels at the same time. Always wait at least 4 hours before taking another dose of Mucinex Liquid gel. Do not take more than a total of 12 liquid gels in 24-hour period.

Take only as directed.

Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org

A-848

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 6 of 48 PageID #: 3034



A-849

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 7 of 48 PageID #: 3035



**Active ingredients** (in each caplet) Mucinex SINUS-MAX NIGHT | **Purposes**
Acetaminophen 325 mg......................................................................................Pain reliever
Diphenhydramine HCl 12.5 mg................................................Antihistamine/cough suppressant
Phenylephrine HCl 5 mg....................................................................................Nasal decongestant

**Uses**
**Mucinex SINUS-MAX DAY** ■ temporarily relieves:
■ nasal congestion    ■ headache
■ minor aches and pains    ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
**Mucinex SINUS-MAX NIGHT** ■ temporarily relieves:
■ nasal congestion    ■ headache
■ minor aches and pains    ■ sinus congestion and pressure
■ runny nose    ■ sneezing
■ cough
■ temporarily promotes nasal and/or sinus drainage ▶

L3Q54364   D8217Z _ _ _ _ _ _ _ _ _ _ _ _ **PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** ◢



**Drug Facts** (continued)
**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT only)*
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▶

**Drug Facts** (continued)
**Ask a doctor before use if you have**
■ liver disease    ■ heart disease    ■ diabetes
■ high blood pressure    ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*
**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)* ▶

HINGE



HINGE

**Drug Facts** (continued)
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 1 dose in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours ▶

**Drug Facts** (continued)
■ children under 12 years of age: do not use
**Other information**
■ store between 20-25°C (68-77°F)

**Inactive Ingredients (Mucinex SINUS-MAX DAY only)**
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Inactive Ingredients (Mucinex SINUS-MAX NIGHT only)**
croscarmellose sodium, crospovidone, FD&C blue no, 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

A-850



Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 9 of 48 PageID #: 3037



Acetaminophen 325 mg ...................................................................................Pain reliever
Diphenhydramine HCl 12.5 mg ....................................................Antihistamine/cough suppressant
Phenylephrine HCl 5 mg .......................................................................Nasal decongestant

**Uses**
**Mucinex SINUS-MAX DAY** ■ temporarily relieves:
■ nasal congestion ■ headache
■ minor aches and pains ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
**Mucinex SINUS-MAX NIGHT** ■ temporarily relieves:
■ nasal congestion ■ headache
■ minor aches and pains ■ sinus congestion and pressure
■ runny nose ■ sneezing
■ cough
■ temporarily promotes nasal and/or sinus drainage

3054364  092117 _____ PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION ◢



**Drug Facts** (continued)
**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT only)*
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ►

**Drug Facts** (continued)
**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ diabetes
■ high blood pressure ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)* ►

HINGE



HINGE

**Drug Facts** (continued)
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours ►

**Drug Facts** (continued)
■ children under 12 years of age: do not use

**Other information**
■ store between 20-25°C (68-77°F)

**Inactive ingredients (Mucinex SINUS-MAX DAY only)**
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Inactive ingredients (Mucinex SINUS-MAX NIGHT only)**
croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

A-852

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 10 of 48 PageID #: 3038



A-853

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 11 of 48 PageID #: 3039



| Active Ingredients (in each caplet) Mucinex SINUS-MAX DAY | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

| Active ingredients (in each caplet) Mucinex SINUS-MAX NIGHT | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Diphenhydramine HCl 12.5 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**

**Mucinex SINUS-MAX DAY** ■ temporarily relieves:
■ nasal congestion  ■ headache  ■ minor aches and pains  ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex SINUS-MAX NIGHT** ■ temporarily relieves: ■ nasal congestion  ■ headache
■ minor aches and pains  ■ sinus congestion and pressure  ■ runny nose  ■ sneezing  ■ cough
■ temporarily promotes nasal and/or sinus drainage

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount  ▶

8335612  101718

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** ◣



ADHESIVE AREA

**Drug Facts** (continued)
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT only)*
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease  ■ diabetes
■ high blood pressure  ■ thyroid disease  ▶

**Drug Facts** (continued)
■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or  ▶

ADHESIVE AREA

ADHESIVE AREA

**Drug Facts** (continued)
lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for

**Drug Facts** (continued)

**Other information**
■ store at 20-25°C (68-77°F)

**Inactive ingredients (Mucinex SINUS-MAX DAY only)**
corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Inactive ingredients (Mucinex SINUS-MAX NIGHT only)**

A-854

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 12 of 48 PageID #: 3040



Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

corn starch, croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, magnesium stearate, methacrylic acid-ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

ADHESIVE AREA

A-855

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 13 of 48 PageID #: 3041



A-856





A-857

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 15 of 48 PageID #: 3043



**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash

If a skin reaction occurs, stop use and seek medical help right away. ▶

LOT:
EXP:
MADE IN:
070616
3034639

---

**Drug Facts (continued)**

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease  ■ heart disease
- high blood pressure  ■ thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days      PEEL HERE ▶

---

**Drug Facts (continued)**

- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other Information**
- each 20 mL contains: sodium 12 mg
- store between 20–25°C (68–77°F)
- dosing cup provided  ▶

---

**Drug Facts (continued)**

- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum *may contain this ingredient

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this

---

071916

**See New Information**

3034605

A-858

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 16 of 48 PageID #: 3044



A-859

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 17 of 48 PageID #: 3045



A-860

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 18 of 48 PageID #: 3046

■ dosing cup provided

***Inactive ingredients*** anhydrous citric acid, edetate disodium, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

***Questions?*** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

DO NOT GIVE THE FIRST DOSE OF NIGHT TIME MULTI-SYMPTOM COLD SOONER THAN 4 HOURS THAN THE LAST DOSE OF DAY TIME MULTI-SYMPTOM COLD UNLESS DIRECTED BY A DOCTOR.

DO NOT GIVE BOTH PRODUCTS AT THE SAME TIME OR GIVE MORE THAN 5 DOSES IN TOTAL IN ANY 24 HOUR PERIOD.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3-63824-90994-3

**Uses**
■ temporarily relieves these common cold and flu symptoms:
■ headache ■ minor aches and pains
■ nasal congestion ■ sore throat
■ sneezing ■ runny nose
■ cough
■ controls cough to help your child get to sleep
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other drug containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
**Ask a doctor before use if your child has**
■ liver disease ■ heart disease ■ diabetes
■ high blood pressure ■ thyroid disease ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if your child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers
**When using this product**
■ do not use more than directed (see Overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness ▶

■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

***Directions***
■ this product does not contain directions or complete warnings for adult use
■ **do not give more than directed (see Overdose warning)**
■ if needed, repeat dose every 4 hours while symptoms last
■ do not give more than 5 days unless directed by a doctor
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter
■ children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours; do not give more than 5 doses in any 24-hour period
■ children under 6 years of age: do not use

***Other information***
■ each 10 mL contains: sodium 6 mg
■ store between 20-25°C (68-77°F)
■ dosing cup provided ■ do not refrigerate

***Inactive ingredients*** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum   *may contain this ingredient

***Questions?*** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**Keep cartons for full directions for use.**



**Reckitt Benckiser**

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224
Made in England   ©2014 RB   020614   8140737

PRINT SAFE AREA

KO

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 19 of 48 PageID #: 3047



No coating

Made in England    Dist. by: RB Health (US), Parsippany, NJ 07054-0224   ©2020 RB Health

A-862

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 20 of 48 PageID #: 3048

HEALTH • HYGIENE • HOME

3  63824 99515  1

**Questions?**
1-866-MUCINEX
(1-866-682-4639)
You may also report
side effects to this
phone number.

Please visit our website www.mucinex.com
Patents: www.rb.com/patents

3134374      030220

A-863

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 21 of 48 PageID #: 3049





A-864

HEALTH • HYGIENE • HOME

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

*Per 4-hour dose

3   63824 51067   5

Please visit our website www.mucinex.com
Patents: www.rb.com/patents

3148432        041720        ©2020 RB Health

A-865

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 23 of 48 PageID #: 3051



### KICKSTART SEVERE COLD & FLU (cont'd)

**Drug Facts (continued)**

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains sodium 12 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

*FAST-MAX KICKSTART SEVERE COLD & FLU helps to relieve severe symptoms 1 day or night; FAST-MAX NIGHT TIME SEVERE COLD & FLU helps to relieve these symptoms at night.

- Do not take Mucinex Fast-Max Kickstart Severe Cold & Flu and Mucinex Fast-Max Night Time Severe Cold & Flu at the same time.
- Always wait at least 4 hours before taking another dose of Mucinex Liquid.

TAKE ONLY AS DIRECTED

Relieve as directed per 4-hour dose

3 63824 99697 4

### NIGHT TIME SEVERE COLD & FLU (cont'd)

**Drug Facts (continued)**
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use.

**Other information**
- each 20 mL contains sodium 16 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

POWERFUL RELIEF FOR YOUR NIGHT

A KICKSTART FOR YOUR DAY

reckitt

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
© 2023 RB Health
3251922B    84/1523

### POWERFUL MULTI-SYMPTOM COLD & FLU RELIEF
### ALL IN ONE SEVERE COLD & FLU RELIEF » DAY OR NIGHT

MAXIMUM STRENGTH

**Mucinex FAST-MAX KICKSTART**

**Mucinex FAST-MAX NIGHT TIME**

MENTHOL FLAVORED LIQUID

RELIEF FOR YOUR NIGHT

FOR AGES 12+    TWO - 6 FL OZ (180 mL) bottles    TOTAL - 12 FL OZ (360 mL)    FOR AGES 12+

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 24 of 48 PageID #: 3052

## NIGHT TIME SEVERE COLD & FLU

### Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine |

### Uses
■ temporarily relieves these common cold and flu symptoms:
■ cough ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache ■ sinus congestion and pressure ■ runny nose ■ sneezing ■ itching of the nose or throat ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

When using this product ■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days

---

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

## KICKSTART SEVERE COLD & FLU

### Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms:
■ cough ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache ■ stuffy nose ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.

A-867

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 25 of 48 PageID #: 3053



Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 26 of 48 PageID #: 3054



A-869

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 27 of 48 PageID #: 3055



A-870

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 28 of 48 PageID #: 3056



## Drug Facts

### Active ingredients (in each liquid gel)    Purposes

**Mucinex FAST-MAX DAY Cold & Flu**

Acetaminophen 325 mg........Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...............Cough suppressant
Guaifenesin 200 mg.................................Expectorant
Phenylephrine HCl 5 mg.....................Nasal decongestant

### Active ingredients (in each liquid gel)    Purposes

**Mucinex FAST-MAX NIGHT Cold & Flu**

Acetaminophen 325 mg........Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...................Cough suppressant
Doxylamine succinate 6.25 mg..................Antihistamine
Phenylephrine HCl 5 mg.......................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - sinus congestion and pressure
  - cough          ■ minor aches and pains
  - headache       ■ nasal congestion
  - sore throat    ■ runny nose (NIGHT only)
  - sneezing (NIGHT only)
  - itching of the nose or throat (NIGHT only)
  - itchy, watery eyes due to hay fever (NIGHT only)
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive (DAY only)
- controls cough to help you get to sleep
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, ►

## Drug Facts (continued)

or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease            ■ heart disease
- diabetes                 ■ high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma (NIGHT only)
- a breathing problem such as emphysema or chronic bronchitis (NIGHT only)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers (NIGHT only)

**When using this product**
- do not use more than directed
- excitability may occur, especially in children (NIGHT only)
- marked drowsiness may occur (NIGHT only)
- alcohol, sedatives, and tranquilizers may increase drowsiness (NIGHT only)
- avoid alcoholic drinks (NIGHT only)
- be careful when driving a motor vehicle or operating machinery (NIGHT only)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. Keep out of reach of children.

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat          ►

## Drug Facts (continued)

### Inactive ingredients (DAY only)
FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Inactive ingredients (NIGHT only)
D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

*DAY COLD & FLU helps to relieve these symptoms day or night; NIGHT COLD & FLU helps to relieve these symptoms at night

Maximum Strength per 4-hour dose

Do not take the Mucinex Fast-Max DAY COLD & FLU and Mucinex Fast-Max NIGHT, COLD & FLU liquid gels at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid gels. Do not take more than a total of 12 liquid gels in any 24-hour period.

Take only as directed.

Keep carton for full information.

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-871

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 29 of 48 PageID #: 3057



A-872

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 30 of 48 PageID #: 3058

## Drug Facts

### Active ingredients — Purposes
(in each liquid gel)
**Mucinex FAST-MAX DAY Cold & Flu**

Acetaminophen 325 mg............ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.....................Cough suppressant
Guaifenesin 200 mg..................................................Expectorant
Phenylephrine HCl 5 mg.............................Nasal decongestant

### Active ingredients — Purposes
(in each liquid gel)
**Mucinex FAST-MAX NIGHT Cold & Flu**

Acetaminophen 325 mg............ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.....................Cough suppressant
Doxylamine succinate 6.25 mg......................Antihistamine
Phenylephrine HCl 5 mg.............................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - sinus congestion and pressure
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - runny nose *(NIGHT only)*
  - sneezing *(NIGHT only)*
  - itching of the nose or throat *(NIGHT only)*
  - itchy, watery eyes due to hay fever *(NIGHT only)*
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*
- controls cough to help you get to sleep
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, ►

## Drug Facts (continued)

or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
- do not use more than directed
- excitability may occur, especially in children *(NIGHT only)*
- marked drowsiness may occur *(NIGHT only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
- avoid alcoholic drinks *(NIGHT only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat ►

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts (continued)

*Inactive ingredients (NIGHT only)*
D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

▲

*Inactive ingredients (DAY only)*
FD&C blue no. 1, FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 31 of 48 PageID #: 3059





A-874

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 32 of 48 PageID #: 3060



A-875

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 33 of 48 PageID #: 3061



Dextromethorphan HBr 10 mg............................................Cough suppressant
Guaifenesin 200 mg..............................................................Expectorant
Phenylephrine HCl 5 mg................................................Nasal decongestant

### Active ingredients (in each caplet)    Purposes
### Mucinex Nightshift Night Sinus
Acetaminophen 325 mg.....................................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...........................................Cough suppressant
Phenylephrine HCl 5 mg..................................................Nasal decongestant
Tripolidine HCl 1.25 mg...........................................................Antihistamine

### Uses
### Mucinex Sinus-Max Day Pressure, Pain & Cough
■ temporarily relieves:
 ■ nasal congestion        ■ headache
 ■ minor aches and pains   ■ cough
 ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial
 passageways of bothersome mucus and make coughs more productive
### Mucinex Nightshift Night Sinus
■ temporarily relieves these common cold and flu symptoms:
 ■ cough          ■ nasal congestion    ■ minor aches and pains
 ■ sore throat    ■ headache            ■ sneezing
 ■ sinus congestion and pressure        ■ runny nose
 ■ itching of the nose or throat
 ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** *(Nightshift Night Sinus only):* If sore throat is severe, persists for more
than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult
a doctor promptly.                                                     ▼

## Reseal Area

### Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription).
 If you are not sure whether a drug contains acetaminophen, ask a doctor or
 pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI)
 (certain drugs for depression, psychiatric, or emotional conditions, or
 Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you
 do not know if your prescription drug contains an MAOI, ask a doctor or
 pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease       ■ diabetes
■ high blood pressure    ■ thyroid disease
■ glaucoma *(Nightshift Night Sinus only)*
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
 *(Nightshift Night Sinus only.*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis,
 or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(Nightshift Night Sinus only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(Nightshift Night Sinus only)*
■ marked drowsiness may occur *(Nightshift Night Sinus only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness
 *(Nightshift Night Sinus only)*
■ avoid alcoholic drinks *(Nightshift Night Sinus only)*
■ use caution when driving a motor vehicle or operating machinery
 *(Nightshift Night Sinus only)*

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days