# 24-3296-cv

## United States Court of Appeals

*for the*

## Second Circuit

———————◆———————

SANDRA YOUSEFZADEH, *et al*.,

*Plaintiffs-Appellants,*

*(For Continuation of Caption See Inside Cover)*

———————————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**JOINT APPENDIX**
**Volume of 4 (Pages A-876 to A-1116)**

JONATHAN D. SELBIN
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
(212) 355-9500
jselbin@lchb.com

ADAM J. LEVITT
DICELLO LEVITT LLP
Ten North Dearborn Street, 6th Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com

SAMUEL ISSACHAROFF
*Counsel of Record*
40 Washington Square South 411J
New York, New York 10012
(212) 998-6580
sil3@nyu.edu

– and –

ELIZABETH A. FEGAN
FEGAN SCOTT LLC
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
(630) 273-2625
beth@feganscott.com

*Attorneys for Plaintiffs-Appellants (Please See Inside Cover
for Full List of Plaintiffs-Appellants)*

*(For Continuation of Appearances See Inside Cover)*

CP COUNSEL PRESS    (800) 4-APPEAL • (376921)

GWEN THOMAS, RHONDA NITTO,

*Plaintiffs*,

– v. –

JOHNSON & JOHNSON CONSUMER INC., RB HEALTH (US) LLC, TARGET CORPORATION, BAYER HEALTHCARE, LLC, a Delaware limited liability corporation, WALMART INC., a Delaware corporation, CVS PHARMACY, INC., a Delaware corporation, WALGREEN CO., an Illinois corporation, THE PROCTER & GAMBLE COMPANY, HALEON US HOLDINGS LLC, PUBLIX SUPER MARKETS, INC., AMAZON.COM, INC., AMAZON.COM SERVICES LLC, KENVUE, INC., GLAXOSMITHKLINE LLC, RITE AID CORPORATION, ALBERTSONS COMPANIES, INC. COSTCO WHOLESALE CORP.,

*Defendants-Appellees,*

DOES 1-200, GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC, RECKITT BENCKISER LLC, MERCK, MCNEIL CONSUMER HEALTHCARE, SANOFI-AVENTIS U.S. LLC, CHURCH & DWIGHT CO. INC., ASSOCIATED WHOLESALE GROCERS INC, VALU MERCHANDISERS CO., PFIZER INC., PERRIGO COMPANY PLC, HELEN OF TROY LIMITED, DIERBERGS MARKETS, INC., RECKITT BENCKISER PHARMACEUTICALS INC., THE KROGER CO., HARRIS TEETER, LLC, HARRIS TEETER SUPERMARKETS, INC., DOLGENCORP, INC., FAMILY DOLLAR, LLC,

*Defendants.*

*(Continued from Cover Page 1)*

JAMES E. CECCHI
CARELLA, BYRNE, CECCHI, BRODY
   & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
jcecchi@carellabyrne.com

        – and –

KILEY L. GROMBACHER
BRADLEY/GROMBACHER LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
(866) 881-0403
kgrombacher@bradleygrombacher.com

CHRISTOPHER A. SEEGER
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, New Jersey 07660
(973) 639-9100
cseeger@seegerweiss.com

        – and –

JASON P. SULTZER
SULTZER & LIPARI, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
(845) 483-7100
sultzerj@thesultzerlawgroup.com

– and –

LINDSEY N. SCARCELLO
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
(816) 701-1100
lscarcello@wcllp.com

*Plaintiffs' Interim Class Counsel and Executive Committee*

*Attorneys for Plaintiffs-Appellants Sandra Yousefzadeh, Kaycie Coppock, Cody Morgan, Erin Barton, Hannah De Preist, Anthony DeRosa, John Coyle, individually and on behalf of all others similarly situated, Kimberly Buscaglia, Kamonica McWhite, Michael Walker, Eduardo Flores, Anntwanette Jones, Daniel Calzado, Keith Mortuiccio, Pedro Urena, Robyn Cronin, Timothy Butler 309172, Archanatep Boonparn, Chioma Ozuzu, Kenneth Levi Pack, Min Ji Jung, Steve Audelo, Natalie Juneau, Robert Fichera, Francis W. Catanese, Samuel Gallo, Kristin DePaola, Cathy Kleiman, Richard Scoffier, Annette Striegel, Martha A. Page, Emily Cohen, Janet Jones, Lateef Murdock, Gwen Lewi, Marcel Perez Pirio, Lane Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, Lauren DeBeliso, Lorette Kenney, Daniel Heaghney, Amanda Thorns, Scott Collier, Andrew Isom, John Jeffrey Bader, Brian Lloyd Fireng, Carrie Diane Huff, Joseph Edward Sorge, Joshua Edward Sorge, Christine Ann Waters, Christopher McPhee, Justin Vorise, Krista Wright, Jordan Nelson, Regina Peralta, Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, Hollie Verdi, Tiffany Travis, Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, Tina Haluszka, Heather Fong, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, Anthony Rogers, Jamieka Holmes, Mari Jones, Michele Kasparie, Kimberly James, Greg Enriquez, Rachel Parker, Darrell Wayne Grimsley, Jr., Krystal Rampalli, Daryl Means, Jacob Reinkraut, Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, Cece Davenport, Claudette Sanes, Daniel Flick, Janis Zimmerman, Rose Riccio, Andrea Wilson, Richard Chavez, Kathleen Emmons, Nathan Jackson, James Hsieh, Dominic Rio, Mohanad Abdelkarim, Steven Checchia, Tamula Chamberlain, Stacy Rankin, Harold Nyanjom, Frizell Johnson, Ruben Varela, Joy Taylor, Anthony Coleman, Natasha Hernandez, Jessica Thompson, Emily Hansen, Sommer Milous, Andrew Gutierrez, Rebecca Lynn Reyes, Sierra Vent, Hector Valdes, Joanne Silva, Shelby Noviskis, James Carrigan, Shawn L. Thomas, Charles Geoffrey Woods, John Jeffrey Ward, Ruta Taito, Dr. Karen Schwartz, Thomas Lewis, Dena Fichot, Pamela Joyner, Sharon Rourk, Izabel Pena-Venegas, Beverly Ward, Abby Jergins, Bill Jergins, Archi Hipkins, Christine Harrison, Viva Cohen, Joey Cohen, William Bryan, Jack Hinsberger, Nancy Welharticky, Robert Housman, Jay Valinsky, Rethea Morris, Robert Haid, Michael Folks, Sharon Manier, Stan Szrajer, Achorea Tisdale, Marisol Scharon, Haley Hadden, Bonnie Van Noy, John Boswell, Mohamad Tlaib, Donald Krist, Tina Tuominen, Paul Mateer, William Mitchell and Bethany Childers*

JASON ZARROW
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071
(213) 430-6000

– and –

BRUCE P. CRAWFORD
HANNAH Y. CHANOINE
O'MELVENY & MYERS LLP
1301 Avenue of the Americas,
   Suite 1700
New York, New York 10019
(212) 326-2000

– and –

AMY J. LAURENDEAU
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
(949) 823-6900

*Attorneys for Defendants-Appellees
   Johnson & Johnson Consumer Inc.
   and Kenvue, Inc.*

CHRISTOPHER G. CAMPBELL
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309
(404) 736-7800

– and –

CARA D. EDWARDS
COLLEEN CAREY GULLIVER
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

– and –

CHRISTOPHER M. YOUNG
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121
(858) 677-1400

*Attorneys for Defendant-Appellee Bayer
   Healthcare, LLC, a Delaware limited
   liability corporation*

ALYSON STEELE BERIDON
HERZFELD SUETHOLZ GASTEL LENISKI
   AND WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224
alyson@hsglawgroup.com

– and –

JOE P. LENISKI, JR.
HERZFELD SUETHOLZ GASTEL LENISKI
   AND WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, Tennessee 37203
(615) 800-6225
joey@hsglawgroup.com

*Attorneys for Plaintiff-Appellant
   Newton's Pharmacy, Inc.*

NILDA ISIDRO
DALE R. GOLDSTEIN
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9200

– and –

MARK J. LESKO
GREENBERG TRAURIG, P.A
2317 Montauk Highway
Bridgehampton, New York 11932
(631) 994-2400

*Attorneys for Defendants-Appellees
   Target Corporation, Walmart Inc., a
   Delaware corporation, CVS
   Pharmacy, Inc., a Delaware
   corporation and Walgreen Co., an
   Illinois corporation*

MICHAEL F. HEALY
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
(415) 544-1900

ANDREW SOUKUP
DAVID ZIONTS
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Attorneys for Defendant-Appellee*
*The Procter & Gamble Company*

JAY P. LEFKOWITZ
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

*Attorneys for Defendants-Appellees*
*Haleon US Holdings LLC and*
*GlaxoSmithKline LLC*

JAMES BERNARD
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
(212) 918-3000

*Attorneys for Defendant-Appellee*
*RB Health (US) LLC*

CHRISTOPHER J. SCHMIDT
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000

*Attorneys for Defendant-Appellee*
*Kenvue, Inc.*

– and –

DANIEL B. ROGERS
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Boulevard,
    Suite 3200
Miami, Florida 33131
(305) 358-5171

*Attorneys for Defendant-Appellee*
*Publix Super Markets, Inc.*

ROBERT W. SPARKES, III
JENNIFER J. NAGLE
K&L GATES LLP
One Congress Street, Suite 2900
Boston, Massachusetts 02114
(617) 261-3100

*Attorneys for Defendants-Appellees*
*Amazon.com, Inc. and Amazon.com*
*Services, LLC*

NATSAYI Z. MAWERE
REED SMITH LLP
599 Lexington Avenue 22nd Floor
New York, New York 10022
(212) 521-5400

– and –

RICHARD FAMA
TAMAR S. WISE
COZEN O'CONNOR
Three World Trade Center
175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 509-9400

*Attorneys for Defendants-Appellees The*
*Kroger Co., Harris Teeter, LLC and*
*Harris Teeter Supermarkets, Inc.*

i

## TABLE OF CONTENTS

**Page**

District Court Docket Entries  .................................... A-1

Order Governing Plaintiffs' Initial Streamlined
    Consolidated Complaint and Defendants' Motion
    to Dismiss in Response, dated April 16, 2024 ....... A-131

Initial Streamlined Consolidated New York
    Bellwether Class Action Complaint, dated
    May 3, 2024 ............................................ A-134

    Exhibit A to Class Action Complaint -
    Class Action Complaint – PE [Phenylephrine]
    Products Collection of Labels as Purchased by
    Plaintiffs................................................ A-256

Amended Order Governing Initial Streamlined
    Consolidated Class Action Complaint and
    Defendants' Motion to Dismiss in Response,
    dated May 16, 2024 ................................. A-1152

Notice of Appeal, dated December 9, 2024 ............... A-1156

    Exhibit A to Notice of Appeal -
    List of Plaintiffs Appealing ................................... A-1160

    Exhibit B to Notice of Appeal -
    Order Entering Judgment, dated
    November 12, 2024
    (Reproduced herein at pp. SPA-18-SPA-20)

    Exhibit C to Notice of Appeal -
    Memorandum Decision and Order (Document
    Relates to All Actions), dated October 29, 2024
    (Reproduced herein at pp. SPA-1-SPA-17)

ii

**Page**

Newtown's Pharmacy, Inc.'s Notice of Appeal,
    dated January 10, 2025 ........................................   A-1164

A-876

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 34 of 48 PageID #: 3062



**Drug Facts** (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**

**Mucinex Sinus-Max Day Pressure, Pain & Cough**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Mucinex Nightshift Night Sinus**
- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Other information** ■ store at 20-25°C (68-77°F)

**Inactive ingredients**
**Mucinex Sinus-Max Day Pressure, Pain & Cough**
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Inactive ingredients**
**Mucinex Nightshift Night Sinus**
croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

A-877

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 35 of 48 PageID #: 3063



A-878

Case 1:23-md-03089-BMC    Document 200-16    Filed 05/03/24    Page 36 of 48 PageID #: 3064





Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 37 of 48 PageID #: 3065



store at 20-25°C (68-77°F)    do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soya), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

US Patents: www.rb.com/patents
Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in Mexico ©2020 RB Health

with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
  liver disease       heart disease       diabetes
  high blood pressure       thyroid disease
  persistent or chronic cough such as occurs with asthma
  cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if the child is taking the blood thinning drug warfarin

When using this product do not use more than directed (see Overdose warning)

**Keep cartons for full information.**
as an OTC brand in the
Children's Cough/Cold Category
(AlphaImpactRxProVoice Survey)

DO NOT GIVE THE MUCINEX CHILDREN'S DAYTIME
MULTI-SYMPTOM COLD, FLU & SORE THROAT AND MUCINEX
CHILDREN'S MULTI-SYMPTOM COLD & FLU NIGHTTIME
LIQUIDS AT THE SAME TIME. ALWAYS WAIT AT LEAST
4 HOURS BEFORE GIVING ANOTHER DOSE OF MUCINEX
CHILDREN'S LIQUID. DO NOT GIVE MORE THAN
A TOTAL OF 6 DOSES IN ANY 24-HOUR PERIOD.

Please refer to dosing directions in the individual
Drug Facts labels.

Please visit our website at www.mucinex.com

**Questions?** 1-866-MUCINEX (1-866-682-4639)

**PACK**
**INCLUDES:**

**2 DAYTIME**
2 x 4 fl oz Bottles

**1 NIGHTTIME**
1 x 4 fl oz Bottle

3  63824 97337  1

A-880



A-881



**Mucinex Nightshift Night Cold & Flu**

| | |
|---|---|
| Acetaminophen 325 mg............................................Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg................................................Cough suppressant | |
| Triprolidine HCl 1.25 mg..............................................................Antihistamine | |

**Uses**

**Mucinex Fast-Max Day Severe Congestion & Cough**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the impulse to cough to help you get to sleep ■ the intensity of coughing
  - nasal congestion due to a cold

**Mucinex Nightshift Night Cold & Flu**
- temporarily relieves these common cold and flu symptoms:
  - cough ■ minor aches and pains ■ sore throat
  - headache ■ runny nose ■ sneezing
  - itching of the nose or throat ■ itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

**Warnings**

**Liver warning (Nightshift Night Cold & Flu only):** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert (Nightshift Night Cold & Flu only):** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning (Nightshift Night Cold & Flu only):** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

▼

Reseal Area

**Drug Facts (continued)**

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. **(Nightshift Night Cold & Flu only)**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease **(Nightshift Night Cold & Flu only)**
- heart disease **(Fast-Max Day Severe Congestion & Cough only)**
- high blood pressure **(Fast-Max Day Severe Congestion & Cough only)**
- thyroid disease **(Fast-Max Day Severe Congestion & Cough only)**
- diabetes **(Fast-Max Day Severe Congestion & Cough only)**
- glaucoma **(Nightshift Night Cold & Flu only)**
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis **(Nightshift Night Cold & Flu only)**
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin **(Nightshift Night Cold & Flu only)**
- taking sedatives or tranquilizers **(Nightshift Night Cold & Flu only)**

**When using this product**
- do not use more than directed
- excitability may occur, especially in children **(Nightshift Night Cold & Flu only)**
- marked drowsiness may occur **(Nightshift Night Cold & Flu only)**
- alcohol, sedatives, and tranquilizers may increase drowsiness **(Nightshift Night Cold & Flu only)**
- avoid alcoholic drinks **(Nightshift Night Cold & Flu only)**
- use caution when driving a motor vehicle or operating machinery **(Nightshift Night Cold & Flu only)**

**Stop use and ask a doctor if**
- pain or cough gets worse or lasts more than 7 days **(Nightshift Night Cold & Flu only)**
- fever gets worse or lasts more than 3 days **(Nightshift Night Cold & Flu only)**

▼

PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

A-882

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 40 of 48 PageID #: 3068



Hinge

## Drug Facts (continued)

- redness or swelling is present **(Nightshift Night Cold & Flu only)**
- new symptoms occur **(Nightshift Night Cold & Flu only)**
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. **(Nightshift Night Cold & Flu only)**
- nervousness, dizziness, or sleeplessness occur **(Fast-Max Day Severe Congestion & Cough only)**
- symptoms do not get better within 7 days or occur with fever **(Fast-Max Day Severe Congestion & Cough only)**
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. **(Fast-Max Day Severe Congestion & Cough only)**

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Overdose warning (Nightshift Night Cold & Flu only):** Taking more than the recommended dose (overdose) may cause liver damage. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

### Mucinex Fast-Max Day Severe Congestion & Cough
- do not take more than directed
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Mucinex Nightshift Night Cold & Flu
- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)

## Inactive ingredients Mucinex Fast-Max Day Severe Congestion & Cough
croscarmellose sodium, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, methacrylic acid-ethyl acrylate copolymer, mica, microcrystalline cellulose, polyethylene glycol 3350, polysorbate 80, polyvinyl alcohol, povidone K29/32, sodium bicarbonate, talc, titanium dioxide

## Inactive ingredients Mucinex Nightshift Night Cold & Flu
croscarmellose sodium, crospovidone, hypromellose, microcrystalline cellulose, polyethylene glycol, polysorbate 80, povidone, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

A-883

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 41 of 48 PageID #: 3069



**Drug Facts**

**Active ingredients (in each 20 mL)  Purposes**
**Mucinex Sinus-Max**
**SEVERE CONGESTION & PAIN CLEAR & COOL**

| | |
|---|---|
| Acetaminophen 650 mg..............................Pain reliever |
| Guaifenesin 400 mg....................................Expectorant |
| Phenylephrine HCl 10 mg...............Nasal decongestant ▶ |

**Drug Facts (continued)**

**Active ingredients (in each 20 mL)  Purposes**
**Mucinex Nightshift**
**Sinus Clear & Cool**

| | |
|---|---|
| Acetaminophen 650 mg..............Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg..............Cough suppressant |
| Phenylephrine HCl 10 mg................Nasal decongestant |
| Triprolidine HCl 2.5 mg.........................Antihistamine ▼ |

A-884

## Drug Facts (continued)

**Uses** **Mucinex Sinus-Max SEVERE CONGESTION & PAIN CLEAR & COOL**
- temporarily relieves:
  - nasal congestion ■ headache ■ minor aches and pains
  - sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex Nightshift Sinus Clear & Cool**
- temporarily relieves these common cold and flu symptoms:
  - cough ■ nasal congestion ■ minor aches and pains
  - sore throat ■ headache
  - sinus congestion and pressure ■ runny nose
  - sneezing ■ itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning (Nightshift Sinus Clear & Cool only):** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ diabetes
- high blood pressure
- thyroid disease
- glaucoma (Nightshift Sinus Clear & Cool only)
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis (Nightshift Sinus Clear & Cool only)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ▶

## Drug Facts (continued)

- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers (Nightshift Sinus Clear & Cool only)

**When using this product** ■ **do not use more than directed**
- excitability may occur, especially in children (Nightshift Sinus Clear & Cool only)
- marked drowsiness may occur (Nightshift Sinus Clear & Cool only)
- alcohol, sedatives, and tranquilizers may increase drowsiness (Nightshift Sinus Clear & Cool only)
- avoid alcoholic drinks (Nightshift Sinus Clear & Cool only)
- use caution when driving a motor vehicle or operating machinery (Nightshift Sinus Clear & Cool only)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

**MUCINEX SINUS-MAX SEVERE CONGESTION & PAIN CLEAR & COOL**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**MUCINEX NIGHTSHIFT SINUS CLEAR & COOL**
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use ▼

A-885

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 43 of 48 PageID #: 3071



A-886

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 44 of 48 PageID #: 3072



A-887

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 45 of 48 PageID #: 3073



## Drug Facts

**Active ingredients (In each 20 mL)   Purposes**
**MUCINEX FAST-MAX COLD & FLU ARCTIC BURST**

| | |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

## Drug Facts (continued)

**Active ingredients (in each 20 mL)   Purposes**
**MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST**

| | |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine ▼ |

## Drug Facts (continued)

**Uses**  MUCINEX FAST-MAX COLD & FLU ARCTIC BURST
■ temporarily relieves these common cold and flu symptoms:
  ■ cough  ■ nasal congestion  ■ minor aches and pains
  ■ sore throat  ■ headache  ■ stuffy nose
  ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST
■ temporarily relieves these common cold and flu symptoms:
  ■ cough  ■ nasal congestion  ■ minor aches and pains
  ■ sore throat  ■ headache  ■ sneezing
  ■ sinus congestion and pressure  ■ runny nose
  ■ itching of the nose or throat
  ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening  ■ blisters  ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**  ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**  ■ liver disease
■ heart disease  ■ diabetes  ■ high blood pressure
■ thyroid disease
■ glaucoma (Nightshift Severe Cold & Flu Arctic Burst only)
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis (Nightshift Severe Cold & Flu Arctic Burst only)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)  ▶

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers
  (Nightshift Severe Cold & Flu Arctic Burst only)
**When using this product**  ■ do not use more than directed
■ excitability may occur, especially in children
  (Nightshift Severe Cold & Flu Arctic Burst only)
■ marked drowsiness may occur
  (Nightshift Severe Cold & Flu Arctic Burst only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness
  (Nightshift Severe Cold & Flu Arctic Burst only)
■ avoid alcoholic drinks
  (Nightshift Severe Cold & Flu Arctic Burst only)
■ use caution when driving a motor vehicle or operating machinery
  (Nightshift Severe Cold & Flu Arctic Burst only)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

MUCINEX FAST-MAX COLD & FLU ARCTIC BURST
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use  ▼

Please visit our website www.mucinex.com
Patients: www.rb.com/patients
836773   042121   ©2021 RB Health

Questions? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.
Maximum Strength per 4-hour dose
"FAST-MAX COLD & FLU ARCTIC BURST helps to relieve these symptoms day or night."

HEALTH • HYGIENE • HOME

Mucinex Nightshift Severe Cold & Flu Arctic Burst
Mucinex Fast-Max Cold & Flu Arctic Burst
Acetaminophen
filled if hard before
the smell/break any melt
Store Liquid
TAKE ONLY IF
DIRECTED.
Form
Fast Max Cold & Flu

A-888

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 46 of 48 PageID #: 3074



A-889



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** · 010621

| Mucinex Fast-Max Day Cold & Flu | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

| **Active Ingredients** (in each caplet) | **Purposes** |
|---|---|

| Mucinex Nightshift Night Severe Cold & Flu | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| Triprolidine HCl 1.25 mg | Antihistamine |

### Uses
**Mucinex Fast-Max Day Cold & Flu**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex Nightshift Night Severe Cold & Flu**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - sneezing
  - sinus congestion and pressure
  - runny nose
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

---

## Reseal Area

### Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma *(Nightshift Night Severe Cold & Flu only)*
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis *(Nightshift Night Severe Cold & Flu only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(Nightshift Night Severe Cold & Flu only)*

**When using this product**
- do not use more than directed
- excitability may occur, especially in children *(Nightshift Night Severe Cold & Flu only)*
- marked drowsiness may occur *(Nightshift Night Severe Cold & Flu only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(Nightshift Night Severe Cold & Flu only)*
- avoid alcoholic drinks *(Nightshift Night Severe Cold & Flu only)*
- use caution when driving a motor vehicle or operating machinery *(Nightshift Night Severe Cold & Flu only)*

A-890

Case 1:23-md-03089-BMC   Document 200-16   Filed 05/03/24   Page 48 of 48 PageID #: 3076



### Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

**Mucinex Fast-Max Day Cold & Flu**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Mucinex Nightshift Night Severe Cold & Flu**
- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information   ■ store at 20-25°C (68-77°F)

### Inactive ingredients Mucinex Fast-Max Day Cold & Flu
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

### Inactive ingredients Mucinex Nightshift Night Severe Cold & Flu
croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

A-891

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 1 of 15 PageID #: 3077

# Target Corporation

## -PE Product Labels –

A-892



A-893

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 3 of 15 PageID #: 3079



A-894

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 4 of 15 PageID #: 3080



A-895

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 5 of 15 PageID #: 3081



A-896

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 6 of 15 PageID #: 3082



A-897

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 7 of 15 PageID #: 3083



A-898

Case 1:23-md-03089-BMC    Document 200-17    Filed 05/03/24    Page 8 of 15 PageID #: 3084



Case 1:23-md-03089-BMC    Document 200-17    Filed 05/03/24    Page 9 of 15 PageID #: 3085



A-900

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 10 of 15 PageID #: 3086



A-901

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 11 of 15 PageID #: 3087



A-902

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 12 of 15 PageID #: 3088



A-903

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 13 of 15 PageID #: 3089





094 14 0042 R01 ID305418
Dist. by Target Corp., Mpls., MN 55403
Product of U.S.A.
©2017 Target Brands, inc.
*Questions?* Call 1-800-910-6874

7  15256 33606  2

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt
Benckiser, distributor of Maximum Strength Mucinex®
Fast-Max® Cold, Flu & Sore Throat.

PARENTS:
visit HealthyKidsActions.com

PLD-C282C  LB003439

## Drug Facts

| **Active ingredients** (in each 20 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

## Drug Facts (continued)

### Uses
■ temporarily relieves these common cold and flu symptoms  ■ sinus congestion and pressure  ■ minor aches and pains  ■ nasal congestion  ■ cough due to minor throat and bronchial irritation  ■ sore throat  ■ headache
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
▶

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ for children under 12 years of age
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease  ■ diabetes
■ thyroid disease  ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
▶

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health** professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
▶

## Drug Facts (continued)

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older: 20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

### Other information
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients citric acid, disodium
EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-800-910-6874

A-904



NDC 11673-357-06

Compare to active ingredients in Maximum Strength Mucinex® Fast-Max® Severe Congestion & Cough*

**maximum strength**
**fast mucus relief**
**severe congestion**
**and cough**

dextromethorphan HBr 20 mg
(cough suppressant)
guaifenesin 400 mg (expectorant)
phenylephrine HCl 10 mg
(nasal decongestant)

controls cough
relieves nasal and chest congestion
thins and loosens mucus

**up&up**

AGES **12+** YEARS

6 FL OZ (177 mL)   PLD-B283D   LB004223



TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Severe Congestion & Cough.

3  49580 33706  0

094 14 0290  R01
C-000274-01-049
Dist. by Target Corp.
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.   PLD-B283D   LB004223

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

**Active ingredients** (in each 20 mL)     **Purposes**

Dextromethorphan HBr 20 mg..........................
..........................................Cough suppressant
Guaifenesin 400 mg.....................Expectorant
Phenylephrine HCl 10 mg..........................
..................................Nasal decongestant

**PEEL CORNER FOR MORE DRUG FACTS** ◄

## Drug Facts (continued)

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
    - the intensity of coughing
    - the impulse to cough to help you get to sleep
  - nasal congestion due to a cold

### Warnings
**Do not use**
- If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- for children under 12 years of age    ►

## Drug Facts (continued)

**Ask a doctor before use if you have**
- heart disease    ■ high blood pressure
- thyroid disease    ■ diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.    ►

## Drug Facts (continued)

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- shake well before using
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 17 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum    ►

## Drug Facts (continued)

### Questions or comments?
Call **1-800-910-6874**

**PEEL CORNER FOR MORE DRUG FACTS** ◄

A-905

Case 1:23-md-03089-BMC   Document 200-17   Filed 05/03/24   Page 15 of 15 PageID #: 3091



A-906

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 1 of 20 PageID #: 3092

# Target Corporation

## -PE Product Labels –

**-continued**

A-907



NDC 11673-410-06

Compare to active ingredients in Maximum Strength Mucinex® Fast-Max® Day Time Severe Cold*

## maximum strength
## daytime
## severe cold
### acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr (cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl (nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal and chest congestion
thins and loosens mucus

up&up

AGES 12+ YEARS

6 FL OZ (177 mL)   PLD-83468  LB004228

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Day Time Severe Cold.



**PARENTS:**
Learn about true medicine abuse
www.StopMedicineAbuse.org

094 14 0185 R01
C-008274-01-049
Dist. by Target Corp.
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.

PLD-83468
LB004228

PEEL CORNER FOR DRUG FACTS ◢

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms ■ cough ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe ▶

---

## Drug Facts (continued)

skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease  ■ diabetes
■ thyroid disease  ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

## Drug Facts (continued)

■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-800-910-6874

A-908

Case 1:23-md-03089-BMC    Document 200-18    Filed 05/03/24    Page 3 of 20 PageID #: 3094



A-909

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 4 of 20 PageID #: 3095



NDC 11673-489-06

Compare to active ingredients in **Maximum Strength Mucinex® Fast-Max® Night Time Cold & Flu***

maximum strength
**nighttime
cold and flu**

**acetaminophen**
(pain reliever/fever reducer)
diphenhydramine HCl
(antihistamine/cough suppressant)
phenylephrine HCl (nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal congestion
relieves runny nose and sneezing

**up&up**

AGES
**12+**
YEARS
TM

6 FL OZ (177 mL)   PLD-B377D L8084229



TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Night Time Cold & Flu.

084 14 0185
C-000274-01-049
Dist. by Target Corp.
Mpls., MN 55403               PLD-B377D
TM & ©2022 Target Brands, Inc.      L8004230

**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS** ◢



**Drug Facts** (continued)

**Uses** ■ temporarily relieves these common cold and flu symptoms:
■ cough     ■ nasal congestion
■ minor aches and pains   ■ sore throat
■ headache   ■ runny nose   ■ sneezing
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen ▶



(prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other drug containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ for children under 12 years of age.

**Ask a doctor before use if you have**
■ liver disease      ■ heart disease
■ high blood pressure   ■ thyroid disease
■ diabetes        ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if**
■ you are taking the blood thinning drug warfarin
■ you are taking sedatives or tranquilizers ▶

**PEEL CORNER FOR MORE DRUG FACTS** ◢



**Drug Facts** (continued)

**When using this product**
■ **do not use more than directed**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶



**Drug Facts** (continued)

**Directions**
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ mL = milliliter   ■ keep dosing cup with product
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older: 20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients**
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-800-910-6874

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 5 of 20 PageID #: 3096



A-911

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 6 of 20 PageID #: 3097



A-912

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 7 of 20 PageID #: 3098



A-913

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 8 of 20 PageID #: 3099





A-914

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 9 of 20 PageID #: 3100



A-915



**Drug Facts** Nighttime Cold & Flu

| **Active Ingredients** *(in each 30 mL dose cup)* | **Purpose** |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 30 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |

**Uses** temporarily relieves common cold/flu symptoms: ■ headache ■ cough due to minor throat and bronchial irritation ■ sore throat ■ minor aches and pains ■ runny nose and sneezing ■ fever

**Drug Facts** (continued)

**Warnings**

**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 4 doses (2,600 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, lasts for more than 2 days, occurs with or is followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ to make a child sleepy ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough as occurs with smoking, asthma, or emphysema ■ a breathing problem such as emphysema or chronic bronchitis ■ glaucoma ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ pain or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed - see Liver warning ■ use dose cup ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL (2 TBSP) every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

■ **when using other Daytime or Nighttime products, carefully read each label to insure correct dosing**

**Drug Facts** (continued)

**Other Information** ■ each 30 mL dose cup contains: sodium 39 mg ■ store at 20-25°C (68-77°F)

**Inactive Ingredients** alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions? Call 1-800-910-6874**

A-917

## Drug Facts (continued)

### Warnings

**Liver warning: This product contains acetaminophen.** The maximum daily dose of this product is 4 doses (adult: 2,600 mg acetaminophen; child: 1,300 mg acetaminophen) in 24 hours. Severe liver damage may occur if

- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours, which is the maximum daily amount  ■ taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, lasts for more than 2 days, occurs with or is followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.  ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.  ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease  ■ high blood pressure  ■ heart disease  ■ thyroid disease  ■ diabetes  ■ trouble urinating due to an enlarged prostate gland  ■ cough that occurs with too much phlegm (mucus)  ■ persistent or chronic cough as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)  ■ you get nervous, dizzy or sleepless  ■ fever gets worse or lasts more than 3 days  ■ redness or swelling is present  ■ new symptoms occur  ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions ■ take only as directed - see Liver warning
■ use dose cup  ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL (2 TBSP) every 4 hrs |
| children 6 to under 12 yrs | 15 mL (1 TBSP) every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to insure correct dosing ▶

## Drug Facts     Daytime Cold & Flu

| Active Ingredients (in each 15 mL tablespoon) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
- headache  ■ minor aches and pains  ■ fever
- sore throat  ■ nasal congestion
- cough due to minor throat and bronchial irritation ▶

## Drug Facts (continued)

**Other Information** ■ each tablespoon contains: sodium 7 mg  ■ store at 20-25°C (68-77°F)

**Inactive Ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions?** Call 1-800-910-6874

A-918

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 13 of 20 PageID #: 3104






A-919



A-920

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 15 of 20 PageID #: 3106



A-921



A-922

Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 17 of 20 PageID #: 3108



Case 1:23-md-03089-BMC   Document 200-18   Filed 05/03/24   Page 18 of 20 PageID #: 3109



A-924



A-925

Case 1:23-md-03089-BMC    Document 200-18    Filed 05/03/24    Page 20 of 20 PageID #: 3111



A-926

Case 1:23-md-03089-BMC   Document 200-19   Filed 05/03/24   Page 1 of 14 PageID #: 3112

# Target Corporation

## -PE Product Labels –

**-continued**

A-927

Case 1:23-md-03089-BMC   Document 200-19   Filed 05/03/24   Page 2 of 14 PageID #: 3113









A-928

Case 1:23-md-03089-BMC    Document 200-19    Filed 05/03/24    Page 3 of 14 PageID #: 3114



A-929

Case 1:23-md-03089-BMC Document 200-19 Filed 05/03/24 Page 4 of 14 PageID #: 3115



READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE.
KEEP CARTON FOR REFERENCE. DO NOT DISCARD.

TAMPER EVIDENT INNER PACKET.
DO NOT USE IF SEALED PACKET IS TORN OR BROKEN

## Drug Facts

| Active ingredients (in each packet) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Chlorpheniramine hydrochloride 25 mg. | Antihistamine/cough suppressant |
| Phenylephrine hydrochloride 10 mg. | Nasal decongestant |

### Uses
- temporarily relieves these symptoms due to a cold:
  - minor aches and pains
  - minor sore throat pain
  - headache
  - nasal and sinus congestion
  - runny nose
  - sneezing
  - itchy nose or throat
  - itchy, watery eyes due to hay fever
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

### Warnings

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting consult a doctor promptly.

**Do not use**
- in a child under 4 years of age
- if you are allergic to acetaminophen
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- a sodium-restricted diet
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema, asthma or chronic bronchitis
- cough that occurs with too much phlegm (mucus)
- cough that lasts or is chronic such as occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are** using
- sedatives or tranquilizers
- the blood thinning drug warfarin

**When using this product**
- do not exceed recommended dosage
- avoid alcoholic drinks
- marked drowsiness may occur
- alcohol, sedatives and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

▶

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occurs
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- symptoms do not get better or worsen
- pain, cough or nasal congestion gets worse or lasts more than 7 days
- cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health care professional before use.

**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not use more than directed**
- take every 4 hours; do not take more than 5 packets in 24 hours unless directed by a doctor

| Age | Dose |
|---|---|
| **children under 4 years of age** | **do not use** |
| children 4 to under 12 years of age | do not use unless directed by a doctor |
| adults and children 12 years of age and over | one packet |

- dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
- if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

### Other information
- **each packet contains:** potassium 4 mg, sodium 27 mg
- **phenylketonurics:** contains phenylalanine 34 mg per packet
- store at controlled room temperature 20°-25°C (68°-77°F). Protect product from heat and moisture.

### Inactive ingredients
acesulfame potassium, aspartame, citric acid anhydrous, D&C yellow no. 10, FD&C blue no. 1, FD&C red no. 40, flavors, maltodextrin, sodium citrate anhydrous, sucrose, and pregelatinized starch.

### Questions or Comments?
Call 1-800-910-6874

A-930

Case 1:23-md-03089-BMC   Document 200-19   Filed 05/03/24   Page 5 of 14 PageID #: 3116









Case 1:23-md-03089-BMC   Document 200-19   Filed 05/03/24   Page 6 of 14 PageID #: 3117



NDC 11673-789-40

nighttime
**severe** **MAX** STRENGTH
**cold and flu**
honey flavor

**acetaminophen**
(pain reliever/fever reducer)
**phenylephrine HCl**
(nasal decongestant)
**dextromethorphan HBr**
(cough suppressant)
**doxylamine succinate**
(antihistamine)

headache, fever, sore throat,
minor aches and pains
sneezing, runny nose
nasal/sinus congestion
and sinus pressure
cough

up&up

HONEY FLAVOR

12 FL OZ (355 mL)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING
094 14 0003 R00 C-001744-01-067
Dist. by Target Corp., Mpls, MN 55403

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 326 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine Succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

PEEL BACK AT CORNER FOR MORE INFORMATION

**Drug Facts**
(continued)

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients ■ to make a child sleepy
Ask a doctor before use if you have ■ liver disease ■ heart disease ■ high blood pressure ■ glaucoma ■ thyroid disease ■ diabetes ■ cough that occurs with too much phlegm (mucus) ■ trouble urinating

**Drug Facts**
(continued)

■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness
Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
Directions ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24-hrs

A-932

Case 1:23-md-03089-BMC   Document 200-19   Filed 05/03/24   Page 7 of 14 PageID #: 3118



due to an enlarged prostate gland
■ a breathing problem such as
emphysema or chronic bronchitis
■ persistent or chronic cough such
as occurs with smoking, asthma, or
emphysema.

**Ask a doctor or pharmacist before
use if you are** ■ taking the blood
thinning drug warfarin ■ taking
sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may
occur,
especially
in children
■ marked
drowsiness
may occur

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

***Other information*** ■ each 15 mL contains:
sodium 15 mg  ■ store at 20-25°C (68-77°F)

***Inactive ingredients*** anhydrous citric acid,
D&C yellow #10, edetate disodium, FD&C green #3,
FD&C red #40, FD&C yellow #6, flavor, glycerin,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sodium benzoate,
sodium chloride, sodium citrate, sorbitol solution,
sucralose, xanthan gum

***Questions?*** Call
1-888-547-7400

TM & ©2022
Target Brands, Inc.

A-933

Case 1:23-md-03089-BMC Document 200-19 Filed 05/03/24 Page 8 of 14 PageID #: 3119



A-934

Case 1:23-md-03089-BMC   Document 200-19   Filed 05/03/24   Page 9 of 14 PageID #: 3120



Case 1:23-md-03089-BMC Document 200-19 Filed 05/03/24 Page 10 of 14 PageID #: 3121



A-936



A-937

Case 1:23-md-03089-BMC   Document 200-19   Filed 05/03/24   Page 12 of 14 PageID #: 3123



A-938



up&up

up&up

nighttime
severe cold
and cough

daytime
multi-symptom
severe cold

**Drug Facts** (continued)

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occurs
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ pain, cough or nasal congestion gets worse or lasts more than 7 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 6 packets in 24 hours unless directed by a doctor. ►

**Nighttime Severe Cold And Cough**

**Drug Facts**

**Active Ingredients**  **Purposes**
(in each packet)
Acetaminophen 650 mg.............Pain reliever/fever reducer
Diphenhydramine HCl 25 mg......Antihistamine/cough suppressant
Phenylephrine HCl 10 mg......................Nasal decongestant

**Uses** ■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains  ■ minor sore throat pain
■ nasal and sinus congestion  ■ headache
■ itchy nose or throat  ■ runny nose  ■ sneezing
■ itchy, watery eyes due to hay fever
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ►

**Drug Facts** (continued)

| | Age | Dose |
|---|---|---|
| adults and children 12 years of age and over | | one packet |
| children under 12 years of age | | do not use |

■ dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other Information**
■ each packet contains: potassium 10 mg and sodium 25 mg
■ phenylketonurics: contains phenylalanine 22 mg per packet
■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive Ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions?** Call 1-888-547-7400

**Drug Facts** (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use  ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have  ■ thyroid disease
■ high blood pressure  ■ liver disease  ■ heart disease
■ diabetes  ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema ►

**Drug Facts** (continued)

Ask a doctor or pharmacist before use if you are
■ taking sedatives or tranquilizers  ■ taking the blood thinning drug warfarin

When using this product  ■ do not exceed recommended dosage
■ avoid alcoholic drinks  ■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

Stop use and ask a doctor if  ■ nervousness, dizziness, or sleeplessness occurs
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present  ■ new symptoms occur
■ pain, cough or nasal congestion gets worse or lasts more than 7 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**  ■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 6 packets in 24 hours unless directed by a doctor.

| | Age | Dose |
|---|---|---|
| adults and children 12 years of age and over | | one packet |
| children under 12 years of age | | do not use |

■ dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other Information**
■ each packet contains: potassium 10 mg and sodium 25 mg
■ phenylketonurics: contains phenylalanine 13 mg per packet
■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive Ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions?** Call 1-888-547-7400

These products are not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® Severe Cold and Theraflu® Nighttime Severe Cold & Cough.

Do not use if printed packets are torn or punctured



**PARENTS:**
Learn about how medicine abuse
www.StopMedicineAbuse.org



094 14 0001 R00
C-001472-01-106

3  70030  14720  5

Distributed by Target Corporation
Minneapolis, MN 55403
Made in Mexico
TM & ©2021 Target Brands, Inc.



A-939

Case 1:23-md-03089-BMC   Document 200-19   Filed 05/03/24   Page 14 of 14 PageID #: 3125



A-940

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 1 of 48 PageID #: 3126

# Walgreens

## -PE Product Labels –

A-941

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 2 of 48 PageID #: 3127



A-942

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 3 of 48 PageID #: 3128



A-943

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 4 of 48 PageID #: 3129



A-944



A-945

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 6 of 48 PageID #: 3131





COMBO PACK    Well at    COMBO PACK
Walgreens

NON-DROWSY • DAYTIME    NIGHTTIME
Sinus Relief    Sinus Relief
Acetaminophen /    Acetaminophen /
Sinus Headache & Pain    Sinus Headache & Pain
Phenylephrine HCI /    Doxylamine Succinate /
Sinus Pressure    Runny Nose
& Congestion    Phenylephrine HCI /
    Sinus Pressure & Congestion

32    16
LIQUID    LIQUID
CAPS    CAPS

Compare to Vicks® DayQuil® & NyQuil® Sinus Relief LiquiCaps® active ingredients§

48 TOTAL LIQUID CAPS

A-947

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 8 of 48 PageID #: 3133



A-948

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 9 of 48 PageID #: 3134



A-949

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 10 of 48 PageID #: 3135



CONVENIENT RECLOSING TAB

Well at
Walgreens

**Wal-Flu®**
Cold & Sore Throat

Well at
Walgreens

WALGREENS PHARMACIST RECOMMENDED

**Wal-Flu®**
Cold & Sore Throat
Acetaminophen /
Pain Reliever / Fever Reducer
Pheniramine Maleate / Antihistamine
Phenylephrine HCI /
Nasal Decongestant

Relieves
• Nasal congestion
• Body ache
• Sore throat pain
• Runny nose
• Headache
• Fever

**6 PACKETS**

LEMON FLAVOR

**Drug Facts**

Active ingredients (in each packet)    Purpose
Acetaminophen 125 mg                    Pain reliever/fever reducer
Pheniramine maleate 10 mg               antihistamine
Phenylephrine hydrochloride 10 mg       Nasal Decongestant

**Uses**

**Warnings**

**Directions**

**Other information**

**Inactive ingredients**

Questions or comments?    1-800-925-4733

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD. DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com   ©2016 Walgreen Co.
MADE IN CANADA

EV Code

Lot/Exp

A-950

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 11 of 48 PageID #: 3136



A-951

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 12 of 48 PageID #: 3137



A-952

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 13 of 48 PageID #: 3138



• Relief of headache, sinus congestion, sinus pain & pressure
runny nose, sneezing, itchy throat & itchy, watery eyes

**20** CAPLETS

ACTUAL SIZE

A-953



W3ORG0621-F2
REV1122

Do not print area
Lot and
Exp Date Only

ITEM 603348

**Questions or comments?**
1-800-426-9391

**Drug Facts** (continued)

microcrystalline cellulose, polydextrose, polyethylene glycol, silicon dioxide, stearic acid, titanium dioxide, triacetin

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

*The product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Benadryl® Allergy Plus Congestion.

**Drug Facts** (continued)

**Inactive ingredients** croscarmellose sodium, dibasic calcium phosphate dihydrate, FD&C blue 1, aluminum lake, hypromellose, magnesium stearate,

**Other information** ■ each tablet contains: calcium 25 mg ■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER UNIT IS TORN OR BROKEN ■ store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F) ■ see end flap for expiration date and lot number

**Directions** ■ do not take more than directed ■ adults and children 12 years and over take 1 tablet every 4 hours ■ do not take more than 6 tablets in 24 hours ■ children under 12 years: do not use

**Other information**
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

If pregnant or breast-feeding, ask a health professional before use.

**Stop use and ask a doctor if** ■ symptoms do not improve within 7 days or are accompanied by fever ■ nervousness, dizziness, or sleeplessness occur

**When using this product** ■ do not exceed recommended dosage ■ marked drowsiness may occur ■ avoid alcoholic beverages ■ alcohol, sedatives, and tranquilizers may increase the drowsiness effect ■ be careful when driving a motor vehicle or operating machinery ■ excitability may occur, especially in children

**Warnings**
**Do not use** ■ to sedate a child ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ glaucoma ■ a breathing problem such as emphysema or chronic bronchitis ■ trouble urinating due to an enlarged prostate gland ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ difficulty in urination due to enlargement of the prostate gland

**Ask a doctor or pharmacist before use if you are taking** sedatives or tranquilizers.

**When using this product** ■ with any other product containing diphenhydramine, even one used on skin

**Active ingredients** (in each tablet)
Diphenhydramine HCl 25 mg .............. Antihistamine
Phenylephrine HCl 10 mg .................. Nasal decongestant

**Purpose**

**Uses** ■ temporarily relieves these symptoms due to hay fever or other upper respiratory allergies: ■ runny nose ■ sneezing ■ itching of the nose or throat ■ itchy, watery eyes ■ temporarily relieves these symptoms due to the common cold: ■ nasal congestion ■ runny nose ■ sneezing ■ temporarily relieves sinus congestion and pressure

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

how2recycle.info

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

50844    REV1220A46508

B.2201-48S-08-HR
REV1220A46508

## Walgreens

*Walgreens* PHARMACIST RECOMMENDED

Compare to the active ingredients in Benadryl® Allergy Plus Congestion®

NDC 0363-4851-08

# Allergy Relief

**PLUS CONGESTION**

DIPHENHYDRAMINE HCl 25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

Congestion Relief

• Relief of sinus congestion & pressure, runny nose, sneezing, itchy throat & itchy, watery eyes

24

A-954

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 15 of 48 PageID #: 3140



COATED
MINI
TABS

ACTUAL SIZE

Case 1:23-md-03089-BMC    Document 200-20    Filed 05/03/24    Page 16 of 48 PageID #: 3141



A-956

Case 1:23-md-03089-BMC    Document 200-20    Filed 05/03/24    Page 17 of 48 PageID #: 3142



A-957

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 18 of 48 PageID #: 3143




A-958

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 19 of 48 PageID #: 3144



A-959

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 20 of 48 PageID #: 3145



Ask a doctor before use if you have
■ liver disease  ■ heart disease
■ high blood pressure
■ thyroid disease  ■ diabetes
■ trouble urinating due to an
enlarged prostate gland  ■ cough
that occurs with too much phlegm
(mucus)  ■ persistent or chronic
cough such as occurs with smoking,
asthma, or emphysema

**Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin**

When using
this
product
do not use
more than
directed

| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

***Other information*** ■ each 15 mL contains:
sodium 7 mg  ■ store at 20-25°C (68-77°F)

***Inactive ingredients*** butylated hydroxyanisole,
edetate disodium, FD&C yellow no. 6, flavor,
glycerin, menthol, monobasic sodium phosphate,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sucrose, xanthan gum

*Questions?† 1-800-719-9260*

†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††This product is not
manufactured or
distributed by The
Procter & Gamble
Company, owner of
the registered
trademarks Vicks®
and DayQuil®.

A-960

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 21 of 48 PageID #: 3146



# Walgreens

Compare to the active ingredients in Maximum Strength Mucinex® FAST-MAX® Cold & Flu™

**DAYTIME**

## Cold & Flu

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** / COUGH SUPPRESSANT
**GUAIFENESIN** / EXPECTORANT
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

**Maximum Strength**

- Relieves headache, body pain, sore throat, fever, chest congestion, cough, nasal congestion, sinus congestion & pressure
- 12 years & older

**6 FL OZ (177 mL)**

NDC 0363-0424-45



**Drug Facts**

**Active ingredients (in each 20 mL)** — **Purpose**

Acetaminophen 650 mg .................. Pain reliever/fever reducer
Dextromethorphan HBr 20 mg .......... Cough suppressant
Guaifenesin 400 mg ........................ Expectorant
Phenylephrine HCl 10 mg ................ Nasal decongestant

**Uses** ▪ temporarily relieves these common cold and flu symptoms: ▪ nasal congestion ▪ stuffy nose ▪ minor aches and pains ▪ headache ▪ cough ▪ sore throat ▪ sinus congestion and pressure ▪ temporarily reduces fever ▪ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
▪ more than 4,000 mg of acetaminophen in 24 hours
▪ with other drugs containing acetaminophen
▪ 3 or more alcoholic drinks every day while using this product.

No Print / No Varnish Area
Lot # and Exp. Info

**PARENTS:**
Visit The ASKRbetter.org

ITEM 875753

W30RG0923-F

**Drug Facts** (continued)

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
▪ blisters ▪ rash ▪ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ▪ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ▪ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▪ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ▪ diabetes ▪ cough that occurs with too much phlegm (mucus) ▪ liver disease ▪ thyroid disease ▪ heart disease ▪ difficulty in urination due to enlargement of the prostate gland ▪ high blood pressure ▪ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product do not exceed recommended dosage.

**Drug Facts** (continued)

Stop use and ask a doctor if ▪ pain, nasal congestion, or cough gets worse or lasts more than 7 days ▪ new symptoms occur ▪ nervousness, dizziness, or sleeplessness occur ▪ fever gets worse or lasts more than 3 days ▪ redness or swelling is present ▪ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ▪ do not take more than directed ▪ do not take more than 6 doses in any 24-hour period ▪ mL = milliliter ▪ only use the dose cup provided ▪ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours ▪ children under 12 years: do not use

**Other information** ▪ each 20 mL contains: sodium 10 mg ▪ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F) ▪ use by expiration date on package

**Inactive ingredients** anhydrous citric acid, disodium edetate, FD&C blue #1, FD&C red #40, flavors, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose, xanthan gum

**Questions or comments?** Call 1-800-426-9391

A-961



A-962

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 23 of 48 PageID #: 3148



A-963

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 24 of 48 PageID #: 3149



A-964

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 25 of 48 PageID #: 3150



A-965

Case 1:23-md-03089-BMC    Document 200-20    Filed 05/03/24    Page 26 of 48 PageID #: 3151



A-966

Case 1:23-md-03089-BMC    Document 200-20    Filed 05/03/24    Page 27 of 48 PageID #: 3152



**Drug Facts**

**Active ingredients** (in each caplet)  **Purpose**
Acetaminophen 325 mg ... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ... Cough suppressant
Guaifenesin 200 mg ... Expectorant
Phenylephrine HCl 5 mg ... Nasal decongestant

**Drug Facts** (continued)

**Uses** ■ temporarily relieves common cold and flu symptoms:
■ minor aches and pains  ■ sinus congestion and pressure  ■ nasal congestion
■ sore throat  ■ fever  ■ headache
■ cough due to minor throat and bronchial irritation

**Drug Facts** (continued)

■ temporarily relieves breathing through the nose  ■ promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive  ■ reduces swelling of nasal passages

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ blisters  ■ rash  ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease  ■ thyroid disease  ■ diabetes
■ heart disease  ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland

**Drug Facts** (continued)

■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days  ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms

**Directions** ■ do not take more than directed
■ do not take more than 8 caplets in 24 hours
■ adults and children 12 years and over: take 2 caplets with water every 4 hours
■ children under 12 years: ask a doctor

**Other information** ■ each caplet contains: sodium 3 mg  ■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**  ■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)  ■ see end flap for expiration date and lot number

**Inactive ingredients**  corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polysorbate 80, povidone, pregelatinized starch, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Drug Facts** (continued)

**Questions or comments?**
1-800-925-9091

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
©2021 Walgreen Co.
walgreens.com

ITEM 326615

B0844  REV072264008

W30RG1121-F
REV112022

No Print/No Varnish
Lot # & Exp. Area

**Walgreens**

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu*

**DAY**

# Severe Cold & Flu

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**GUAIFENESIN** 200 mg / EXPECTORANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

**Maximum Strength**

• Relieves headache, fever, sore throat, minor aches & pains, chest congestion, thins & loosens mucus, nasal congestion, sinus pressure & cough

**24 CAPLETS**

ACTUAL SIZE

NDC 0363-0846-48

B-2701-640-00-HRR
REV072264-f008

A-967

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 28 of 48 PageID #: 3153



NDC 0363-8078-45

**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® NIGHTSHIFT® Severe Cold & Flu®

NIGHTTIME

# Severe Cold & Flu

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** / COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT
**TRIPROLIDINE HCl** / ANTIHISTAMINE

Maximum Strength

- Relieves headache, body pain, sore throat, fever, itchy throat, cough, nasal congestion, runny nose & sneezing
- 12 years & older

**6 FL OZ (177 mL)**

F-078-45 ORG



Your pharmacist recommends the Walgreens brand. We invite you to compare to national brands.

*This product is not manufactured or distributed by RB Health USA LLC, owner of the registered trademark Maximum Strength Mucinex® NIGHTSHIFT® Severe Cold & Flu.*

DISTRIBUTED BY WALGREEN CO., DEERFIELD, IL 60015

**100% SATISFACTION GUARANTEED**
walgreens.com ©2023 Walgreen Co.

PARENTS: 50684 CHK25.02307345 B-078-45 ORG

W30RC0023-F
ITEM 872975 W00000-0000-0

**FED. BACA TAB TO READ COMPLETE DRUG FACTS**

## Drug Facts

### Active ingredients (in each 20 mL)       Purpose
Acetaminophen 650 mg ................... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ................... Cough suppressant
Phenylephrine HCl 10 mg ................... Nasal decongestant
Triprolidine HCl 2.5 mg ................... Antihistamine

### Uses
■ temporarily relieves these common cold and flu symptoms:   ■ nasal congestion   ■ sore throat
■ minor aches and pains          ■ cough
■ sinus congestion and pressure      ■ sneezing
■ itching of the nose or throat     ■ runny nose
■ itchy, watery eyes due to hay fever   ■ headache
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:   ■ rash   ■ blisters
■ skin reddening.  If a skin reaction occurs, stop use and

**No Print / No Varnish Area
Lot  # and Exp. Info**

## Drug Facts (continued)

seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**   ■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**   ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ heart disease      ■ liver disease
■ difficulty in urination due to enlargement of the prostate gland   ■ high blood pressure
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema   ■ glaucoma
■ a breathing problem such as emphysema or chronic bronchitis    ■ thyroid disease

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness   ■ avoid alcoholic beverages

## Drug Facts (continued)

■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days   ■ new symptoms occur
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed
■ do not take more than 4 doses in any 24-hour period
■ mL = milliliter
■ only use the dose cup provided
■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years: do not use

### Other information
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ use by expiration date on package

### Inactive ingredients anhydrous citric acid, FD&C blue #1, FD&C red #40, FD&C yellow #6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-800-426-9391

A-968

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 29 of 48 PageID #: 3154



A-969

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 30 of 48 PageID #: 3155



**Walgreens**

Compare to Mucinex® Fast-Max® Cold, Flu & Sore Throat active ingredients††

MUCUS RELIEF    NDC 0363-1209-30

# Cold, Flu & Sore Throat

ACETAMINOPHEN / PAIN RELIEVER & FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

MAXIMUM STRENGTH

- Relieves headache, fever, sore throat, nasal & chest congestion
- Thins & loosens mucus
- Controls cough
- 12 years & older

6 FL OZ (180 mL)

16930 94 F1



**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2017 Walgreen Co.
ORG0118-F

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these common cold and flu symptoms: ■ cough ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ temporarily reduces fever ■ temporarily promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

PEEL STICKER TO READ COMPLETE DRUG FACTS AND INFORMATION

16930 94 B1

---

**Drug Facts (continued)**

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 5 doses in any 24-hour period ■ measure only with dosing cup provided ■ do not use dosing cup with other products ■ dose as follows or as directed by a doctor ■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours ■ children under 12 years of age: do not use

**Other Information**
■ each 20 mL contains: sodium 7 mg
■ dosing cup provided ■ store at 20-25°C (68-77°F) ■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, triethyl citrate, xanthan gum

**Questions or comments?**
1-800-719-9260

††This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Fast-Max® Cold, Flu & Sore Throat.

---

**Drug Facts (continued)**

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if ■ nervousness, dizziness or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ▶

A-970

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 31 of 48 PageID #: 3156





A-971

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 32 of 48 PageID #: 3157



Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 33 of 48 PageID #: 3158



A-973

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 34 of 48 PageID #: 3159



Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 35 of 48 PageID #: 3160



A-975



A-976

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 37 of 48 PageID #: 3162



A-977

Case 1:23-md-03089-BMC Document 200-20 Filed 05/03/24 Page 38 of 48 PageID #: 3163





Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ high blood pressure   ■ diabetes
■ thyroid disease   ■ cough that
occurs with too much phlegm (mucus)
■ trouble urinating due to an
enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema
Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

When using
this product
do not use
more than
directed

children under 4 yrs | do not use

**Other information** ■ each 15 mL contains:
sodium 15 mg   ■ store at 20-25°C (68-77°F).
Do not refrigerate.

**Inactive ingredients** anhydrous citric acid,
D&C yellow #10, edetate disodium, FD&C
green #3, FD&C red #40, FD&C yellow #6,
flavor, glycerin, polyethylene glycol, propylene
glycol, purified water, saccharin sodium, sodium
benzoate, sodium chloride, sodium citrate,
sorbitol solution, sucralose, xanthan gum

**Questions?** 1-800-719-9260

¹Our pharmacists recommend the
Walgreens brand. We invite you
to compare to national brands.
² This product is not manufactured
or distributed by The Procter &
Gamble Company, owner of the
registered trademarks Vicks® and
DayQuil®.

A-979

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 40 of 48 PageID #: 3165



A-980

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 41 of 48 PageID #: 3166



A-981

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 42 of 48 PageID #: 3167

B-2201-559-08-HR
NEW0422AE59008



**Drug Facts (continued)**

**Uses** ■ temporarily relieves these symptoms of hay fever or other upper respiratory allergies:
■ runny nose ■ sneezing
■ nasal congestion ■ minor aches and pains
■ headache ■ sinus congestion and pressure

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Purpose**

Pain reliever
Antihistamine

**Drug Facts**

**Active ingredients** (in each gelcap)
Acetaminophen 325 mg
Chlorpheniramine maleate 2 mg
Phenylephrine HCl 5 mg

NDC 0363-0559-08

## Walgreens

PHARMACIST RECOMMENDED

**MULTI-SYMPTOM**

# Allergy

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER
**CHLORPHENIRAMINE MALEATE** 2 mg / ANTIHISTAMINE
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

• Relief of runny nose, sneezing, itchy,
  watery eyes & itchy throat or nose

**24**
GELCAPS

ACTUAL SIZE

A-982

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 43 of 48 PageID #: 3168



## Walgreens

Compare to the active ingredient in
Sudafed PE® Sinus Congestion™

NON-DROWSY

# Nasal Decongestant PE

PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

Maximum Strength

• Relieves sinus pressure & congestion   • Pseudoephedrine free

**36 TABLETS**

NDC 0363-4531-07

ACTUAL SIZE

### Drug Facts

| Active ingredient (in each tablet) | Purpose |
|---|---|
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ temporarily relieves sinus congestion and pressure
■ temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease   ■ diabetes
■ high blood pressure
■ thyroid disease
■ trouble urinating due to enlargement of the prostate gland

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with fever

**When using this product do not exceed recommended dosage.**

### Drug Facts (continued)

**Directions**
■ adults and children 12 years and over: take 1 tablet every 4 hours.
Do not take more than 6 tablets in 24 hours.
■ children under 12 years: ask a doctor

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED
OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°–30°C
(59°–86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red #40, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium citrate dihydrate, titanium dioxide

**Questions or comments?** 1-800-426-9391

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

Your pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

If this product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Sinus Congestion.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

ITEM 501565   W00000-0000-0

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNITS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

W50NG1201-F REV01/22

B-2201-4530-1-HR ORIG0806X307

No print area
Lot no/Exp date

how2recycle.info
PAPER · BOX · TRAY
50844   ORIG0804S307

A-983

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 44 of 48 PageID #: 3169



**Walgreens**

Compare to Vicks® NyQuil™
Severe Nighttime Cold &
Flu Relief active ingredients†

NDC 0363-0331-26

NIGHTTIME

# Severe Cold & Flu

ACETAMINOPHEN / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE / ANTIHISTAMINE
PHENYLEPHRINE HCl / NASAL DECONGESTANT

MAXIMUM STRENGTH

- Pain reliever, fever reducer,
  cough suppressant, antihistamine
  & nasal decongestant

ORIGINAL FLAVOR

8 FL OZ (237 mL)

DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN

## Drug Facts

### Active ingredients
(in each 30 mL dose cup or 2 tablespoons) **Purpose**

Acetaminophen 650 mg........Pain reliever/Fever reducer
Dextromethorphan HBr 20 mg.............Cough suppressant
Doxylamine Succinate 12.5 mg.....................Antihistamine
Phenylephrine HCl 10 mg.................Nasal decongestant

### Uses Temporarily relieves cold/flu symptoms: ■ nasal
congestion ■ sinus congestion & pressure ■ sore throat
■ headache ■ minor aches and pain ■ runny nose and
sneezing ■ temporarily reduces fever ■ cough due to
minor throat and bronchial irritation ■ promotes nasal
and/or sinus drainage

### Warnings Liver warning: This product contains
acetaminophen. Severe liver damage may occur if you
take ■ more than 4 doses in 24 hours, which is the
maximum daily amount ■ with other drugs containing
acetaminophen ■ 3 or more alcoholic drinks daily while
using this product.

Allergy alert: Acetaminophen may cause severe skin
reactions. Symptoms may include: ■ skin reddening
■ blisters ■ rash. If a skin reaction occurs, stop use and
seek medical help right away.

Sore throat warning: If sore throat is severe, persists for
more than 2 days, is accompanied or followed by fever,
headache, rash, nausea or vomiting, consult a doctor promptly.

Do not use: ■ with any other drug containing ▶

## Drug Facts (cont'd)

acetaminophen (prescription or nonprescription). If
you are not sure whether a drug contains
acetaminophen, ask a doctor or pharmacist ■ if you
are now taking a prescription monoamine oxidase
inhibitor (MAOI) (certain drugs for depression,
psychiatric, or emotional conditions, or Parkinson's
disease), or for 2 weeks after stopping the MAOI
drug. If you do not know if your prescription drug
contains an MAOI, ask a doctor or pharmacist
before taking this product. ■ to make a child sleep.

Ask a doctor before use if you have ■ a sodium
restricted diet ■ liver disease ■ heart disease ■
glaucoma ■ high blood pressure ■ thyroid disease
■ diabetes ■ cough that occurs with too much
phlegm (mucus) ■ a breathing problem or chronic
cough that lasts or as occurs with smoking, asthma,
chronic bronchitis or emphysema ■ trouble
urinating due to enlarged prostate gland.

DISTRIBUTED BY ... WALGREEN CO. 90071
100% SATISFACTION GUARANTEED walgreens.com ©Walgreen Co.
LR-151    ITEM 288947   W10139-1120-F

ORG102 - F

3   11917 22166   3

## Drug Facts (cont'd)

Ask a doctor or pharmacist before use if you are ■ taking sedatives or
tranquilizers ■ taking the blood thinning drug warfarin.

When using this product ■ do not use more than directed ■ avoid
alcoholic drinks ■ marked drowsiness may occur ■ excitability may occur,
especially in children. ■ be careful when driving a motor vehicle or operating
machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ redness
or swelling is present ■ pain, nasal congestion or cough gets worse or lasts more
than 7 days ■ fever gets worse or lasts more than 3 days ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be
signs of a serious condition.

If pregnant or breast feeding, ask a health professional before use. Keep out
of reach of children. In case of overdose, get medical help or contact a Poison
Control Center right away. Quick medical attention is critical for adults as well as
for children even if you do not notice any signs or symptoms.

### Directions
■ take only as recommended. See Warnings
■ use dose cup or tablespoon (TBSP)
■ do not exceed 4 doses per 24 hours

| Age | Dose |
|---|---|
| adults & children 12 years and over | 30 mL (2 TBSP) every 4 hours |
| children 4 to under 12 years | Ask a doctor |
| children under 4 years | Do not use |

### Other Information
■ each 30 mL contains sodium 45 mg
■ store at room temperature

### Inactive ingredients anhydrous citric acid, D&C Yellow # 10, FD&C Green
# 3, FD&C Yellow # 6, flavor, glycerin, propylene glycol, purified water,
saccharin sodium, sodium benzoate, sodium citrate, sorbitol, xanthan gum

Questions? Call weekdays from 9:30 AM to 4:30 PM EST at
1-877-904-5949

†This product is not manufactured or distributed by
Procter & Gamble, owner of the registered
trademark Vicks® NyQuil® Severe.

Walgreens Pharmacy Recommended
Walgreens Pharmacist Advice

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 45 of 48 PageID #: 3170



NDC 0363-2029-40

**Walgreens**

Compare to the active ingredients in Vicks® NyQuil® Severe Cold & Flu††

**NIGHTTIME**

# Severe
# Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER /
FEVER REDUCER
PHENYLEPHRINE HCl /
NASAL DECONGESTANT
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE /
ANTIHISTAMINE

**Maximum Strength**

- Headache, fever, sore throat, minor aches & pains
- Nasal/sinus congestion, sinus pressure
- Sneezing & runny nose
- Cough  • Cold & flu

Honey flavor

**12 FL OZ (355 mL)**

: ab540 94 F1

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2022 Walgreen Co.

ITEM 714663
W10107-0623-F
REV-0323

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine Succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash  If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: ab540 94 B2

## Drug Facts
(continued)
■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness
**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless. ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

## Drug Facts
(continued)
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients ■ to make a child sleepy
**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ glaucoma ■ thyroid disease ■ diabetes ■ cough that occurs with too much

A-985

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 46 of 48 PageID #: 3171



phlegm (mucus) ■ trouble urinating due to an enlarged prostate gland ■ a breathing problem such as emphysema or chronic bronchitis ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product** ■ do not use more than directed
■ excitability may occur, especially in children ■ marked drowsiness may occur

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

*Other information* ■ each 15 mL contains: sodium 15 mg ■ store at 20-25°C (68-77°F)

*Inactive ingredients* anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C green #3, FD&C red #40, FD&C yellow #6, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

*Questions?*
1-800-719-9260

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
†This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trade marks Vicks® and NyQuil®.

A-986






A-987

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 48 of 48 PageID #: 3173



A-988

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 1 of 49 PageID #: 3174

# Walgreens

## -PE Product Labels –

### -continued

A-989

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 2 of 49 PageID #: 3175






A-990



NDC 0363-0763-40

# Walgreens

Compare to the active ingredients in Vicks® NyQuil® Severe Cold & Flu*†

**NIGHTTIME**

# Severe Cold & Flu

ACETAMINOPHEN /
ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE
PHENYLEPHRINE HCl / NASAL & SINUS
CONGESTION / SINUS PRESSURE

**Maximum Strength**

• Pain reliever, fever reducer, cough suppressant, antihistamine & nasal decongestant
• Alcohol free

Mixed Berry flavor

12 FL OZ (355 mL)

= 76340  94  F9

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2021 Walgreen Co.
ITEM 330486  W10107-0622-F
W3ORG0222-F

**PARENTS:** Learn about teen medicine abuse
DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

www.StopMedicineAbuse.org   Gluten Free

## Drug Facts

| Active Ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

= 76340  94  B1

## Drug Facts
(continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease

## Drug Facts
(continued)

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup

A-991

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 4 of 49 PageID #: 3177



high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ a sodium-restricted diet

Ask a doctor or pharmacist before use if you are ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

*Other information* ■ each 30 mL contains: sodium 41 mg ■ store at 20-25°C (68-77°F)

*Inactive ingredients* anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

*Questions?*
1-800-719-9260

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® and NyQuil®.

A-992

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 5 of 49 PageID #: 3178



A-993

CONVENIENT RECLOSING TAB

DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED

## Drug Facts

### Active ingredients (in each packet)                    Purposes
Acetaminophen 650 mg...................................................................Pain reliever/fever reducer
Diphenhydramine HCl 25 mg...........................................................Antihistamine/cough suppressant
Phenylephrine HCl 10 mg...............................................................Nasal decongestant

### Uses
■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains      ■ minor sore throat pain      ■ headache
■ nasal and sinus congestion      ■ runny nose      ■ sneezing
■ itchy nose or throat      ■ itchy, watery eyes due to hay fever
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening      ■ blisters      ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**      ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not
sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a
doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**      ■ liver disease      ■ heart disease
■ high blood pressure      ■ thyroid disease      ■ diabetes      ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
**Ask a doctor or pharmacist before use if you are**      ■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin
**When using this product**      ■ do not exceed recommended dosage
■ avoid alcoholic drinks      ■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children
**Stop use and ask a doctor if**      ■ nervousness, dizziness, or sleeplessness occurs
■ redness or swelling is present      ■ fever gets worse or lasts more than 3 days
■ pain, cough or nasal congestion gets worse or lasts more than 7 days      ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a
serious condition. ▶

OPEN OTHER END

DISTRIBUTED BY: WALGREEN CO.          ITEM 538582   W10106-0522-L
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com   ©2021 Walgreen Co.
MADE IN MEXICO



3  11917 21200  5

### Drug Facts (continued)
**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children. Overdose
warning:** In case of overdose, get medical help or
contact a Poison Control Center right away
(1-800-222-1222). Prompt medical attention is
critical for adults as well as for children even if you
do not notice any signs or symptoms.

### Directions      ■ do not use more than
directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do
not take more than 5 packets in 24 hours unless
directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot
water: sip while hot. Consume entire drink within
10-15 minutes.
■ if using a microwave, add contents of one packet
to 8 oz. of cool water: stir briskly before and
after heating. Do not overheat.

### Other information
■ **each packet contains:** potassium 10 mg and
sodium 25 mg
■ **phenylketonurics:** contains phenylalanine
13 mg per packet
■ store at 20-25°C (68-77°F). Protect product from
heat and moisture.

### Inactive ingredients acesulfame potassium,
anhydrous citric acid, aspartame, colloidal silicon
dioxide, D&C yellow #10, FD&C blue #1, FD&C
red #40, flavors, maltodextrin, pregelatinized starch,
sodium citrate, sucrose, tribasic calcium phosphate

### Questions or comments?
1-800-719-9260

Gluten Free



A-994

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 7 of 49 PageID #: 3180



Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 8 of 49 PageID #: 3181



A-996

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 9 of 49 PageID #: 3182



Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 10 of 49 PageID #: 3183



A-998

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 11 of 49 PageID #: 3184



A-999

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 12 of 49 PageID #: 3185



A-1000

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 13 of 49 PageID #: 3186



NDC 0363-8004-45

# Walgreens

Compare to the active ingredients in Mucinex® FAST-MAX® Severe Congestion & Cough*

## Severe Congestion & Cough

DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus
- 12 years & older

6 FL OZ (177 mL)

F-004-45 ORG



**PARENTS:**

PEEL BACK TAB TO READ COMPLETE DRUG FACTS AND INFORMATION

50844  ORG042300445
B-004-45 ORG

DISTRIBUTED BY:
WALGREEN CO.
DEERFIELD, IL 60015
100% SATISFACTION
GUARANTEED
walgreens.com
©2023 Walgreen Co.

ITEM 769446   W00000-0000-0

3   11917 03413   3

W3ORG0923-F

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
†This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Mucinex® FAST-MAX® Severe Congestion & Cough.

### Drug Facts

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

**Active ingredients** (in each 20 mL)   **Purpose**
Dextromethorphan HBr 20 mg .................. Cough suppressant
Guaifenesin 400 mg .................................. Expectorant
Phenylephrine HCl 10 mg ......................... Nasal decongestant

**Uses** ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  ■ the intensity of coughing
  ■ the impulse to cough to help you get to sleep
  ■ nasal congestion due to a cold

No Print / No Varnish Area
Lot # and Exp. Info

### Drug Facts (continued)

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ high blood pressure   ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland   ■ heart disease   ■ diabetes
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

**If pregnant or breast-feeding**, ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Drug Facts (continued)

**Directions**
■ do not take more than directed
■ do not take more than 6 doses in any 24-hour period
■ mL = milliliter
■ only use the dose cup provided
■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years: do not use

**Other information**
■ each 20 mL contains: sodium 9 mg
■ store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F)
■ use by expiration date on package

**Inactive ingredients**
anhydrous citric acid, FD&C blue #1, FD&C red #40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose, xanthan gum

**Questions or comments?**
1-800-426-9391

Discard Seal, Empty & Replace Cap

how2recycle.info

PLASTIC BOTTLE   PLASTIC CUP

A-1001

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 14 of 49 PageID #: 3187



Case 1:23-md-03089-BMC    Document 200-21    Filed 05/03/24    Page 15 of 49 PageID #: 3188



**Drug Facts (continued)**

**Inactive ingredients** corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Drug Facts (continued)**

■ cough that occurs with too much phlegm (mucus)
■ bronchitis, or emphysema
■ persistent or chronic cough such as occurs with smoking, asthma, chronic
■ difficulty in urination due to enlargement of the prostate gland
■ heart disease ■ high blood pressure
■ liver disease ■ thyroid disease ■ diabetes

**Ask a doctor before use if you have**

If you have ever had an allergic reaction to this product or any of its
ingredients.

**Do not use**

■ in a child under 6 years of age
■ with any other drug containing acetaminophen (prescription or
nonprescription). If you are not sure whether a drug contains
acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI)
(certain drugs for depression, psychiatric or emotional conditions, or
Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you
do not know if your prescription drug contains an MAOI, ask a doctor or
pharmacist before taking this product.

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage
may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms
may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**

---

**Drug Facts (continued)**

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER
PACKAGE IS OPENED OR IF BLISTERS IS TORN OR BROKEN
■ store at 25°C (77°F) excursions permitted between 15°–30°C (59°–86°F)
■ see end flap for expiration date and lot number

**Directions**
■ do not take more than directed
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ do not take more than 12 caplets in any 24-hour period
children under 12 years: do not use

**Drug Facts (continued)**

■ do not take more than directed (see overdose warning)
Keep out of reach of children. In case of accidental overdose, get medical
help or contact a Poison Control Center right away. Prompt medical
attention is critical for adults as well as for children even if you do not notice
any signs or symptoms.
If pregnant or breast-feeding, ask a health professional before use.

**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning
drug warfarin.
When using this product do not exceed recommended dosage.
Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These
could be signs of a serious condition.

---

**Drug Facts (continued)**

**Uses** temporarily relieves:
■ nasal congestion      ■ headache
■ sinus congestion and pressure      ■ minor aches and pains
■ helps loosen phlegm (mucus) and thin bronchial secretions to aid the
removal of mucus

**Drug Facts**

**KEEP OUTER & PACKAGE FOR COMPLETE PRODUCT INFORMATION**

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

---

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
©2021 Walgreen Co.
walgreens.com
ITEM 301213    W00000-0000-0
50844  07605 11761509

# walgreens

Compare to the active ingredient in
Maximum Strength Mucinex®
SINUS-MAX® Severe Congestion & Pain™

NDC 0363-6150-09

# Severe
# Sinus Congestion

**ACETAMINOPHEN 325 mg / PAIN RELIEVER**
**GUAIFENESIN 200 mg / EXPECTORANT**
**PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT**

Maximum Strength    • Relieves headache & sinus congestion
• Thins & loosens mucus    • Ages 12 & over

**20** CAPLETS

ACTUAL SIZE

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 16 of 49 PageID #: 3189



A-1004

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 17 of 49 PageID #: 3190



Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 18 of 49 PageID #: 3191





Walgreens

NDC 0363-6580-08

DAYTIME • NON-DROWSY

Sinus & Headache

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
PHENYLEPHRINE HCl / NASAL DECONGESTANT

• Relieves headache, nasal congestion
& sinus pressure

Compare to Tylenol® Sinus + Headache
Daytime active ingredients†

**Drug Facts** KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Active ingredients** **Purpose**
(in each gelcap)
Acetaminophen 325 mg ...Pain reliever/fever reducer
Phenylephrine HCl 5 mg .............Nasal decongestant

**Drug Facts** (continued)
**Uses** ■ temporarily relieves these symptoms
associated with hay fever or other respiratory
allergies, and the common cold: ■ headache
■ minor aches and pains ■ nasal congestion
■ sinus congestion and pressure

**Drug Facts** (continued)
■ helps decongest sinus openings and passages
■ promotes sinus drainage
■ helps clear nasal passages
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the
maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using
this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical
help right away.
**Do not use**
■ with any other drug containing acetaminophen
(prescription or nonprescription). If you are not
sure whether a drug contains acetaminophen, ask a
doctor or pharmacist.
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric or emotional conditions, or
Parkinson's disease), or for 2 weeks after stopping
the MAOI drug. If you do not know if your
prescription drug contains an MAOI, ask a doctor
or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this
product or any of its ingredients
**Ask a doctor before use if you have** ■ liver disease
■ thyroid disease ■ heart disease ■ diabetes

**Drug Facts** (continued)
■ difficulty in urination due to enlargement of the
prostate gland ■ high blood pressure
**Ask a doctor or pharmacist before use if you are**
taking the blood thinning drug warfarin.
**When using this product do not exceed
recommended dosage.**
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more
than 7 days ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.** In case of accidental
overdose, get medical help or contact a Poison Control
Center (1-800-222-1222) right away. Prompt medical
attention is critical for adults as well as for children
even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
■ adults and children 12 years and over
■ take 2 gelcaps every 4 hours
■ do not take more than 10 gelcaps in 24 hours
■ children under 12 years: ask a doctor

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER
PACKAGE IS OPENED OR BLISTER IS TORN OR
BROKEN ■ avoid high humidity
■ store at 25°C (77°F); excursions permitted between
15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Drug Facts** (continued)
**Inactive ingredients** croscarmellose sodium,
crospovidone, D&C yellow #10, FD&C blue #1, FD&C
red #40, FD&C yellow #6, gelatin, hydroxypropyl
cellulose, hypromellose, iron oxide black, iron oxide
red, iron oxide yellow, magnesium stearate,

**Drug Facts** (continued)
microcrystalline cellulose, polyethylene glycol,
povidone, pregelatinized starch, propylene glycol,
shellac glaze, silica gel, stearic acid, titanium dioxide

**[Questions or comments?** 1-800-426-9391

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
†This product is not manufactured or distributed
by McNeil Consumer Healthcare, owner of the
registered trademark Tylenol® Sinus +
Headache Daytime

50844 ORG021655808

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
Walgreens ©2017 Walgreen Co.
wdgreens.com
**100% SATISFACTION GUARANTEED**

B-2201-558-08-H
ORG021655808

ITEM 509426 W00000-0000-0

3 11917 10398 3

No Print Area
Lot no. and expiration date

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS
OPENED OR IF BLISTER UNIT IS TORN, BROKEN
OR SHOWS ANY SIGNS OF TAMPERING

ORG09917-F

A-1006

A-1007

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 20 of 49 PageID #: 3193



A-1008

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 21 of 49 PageID #: 3194



©2021 Walgreens Co.
walgreens.com
100% SATISFACTION GUARANTEED
200 WILMOT RD., DEERFIELD, IL 60015
DISTRIBUTED BY: WALGREEN CO.
ITEM 603347
W000000-00000-0

3 11917 06813 8

Your pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.

**Questions or comments?** 1-800-925-9391

**Inactive ingredients** croscarmellose sodium, lactose anhydrous, magnesium stearate, microcrystalline cellulose, silicon dioxide, stearic acid

**Other information**
■ see end flap for expiration date and lot number
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
BLISTERS IS TORN OR BROKEN
TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR

**Directions**
■ adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: do not use

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

If pregnant or breast-feeding, ask a health professional before use.

When using this product
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ drowsiness may occur

Ask a doctor or pharmacist before use if you are taking sedatives or
tranquilizers.

Ask a doctor before use if you have
■ heart disease ■ thyroid disease ■ diabetes ■ glaucoma
■ difficulty in urination due to enlargement of the prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ high blood pressure

Ask a doctor before use if you have
pharmacist before taking this product.

Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or

**Warnings**

**Uses** temporarily relieves these symptoms due to hay fever (allergic rhinitis) or other upper respiratory allergies:
■ runny nose ■ itching of the nose or throat
■ itchy, watery eyes ■ sneezing
■ nasal congestion ■ sinus congestion and pressure

**Active ingredients (in each tablet)** | **Purpose**
Chlorpheniramine maleate 4 mg | Antihistamine
Phenylephrine HCl 10 mg | Nasal decongestant

**Drug Facts**

KEEP OUTER PACKAGE FOR COMPLETE
PRODUCT INFORMATION

**Drug Facts (continued)**

■ avoid alcoholic beverages
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

new©recycle.info
PAPER MAIL-BACK BOX
PAPER MAIL-BACK TRAY

50844 ORG031946208

OMIT M

WG3 RC1201 F
REV 01122

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER
UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

B-2001-462-08-HR
ORG031946208

*Walgreens*

WALGREENS
PHARMACISTS
RECOMMEND

B981182

NDC 0363-4621-08

*Walgreens*

WALGREENS
PHARMACISTS
RECOMMEND

# Sinus PE + Allergy

CHLORPHENIRAMINE MALEATE 4 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

Maximum Strength

• Relieves sneezing, itchy eyes, runny nose, sinus pressure & congestion
• Pseudoephedrine free

**24**
TABLETS

ACTUAL SIZE



**24 CAPLETS**

• Pseudoephedrine free

**Multi-symptom**
Relieves sinus pressure/congestion, sinus headache & chest congestion

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
GUAIFENESIN / EXPECTORANT / PHENYLEPHRINE HCl / NASAL DECONGESTANT

# Sinus PE Pressure, Pain & Mucus

**NON-DROWSY**

*Walgreens*

Compare to the active ingredients in Sudafed PE® Head Congestion + Mucus

PHARMACIST RECOMMENDED
WALGREENS

NDC 0363-5279-08

ACTUAL SIZE

---

**Drug Facts**

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Drug Facts** (continued)

**Uses** ■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
■ headache ■ nasal congestion ■ minor aches and pains
■ sinus congestion and pressure
■ temporarily reduces fever

---

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

**No Print/No Varnish**
**Lot and Expiration N**

50844

ORG08205Z708

'Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands. This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Head Congestion + Mucus.

**Drug Facts** (continued)

■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ blisters ■ rash ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ If you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ heart disease ■ liver disease
■ high blood pressure ■ diabetes ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland

**Drug Facts** (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product do not exceed recommended dosage.

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ swallow whole - do not crush, chew, or dissolve
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

---

DISTRIBUTED BY: WALGREEN CO.,
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

ITEM 531245    W0000-0000-0

B-2201-527C-09KDMR
ORG08205Z708

3 11917 20829 9

---

**Drug Facts** (continued)

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Drug Facts** (continued)

**Inactive ingredients** corn starch, crospovidone, flavor, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

W30RG1221-F

---

A-1009

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 23 of 49 PageID #: 3196



**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Pressure & Pain*

# Sinus Pressure & Pain

ACETAMINOPHEN 325 mg / PAIN RELIEVER
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

Maximum Strength · Relieves sinus pressure & congestion, headache and thins & loosens mucus

**20 CAPLETS**

ACTUAL SIZE

NDC 0363-0026-69

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 24 of 49 PageID #: 3197



A-1012

Case 1:23-md-03089-BMC    Document 200-21    Filed 05/03/24    Page 25 of 49 PageID #: 3198



Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 26 of 49 PageID #: 3199



**Drug Facts** KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Drug Facts (continued)**

Uses ■ temporarily relieves: ■ nasal congestion ■ headache ■ sinus congestion and pressure ■ minor aches and pains ■ cough due to the common cold ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily promotes nasal and/or sinus drainage

**Drug Facts (continued)**

Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ blisters ■ rash ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.
Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients
Ask a doctor before use if you have
■ heart disease ■ diabetes ■ thyroid disease
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ liver disease ■ high blood pressure
■ cough that occurs with too much phlegm (mucus)
■ difficulty in urination due to enlargement of the prostate gland

**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.
When using this product do not exceed recommended dosage.
Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

Directions
■ do not take more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

Other information
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ see end flap for expiration date and lot number

**Drug Facts (continued)**
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
Inactive ingredients corn starch, crospovidona, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl

**Drug Facts (continued)**
alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

Questions or comments? 1-800-425-9391

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

PARENTS:

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

DISTRIBUTED BY: WALGREEN CO. 200 WILMOT RD., DEERFIELD, IL 60015 100% SATISFACTION GUARANTEED walgreens.com ©2022 Walgreen Co.

ITEM 164110   W00000-0000-0

NDC 0363-6171-09

**Walgreens**
PHARMACIST RECOMMENDED

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Pressure, Pain & Cough®

# Sinus Pressure, Pain & Cough

ACETAMINOPHEN / PAIN RELIEVER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

• Relieves headache, sinus pressure & congestion    • Controls cough
• Thins & loosens mucus

**20 CAPLETS**

ACTUAL SIZE

This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® SINUS-MAX® Pressure, Pain & Cough.

A-1014

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 27 of 49 PageID #: 3200



A-1015

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 28 of 49 PageID #: 3201



A-1016

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 29 of 49 PageID #: 3202



A-1017

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 30 of 49 PageID #: 3203

