A-1018



A-1019

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 32 of 49 PageID #: 3205

CONVENIENT RECLOSING TAB

**Well** at **Walgreens**

NIGHTTIME
**Wal-Flu®**
**Severe Cold**
**& Cough**
Cough

DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED

## Drug Facts

### Active ingredients (in each packet)    Purposes

| | |
|---|---|
| Acetaminophen 650 mg. | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg. | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg. | Nasal decongestant |

### Uses ■ temporarily relieves these symptoms due to a cold:
- ■ minor aches and pains   ■ minor sore throat pain   ■ headache
- ■ nasal and sinus congestion   ■ runny nose   ■ sneezing
- ■ itchy nose or throat   ■ itchy, watery eyes due to hay fever
- ■ cough due to minor throat and bronchial irritation
- ■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- ■ more than 4,000 mg of acetaminophen in 24 hours
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**   ■ in a child under 12 years of age
- ■ if you have ever had an allergic reaction to this product or any of its ingredients
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- ■ with any other product containing diphenhydramine, even one used on skin
- ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**   ■ liver disease   ■ heart disease
- ■ high blood pressure   ■ thyroid disease   ■ diabetes   ■ glaucoma
- ■ trouble urinating due to an enlarged prostate gland
- ■ a breathing problem such as emphysema or chronic bronchitis
- ■ cough that occurs with too much phlegm (mucus)
- ■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**   ■ taking sedatives or tranquilizers
- ■ taking the blood thinning drug warfarin

**When using this product**   ■ do not exceed recommended dosage
- ■ avoid alcoholic drinks   ■ marked drowsiness may occur
- ■ alcohol, sedatives, and tranquilizers may increase drowsiness
- ■ be careful when driving a motor vehicle or operating machinery
- ■ excitability may occur, especially in children

**Stop use and ask a doctor if**   ■ nervousness, dizziness, or sleeplessness occurs
- ■ redness or swelling is present   ■ fever gets worse or lasts more than 3 days
- ■ pain, cough or nasal congestion gets worse or lasts more than 7 days   ■ new symptoms occur
- ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ►

## Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions   ■ do not use more than directed (see overdose warning)
- ■ take every 4 hours, while symptoms persist. Do not take more than 5 packets in 24 hours unless directed by a doctor.

| Age | One packet |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

- ■ dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
- ■ If using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other information
- ■ each packet contains: potassium 10 mg and sodium 25 mg
- ■ phenylketonurics: contains phenylalanine 13 mg per packet
- ■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

### Inactive ingredients   acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

### Questions or comments?
1-800-719-9260

Gluten Free

## OPEN OTHER END

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
ITEM 912518   W10106-0217-L



Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 33 of 49 PageID #: 3206



A-1021

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 34 of 49 PageID #: 3207



A-1022






A-1023

**Drug Facts** (continued)

***Other information***
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Drug Facts** (continued)

***Inactive ingredients*** corn starch, crospovidone, flavor, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

***Questions or comments?*** 1-800-426-9391

ORG0319-F
REV0221

**Drug Facts** (continued)
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

***Warnings***

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ blisters ■ rash ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ heart disease ■ liver disease ■ high blood pressure ■ diabetes ■ thyroid disease ■ difficulty in urination due to enlargement of the prostate gland

**Drug Facts** (continued)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product** do not exceed recommended dosage.

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present ■ new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

***Directions***
- do not take more than directed
- adults and children 12 years and over
  - take 2 caplets every 4 hours
  - swallow whole - do not crush, chew, or dissolve
  - do not take more than 10 caplets in 24 hours
- children under 12 years: ask a doctor

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2019 Walgreen Co.
ITEM 531245 W00000-0000-0
3 11917 20829 9

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No Print/No Varnish
Lot and Expiration

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
††This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Head Congestion + Mucus.

50844 ORG082052708

**Drug Facts** | KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| ***Active ingredients (in each caplet)*** | ***Purpose*** |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Drug Facts** (continued)

***Uses***
- temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
  - headache ■ nasal congestion ■ minor aches and pains
  - sinus congestion and pressure
- temporarily reduces fever

B-2201-527C-08HCMH
ORG082052708

*Walgreens*

*Compare to Sudafed PE® Head Congestion + Mucus active ingredients††*

NDC 0363-4121-06

NON-DROWSY

# Wal-Phed® PE

HEAD CONGESTION + MUCUS

**ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER**
**GUAIFENESIN / EXPECTORANT / PHENYLEPHRINE HCl / NASAL DECONGESTANT**

MULTI-SYMPTOM

- Relieves sinus pressure/congestion, sinus headache & chest congestion
- Pseudoephedrine free

24 CAPLETS

ACTUAL SIZE

Case 1:23-md-03089-BMC    Document 200-21    Filed 05/03/24    Page 37 of 49 PageID #: 3210



ORGO918-F

TAMPER EVIDENT: DO NOT USE IF PACKAGE OR
UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

DOES NOT CONTAIN GLUTEN

B-2201-4/53-72-H
OR0011845372

walgreens.com ©2018 Walgreen Co.
50844   ORGO11845372

Walgreens Pharmacist Recommended
If Walgreens Pharmacist Survey
If this product is not manufactured or
distributed by Johnson & Johnson
Corporation, owner of the registered
trademark Sudafed PE® Congestion.

**100% SATISFACTION GUARANTEED**
*Walgreens*

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

ITEM 805112  00000-0000-0

**Drug Facts (continued)**

If pregnant or breast-feeding, ask a health professional before
use.
**Keep out of reach of children.** In case of overdose, get medical
help or contact a Poison Control Center (1-800-222-1222) right
away.

**Directions**
■ adults and children 12 years and over: take 1 tablet every
4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: ask a doctor

**Other information**
■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS
OPENED OR BLISTER IS TORN OR BROKEN**
■ store at 25°C (77°F) excursions permitted between 15°-30°C
(59°-86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dextrose
monohydrate, dibasic calcium phosphate dihydrate, FD&C red
#40, lecithin, magnesium stearate, maltodextrin, microcrystalline
cellulose, silicon dioxide, sodium carboxymethylcellulose,
sodium citrate dihydrate, titanium dioxide

**Questions or comments?** 1-800-426-9391

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Drug Facts**

**Active ingredient (in each tablet)**  **Purpose**
Phenylephrine HCl 10 mg ..............Nasal decongestant

**Uses**
■ temporarily relieves nasal congestion due to the common
cold, hay fever or other upper respiratory allergies
■ temporarily relieves sinus congestion and pressure

**Warnings**
**Do not use if you are now taking a prescription monoamine
oxidase inhibitor (MAOI)** (certain drugs for depression,
psychiatric or emotional conditions, or Parkinson's disease), or
for 2 weeks after stopping the MAOI drug. If you do not know if
your prescription drug contains an MAOI, ask a doctor or
pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease     ■ diabetes
■ thyroid disease   ■ high blood pressure
■ trouble urinating due to enlargement of the prostate
gland

**Stop use and ask a doctor if**
■ symptoms do not improve within 7 days or occur with fever
■ nervousness, dizziness, or sleeplessness occur

**When using this product do not exceed recommended dosage.**

No print area
Lot no/Exp date

NON-DROWSY
**Wal-Phed® PE**
NASAL DECONGESTANT
*Walgreens*

**BONUS SIZE** BUY 18 & GET 9 FREE          NDC 0363-0453-90

NON-DROWSY
**Wal-Phed® PE**
NASAL DECONGESTANT
*Walgreens*

*Compare to Sudafed PE®
Congestion active ingredient¶*

PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

**MAXIMUM STRENGTH**

• Relieves sinus pressure & congestion
• Pseudoephedrine free

**27** TABLETS
(18 + 9 FREE)

ACTUAL SIZE

A-1025

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 38 of 49 PageID #: 3211



ORG0318-F
REV0518

Walgreens Pharmacist Survey
¶ This product is not manufactured or
distributed by Johnson & Johnson
Corporation, owner of the registered
trademark Sudafed PE® Day + Night Sinus
Congestion.

walgreens.com ©2018 Walgreen Co.

100% SATISFACTION GUARANTEED

Walgreens

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD. DEERFIELD, IL 60015
ITEM 885140  W00000-0000-0

50844
REV011BA45348509

**PEEL HERE FOR MORE DRUG FACTS**

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No print area
Lot no/Exp date

### Drug Facts

**Active ingredient (in each tablet)**

Phenylephrine HCl 10 mg

**Purpose**

Nasal decongestant

**Sinus Day**

**Uses**
- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  - runny nose *(Nighttime only)*
  - nasal congestion
  - itchy, watery eyes *(Nighttime only)*
  - itching of the nose or throat *(Nighttime only)*
- temporarily relieves these symptoms due to the common cold:
  - nasal congestion
  - itching of the nose or throat *(Nighttime only)*
  - runny nose *(Nighttime only)*
- temporarily relieves sinus congestion and pressure

**Active ingredients (in each tablet)**

Diphenhydramine HCl 25 mg    Antihistamine
Phenylephrine HCl 10 mg    Nasal decongestant

**Purpose**

**Sinus Night**

### Drug Facts (continued)

**Warnings**

Do not use
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- with any other product containing diphenhydramine, even one used on skin *(Nighttime only)*

Ask a doctor before use if you have
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlargement of the prostate gland
- difficulty in urination due to enlargement of the prostate gland
- breathing problems such as emphysema or chronic bronchitis *(Nighttime only)*
- glaucoma *(Nighttime only)*

Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers. *(Nighttime only)*

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

---

**DAY & NIGHT PACK**    NDC 0363-4385-09

## Walgreens

Compare to Sudafed PE® Day + Night Sinus Congestion active ingredients¶

DAYTIME • NON-DROWSY

# Wal-Phed® PE

SINUS CONGESTION

PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

NIGHTTIME

# Wal-Phed® PE

SINUS CONGESTION

DIPHENHYDRAMINE HCl 25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

MAXIMUM STRENGTH

- Relieves sinus pressure & congestion
- Pseudoephedrine free

ACTUAL SIZE

- Relieves itchy, watery eyes, runny nose & itchy throat
- Pseudoephedrine free

ACTUAL SIZE

**12** TABLETS    TOTAL 20 TABLETS    **8** TABLETS

---

**Drug Facts** (continued)

When using this product
- do not exceed recommended dosage
- excitability may occur, especially in children *(Nighttime only)*
- marked drowsiness may occur *(Nighttime only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(Nighttime only)*
- avoid alcoholic beverages *(Nighttime only)*
- use caution when driving a motor vehicle or operating machinery *(Nighttime only)*

Stop use and ask a doctor if
- symptoms do not improve within 7 days or occur with fever

**Drug Facts** (continued)

**Directions**
- adults and children 12 years and over
  - take 1 tablet every 4 hours
  - do not take more than 6 tablets in 24 hours
- children under 12 years: ask a doctor

**Other information**
- each tablet contains: calcium 25 mg *(Nighttime only)*
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15°-30°C

**Drug Facts** (continued)

**Inactive ingredients (Nighttime only)**
croscarmellose sodium, dibasic calcium phosphate dihydrate, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polydextrose, polyethylene glycol, silicon dioxide, stearic acid, titanium dioxide, triacetin

¿ Questions or comments? 1-800-426-9391

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

A-1026

Case 1:23-md-03089-BMC    Document 200-21    Filed 05/03/24    Page 39 of 49 PageID #: 3212



ORG0918-F
REV0419

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

DOES NOT CONTAIN GLUTEN

REV0319D46208

50844

B-2031-462-AB-H
REV0319D46208

walgreens.com ©2018 Walgreen Co.

100% SATISFACTION GUARANTEED
*Walgreens*

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
ITEM 603347

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
†† This product is not manufactured or
distributed by McNeil Consumer
Healthcare, owner of the registered
trademark Sudafed PE® Sinus + Allergy.

*Questions or comments?* 1-800-426-9391

**Inactive ingredients** croscarmellose sodium, lactose anhydrous, magnesium stearate, microcrystalline cellulose, silicon dioxide, stearic acid

**Other information**
■ **TAMPER EVIDENT:** DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTERS IS TORN BROKEN
■ store at 25°C (77°F), excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Directions**
■ adults and children 12 years and over: take 1 tablet every 6 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: do not use

■ If pregnant or breast-feeding, ask a health professional before use.
■ Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

| Drug Facts (continued) | |
|---|---|

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ drowsiness may occur

Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers.

**Ask a doctor before use if you have**
■ high blood pressure ■ heart disease ■ diabetes ■ thyroid disease ■ glaucoma ■ trouble urinating due to enlargement of the prostate gland ■ a breathing problem such as emphysema or chronic bronchitis

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ drowsiness may occur

**Ask a doctor before use if you have**
■ high blood pressure ■ heart disease ■ diabetes ■ thyroid disease ■ glaucoma ■ trouble urinating due to enlargement of the prostate gland ■ a breathing problem such as emphysema or chronic bronchitis

■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic beverages
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Uses** temporarily relieves these symptoms due to hay fever (allergic rhinitis) or other upper respiratory allergies:
■ itchy, watery eyes ■ runny nose ■ itching of the nose or throat
■ nasal congestion ■ sneezing ■ sinus congestion and pressure

| Drug Facts | | |
|---|---|---|
| **Active ingredients** (in each tablet) | **Purpose** | |
| Chlorpheniramine maleate 4 mg | Antihistamine | |
| Phenylephrine HCl 10 mg | Nasal decongestant | |

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

OMIT M

## Wal-Phed® PE
### SINUS & ALLERGY

*Walgreens*

*Walgreens*

Compare to Sudafed PE®
Sinus + Allergy active ingredients††

NDC 0363-0462-08

## Wal-Phed® PE
### SINUS & ALLERGY

**CHLORPHENIRAMINE MALEATE 4 mg / ANTIHISTAMINE**
**PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

• Relieves sneezing, itchy eyes, runny nose,
  sinus pressure & congestion
• Pseudoephedrine free

## 24 TABLETS

ACTUAL SIZE

A-1027

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 40 of 49 PageID #: 3213



A-1028

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 41 of 49 PageID #: 3214



A-1029

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 42 of 49 PageID #: 3215





A-1030

**Drug Facts (continued)**

**Directions**
- do not take more than 6 doses in any 24 hour period
- do not exceed recommended dosage
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product.   mL = milliliter

| Age | Dose |
|-----|------|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to under 12 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other Information**   each 10 mL contains: sodium 6 mg   store at 20-25°C (68-77°F)   do not refrigerate   protect from light
**Inactive Ingredients** acesulfame potassium, anhydrous citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, trisodium citrate dihydrate
**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING

‖ This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Nighttime Cold & Congestion.

ITEM 904373   W10023-0717-F
PLD-C375A   LB004650   ORG0617-F



**Walgreens**

**children's**
COLD & CONGESTION

**Wal-Tap®**

DIPHENHYDRAMINE HCl 12.5 mg / ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

Compare to Children's Dimetapp® Nighttime Cold & Congestion active ingredients‖

- Nighttime
- Alcohol free
- 6 years & older

4 FL OZ (118 mL)   GRAPE FLAVOR

NDC 0363-0006-04

DISTRIBUTED BY WALGREEN CO., 200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED Walgreens.com ©2017 Walgreen Co.

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Diphenhydramine HCl 12.5 mg | Antihistamine/Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**   temporarily relieves these symptoms occurring with a cold, hay fever, or other upper respiratory allergies   nasal congestion   cough   runny nose   sneezing   itchy, watery eyes   itching of the nose or throat

**Warnings**
**Do not use**   to sedate a child or to make a child sleepy   if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.   with any other product containing diphenhydramine, even one used on skin. **Ask a doctor before use if you have**   heart disease   high blood pressure   thyroid disease   diabetes   glaucoma   trouble urinating due to an enlarged prostate gland   a cough that occurs with too much phlegm (mucus)   a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema. **Ask a doctor or pharmacist before use if you are**   taking any other oral nasal decongestant or stimulant   taking sedatives or tranquilizers. **When using this product**   do not use more than directed   marked drowsiness may occur   avoid alcoholic drinks   alcohol, sedatives, and tranquilizers may increase drowsiness   be careful when driving a motor vehicle or operating machinery   excitability may occur, especially in children. **Stop use and ask a doctor if**   you get nervous, dizzy, or sleepless   symptoms do not get better within 7 days or occur with a fever   cough lasts more than 7 days, comes back, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition. **If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

A-1031

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 44 of 49 PageID #: 3217



A-1032

Case 1:23-md-03089-BMC   Document 200-21   Filed 05/03/24   Page 45 of 49 PageID #: 3218



A-1033



A-1034



**Drug Facts**

| Active Ingredients (in each 15 mL) | Purposes |
| --- | --- |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold and flu symptoms ■ minor aches and pains ■ headache ■ sore throat ■ nasal congestion ■ fever ■ cough due to minor throat and bronchial irritation

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4 doses (30 mL each) of acetaminophen in 24 hours, which is the maximum daily amount ■ child takes more than 4 doses (15 mL each) in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

▶ PEEL HERE **Drug Facts (continued under label)**

NDC 0363-0957-08

**Walgreens**

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu

DAYTIME · NON-DROWSY
# Cold & Flu

ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

**Multi-Symptom**

· Relieves aches, fever, sore throat, cough & nasal congestion
· For ages 6 years & over
· Antihistamine free
· Alcohol free

8 FL OZ (237 mL)

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR UNDER CAP IS BROKEN OR MISSING

**PARENTS:** Learn more about medicine abuse www.StopMedicineAbuse.org

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

*This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

DISTRIBUTED BY:
WALGREEN CO.
200 WILMOT RD.,
DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2022 Walgreen Co.
PLD-83000   LB009015

PLASTIC BOTTLE   PLASTIC CUP

W3ORG1022-F
REV-0323

ITEM 816520   W11042-0423-F

3 11917 12396 7

---

**Drug Facts (continued)**

■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ a sodium-restricted diet ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the** blood-thinning drug warfarin.

**When using this product,** do not exceed recommended dosage.

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse, or lasts more than 5 days (children) or 7 days (adult) ■ fever gets worse, or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended ▶

**Drug Facts (continued)**

dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 4 doses in any 24-hour period ■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product ■ mL = milliliter

| | |
| --- | --- |
| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| child under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other Information** ■ each 15 mL contains: sodium 12 mg ■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum.

**Questions or comments?**
Call 1-877-753-3828 Monday-Friday 9AM-5PM EST



A-1036

Case 1:23-md-03089-BMC    Document 200-21    Filed 05/03/24    Page 49 of 49 PageID #: 3222



A-1037

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 1 of 55 PageID #: 3223

# Walgreens

## -PE Product Labels –

### -continued

A-1038

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 2 of 55 PageID #: 3224



**Walgreens**

Compare to Maximum Strength Delsym® Adult Night Time Cough & Cold active ingredients††

**NIGHTTIME**

NDC 0363-0747-06

# Cough & Cold

ACETAMINOPHEN 650 mg /
PAIN RELIEVER, FEVER REDUCER
DIPHENHYDRAMINE HCl 25 mg /
ANTIHISTAMINE, COUGH SUPPRESSANT
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

**MAXIMUM STRENGTH**

- Relieves headaches, fever & sore throat
- Controls cough
- Relieves nasal congestion
- Ages 12 & older

MIXED BERRY FLAVOR

6 FL OZ (177 mL)

PLD V6294
LB005415

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com   ©2018 Walgreen Co.
ITEM 199666   W10013-0418-L

3  11917 20008  8

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

†† This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Delsym® Adult Night Time Cougn & Cold.

Discard Seals Empty & Replace Cup

PLASTIC BOTTLE   PLASTIC CUP

ORG0418-F

PLD-A525A   LB005416

**PEEL CORNER FOR MORE DRUG FACTS ◢**

## Drug Facts

**Active ingredients** (in each 20 mL) — **Purposes**

Acetaminophen 650 mg...........Pain reliever/ fever reducer

Diphenhydramine HCl 25 mg.........Antihistamine/ ...............cough suppressant

Phenylephrine HCl 10 mg.........Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - runny nose
  - sneezing
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash   ▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other drug containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- for children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**PEEL CORNER FOR MORE DRUG FACTS ◢**

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- new symptoms occur
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for   ▶

## Drug Facts (continued)

adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- mL = milliliter
- keep dosing cup with product
- dose as follows or as directed by a doctor
- adults and children 12 years and older: 20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

**WALGREENS NightTime Cough & Cold**

A-1039



A-1040

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 4 of 55 PageID #: 3226



A-1041

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 5 of 55 PageID #: 3227



A-1042

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 6 of 55 PageID #: 3228



Case 1:23-md-03089-BMC    Document 200-22    Filed 05/03/24    Page 7 of 55 PageID #: 3229



A-1044

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 8 of 55 PageID #: 3230



A-1045

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 9 of 55 PageID #: 3231



A-1046

Case 1:23-md-03089-BMC    Document 200-22    Filed 05/03/24    Page 10 of 55 PageID #: 3232



A-1047

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 11 of 55 PageID #: 3233



Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 12 of 55 PageID #: 3234



Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 13 of 55 PageID #: 3235



A-1050

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 14 of 55 PageID #: 3236



Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 15 of 55 PageID #: 3237



Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 16 of 55 PageID #: 3238



A-1053

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 17 of 55 PageID #: 3239



A-1054

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 18 of 55 PageID #: 3240



A-1055



A-1056



A-1057

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 21 of 55 PageID #: 3243



A-1058



A-1059

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 23 of 55 PageID #: 3245



A-1060

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 24 of 55 PageID #: 3246



A-1061

Case 1:23-md-03089-BMC    Document 200-22    Filed 05/03/24    Page 25 of 55 PageID #: 3247



*Walgreens*

Compare to Maximum Strength
Mucinex® Fast-Max® All-In-One
Cold & Flu active Ingredients††

DAYTIME          NDC 0363-

# Cold & Flu

ACETAMINOPHEN 650 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 20 mg /
COUGH SUPPRESSANT
GUAIFENESIN 400 mg / EXPECTORANT
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

**MAXIMUM STRENGTH**

- Relieves aches, sore throat, nasal & chest congestion, sinus congestion & pressure
- Controls cough
- Thins & loosens mucus
- 12 years & older

6 FL OZ (177 mL) LIQUID

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Fast-Max® Maximum Strength All-In-One Cold & Flu.



PARENTS:
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

PLD-AS74A  LB006719

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts (continued)

**Uses**
- temporarily relieves these common cold and flu symptoms
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

▶

---

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- thyroid disease
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts (continued)

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period

▶

---

## Drug Facts (continued)

- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

A-1062

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 26 of 55 PageID #: 3248



**Walgreens**

Compare to Maximum Strength Mucinex® Fast-Max® All-In-One Night Time Cold & Flu active ingredients*

NDC 0363-9130-06

NIGHTTIME

# Cold & Flu

ACETAMINOPHEN 650 mg /
PAIN RELIEVER / FEVER REDUCER
DIPHENHYDRAMINE HCl 25 mg /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

**MAXIMUM STRENGTH**

- Relieves cough, fever, sore throat, body pain, sneezing, itchy throat, headache, nasal congestion & runny nose
- 12 years & older

6 FL OZ (177 mL) LIQUID

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® All-In-One Night Time Cold & Flu.

PL0-A660A5   V110369-1/9124-F
ITEM 907517   ORIG1016-F

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Night Time All In One Cold & Flu.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PLD-A663A   LB006360

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/ cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ◢

## Drug Facts (continued)

### Uses
- temporarily relieves these common cold and flu symptoms
  - cough ■ nasal congestion
  - minor aches and pains ■ sore throat
  - headache ■ runny nose ■ sneezing
  - sinus congestion and pressure
  - itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

▶

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other drug containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ diabetes
- thyroid disease ■ high blood pressure
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

▶

PEEL CORNER FOR MORE DRUG FACTS ◢

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or ▶

## Drug Facts (continued)

contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product   ■ mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years and older: 20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

A-1063

Case 1:23-md-03089-BMC    Document 200-22    Filed 05/03/24    Page 27 of 55 PageID #: 3249



**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat*

MUCUS RELIEF

# Cold, Flu & Sore Throat

ACETAMINOPHEN 650 mg /
PAIN RELIEVER & FEVER REDUCER
DEXTROMETHORPHAN HBr 20 mg /
COUGH SUPPRESSANT / GUAIFENESIN 400 mg /
EXPECTORANT / PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

**Maximum Strength**

- Relieves headache & fever
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus
- For ages 12 & over

6 FL OZ (177 mL)

NDC 0363-3361-06

PLD-6282C
LB00881E

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2022 Walgreen Co.
†Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademarks Mucinex® and Fast-Max®.

**PARENTS:** Learn more (see back/see store)

Clean and Smile, Empty & Replace Cap

PLASTIC BOTTLE    PLASTIC CUP

ITEM 273615    W10139-0322-F

W3CRG0322-F

3  31917 21866  3

---

**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ►

---

**Drug Facts (continued)**

**Uses**
- temporarily relieves these common cold and flu symptoms ■ sinus congestion and pressure ■ minor aches and pains ■ nasal congestion ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ temporarily reduces fever ■ temporarily promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ►

---

**Drug Facts (continued)**

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ diabetes
- thyroid disease ■ high blood pressure
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

PEEL CORNER FOR MORE DRUG FACTS ◢

---

**Drug Facts (continued)**

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period ►

---

**Drug Facts (continued)**

- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-1064

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 28 of 55 PageID #: 3250







**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
- temporarily relieves these common cold and flu symptoms
  - sinus congestion and pressure
  - minor aches and pains   ■ nasal congestion
  - headache   ■ cough   ■ sore throat
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:

---

**Drug Facts (continued)**

- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure what a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease   ■ heart disease   ■ diabetes
- thyroid disease   ■ high blood pressure   ►

PEEL CORNER FOR MORE DRUG FACTS ◢

---

**Drug Facts (continued)**

- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product, do not use more than directed.

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for ►

---

**Drug Facts (continued)**

adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C yellow #10, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-1065



NDC 0363-3337-06

### Walgreens

Compare to the active ingredients in
Maximum Strength Mucinex® Fast-Max®
Severe Congestion & Cough†

## Severe Congestion & Cough

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

**Maximum Strength**

• Controls cough
• Clears nasal & chest congestion
• Thins & loosens mucus
• 12 years & older

**6 FL OZ (177 mL)**

PLD-E283D
LB008701

---


TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2021 Walgreen Co.
ITEM 280506   W10139-0122-F


3  11917 15949  2

Walgreens Pharmacist Recommended.
Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
†This product is not manufactured or
distributed by RB Health (US) LLC, owner of
the registered trademarks Mucinex® and
Fast-Max®.


Discard Seals,
Empty &
Replace Cap

PLASTIC   PLASTIC
BOTTLE    CUP

**PARENTS:**
Learn about teen medicine abuse at
www.StopMedicineAbuse.org

W3ORG0122-F

PLD-E283D  LB006703

**PEEL CORNER FOR DRUG FACTS** ◢

---

## Drug Facts

### Active ingredients   Purposes
(in each 20 mL)

Dextromethorphan HBr  20 mg.................
........................................Cough suppressant
Guaifenesin 400 mg...............Expectorant
Phenylephrine HCl 10 mg......................
.............................Nasal decongestant

### Uses
■ helps loosen phlegm (mucus) and thin
  bronchial secretions to rid the bronchial
  passageways of bothersome mucus
  and make coughs more productive
■ temporarily relieves
  ■ cough due to minor throat and
    bronchial irritation as may occur
    with the common cold or inhaled
    irritants
  ■ the intensity of coughing
  ■ the impulse to cough to help you
    get to sleep
  ■ nasal congestion due to a cold  ▶

---

## Drug Facts (continued)

### Warnings
**Do not use**
■ if you are now taking a prescription
  monoamine oxidase inhibitor (MAOI)
  (certain drugs for depression,
  psychiatric or emotional conditions, or
  Parkinson's disease), or for 2 weeks
  after stopping the MAOI drug. If you do
  not know if your prescription drug
  contains an MAOI, ask a doctor or
  pharmacist before taking this product.
■ for children under 12 years of age

**Ask a doctor before use if you have**
■ heart disease       ■ high blood pressure
■ thyroid disease     ■ diabetes
■ trouble urinating due to an enlarged
  prostate gland
■ persistent or chronic cough such as
  occurs with smoking, asthma, chronic
  bronchitis, or emphysema
■ cough that occurs with too much
  phlegm (mucus)

**When using this product, do not use
more than directed.**                     ▶

**PEEL CORNER FOR MORE DRUG FACTS** ◢

---

## Drug Facts (continued)

### Stop use and ask a doctor if
■ nervousness, dizziness, or
  sleeplessness occur
■ symptoms do not get better within
  7 days or occur with fever
■ cough comes back, or occurs with
  fever, rash, or headache that lasts.
  These could be signs of a serious
  condition.

**If pregnant or breast-feeding,** ask a
health professional before use.

**Keep out of reach of children.**
In case of overdose, get medical help or
contact a Poison Control Center
(1-800-222-1222) right away.

### Directions
■ do not take more
  than 6 doses in any 24-hour period
■ measure only with dosing cup provided.
  Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ shake well before using
■ adults and children 12 years of age and
  older: 20 mL in dosing cup provided
  every 4 hours
■ children under 12 years of age:
  do not use

---

## Drug Facts (continued)

### Other information
■ each 20 mL contains: sodium 17 mg
■ store between 20-25°C (68-77°F). Do
  not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1,
FD&C red #40, flavor, glycerin, propyl
gallate, propylene glycol, purified water,
sodium benzoate, sodium citrate, sorbitol,
sucralose, xanthan gum

### Questions or comments?
Call **1-877-753-3935** Monday-Friday
9AM-5PM EST

A-1066



**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Clear & Cool® Severe Congestion & Cough†

## Severe Congestion & Cough

DEXTROMETHORPHAN HBr 20 mg / COUGH SUPPRESSANT
GUAIFENESIN 400 mg / EXPECTORANT
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

**Maximum Strength**

• Thins & loosens mucus
• Relieves nasal & chest congestion
• Controls cough
• 12 years & older

6 FL OZ (177 mL)    Mint flavor

PLD-D459A
LB008711

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com    ©2021 Walgreen Co.
ITEM 984978    W10139-0222-F



3 11917 19240 6

Walgreens Pharmacist Recommended. Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
††This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademarks Mucinex®, Fast-Max® and Clear & Cool®.



**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

W3ORG0122-F
PLD-D453A    LB008710

PLASTIC BOTTLE    PLASTIC CUP
*Not recycled in all communities
how2recycle.info

PEEL CORNER FOR DRUG FACTS ◀

---

## Drug Facts

### Active ingredients    Purposes
### (in each 20 mL)

Dextromethorphan HBr 20 mg......Cough suppressant
Guaifenesin 400 mg..........................Expectorant
Phenylephrine HCl 10 mg........Nasal decongestant

### Uses
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  ■ the intensity of coughing
  ■ nasal congestion due to a cold
  ■ temporarily helps you cough less
  ▶

---

## Drug Facts (continued)

### Warnings
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease    ■ high blood pressure
■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**When using this product, do not use more than directed.**
  ▶

---

## Drug Facts (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

### Directions
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use
  ▶

---

## Drug Facts (continued)

### Other information
■ each 20 mL contains: sodium 18 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C yellow #10, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

PEEL CORNER FOR MORE DRUG FACTS ◀

A-1067

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 31 of 55 PageID #: 3253





**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

## Drug Facts (continued)

**Uses** ■ temporarily relieves these common cold and flu symptoms
■ cough ■ nasal congestion
■ minor aches and pains ■ sore throat
■ headache ■ runny nose
■ temporarily reduces fever ■ sneezing
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen ▶

## Drug Facts (continued)

(prescription or nonprescription). If you are not sure whether a drug contains diphenhydramine, ask a doctor or pharmacist.
■ with any other drug containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ for children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease ■ heart disease
■ high blood pressure ■ thyroid disease
■ diabetes ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if**
■ you are taking the blood thinning drug warfarin
■ you are taking sedatives or tranquilizers ▶

**PEEL CORNER FOR MORE DRUG FACTS ◢**

## Drug Facts (continued)

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ mL = milliliter ■ keep dosing cup with product
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older: 20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-1068



**Drug Facts**

| Active ingredients (in each softgel) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

KEEP CARTON/CARTON FOR COMPLETE
WARNINGS AND PRODUCT INFORMATION.

**Drug Facts (continued)**

**Uses** temporarily relieves common cold and flu symptoms:
■ nasal congestion ■ sinus congestion & pressure
■ cough due to minor throat & bronchial irritation
■ cough to help you sleep ■ minor aches & pains
■ headache ■ fever ■ sore throat
■ runny nose & sneezing
■ reduces swelling of nasal passages
■ temporarily restores free breathing through the nose
■ promotes nasal and for sinus drainage

**Warnings**

**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take
■ more than 5 softgels in 24 hours, which is the
maximum daily amount for this product
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this
product

**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include: ■ Skin reddening
■ Blisters ■ Rash
If a skin reaction occurs, stop use and seek medical help
right away.
**Sore throat warning:** If sore throat is severe, persists
for more than 2 days, is accompanied or followed by
fever, headache, rash, nausea or vomiting, consult a
doctor promptly.

**Do not use** ■ with any other drug containing
acetaminophen (prescription or nonprescription). If you
are not sure whether a drug contains acetaminophen,
ask a doctor or pharmacist. ■ if you are now taking a
prescription monoamine oxidase inhibitor (MAOI)
(certain drugs for depression, psychiatric or emotional
conditions, or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if your
prescription drug contains an MAOI, ask a doctor or
pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ high blood pressure
■ thyroid disease ■ diabetes ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem or chronic cough that lasts or as
occurs with smoking, asthma, chronic bronchitis, or
emphysema ■ trouble urinating due to enlarged
prostate gland

**Drug Facts (continued)**

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin

**When using this product** ■ do not use more than
directed ■ excitability may occur, especially in children
■ marked drowsiness may occur ■ avoid alcoholic
drinks ■ be careful when driving a motor vehicle or
operating machinery ■ alcohol, sedatives, and
tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy
or sleepless ■ pain, nasal congestion or cough gets
worse or lasts more than 7 days ■ fever gets worse or
lasts more than 3 days ■ redness or swelling is
present ■ new symptoms occur ■ cough comes
back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breastfeeding,** ask a health professional
before use.

**In case of overdose,** get medical help or contact a Poison
Control Center right away (1-800-222-1222). Quick medical
attention is critical for adults as well as for children even if
you do not notice any signs or symptoms

**Keep out of reach of children.**

**Directions**
■ take only as directed
■ do not exceed 6 softgels per 24 hours

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

■ When using other Nighttime or Daytime products.
Carefully read each label to ensure correct dosing.

**Other information** ■ do not exceed 25°C

**Inactive ingredients**
FD&C blue #1, gelatin, glycerin, polyethylene glycol,
povidone, propylene glycol, purified water, shellac,
sorbitol sorbitan solution, titanium dioxide

**Questions or Comments?**
Call 1-877-290-4008

**THIS PRODUCT IS
PACKAGED IN A
CHILD-RESISTANT
AND TAMPER-EVIDENT
PACKAGE. USE ONLY IF
BLISTERS ARE INTACT.**

NDC 0363-1011-24

**Walgreens**

Compare to the active ingredients in
Vicks® NyQuil® Severe Cold & Flu††

**NIGHTTIME**

# Severe
# Cold & Flu

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**DOXYLAMINE SUCCINATE** 6.25 mg / ANTIHISTAMINE
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

**Maximum Strength**

■ Relieves headache, fever, sore throat,
minor aches & pains, nasal congestion & sinus
pressure, sneezing, runny nose & cough

**24
SOFTGELS**

†Our pharmacists
recommend the
Walgreens brand.
We invite you to
compare to national
brands.

††This product is not
manufactured or
distributed by the
Procter & Gamble
Company, owner of
the registered
trademarks Vicks®
and NyQuil®.

626T 0422

ACTUAL SIZE

W3ORG0622-F

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
walgreens.com
©2022 Walgreen Co.

**100% SATISFACTION
GUARANTEED**

MADE IN INDIA

ITEM 9315054

Lot #:
Exp. Date:

Print/Varnish Omit Area

Varnish Omit Area

Print/Varnish Omit Area

Varnish Omit Area

A-1069



A-1070

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 34 of 55 PageID #: 3256



A-1071



### Drug Facts

| Active ingredients (in each 15 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves common cold/flu symptoms ■ nasal congestion ■ sinus congestion and pressure ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ cough due to minor throat and bronchial irritation ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if: ■ adult takes more than 4 doses (30 mL each) of acetaminophen in 24 hours. which is the maximum daily amount ■ child takes more than 4 doses (15 mL each) in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product. **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

◄■■ PEEL HERE **Drug Facts (continued under label)**

---

**WALGREENS**
Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu*

PHARMACIST RECOMMENDED

**DAYTIME • NON-DROWSY**

## Severe Cold & Flu

ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

**Maximum Strength**

• Relieves headache, fever, sore throat, minor aches & pains; nasal/sinus congestion & sinus pressure; cough & chest congestion
• For ages 6 years & over
• Alcohol free

**8 FL OZ (237 mL)**

NDC 0363-4150-08

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR UNDER CAP IS BROKEN OR MISSING.**

**PARENTS:**
Learn about liver medicine doses
www.StopMedicineAbuse.org

PLASTIC BOTTLE   PLASTIC CUP

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands. *This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

**DISTRIBUTED BY: WALGREEN CO.**
**200 WILMOT RD., DEERFIELD, IL 60015**
**100% SATISFACTION GUARANTEED**
walgreens.com ©2022 Walgreen Co.
ITEM 271599   W10064-0922-F

3 11917 21865 6

PLD-R3422  L3203843                          W10CRG0922-F

---

### Drug Facts (continued)

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if the user has** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if user is taking the** blood thinning drug warfarin.

**When using this product, do not take more than directed.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ new symptoms occur ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional** before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed (see Overdose warning) ■ do not take more than 4 doses in any 24-hour period ■ measure only with dosing cup provided. Do not use any other dosing device. ■ mL = milliliter ■ keep dosing cup with product

| adults and children 12 years and over | 30 mL every 4 hours |
|---|---|
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ each 15 mL contains: sodium 12 mg ■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
► Call 1-877-753-3905 Monday-Friday 9AM-5PM EST

A-1072

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 36 of 55 PageID #: 3258



A-1073

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 37 of 55 PageID #: 3259



A-1074

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 38 of 55 PageID #: 3260



A-1075

DAY & NIGHT PACK
NDC 0363-9890-20
Walgreens
Compare to Alka-Seltzer Plus® Day & Night Severe Sinus Congestion & Cough active ingredients
NIGHTTIME
Severe Sinus
CONGESTION & COUGH
ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE / ANTIHISTAMINE
PHENYLEPHRINE HCl / NASAL DECONGESTANT
• Relieves sinus congestion & pressure, headache, runny nose, sneezing & cough
ACTUAL SIZE
8 SOFTGELS
12
20 TOTAL SOFTGELS
THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.
ORG0817-F
3 11917 17804 2
LOT NO:
EXP DATE

A-1076

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 40 of 55 PageID #: 3262



Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 41 of 55 PageID #: 3263



A-1078



**Drug Facts (continued)**

**Uses**
- temporarily relieves
  - headache
  - nasal congestion
  - minor aches and pains
- sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.

**Drug Facts (continued)**

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- thyroid disease
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product,** do not use more than directed.

**Drug Facts (continued)**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts (continued)**

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years and older: 20 mL every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

PEEL CORNER FOR MORE DRUG FACTS

A-1079

**Drug Facts (continued)**

| age | dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to 5 years | 5 mL every 4 hours |
| children under 4 years | do not use |

*Other information*
■ each 5 mL contains: sodium 2 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

*Inactive ingredients* acesulfame potassium, alcohol, benzoic acid, citric acid, disodium EDTA, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium citrate

*Questions or comments?*
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com   ©2015 Walgreen Co.

W10040-XXXX-F
ITEM 446737
PLD-F319C   LB003474
REV1013-RF_R01



Well at
**Walgreens**

*children's*
DAYTIME

# Cold & Cough

Dextromethorphan HBr /
Cough Suppressant
Phenylephrine HCl /
Nasal Decongestant

● ALCOHOL 0.14%

4 FL OZ (118 mL)

CHERRY
FLAVOR

NDC 0363-3759-04

**Drug Facts**

**Active ingredients (in each 5 mL)** — **Purposes**
Dextromethorphan HBr 5 mg .......... Cough suppressant
Phenylephrine HCl 2.5 mg .......... Nasal decongestant

**Uses**
■ temporarily relieves   ■ nasal and sinus congestion   ■ cough due to minor throat and bronchial irritation as may occur with a cold

**Warnings**
**Do not use** ■ in a child under 4 years of age   ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product. Ask a doctor before use if the child has ■ heart disease   ■ high blood pressure   ■ thyroid disease   ■ diabetes   ■ a breathing problem such as chronic bronchitis   ■ cough that occurs with too much phlegm (mucus)   ■ chronic cough that lasts, or as occurs with asthma. **When using this product,** do not use more than directed. Stop use and ask a doctor if ■ nervousness, dizziness or sleeplessness occur
■ symptoms do not improve within 7 days or occur with fever   ■ cough persists more than 7 days, comes back or occurs with a fever, rash or persistent headache. These could be signs of a serious condition.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product   ■ mL = milliliter   ■ shake well before using

▶

A-1080



A-1081

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 45 of 55 PageID #: 3267



A-1082

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 46 of 55 PageID #: 3268



A-1083

Case 1:23-md-03089-BMC    Document 200-22    Filed 05/03/24    Page 47 of 55 PageID #: 3269



A-1084

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 48 of 55 PageID #: 3270



A-1085

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 49 of 55 PageID #: 3271

### Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product, do not use more than directed.

Stop use and ask a doctor if: • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed

| • only use the dose cup provided • do not exceed 4 doses per 24 hrs | |
|---|---|
| adults & children 12 yrs. & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each 15 mL contains: sodium 9 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** citric acid, D&C Yellow No.10, edetate disodium, FD&C Green No. 3, FD&C Red No. 40, flavors, glycerin, menthol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-866-467-2748

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® Dayquil™ Severe Cold & Flu Honey Flavor.

Distributed by:



LOT:   61012XXXXLR

EXP:

---

*Compare to the active ingredients in Vicks® Dayquil™ Severe Cold & Flu Honey Flavor

NDC 0363-6110-12

# DayTime Cold & Flu Relief

**Acetaminophen** - Pain reliever/Fever reducer
**Guaifenesin** - Expectorant
**Phenylephrine HCl** - Nasal decongestant
**Dextromethorphan HBr** - Cough suppressant

- Headache, Fever, Sore Throat, Minor Aches & Pains
- Chest Congestion, Thins & Loosens Mucus
- Nasal Congestion, Sinus Pressure
- Cough

## Honey Flavor

Naturally and Artificially Flavored

**12 FL OZ (354 ml)**

---

### Drug Facts

DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg......... | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg...... | Cough suppressant |
| Guaifenesin 200 mg........ | Expectorant |
| Phenylephrine HCl 5 mg......... | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • minor aches & pains • headache • fever • sore throat • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage • helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if • adult takes more than 4 doses (30 mL each) in 24 hrs, which is the maximum daily amount for this product • child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product

• taken with other drugs containing acetaminophen • adult has 3 or more alcoholic drinks every day while using this product

Allergy Alert: Acetaminophen may cause severe skin reactions. Symptoms may include: • Skin reddening • Blisters • Rash

If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. • If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

A-1086

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 50 of 55 PageID #: 3272





A-1087

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 51 of 55 PageID #: 3273






A-1088

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 52 of 55 PageID #: 3274



Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 53 of 55 PageID #: 3275



A-1090

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 54 of 55 PageID #: 3276



A-1091

Case 1:23-md-03089-BMC   Document 200-22   Filed 05/03/24   Page 55 of 55 PageID #: 3277



A-1092

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 1 of 21 PageID #: 3278

# Walmart Inc.

## -PE Product Labels –

A-1093



A-1094

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 3 of 21 PageID #: 3280



Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 4 of 21 PageID #: 3281



**Equate 44-503A**

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 5 of 21 PageID #: 3282



A-1097

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 6 of 21 PageID #: 3283



A-1098

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 7 of 21 PageID #: 3284



A-1099





A-1101

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 10 of 21 PageID #: 3287



Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

## Drug Facts

### Active ingredients (in each Softgel) — Purposes
**Daytime Severe Cold**

Acetaminophen 325 mg...............Pain reliever/fever reducer
Dextromethorphan HBr 10 mg........................Cough suppressant
Guaifenesin 200 mg.............................................Expectorant
Phenylephrine HCl 5 mg.............................Nasal decongestant

### Active ingredients (in each Softgel) — Purposes
**Nighttime Cold & Flu**

Acetaminophen 325 mg...............Pain reliever/fever reducer
Dextromethorphan HBr 10 mg........................Cough suppressant
Doxylamine succinate 6.25 mg.............................Antihistamine
Phenylephrine HCl 5 mg.............................Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms:
■ cough   ■ minor aches and pains
■ headache   ■ nasal congestion   ■ sore throat
■ runny nose and sneezing (Nighttime only)
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive. (Daytime only)
■ controls cough to help you get to sleep (Nighttime only)
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 12 softgels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ diabetes
■ high blood pressure   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma (Nighttime only)

## Drug Facts (continued)

■ breathing problems such as emphysema or chronic bronchitis (Nighttime only)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers (NighMime only)
**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children (Nighttime only)
■ marked drowsiness may occur (Nighttime only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (Nighttime only)
■ avoid alcoholic drinks (Nighttime only)
■ be careful when driving a motor vehicle or operating machinery (Nighttime only)
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 softgels in any 24-hour period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use

**Other information** ■ store at room temperature 15°-30°C (59°-86°F) and avoid excessive heat.

**Inactive ingredients** (Daytime only) FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, and white ink
(Nighttime only) D&C yellow #10, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, and white ink

**Questions or comments?** 1-888-287-1915

DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716
PRODUCT OF CHINA
This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademarks Mucinex® Fast-Max® Day Severe Cold and Night Cold & Flu.

Satisfaction guaranteed – For questions or comments please call 1-800-207-8916.

WM23-00

A-1103

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 12 of 21 PageID #: 3289



A-1104

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 13 of 21 PageID #: 3290



**equate™**

**children's**
**COLD &**
**COUGH**

Brompheniramine Maleate
Antihistamine
Dextromethorphan HBr
Cough Suppressant
Phenylephrine HCl
Nasal Decongestant

**6 YEARS AND OLDER**

Relief of:
- Nasal congestion
- Runny nose
- Itchy, watery eyes
- Coughing, sneezing

■ Alcohol Free

Grape
Flavored

8 FL OZ (237 mL)

Dosage Cup Included

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Gluten-Free

A-1105

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 14 of 21 PageID #: 3291



**equate™**

childrens
**MULTI-SYMPTOM COLD**
Daytime

AGES 4 TO 12 YEARS

Very Berry
Flavor Liquid

VALUE PACK      VALUE PACK

NDC 0205-424-01        NDC 0205-424-01

**equate™**

childrens
**MULTI-SYMPTOM COLD**
Daytime

Dextromethorphan HBr 5 mg,
Cough Suppressant
Guaifenesin 100 mg,
Expectorant
Phenylephrine HCl 2.5 mg,
Nasal Decongestant

**Alcohol-Free**

AGES 4 TO 12 YEARS

**Relieves:**
● Stuffy Nose
● Cough
● Chest Congestion
● Breaks Up Mucus

Very Berry
Flavor Liquid
Dosage Cup Included

**6.8 FL OZ (201mL)**

**equate™**

childrens
**MULTI-SYMPTOM COLD**
Daytime

Dextromethorphan HBr 5 mg,
Cough Suppressant
Guaifenesin 100 mg,
Expectorant
Phenylephrine HCl 2.5 mg,
Nasal Decongestant

**Alcohol-Free**

AGES 4 TO 12 YEARS

**Relieves:**
● Stuffy Nose
● Cough
● Chest Congestion
● Breaks Up Mucus

Very Berry
Flavor Liquid
Dosage Cup Included

**6.8 FL OZ (201mL)**

**Drug Facts**

**Active Ingredients (in each 5 mL)** ... **Purposes**
Dextromethorphan HBr 5 mg ................. Cough suppressant
Guaifenesin 100 mg ................................. Expectorant
Phenylephrine HCl 2.5 mg ...................... Nasal decongestant

**Uses**
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  ■ the intensity of coughing
  ■ the impulse to cough to help your child get to sleep
  ■ nasal congestion due to a cold
  ■ stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ heart disease
■ high blood pressure
■ thyroid disease        ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ your child gets nervous, dizzy or sleepless
■ symptoms do not get better within 7 days or occur with fever
■ cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other Information**
■ each 5 mL contains: sodium 3 mg
■ do not use if printed neckband is broken or missing
■ store at 20-25°C (68-77°F)
■ do not refrigerate     ■ dosing cup provided ▶

**Drug Facts (continued)**

**Inactive Ingredients**
anhydrous citric acid, edetate disodium, FD&C red #40, mxv, glycerin, propylene glycol, puri, ed water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions or comments?** 1-866-267-1915

Satisfaction guaranteed —
Or we'll refund 2 or give you
your money back. For questions
or comments or to report an
unintended reaction or side effect,
please call 1-866-267-1915.

DISTRIBUTED BY: Walmart Inc.,
Bentonville, AR 72716
**This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademark Mucinex®.

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

6  81131 37872  7

939D7 2E C1

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 15 of 21 PageID #: 3292



A-1107

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 16 of 21 PageID #: 3293



## equate™

NDC 49035-076-40

Compare to Vicks® DayQuil® Severe active ingredients†

**DAYTIME**

**NON-DROWSY**
**SEVERE**

# Cold & Flu

Pain Reliever, Fever Reducer,
Cough Suppressant, Expectorant,
Nasal Decongestant

**MAXIMUM STRENGTH**

**Daytime Relief**

- **Acetaminophen** – Headache, fever, sore throat, minor aches & pains

- **Dextromethorphan HBr** – Cough

- **Guaifenesin** – Chest congestion

- **Phenylephrine HCl** – Nasal/sinus congestion & sinus pressure

Alcohol Free

## 12 FL OZ (355mL)

: 60340 2E F4

---

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

164152

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

PEEL BACK AT CORNER FOR MORE INFORMATION

: 60340 2E B4

---

**Drug Facts**
(continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

---

**Drug Facts**
(continued)

When using this product do not use more than directed

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

| Directions ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs | |
|---|---|
| adults & children | 30 mL every 4 hrs |

ADHESIVE AREA • NO VARNISH • NO TYPE

A-1108



Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ high blood pressure
■ thyroid disease   ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

| | | |
|---|---|---|
| 12 yrs & over | | |
| children 6 to under 12 yrs | 15 mL every 4 hrs | |
| children 4 to under 6 yrs | ask a doctor | |
| children under 4 yrs | do not use | |

**Other information** ■ each 15 mL contains: sodium 6 mg  ■ store at 20-25°C (68-77°F).
Do not refrigerate.

**Inactive ingredients**
butylated hydroxyanisole, edetate disodium, FD&C yellow #6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions?**
1-800-297-1915

DISTRIBUTED BY: Wellness Way...
Bentonville, AR 72716
*This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademark Vicks® NyQuil®.

A-1109

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 18 of 21 PageID #: 3295



## Panel 1

**equate™**

NDC 49035-726-40

Compare to Vicks® DayQuil® Cold & Flu active ingredients*

**DAYTIME** **NON-DROWSY**
**ALCOHOL FREE**

# Cold & Flu

Pain Reliever, Fever Reducer, Cough Suppressant, Nasal Decongestant

**Multi-Symptom Relief**

- **Acetaminophen** – Aches, fever
- **Dextromethorphan HBr** – Cough
- **Phenylephrine HCl** – Nasal congestion

Antihistamine-Free

## 12 FL OZ (355mL)

: 65640 2E F5

## Panel 2

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

164152

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache ■ fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◄ **PEEL BACK AT CORNER FOR MORE INFORMATION**

: 65640 2E B1

## Panel 3

**Drug Facts**
(continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

## Panel 4

**Drug Facts**
(continued)

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 6 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |

ADHESIVE AREA NO VARNISH • NO TYPE

A-1110



Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ high blood pressure
■ thyroid disease   ■ diabetes
■ trouble urinating due to an
enlarged prostate gland   ■ cough
that occurs with too much phlegm
(mucus)   ■ persistent or chronic
cough such as occurs with smoking,
asthma, or emphysema.

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

When using
this
product
do not use
more than
directed ◄

children 4 to under 6 yrs | ask a doctor
children under 4 yrs | do not use

**Other information** ■ each 15 mL contains:
sodium 7 mg   ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole,
edetate disodium, FD&C yellow no. 6, flavor,
glycerin, menthol, monobasic sodium phosphate,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sucrose, xanthan gum

**Questions?** 1-888-287-1915

Satisfaction guaranteed – For questions
or comments please call 1-888-287-1915.

DISTRIBUTED BY:
Walmart Inc.,
Bentonville, AR 72716
*This product is not
manufactured or
distributed by The
Procter & Gamble
Company, owner of the
registered trademarks
Vicks® and DayQuil®.

A-1111

Case 1:23-md-03089-BMC   Document 200-23   Filed 05/03/24   Page 20 of 21 PageID #: 3297





**Nighttime Cold & Flu**

## Drug Facts

**Active ingredients (in each 30 mL)** — **Purpose**
Acetaminophen 650 mg ........................ Pain reliever/fever reducer
Dextromethorphan HBr 30 mg ........................ Cough suppressant
Doxylamine succinate 12.5 mg ........................ Antihistamine

**Uses** temporarily relieves common cold/flu symptoms:
■ cough due to minor throat and bronchial irritation
■ sore throat    ■ headache    ■ minor aches and pains
■ fever    ■ runny nose and sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease    ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough as occurs with smoking, asthma, or emphysema
■ a magnum-restricted diet

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers    ■ taking the blood thinning drug warfarin

**When using this product**
■ excitability may occur, especially in children
■ marked drowsiness may occur    ■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery
■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
■ pain or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days.
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
■ take only as directed – see Overdose warning
■ only use the dose cup provided    ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

## Other information
■ each 30 mL contains: sodium 36 mg
■ store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions or comments?** 1-888-287-1915

---

**Daytime Cold & Flu**

## Drug Facts

**Active ingredients (in each 15 mL)** — **Purpose**
Acetaminophen 325 mg ........................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........................ Cough suppressant
Phenylephrine HCl 5 mg ........................ Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
■ nasal congestion    ■ cough due to minor throat and bronchial irritation
■ sore throat    ■ headache    ■ minor aches and pains    ■ fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
■ adult takes more than 4,000 mg of acetaminophen in 24 hours
■ child takes more than 5 doses in 24 hours
■ taken with other drugs containing acetaminophen
■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease    ■ high blood pressure
■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ you get nervous, dizzy or sleepless
■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
■ take only as directed – see Overdose warning
■ only use the dose cup provided    ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

## Other information
■ each 15 mL contains: sodium 7 mg    ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-888-287-1915

---

equate™

DAYTIME    NON-DROWSY    ALCOHOL FREE

# Cold & Flu

**Pain Reliever, Fever Reducer, Cough Suppressant, Nasal Decongestant**

Multi-Symptom Relief

A-1113

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 1 of 17 PageID #: 3299

# Walmart Inc.

## -PE Product Labels –

**-continued**

A-1114



A-1115

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 3 of 17 PageID #: 3301



A-1116

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 4 of 17 PageID #: 3302



**equate™**

NDC 49655-170-40

Compare to Vicks® DayQuil® Severe VapoCOOL® active ingredients*

**DAYTIME   SEVERE**

**VAPOR ICE®**

## Cold & Flu

Minor Aches & Pains, Fever, Nasal Congestion & Sinus Pressure, Cough, Chest Congestion

- **Acetaminophen –** Pain reliever/Fever reducer
- **Phenylephrine HCl –** Nasal decongestant
- **Dextromethorphan HBr –** Cough suppressant
- **Guaifenesin –** Expectorant

**12 FL OZ (355mL)**

**10% ALCOHOL**

⫶ 94M4D 2E F2

---

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

164152

**Drug Facts**

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product.
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◄

**PEEL BACK AT CORNER FOR MORE INFORMATION**

⫶ 94M4D 2E B1

---

**Drug Facts** (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

---

**Drug Facts** (continued)

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|

A-1117

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 5 of 17 PageID #: 3303



A-1118

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 6 of 17 PageID #: 3304



Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 7 of 17 PageID #: 3305



Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 8 of 17 PageID #: 3306



A-1121

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 9 of 17 PageID #: 3307



A-1122

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 10 of 17 PageID #: 3308



A-1123



Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 11 of 17 PageID #: 3309

NDC 49035-690-40

## equate™

Compare to
Vicks® NyQuil
Severe VapoCOOL™
active ingredients

## NIGHTTIME   SEVERE

## VAPOR ICE®

## Cold & Flu

Minor Aches & Pains, Fever, Nasal
Congestion & Sinus Pressure,
Sneezing, Runny Nose, Cough

- **Acetaminophen –**
  Pain reliever/Fever reducer
- **Phenylephrine HCl –**
  Nasal decongestant
- **Doxylamine Succinate –**
  Antihistamine
- **Dextromethorphan HBr –**
  Cough suppressant

## 12 FL OZ
(355mL)

10%
ALCOHOL

∻ 59B40  2E  F2

---

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED
NECKBAND IS BROKEN
OR MISSING

164152 ✳

### Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical
◄ help right away.

PEEL BACK AT
CORNER FOR MORE
INFORMATION

∻ 59B40  2E  B1

---

### Drug Facts
(continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease ■ heart disease

---

### Drug Facts
(continued)

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed — see Overdose warning ■ only use the dose cup

A-1124

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 12 of 17 PageID #: 3310



■ high blood pressure   ■ thyroid disease   ■ diabetes   ■ glaucoma   ■ cough that occurs with too much phlegm (mucus)   ■ a breathing problem such as emphysema or chronic bronchitis   ■ trouble urinating due to an enlarged prostate gland   ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema   ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

| provided ■ do not exceed 4 doses per 24 hrs | |
| --- | --- |
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

***Other Information*** ■ each 30 mL contains: sodium 42 mg ■ store at 20–25°C (68–77°F)

***Inactive ingredients*** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?**
1-888-287-1915

DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® and NyQuil®.



A-1126

## Drug Facts — Nighttime Cold & Flu

**Active Ingredients (in each 30 mL)** — **Purpose**

| Ingredient | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 30 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |

**Uses** temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ minor aches and pains ■ fever ■ runny nose and sneezing

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash   If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ glaucoma
■ cough that occurs with too much phlegm (mucus)  ■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema  ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers  ■ taking the blood thinning drug warfarin

**When using this product** ■ excitability may occur, especially in children  ■ marked drowsiness may occur
■ avoid alcoholic drinks  ■ be careful when driving a motor vehicle or operating machinery
■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ pain or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days  ■ redness or swelling is present  ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning
■ only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**◀ Other information** ■ each 30 mL contains: sodium 39 mg  ■ store at 20-25°C (68-77°F)

## Drug Facts — Daytime Cold & Flu

**Active ingredients (in each 15 mL)** — **Purpose**

| Ingredient | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ sore throat  ■ headache  ■ minor aches and pains  ■ nasal congestion

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
■ adult takes more than 4,000 mg of acetaminophen in 24 hours
■ child takes more than 5 doses in 24 hours  ■ taken with other drugs containing acetaminophen
■ adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash   If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease  ■ heart disease  ■ thyroid disease  ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland  ■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema  ■ diabetes

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless
■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
■ fever gets worse or lasts more than 3 days  ■ redness or swelling is present  ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning
■ only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 15 mL contains: sodium 7 mg  ■ store at 20-25°C (68-77°F)  ▶

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 15 of 17 PageID #: 3313



A-1128

Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 16 of 17 PageID #: 3314



CONVENIENT RECLOSING TAB

**DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED**

## Drug Facts

| Active Ingredients (in each packet) | Purposes |
|---|---|
| Acetaminophen 500 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these symptoms due to a cold:
  - minor aches and pains
  - minor sore throat pain
  - headache
  - nasal and sinus congestion
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- in a child under 12 years of age
- if you have ever had an allergic reaction to this product or any of its ingredients
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dosage**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occurs
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- pain, cough or nasal congestion gets worse or lasts more than 7 days
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

### Directions
- do not use more than directed (see overdose warning)
- take every 4 hours, while symptoms persist. Do not take more than 6 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

- dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
- if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other Information
- each packet contains: potassium 10 mg and sodium 25 mg
- phenylketonurics: contains phenylalanine 22 mg per packet
- store at 20-25°C (68-77°F). Protect product from heat and moisture.

### Inactive Ingredients acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

### Questions or comments?
1-888-287-1915



Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716
PRODUCT OF MEXICO
*This product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of TheraFlu® Multi-Symptom Severe Cold.

**OPEN OTHER END**

164152



A-1129



A-1130

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 1 of 22 PageID #: 3316

# Walmart Inc.

# –PE Product Labels –

# –continued

A-1131

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 2 of 22 PageID #: 3317



A-1132

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 3 of 22 PageID #: 3318



A-1133

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 4 of 22 PageID #: 3319



A-1134

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 5 of 22 PageID #: 3320



A-1135

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 6 of 22 PageID #: 3321



**equate™**

**Severe Congestion & Cough**

Dextromethorphan HBr/Cough Suppressant
Guaifenesin/Expectorant
Phenylephrine HCl/Nasal Decongestant

**MAXIMUM STRENGTH**

- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus

For Ages 12+

**6 FL OZ (180mL)**

A-1136

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 7 of 22 PageID #: 3322



A-1137

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 8 of 22 PageID #: 3323








A-1138

Case 1:23-md-03089-BMC    Document 200-25    Filed 05/03/24    Page 9 of 22 PageID #: 3324



A-1139



Case 1:23-md-03089-BMC    Document 200-25    Filed 05/03/24    Page 10 of 22 PageID #: 3325

A-1140

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 11 of 22 PageID #: 3326



A-1141

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 12 of 22 PageID #: 3327





Pain reliever, Nasal decongestant, Antihistamine

## Multi-Symptom
## Allergy Relief

Rapid Release

Compare to
Tylenol®
Allergy
Multi-Symptom
Active
Ingredients*

**equate®**

NDC 68016-025-01

### Drug Facts

RETAIN CARTON FOR COMPLETE PRODUCT INFORMATION

**Active ingredients (in each gelcap)** Purpose

Acetaminophen 325 mg ....... Pain reliever
Chlorpheniramine maleate 2 mg .... Antihistamine
Phenylephrine HCl 5 mg ....... Nasal decongestant

### Drug Facts (continued)

**Uses** ■ temporarily relieves these symptoms of hay fever or other upper respiratory allergies:
■ sinus congestion and pressure
■ nasal congestion ■ runny nose and sneezing
■ headache ■ minor aches and pains

### Drug Facts (continued)

■ temporarily relieves these additional symptoms of hay fever ■ itching of the nose or throat
■ itchy, watery eyes
■ helps clear nasal passages
■ helps decongest sinus openings and passages

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 gelcaps in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ diabetes ■ heart disease
■ high blood pressure ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis ■ glaucoma

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

### Drug Facts (continued)

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery ■ drowsiness may occur

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see overdose warning)
■ adults and children 12 years and over
■ take 2 gelcaps every 4 hours
■ do not take more than 12 gelcaps in 24 hours
■ children under 12 years: do not use this adult product in children under 12 years of age; this will provide more than the recommended dose (overdose) and may cause liver damage

**Other Information**
■ see end flap for expiration date and lot number

### Drug Facts (continued)

shellac, glaze, silica gel, stearic acid, titanium dioxide

**Questions?** 1-888-287-1915

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

### Drug Facts (continued)

■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ contains FD&C Yellow #5 (tartrazine) as a color additive

**Inactive ingredients** croscarmellose sodium,

### Drug Facts (continued)

crospovidone, FD&C red #3, FD&C red #40, FD&C yellow #5, FD&C yellow #6, gelatin, hydroxypropyl cellulose, hypromellose, iron oxide black, iron oxide red, iron oxide yellow, magnesium stearate, microcrystalline cellulose, polyethylene glycol, povidone, pregelatinized starch, propylene glycol.

Satisfaction guaranteed - for questions or comments please call 1-888-287-1915

© Wal-Mart Stores, Inc.
Distributed by Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by McNeil Consumer Healthcare, owner of the registered trademark Tylenol® Allergy Multi-Symptom.

6 81131 03925 3

A-1143

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 14 of 22 PageID #: 3329



**Equate 44-559**

A-1144

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 15 of 22 PageID #: 3330



A-1145

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 16 of 22 PageID #: 3331



**Equate 44-543**

A-1146

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 17 of 22 PageID #: 3332



Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 18 of 22 PageID #: 3333

**Drug Facts (continued)**

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions or comments?** 1-888-287-1915

**Drug Facts (continued)**

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 6,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • skin reddening • blisters • rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- thyroid disease
- diabetes
- high blood pressure
- trouble urinating due to an enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Drug Facts (continued)**

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- fever gets worse or lasts more than 3 days
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- new symptoms occur
- redness or swelling is present
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years and over: take 2 caplets every 4 hours
- children under 12 years: do not use

**Other information**
- each caplet contains: sodium 5 mg
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTERS IS TORN OR BROKEN**

DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716

**Drug Facts (continued)**

**Uses** temporarily relieves:
- nasal congestion
- headache
- minor aches and pains
- sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passages of bothersome mucus and make coughs more productive
- temporarily promotes nasal and/or sinus drainage

**Drug Facts**

**Active ingredients (in each caplet)** | **Purpose**
--- | ---
Acetaminophen 325 mg | Pain reliever
Guaifenesin 200 mg | Expectorant
Phenylephrine HCl 5 mg | Nasal decongestant

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

NDC 49035-165-09

# equate™

Compare to Maximum Strength Mucinex® SINUS-MAX® Severe Congestion & Pain Active Ingredients*

**Maximum Strength Sinus**

## Severe Congestion Relief

**Acetaminophen** - Pain Reliever
**Guaifenesin** – Expectorant
**Phenylephrine HCl** - Nasal Decongestant

- Relieves headache
- Thins & loosens mucus
- Relieves sinus congestion

**For Ages 12+**

**20 CAPLETS**

A-1148

Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 19 of 22 PageID #: 3334





A-1150



Case 1:23-md-03089-BMC   Document 200-25   Filed 05/03/24   Page 22 of 22 PageID #: 3337



A-1152

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: Oral Phenylephrine Marketing and Sales Practices Litigation<br><br>This document relates to:<br><br>All actions. | Case No. 1:23-md-03089-BMC<br><br>Hon. Brian M. Cogan |

### [PROPOSED] AMENDED ORDER GOVERNING INITIAL STREAMLINED CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANTS' MOTION TO DISMISS IN RESPONSE

1.      Pursuant to the parties' previously-filed [Proposed] Order Governing Plaintiffs' Initial Streamlined Consolidated Complaint and Defendants' Motion to Dismiss in Response (ECF No. 196-1) and the Court's related Order of April 17, 2024 (ECF No. 197), the parties and the Court agreed Plaintiffs would "file an Initial Streamlined Consolidated Complaint under New York law alleging representative examples of the conduct and claims they allege to be at issue in this multidistrict litigation relating, among other things, to the marketing and labeling of oral phenylephrine products."

2.      The parties and the Court also agreed that, by June 3, 2024, all named and served Defendants will "file a single joint motion to dismiss raising arguments solely on preemption and/or primary jurisdiction."

3.      On May 3, 2024, Interim Class Counsel filed the Intitial [sic] Streamlined Consolidated Class Action Complaint (the "Initial Streamlined Complaint") (ECF No. 200), alleging representative examples of the conduct and claims they allege to be at issue in this multidistrict litigation relating, among other things, to the marketing and labeling of oral phenylephrine products.  Plaintiffs included, for the first time in any complaint filed in this multidistrict litigation, a federal RICO claim against the "RICO Defendants" (ECF No. 200 at Count 7).  This claim is governed by federal law, not New York

1

A-1153

law.

4.      In light of Plaintiffs' inclusion of the new federal RICO claim, the parties now agree that, in addition to defenses of preemption and/or primary jurisdiction outlined in the parties' prior stipulation (ECF No. 196) and the Court's corresponding Order (ECF No. 197), Defendants are also permitted to raise in their forthcoming Motion to Dismiss certain arguments responsive to the RICO claim (hereinafter "initial RICO arguments").

5.      Plaintiffs' response will be due July 15, 2024, and Defendants' reply will be due August 5, 2024.  For purposes of this motion only, the parties are excused from complying with the Court's requirement to request a pre-motion conference.

6.      Regardless of when Plaintiffs file their Full Master Consolidated Complaint, Defendants shall not be obligated to answer or otherwise respond to the Full Master Consolidated Complaint until 45 days after the Court rules on Defendants' motion to dismiss the Initial Streamlined Complaint.  For the avoidance of doubt, Defendants shall not be obligated to raise any arguments for dismissal of either the Initial Streamlined Complaint or a Full Master Consolidated Complaint with respect to any issues other than preemption and/or primary jurisdiction and/or initial RICO arguments until their deadline to answer or otherwise respond to the Full Master Consolidated Complaint, a deadline that shall be set by the Court.

7.      The Parties agree that to the extent the Court grants or denies Defendants' motion to dismiss based on preemption and/or primary jurisdiction and/or any initial RICO argument(s) raised, the order will apply to all cases in this multidistrict litigation or otherwise subject to transfer into this multidistrict litigation.

**Parties' Reservation of Rights**

8.      **Plaintiffs.**  In filing the Initial Streamlined Complaint, Plaintiffs will not be prejudiced

2

A-1154

by failure to (1) allege every single instance of the conduct they allege to be wrongful relating to the marketing and labeling of oral phenylephrine cold medicines, (2) identify all products at issue, (3) file on behalf of every named plaintiff in this litigation, or (4) refer to the laws of any state other than New York. Plaintiffs hereby represent that they have filed sufficient representative examples of the conduct and claims that they allege to be wrongful that a motion to dismiss based on preemption and/or primary jurisdiction and/or initial RICO arguments will, if such arguments prevail, resolve this litigation in its entirety, regardless of additional specific examples of wrongful conduct, additional products named, additional Plaintiff-related allegations, or additional state-law claims that are pled or could be pled in a future Full Master Consolidated Complaint.

9. **Defendants.** In moving to dismiss the Initial Streamlined Complaint based only on preemption and/or primary jurisdiction and/or initial RICO arguments, Defendants will not be prejudiced by failure to raise additional arguments for dismissal under Federal Rule of Procedure 12 unrelated to preemption and/or primary jurisdiction and/or the initial RICO arguments if, in the event the Court denies the motion to dismiss based on preemption and/or primary jurisdiction and/or initial RICO arguments, a subsequent Full Master Consolidated Complaint is filed. Plaintiffs agree that, in the event the Court denies the motion to dismiss based on preemption and/or primary jurisdiction and/or initial RICO arguments, Defendants shall be permitted to move to dismiss any cause of action set forth in the subsequent Full Master Consolidated Complaint based on any defense under Federal Rule of Civil Procedure 12(b) that has not already been briefed and addressed by the Court in ruling on the motion to dismiss the Initial Streamlined Complaint. Nothing about this stipulation, or the filing of any motion to dismiss the Initial Streamlined Complaint, waives any Defendants' personal jurisdiction defense.

3

A-1155

**SO ORDERED.**

Dated: May 16, 2024

*Brian M. Cogan*

THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

4

A-1156

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | NO. 1:23-MD-3089-BMC<br><br>THIS DOCUMENT RELATES TO:<br><br>THE CASES IDENTIFIED IN EXHIBIT A |

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs Listed on **Exhibit A**, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action and in the actions identified on **Exhibit A**, on November 12, 2024 (**Exhibit B**) and from the district court's Memorandum Decision and Order entered in this action on October 29, 2024 (**Exhibit C**).

A-1157

Dated:  December 9, 2024

Bryan F. Aylstock
**AYLSTOCK WITKIN KREIS**
**OVERHOLTZ PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: 850-202-1010
baylstock@awkolaw.com

Kiley L. Grombacher
**BRADLEY/GROMBACHER LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Tel: 866-881-0403
kgrombacher@bradleygrombacher.com

Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-214-7900
alevitt@dicellolevitt.com

Michael A. London
**DOUGLAS & LONDON P.C.**
59 Maiden Lane – 6th Floor
New York, New York 10038
Tel: 212-566-7500
mlondon@douglasandlondon.com

Jason P. Sultzer
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza Ste. 200
Poughkeepsie, New York 12601
Tel: 845-244-5595
sultzerj@thesultzerlawgroup.com

Respectfully submitted,

/s/ Jonathan D. Selbin
Jonathan D. Selbin
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: 212-355-9500
jselbin@lchb.com

James E. Cecchi
**CARELLA BYRNE CECCHI BRODY &**
**AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: 973-994-1700
jcecchi@carellabyrne.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Tel: 630-273-2625
beth@feganscott.com

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Tel: 888-546-8799
cseeger@seegerweiss.com

Lindsey N. Scarcello
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Tel: 816-701-1102
lscarcello@wcllp.com

*Plaintiffs' Interim Class Counsel and Executive Committee*

A-1158

Sarah N. Wescot
**BURSOR & FISHER, P.A.**
701 Brickell, Suite 1420
Miami, Florida 33131
Tel: 305-330-5512
swescot@bursor.com

Shireen M. Clarkson
**CLARKSON LAW FIRM P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: 213-788-4050
sclarkson@clarksonlawfirm.com

Kelsey L. Stokes
**FLEMING, NOLAN, and JEZ P.C.**
2800 Post Oak Blvd.
Suite 6000
Houston, Texas 77056
Tel: 713-621-7944
kstokes@fleming-law.com

Cari C. Laufenberg
**KELLER ROHRBACK, LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
claufenberg@kellerrohrback.com

Laura S. Dunning
**LEVIN PAPANTONIO RAFFERTY
PROCTOR BUCHANAN O'BRIAN
BARR MOUGEY, P.A.**
316 South Baylen Street
Pensacola, Florida 32502
Tel: 850-435-7000
ldunning@levinlaw.com

Michael A. Sacchet
**CIRESI CONLIN LLP**
225 South 6th Street, #4600
Minneapolis, MN 55402
Tel: 612-361-8200
MAS@CiresiConlin.com

Adam J. Zapala
**COTCHETT, PITRE, & MCCARTHY,
LLP**
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Tel: 650-697-6000
azapala@cpmlegal.com

Darren T. Kaplan
**KAPLAN GORE LLP**
346 Westbury Ave., Ste. 200
Carle Place, New York 11514
Tel: 212-999-7370
dkaplan@kaplangore.com

Jordan E. Jacobson
**KESSLER, TOPAZ, MELTZER &
CHECK LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: 484-270-1488
jjacobson@ktmc.com

Frederick S. Longer
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Tel: 215-592-1500
flonger@lfsblaw.com

A-1159

Marlene J. Goldenberg
**NIGH, GOLDENBERG, RASO & VAUGHN PLLC**
14 Ridge Square NW Third Floor
Washington D.C. 20016
Tel: (202) 792-7927
mgoldenberg@nighgoldenberg.com

Melanie H. Muhlstock
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, New York 11050
Tel: 516-466-6500
mmuhlstock@yourlawyer.com

Stuart A. Davidson
**ROBINS GELLER RUDMAN & DOWD LLP**
225 Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Tel: 561-750-3000
SDavidson@rgrdlaw.com

*Plaintiffs' Steering Committee*

A-1160

# EXHIBIT A

A-1161

## PLAINTIFFS APPEALING

| E.D.N.Y. CASE NUMBER | PLAINTIFF(S) |
|---|---|
| 1:23-md-03089-BMC | Anntwanette Jones, Daniel Calzado, Keith Mortuiccio, and Pedro Urena |
| 2:23-cv-06870-BMC | Robyn Cronin |
| 2:23-cv-07497-BMC | Timothy Butler |
| 1:23-cv-07311-BMC | John Coyle |
| 1:23-cv-06936-BMC | Archanatep Boonparn |
| 1:23-cv-09062-BMC | Kaycie Coppock |
| 1:23-cv-07395-BMC | Chioma Ozuzu |
| 1:23-cv-09057-BMC | Kenneth Levi Pack and Min Ji Jung |
| 1:23-cv-09059-BMC | Steve Audelo |
| 1:23-cv-09060-BMC | Natalie Juneau |
| 1:23-cv-09061-BMC | Robert Fichera |
| 1:23-cv-09065-BMC | Kamonica McWhite |
| 1:23-cv-09063-BMC | Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo |
| 1:23-cv-09058-BMC | Kristin Depaola |
| 1:23-cv-09284-BMC | Michael Walker |
| 1:23-cv-09287-BMC | Cathy Kleiman |
| 1:23-cv-09288-BMC | Richard Scoffier |
| 1:23-cv-09289-BMC | Annette Striegel |
| 1:23-cv-09290-BMC | Martha A. Page |
| 1:23-cv-09317-BMC | Emily Cohen |
| 1:23-cv-09297-BMC | Janet Jones |
| 1:23-cv-09318-BMC | Cathy Kleiman |
| 1:23-cv-09279-BMC | Lateef Murdock, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, Lauren Debeliso, and Lorette Kenney |
| 1:23-cv-09282-BMC | Daniel Heaghney |
| 1:23-cv-09310-BMC | Amanda Thorns and Scott Collier |
| 1:23-cv-09283-BMC | Andrew Isom |
| 1:23-cv-09253-BMC | John Jeffrey Bader, Brian Lloyd Fireng, Carrie Diane Huff, Joseph Samuel Sorge, Joshua Edward Sorge, and Christine Ann Waters |
| 1:23-cv-09263-BMC | Eduardo Flores |
| 1:23-cv-09262-BMC | Christopher McPhee and Justin Vorise |
| 1:23-cv-09285-BMC | Krista Wright |
| 1:23-cv-09261-BMC | Jordan Nelson and Regina Peralta |

A-1162

| | |
|---|---|
| 1:23-cv-09292-BMC | Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, and Hollie Verdi |
| 1:23-cv-09306-BMC | Tiffany Travis |
| 1:23-cv-09291-BMC | Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, and Tina Haluszka |
| 1:23-cv-09305-BMC | Cathy Kleiman |
| 1:23-cv-09278-BMC | Heather Fong |
| 1:23-cv-09313-BMC | Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers |
| 1:23-cv-09255-BMC | Jamieka Holmes |
| 1:23-cv-09256-BMC | Mari Jones |
| 1:23-cv-09312-BMC | Michele Kasparie and Kimberly James |
| 1:23-cv-09260-BMC | Greg Enriquez |
| 1:23-cv-09311-BMC | Rachel Parker |
| 1:23-cv-09265-BMC | Darrell Wayne Grimsley, Jr. |
| 1:23-cv-09281-BMC | Krystal Rampalli |
| 1:23-cv-09266-BMC | Cody Morgan |
| 1:23-cv-09275-BMC | Anthony DeRosa |
| 1:23-cv-09276-BMC | Daryl Means |
| 1:23-cv-09286-BMC | Jacob Reinkraut |
| 1:23-cv-09294-BMC | Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, and Cece Davenport |
| 2:23-cv-06825-BMC | Sandra Yousefzadeh |
| 1:23-cv-09295-BMC | Claudette Sanes, Daniel Flick, and Janis Zimmerman |
| 1:24-cv-03136-BMC | Rose Riccio |
| 1:23-cv-09296-BMC | Andrea Wilson |
| 1:23-cv-09304-BMC | Richard Chavez |
| 1:23-cv-09314-BMC | Kathleen Emmons and Nathan Jackson |
| 1:23-cv-09315-BMC | Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Frank Anderson, and Tina Haluszka |
| 1:23-cv-09274-BMC | James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia |
| 1:23-cv-09316-BMC | Tamula Chamberlain |
| 1:23-cv-09280-BMC | Stacy Rankin |
| 1:23-cv-09277-BMC | Harold Nyanjom |
| 1:23-cv-09272-BMC | Hannah De Priest, Frizell Johnson, and Ruben Varela |
| 1:23-cv-09258-BMC | Joy Taylor and Anthony Coleman |
| 1:23-cv-09257-BMC | Natasha Hernandez |
| 1:23-cv-09320-BMC | Jessica Thompson |

A-1163

| | |
|---|---|
| 1:23-cv-09259-BMC | Emily Hansen, Sommer Milous, and Andrew Gutierrez |
| 1:23-cv-09308-BMC | Rebecca Lynn Reyes |
| 1:23-cv-09309-BMC | Sierra Vent |
| 1:23-cv-09267-BMC | Hector Valdes |
| 1:23-cv-09268-BMC | Joanne Silva |
| 1:23-cv-09270-BMC | Shelby Noviskis |
| 1:23-cv-09319-BMC | James Carrigan |
| 1:23-cv-09303-BMC | Shawn L. Thomas and Charles Geoffrey Woods |
| 1:23-cv-09302-BMC | John Jeffrey Ward, Ruta Taito, and Dr. Karen Schwartz |
| 1:23-cv-09301-BMC | Thomas Lewis and Dena Fichot |
| 1:23-cv-09300-BMC | Pamela Joyner |
| 1:23-cv-09299-BMC | Kristin Lawrence |
| 1:23-cv-09298-BMC | Sharon Rourk |
| 1:24-cv-00041-BMC | Izabel Pena-Venegas and Beverly Ward |
| 1:24-cv-00043-BMC | Abby Jergins, Bill Jergins, and Archi Hipkins |
| 1:23-cv-09264-BMC | Krystal Rampalli |
| 1:24-cv-00044-BMC | Christine Harrison |
| 1:24-cv-00230-BMC | Viva Cohen and Joey Cohen |
| 1:24-cv-00229-BMC | Krystal Rampalli |
| 1:24-cv-00040-BMC | William Bryan, Jack Hinsberger, and Nancy Welharticky |
| 1:24-cv-00123-BMC | Robert Housman |
| 1:24-cv-00124-BMC | Jay Valinsky |
| 1:24-cv-00269-BMC | Rethea Morris and Robert Haid |
| 1:24-cv-01102-BMC | Michael Folks and Sharon Manier |
| 1:24-cv-01099-BMC | Jay Valinsky |
| 1:24-cv-01105-BMC | Stan Szrajer |
| 1:24-cv-01100-BMC | Achorea Tisdale |
| 1:24-cv-01101-BMC | Marisol Scharon |
| 1:24-cv-01104-BMC | Haley Hadden and Bonnie Van Noy |
| 1:24-cv-02272-BMC | John Boswell |
| 1:24-cv-02739-BMC | Mohamad Tlaib |
| 1:24-cv-02748-BMC | Donald Krist |
| 1:24-cv-02787-BMC | Tina Tuominen |
| 1:24-cv-02795-BMC | Rose Riccio, Paul Mateer, and William Mitchell |
| 1:24-cv-02890-BMC | Bethany Childers |

A-1164

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION*<br><br>**THIS DOCUMENT APPLIES TO:**<br><br>*Newton's Pharmacy, Inc. v. Proctor & Gamble Company, et al.*<br><br>**CASE NO. 1:23-CV-09307-BMC** | **MDL No. 3089**<br>**Case No. 1:23-md-03089-BMC** |

---

### PLAINTIFF NEWTON'S PHARMACY, INC.'S NOTICE OF APPEAL

---

Pursuant to Fed. R. App. P. 3(c)(1) and Fed. R. App. P. 4(a), Plaintiff Newton's Pharmacy, Inc., hereby notices its appeal to the United States Court of Appeals for the Second Circuit from the District (Eastern District of New York) Court's Orders dated November 12, 2024, dismissing with prejudice all claims in the complaints transferred into the master docket (Dkt. 252) and dated December 13, 2024 denying its Motion for Partial Relief from this Court's November 12, 2024, Order Entering Judgment Pursuant to Fed. R. Civ. P. 60(b) and for Remand of its Lanham Act Claim to the Southern District of Ohio (Dkt. 259).

DATE: January 10, 2025.

Respectfully submitted,

*/s/ Alyson S. Beridon*        
Alyson S. Beridon, Trial Attorney (#87496)
Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC
600 Vine St., Suite 2720
Cincinnati, OH 45202
Ph: (513) 381-2224
Fax: (615) 994-8625
alyson@hsglawgroup.com

A-1165

James A. Streett* (ABA #2007092)
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801
Ph: 479-968-2030
Fax: 479-968-6253
james@streettlaw.com

*Attorneys for Plaintiff Newton's Pharmacy Inc.*

*Pro Hac Vice Admitted*

A-1166

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Alyson S. Beridon*
Alyson S. Beridon