United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 27, 2025
Docket #: 24-3296
Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litigation

DC Docket #: 1:23-md-3089
DC Court: EDNY (BROOKLYN)
Trial Judge - Brian M. Cogan

# NOTICE OF DEFECTIVE FILING

On March 26, 2025 the Appendix (Doc. 94), on behalf of the Appellant Newton's Pharmacy, Inc., was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
 _____ Missing proof of service
 _____ Served to an incorrect address
 _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
 for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
 **XX   Defective cover *(FRAP 32)* – missing a cover, see "*Other*" on next page**
 \_XX\_ Incorrect caption *(FRAP 32)* – missing full caption as shown on docket.
 _____ Wrong color cover *(FRAP 32)*
 _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

**　XX　Other: Missing a cover, incomplete caption, and missing appendices volumes 4 and on the docket. Please correct by providing a cover for the appendix and refile using the same filing type as your previous filing ("*Appendix FILED*").**

**If Appendix, vols. 4 and 5, are *sealed* appendices, you must submit a certificate of service on the docket and email a copy of the sealed appendices to the Court. Furthermore, 7, instead of 6, hard copies of those sealed appendices must be provided to the Court which consists of each appendix book being placed in an individual envelope with a copy of the cover on the front.**

　　　Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **March 31, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

　　　　Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.