# 24-3296 (L)
## 25-119 (Con)

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

NEWTON'S PHARMACY, INC.,

*Plaintiff-Appellant*

v.

PROCTOR & GAMBLE COMPANY, ET. AL.,

*Defendants-Appellees*

On Appeal from the United States District Court
For the Eastern District of New York

### PLAINTIFF-APPELLANT NEWTON'S PHARMACY, INC.'S
### APPENDIX
### Volume 3 of 6

<div>

Joe P. Leniski, Jr.
HERZFELD, SUETHOLZ,
GASTEL, LENISKI AND WALL,
PLLC
223 Rosa L. Parks Avenue, Ste. 300
Nashville, Tennessee 37203
(615) 800-6225

Alyson S. Beridon
HERZFELD, SUETHOLZ,
GASTEL, LENISKI AND WALL
PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224

</div>

i.

## TABLE OF CONTENTS

**Page**

Exhibits to Amended Complaint Initial Streamlined Consolidated New York Bellwether Class Action Complaint, *In Re: Oral Phenylephrine Marketing and Sales Practice*, Document Applies to All Cases, MDL No. 3089 (District Court Docket No. 200, dated May 3, 2024..........................  A-427




**#278531**

0 50428 55409 8

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER
UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.
KEEP OUTER CARTON FOR COMPLETE WARNINGS AND
PRODUCT INFORMATION.

**Nighttime**
Multi-Symptom
**COLD & FLU RELIEF**
**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**DOXYLAMINE SUCCINATE**
Antihistamine
Relieves:
Aches; Fever; Cough;
Sore throat; Sneezing;
Runny nose

A-427

**Daytime**
Multi-Symptom
Non-Drowsy
**COLD & FLU RELIEF**
**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant
Relieves:
Aches; Fever; Cough;
Nasal congestion

**♦CVSHealth.**

NDC 59779-646-24
Compare to the active ingredients
in Vicks® DayQuil® and NyQuil® LiquiCaps®[*]

**DAY & NIGHT TWIN PACK**

---

### Nighttime Cold & Flu Softgel

**Drug Facts**

**Active ingredients (in each softgel)** — **Purpose**

Acetaminophen 325 mg .......................... Pain reliever/fever reducer
Dextromethorphan HBr 15 mg .......................... Cough suppressant
Doxylamine succinate 6.25 mg .......................... Antihistamine

**Uses** ■ temporarily relieves common cold and flu symptoms
■ cough due to minor throat and bronchial irritation ■ sore throat
■ headache ■ minor aches and pains ■ fever ■ runny nose & sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

**Drug Facts** (continued)
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product**
■ excitability may occur, especially in children
■ marked drowsiness may occur ■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ pain or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

### Daytime Cold & Flu Softgel

**Drug Facts**

**Active ingredients (in each softgel)** — **Purpose**

Acetaminophen 325 mg .......................... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .......................... Cough suppressant
Phenylephrine HCl 5 mg .......................... Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms
■ cough due to minor throat and bronchial irritation ■ nasal congestion
■ headache ■ minor aches and pains ■ fever ■ sore throat

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

**Drug Facts** (continued)
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease
■ diabetes ■ thyroid disease ■ high blood pressure
■ cough that occurs with too much phlegm (mucus)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ redness or swelling is present ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▼

Antihistamine free
16 LIQUID GELS
Actual Size
8 LIQUID GELS
24 TOTAL
(Liquid filled capsules)
Actual Size
Drug Facts (continued)
Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ swallow whole; do not crush, chew, or dissolve
■ adults and children 12 years and over: take 2 softgels with water every 4 hours.
■ children under 12 years: do not use
Other information
■ store between 15-30°C (59-86°F) ■ avoid excessive heat
Inactive ingredients butylated hydroxyanisole*, butylated hydroxytoluene*, carminic acid*, D&C yellow #10*, edible white ink, FD&C red #40*, FD&C yellow #6*, gelatin, glycerin, polyethylene glycol*, povidone, propylene glycol, purified water, sodium metabisulfite*, sorbitan*, sorbitol *contains one or more of these ingredients
Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST
Drug Facts (continued)
Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ swallow whole; do not crush, chew, or dissolve
■ adults and children 12 years and over: take 2 softgels with water every 6 hours
■ children under 12 years: do not use
Other information
■ store between 15-30°C (59-86°F) ■ avoid excessive heat
Inactive ingredients D&C yellow #10, edible white ink, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan*, sorbitol *may contain this ingredient
Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST
†This product is not manufactured or distributed by The Procter & Gamble Company. Vicks®, DayQuil®, NyQuil®, and LiquiCaps® are registered trademarks of The Procter and Gamble Company.
PARENT
V-16425

When using daytime and nighttime products, carefully read the labeling to ensure correct dosing.

**♦ CVSHealth.**

# DAY & NIGHT TWIN PACK

Vicks® DayQuil™ and NyQuil™ Cold & Flu LiquiCaps®
Compare to the active ingredients in

## Daytime
Multi-Symptom
Non-Drowsy

## COLD & FLU RELIEF
**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant
Relieves:
Aches; Fever; Sore throat;
Cough; Nasal congestion
Alcohol free
Antihistamine free

**16 SOFTGELS**✱✱
Actual Size

## Nighttime
Multi-Symptom

### COLD & FLU RELIEF
**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**DOXYLAMINE SUCCINATE**
Antihistamine
Relieves:
Aches; Fever; Cough;
Sore throat; Sneezing;
Runny nose
Alcohol free

**8 SOFTGELS**✱✱ **24 TOTAL**
(*Liquid-Filled capsules)
Actual Size

NDC 69842-744-24

**CVS Quality**
V-16425
CVS.com® 1-800-SHOP CVS
© 2018 CVS/pharmacy
One CVS Drive, Woonsocket, RI 02895
Distributed by: CVS Pharmacy, Inc.

**PARENTS:**
www.DisposeMyMeds.org
P.LD.9427 FD905121

#164257

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.
TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

0 50428 55720 4

---

## Daytime Cold & Flu Softgel

### Drug Facts

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold and flu symptoms ■ cough due to minor throat and bronchial irritation ■ nasal congestion ■ headache ■ minor aches and pains ■ fever ■ sore throat

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Drug Facts (continued) — Daytime Cold & Flu Softgel

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease
■ diabetes ■ thyroid disease ■ high blood pressure
■ cough that occurs with too much phlegm (mucus)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ redness or swelling is present ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▼

---

## Nighttime Cold & Flu Softgel

### Drug Facts

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 15 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |

**Uses** ■ temporarily relieves common cold symptoms ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ minor aches and pains ■ fever ■ runny nose & sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Drug Facts (continued) — Nighttime Cold & Flu Softgel

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem or chronic cough that lasts such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product**
■ excitability may occur, especially in children
■ marked drowsiness may occur ■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ pain or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▼

Case: 24-3296, 03/28/2025, DktEntry: 97.1, Page 6 of 264



**A-431**

# CVS Pharmacy, Inc.

## - PE Product Labels –

### -continued





**♥CVS Health.**

Compare to the active ingredients in Theraflu® ExpressMax® Daytime Severe Cold & Cough*

NDC 69779-691-08

## Severe Cold & Cough

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

Relief of:
Nasal congestion; Cough;
Fever; Body ache;
Sore throat; Headache

**DAYTIME**

Berry Flavor
Alcohol content 10%
Per Ages 12 & Over

8.3 FL OZ (245 mL)

---

**A-433**


TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Daytime Severe Cold & Cough.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS  V-13114

**#455446**

PLC-03883
L30033884

0   50428 37797   0

---

**Drug Facts**

| **Active Ingredients** (in each 30 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ◢

---

**Drug Facts** (continued)

**Uses**
- temporarily relieves these symptoms due to a cold
  - minor aches and pains
  - headache
  - nasal and sinus congestion
  - sore throat
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

◢

---

**Drug Facts** (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- thyroid disease
- diabetes
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

◢

PEEL CORNER FOR MORE DRUG FACTS ◢

---

**Drug Facts** (continued)

When using this product, do not exceed recommended dosage.

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

◢

---

**Drug Facts** (continued)

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses (180 mL) in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.   ■ mL = milliliter
- keep dosing cup with product
- adults and children 12 years and over
  - 30 mL every 4 hours
- children under 12 years of age: do not use

**Other Information**
- each 30 mL contains: sodium 16 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



**♥CVS Health.**

Compare to the active ingredients in Theraflu® ExpressMax® Nighttime Severe Cold & Cough*

NDC 59779-693-08

# Severe Cold & Cough

## ACETAMINOPHEN
Pain reliever; Fever reducer

**DIPHENHYDRAMINE HCI**
Antihistamine; Cough suppressant

**PHENYLEPHRINE HCI**
Nasal decongestant

*Relief of:*
Nasal congestion; Runny nose;
Cough; Fever; Body ache;
Sore throat; Headache

**NIGHTTIME**

Berry Flavor
Alcohol content 10%
For Ages 12 & Over

**8.3 FL OZ (245 mL)**

---

## A-434



TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Nighttime Severe Cold & Cough.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**#455443**



0   50428 25333   5

### Drug Facts

| Active Ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCI 25 mg | Antihistamine/ Cough suppressant |
| Phenylephrine HCI 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

### Drug Facts (continued)

### Uses
- temporarily relieves these symptoms due to a cold
  - minor aches and pains     ■ headache
  - sore throat   ■ runny nose   ■ sneezing
  - itchy, watery eyes due to hay fever
  - nasal and sinus congestion
  - itching of the nose or throat
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.   ▶

---

### Drug Facts (continued)

**Do not use**   ■ to make a child sleepy
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease     ■ glaucoma
- high blood pressure   ■ heart disease
- diabetes     ■ thyroid disease
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking**
- the blood thinning drug warfarin
- sedatives or tranquilizers   ▶

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

### Drug Facts (continued)

**When using this product**
- do not exceed recommended dosage
- alcohol, sedatives, and tranquilizers may increase drowsiness   ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery   ■ marked drowsiness may occur
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, cough, or nasal congestion gets worse or lasts more than 7 days   ■ new symptoms occur
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.   ▶

---

### Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses (180 mL) in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.   ■ mL = milliliter
- keep dosing cup with product
- adults and children 12 years and over
  - 30 mL every 4 hours
- children under 12 years of age: do not use

### Other information
- each 30 mL contains: potassium 10 mg
- each 30 mL contains: sodium 14 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-435


♥**CVS**Health.

Non-Drowsy
**Daytime**

Multi-Symptom
**Nighttime**

## COMBO PACK

♥**CVS**Health.

♥**CVS**
Health.

NDC 59779-667-01



Multi-Symptom
**Nighttime**

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**DOXYLAMINE SUCCINATE-**
Antihistamine



♥**CVS**Health.
Compare to the active ingredients in Vicks® DayQuil® Cold & Flu*

NDC 59779-666-40

Non-Drowsy
**Daytime**

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**PHENYLEPHRINE HCl-**
Nasal decongestant

♥**CVS**Health.
Compare to the active ingredients in Vicks® NyQuil® Cold & Flu*

NDC 59779-53-41

Multi-Symptom
**Nighttime**

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**DOXYLAMINE SUCCINATE-**
Antihistamine

Relieves: Aches, Fever, Sore throat, Cough, Nasal congestion

**COLD & FLU**

ALCOHOL & ANTIHISTAMINE FREE

**TOTAL 24 FL OZ**
**(1.5 pt) (710 mL)**

Relieves: Aches, Fever, Sore throat, Cough, Sneezing, Runny nose

**COLD & FLU**

Original Flavor
ALCOHOL 10%

**TWO 12 FL OZ**
**(355 mL) UNITS**

#890847

**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING





A-437

## Nighttime Cold & Flu

### Drug Facts

| Active Ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 30 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |

**Uses** temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- sore throat
- headache
- minor aches and pains
- fever
- runny nose and sneezing

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

Ask a doctor or pharmacist before use if you are
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

When using this product
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- pain or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed – see Overdose warning

| | |
|---|---|
| only use the dose cup provided | do not exceed 4 doses per 24 hrs |
| adults & children 12 yrs & over | 30 mL every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other Information**
- each 30 mL contains: sodium 58 mg
- store at 20-25°C (68-77°F)

**Inactive Ingredients** alcohol, anhydrous citric acid, D&C yellow no. 10, FD&C green no. 3, FD&C yellow no. 6, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions or comments?** 1-800-719-9080

## Daytime Cold & Flu

### Drug Facts

| Active Ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
- nasal congestion
- cough due to minor throat and bronchial irritation
- sore throat
- headache
- minor aches and pains
- fever

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed – see Overdose warning

| | |
|---|---|
| only use the dose cup provided | do not exceed 4 doses per 24 hrs |
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other Information**
- each 15 mL contains: sodium 2 mg
- store at 20-25°C (68-77°F)

**Inactive Ingredients** butylated hydroxyanisole, adetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-800-719-9080

## ♥CVS Health.

Non-Drowsy

**Daytime**

ACETAMINOPHEN–
Pain reliever/Fever reducer

DEXTROMETHORPHAN HBr–
Cough suppressant

PHENYLEPHRINE HCl–
Nasal decongestant

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS

V-16450

100% money back guaranteed.
CVS.com/returnpolicy

*These products are not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Cold & Flu and Vicks® NyQuil® Cold & Flu.



A-438

DAY & NIGHT TWIN PACK

**CVS Health.**

Compare to the active ingredients in Maximum Strength Mucinex® Sinus-Max® Day and Maximum Strength Mucinex® Sinus-Max® Night†

NDC 69842-832-24

**MAXIMUM STRENGTH**

**Daytime**

## Sinus Relief

ACETAMINOPHEN - 325 mg
Pain reliever

DEXTROMETHORPHAN HBr - 10 mg
Cough suppressant

GUAIFENESIN - 200 mg
Expectorant

PHENYLEPHRINE HCl - 5 mg
Nasal decongestant

• Relieves sinus pressure, headache & congestion
• Controls cough
• Thins & loosens mucus

For ages
12 Years & Older
Alcohol Free

**16 SOFTGELS**

**MAXIMUM STRENGTH**

**Nighttime**

## Sinus Relief

ACETAMINOPHEN - 325 mg
Pain reliever

DEXTROMETHORPHAN HBr - 10 mg
Cough suppressant

DOXYLAMINE SUCCINATE - 6.25 mg
Antihistamine

PHENYLEPHRINE HCl - 5 mg
Nasal decongestant

• Relieves nasal congestion, sinus pressure & pain
• Controls cough
• Controls runny nose and sneezing

For ages
12 Years & Older
Alcohol Free

**8 SOFTGELS**
**24 TOTAL** (**Liquid-filled capsules)

#177609

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V16405

CVS Quality

PARENTS:

This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Sinus-Max® Day and Maximum Strength Mucinex® Sinus-Max® Night.

A-439



**♥CVS Health.**

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu*

NDC 59779-656-40

Non-Drowsy
# Daytime

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**PHENYLEPHRINE HCl-**
Nasal decongestant

**Relieves:**
Aches, Fever,
Sore throat, Cough,
Nasal congestion

**COLD & FLU**

**ALCOHOL &
ANTIHISTAMINE FREE**

**12 FL OZ (355 mL)**

: LSL4D 17 FL



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
V-16430

100% money back guaranteed.
CVS.com/returnpolicy

PLASTIC BOTTLE   PLASTIC CUP

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms:
■ cough due to minor throat and bronchial irritation
■ nasal congestion   ■ minor aches and pains
■ sore throat   ■ headache   ■ fever

**Warnings**
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if  ■ adult takes more than 4,000 mg of acetaminophen in 24 hours  ■ child takes more than 5 doses in 24 hours  ■ taken with other drugs containing acetaminophen  ■ adult has 3 or more alcoholic drinks every day while using this product.
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening
■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
◄

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: LSL4D 17 B1

---

**Drug Facts** (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**  ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients



---

**Drug Facts** (continued)

Stop use and ask a doctor if  ■ you get nervous, dizzy or sleepless  ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)  ■ fever gets worse or lasts more than 5 days  ■ redness or swelling is present  ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**  ■ take only as directed – see Overdose warning  ■ only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |

**ALL NO COATING**

Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product** do not use more than directed ◄

A-440

children under 4 yrs        ask a doctor
                            do not use

*Other information*  ■ each 15 mL contains: sodium 7 mg  ■ store at 20-25°C (68-77°F)

*Inactive ingredients* butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

Questions? 1-800-719-9260

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Cold & Flu.

**NO COAT.**

A-441

♥CVS Health.

♥CVS Health.

Compare to the active ingredients in
Vicks® DayQuil® Severe Cold & Flu®

**Severe**

MAXIMUM STRENGTH

# Daytime Softgels

Severe Cold/Flu Relief

ACETAMINOPHEN • Pain reliever, Fever reducer
DEXTROMETHORPHAN HBr • Cough suppressant
GUAIFENESIN • Expectorant
PHENYLEPHRINE HCl • Nasal decongestant

Relieves:
Headache, Fever, Sore Throat, Minor aches
& pains, Cough, Chest congestion, Nasal/Sinus
congestion & Sinus pressure

Non-drowsy
Alcohol free
Antihistamine free

Actual size

24 SOFTGELS

**Drug Facts**

Active ingredients (in each softgel)    Purpose

**Drug Facts** (continued)

Warnings

Directions

**Drug Facts** (continued)

B2614



A-442

**♥CVS**
**Health.**

Compare to the active ingredients in
Vicks® DayQuil® Severe Cold & Flu*

**Severe**

**MAXIMUM STRENGTH**
# Daytime Softgels
**Severe Cold/Flu Relief**

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

Relieves:
Headache, Fever, Sore throat, Minor aches
& pains, Cough, Chest congestion, Nasal/Sinus
congestion & Sinus pressure

**Non-drowsy**
**Alcohol free**
**Antihistamine free**

Actual Size

**24** SOFTGELS





**CVS Health** — Compare to the active ingredients in Vicks® Day-Quil® Severe Cold & Flu®

Non-Drowsy
# Severe Daytime
## COLD & FLU RELIEF

**ACETAMINOPHEN**
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**GUAIFENESIN**
Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant

### MAXIMUM STRENGTH

Relieves:
Aches; Fever; Cough; Nasal congestion; Sore throat; Chest congestion

Alcohol free
Antihistamine free

Actual Size

**12 SOFTGELS**

**CVS Health** — Compare to the active ingredients in Vicks® NyQuil® Severe Cold & Flu®

# Severe Nighttime
## COLD & FLU RELIEF

**ACETAMINOPHEN**
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**DOXYLAMINE SUCCINATE**
Antihistamine
**PHENYLEPHRINE HCl**
Nasal decongestant

### MAXIMUM STRENGTH

Relieves:
Aches; Fever; Sore throat; Cough; Sneezing; Runny nose; Nasal/Sinus congestion & Sinus pressure

Actual Size

**12 SOFTGELS 24 TOTAL**





A-446



**CVS Health.**

Compare to active ingredients in Theraflu® Daytime Severe Cold & Cough*

**Daytime Relief**

NDC 59779-926-06

# Flu & Severe Cold

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**PHENYLEPHRINE HCI**
Nasal decongestant

Relief of:
Nasal congestion;
Cough; Fever; Body ache; Sore throat;
Headache

Cherry Flavor
Alcohol content 10%
For Ages 12 & Over

**8.3 FL OZ (245 mL)**

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of Theraflu® Daytime Severe Cold & Cough.

Failure to follow the drug facts warnings could result in serious consequences.

#455446



0  50428 37797  0

Distributed by: CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2015 CVS/pharmacy
CVS.com® 1-800-SHOP CVS

**PARENTS:**
Learn about how medicine abuse

**CVS Quality**
Money Back Guarantee
www.StopMedicineAbuse.org

## Drug Facts

| Active Ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ◢

---

## Drug Facts (continued)

### Uses
■ temporarily relieves these symptoms due to a cold
- ■ minor aches and pains   ■ headache
- ■ nasal congestion   ■ sore throat
- ■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure ▶

---

## Drug Facts (continued)

whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ thyroid disease
■ diabetes   ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the** blood thinning drug warfarin.

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur   ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

## Drug Facts (continued)

■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage.

In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see overdose warning)
■ do not take more than 5 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.   ■ mL = milliliter
■ keep dosing cup with product
■ adults and children 12 years and over
  ■ 30 mL every 4 hours
■ children under 12 years of age: do not use

### Other Information
■ each 30 mL contains: sodium 16 mg
■ store at 20-25°C (68-77°F). Do not refrigerate.   ▶

---

## Drug Facts (continued)

**Inactive Ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 8AM-5PM EST





A-449

MAXIMUM STRENGTH

**Mucus Relief Sinus Pressure, Pain & Cough**

**CVSHealth.**

Compare to the active ingredients in Mucinex® Sinus-Max® Pressure, Pain & Cough*

MAXIMUM STRENGTH

NDC 69842-796-02

# Mucus Relief Sinus Pressure, Pain & Cough

**ACETAMINOPHEN** - Pain reliever
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

Relieves:
- Headache
- Sinus pressure & congestion
- Cough

Thins & loosens mucus

**20 CAPLETS** Ages 12 Years & Over Actual Size

A-450

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

♥ CVS Quality
Money Back Guarantee

Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-36611

Maximum Strength Per 4 Hour Dose
Severe Congestion & Pain,
distributor of Mucinex® Sinus-Max®
distributed by Reckitt Benckiser.
*This product is not manufactured or

1-844-395-4991
Questions or comments?
Drug Facts (continued)

**Drug Facts (continued)**

**Drug Facts**

**Active ingredients**
**(in each caplet)**      **Purpose**
Acetaminophen 325 mg ............. Pain reliever
Guaifenesin 200 mg ............. Expectorant
Phenylephrine HCl 5 mg ............. Nasal decongestant

**Uses**
■ temporarily relieves: ■ headache
■ nasal congestion ■ minor aches and pains
■ sinus congestion and pressure
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ diabetes
■ liver disease ■ heart disease
■ high blood pressure ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you** are taking the blood thinning drug warfarin

**When using this product do not use more than directed**

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or persistent headache
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning)
■ take only as directed ■ take 2 caplets in any 24-hour period
■ adults and children 12 years and older: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ store between 20-25°C (68-77°F) in a dry place
■ see side flap/bottom panel for lot number and expiration date
■ read all warnings and directions before use

**Inactive ingredients** colloidal silicon dioxide, croscarmellose sodium, crospovidone, FD&C red, talc, aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, methacrylic acid copolymer, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, stearic acid, talc, titanium dioxide

---

MAXIMUM STRENGTH
# Mucus Relief Sinus
# Severe Congestion & Pain

♥ **CVS**Health.

Compare to the active ingredients
in Mucinex® Sinus-Max®
Severe Congestion & Pain*

NDC 69642-786-02

MAXIMUM STRENGTH
# Mucus Relief Sinus
# Severe Congestion & Pain

**ACETAMINOPHEN** - Pain reliever
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

Relieves:
• Sinus congestion
• Headache
Thins & loosens mucus

**20 CAPLETS**      Ages 12 Years & Over      Actual Size

#938777

P116700CVS_R0

0  50428 33235 1









A-453

♥CVS Health.

Children's
**Multi-Symptom Cold & Fever**

♥CVS Health.

Children's
**Multi-Symptom Cold & Fever**

ACETAMINOPHEN
Pain reliever/Fever reducer
DEXTROMETHORPHAN HBr
Cough suppressant
GUAIFENESIN
Expectorant
PHENYLEPHRINE HCl
Nasal decongestant
ORAL SOLUTION

Relieves:
Minor aches & pains, Fever, Cough,
Nasal congestion, Chest congestion,
Stuffy nose, Thins & loosens mucus

Alcohol free

Mixed Berry Flavored Liquid
Ages 6 to 11 Years

4 FL OZ (118 mL)

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY
SEAL UNDER CAP IS BROKEN OR MISSING

Package Contains One Bottle

Actual Size

B-0231-075-36-H
REV0123A07536

#895140

0   50428   25958   0

No print/No varnish
Lot & Exp date

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 24 of 48 PageID #: 2643

A-454

*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Sinus Congestion.

◆CVSHealth.

Non-Drowsy

## Nasal Decongestant PE

PHENYLEPHRINE HCl TABLETS · Nasal decongestant

**MAXIMUM STRENGTH**

---

◆**CVS**Health.

Non-Drowsy
### Nasal Decongestant PE
PHENYLEPHRINE HCl TABLETS · Nasal decongestant
MAXIMUM STRENGTH

---

◆**CVS**Health.

Compare to the active ingredient
in Sudafed PE® Sinus Congestion*

Non-Drowsy

# Nasal Decongestant PE

PHENYLEPHRINE HCl TABLETS
Nasal decongestant

**MAXIMUM STRENGTH**

Relieves:
• Sinus pressure
• Nasal congestion

**72 TABLETS 10 mg EACH**



Actual Size

---

**Drug Facts**

| Active Ingredient (in each tablet) | Purpose |
|---|---|
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease ■ diabetes
■ thyroid disease ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland

**When using this product do not exceed recommended dosage**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with fever

---

**Drug Facts (continued)**
If pregnant or breast-feeding, ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
■ adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: ask a doctor

**Other Information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F), excursions permitted between 15°–30°C (59°–86°F)
■ see end flap for expiration date and lot number

**Inactive Ingredients** croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red #40, lactose, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium starch glycolate, titanium dioxide

**Questions or comments?** 1-800-426-9391

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
©2021 CVS/pharmacy
CVS.com® 1-800-SHOP-CVS V-198-00

CVS Quality
Money Back Guarantee

TAMPER EVIDENT DO NOT USE IF PACKAGE IS OPENED OR BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

331010

50428 27265   5

NO PRINT / NO VARNISH AREA

LOT NO. & EXP. DATE

30844   R04GQ4A0323

A-455



**Drug Facts (continued)**
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not give more than 6 doses in 24 hours unless directed by a doctor
- measure only with dosing cup provided. Do not use any other dosing device
- keep dosing cup with product    ■ mL = milliliter
- shake well before using

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | do not use unless directed by a doctor |
| children under 4 years of age | do not use |

**Other Information** ■ each 5 mL contains sodium 3 mg ■ store between 20-25°C (68-77°F). Do not refrigerate. ■ protect from light
**Inactive Ingredients** acesulfame potassium, citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate
**Questions or comments?**
Call 1-877-753-3609 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**CVS Quality**
Money Back Guarantee

PLD-B325E  U3005043

♥ CVS Health.
NDC 69842-379-04

**Children's Nighttime**
# Cold & Cough
**DIPHENHYDRAMINE HCl**
Antihistamine; Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
- Cough
- Runny, stuffy nose
- Itchy throat

Alcohol free
For Ages 6 to 11 Years    Grape Flavor

4 FL OZ (118 mL)

**Drug Facts**
Active Ingredients (in each 5 mL)                    Purposes
Diphenhydramine HCl 6.25 mg ........ Antihistamine/Cough suppressant
Phenylephrine HCl 2.5 mg ........................ Nasal decongestant
**Uses**  ■ temporarily relieves
- sneezing  ■ runny nose  ■ itchy nose or throat
- itchy, watery eyes due to hay fever  ■ nasal and sinus congestion
- cough due to minor throat and bronchial irritations as may occur with a cold
**Warnings**
**Do not use**  ■ in a child under 4 years of age
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
- with any other product containing diphenhydramine, even one used on skin
- for the purpose of making your child sleepy
**Ask a doctor before use if the child has**  ■ heart disease
- high blood pressure  ■ thyroid disease  ■ diabetes  ■ glaucoma
- cough that occurs with too much phlegm (mucus)
- chronic cough that lasts, or as occurs with asthma
- a breathing problem such as chronic bronchitis
**Ask a doctor or pharmacist before use if the child is taking sedatives or tranquilizers.**
**When using this product**  ■ do not exceed recommended dosage
- marked drowsiness may occur  ■ excitability may occur, especially in children
- sedatives and tranquilizers may increase drowsiness
**Stop use and ask a doctor if**  ■ nervousness, dizziness, or sleeplessness occurs  ■ symptoms do not improve within 7 days or occur with a fever
- cough persists for more than 7 days, comes back, or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.



**♥CVS Health.**

Compare to the active ingredients in Theraflu® ExpressMax® Nighttime Severe Cold & Cough*

NDC 59779-693-08

## Severe Cold & Cough

**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DIPHENHYDRAMINE HCI**
Antihistamine; Cough suppressant
**PHENYLEPHRINE HCI**
Nasal decongestant

**Relief of:**
Nasal congestion; Runny nose;
Cough; Fever; Body ache;
Sore throat; Headache

**NIGHTTIME**

Berry Flavor
Alcohol content 10%
For Ages 12 & Over

8.3 FL OZ (245 mL)

---

**A-456**


TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Nighttime Severe Cold & Cough.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-13114

#455443



0 50428 25333 5

### Drug Facts

| Active Ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine; Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

### Drug Facts (continued)

**Uses**
■ temporarily relieves these symptoms due to a cold
■ minor aches and pains ■ headache
■ sore throat ■ runny nose ■ sneezing
■ itchy, watery eyes due to hay fever
■ nasal and sinus congestion
■ itching of the nose or throat
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

---

### Drug Facts (continued)

**Do not use** ■ to make a child sleepy
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease            ■ glaucoma
■ high blood pressure   ■ heart disease
■ diabetes                   ■ thyroid disease
■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking**
■ the blood thinning drug warfarin
■ sedatives or tranquilizers ▶

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

### Drug Facts (continued)

**When using this product**
■ do not exceed recommended dosage
■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery ■ marked drowsiness may occur
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

### Drug Facts (continued)

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses (180 mL) in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device. ■ mL = milliliter
■ keep dosing cup with product
■ adults and children 12 years and over
■ 30 mL every 4 hours
■ children under 12 years of age: do not use

**Other Information**
■ each 30 mL contains: potassium 10 mg
■ each 30 mL contains: sodium 14 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-457

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

♥ **CVS**
**Health.**

Compare to the active ingredients in Vicks® NyQuil® Severe*
NDC 69842-800-40

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING.
Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-18430
♥ 100% money back guaranteed.
CVS.com/returnpolicy

**MAXIMUM STRENGTH**
# Nighttime
# Severe

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**DOXYLAMINE SUCCINATE-**
Antihistamine
**PHENYLEPHRINE HCl-**
Nasal decongestant

**Relieves:**
Aches, Fever, Sore throat,
Cough, Sneezing, Runny nose,
Nasal & Sinus congestion,
Sinus pressure

**COLD & FLU**

**Original Flavor**
**ALCOHOL 10%**

## 12 FL OZ (355 mL)

: 60940 17 F3

### Drug Facts

| Active Ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical ◄ help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 60940 17 B1

### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease

### Drug Facts (continued)

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning. ■ only use the dose cup

AD
NO COATING

■ high blood pressure   ■ thyroid
disease   ■ diabetes   ■ glaucoma
■ cough that occurs with too much
phlegm (mucus)   ■ a breathing
problem such as emphysema or
chronic bronchitis   ■ trouble
urinating due to an enlarged
prostate gland   ■ persistent or
chronic cough as occurs with
smoking, asthma, or emphysema
■ a sodium-restricted diet

Ask a doctor or pharmacist before
use if you are   ■ taking sedatives
or tranquilizers
■ taking
the blood
thinning
drug
warfarin

NO COATING

A+458

...exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

*Other information* ■ each 20 mL contains:
sodium 44 mg   ■ store at 20-25°C (68-77°F)

*Inactive ingredients* alcohol, anhydrous
citric acid, D&C yellow #10, edetate disodium,
FD&C green #3, FD&C yellow #6, flavor, glycerin,
propylene glycol, purified water, saccharin
sodium, sodium benzoate, sodium chloride,
sodium citrate, sorbitol solution, sucralose

*Questions?*
1-800-719-9260

*This product is not
manufactured or
distributed by Procter &
Gamble, distributor of
Vicks® NyQuil® Severe,

NO COATI

A-459

LOT:
EXP:

12 SOFTGELS

Actual Size

50428 36769

#970608

12 SOFTGELS 24 TOTAL

Actual Size

**Non-Drowsy**
**♥CVS Health.**

**Severe Daytime**
COLD & FLU RELIEF

ACETAMINOPHEN
Pain reliever/Fever reducer
DEXTROMETHORPHAN HBr
Cough suppressant
GUAIFENESIN
Expectorant
PHENYLEPHRINE HCl
Nasal decongestant

MAXIMUM STRENGTH

Relieves:
Aches/Fever; Sore throat;
Chest congestion;
Cough; Nasal congestion

Alcohol free
Antihistamine free

**♥CVS Health.**

Compare to the
active ingredients in
Vicks® DayQuil®
Severe Cold & Flu*

**Non-Drowsy**
**♥CVS Health.**

**Severe Daytime**
COLD & FLU RELIEF

**♥CVS Health.**

**Severe Daytime**
COLD & FLU RELIEF

**Severe Nighttime**
COLD & FLU RELIEF

ACETAMINOPHEN
Pain reliever/Fever reducer
DEXTROMETHORPHAN HBr
Cough suppressant
DOXYLAMINE SUCCINATE
Antihistamine
PHENYLEPHRINE HCl
Nasal decongestant

MAXIMUM STRENGTH

Relieves:
Aches/Fever; Sore throat;
Cough; Sneezing; Runny
nose; Nasal/Sinus
congestion & pressure

**♥CVS Health.**

Compare to the
active ingredients in
Vicks® NyQuil®
Severe Cold & Flu*

**♥CVS Health.**

**Severe Nighttime**
COLD & FLU RELIEF

THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND
TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT TAKE THESE PRODUCTS AT THE SAME TIME

**NIGHTTIME SEVERE COLD & FLU**

### Drug Facts

| Active Ingredients (in each softgel) | Purposes |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms:
■ nasal congestion  ■ sinus congestion & pressure
■ cough due to minor throat & bronchial irritation
■ cough to help you sleep  ■ minor aches & pains  ■ headache
■ fever  ■ sore throat  ■ runny nose & sneezing
■ reduces swelling of nasal passages
■ temporarily restores freer breathing through the nose
■ promotes nasal and/or sinus drainage

**Warnings**
**Liver warning** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 8 softgels in 24 hrs, which is the maximum daily amount for this product
■ with other drugs containing acetaminophen
**Allergy alert** Acetaminophen may cause severe skin reactions.
Symptoms may include: ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

**DAYTIME SEVERE COLD & FLU**

### Drug Facts

| Active Ingredients (in each softgel) | Purposes |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms:
■ nasal congestion  ■ sinus congestion & pressure
■ cough due to minor throat & bronchial irritation
■ minor aches & pains  ■ headache
■ fever  ■ sore throat  ■ reduces swelling of nasal passages
■ temporarily restores freer breathing through the nose
■ promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Liver warning** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 8 softgels in 24 hrs, which is the maximum daily amount for this product
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product ▼

LIFT HERE

**NIGHTTIME SEVERE COLD & FLU**

### Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ to make a child sleep
Ask a doctor before use if you have

**DAYTIME SEVERE COLD & FLU**

### Drug Facts (continued)

**Allergy alert** Acetaminophen may cause severe skin reactions.
Symptoms may include: ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional

NIGHTTIME SEVERE COLD & FLU

*Drug Facts* (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning** Taking more than directed can cause serious health problems. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

*Directions*
- take only as directed - see **Overdose warning**
- do not exceed 8 softgels per 24 hrs

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

*Other information* ■ store at room temperature

*Inactive ingredients* D&C Yellow #10, FD&C Blue #1, gelatin, glycerin, polyethylene glycol 400, povidone K30, propylene glycol, purified water, shellac, sorbitol sorbitan, sodium hydroxide, titanium dioxide

*This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademarks Vicks® DayQuil® and NyQuil® Severe Cold & Flu.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in India V-35248

CVS Quality
Money Back Guarantee

DAYTIME SEVERE COLD & FLU

*Drug Facts* (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning** Taking more than directed can cause serious health problems. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

*Directions*
- take only as directed - see **Overdose warning**
- do not exceed 8 softgels per 24 hrs

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

- **when using other Nighttime or Daytime products, carefully read each label to ensure correct dosing**

*Other information* ■ store at room temperature

*Inactive ingredients* FD&C Red #40, FD&C Yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, ▼

*Drug Facts* (continued)

purified water, sorbitol sorbitan solution, titanium dioxide

*Questions or comments?*
Call toll free: 1-8[illegible]-333-9782

C050428367698

R3969

A-461

For Allergy Plus Sinus Pain

Nasal decongestant
Pain reliever, Antihistamine &
**PHENYLEPHRINE HCl**
**ACETAMINOPHEN, DIPHENHYDRAMINE HCl**

## Severe Allergy
## & Sinus Headache

**MAXIMUM STRENGTH**

Caplets

**CVSHealth**

---

ACETAMINOPHEN, DIPHENHYDRAMINE HCl, PHENYLEPHRINE HCl
## Severe Allergy & Sinus Headache
**MAXIMUM STRENGTH**
Caplets
**CVSHealth**

B-0231-543-09-H
REV09186543009

---

no print / no varnish area
-iderma.design.date-

CVS Quality
Money Back Guarantee

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® · 1-800-SHOP CVS
V-Berts

**Drug Facts**

KEEP OUTER PACKAGE FOR
COMPLETE PRODUCT INFORMATION

| Active Ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever |
| Diphenhydramine HCl 25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these symptoms of hay fever or other upper respiratory allergies: ■ headache ■ nasal congestion ■ sneezing ■ runny nose ■ sinus congestion and pressure ■ itchy, watery eyes ■ itching of the nose or throat ■ minor aches and pains

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Drug Facts (continued)**

**Ask a doctor before use if you have**
■ glaucoma ■ heart disease ■ high blood pressure ■ difficulty in urination due to enlargement of the prostate gland ■ a breathing problem such as emphysema or chronic bronchitis ■ liver disease ■ thyroid disease ■ diabetes

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ use caution when driving a motor vehicle or operating machinery ■ avoid alcoholic beverages

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Other Information**
■ see end flap for expiration date and lot number

---

**Drug Facts (continued)**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

**Inactive Ingredients** corn starch, croscarmellose ●

**Drug Facts (continued)**
sodium, crospovidone, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polydextrose, polyethylene glycol, povidone, silicon dioxide, stearic acid, titanium dioxide, triacetin

**Questions or comments?** 1-800-426-9391

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

& Pressure Relief of:   **A-462**
Sneezing, Runny nose, Sinus headache,
Sinus congestion, Sinus pain & pressure,
Itchy, watery eyes

**20 CAPLETS**
Capsule-Shaped Tablets        Actual Size



❤CVS
Health.

A-463

compare to the active ingredients in Mucinex® Fast-Max® Severe Cold*

NDC 69842-023-30

MAXIMUM STRENGTH
# Severe Cold

**Acetaminophen** - Pain reliever, Fever reducer
**Dextromethorphan HBr** - Cough suppressant
**Guaifenesin** - Expectorant
**Phenylephrine HCl**
Nasal decongestant

## MULTI-SYMPTOM

Controls cough
Thins & loosens mucus
Relieves nasal & chest congestion
Relieves aches, fever & sore throat

FOR AGES 12+
6 FL OZ (180 mL)



Do not use if printed neckband is broken or missing.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

☑ **CVS** Quality
Money Back Guarantee

### Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these common cold and flu symptoms: ■ cough ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache ■ stuffy nose ■ sinus congestion and pressure ■ temporarily reduces fever ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop ◄ use and seek medical help right away.

PEEL CORNER TO READ COMPLETE
◄ DRUG FACTS AND INFORMATION

17β830 17 β3

#548074
5 04428 36836 7

### Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ nervousness, dizziness or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ►

### Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 5 doses in any 24-hour period ■ measure only with dosing cup provided ■ do not use dosing cup with other products ■ dose as follows or as directed by a doctor ■ adults and children 12 years of age and older: 20 mL ■ dosing cup provided every 4 hours ■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: sodium 7 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, trisetyl citrate, xanthan gum

**Questions or comments?**
1-800-719-9260

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Fast-Max® Severe Cold.

A-464



♥CVS Health.

Compare to the active ingredients in Theraflu® Multi-Symptom Severe Cold

Severe

NDC 69642-649-91

Multi-Symptom

# Severe Cold

**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
- Nasal congestion
- Sore throat pain
- Cough
- Headache
- Body ache
- Fever

Green Tea & Honey Lemon Flavors

**6 PACKETS**

♥CVS Health.

Severe

Multi-Symptom

## Severe Cold

CVS Health™ Multi-Symptom Severe Cold provides complete relief of your severe cold symptoms in a soothing hot liquid formula.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

CONVENIENT RECLOSING TAB

**Drug Facts**

**Active Ingredients** (in each packet) — **Purposes**

**Uses**

**Warnings**

**Directions**

**Other information**

OPEN OTHER END
#833103

LOT NO.

EXP.

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in Mexico   V-16430

♥CVS Quality

A-465

CVSHealth.
Compare to the active ingredients in Tylenol® COLD + FLU SEVERE
Daytime
Non-Drowsy
Severe Cold & Flu Relief
ACETAMINOPHEN - Pain reliever/Fever reducer
DEXTROMETHORPHAN HBr - Cough suppressant
GUAIFENESIN - Expectorant
PHENYLEPHRINE HCl - Nasal decongestant
Relieves:
Fever, Headache,
Sore throat, Nasal congestion,
Cough, Mucus & Chest congestion
24 CAPLETS
Actual Size
No print/No varnish
Lot & Exp date
PARENTS:

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 36 of 48 PageID #: 2655





A-467

**MAXIMUM STRENGTH • Severe Cold**

♥CVS Health.

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Severe Cold Liquid Gels**
NDC 69842-905-16

**MAXIMUM STRENGTH**

# Severe Cold

Acetaminophen - Pain reliever, Fever reducer
Dextromethorphan HBr - Cough suppressant
Guaifenesin - Expectorant
Phenylephrine HCl
Nasal decongestant

**MULTI-SYMPTOM**

Controls cough
Thins & loosens mucus
Relieves nasal & chest congestion
Relieves aches, fever & sore throat

FOR AGES 12+
Alcohol Free

Actual Size

**16 SOFTGELS‡** (‡Liquid-filled capsules)

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com®
1-800-SHOP CVS  V-16425

PARENTS: www.byhistoaline.org

✓CVS Quality  Money Back Guarantee

#425164

0  50428 38188  5

Lot No:
Exp. Date:



A-468

♥ CVS Health.

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Day Severe Cold†

NDC 69842-837-16

# Severe Cold

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

## MAXIMUM STRENGTH

Multi-Symptom
- Relieves aches, fever & sore throat
- Relieves nasal & chest congestion
- Thins & loosens mucus

For Ages 12 Years & Older
Alcohol Free

Actual Size

**16 SOFTGELS**\*\***
(\*\*Liquid-filled capsules)

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com®
1-800-SHOP CVS  V-16425

CVS Quality

#425164

PARENTS:
www.TrustbasRsafe.on.by.

0   50428 59968   4

FLB-841KC   F00V406

Lot No:
Exp. Date



Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 40 of 48 PageID #: 2659



A-470



Case 1:23-md-03089-BMC Document 200-5 Filed 05/03/24 Page 41 of 48 PageID #: 2660

A-471

♥CVS
Health.

Compare to the active ingredients
in Theraflu® Daytime Severe Cold & Cough*

Severe

DAYTIME

# Severe
# Cough & Cold

**ACETAMINOPHEN**
Pain reliever/ Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

Relieves:
- Nasal & sinus congestion
- Cough
- Body aches
- Sore throat pain
- Headache
- Fever

6 PACKETS

♥CVS
Health.

DAYTIME

# Severe
# Cough & Cold

CVS Health™ Severe
Cough & Cold Daytime
provides complete relief
of your cough and severe
cold symptoms. This
soothing hot liquid
formula is alcohol free
and tastes great.
For nighttime relief,
try Nighttime Severe
Cough & Cold.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

CONVENIENT RECLOSING TAB

♥CVS
Health.

**Drug Facts**

Active ingredients (in each packet) ... Purposes

**Warnings**

**Drug Facts (continued)**

Other information

Inactive ingredients

Questions or comments?
1-800-719-9260

OPEN OTHER END

OPEN OTHER END

A-472

**♥CVS Health.**

Compare to the active ingredients in TheraFlu® Nighttime Severe Cold & Cough®

Severe

NDC 59779-790-01

# NIGHTTIME

# Severe
# Cough & Cold

**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DIPHENHYDRAMINE HCl**
Antihistamine; Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

Relieves
- Nasal congestion
- Cough
- Runny nose
- Sneezing
- Body ache
- Sore throat pain
- Headache / fever

Honey Lemon
Infused with
White Tea Flavors

**6 PACKETS**

---

**♥CVS Health.**

# NIGHTTIME

# Severe
# Cough
# & Cold

CVS Health™ Severe Cough & Cold Nighttime provides complete relief of your cough and severe cold symptoms. This soothing hot liquid formula is alcohol free and tastes great.

For daytime relief, try Daytime Severe Cough & Cold.

*The product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of TheraFlu® Nighttime Severe Cold & Cough.

---

CONVENIENT RECLOSING TAB

**♥CVS Health.**

**OPEN OTHER END**

**Drug Facts**

**Active ingredients** (in each packet)   **Purpose**

**Warnings**

**Questions or comments?**
1-866-719-9369



A-473

**♥ CVS Health.**

Compare to the active ingredients in Mucinex® Fast-Max® Severe Congestion & Cough*

# Severe Cough & Congestion

DEXTROMETHORPHAN HBr - Cough suppressant
GUAIFENESIN - Expectorant
PHENYLEPHRINE HCl - Nasal decongestant

## MAXIMUM STRENGTH

Multi-Symptom
- Relieves nasal & chest congestion
- Controls cough
- Thins & loosens mucus

For Ages 12 & Over
Alcohol Free

## 6 FL OZ (177 mL)

F-004-45
REV B



**PARENTS:** PEEL BACK TAB TO READ COMPLETE DRUG FACTS AND INFORMATION
B-004-45 REV B

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy·CVS.com®
1-800-SHOP CVS  V-19849

#895137
FPO 80%
UPC# 050428403044
X  XXXXXX XXXXXX  X

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING.

**Drug Facts**

| Active ingredients (in each 20 mL) | Purpose |
|---|---|
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ▪ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
▪ temporarily relieves:
▪ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
▪ the intensity of coughing

No Print / No Varnish Area
Lot # and Exp. Info



**Drug Facts** (continued)

▪ the impulse to cough to help you get to sleep
▪ nasal congestion due to a cold

**Warnings**
Do not use
▪ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
▪ heart disease   ▪ diabetes
▪ high blood pressure  ▪ thyroid disease
▪ difficulty in urination due to enlargement of the prostate gland
▪ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
▪ cough that occurs with too much phlegm (mucus)

When using this product do not exceed recommended dosage.

Stop use and ask a doctor if
▪ nervousness, dizziness, or sleeplessness occur
▪ symptoms do not get better within 7 days or occur with fever
▪ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

HINGE



HINGE

**Drug Facts** (continued)

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
▪ do not take more than directed
▪ do not take more than 6 doses in any 24-hour period
▪ mL = milliliter; FL OZ = fluid ounce
▪ only use the dose cup provided
▪ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
▪ children under 12 years: do not use

**Other information**
▪ each 20 mL contains: sodium 10 mg
▪ use by expiration date on package
▪ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

**Inactive ingredients** anhydrous citric acid, FD&C blue #1, FD&C red #40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose, xanthan gum

**Questions or comments?**
1-800-426-9391

*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Mucinex® Fast-Max® Severe Congestion & Cough.  50844   REV0121890445

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 44 of 48 PageID #: 2663
A-474









**CVS Health.**

A-475

Compare to the active ingredients in Vicks® NyQuil® Severe*

Severe

NDC 59779-763-34

# Nighttime
## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**DOXYLAMINE SUCCINATE** - Antihistamine
**PHENYLEPHRINE HCl** - Nasal decongestant

### MAXIMUM STRENGTH

Relieves:
Aches; Fever; Sore throat;
Cough; Sneezing; Runny nose;
Nasal/sinus congestion
& sinus pressure

Berry Flavor
Alcohol free

**8 FL OZ (237 mL)**

Do not use if printed neckband is broken or missing
*This product is not manufactured or distributed by
Procter & Gamble, distributor of Vicks® NyQuil® Severe.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2016 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
V-16430

**CVS Quality** Money Back Guarantee

#954407

5 0428 25913

**PARENTS:**
Learn about free medicine abuse
www.StopMedicineAbuse.org

I 76334 37 75

**Drug Facts**

| Active Ingredients | Purpose |
| --- | --- |
| (in each 30 mL) | |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
- sinus congestion and pressure
- nasal congestion
- minor aches and pains
- headache
- runny nose and sneezing
- sore throat
- cough to help you sleep
- fever
- cough due to minor throat and bronchial irritation
- reduces swelling of nasal passages
- promotes nasal and/or sinus drainage
- temporarily restores freer breathing through the nose

**Warnings**
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.

PEEL BACK AT CORNER FOR MORE INFORMATION →

---



**Drug Facts** (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

**When using this product**
- excitability may occur, especially in children
- marked drowsiness may occur
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness
- do not use more than directed
- avoid alcoholic drinks

**Drug Facts** (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed – see Overdose warning
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | |
| --- | --- |
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- each 30 mL contains: sodium 41 mg
- store at 20-25°C (68-77°F)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions or comments?** 1-800-719-9260

A-476

# TWIN PACK

## PARENTS:
www.StopMedicineAbuse.org

"These products are not manufactured or distributed by The Proter & Gamble, distributor of Vicks® DayQuil® Severe and Vicks® NyQuil® Severe.

**♥CVS** Health.

Compare to the active ingredients in Vicks® DayQuil® Severe*

**Severe**

**♥CVS** Health.

Compare to the active ingredients in Vicks® NyQuil® Severe*

**Severe**

NDC 59779-597-02

### Non-Drowsy
## Daytime
### COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

### MAXIMUM STRENGTH

Relieves:
Aches; Fever; Cough;
Nasal congestion;
Sore throat;
Chest congestion

Alcohol free
Antihistamine free

**TWO 12 FL OZ (355 mL) UNITS**

## Nighttime
### COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**DOXYLAMINE SUCCINATE** - Antihistamine
**PHENYLEPHRINE HCl** - Nasal decongestant

### MAXIMUM STRENGTH

Relieves:
Aches; Fever; Sore throat;
Cough; Sneezing;
Runny nose; Nasal/sinus
congestion &
Sinus pressure

Berry Flavor
Alcohol free

**TOTAL 24 FL OZ (1.5 PT) (710 mL)**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16-430
DO NOT USE IF PRINTED NECKBAND IS
BROKEN OR MISSING

**♥CVS**Quality
Money Back Guarantee

Case 1:23-md-03089-BMC   Document 200-5   Filed 05/03/24   Page 47 of 48 PageID #: 2666

A-477







A-479

# CVS Pharmacy, Inc.

## -PE Product Labels –

### -continued

A-480

♥CVS Health.

Compare to the active ingredients in Tylenol® Sinus Severe*

**Daytime**

Non-Drowsy

# Severe Sinus Pain & Congestion

**ACETAMINOPHEN**
Pain reliever, Fever reducer

**GUAIFENESIN**
Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

Relieves:

Sinus headache,
Sinus pressure, Chest
congestion, Nasal
congestion & Mucus

Actual Size

**24 CAPLETS**

#970315

0 50428 34850 5

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-18849

✔ **CVS Quality** Money Back Guarantee

B-0251-527E-0000HR
REV092020270R

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 3 of 54 PageID #: 2670

A-481

DO NOT USE IF PRINTED IN OR AROUND
IS BROKEN OR MISSING

Adult Cough & Cold

Tussin CF
Severe

Non-Drowsy

MAXIMUM STRENGTH

CVS
Health.

♥CVS
Health.

Compare to the active ingredients in Robitussin®
Severe Multi-Symptom
Cough Cold + Flu®

MAXIMUM STRENGTH
NDC 69647-565-26

Non-Drowsy

# Severe
# Tussin CF

ACETAMINOPHEN
Pain Reliever/Fever Reducer
DEXTROMETHORPHAN HBr
Cough suppressant
GUAIFENESIN
Expectorant
PHENYLEPHRINE HCl
Nasal decongestant

## Adult Cough & Cold

Relieves
• Cough, sore throat
• Body aches, fever
• Nasal congestion
• Chest congestion

For Ages 12 & Over
Dosage cup provided

Package Contains One Bottle

## 4 FL OZ (118 mL)

## Drug Facts

**Active ingredients**    **Purposes**
(in each 20 mL)
Acetaminophen,
USP 650 mg..........Pain reliever/fever reducer
Dextromethorphan HBr,
USP 20 mg................Cough suppressant
Guaifenesin, USP 400 mg.........Expectorant
Phenylephrine HCl,
USP 10 mg................Nasal decongestant

## Uses
• temporarily relieves these symptoms occurring with a cold or flu:
  • cough due to minor throat and bronchial irritation
  • nasal congestion    • sore throat
  • sinus congestion and pressure
  • minor aches and pains   • headache
• temporarily reduces fever
• helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
• more than 4,000 mg of acetaminophen in 24 hours
• with other drugs containing acetaminophen
• 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• skin reddening   • blisters   • rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
• liver disease   • heart disease
• thyroid disease   • diabetes
• high blood pressure
• trouble urinating due to an enlarged prostate gland
• cough that occurs with too much phlegm (mucus)
• persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are**
• taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
• you get nervous, dizzy or sleepless
• pain, cough, or nasal congestion gets worse or lasts more than 7 days
• fever gets worse or lasts more than 3 days
• redness or swelling is present
• new symptoms occur
• cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
• do not take more than 5 doses in any 24-hour period
• do not exceed recommended dosage. Taking more than the recommended dose (overdose) may cause serious liver damage.

## Drug Facts (continued)
• measure only with dosing cup provided
• keep dosing cup with product
• mL = milliliter
• this adult product is not intended for use in children under 12 years of age

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children under 12 years | do not use |

## Other Information
• each 20 mL contains: sodium 15 mg
• store at 20-25°C (68-77°F).
  Do not refrigerate.

## Inactive ingredients
anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C red #40, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, triacetin, xanthan gum

## Questions or comments?
1-800-719-9260

This product is not manufactured or distributed by Pfizer, distributor of Robitussin® Severe Multi-Symptom Cough Cold + Flu.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com™ 1-800-SHOP CVS

V-16430

☑ **CVS** Quality
Money Back Guarantee

## PARENTS:
Learn about how medicine abuse
www.StopMedicineAbuse.org

#971824

0  50428  31312   1

LOT NO.

EXP.

: TC12L 17 C5

A-482

CVSHealth.
Sinus
DAYTIME - Non-Drowsy
Sinus Pain & Congestion
ACETAMINOPHEN
Pain reliever, Fever reducer
PHENYLEPHRINE HCl
Nasal decongestant
Relieves:
Headache, Sinus pressure & Nasal congestion
Actual Size
12 CAPLETS
With cool blast flavor
NIGHTTIME
Sinus Pain & Congestion
ACETAMINOPHEN
Pain reliever, Fever reducer
CHLORPHENIRAMINE MALEATE
Antihistamine
PHENYLEPHRINE HCl
Nasal decongestant
Relieves:
Fever, Headache, Sinus pressure, Nasal congestion & Runny nose
Actual Size
12 CAPLETS
With cool blast flavor
24 TOTAL CAPLETS
100% money back guaranteed. CVS.com/returnpolicy
No price/No varnish Lot & Exp date

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 5 of 54 PageID #: 2672
A-483









CVSHealth.

# Sinus PE + Allergy

CHLORPHENIRAMINE MALEATE - Antihistamine
PHENYLEPHRINE HYDROCHLORIDE - Nasal decongestant

**Drug Facts**

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| Active ingredients (in each tablet) | Purpose |
|---|---|
| Chlorpheniramine maleate 4 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms due to hay fever (allergic rhinitis) or other upper respiratory allergies:
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes
  - sinus congestion and pressure
  - nasal congestion

**Warnings**

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- high blood pressure
- heart disease
- thyroid disease
- diabetes
- glaucoma
- difficulty in urination due to enlargement of the prostate gland
- a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers.

**When using this product**
- do not exceed recommended dosage
- excitability may occur, especially in children

**Drug Facts** (continued)
- drowsiness may occur
- avoid alcoholic beverages
- alcohol, sedatives and tranquilizers may increase drowsiness
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
- children under 12 years: do not use

**Other information**
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, lactose anhydrous, magnesium stearate, microcrystalline cellulose, silicon dioxide, stearic acid

**Questions or comments?** 1-800-426-9391

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-19840

CVS Quality
Money Back Guarantee

No print/No varnish
Lot & Exp date

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

#477524

CVSHealth.

# Sinus PE + Allergy

CHLORPHENIRAMINE MALEATE - Antihistamine
PHENYLEPHRINE HYDROCHLORIDE - Nasal decongestant

CVSHealth.

# Sinus PE + Allergy

CHLORPHENIRAMINE MALEATE - Antihistamine
PHENYLEPHRINE HYDROCHLORIDE - Nasal decongestant

**MAXIMUM STRENGTH**

Relieves:
- Sinus pressure & Congestion
- Sneezing
- Itchy eyes
- Runny nose

24 TABLETS UNCOATED

Actual Size

A-486

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® SINUS-MAX® Night Time Congestion & Cough.

#547736



0  50428 28712  5

PLD-A378C  LB007740

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-13114

**CVS**Quality
Money Back Guarantee

PEEL CORNER FOR DRUG FACTS ◄

## Drug Facts

**Active Ingredients**                    **Purposes**
(in each 20 mL)
Acetaminophen 650 mg..................Pain reliever
Diphenhydramine HCl 25 mg................
..............................Antihistamine/cough suppressant
Phenylephrine HCl 10 mg........Nasal decongestant

**Uses** ■ temporarily relieves
■ nasal congestion   ■ headache
■ minor aches and pains   ■ cough
■ sinus congestion and pressure
■ runny nose and sneezing
■ temporarily promotes nasal and/or sinus drainage
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash ►

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other drug containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ for children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease
■ high blood pressure   ■ diabetes
■ thyroid disease   ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus) ►

PEEL CORNER FOR MORE DRUG FACTS ◄

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if**
■ you are taking the blood thinning drug warfarin
■ you are taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or ►

## Drug Facts (continued)

contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ mL = milliliter   ■ keep dosing cup with product
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older:
20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

**Other Information**
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive Ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-487





CVSHealth
Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief*
NDC 59779-516-09
MAXIMUM STRENGTH
Sinus Relief
Severe Congestion
ACETAMINOPHEN - Pain reliever
GUAIFENESIN - Expectorant
PHENYLEPHRINE HCl - Nasal decongestant
Relieves:
• Headache
• Nasal & Chest congestion
Thins & loosens mucus
20 CAPLETS
Ages 12 Years & Over
Actual Size
Drug Facts
Active ingredients (in each caplet)
Purpose
Distributed by: CVS Pharmacy, Inc. One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-19849
CVS Quality

A-489



♥CVS Health.

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief*

NDC 69842-476-06

**ADULT**

# Severe Congestion Relief

ACETAMINOPHEN - Pain reliever
GUAIFENESIN - Expectorant
PHENYLEPHRINE HCl - Nasal docongestant

**MAXIMUM STRENGTH**

Multi-Symptom
• Clears sinus congestion
• Relieves headache
• Thins & loosens mucus

For Ages 12 & Over

6 FL OZ (177 mL)

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief.



#425051

0   50428 60243   0

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

✓ CVS Quality
Money Back Guarantee    PLD-A368A  L9005809

### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ◢

---

### Drug Facts (continued)

**Uses**
■ temporarily relieves
  ■ headache  ■ nasal congestion
  ■ minor aches and pains
  ■ sinus congestion and pressure
  ■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make cough's more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
►

---

### Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ for children under 12 years of age
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease  ■ diabetes
■ thyroid disease  ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**
►

PEEL CORNER FOR MORE DRUG FACTS ◢

---

### Drug Facts (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
►

---

### Drug Facts (continued)

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product  ■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older: 20 mL every 4 hours
■ children under 12 years of age: do not use

**Other Information**
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive Ingredients** citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday
9AM-5PM EST



**Severe Sinus Congestion & Cough Relief Day**

## Drug Facts

| Active Ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms due to cold and flu:
  - sneezing
  - itching of the nose, throat or watery eyes due to hay fever
  - cough   • nasal congestion   • sinus congestion and pressure
  - sore throat   • headache   • minor aches and pains
- helps clear nasal passages and shrinks swollen membranes
- temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 10 softgels in 24 hours, which is the maximum daily amount for this product.
- With other drugs containing acetaminophen.
- 3 or more alcoholic drinks every day while using this product.
Allergy alert: acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening   • blisters   • rash   • hives ▼

**Severe Sinus Congestion & Cough Relief Night**

## Drug Facts

| Active Ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms due to cold and flu:
  - sneezing
  - itching of the nose, throat or watery eyes due to hay fever
  - cough   • nasal congestion   • sinus congestion and pressure
  - sore throat   • headache   • minor aches and pains
  - runny nose
- helps clear nasal passages and shrinks swollen membranes
- temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 10 softgels in 24 hours, which is the maximum daily amount for this product.
- With other drugs containing acetaminophen.
- 3 or more alcoholic drinks every day while using this product.
Allergy alert: acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening   • blisters   • rash   • hives   • facial swelling
- asthma (wheezing)   • shock ▼

**Severe Sinus Congestion & Cough Relief Day**

## Drug Facts (continued)

- facial swelling   • asthma (wheezing)   • shock
If a skin or allergic reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or

**Severe Sinus Congestion & Cough Relief Night**

## Drug Facts (continued)

If a skin or allergic reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting consult a doctor promptly.





A-493

❤CVS Health.    Grape Flavor

Children's
# Cold & Allergy
Liquid

## Drug Facts

**TAMPER EVIDENT: DO NOT USE IF PRINTED SEAL UNDER CAP IS TORN OR MISSING**

### Active Ingredients (in each 10 ml)        Purposes
Brompheniramine Maleate, USP 2 mg ........... Antihistamine
Phenylephrine HCl, USP 5 mg .......... Nasal Decongestant

### Uses
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves these symptoms due to hay fever (allergic rhinitis):
  - runny nose
  - sneezing
  - itchy, watery eyes
  - itching of the nose or throat
- temporarily restores free breathing through the nose

### Warnings
**Do not use**
- to sedate a child or to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- glaucoma
- a breathing problem such as emphysema, asthma, or chronic bronchitis.

**Ask a doctor or pharmacist before use if you are**
- taking any other oral nasal decongestant or stimulant
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- drowsiness may occur
- avoid alcoholic beverages
- alcohol, sedatives and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- you get nervous, dizzy, or sleepless
- symptoms do not get better within 7 days or are accompanied by fever

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222.

## Drug Facts (continued)

### Directions
- do not take more than 6 doses in any 24 hour period
- measure only with dosage cup provided
- keep dosage cup with product
- ml = milliliter

| age | dose |
|---|---|
| adults and children 12 years and over | 20 ml every 4 hours |
| children 6 to under 12 years | 10 ml every 4 hours |
| children under 6 years | do not use |

### Other Information
- each 10 ml contains: sodium 6 mg
- store at room temperature

**Inactive Ingredients** citric acid, FD&C Blue No. 1, FD&C Red No. 40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sodium citrate, sorbitol liquid, sucralose.

### Questions or comments? 1-866-467-2748
CVS Health® Children's Cold & Allergy grape flavor offers relief from nasal congestion, stuffy nose, sneezing, runny nose, itchy, watery eyes, and itchy nose and throat to get through the day.

---

❤CVS Health.    Grape Flavor

Compare to the active ingredients in Children's Dimetapp® Cold & Allergy*

## Children's
# Cold & Allergy

**BROMPHENIRAMINE MALEATE, USP**
Antihistamine
**PHENYLEPHRINE HCl, USP**
Nasal decongestant

## Liquid

Relieves:
Nasal congestion; Stuffy nose;
Runny nose; Sneezing; Itchy,
watery eyes; Itchy nose
& throat

Alcohol free

Actual Bottle
Size on
Side Panel

Grape Flavor
For Ages 6 Years & Over

4 FL OZ (118 mL)

#477078

0   50428 25668

**IMPORTANT**
Keep this carton for future reference for full labeling.

Package Contains
One Bottle

Actual Size

*CVS Health® Children's Cold & Allergy is not manufactured or distributed by Pfizer, distributor of Children's Dimetapp® Cold & Allergy

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com®   1-800-SHOP CVS
V-12431
**CVS Quality** Money Back Guarantee

Lot:

Exp:



# A-495



Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 18 of 54 PageID #: 2685
A-496



# A-497





A-499

FRONT | BACK-1 | BACK-2 | BACK-3

| | 3 COLOR<br>MAX - ART | 1 COLOR<br>MAX - ART | 1 COLOR<br>MAX - ART |



NO COPY AREA
(Background Only)

NO COPY AREA
(Background Only)

CVS Health

MAXIMUM STRENGTH

**Severe Cough & Congestion**

DEXTROMETHORPHAN HBr - Cough suppressant
GUAIFENESIN - Expectorant
PHENYLEPHRINE HCl - Nasal Decongestant

Multi-Symptom
• Controls cough
• Relieves nasal
• Relieves chest congestion

Cooling Menthol
For ages
12 & over

6 FL OZ (180 mL)

A-500













A-502

## Drug Facts (continued) — Severe Sinus Congestion & Cough Day

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough with excessive phlegm (mucus)
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product** do not exceed recommended dosage

## Drug Facts (continued) — Severe Sinus Congestion & Cough Night

**Do not use to sedate children.**

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dosage
- may cause marked drowsiness
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

A-503



♥CVSHealth.

Sinus Pain

NON-DROWSY DAY
Cold &
Flu Plus

NIGHTTIME
Cold &
Flu Plus

♥CVSHealth.

Sinus Pain

NON-DROWSY DAY
Cold &
Flu Plus

ACETAMINOPHEN

12 SOFTGELS

NIGHTTIME
Cold &
Flu Plus

ACETAMINOPHEN

8 SOFTGELS

PARENTS:

CVS Quality

A-504

## COLD & FLU FORMULA • DAY NON-DROWSY

### *Drug Facts* (continued)

**Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough with excessive phlegm (mucus)
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product do not exceed recommended dosage**

▼

## COLD & FLU FORMULA • NIGHT

### *Drug Facts* (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dosage
- may cause marked drowsiness
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

▼

**Drug Facts**

| Active Ingredients (in each 15 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold and flu symptoms ■ minor aches and pains ■ headache ■ sore throat ■ nasal congestion ■ fever ■ cough due to minor throat and bronchial irritation

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if: ■ adult takes more than 4 doses (60 mL each) of acetaminophen in 24 hours, which is the maximum daily amount ■ child takes more than 4 doses (15 mL each) in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away. Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

◀— PEEL HERE Drug Facts (continued under label)

**♥ CVS Health.**

A-505

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu*

NDC 51316-466-08

**Non-Drowsy**

# Daytime

## ACETAMINOPHEN
Pain reliever/ Fever reducer
## DEXTROMETHORPHAN HBr
Cough suppressant
## PHENYLEPHRINE HCl
Nasal decongestant

**Relieves:**
Headache, Fever, Sore throat, Minor aches & pains, Nasal congestion, Sinus pressure, Cough

**COLD & FLU**

Antihistamine free
Ages 6+

## 8 FL OZ (237 mL)

*This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR UNDER CAP IS BROKEN OR MISSING.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-16425
100% money back guaranteed.
CVS.com/returnpolicy

#890115

PLASTIC BOTTLE     PLASTIC CUP

0  50428 29666  0

FLD-A3830   LB009123

---

**Drug Facts (continued)**

■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ a sodium-restricted diet ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

When using this product, **do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse, or lasts more than 5 days (children) or 7 days (adult) ■ fever gets worse, or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
Overdose warning: Taking more than the recommended ▶

**Drug Facts (continued)**

dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 4 doses in any 24-hour period ■ measure only with dosing cup provided. Do not use any other dosing device. ■ keep dosing cup with product ■ mL = milliliter

| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other Information**
■ each 15 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive Ingredients** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



A-507

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION**

## Drug Facts

### Active Ingredients (in each softgel)        Purpose
Acetaminophen 325 mg.........................Pain reliever/Fever reducer
Phenylephrine HCl 5 mg...............................Nasal decongestant

### Uses
■ temporarily relieves symptoms due to the common cold
   ■ minor aches and pains  ■ headache  ■ fever  ■ nasal congestion
   ■ sinus congestion & pressure
■ temporarily relieves symptoms due to hay fever or other upper
respiratory allergies
   ■ minor aches and pains  ■ headache  ■ nasal congestion
   ■ sinus congestion & pressure

### Warnings
**Liver warning**
This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4 doses in 24 hours, which is the maximum daily amount for
   this product
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or
   nonprescription). If you are not sure whether a drug contains
   acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI)
   (certain drugs for depression, psychiatric or emotional conditions, or
   Parkinson's disease), or for 2 weeks after stopping the MAOI drug.
   If you do not know if your prescription drug contains an MAOI, ask a
   doctor or pharmacist before taking this product.  ►

## Drug Facts (continued)

Ask a doctor before use if you have
■ liver disease  ■ heart disease  ■ high blood pressure
■ thyroid disease  ■ diabetes
■ trouble urinating due to enlarged prostate gland

Ask a doctor or pharmacist before use if you are taking the blood thinning
drug warfarin.

When using this product, do not use more than directed.

**Stop use and ask a doctor if**
■ pain or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ you get nervous, dizzy or sleepless

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or
contact a Poison Control Center right away. Quick medical attention is critical
for adults & for children even if you do not notice any signs or symptoms.

### Directions
■ take only as directed
■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 2 softgels with water every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
■ store at room temperature 15°-30°C (59°-86°F)

---

## Drug Facts (continued)

### Inactive Ingredients
FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene
glycol, purified water, sorbitol sorbitan solution and white ink

### Questions or comments? Call toll free: 1-855-215-6180

*This product is not manufactured or distributed by The Procter
& Gamble Manufacturing Company, owner of the registered
trademarks Vicks® and Sinex™ Daytime Congestion Pressure & Pain.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com®  1-800-SHOP CVS

Made in China
V-31177


**CVS Quality**
Money Back Guarantee

CVS27-00



A-508

**Drug Facts**

**Active Ingredients (in each effervescent tablet)** — **Purpose**

Aspirin 325 mg (NSAID)* ........ Pain reliever/fever reducer
Chlorpheniramine maleate 2 mg ........ Antihistamine
Phenylephrine bitartrate 7.8 mg ........ Nasal decongestant
*Nonsteroidal anti-inflammatory drug

**Uses**
temporarily relieves these symptoms of the common cold:
■ fever ■ sneezing ■ nasal congestion ■ sore throat
■ headache ■ minor aches and pains ■ runny nose
■ sinus congestion and pressure

**Warnings**
Reye's syndrome: Children and teenagers who have or are recovering from chicken pox or flu-like symptoms should not use this product. When using this product, if changes in behavior with nausea and vomiting occur, consult a doctor because these symptoms could be an early sign of Reye's syndrome, a rare but serious illness.
Allergy alert: Aspirin may cause a severe allergic reaction which may include: ■ hives ■ facial swelling
■ asthma (wheezing) ■ shock
Stomach bleeding warning: This product contains a non-steroidal anti-inflammatory drug (NSAID), which may cause severe stomach bleeding. The chance is higher if you ■ are age 60 or older ■ have had stomach ulcers or bleeding problems ■ take a blood thinning (anticoagulant) or steroid drug ■ take other drugs containing prescription or non-prescription NSAIDs (aspirin, ibuprofen, naproxen, or others) ■ have 3 or more alcoholic drinks every day while using this product ■ take more or for a longer time than directed

**Drug Facts** (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
■ if you have ever had an allergic reaction to any other pain reliever/fever reducer ■ if you are allergic to aspirin ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if ■ stomach bleeding warning applies to you ■ you have a history of stomach problems, such as heartburn ■ you have high blood pressure, heart disease, liver cirrhosis, or kidney disease ■ you are taking a diuretic ■ you are taking sedatives or tranquilizers. You have ■ glaucoma ■ diabetes ■ thyroid disease ■ trouble urinating due to an enlarged prostate gland ■ a breathing problem such as emphysema or chronic bronchitis ■ been placed on a sodium-restricted diet

Ask a doctor or pharmacist before use if you are ■ presently taking a prescription drug ■ taking a prescription drug for anticoagulation (thinning the blood), diabetes, gout or arthritis

When using this product do not take more than 8 tablets (adults and children 12 years and over) in a 24-hour period or as directed by doctor.
■ do not use more than directed
■ you may get drowsy
■ avoid alcoholic drinks
■ excitability may occur, especially in children
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

Stop use and ask a doctor if ■ you experience any of the following signs of stomach bleeding ■ feel faint ■ vomit blood ■ have bloody or black stools ■ have stomach pain that does not get better ■ an allergic reaction occurs.

CVS Health.

Orange Flavor

Effervescent

Cold Relief

Actual Size

**Drug Facts** (continued)

Seek medical help right away.
■ pain or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days ■ new symptoms occur
■ redness or swelling is present
■ ringing in the ears or a loss of hearing occurs ■ nervousness, dizziness or sleeplessness occurs

If pregnant or breast-feeding, ask a health professional before use. It is especially important not to use aspirin during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery. Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
■ do not use more than directed (see overdose warning)
■ adults and children 12 years and over: take 2 tablets completely dissolved in 4 oz of water every 4-6 hours
■ do not take more than 8 tablets in 24 hours
■ children under 12 years: ask a doctor

CVS Health.

Compare to the active ingredients in Alka-Seltzer Plus® Cold Orange Zest*

Orange Flavor

NDC 69842-875-20

Effervescent

# Cold Relief

ASPIRIN (NSAID) - Pain reliever; Fever reducer
CHLORPHENIRAMINE MALEATE - Antihistamine
PHENYLEPHRINE BITARTRATE
Nasal decongestant

Fast relief of:
Nasal congestion; Runny nose; Sneezing; Headache; Body ache; Sore throat; Sinus pain & pressure

Orange Flavor

Actual Size Tablet on Top Panel

20 TABLETS

**Drug Facts** (continued)

**Other information**
each tablet contains: sodium 464 mg
■ phenylketonurics: contains phenylalanine 9 mg per tablet
■ store at room temperature (59°-86°F)

**Inactive ingredients**
acesulfame potassium, aspartame, citric acid, docusate sodium, FD&C red #40, FD&C yellow #6, flavors, mannitol, povidone, sodium benzoate, sodium bicarbonate

DO NOT USE IF PRINTED POCKETS ARE TORN OR PUNCTURED

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-97122

CVS Quality

*This product is not manufactured, distributed or licensed by the maker of Alka-Seltzer Plus® Cold Orange Zest*.

#182122

0 50428 58099 8

PN: 87560 CH C1
REV: 02/17

♥CVS Health.

MAXIMUM STRENGTH

# Cold & Flu

**ACETAMINOPHEN** - Pain reliever / Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant

## MULTI-SYMPTOM

Controls cough
Thins & loosens mucus
Relieves nasal & chest congestion
Relieves aches, fever & sore throat

FOR AGES 12+
Actual Size

16 SOFTGELS¹ (Liquid-filled capsules)

Fast Dissolving SoftGels

NDC 59042-253-16

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Cold & Flu*



**A-511**





A-513

CVSHealth.
Severe
MAXIMUM STRENGTH
Nighttime
Cold/Flu Relief
CVSHealth.
Severe
NDC 51013-110-04
MAXIMUM STRENGTH
Nighttime
Cold/Flu Relief
ACETAMINOPHEN · Pain reliever; Fever reducer
DEXTROMETHORPHAN HBr · Cough suppressant
DOXYLAMINE SUCCINATE · Antihistamine
PHENYLEPHRINE HCl · Nasal decongestant
Relieves:
Headache; Fever; Coughing; Sneezing;
Runny nose; Nasal congestion.
24 SOFTGELS
Actual Size
STORE AT ROOM TEMPERATURE.
AVOID EXCESSIVE HEAT.
COATING FREE AREA
COATING FREE AREA
COATING FREE AREA
Drug Facts

Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 36 of 54 PageID #: 2703



# A-515





**A-516**

**❤CVS Health.**

Compare to the active ingredients in Alka-Seltzer PLUS® Maximum Strength Severe Sinus Congestion & Cough Day & Night Liquid Gels⁺

**Sinus Congestion & Cough**

**Daytime Non-Drowsy**

# Sinus Congestion & Cough Relief

**ACETAMINOPHEN** 325 mg
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr** 10 mg
Cough suppressant
**PHENYLEPHRINE HCl** 5 mg
Nasal decongestant

Relieves:
Nasal & sinus congestion;
Sinus pressure; Headache &
body ache; Cough

Actual Size

**12 SOFTGELS**

**Nighttime**

# Sinus Congestion & Cough Relief

**ACETAMINOPHEN** 325 mg
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr** 10 mg
Cough suppressant
**DOXYLAMINE SUCCINATE** 6.25 mg
Antihistamine
**PHENYLEPHRINE HCl** 5 mg
Nasal decongestant

Relieves:
Sinus congestion &
pressure; Headache &
pain; Runny nose &
sneezing; Cough

Actual Size

**8 SOFTGELS  20 TOTAL**

A-517



## A-518





**A-519**

♥CVS
Health.

Compare to the active ingredients in
Vicks® NyQuil® Severe Cold & Flu*

MAXIMUM STRENGTH
# Severe Nighttime
Cold/Flu Relief

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**DOXYLAMINE SUCCINATE** - Antihistamine
**PHENYLEPHRINE HCl** - Nasal decongestant

Relieves:
Headache; Fever; Coughing;
Sneezing; Runny nose;
Nasal congestion

Actual Size

**24** SOFTGELS

**A-520**

CVS *pharmacy*

SEVERE
COUGH & COLD
NIGHTTIME

**NEW!**

NDC 59779-331-06

SEVERE
COUGH
& COLD
NIGHTTIME

ACETAMINOPHEN - PAIN RELIEVER / FEVER REDUCER
DIPHENHYDRAMINE HCI - ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCI - NASAL DECONGESTANT

- Nasal congestion
- Sore throat pain
- Cough
- Sneezing
- Runny nose
- Headache
- Body ache
- Fever

Honey Lemon Infused
with Chamomile &
White Tea flavors

**6 PACKETS**

SEE NEW WARNINGS INFORMATION

CVS *pharmacy*

SEVERE
COUGH
& COLD
NIGHTTIME

CVS/pharmacy™ Severe
Cough & Cold Nighttime
provides complete relief
of your cough and severe
cold symptoms. This
soothing hot liquid
formula is alcohol free
and tastes great.

For daytime relief, try

CVS
SEVERE
COUGH
& COLD
DAYTIME

## Drug Facts

**Active Ingredients (in each packet)** — **Purpose**
Acetaminophen 650 mg ............ Pain reliever/fever reducer
Diphenhydramine hydrochloride 25 mg .. Antihistamine/Cough suppressant
Phenylephrine hydrochloride 10 mg ............ Nasal decongestant

**Uses**
- Temporarily relieves:
  - minor aches and pains  - headache  - minor sore throat pain
  - nasal and sinus congestion  - cough due to minor throat and
    bronchial irritation  - runny nose  - sneezing  - itchy, watery eyes
    due to hay fever  - itchy nose and throat
- Temporarily reduces fever

**Warnings**

**Liver warning** This product contains acetaminophen. Severe liver damage may occur if you take - more than 6 packets in 24 hours, which is the maximum daily amount - with other drugs containing acetaminophen - 3 or more alcoholic drinks every day while using this product. **Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription and nonprescription). Ask a doctor or pharmacist before using with other drugs if you are not sure.
- with any other product containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease  - heart disease  - high blood pressure  - thyroid disease
- glaucoma  - diabetes  - trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema, asthma, or chronic bronchitis
- cough that occurs with too much phlegm (mucus)  - cough that lasts or is chronic such as occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers  - taking the blood thinning drug warfarin

**When using this product**
- do not exceed recommended dosage
- avoid alcoholic drinks  - marked drowsiness may occur  - alcohol, sedatives and tranquilizers may increase drowsiness  - be careful when driving a motor vehicle or operating machinery  - excitability may occur, especially in children.

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occurs  - fever gets worse or lasts more than 3 days  - redness or swelling is present  - new symptoms occur  - symptoms do not get better or worsen  - pain, cough or nasal congestion gets worse or lasts more than 7 days  - cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

## Drug Facts (continued)

**If pregnant or breast-feeding**, ask a health care professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not use more than directed
- take every 4 hours, not to exceed 6 packets in 24 hours or as directed by a doctor
- adults and children 12 years of age and over: dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
- children under 12 years of age: consult a doctor
- if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other Information**
- each packet contains: potassium 7 mg, sodium 45 mg
- phenylketonurics: contains phenylalanine 10 mg per packet
- store at controlled room temperature 20-25°C (68-77°F), Protect from excessive heat and moisture

**Inactive Ingredients:**
Aspartame K, Aspartame, Caramel Color, Citric Acid, D&C Yellow 10, Maltodextrin, Natural Flavors, Sodium Citrate, Starch and Sugar

**DO NOT USE IF SEALED PACKET IS TORN OR BROKEN.**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS Pharmacy
www.cvs.com  1-800-shop-CVS
Made in Canada
V-14948

CVS Quality — 100% satisfaction guaranteed

#719048

C 3103 X0E06 KO

## A-521



Case 1:23-md-03089-BMC   Document 200-6   Filed 05/03/24   Page 44 of 54 PageID #: 2711



A-523

Relief of:
- Sneezing
- Runny nose
- Sinus congestion
- Sinus pressure

PHENYLEPHRINE HCl - Nasal decongestant
DIPHENHYDRAMINE HCl - Antihistamine

# Allergy Plus Congestion Relief

♥CVSHealth.

Tablets

Compare to the active ingredients in Benadryl® Allergy Plus Congestion†

PHENYLEPHRINE HCl - Nasal decongestant
DIPHENHYDRAMINE HCl - Antihistamine

# Allergy Plus Congestion Relief

♥CVSHealth.

Tablets

B-0231-435-08-H
CRG1220A3500

**Allergy Plus Congestion Relief**
DIPHENHYDRAMINE HCl - Antihistamine
PHENYLEPHRINE HCl - Nasal decongestant
♥CVSHealth.
Tablets

## Drug Facts

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Active ingredients** (in each tablet) — **Purpose**

Diphenhydramine HCl 25 mg .............. Antihistamine
Phenylephrine HCl 10 mg .............. Nasal decongestant

**Uses**
- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  - runny nose
  - sneezing
  - nasal congestion
  - itching of the nose or throat
  - itchy, watery eyes
- temporarily relieves these symptoms due to the common cold:
  - nasal congestion
  - runny nose
  - sneezing
- temporarily relieves sinus congestion and pressure

**Warnings**
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- with any other product containing diphenhydramine, even one used on skin

**Ask a doctor before use if you have**
- difficulty in urination due to enlargement of the prostate gland
- diabetes
- thyroid disease
- heart disease
- glaucoma
- high blood pressure
- a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are taking** sedatives or tranquilizers.

## Drug Facts (continued)

**When using this product**
- do not exceed recommended dosage
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic beverages
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- symptoms do not improve within 7 days or are accompanied by fever
- nervousness, dizziness, or sleeplessness occur

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions** ■ **do not take more than directed**
- adults and children 12 years and over
  - take 1 tablet every 4 hours
  - do not take more than 6 tablets in 24 hours
- children under 12 years: do not use

**Other information**
- each tablet contains: calcium 25 mg
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dibasic calcium phosphate dihydrate, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, ▼

## Drug Facts (continued)

microcrystalline cellulose, polydextrose, polyethylene glycol, silicon dioxide, stearic acid, titanium dioxide, triacetin

**Questions or comments?** 1-800-426-9391

†This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Benadryl® Allergy Plus Congestion.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS Pharmacy
CVS.com® 1-800-SHOP CVS
V1.001.1
100% money back guaranteed.
CVS.com/rxlanalytics

50844  CRG1220A0508

PAPER BOX    MULTI-LAYER TRAY

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

No Print/No Varnish
Lot and Expiration No.

FPO 100%
#197895
UPC# 050428455623

**Allergy Plus Congestion Relief**
DIPHENHYDRAMINE HCl - Antihistamine
PHENYLEPHRINE HCl - Nasal decongestant
♥CVSHealth.
Tablets



A-526





Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ high blood pressure   ■ diabetes
■ thyroid disease   ■ cough that occurs with too much phlegm (mucus)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

children 4 to 11 years   ask a doctor
children under 4 yrs   do not use

*Other information* ■ each 15 mL contains: sodium 15 mg   ■ store at 20-25°C (68-77°F). Do not refrigerate.

*Inactive ingredients* anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C green #3, FD&C red #40, FD&C yellow #6, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

*Questions?* 1-800-719-9260

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Severe Honey Flavor.

A-528



PARENTS:
Do Not Take Daytime and
Nighttime Products at the
Same Time.

Must print and bleed while for Lot and Exp to print on the line

⬅ Lot and Exp will get printed on the line here

A-529



**♥CVS Health.**

Compare to the active ingredients in Vicks® NyQuil® Severe Honey Flavor*

NDC 51316-179-40

# Nighttime Severe

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**DOXYLAMINE SUCCINATE**
Antihistamine

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
Fever, Sore throat, Minor aches & pains, Nasal congestion, Sinus pressure, Sneezing, Runny nose, Cough

**COLD & FLU**

**Honey Flavor**

**12 FL OZ (355 mL)**

: 86540 17 F1



Distributed by:
CVS Pharmacy, Inc.
One CVS Drive, Woonsocket,
RI 02895   © 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS  V-16430
100% money back guaranteed.
CVS.com/returnpolicy

**PARENTS:** Learn about teen medicine abuse www.StopMedicineAbuse.org   **DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING.**

#545974

## Drug Facts

**Active ingredients** (in each 15 mL) **Purpose**

Acetaminophen 325 mg ............................ Pain reliever/ fever reducer
Dextromethorphan HBr 10 mg ........................ Cough suppressant
Doxylamine Succinate 6.25 mg .......... Antihistamine
Phenylephrine HCl 5 mg ....Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult ◄ a doctor promptly.

**PEEL BACK AT CORNER FOR MORE ✦ INFORMATION**   : 86540 17 B1

## Drug Facts (continued)

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients ■ to make a child sleepy

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ high blood pressure ■ glaucoma ■ thyroid disease ■ diabetes ■ cough that occurs with too much

## Drug Facts (continued)

■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. **Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs.



phlegm (mucus)  ■ trouble urinating
due to an enlarged prostate gland
■ a breathing problem such as
emphysema or chronic bronchitis
■ persistent or chronic cough such
as occurs with smoking, asthma, or
emphysema

**Ask a doctor or pharmacist before**
use if you are  ■ taking the blood
thinning drug warfarin  ■ taking
sedatives or tranquilizers

**When using this product**
■ do not use more than directed
  ■ excitability may
    occur,
    especially
    in children
  ■ marked
    drowsiness
    may occur

| | |
|---|---|
| **A-530** over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 15 mL contains:
sodium 15 mg  ■ store at 20-25°C (68-77°F)

**Inactive ingredients** anhydrous citric acid,
D&C yellow #10, edetate disodium, FD&C green #3,
FD&C red #40, FD&C yellow #6, flavor, glycerin,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sodium benzoate,
sodium chloride, sodium citrate, sorbitol solution,
sucralose, xanthan gum

**Questions?**
1-800-719-9260

*This product is not
manufactured or distributed
by Procter & Gamble,
distributor of Vicks® NyQuil™
Severe Honey Flavor.

A-531



**♥CVS** Health.   MAXIMUM STRENGTH

Non-Drowsy
# Severe
# Tussin CF
Adult Cough & Cold

DO NOT USE IF PRINTED NECKBAND
IS BROKEN OR MISSING

**♥CVS** Health.

Compare to the active
ingredients in Robitussin®
Severe Multi-Symptom
Cough Cold + Flu*

MAXIMUM STRENGTH

NDC 51316-325-76

Non-Drowsy
# Severe
# Tussin CF

**ACETAMINOPHEN**
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**GUAIFENESIN**
Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant
**Adult Cough & Cold**

Relieves:
• Cough, sore throat
• Body aches, fever
• Nasal congestion
• Chest congestion

For Ages 18 Years & Over
Dosage cup provided

Package Contains One Bottle

## 4 FL OZ (118 mL)

#971824

0 50428 49295 6

20938 17 01

♥ **CVS**Health.

Compare to the active ingredients in
Sudafed PE® Head Congestion + Flu Severe*

**Coated Caplets**

# Sinus PE
# Head Congestion +
# Flu Severe

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

Relieves:
Sinus pressure, Headache,
Sore throat, Cough, Chest congestion

**24 COATED CAPLETS**

Actual Size

---

**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

KEEP OUTER PACKAGE FOR
COMPLETE PRODUCT INFORMATION

**Purpose**

Temporarily relieves these symptoms due to the common cold:

**A-533**

# Haleon US Holdings LLC.

## -PE Product Labels –

A-534

# Advil

## ALLERGY & CONGESTION RELIEF

**Chlorpheniramine Maleate 4 mg Antihistamine**
**Ibuprofen 200 mg Pain Reliever/Fever Reducer (NSAID)**
**Phenylephrine HCl 10 mg Nasal Decongestant**

Advil ASCR

- ✓ Sneezing
- ✓ Nasal Congestion
- ✓ Sinus Pressure
- ✓ Nasal Swelling
- ✓ Runny Nose
- ✓ Headache
- ✓ Fever
- ✓ Body Aches

**ONE PILL DOSE!**

**10** Coated Tablets

Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 3 of 36 PageID #: 2724

**A-535**



## Children's

# Robitussin

## FOR AGES 4 & OVER



## Cough & Cold

**CF**

DEXTROMETHORPHAN HBr
(Cough Suppressant)
GUAIFENESIN (Expectorant)
PHENYLEPHRINE HCI (Nasal Decongestant)

**Relieves:**
✓ Cough
✓ Chest Congestion/Mucus
✓ Stuffy Nose

Non-Drowsy

**grape**
flavor

4 FL OZ
(118 mL)







ADULT

# Robitussin

**MAXIMUM STRENGTH**

## SEVERE
### Multi-Symptom
### Cough Cold + Flu
#### Nighttime

**ACETAMINOPHEN (Pain Reliever/Fever Reducer)**
**DIPHENHYDRAMINE HCl (Antihistamine/Cough Suppressant)**
**PHENYLEPHRINE HCl (Nasal Decongestant)**

✓ Cough, Sore Throat
✓ Body Aches, Fever
✓ Nasal Congestion
✓ Runny Nose

**POWERFUL** multi-symptom relief

**CF NIGHTTIME MAX**

For Ages 12 & Over    4 FL OZ (118 mL)







Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 12 of 36 PageID #: 2733











**THERAFLU® ExpressMax®**

**SEVERE COLD & FLU**

ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
GUAIFENESIN – EXPECTORANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT

· BODY ACHE · FEVER · CHEST CONGESTION
· NASAL CONGESTION · HEADACHE
· COUGH · SORE THROAT PAIN

20
COATED CAPLETS

WARMING RELIEF™ FORMULA

PARENTS:







Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 20 of 36 PageID #: 2741



NDC 0067-6094-01


**NEW**


gsk

# THERAFLU

# P⚡WERPODS

## DAYTIME
## SEVERE COLD

**ACETAMINOPHEN** – PAIN RELIEVER/FEVER REDUCER
**DEXTROMETHORPHAN HBr** – COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** – NASAL DECONGESTANT

**8 PODS**



FOR USE ONLY WITH COMPATIBLE
SINGLE SERVE BREWING
MACHINES INCLUDING KEURIG
AND MR. COFFEE*
* This product is not
affiliated with Keurig
Incorporated or Mr. Coffee.

*Nasal Congestion*
*Sore Throat Pain*
*Cough • Headache*
*Body Ache • Fever*

 **DAY**

**BERRY INFUSED WITH
MENTHOL & GREEN
TEA FLAVORS**













Case 1:23-md-03089-BMC   Document 200-7   Filed 05/03/24   Page 27 of 36 PageID #: 2748
A-559







**Children's**
# Dimetapp®

BROMPHENIRAMINE MALEATE (Antihistamine)
DEXTROMETHORPHAN HBr (Cough Suppressant)
PHENYLEPHRINE HCl (Nasal Decongestant)

## Cold
## & Cough

### Drug Facts

**Active Ingredients**
**(in each 10 ml)**      **Purposes**
Brompheniramine maleate, USP 2 mg ......Antihistamine
Dextromethorphan HBr, USP 10 mg ..Cough suppressant
Phenylephrine HCl, USP 5 mg ....... Nasal decongestant

### Uses
- temporarily relieves cough due to minor throat and bronchial irritation occurring with a cold, and nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves these symptoms due to hay fever (allergic rhinitis):
  - runny nose
  - sneezing
  - itchy, watery eyes
  - itching of the nose or throat
- temporarily restores freer breathing through the nose

### Warnings
**Do not use**
- to sedate a child or to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem or persistent or chronic cough that lasts such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking any other oral nasal decongestant or stimulant
- taking sedatives or tranquilizers ◆

**Relieves Nasal Symptoms**
- ☑ Stuffy Nose
- ☑ Runny Nose
- ☑ Sneezing

**Plus Other Symptoms**
- ☑ Itchy, Watery Eyes
- ☑ Cough

**For Ages 6 Yrs. & Over**

4 FL OZ (118 ml) alcohol-free • grape flavor

LOT:
EXP:

A-562



A-563













Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 1 of 30 PageID #: 2758

**A-569**

# Johnson & Johnson Consumer Inc.

### – PE Product Labels –



**A571**

Dextromethorphan HBr 20 mg....Cough suppressant
Guaifenesin 400 mg....................Expectorant
Phenylephrine HCl 10 mg.....Nasal decongestant

## Uses
■ temporarily relieves the following cold/flu symptoms:
■ minor aches and pains
■ headache          ■ sore throat
■ nasal congestion  ■ cough
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

may occur if you
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
■ skin reddening
■ blisters
■ rash ▶

headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, ▶

---

### Drug Facts (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland ▶

### Drug Facts (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days ▶

### Drug Facts (continued)

■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition. PAGE 7
If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

### Drug Facts (continued)

**Directions**
■ do not take more than directed (see overdose warning)
■ mL = milliliter
■ use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults | ■ take 30 mL in the dosing |
| and | cup provided every |
| children | 4 hours while symptoms last |
| 12 years | ■ do not take more than |
| and over | 150 mL in 24 hours, unless |
|  | directed by a doctor |
| children | ask a doctor |
| under |  |
| 12 years |  | ▶

### Drug Facts (continued)

**Other information**
■ each 30 mL contains: **sodium 10 mg**
■ store between 20-25°C (68-77°F).
■ do not use if neck band imprinted with "WARMING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

*Inactive ingredients*
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose ▶

### Drug Facts (continued)

**Questions or comments?**
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

**PARENTS:**
Learn about teen medicine abuse
**www.StopMedicineAbuse.org**

---

OPEN TO READ DRUG FACTS
(Warnings, Directions...) ——→ PEEL

Do not use if neck band imprinted with
"TYLENOL COLD MAX" or foil inner
seal imprinted with "SAFETY SEAL®"
is broken or missing

42166



**TYLENOL**
**COLD MAX**
How can we help?
☎ **1-877-895-3665**

SNAP THIS CODE        Acetaminophen
OR TEXT TYCOLD7       (325 mg per 15 mL)
TO 87715             Dextromethorphan HBr





A-572



(10 mg per 15 mL)
Doxylamine succinate
(6.25 mg per 15 mL)
Phenylephrine HCl
(5 mg per 15 mL)

8 fl oz (240 mL)

Made in Canada
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2018

30042166

---

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold/flu symptoms:
  ■ minor aches and pains
  ■ headache
  ■ sore throat
  ■ nasal congestion
  ■ runny nose and sneezing
  ■ cough
  ■ sinus congestion and pressure ▶

---

## Drug Facts (continued)

■ helps clear nasal passages
■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
■ skin reddening ▶

---

## Drug Facts (continued)

■ blisters
■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription ▶

---

## Drug Facts (continued)

monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged ▶

---

## Drug Facts (continued)

prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ glaucoma
■ persistent or chronic cough such as occurs with smoking, asthma or emphysema
■ cough that occurs with too much phlegm (mucus)

### Ask a doctor or pharmacist before use if you are
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

### When using this product
■ do not exceed recommended dose
■ excitability may occur, ▶

---

## Drug Facts (continued)

especially in children
■ marked drowsiness may occur
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

### Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts ▶

A-573

**Drug Facts** (continued)

These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup ▶

**Drug Facts** (continued)

designed for use with this product. Do not use any other dosing device.

| | |
|---|---|
| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

**Other information**
- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD MAX" or ▶

**Drug Facts** (continued)

foil inner seal imprinted with "SAFETY SEAL®" is broken or missing

**Inactive ingredients**
alcohol, anhydrous citric acid, FD&C blue no. 1, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

**Questions or comments?**
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-574



OPEN TO READ DRUG FACTS
(Warnings, Directions...)          PEEL



Do not use if neck band imprinted with
"TYLENOL COLD+FLU+COUGH" or foil
inner seal imprinted with "SAFETY
SEAL®"is broken or missing.

DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN

3   0045-0562-08 1

## Drug Facts

**Active ingredients** — **Purpose**
(in each 15 mL)

Acetaminophen 325 mg .........Pain reliever/
fever reducer
Dextromethorphan HBr 10 mg...Cough suppressant
Doxylamine Succinate 6.25 mg....... Antihistamine
Phenylephrine HCl 5 mg ......Nasal decongestant

### Uses
■ temporarily relieves these common
cold/flu symptoms:
  ■ minor aches and pains
  ■ headache        ■ sore throat
  ■ nasal congestion
  ■ runny nose and sneezing
  ■ cough
  ■ sinus congestion and pressure
■ helps clear nasal passages  ▶

## Drug Facts (continued)

■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings

**Liver warning:** This product contains
acetaminophen. Severe liver damage
may occur if you take
■ more than 4,000 mg of
acetaminophen in 24 hours
■ with other drugs containing
acetaminophen
■ 3 or more alcoholic drinks every day
while using this product
**Allergy alert:** acetaminophen may
cause severe skin reactions. Symptoms
may include:
■ skin reddening
■ blisters
■ rash  ▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and
seek medical help right away.
**Sore throat warning:** If sore throat is
severe, persists for more than 2 days, is
accompanied by fever, headache, rash, nausea, or vomiting,
consult a doctor promptly.

**Do not use**
■ with any other drug containing
acetaminophen (prescription or
nonprescription). If you are not sure
whether a drug contains
acetaminophen, ask a doctor or
pharmacist.
■ if you are now taking a prescription
monoamine oxidase inhibitor (MAOI)
(certain drugs for depression,
psychiatric or emotional  ▶

## Drug Facts (continued)

conditions, or Parkinson's disease),
or for 2 weeks after stopping the
MAOI drug. If you do not know if your
prescription drug contains an MAOI,
ask a doctor or pharmacist before
taking this product.
■ if you have ever had an allergic
reaction to this product or any of its
ingredients

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged
prostate gland
■ a breathing problem such as  ▶

## Drug Facts (continued)

emphysema or chronic bronchitis
■ glaucoma
■ persistent or chronic cough such as
occurs with smoking, asthma or
emphysema
■ cough that occurs with too much
phlegm (mucus)

**Ask a doctor or pharmacist before
use if you are**
■ taking the blood thinning drug
warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not exceed recommended
dose
■ excitability may occur, especially in
children
■ marked drowsiness may occur  ▶

## Drug Facts (continued)

■ alcohol, sedatives and tranquilizers
may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor
vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or
sleeplessness occur
■ pain, nasal congestion or cough gets
worse or lasts more than 7 days
■ fever gets worse or lasts more than 3
days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with
rash or headache that lasts
These could be signs of a serious
condition.  ▶

## Drug Facts (continued)

If pregnant or breast-feeding, ask a
health professional before use.

## Drug Facts (continued)

adults     ■ take 30 mL in the dosing
and            cup provided every 4

## Drug Facts (continued)

is broken or missing

**TYLENOL®**
COLD + FLU + COUGH
NIGHT

Keep out of reach of children.
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

▶

| | |
|---|---|
| adults, children 12 years and over | cup provided every 4 hours while symptoms last
do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

**Other information**
- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD+FLU+COUGH" or foil inner seal imprinted with "SAFETY SEAL®"

▶

AI-575

**Inactive ingredients**
acetic acid, alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

**Questions or comments?**
call 1-877-895-3665 (toll-free) or 215-273-0755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

NIGHT

How can we help?
☎ 1-877-895-3665

SNAP THIS CODE OR TEXT TYCOLD7 TO #7715

MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP
TEXT STOP FOR STOP

Acetaminophen (325 mg per 15 mL)
Dextromethorphan HBr (10 mg per 15 mL)
Doxylamine succinate (6.25 mg per 15 mL)
Phenylephrine HCl (5 mg per 15 mL)

8 fl oz (244 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2017        30040372

NDC 50580-403-08  30049843    **Warming Honey Lemon Flavor**

**TYLENOL®** FOR ADULTS





## Drug Facts

### Active ingredients
(in each 30 mL)

| Active ingredient | Purpose |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
■ temporarily relieves the following cold/flu

## Drug Facts (continued)
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day

symptoms:
- minor aches and pains
- headache
- sore throat
- nasal congestion
- cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

**A577**

...oholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions.

Symptoms may include:
- skin reddening
- blisters
- rash ▶

---

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, ▶

## Drug Facts (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland ▶

---

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days ▶

## Drug Facts (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition. PAGE 7

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

## Drug Facts (continued)

## Drug Facts (continued)

A-578

## Directions

- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

▶

## Other information

- each 30 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARMING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

## Inactive ingredients

anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

▶

## Drug Facts (continued)

## Questions or comments?

call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

## PARENTS:

Learn about teen medicine abuse

www.StopMedicineAbuse.org

## TYLENOL®
### COLD + FLU SEVERE

How can we help?
☎ 1-877-895-3665

Acetaminophen
(650 mg per 30 ml)
Dextromethorphan HBr
(20 mg per 30 mL)
Guaifenesin
(400 mg per 30 mL)
Phenylephrine HCl
(10 mg per 30 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021          30049845



**A-579**

30040371  NDC 50580-369-01

# TYLENOL®

FOR ADULTS

## COLD + FLU + COUGH

Acetaminophen, Dextromethorphan HBr, Doxylamine Succinate, Phenylephrine HCl,
Pain Reliever–Fever Reducer, Cough Suppressant, Antihistamine, Nasal Decongestant

- HEAD + BODY ACHES
- FEVER + SORE THROAT
- COUGH
- NASAL CONGESTION
- RUNNY NOSE

NIGHT    WILD BERRY BURST

Alcohol 0.7%    8 fl oz (240 mL)

---

**OPEN TO READ DRUG FACTS** ——→ **PEEL**
(Warnings, Directions...)



30040372

Do not use if neck band imprinted with
"TYLENOL COLD+FLU+COUGH" or foil
inner seal imprinted with "SAFETY
SEAL®" is broken or missing.

**DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN**

3  0045–0562–08  1

---

### Drug Facts

**Active Ingredients**    **Purpose**
(in each 15 mL)

Acetaminophen 325 mg .......... Pain reliever/
fever reducer
Dextromethorphan HBr 10 mg...Cough suppressant
Doxylamine Succinate 6.25 mg......Antihistamine
Phenylephrine HCl 5 mg......Nasal decongestant

**Uses**
- temporarily relieves these common cold/flu symptoms:
  - minor aches and pains
  - headache
  - sore throat
  - nasal congestion
  - runny nose and sneezing
  - cough
  - sinus congestion and pressure
- helps clear nasal passages ▶

---

### Drug Facts (continued)

- relieves cough to help you sleep
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash ▶

---

### Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional ▶

---

### Drug Facts (continued)

conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as ▶

---

### Drug Facts (continued)

emphysema or chronic bronchitis
- glaucoma
- persistent or chronic cough such as occurs with smoking, asthma or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dose
- excitability may occur, especially in children
- marked drowsiness may occur ▶

---

### Drug Facts (continued)

- alcohol, sedatives and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition. ▶

---

| Drug Facts (continued) | Drug Facts (continued) | Drug Facts (continued) | **TYLENOL®** |

**A 580**

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

**Other information**
- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD+FLU+COUGH" or foil inner seal imprinted with "SAFETY SEAL®"

broken or missing

**Inactive ingredients** acetic acid, alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

**Questions or comments?** call 1-877-895-3665 (toll-free) or 215-273-9755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**COLD + FLU + COUGH NIGHT**

*How can we help?*
☏ **1-877-895-3665**



SNAP THIS CODE OR TEXT TYCOLD7 TO **#7715**
MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP
TEXT STOP FOR STOP

Acetaminophen (325 mg per 15 mL)
Dextromethorphan HBr (10 mg per 15 mL)
Doxylamine succinate (6.25 mg per 15 mL)
Phenylephrine HCl (5 mg per 15 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2017          30040372

NDC 50580-403-08  30049843     **Warming Honey Lemon Flavor**

# TYLENOL® FOR ADULTS





## Drug Facts

### Active ingredients (in each 30 mL) | Purpose

Acetaminophen 650 mg.................... Pain reliever/ fever reducer

Dextromethorphan HBr 20 mg...Cough suppressant

Guaifenesin 400 mg.................................Expectorant

Phenylephrine HCl 10 mg.....Nasal decongestant

## Drug Facts (continued)

■ temporarily reduces fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take

■ more than 4,000 mg of acetaminophen in 24 hours

■ with other drugs containing

**Uses**

- temporarily relieves the following cold/flu symptoms:
- minor aches and pains
- headache
- nasal congestion
- sore throat
- cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

A-582
acetaminophen

- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions.

Symptoms may include:
- skin reddening
- blisters
- rash ▶

---

***Drug Facts*** (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, ▶

---

***Drug Facts*** (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland ▶

---

***Drug Facts*** (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days ▶

---

***Drug Facts*** (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition. PAGE 7

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

▶

## Drug Facts (continued)

### Other information
- each 30 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARMING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

▶

## Drug Facts (continued)

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

# PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org

## TYLENOL®
### COLD + FLU SEVERE

How can we help?
☏ 1-877-895-3665

Acetaminophen (650 mg per 30 mL)
Dextromethorphan HBr (20 mg per 30 mL)
Guaifenesin (400 mg per 30 mL)
Phenylephrine HCl (10 mg per 30 mL)

8 fl oz (240 mL)

Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021

30049845

A-584

○ Itchy, Watery Eyes   ○ Sore Throat
○ Runny Nose
○ Sneezing

○ Sinus Pressure
○ Sinus Congestion

Diphenhydramine HCl 25mg | Antihistamine
Phenylephrine HCl 10mg | Nasal Decongestant

**Benadryl®**

**ALLERGY PLUS**
**CONGESTION**

NDC 50580-415-01

*EFFECTIVE ALLERGY RELIEF WHEN YOU NEED IT!®*

**Benadryl®**

**ALLERGY PLUS**
**CONGESTION**

116786

30030630/
116786

**Benadryl®** ALLERGY PLUS CONGESTION CJ-UCJ2019

Made in Italy
Distributed by: J&JCI
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA

## Drug Facts

**Active ingredients (in each tablet)** — **Purposes**
Diphenhydramine HCl 25 mg ........... Antihistamine
Phenylephrine HCl 10 mg ........... Nasal decongestant

**Uses**
- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  - runny nose
  - sneezing
  - itchy, watery eyes
  - itching of the nose or throat
  - nasal congestion
- temporarily relieves these symptoms due to the common cold:
  - runny nose
  - sneezing
  - nasal congestion
- temporarily relieves sinus congestion and pressure

**Warnings**
**Do not use**
- to make a child sleepy
- with any other product containing diphenhydramine, even one used on skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- glaucoma

**Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers**

**When using this product**
- do not exceed recommended dose
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

▶

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Directions**

| adults and children 12 years and over | - take 1 tablet every 4 hours<br>- do not take more than 6 tablets in 24 hours |
|---|---|
| children under 12 years | ask a doctor |

**Other information**
- store between 20-25°C (68-77°F)
- do not use if carton is opened or if blister unit is broken

**Inactive ingredients** carnauba wax, FD&C blue no. 1 aluminum lake, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polyvinyl alcohol, powdered cellulose, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide

**Questions or comments?**
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

3  0045- 0557- 26 1

*EFFECTIVE ALLERGY RELIEF WHEN YOU NEED IT!®*

**Benadryl®**

**ALLERGY PLUS**
**CONGESTION**



A-586



### Children's **Benadryl**®

**ALLERGY PLUS**
**CONGESTION**

*How can we help?*
☏ **1-877-717-2824**
**benadryl.com**

NDC 50580-341-01



### Children's **Benadryl**®

**ALLERGY PLUS**
CONGESTION

Diphenhydramine HCl / antihistamine
Phenylephrine HCl / nasal decongestant
oral solution


**4 Hours/Dose**

**RELIEF OF:**

- ✔ Runny Nose
- ✔ Sneezing
- ✔ Itchy, Watery Eyes
- ✔ Itchy Throat or Nose
- ✔ Sinus Congestion
- ✔ Stuffy Nose

Alcohol Free
Sugar Free



**Actual Size**

**Tips for Outdoor Allergens:**

- Avoid being
  outside when the
  pollen count is
  high, typically in
  the morning



- Shower and
  change clothing
  after spending
  time outdoors

**Tips for Indoor Allergens:**

- Wash sheets and
  blankets in hot water
  and use the dryer
  weekly



A-58T

ALLERGY + CONGESTION RELIEF

## Grape!
Flavored Liquid

**4 fl oz (118 mL)**

3  0045-0170-05 7

- Minimize contact and keep pets out of the bedroom to help with pet allergies

**Children's**
**Benadryl**®

ALLERGY *PLUS*

**Drug Facts** (continued)

■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding**, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help



# CONGESTION A-588

keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

## Drug Facts

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Diphenhydramine HCl 12.5 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  - runny nose
  - sneezing
  - itchy, watery eyes
  - itching of the nose or throat
  - nasal congestion
  - stuffy nose
- temporarily relieves these symptoms due to the common cold:
  - runny nose
  - sneezing
  - nasal congestion
  - stuffy nose
- temporarily relieves sinus congestion and pressure

### Warnings
**Do not use**
- to make a child sleepy
- with any other product containing diphenhydramine, even one used on skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- glaucoma

**Ask a doctor or pharmacist before use if you are taking** sedatives or tranquilizers

**When using this product**
- do not exceed recommended dose
- marked drowsiness may occur
- avoid alcoholic drinks ▶

### Directions
- find right dose on chart below
- mL = milliliter
- take every 4 hours
- do not take more than 6 doses in 24 hours

| Age (yr) | Dose (mL) |
|---|---|
| children under 4 years | do not use |
| children 4 to 5 years | do not use unless directed by a doctor |
| children 6 to 11 years | 5 mL |
| adults and children 12 years and over | 10 mL |

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

### Other information
- each 5 mL contains: **sodium 10 mg**
- store between 20-25°C (68-77°F)
- do not use if carton tape or bottle wrap imprinted with "Sealed For Your Safety" is broken or missing

### Inactive ingredients
anhydrous citric acid, carboxymethylcellulose sodium, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose

### Questions or comments?
call 1-877-717-2824 (toll-free) or 215-273-8755 (collect)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2019                                      30046178

For more information, visit:
# www.benadryl.com



Case 1:23-md-03089-BMC   Document 200-8   Filed 05/03/24   Page 22 of 30 PageID #: 2779

A-590





ALCOHOL &
SUGAR FREE

**4 fl oz (118 mL)** 2.5 mg per 5 mL

Active ingredient made in India
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2019

30046181

symptoms do not improve within 7 days or occur with a fever

### *Drug Facts* (continued)

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

### *Directions*
■ find right dose on chart below
■ mL = milliliter
■ repeat dose every 4 hours
■ do not use more than 6 times in 24 hours

| Age (yr) | Dose (mL) |
|---|---|
| under 4 years | do not use |
| 4 to 5 years | 5 mL |
| 6 to 11 years | 10 mL |

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

### Actual Size

children's
**SUDAFED**
PE

children's
**SUDAFED**

A-592

**Other information**
■ each 5 mL contains: sodium 14 mg
■ store between 20-25°C (68-77°F). Protect from light. Store in outer carton until contents are used.
■ do not use if carton tape or bottle wrap imprinted with "Sealed For Your Safety" is broken or missing

**Inactive ingredients**
anhydrous citric acid, carboxymethylcellulose sodium, edetate disodium, FD&C red no. 40, flavors, glycerin, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose

**Questions or comments?**
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

3  0045-0537-04  1

COLD•COUGH   NASAL DECONGESTANT

*available behind the counter*

**Other Products Formulated To Relieve Your Child's Symptoms**

**Tips for Relieving Stuffy Nose Symptoms**

Make sure they drink lots of fluids, especially warm drinks

Show them how to breathe in moist air from a hot shower, humidifier or vaporizer

When treating your child's symptoms, be sure to use the dosing cup to properly dose medication





A-594

...se see dosing chart or ask
a doctor for your child's correct dose

**Grape** *Flavor*

4 fl oz (120 mL)

**PARENTS:**

Learn about teen medicine abuse

www.StopMedicineAbuse.org

3   0045-0391-05 6



**Drug Facts**

**Active ingredients (in each 5mL)**          **Purpose**

Acetaminophen 160 mg.................................Pain reliever/fever reducer
Chlorpheniramine maleate 1 mg...................................Antihistamine
Dextromethorphan HBr 5 mg................................Cough suppressant
Phenylephrine HCl 2.5 mg......................................Nasal decongestant

**Uses** ■ temporarily relieves the following cold/flu symptoms:
■ minor aches and pains    ■ headache    ■ sore throat
■ cough    ■ stuffy nose    ■ sneezing and runny nose
■ temporarily reduces fever

**Warnings**

**Drug Facts** (continued)

■ pain, nasal congestion or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present    ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact
a Poison Control Center right away. (1-800-222-1222) Quick medical
attention is critical for adults as well as for children even if you do not notice
any signs or symptoms.

A-596

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if your child takes

■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen

Allergy alert: acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**

■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
■ if your child is allergic to any of the ingredients in this product

**Ask a doctor before use if your child has**

■ liver disease   ■ heart disease   ■ high blood pressure
■ thyroid disease   ■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as chronic bronchitis
■ glaucoma

**Ask a doctor or pharmacist before use if your child is**

■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**

■ do not exceed recommended dose (see overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**

■ nervousness, dizziness or sleeplessness occur ➡

**Directions**

■ this product does not contain directions or complete warnings for adult use.
■ do not give more than directed (see overdose warning)
■ shake well before using
■ mL = milliliter
■ find right dose on chart below. If possible, use weight to dose; otherwise, use age.
■ remove the child protective cap and squeeze your child's dose into the dosing cup
■ repeat dose every 4 hours while symptoms last
■ do not give more than 5 times in 24 hours

| Weight(lb) | Age (yr) | Dose(mL)* |
|---|---|---|
| under 36 | under 4 years | do not use |
| 36-47 | 4 to 5 years | do not use unless directed by a doctor |
| 48-95 | 6 to 11 years | 10 mL |

*or as directed by a doctor

Attention: use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

**Other information**

■ store between 20-25°C (68-77°F)
■ do not use if carton is opened or if carton tape or bottle wrap imprinted "TYLENOL" is broken or missing

**Inactive ingredients**

anhydrous citric acid, D&C red no.33, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, microcrystalline cellulose and carboxymethylcellulose sodium, purified water, sodium benzoate, sorbitol solution, sucrose, xanthan gum

**Questions or comments?**

call 1-800-458-1635 (toll-free) or 215-273-8755 (collect)

Distributed by: JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division                    30037519
Fort Washington, PA 19034 USA
©J&JCI 2016   www.tylenol.com   ♻ | Care To Recycle™

A-596





A-597

Please see dosing chart or ask a doctor for your child's correct dose

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

*Bubblegum*
*Flavor*

4 fl oz (120 mL)

3   0045-0386-05 2

**Drug Facts**

| Active ingredients (in each 5 mL) | Purpose |
|---|---|
| Acetaminophen 160 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 1 mg | Antihistamine |
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves the following cold/flu symptoms:
■ minor aches and pains   ■ headache   ■ sore throat
■ cough   ■ stuffy nose   ■ sneezing and runny nose
■ temporarily reduces fever

**Drug Facts** (continued)

■ pain, nasal congestion or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

Keep out of reach of children.
Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice

A-598

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- to make a child sleepy
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
- if your child is allergic to any of the ingredients in this product

### Ask a doctor before use if your child has
- liver disease    ■ heart disease    ■ high blood pressure
- thyroid disease    ■ diabetes
- persistant or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as chronic bronchitis
- glaucoma

### Ask a doctor or pharmacist before use if your child is
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

### When using this product
- do not exceed recommended dose (see overdose warning)
- excitability may occur, especially in children
- marked drowsiness may occur
- sedatives and tranquilizers may increase drowsiness

### Stop use and ask a doctor if
- nervousness, dizziness or sleeplessness occur ➡

any signs or symptoms.

## Directions
- this product does not contain directions or complete warnings for adult use.
- do not give more than directed (see overdose warning)
- shake well before using
- mL = milliliter
- find right dose on chart below. If possible, use weight to dose; otherwise, use age.
- remove the child protective cap and squeeze your child's dose into the dosing cup
- repeat dose every 4 hours while symptoms last
- do not give more than 5 times in 24 hours

| Weight (lb) | Age (yr) | Dose (mL)* |
|---|---|---|
| under 36 | under 4 years | do not use |
| 36-47 | 4 to 5 years | do not use unless directed by a doctor |
| 48-95 | 6 to 11 years | 10 mL |

* or as directed by a doctor

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

## Other information
- store between 20-25°C (68-77°F)
- do not use if carton is opened or if carton tape or bottle wrap imprinted "TYLENOL" is broken or missing

## Inactive ingredients
anhydrous citric acid, D&C red no. 33, FD&C red no. 40, flavors, glycerin, microcrystalline cellulose and carboxymethylcellulose sodium, purified water, sodium benzoate, sorbitol solution, sucrose, xanthan gum

## Questions or comments?
call 1-800-458-1635 (toll-free) or 215-273-8755 (collect)

Distributed by: JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division                     30037517
Fort Washington, PA 19034 USA
©J&JCI 2016    www.tylenol.com    ♻ Care To Recycle™

A-599

# Johnson & Johnson Consumer Inc.

## -PE Product Labels –

### - continued

**A-600**

The makers of the SUDAFED® family of products are dedicated to helping you and your family reduce head congestion and sinus pressure.
PREVIOUSLY SUDAFED PE® PRESSURE + PAIN + COLD
NDC 50580-450-01
SUDAFED PE®
HEAD CONGESTION
+ FLU SEVERE
Acetaminophen, Dextromethorphan HBr, Guaifenesin, Phenylephrine HCl, Pain Reliever/Fever Reducer, Cough Suppressant, Expectorant, Nasal Decongestant
SU PE
actual size
• SINUS PRESSURE
• SORE THROAT
• CHEST CONGESTION
• HEADACHE
• COUGH
24 TABLETS
NON-DROWSY
SUDAFED PE®
Does Not Contain Pseudoephedrine
Open from the other side
Drug Facts
30043256

A-601

Does Not Contain Pseudoephedrine
Open from other side
Made in Italy
Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNEIL Consumer Healthcare Division
Fort Washington, PA 19034 USA
Important: Read all product information before using. Keep this box for important information.
Drug Facts
The makers of the SUDAFED® family of products are dedicated to helping you and your family reduce head congestion and sinus pressure.
PREVIOUSLY SUDAFED PE® PRESSURE+PAIN+MUCUS
NDC 50580-447-01
SUDAFED PE®
HEAD CONGESTION + MUCUS
Acetaminophen, Guaifenesin, Phenylephrine HCl,
Pain Reliever/Fever Reducer, Expectorant, Nasal Decongestant
actual size
• SINUS PRESSURE
• HEADACHE
• CHEST CONGESTION
24 TABLETS
NON-DROWSY
1204728

SUDAFED PE
CODE AREA
NDC 50580-436-01
SUDAFED PE®
HEAD CONGESTION
+ PAIN
Ibuprofen 200 mg, Phenylephrine Hydrochloride 10 mg Tablets
ONE CAPLET DOSE!
Pain Reliever/Fever Reducer (NSAID), Nasal Decongestant
• NASAL CONGESTION • HEADACHE
• SINUS PRESSURE • FEVER
• NASAL SWELLING • BODY ACHES
actual size
20 COATED CAPLETS**
**CAPSULE-SHAPED TABLETS
NON-DROWSY

Does Not Contain Pseudoephedrine
LOT:
EXP.:
Open from other side
SUDAFED PE®
Important: Read all product information before using. Keep this box for important information.
The makers of the SUDAFED® family of products have been dedicated to reducing sinus pressure for over 50 years. Learn more about our full range of effective sinus products at Sudafed.com
SUDAFED.COM
See New Warning
SINUS
NDC 50580-547-25
SUDAFED PE®
PRESSURE+PAIN
For Adults
Acetaminophen, Phenylephrine HCl
Pain Reliever/Fever Reducer, Nasal Decongestant
SINUS PRESSURE + CONGESTION
SINUS HEADACHE
MAXIMUM STRENGTH
24 CAPLETS
NON-DROWSY
†Actual Pill Size

A-604

lake, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polyvinyl alcohol, powdered cellulose, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide

**Questions or comments?**
call 1-888-217-2117 (toll free) or 215-273-8755 (collect)

alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever ▼

---

Dose not contain Pseudoephedrine

NDC 50580-239-01

# SUDAFED PE'

## SINUS CONGESTION

Phenylephrine HCl
Nasal Decongestant

Diphenhydramine HCl
Phenylephrine HCl
Antihistamine,
Nasal Decongestant

**DAYTIME**

**☾ NIGHTTIME**

· NASAL
CONGESTION
· RUNNY NOSE

**12 TABLETS**

**8 TABLETS**

10 mg each

**TOTAL: 20 TABLETS**

---

**Drug Facts** (continued)

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Directions**

| adults and children 12 years and over | ■ take 1 tablet every 4 hours<br>■ do not take more than 6 tablets in 24 hours |
| --- | --- |
| children under 12 years | ask a doctor |

**Other information**
■ store between 20-25°C (68-77°F)
■ do not use if blister unit is torn or broken

**Inactive ingredients** carnauba wax, FD&C blue no. 1 aluminum lake, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polyvinyl alcohol, powdered cellulose, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide

**Questions or comments?**
call 1-888-217-2117 (toll free) or 215-273-8755 (collect)

DO NOT USE IF BLISTER UNIT IS TORN OR BROKEN

---

Daytime: Active ingredient made in Germany   Nighttime: Active ingredient made in Italy
Fort Washington, PA 19034 USA   ©/AJCI 2018
McNeil Consumer Healthcare Division
Distributed by: JOHNSON & JOHNSON CONSUMER INC.

SUDAFED PE'

3  00450  11321  4

---

8 TABLETS | TOTAL: 20 TABLETS

12 TABLETS 10 mg each

actual size

actual size

· RUNNY NOSE
· NASAL CONGESTION

· NASAL
CONGESTION

☾ NIGHTTIME

DAYTIME

Diphenhydramine HCl, Phenylephrine HCl
Antihistamine, Nasal Decongestant

Phenylephrine HCl
Nasal Decongestant

# SINUS CONGESTION

# SUDAFED PE'

PREVIOUSLY SUDAFED PE · DAY + NIGHT SINUS CONGESTION   NDC 50580-239-01

The makers of the SUDAFED' family of products are dedicated to
helping you and your family reduce head congestion and sinus pressure.



A-605

*Drug Facts* (continued)

■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ glaucoma

**Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers**

**When using this product**
■ do not exceed recommended dose
■ marked drowsiness may occur
■ ...alcoholic drinks

*Drug Facts* (continued)

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

***Directions***

| | |
|---|---|
| adults and children 12 years and over | ■ take 1 tablet every 4 hours<br>■ do not take more than 6 tablets in 24 hours |
| children under 12 years | ask a doctor |

***Other information*** ■ store between 20-25°C (68-77°F)
■ do not use if blister unit is torn or broken

***Inactive ingredients*** carnauba wax, D&C yellow no. 10 alumin...

**Important: Read all product information before using. Keep this box for important information.**
**Do not take the day and night tablets at the same time. Do not take more than a total of 6 tablets in a 24-hour period. Take only as directed.**

**SUDAFED PE® DAYTIME**

***Drug Facts***

| ***Active ingredient (in each tablet)*** | ***Purpose*** |
|---|---|
| Phenylephrine HCl 10 mg | Nasal decongestant |

***Uses*** ■ temporarily relieves sinus congestion and pressure
■ temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

***Warnings***
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease ■ high blood pressure
■ thyroid disease ■ diabetes
■ trouble urinating due to an enlarged prostate gland ▼

**SUDAFED PE® NIGHTTIME**

***Drug Facts***

| ***Active ingredients (in each tablet)*** | ***Purpose*** |
|---|---|
| Diphenhydramine HCl 25 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

***Uses***
■ temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
■ runny nose ■ sneezing ■ itchy, watery eyes
■ itching of the nose or throat ■ nasal congestion
■ temporarily relieves these symptoms due to the common cold:
■ runny nose ■ sneezing ■ nasal congestion
■ temporarily relieves sinus congestion and pressure

***Warnings***
**Do not use**
■ to make a child sleepy
■ with any other product containing diphenhydramine, even one used on skin ▼

LIFT HERE

NON-DROWSY

**24 TABLETS**

actual size

SU PE.

MAXIMUM STRENGTH

- SINUS HEADACHE
- SINUS PRESSURE + CONGESTION

Pain Reliever/Fever Reducer, Nasal Decongestant

Acetaminophen, Phenylephrine HCl

# SUDAFED PE.

## SINUS
## PRESSURE + PAIN

PREVIOUSLY SUDAFED PE® PRESSURE + PAIN      NDC 50580-435-01

The makers of the SUDAFED® family of products are dedicated to helping you and your family reduce head congestion and sinus pressure.

---

**Drug Facts**

| Active ingredients (in each tablet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves these symptoms associated with hay fever or other upper respiratory allergies, and the common cold:
- sinus congestion and pressure
- headache
- minor aches and pains
- nasal congestion
- promotes sinus drainage
- temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 tablets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

---

**Drug Facts (continued)**

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product** do not exceed recommended dose

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not use more than directed (see overdose warning)

| adults and children 12 years and over | take 2 tablets every 4 hours |
|---|---|
| | do not take more than 10 tablets in 24 hours |
| children under 12 years | ask a doctor |

**Other information**
- store between 20-25°C (68-77°F)
- do not use if blister unit is torn or broken

**Inactive ingredients** carnauba wax, FD&C yellow no. 6 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polysorbate 80, powdered cellulose, pregelatinized starch, sodium starch glycolate, titanium dioxide

---

**SUDAFED** PE®

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA   ©J&JCI 2018

**Drug Facts (continued)**

**Questions or comments?**
call 1-800-217-2117 (toll-free) or 215-273-8755 (collect)

Does Not Contain Pseudoephedrine

Case 1:23-md-03089-BMC Document 200-9 Filed 05/03/24 Page 10 of 35 PageID #: 2797

A-608

How can we help?
℃ 1-877-895-3665

TYLENOL
HISTORY OF RELIEF · HERITAGE OF CARE

**Drug Facts**

**Active ingredients (in each caplet)** ............................ **Purpose**
Acetaminophen 325 mg .................................... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ......................................... Cough suppressant
Phenylephrine HCl 5 mg ................................................ Nasal decongestant

**Uses**
■ temporarily relieves these common cold/flu symptoms:
■ minor aches and pains    ■ headache    ■ sore throat
■ nasal congestion    ■ cough    ■ sinus congestion and pressure
■ helps clear nasal passages    ■ promotes nasal and sinus drainage
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Drug Facts (continued)**
■ if you have ever had an allergic reaction to this product or any of its ingredients
**Ask a doctor before use if you have**
■ liver disease    ■ heart disease
■ high blood pressure    ■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin
**When using this product do not exceed recommended dose**
**Stop use and ask a doctor if**
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days    ■ redness or swelling is present
■ new symptoms occur    ■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see overdose warning)

| adults and children 12 years and over | ■ take 2 caplets every 4 hours |
| | ■ swallow whole; do not crush, chew or dissolve |
| | ■ do not take more than 10 caplets in 24 hours |
| children under 12 years | ■ ask a doctor |

**Other Information**
■ store between 20-25°C (68-77°F)
■ do not use if blister unit is torn or broken

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Drug Facts (continued)**
**Inactive ingredients** anhydrous citric acid, carnauba wax, flavors, hypromellose, magnesium stearate, microcrystalline cellulose, modified starch, potassium sorbate, powdered cellulose, pregelatinized starch, sodium benzoate, sodium citrate, sodium starch glycolate, sucralose

**Questions or comments?** call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

3  00450 27125  9



A-610



## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold/flu symptoms:
  ■ minor aches and pains
  ■ headache         ■ sore throat
  ■ nasal congestion ■ cough
  ■ sinus congestion and pressure
■ helps clear nasal passages
■ promotes nasal and sinus drainage
■ temporarily reduces fever ▶

## TYLENOL®
### COLD + FLU + COUGH

**How can we help?**
☎ 1-877-895-3665

SNAP THIS CODE OR TEXT TYCOLD10 TO 97715

Acetaminophen (325 mg per 15 mL)
Dextromethorphan HBr (10 mg per 15 mL)
Phenylephrine HCl (5 mg per 15 mL)

MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP.
TEXT STOP FOR STOP



8 fl oz (240 mL)

Made In Canada

Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2016          30042164

## Drug Facts (continued)

sorbitol solution, sucralose

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts (continued)

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening
■ blisters
■ rash
If a skin reaction occurs, stop use ▶

A-611

## Drug Facts (continued)

and seek medical help right away.
**Sore throat warning:** If sore throat is
severe, persists for more than 2 days,
is accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

**Do not use**
■ with any other drug containing
acetaminophen (prescription or
nonprescription). If you are not
sure whether a drug contains
acetaminophen, ask a doctor or
pharmacist.
■ if you are now taking a
prescription monoamine oxidase
inhibitor (MAOI) (certain drugs for
depression, psychiatric or ▶

## Drug Facts (continued)

### Other information
■ each 15 mL contains: sodium 5 mg
■ store between 20-25°C (68-77°F).
Do not refrigerate.
■ do not use if neck band
imprinted with "TYLENOL
COLD + FLU + COUGH" or foil
inner seal imprinted with
"SAFETY SEAL®" is broken
or missing

### Inactive ingredients
alcohol, anhydrous citric acid, FD&C
yellow no. 6, flavors, glycerin,
propylene glycol, purified water,
sodium benzoate, ▶

## Drug Facts (continued)

### Directions
■ do not take more than directed
(see overdose warning)
■ mL = milliliter
■ use only enclosed dosing cup
designed for use with this product.
Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

▶

## Drug Facts (continued)

emotional conditions, or Parkinson's
disease), or for 2 weeks after
stopping the MAOI drug. If you do
not know if your prescription drug
contains an MAOI, ask a doctor or
pharmacist before taking this product.
■ if you have ever had an allergic
reaction to this product or any of its
ingredients

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an ▶

## Drug Facts (continued)

enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
or emphysema
■ cough that occurs with too much
phlegm (mucus)

**Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin**

**When using this product do not
exceed recommended dose**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or
sleeplessness occur
■ pain, nasal congestion or cough ▶

## Drug Facts (continued)

gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with
rash or headache that lasts
These could be signs of a serious
condition.

**If pregnant or breast-feeding,** ask
a health professional before use.
**Keep out of reach of children.
Overdose warning:** In case of
overdose, get medical help or contact a
Poison Control Center right away.
(1-800-222-1222) Quick medical
attention is critical for adults as well as
for children even if you do not notice
any signs or symptoms. ▶

OPEN TO READ DRUG FACTS ⟶ PEEL

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 14 of 35 PageID #: 2801

A-612

30040371 NDC 50580-369-01

# TYLENOL®

**FOR ADULTS**

## COLD + FLU + COUGH

**Acetaminophen,** Dextromethorphan HBr, Doxylamine Succinate, Phenylephrine HCl,
Pain Reliever–Fever Reducer, Cough Suppressant, Antihistamine, Nasal Decongestant



- HEAD + BODY ACHES
- FEVER + SORE THROAT
- COUGH
- NASAL CONGESTION
- RUNNY NOSE



**NIGHT**



**WILD BERRY BURST**



Alcohol 0.7%

**8 fl oz (240 mL)**

OPEN TO READ DRUG FACTS ⟶ PEEL
(Warnings, Directions...)



30040372 Do not use if neck band imprinted with
"TYLENOL COLD+FLU+ COUGH" or foil
inner seal imprinted with "SAFETY
SEAL®" is broken or missing.

**DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN**



3  0045−0562−08 1

## Drug Facts

### Active ingredients (in each 15 mL) — Purpose

Acetaminophen 325 mg .......... Pain reliever/fever reducer

Dextromethorphan HBr 10 mg...Cough suppressant

Doxylamine Succinate 6.25 mg.........Antihistamine

Phenylephrine HCl 5 mg........Nasal decongestant

### Uses

■ temporarily relieves these common cold/flu symptoms:
  - ■ minor aches and pains
  - ■ headache     ■ sore throat
  - ■ nasal congestion
  - ■ runny nose and sneezing
  - ■ cough
  - ■ sinus congestion and pressure
■ helps clear nasal passages ▶

## Drug Facts (continued)

■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- ■ more than 4,000 mg of acetaminophen in 24 hours
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening
- ■ blisters
- ■ rash ▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use

■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional ▶

## Drug Facts (continued)

conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have

- ■ liver disease
- ■ heart disease
- ■ high blood pressure
- ■ thyroid disease
- ■ diabetes
- ■ trouble urinating due to an enlarged prostate gland
- ■ a breathing problem such as ▶

## Drug Facts (continued)

## Drug Facts (continued)

A-614

emphysema or chronic bronchitis
- glaucoma
- persistent or chronic cough such as occurs with smoking, asthma or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dose
- excitability may occur, especially in children
- marked drowsiness may occur ▶

- alcohol, sedatives and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition. ▶

---

**Drug Facts** (continued)

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device. ▶

---

**Drug Facts** (continued)

| adults and children 12 years and over | take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

**Other information**
- each 15 mL contains: **sodium 5 mg**
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD+FLU+COUGH" or foil inner seal imprinted with "SAFETY SEAL®" ▶

---

**Drug Facts** (continued)

is broken or missing

**Inactive ingredients**
acetic acid, alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no.

**TYLENOL®**
**COLD + FLU + COUGH NIGHT**

How can we help?
☎ 1-877-895-3665

40, flavors, glycerin, propylene glycol,
purified water, sodium benzoate,
sorbitol solution, sucralose

**Questions or comments?**
call **1-877-895-3665** (toll-free) or
**215-273-8755** (collect)

## PARENTS:

**Learn about teen medicine abuse**

**www.StopMedicineAbuse.org**



SCAN THIS CODE
OR TEXT TYCOLD7
TO 87715

MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP.
TEXT STOP FOR STOP.

Acetaminophen
(325 mg per 15 mL)
Dextromethorphan HBr
(10 mg per 15 mL)
Doxylamine succinate
(6.25 mg per 15 mL)
Phenylephrine HCl
(5 mg per 15 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2017          30040372

Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 18 of 35 PageID #: 2805
**A-616**



A-617





**Active ingredients**    **Purpose**

A-618

**(in each 30 mL)**

Acetaminophen 650 mg.....................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg...Cough suppressant
Guaifenesin 400 mg.........................Expectorant
Phenylephrine HCl 10 mg.....Nasal decongestant

## Uses
■ temporarily relieves the following cold/flu symptoms:
- ■ minor aches and pains
- ■ headache    ■ sore throat
- ■ nasal congestion  ■ cough
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- ■ more than 4,000 mg of acetaminophen in 24 hours
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
- ■ skin reddening
- ■ blisters
- ■ rash ▶

## Drug Facts (continued)
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, ▶

## Drug Facts (continued)
psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- ■ liver disease
- ■ heart disease
- ■ high blood pressure
- ■ thyroid disease
- ■ diabetes
- ■ trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)
- ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

Stop use and ask a doctor if

## Drug Facts (continued)
- ■ redness or swelling is present
- ■ new symptoms occur
- ■ cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right

A-619

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days ▶

away (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last <br> ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

▶

## Drug Facts (continued)

### Other information
- each 30 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARMING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

▶

## Drug Facts (continued)

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

## PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org

## TYLENOL®
### COLD + FLU SEVERE

How can we help?
☎ 1-877-895-3665

Acetaminophen
(650 mg per 30 ml)
Dextromethorphan HBr
(20 mg per 30 mL)
Guaifenesin
(400 mg per 30 mL)
Phenylephrine HCl
(10 mg per 30 mL)

8 fl oz (240 mL)

Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021      30049845





A-621

8  0045-0525-08 6

JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021
30049845

## Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves the following cold/flu symptoms:
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

## Drug Facts (continued)

- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash ▶

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days ▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, ▶

## Drug Facts (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

▶

## Drug Facts (continued)

### Other information
- each 30 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARNING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose ▶

## Drug Facts (continued)

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-622





OPEN TO READ DRUG FACTS
(Warnings, Directions...) ——→ PEEL

Do not use if neck band imprinted with
"TYLENOL COLD MAX" or foil inner
seal imprinted with "SAFETY SEAL®"
is broken or missing.

**DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN**

300 42166



3   0045-0269-08 9

**TYLENOL®**
COLD MAX

How can we help?
☏ **1-877-895-3665**

SNAP THIS CODE
OR TEXT **TYCOLD7**
TO **87715**

MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP.
TEXT STOP FOR STOP.



Acetaminophen
(325 mg per 15 mL)
Dextromethorphan HBr
(10 mg per 15 mL)
Doxylamine succinate
(6.25 mg per 15 mL)
Phenylephrine HCl
(5 mg per 15 mL)

8 fl oz (240 mL)

Made in Canada
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2018

30042166

---

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these common cold/flu symptoms:
  ■ minor aches and pains
  ■ headache
  ■ sore throat
  ■ nasal congestion
  ■ runny nose and sneezing
  ■ cough
  ■ sinus congestion and pressure  ▶

---

**Drug Facts** (continued)

■ helps clear nasal passages
■ relieves cough to help you sleep
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ▶

---

**Drug Facts** (continued)

■ blisters
■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription  ▶

---

**Drug Facts** (continued)

monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease

---

**Drug Facts** (continued)

prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ glaucoma
■ persistent or chronic cough such as occurs with smoking, asthma or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin

---

**Drug Facts** (continued)

especially in children
■ marked drowsiness may occur
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days

■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged ▶

**A-623**
■ taking sedatives or tranquilizers

**When using this product**
■ do not exceed recommended dose
■ excitability may occur, ▶

■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with
  rash or headache that lasts ▶

---

**Drug Facts** (continued)

These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.
Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
  (see overdose warning)
■ mL = milliliter
■ use only enclosed dosing cup ▶

---

**Drug Facts** (continued)

designed for use with this product.
Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

**Other information**
■ each 15 mL contains: sodium 5 mg
■ store between 20-25°C (68-77°F).
  Do not refrigerate.
■ do not use if neck band imprinted
  with "TYLENOL COLD MAX" or ▶

---

**Drug Facts** (continued)

foil inner seal imprinted with "SAFETY SEAL®" is broken or missing

**Inactive ingredients**
alcohol, anhydrous citric acid, FD&C blue no. 1, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

**Questions or comments?**
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org





Case 1:23-md-03089-BMC   Document 200-9   Filed 05/03/24   Page 27 of 35 PageID #: 2814



**Important: Read all product information before using. Keep this box for important information.**
**Do not take the day and night caplets at the same time. Do not take more than a total of 10 caplets in a 24-hour period. Take only as directed.**

## TYLENOL® COLD + FLU SEVERE DAY

### Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 2 mg | Antihistamine |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ for the temporary relief of the following cold/flu symptoms:
■ minor aches and pains   ■ headache   ■ sore throat   ■ nasal congestion
■ cough   ■ sinus congestion and pressure   ■ sneezing and runny nose
■ helps clear nasal passages   ■ relieves cough to help you sleep
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ▼

### Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ for the temporary relief of the following cold/flu symptoms:
■ minor aches and pains   ■ headache   ■ sore throat
■ nasal congestion   ■ cough
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive   ■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ▼

**LIFT HERE**



A-627



**How can we help?**
**☎ 1-877-895-3665**

TYLENOL · HISTORY OF RELIEF · A HERITAGE OF CARE ·

**Drug Facts**

**Active Ingredients (in each caplet)** ........................ **Purpose**
Acetaminophen 325 mg ................... Pain reliever/fever reducer
Guaifenesin 200 mg ....................................... Expectorant
Phenylephrine HCl 5 mg .............................. Nasal decongestant

**Uses** ■ for the temporary relief of the following cold symptoms:
■ minor aches and pains   ■ headache   ■ sore throat
■ nasal congestion   ■ sinus congestion and pressure
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▲

**Drug Facts (continued)**
■ if you have ever had an allergic reaction to this product or any of its ingredients
**Ask a doctor before use if you have**
■ high blood pressure   ■ thyroid disease   ■ liver disease   ■ heart disease
■ trouble urinating due to an enlarged prostate gland   ■ diabetes
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema   ■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin
**When using this product do not exceed recommended dose**
**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days   ■ redness or swelling is present
■ new symptoms occur   ■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children, even if you do not notice any signs or symptoms.

| **Directions** ■ do not take more than directed (see overdose warning) | |
|---|---|
| adults and children 12 years and over | take 2 caplets every 4 hours ■ swallow whole—do not crush, chew or dissolve ■ do not take more than 10 caplets in 24 hours |
| children under 12 years | ask a doctor |

**Other information**
■ each caplet contains: sodium 3 mg   ■ store between 20-25°C (68-77°F)
■ do not use if it is key on it is torn or broken

**Drug Facts (continued)**
**Inactive ingredients** carnauba wax, croscarmellose sodium, flavor, hydroxypropyl cellulose, hypromellose, magnesium stearate, microcrystalline cellulose, pregelatinized starch, sucralose, titanium dioxide, triacetin

**Questions or comments?** call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

3   00450 26125   0

A-628



OPEN TO READ DRUG FACTS ⟶ PEEL
(Warnings, Directions...)



30042165

Do not use if neck band imprinted with
"TYLENOL COLD + MUCUS SEVERE" or
foil inner seal imprinted with "SAFETY
SEAL®" is broken or missing.

DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN



Case 1:23-md-03089-BMC Document 200-9 Filed 05/03/24 Page 31 of 35 PageID #: 2818

3  0 0 4 5 – 0 5 2 1 – 0 8  8

## TYLENOL®
**COLD + MUCUS SEVERE**

### Drug Facts

| **Active ingredients** (in each 15 mL) | **Purpose** |
|---|---|
| Acetaminophen 325 mg ........ | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg .... | Cough suppressant |
| Guaifenesin 200 mg................. | Expectorant |
| Phenylephrine HCl 5 mg............. | Nasal decongestant |

### Uses
- for the temporary relief of the following cold/flu symptoms:
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

---

**How can we help?**
☎ **1-877-895-3665**

**SNAP THIS CODE OR TEXT TYCOLD8 TO 87715**

MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP.
TEXT STOP FOR STOP.



Acetaminophen (325 mg per 15 mL)
Dextromethorphan HBr (10 mg per 15 mL)
Phenylephrine HCl (5 mg per 15 mL)
Guaifenesin (200 mg per 15 mL)

8 fl oz (240 mL)

Made in Canada
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2018          30042165

---

### Drug Facts (continued)

- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- **more than 4,000 mg of acetaminophen in 24 hours**
- **with other drugs containing acetaminophen**
- **3 or more alcoholic drinks every day while using this product**

**Allergy alert:** acetaminophen may

---

### Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or

cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash

▶

A-630

acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for

▶

---

## *Drug Facts* (continued)

depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes

▶

---

## *Drug Facts* (continued)

- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough

▶

---

## *Drug Facts* (continued)

gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding**, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a

---

## *Drug Facts* (continued)

### *Directions*
- **do not take more than directed (see overdose warning)**
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless |

A-631

Poison Control Center right away.
(1-800-222-1222) Quick medical
attention is critical for adults as well as
for children even if you do not notice
any signs or symptoms. ▶

| | |
|---|---|
| | directed by a doctor |
| children under 12 years | ask a doctor ▶ |

## *Drug Facts* (continued)

### Other information
- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD + MUCUS SEVERE" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing

### Inactive ingredients
alcohol, anhydrous citric acid, FD&C blue no. 1, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose ▶

## *Drug Facts* (continued)

### Questions or comments?
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-632



**A-634**

# Procter & Gamble Co.

## – PE Product Labels –

A-635



Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 3 of 16 PageID #: 2825







**children's**

# Cold

**MULTI**-SYMPTOM

Acetaminophen - pain reliever/fever reducer
Dextromethorphan HBr - cough suppressant
Phenylephrine HCl - nasal decongestant

Non-Drowsy

**FREE of:**
Artificial Dyes & Flavors,
High Fructose Corn Syrup & Alcohol

- Aches, Fever
- Sore Throat
- Cough
- Stuffy nose

Ages 6+

**6 FL OZ (177ml)**

PARENTS: Learn about teen medicine abuse www.StopMedicineAbuse.org

91042565

---

## Drug Facts

| Active Ingredients (in each 15 mL) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/Fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • cough due to minor throat & bronchial irritation • sore throat • headache • minor aches & pains • fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
• adult takes more than 4 doses (30 mL each) in 24 hrs, which is the maximum daily amount for this product
• child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product
• taken with other drugs containing acetaminophen
• adult has 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease) or for 2 weeks after stopping the MAO drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, or emphysema • a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
• pain, nasal congestion or cough get worse or last more than 5 days (children) or 7 days (adults)
• fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur
• cough comes back, or occurs with rash or headache that lasts.
These could be signs of a serious condition.

---

## Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

| Directions | • take only as directed | • only use the dose cup provided | • do not exceed 4 doses per 24 hrs |
| --- | --- | --- | --- |
| adults & children 12 yrs & over | 30 mL every 4 hrs | | |
| children 6 to under 12 yrs | 15 mL every 4 hrs | | |
| children 4 to under 6 yrs | ask a doctor | | |
| children under 4 yrs | do not use | | |

**Other information**
• each 15 mL contains: sodium 44 mg
• Store at or greater than 25C. Do not refrigerate

**Inactive ingredients** anhydrous citric acid, beta carotene, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions?** 1-800-362-1683

TAMPER EVIDENT: Do not use if printed safety seal under cap is missing or damaged.
DIST. BY: PROCTER & GAMBLE, CINCINNATI, OH 45202
**Made in Canada** Patents: www.pg.com/patents
Close cap tightly www.vicks.com
90521692

 

P&G
www.pg.com

PEEL BACK FOR DRUG FACTS

CLOSE TIGHTLY

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 6 of 16 PageID #: 2828
A-639









# A-640



















VICKS FLU THERAPY  SEVERE COLD AND FLU DAY

A-643



**50% MORE** VICKS®

**50% MORE** VICKS®

*NIGHT*
# FluTherapy
## SEVERE
## COLD & FLU

Acetaminophen - Pain reliever/Fever reducer
Diphenhydramine HCl - Antihistamine/Cough suppressant
Phenylephrine HCl - Nasal decongestant

· **Fast Relief of Cold & Flu symptoms**
· **Soothing Vicks Vapors**

**HONEY LEMON FLAVOR**

**ACTUAL SIZE**

**Delightful & Great Tasting with Honey Lemon Flavor.**

**SIDE VIEW OF 9 PACKETS**

**9 PACKETS**

Tamper Evident:
Do not use if inner sealed
packet is torn or broken.

MADE IN MEXICO
DIST. BY:
PROCTER & GAMBLE,
CINCINNATI, OH 45202

*P&G*
www.pg.com
Patents: www.pg.com/patents

Case 1:23-md-03089-BMC   Document 200-10   Filed 05/03/24   Page 11 of 16 PageID #: 2833

A-644



A-645





















# Procter & Gamble Co.

## -PE Product Labels –

**-continued**

A-651



**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold symptoms • nasal congestion • cough due to minor throat & bronchial irritation • helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema • a sodium restricted diet

When using this product, do not use more than directed.

Stop use and ask a doctor if • you get nervous, dizzy or sleepless • symptoms do not improve within 7 days or are accompanied by fever • cough persists for more than 7 days, comes back or occurs with a fever, rash or persistent headache. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. ▶

**Drug Facts** (continued)

| Directions | • take only as directed • only use the dose cup provided • do not exceed 6 doses per 24 hours | | |
|---|---|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs | | |
| children 6 to under 12 yrs | 15 mL every 4 hrs | | |
| children 4 to under 6 yrs | 7.5 mL every 4 hrs | | |
| children under 4 yrs | do not use | | |

**Other information**
• each 15 mL contains: sodium 14 mg
• Store at temperatures below 25°C

**Inactive ingredients** anhydrous citric acid, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?** 1-800-362-1683



TAMPER EVIDENT: Do not use if printed safety seal under cap is missing or damaged
DIST. BY: PROCTER & GAMBLE, CINCINNATI, OH 45202
Made in Canada
Patents: www.pg.com/patents
Close cap tightly
www.vicks.com

P&G

CLOSE TIGHTLY

A-652



DAY & NIGHT PACK

VICKS®

children's
**Cough**
Congestion

Phenylephrine HCl · nasal decongestant
Dextromethorphan HBr · cough suppressant
Guaifenesin · expectorant

Non-Drowsy

children's
**Cough**
Congestion Night

Phenylephrine HCl · nasal decongestant
Diphenhydramine HCl ·
antihistamine/cough suppressant

Nighttime

FREE of:
Artificial Dyes & Flavors,
High Fructose Corn Syrup & Alcohol

- Cough
- Chest congestion
- Stuffy nose

Ages 6+

- Cough
- Runny nose
- Stuffy nose
- Sneezing

Ages 6+

**2 BOTTLES - 6 FL OZ (177 mL) EACH; TOTAL 12 FL OZ (354 mL)**

### Children's Cough Congestion Day

**Drug Facts (continued)**

**Other Information**
each 15 mL contains: sodium 44 mg
Store at no greater than 25°C

**Inactive ingredients** anhydrous citric acid, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?** 1-800-362-1683

TAMPER EVIDENT: Do not use if printed safety seal under cap is missing or damaged.
DIST. BY: PROCTER & GAMBLE, CINCINNATI, OH 45202
Made in Canada
Patents:
www.pg.com/patents
www.vicks.com

**P&G**
www.pg.com

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  23900 02731  2

### Children's Cough Congestion Night

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
| --- | --- |
| Diphenhydramine HCl 12.5 mg ...Antihistamine/Cough suppressant | |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold symptoms:
- nasal congestion  • runny nose & sneezing
- cough due to minor throat & bronchial irritation

**Warnings**
Do not use
- with any other product containing diphenhydramine, even one used on skin  • to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have  • heart disease
- high blood pressure  • thyroid disease  • diabetes
- glaucoma  • trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or occurs with smoking, asthma or emphysema  • a sodium-restricted diet

Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers

When using this product  • do not use more than directed.
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

Stop use and ask a doctor if  • you get nervous, dizzy or sleepless
- symptoms do not improve within 7 days or occur with a fever, rash or persistent headache
- cough persists for more than 7 days, comes back or occurs with a fever, rash or persistent headache.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

### Children's Cough Congestion Day

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
| --- | --- |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold symptoms:
- nasal congestion  • cough due to minor throat & bronchial irritation
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have  • heart disease
- high blood pressure  • thyroid disease  • diabetes
- trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema  • a sodium-restricted diet

When using this product, do not use more than directed.

Stop use and ask a doctor if  • you get nervous, dizzy or sleepless
- symptoms do not improve within 7 days or occur with a fever
- cough persists for more than 7 days, comes back or occurs with a fever, rash or persistent headache
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**  • take only as directed
- only use the dose cup provided  • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | 7.5 mL every 4 hrs |
| children under 4 yrs | do not use |

### Children's Cough Congestion Night

**Drug Facts (continued)**

**Directions**  • take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | 7.5 mL every 4 hrs |
| children under 4 yrs | do not use unless directed by a doctor |
| children under 4 yrs | do not use |

**Other Information**
each 15 mL contains: sodium 44 mg
Store at no greater than 25°C

**Inactive ingredients** anhydrous citric acid, flavor, glycerin, polysorbate 20, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?** 1-800-362-1683

A-653



A-654



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**TAMPER EVIDENT:** This package is safety sealed & child resistant. Use only if blisters are intact. If difficult to open, use scissors.

ACTUAL SIZE

**DayQuil™**
VapoCOOL™
SEVERE COLD & FLU
+ CONGESTION
Acetaminophen, Guaifenesin, Phenylephrine HCl, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains
Chest Congestion, Thins & Loosens Mucus
Nasal Congestion, Sinus Pressure
Cough

**32 DAYQUIL COATED CAPLETS**

**NyQuil™**
VapoCOOL™
SEVERE COLD & FLU
+ CONGESTION
Acetaminophen, Phenylephrine HCl, Doxylamine Succinate, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains
Nasal Congestion, Sinus Pressure
Sneezing, Runny Nose
Cough

**48 TOTAL**
**16 NYQUIL COATED CAPLETS: COATED CAPLETS**

DIST. BY PROCTER & GAMBLE,
CINCINNATI OH 45202

P&G  www.pg.com
www.vicks.com

A-655



**DayQuil**    **NyQuil**

POWERFUL RELIEF    POWERFUL RELIEF    DAY & NIGHT PACK    POWERFUL RELIEF

**DayQuil**    **NyQuil**

THE
DAYTIME,
COUGHING,
ACHING,
STUFFY HEAD,
FEVER,
SORE THROAT,
**POWER
THROUGH
YOUR DAY,
MEDICINE.**

THE
NIGHTTIME,
SNIFFLING,
SNEEZING,
COUGHING,
ACHING,
FEVER,
**BEST SLEEP
WITH A
COLD,
MEDICINE.**

Headache, Fever, Sore Throat,
Minor Aches & Pains
Nasal Congestion,
Sinus Pressure
Cough

Headache, Fever, Sore Throat,
Minor Aches & Pains
Sneezing, Runny Nose
Cough

PARENTS!

Nighttime Relief
Alcohol 10%

2 BOTTLES - 1 DAYQUIL/1 NYQUIL 12 FL OZ (354 mL) EACH, TOTAL 24 FL OZ (708 mL)

P&G










Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 11 of 18 PageID #: 2849
**A-660**













A-662







A-663

















Case 1:23-md-03089-BMC   Document 200-11   Filed 05/03/24   Page 18 of 18 PageID #: 2856

A-667



A-668

# Procter & Gamble Co.

## -PE Product Labels –

### -continued

VICKS

MAX STRENGTH

# DayQuil
HOT REMEDY

# NyQuil
HOT REMEDY

RAPID RELIEF
MULTI SYMPTOM

RAPID RELIEF
MULTI SYMPTOM

COLD & FLU
+ CONGESTION

COLD & FLU
+ CONGESTION

Acetaminophen,

Acetaminophen,

Headache,
Fever,
Sore Throat,
Minor Aches
& Pains

Nasal Congestion,
Sinus Pressure

Cough

Non-Drowsy

Headache, Fever,
Sore Throat,
Minor Aches
& Pains

Sneezing,
Runny Nose, Cough

Nasal Congestion,
Sinus Pressure

Nighttime Relief

HONEY
LEMON
FLAVORED

PARENTS:

10 DAYQUIL POWDER PACKETS; 6 NYQUIL POWDER PACKETS; 16 TOTAL POWDER PACKETS

P&G
www.pg.com
vicks.com

MADE IN MEXICO
DIST. BY PROCTER & GAMBLE,
CINCINNATI, OH 45202

A-670



A-671



VICKS DayQuil SEVERE

VICKS NyQuil SEVERE

PARENTS:

MAX STRENGTH   VICKS

DayQuil   NyQuil

SEVERE
COLD & FLU

SEVERE
COLD & FLU

Acetaminophen

Acetaminophen

Headache, Fever, Sore Throat,
Minor Aches & Pains
Chest Congestion, Thins & Loosens Mucus
Nasal Congestion, Sinus Pressure
Cough

Headache, Fever, Sore Throat,
Minor Aches & Pains
Nasal Congestion, Sinus Pressure
Sneezing, Runny Nose
Cough

Made in Canada

P&G

8 DAYQUIL LIQUICAPS    4 NYQUIL LIQUICAPS

12 TOTAL
LIQUICAPS





Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 7 of 21 PageID #: 2863
A-674



Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 8 of 21 PageID #: 2864
**A-675**





A-677













**VICKS®**

# NyQuil™

## COUGH *DM+*
### CONGESTION

Dextromethorphan HBr,
Phenylephrine HCl, Doxylamine Succinate

Cough
Nasal Congestion
Sneezing, Runny Nose

8 FL OZ (236 mL)

---

**TAMPER EVIDENT:**
Do not use if printed shrinkband
is broken or missing.
◄ PEEL BACK FOR DRUG FACTS

### Drug Facts

**Active Ingredients (in each 15 mL)** — **Purpose**
Dextromethorphan HBr 10 mg — Cough suppressant
Doxylamine succinate 6.25 mg — Antihistamine
Phenylephrine HCl 5 mg — Nasal Decongestant

**Uses** temporarily relieves common cold symptoms:
• nasal congestion
• sinus congestion & pressure
• cough due to minor throat & bronchial irritation
• cough to help you sleep
• runny nose & sneezing
• reduces swelling of nasal passages
• temporarily relieves their breathing through the nose
• promotes nasal and/or sinus drainage

**PARENTS:**
Learn about teen medicine abuse
www.PeytonsPromise.com

DIST. BY PROCTER & GAMBLE,
CINCINNATI OH 45202
Patents: www.pg.com/patents
www.vicks.com

**P&G**
www.pg.com
80889647

---

### Drug Facts (continued)

**Warnings**
**Do not use**
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
• to make a child sleepy

**Ask a doctor before use if you have**
• heart disease
• high blood pressure
• thyroid disease
• diabetes
• glaucoma
• cough that occurs with too much phlegm (mucus)
• a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
• trouble urinating due to enlarged prostate gland
• a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers

**When using this product**
• do not use more than directed
• excitability may occur, especially in children
• marked drowsiness may occur
• avoid alcoholic drinks
• be careful when driving a motor vehicle or
◄ operating machinery

---

### Drug Facts (continued)

• alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
• you get nervous, dizzy or sleepless
• symptoms do not improve within 7 days or occur with a fever
• cough persists for more than 7 days, comes back or occurs with a fever, rash, or persistent headache These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
• take only as directed
• only use the dose cup provided
• do not exceed 4 doses per 24 hrs

| | | |
|---|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | do not use unless directed by a doctor |
| children under 4 yrs | do not use |

**Other Information**
• each 15 mL contains: sodium 44 mg
• store at no greater than 25°C

**Inactive Ingredients** citric acid, FD&C Blue No. 1, FD&C Red No. 40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-800-362-1683

Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 13 of 21 PageID #: 2869



A-681






Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 15 of 21 PageID #: 2871

**A-682**



Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 16 of 21 PageID #: 2872

**A-683**















Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 18 of 21 PageID #: 2874

**A-685**





Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 20 of 21 PageID #: 2876
A-687



Case 1:23-md-03089-BMC   Document 200-12   Filed 05/03/24   Page 21 of 21 PageID #: 2877
**A-688**

