# 24-3296 (L)
## 25-119 (Con)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

NEWTON'S PHARMACY, INC.,

*Plaintiff-Appellant*

v.

PROCTOR & GAMBLE COMPANY, ET. AL.,

*Defendants-Appellees*

On Appeal from the United States District Court
For the Eastern District of New York

## PLAINTIFF-APPELLANT NEWTON'S PHARMACY, INC.'S APPENDIX
### Volume 4 of 6

Joe P. Leniski, Jr.
HERZFELD, SUETHOLZ,
GASTEL, LENISKI AND WALL,
PLLC
223 Rosa L. Parks Avenue, Ste. 300
Nashville, Tennessee 37203
(615) 800-6225

Alyson S. Beridon
HERZFELD, SUETHOLZ,
GASTEL, LENISKI AND WALL
PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224

# TABLE OF CONTENTS

Page

Exhibits to Amended Complaint - Initial Streamlined Consolidated New York Bellwether Class Action Complaint, *In Re: Oral Phenylephrine Marketing and Sales Practice,* Document Applies to All Cases, MDL No. 3089 (District Court Docket No. 200), dated May 3, 2024........................... A-689

A-689

# RB Health (US) LLC

## –PE Product Labels –

**A-690**



A-691

## Mucinex Sinus-Max Pressure, Pain & Cough

### Drug Facts

**Active Ingredients** (in each liquid gel) — **Purposes**

Acetaminophen 325 mg ............... Pain reliever
Dextromethorphan HBr 10 mg ..... Cough suppressant
Guaifenesin 200 mg ..................... Expectorant
Phenylephrine HCl 5 mg ....... Nasal decongestant

**Uses**
- Temporarily relieves:
  - nasal congestion
  - headache
  - minor aches and pains
  - cough
  - sinus congestion and pressure
- Temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
- liver disease  ■ heart disease  ■ diabetes
- high blood pressure  ■ thyroid disease
- trouble urinating due to an enlarged prostate gland ▶

### Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and older: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

**Other Information**
- store at 20-25°C (68-77°F)
- avoid excessive heat

**Inactive Ingredients**
FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, shellac, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

## Mucinex Sinus-Max Severe Nasal Congestion Relief

### Drug Facts

**Active Ingredient** — **Purpose**
Oxymetazoline hydrochloride 0.05%.....Nasal decongestant

**Uses**
- temporarily relieves nasal congestion due to:
  - a cold
  - hay fever or other upper respiratory allergies
- promotes nasal and sinus drainage
- temporarily relieves sinus congestion and pressure
- helps clear nasal passages; shrinks swollen membranes

**Warnings**

Ask a doctor before use if you have
- heart disease  ■ high blood pressure
- thyroid disease  ■ diabetes
- difficulty in urination due to enlargement of the prostate gland

When using this product
- do not exceed recommended dosage
- do not use this product for more than 3 days. Use only as directed. Frequent or prolonged use may cause nasal congestion to recur or worsen.
- this product may cause temporary discomfort such as burning, stinging, sneezing, or an increase in nasal discharge
- the use of this container by more than one person may spread infection

Stop use and ask a doctor if symptoms persist

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
- adults and children 6 to under 12 years of age (with adult supervision): 2 or 3 sprays in each nostril, not more often than every 10 to 12 hours. Do not exceed 2 doses in any 24-hour period.
- children under 6 years of age: consult a doctor.

Shake well before use.
To open, hold by the white grips then squeeze and turn cap. Before using for the first time, remove the protective cap from the tip and prime metered pump by depressing firmly several times. To spray, hold bottle with thumb at the base and nozzle between first and second fingers. Without tilting head, insert nozzle into nostril. Fully depress pump all the way down with a firm even stroke and sniff deeply. Wipe nozzle clean after use. To close, turn cap until it "clicks". ▶

## Mucinex Sinus-Max Severe Nasal Congestion Relief (cont'd)

### Drug Facts (continued)

DO NOT DISCARD CAP

**Other Information**
- store at 20-25°C (68-77°F)

**Inactive Ingredients**
benzalkonium chloride, camphor, edetate disodium, eucalyptol, glycine, menthol, polyethylene glycol, polysorbate 80, propylene glycol, purified water, sodium chloride, sodium hydroxide

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this number.

To open: hold by the white grips then squeeze & turn cap.

hold

To close:
turn cap until it "clicks"

KEEP CARTONS FOR FULL INFORMATION.

rb

HEALTH • HYGIENE • HOME

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
© 2020 RB Health
Made in India

Please visit our website
www.mucinex.com
Patents: www.rb.com/patents
3134411                      061220

PRINT SAFE AREA

KO

## Panel (left flap)

**Drug Facts (continued)**

**Other Information**
- each 20 mL contains: sodium 12 mg (Fast-Max Cold, Flu & Sore Throat) and/or sodium 16 mg (Nightshift Cold & Flu only)
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive Ingredients** (Mucinex Fast-Max Cold, Flu & Sore Throat) anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Inactive Ingredients** (Mucinex Nightshift Cold & Flu) ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, trisodium citrate, water, xanthan gum

Do not take Mucinex Fast-Max Cold, Flu & Sore Throat and Mucinex Nightshift Cold & Flu at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. **TAKE ONLY AS DIRECTED.**

## Front Panel



A-692

**DAY & NIGHT**
**COLD & FLU RELIEF**

MAXIMUM STRENGTH     NDC 63824-119-66



**Mucinex**
**≡FAST-MAX**

**COLD, FLU & SORE THROAT**

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ Controls Cough, Thins & Loosens Mucus
✓ Nasal & Chest Congestion
✓ Sinus Pressure & Congestion
✓ Body Pain, Headache, Fever & Sore Throat

**Mucinex**
**NIGHTSHIFT**
COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Triprolidine HCl** – Antihistamine

**NIGHTTIME**
RELIEF FOR A BETTER
**MORNING**

✓ COUGH ✓ FEVER ✓ SORE THROAT
✓ RUNNY NOSE ✓ SNEEZING

FOR AGES 12+   TWO – 6 FL OZ (180 mL) bottles   TOTAL – 12 FL OZ (360 mL)   FOR AGES 12+

## No coating

Dist. By: RB Health (US), Parsippany, NJ 07054-0224   Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**Drug Facts**

**Active Ingredients** (in each 20 mL)   **Purposes**
Mucinex Fast-Max Cold, Flu & Sore Throat
Acetaminophen 650 mg ............. Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ............. Cough suppressant
Guaifenesin 400 mg ............. Expectorant
Phenylephrine HCl 10 mg ............. Nasal decongestant

**Uses** MUCINEX FAST-MAX COLD, FLU & SORE THROAT temporarily relieves these common cold and flu symptoms:
- cough
- sore throat
- headache
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of mucus and make coughs more productive

MUCINEX NIGHTSHIFT COLD & FLU
- cough
- headache
- fever
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- sneezing
- minor aches and pains
- sore throat
- sneezing
- nasal congestion due to help you get to sleep

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take more than 4,000 mg of acetaminophen in 24 hours, which is the maximum daily amount...

**Drug Facts (continued)**

**Active Ingredients** (in each 20 mL)   **Purposes**
Mucinex Nightshift Cold & Flu
Acetaminophen 650 mg ............. Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ............. Cough suppressant
Triprolidine HCl 2.5 mg ............. Antihistamine

**Drug Facts (continued)**

**Directions**

MUCINEX FAST-MAX COLD, FLU & SORE THROAT

MUCINEX NIGHTSHIFT COLD & FLU

## Bottom Panel



HEALTH • HYGIENE • HOME

**Questions?**
1-866-MUCINEX



**PARENTS:**



**Drug Facts**

**Active Ingredients** **Purposes**
**(in each caplet)**
**Mucinex FAST-MAX DAY TIME**
**SEVERE CONGESTION & COUGH**

Dextromethorphan HBr 10 mg.................
...................................Cough suppressant
Guaifenesin 200 mg.................Expectorant
Phenylephrine HCl 5 mg...Nasal decongestant

**Active Ingredients** **Purposes**
**(in each caplet)**
**Mucinex FAST-MAX**
**NIGHT TIME COLD & FLU**

Acetaminophen 325 mg...........Pain reliever

---

**Drug Facts** (continued)

■ temporarily relieves these common cold and flu symptoms *(NIGHT TIME only):*
■ cough ■ minor aches and pains
■ headache ■ nasal congestion
■ sore throat ■ runny nose
■ sneezing ■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever *(NIGHT TIME only)*
■ controls cough to help you get to sleep

**Warnings**
**Liver warning** *(NIGHT TIME only):* This product contains acetaminophen. Severe liver damage may occur if you take:

---

**Drug Facts** (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. *(NIGHT TIME only)*
■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT TIME only)*
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for

---

**Drug Facts** (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin *(NIGHT TIME only)*
■ taking sedatives or tranquilizers *(NIGHT TIME only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT TIME only)*

Acetaminophen 325 mg........Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg..........................Antihistamine/cough suppressant
Phenylephrine HCl 5 mg ..Nasal decongestant

**Uses**
- temporarily relieves *(DAY TIME only):*
- cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
- the intensity of coughing
- nasal congestion due to a cold
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY TIME only)*

---

A-694

- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert** *(NIGHT TIME only):*
Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning** *(NIGHT TIME only):* if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly

---

2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease *(NIGHT TIME only)*
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*

---

in children *(NIGHT TIME only)*
- marked drowsiness may occur *(NIGHT TIME only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever *(DAY TIME only)*

---

**Drug Facts** (continued)
- pain, nasal congestion, or cough gets worse or lasts more than 7 days *(NIGHT TIME only)*
- fever gets worse or lasts more than 3 days *(NIGHT TIME only)*
- redness or swelling is present *(NIGHT TIME only)*
- new symptoms occur *(NIGHT TIME only)*
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away.

**Overdose warning** *(NIGHT TIME only):* Taking more than the recommended dose (overdose) may cause liver damage. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period ▶

---

**Drug Facts** (continued)
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Other Information**
- store at 20-25°C (68-77°F)

**Inactive Ingredients**
*(Mucinex FAST-MAX DAY TIME SEVERE CONGESTION & COUGH)*
croscarmellose sodium, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, methacrylic acid-ethyl acrylate copolymer, mica, microcrystalline cellulose, polyethylene glycol 3350, polysorbate 80, polyvinyl alcohol, povidone K29/32, sodium bicarbonate, talc, titanium dioxide

**Inactive Ingredients**
*(Mucinex FAST-MAX NIGHT TIME COLD & FLU)*
croscarmellose sodium, crospovidone, FD&C blue no. 2 aluminum lake, FD&C blue no. 1 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, ▶

---

**Drug Facts** (continued)
polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Do not take the Mucinex FAST-MAX DAY TIME SEVERE CONGESTION & COUGH and Mucinex FAST-MAX NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period.

**Take only as directed.**



**HEALTH • HYGIENE • HOME**

3091262                    671519





# A-695
# DAY & NIGHT
## COUGH & COLD RELIEF

**MAXIMUM STRENGTH**   NDC 63824-117-66

## Mucinex
### FAST-MAX
**SEVERE CONGESTION & COUGH**

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

## Mucinex
### NIGHTSHIFT
COLD & FLU
Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Tripolidine HCl – Antihistamine

NIGHTTIME
RELIEF FOR A BETTER
MORNING

✓ COUGH ✓ FEVER ✓ SORE THROAT
✓ RUNNY NOSE ✓ SNEEZING

FOR AGES 12+   TWO – 6 FL OZ (180 mL) bottles   TOTAL – 12 FL OZ (360 mL)   FOR AGES 12+

## Drug Facts (continued)

**Other information**
- each 20 mL contains: sodium 12 mg (Fast-Max Severe Congestion & Cough only) and sodium 16 mg (Nightshift Cold & Flu only)
- store at 20–25°C (68–77°F)
- do not refrigerate

**Inactive Ingredients** (Mucinex Fast-Max Severe Congestion & Cough) anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate, xanthan gum *may contain this ingredient

**Inactive Ingredients** (Mucinex Nightshift Cold & Flu) ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

Do not take Mucinex Fast-Max Severe Congestion & Cough and Mucinex Nightshift Cold & Flu at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. TAKE ONLY AS DIRECTED.

No coating



## Drug Facts
**Active ingredients** (in each 20 mL) **Purposes**
**Mucinex Fast-Max**
**Severe Congestion & Cough**
Dextromethorphan HBr 20 mg ..... Cough suppressant
Guaifenesin 400 mg ..... Expectorant
Phenylephrine HCl 10 mg ..... Nasal decongestant

## Drug Facts (continued)
**Active ingredients** (in each 20 mL) **Purposes**
**Mucinex Nightshift Cold & Flu**
Acetaminophen 650 mg ..... Pain reliever/fever reducer
Dextromethorphan HBr 30 mg ..... Cough suppressant
Tripolidine HCl 2.5 mg ..... Antihistamine

HEALTH • HYGIENE • HOME

A-696



8326924

020618

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

A-697

3 63824 55130 2

Tamper evident: do not use if outer package is opened or if blister is torn or broken.

*www.mucinex.com*

8326925

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224,   Made in England   ©2018 RB   020218

---

## Drug Facts (continued)

- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison

## Drug Facts (continued)

**Other information**
- store between 20-25°C (68-77°F)

**Inactive Ingredients (Mucinex FAST-MAX DAY TIME COLD & FLU)**
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Inactive Ingredients (Mucinex FAST-MAX**

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Do not take the Mucinex Fast-Max DAY TIME COLD & FLU and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period. Take only as directed.   020618 8326926

## Drug Facts

| Active ingredients (in each caplet) Mucinex FAST-MAX DAY TIME COLD & FLU | Purposes |
|---|---|
| Acetaminophen 325 mg | |

Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

▶

---

**NIGHT TIME COLD & FLU:**
croscarmellose sodium, **A-698** FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

---

..................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg
.............................Cough suppressant
Guaifenesin 200 mg.................Expectorant
Phenylephrine HCl 5 mg....Nasal decongestant

**Active ingredients          Purposes**
(in each caplet)
**Mucinex FAST-MAX
NIGHT TIME COLD & FLU**
Acetaminophen 325 mg
..................Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg
..................Antihistamine/cough suppressant
Phenylephrine HCl 5 mg....Nasal decongestant

▶

---

## Drug Facts (continued)

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
- sinus congestion and pressure
- runny nose *(NIGHT TIME only)*
- sneezing *(NIGHT TIME only)*
- itching of the nose or throat *(NIGHT TIME only)*
- itchy, watery eyes due to hay fever *(NIGHT TIME only)*
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY TIME only)*
- controls cough to help you get to sleep
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:

▶

---

## Drug Facts (continued)

- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist
- with any other product containing diphenhydramine, even one used on the skin *(NIGHT TIME only)*
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease

▶

---

## Drug Facts (continued)

- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

### Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(NIGHT TIME only)*

### When using this product
- do not use more than directed
- excitability may occur, especially in children *(NIGHT TIME only)*
- marked drowsiness may occur *(NIGHT TIME only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur

▶

A-699



Tamper evident: Do not use if neckband on bottle cap is broken or missing.

MAXIMUM STRENGTH

**Mucinex**

**≡FAST-MAX ▶▶**

**COLD & FLU**

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other Information
- each 20 mL contains: sodium 12 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive Ingredients
anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate†, xanthan gum  †may contain this ingredient

### Questions? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

NDC 63824-548-64



MAXIMUM STRENGTH

**Mucinex**

**≡FAST-MAX ▶▶**

## COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant





SORE THROAT
FEVER
CHEST CONGESTION
COUGH
HEADACHE
BODY PAIN
**ALL IN ONE***
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

A-700

4 FL OZ (118 mL)   FOR AGES 12+

3  63824 19051  8

LOT CODE:
EXP. DATE:
MADE IN:

3097114

Keep carton for full information.

Maximum Strength per 4-hour dose
*Helps to relieve these symptoms
day or night

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:

A 701

■ more than 6 doses in 24 hours, which is the maximum daily
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
*Allergy alert:* Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease
■ diabetes               ■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)   ▶

Please visit our website www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
042619   3097134 ___   HEALTH›HYGIENE›HOME



A-702

NDC 63824-041-34

**Pediatrician Recommended!**

**TRIPLE PACK**

READ ALL INFORMATION

**Mucinex Children's**

**DAY TIME MULTI-SYMPTOM COLD**

Dextromethorphan HBr 5 mg - Cough Suppressant
Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Chest Congestion
✓ Breaks up Mucus

Ages 4+

Very Berry Flavor Liquid

**DAY TIME MULTI-SYMPTOM COLD**

Dextromethorphan HBr 5 mg - Cough Suppressant
Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Chest Congestion
✓ Breaks up Mucus

Ages 4+

Very Berry Flavor Liquid

**NIGHT TIME MULTI-SYMPTOM COLD**

Acetaminophen 325 mg - Pain Reliever/Fever Reducer
Diphenhydramine HCl 12.5 mg - Antihistamine/Cough Suppressant
Phenylephrine HCl 5 mg - Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Runny Nose & Sneezing
✓ Relieves Fever & Sore Throat

Ages 6+

Very Berry Flavor Liquid

THREE - 4 FL OZ (118mL)

TOTAL - 12 FL OZ (354mL)

Print safe area

KO

**Night Time Multi-Symptom Cold - Ages 6+**

**Drug Facts**

| Active Ingredients (in each 10 mL) | Purposes |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - sneezing
  - minor aches and pains
  - headache
  - sore throat
  - runny nose
  - cough
- controls cough to help your child get to sleep
- temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes more than 5 doses in 24 hours, which is the maximum daily amount

- with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- to make a child sleepy
- with any other product containing diphenhydramine, even one used on the skin
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- a breathing problem such as chronic bronchitis
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**Night Time Multi-Symptom Cold - Ages 6+ (cont'd)**

**Drug Facts (continued)**

**When using this product**
- do not use more than directed (see Overdose warning)
- excitability may occur, especially in children
- marked drowsiness may occur
- sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or last more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- does as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last, do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

**Other information**
- each 10 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (nap), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate, xanthan gum

**Day Time Multi-Symptom Cold - Ages 4+**

**Drug Facts**

| Active Ingredients (in each 5 mL) | Purposes |
| --- | --- |
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or come back with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get

**Day Time Multi-Symptom Cold - Ages 4+ (cont'd)**

**Drug Facts (continued)**

**Other information**
- each 5 mL contains: sodium 3 mg
- store at 70-75°F (20-27°C)
- do not refrigerate

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (nap), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, trisodium citrate dihydrate, xanthan gum
- may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

*as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)

DO NOT GIVE THE MUCINEX CHILDREN'S DAY TIME MULTI-SYMPTOM COLD AND MUCINEX CHILDREN'S NIGHT TIME MULTI-SYMPTOM COLD LIQUIDS AT THE SAME TIME.

ALWAYS WAIT AT LEAST 4 HOURS BEFORE GIVING ANOTHER DOSE OF MUCINEX CHILDREN'S LIQUID. DO NOT GIVE MORE THAN A TOTAL OF 5 DOSES IN ANY 24-HOUR PERIOD.

Please visit our website www.mucinex.com



PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Pediatrician Recommended!**

**TRIPLE PACK**

**Mucinex Children's**

2X
**DAY TIME MULTI-SYMPTOM COLD**

1X
**NIGHT TIME MULTI-SYMPTOM COLD**





A-704  COUGH+°
COLD
NIGHTTIME

## Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/cough suppressant/nasal decongestant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - sneezing
  - nasal congestion
  - sore throat
  - runny nose
- temporarily reduces fever
- controls cough to help your child get to sleep

**Warnings**

**Liver warning** This product contains acetaminophen. Severe liver damage may occur if your child takes
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- to make a child sleepy
- with any other product containing diphenhydramine, even one used on the skin
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease) or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- a breathing problem such as chronic bronchitis
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

## Drug Facts (continued)

**When using this product**
- do not use more than directed (see Overdose warning)
- excitability may occur, especially in children
- marked drowsiness may occur
- sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

**Other information**
- each 10 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40 flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-680-4639
You may also report side effects to this phone number.

**Keep carton for full information.**

Night
NDC 63824-252-64

children's
# Delsym

AGES
6+

COUGH+°
COLD
NIGHT·TIME

Acetaminophen (Pain Reliever/Fever Reducer)
Diphenhydramine HCl (Antihistamine/Cough Suppressant)
Phenylephrine HCl (Nasal Decongestant)

- Relieves Cough, Stuffy Nose & Sore Throat
- Reduces Fever

berry Flavored Liquid     4 fl oz (118 mL)

Please visit our website
www.delsym.com

## PARENTS:
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

Dosing cup included

rockitt

Dist. by RB Health (US), Parsippany, NJ 07054-0224
©2022 RB Health                    647272  3254300

A-705



tamper evident: do not use if neckband on bottle cap is broken or missing

## Children's
# Mucinex

## Cold, Cough & Sore Throat

**Acetaminophen 325 mg**  Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg  Cough Suppressant
Guaifenesin 200 mg  Expectorant
Phenylephrine HCl 5 mg  Nasal Decongestant

NDC 63824-278-64

## Children's
# Mucinex

## Cold, Cough & Sore Throat

**Acetaminophen 325 mg**  Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg  Cough Suppressant
Guaifenesin 200 mg  Expectorant
Phenylephrine HCl 5 mg  Nasal Decongestant

✓ Cough
✓ Sore Throat
✓ Nasal Congestion
✓ Chest Congestion

Age **6+**



Mixed Berry

---

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

## Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- do not give more than 5 doses in any 24-hour period
- if needed, repeat dose every 4 hours while symptoms last
- do not give more than 5 days unless directed by a doctor
- shake well before using
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- children 6 to under 12 years of age: 10 mL in dosing cup provided
- children under 6 years of age: do not use

## Other information
- each 10 mL contains: sodium 6 mg
- tamper evident: do not use if neckband on bottle cap is broken or missing.
- store between 20-25°C (68-77°F)
- do not refrigerate
- dosing cup provided

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate



dihydrate; xanthan gum   *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Mixed Berry
Flavor Liquid

**4 FL OZ**
**(118 mL)**

3   63824 27864   3

LOT CODE:
EXP. DATE:

3000454

Children's
**Mucinex®**

## Drug Facts

| **Active ingredients** (in each 10 mL) | **Purposes** |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these common cold and

# Cold, Cough & Sore Throat



**DOSING CUP INCLUDED**

Each dose of mixed berry-flavored
**Children's Mucinex® Cold,
Cough & Sore Throat Liquid:**

✓ **Controls Cough**

✓ **Soothes Sore Throat**

✓ **Relieves Stuffy Nose**

✓ **Relieves Chest Congestion**

*Questions or comments?*
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224  ©2013 RB

**Reckitt
Benckiser**

Made in England        073013        3000454

---

A-707

symptoms:
■ nasal congestion    ■ stuffy nose
■ cough due to minor throat and bronchial irritation
■ the intensity of coughing
■ the impulse to cough to help your child get to sleep
■ minor aches and pains
■ sore throat    ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or for Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
■ liver disease    ■ heart disease
■ high blood pressure    ■ thyroid disease
■ diabetes
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if your child is taking the blood thinning drug warfarin**

**When using this product do not use more than directed (see Overdose warning)** ▶

**A-708**

Tamper evident: do not use if neckband
on bottle cap is broken or missing.

Children's
# Mucinex®

## Congestion & Cough

Guaifenesin 100 mg    Expectorant
Dextromethorphan HBr 5 mg    Cough Suppressant
Phenylephrine HCl 2.5 mg    Nasal Decongestant

---

## VALUE SIZE!

NDC 63824-279-67

Children's
# Mucinex®

## Congestion & Cough

Guaifenesin 100 mg    Expectorant
Dextromethorphan HBr 5 mg    Cough Suppressant
Phenylephrine HCl 2.5 mg    Nasal Decongestant

✓ **Chest Congestion**
✓ **Breaks up Mucus**
✓ **Stuffy Nose**
✓ **Cough**



Berrylicious
Flavor Liquid

---

Children's
# Mucinex®

## Congestion & Cough



**DOSING CUP INCLUDED**

Each dose of berrylicious-flavored
Mucinex® Congestion &
Cough Liquid:

✓ **Relieves Chest Congestion**
✓ **Breaks up Mucus**
✓ **Relieves Stuffy Nose**



6.8 FL OZ
(201 mL)

A-709 **Controls Cough**

*Questions or comments?*
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com



N 3   63824 27967   1

LOT CODE:

EXP. DATE:

8021397

## Drug Facts (continued)

**Inactive Ingredients** anhydrous citric acid, D&C red #33, dextrose, FD&C blue #1, FD&C red #40, flavors, glycerin, methylparaben, potassium sorbate, propyl gallate, propylene glycol, propylparaben, purified water, saccharin sodium, sodium hydroxide, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Also look for

# Drug Facts

| Active Ingredients (in each 5 mL) | Purpose |
| --- | --- |
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

## Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

## Warnings
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**

Children's

# Mucinex·


mini-melts

**Great-tasting chest-congestion relief in fun-to-take, convenient granule packets!**

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224 ©2012 RB

Reckitt Benckiser

Made in England      050112      8021397

---

- heart disease        ■ high blood pressure
- liver disease        ■ diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product**
- do not use more than directed

**Stop use and ask a doctor if**
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious illness.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other Information**
- each 5 mL contains: sodium 3 mg
- tamper evident: do not use if neckband on bottle cap is broken or missing
- store between 20-25°C (68-77°F)
- do not refrigerate
- dosing cup provided                        ▶

A-711

Tamper evident: do not use if neckband
on bottle cap is broken or missing.

Children's

# Mucinex

## Multi-Symptom
## Cold

Cough Suppressant
Expectorant
Nasal Decongestant

Dextromethorphan HBr 5 mg
Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

### VALUE SIZE!

NDC 63824-232-67

Children's

# Mucinex

## Multi-Symptom
## Cold

Cough Suppressant
Expectorant
Nasal Decongestant

Dextromethorphan HBr 5 mg
Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

✓ **Stuffy Nose**
✓ **Cough**
✓ **Chest Congestion**
✓ **Breaks up Mucus**

Age **4+**



**Very Berry**
Flavor Liquid

6.8 FL OZ
(201 ml)

---

**Drug Facts** (continued)

**Inactive Ingredients** anhydrous citric acid, edetate
disodium, FD&C Red #40, flavors, glycerin, propylene glycol, propyl
gallate, purified water, sodium benzoate, sorbitol, sucralose,
trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Also look for
Children's

# Mucinex



**Great-tasting
chest-congestion relief in
fun-to-take, convenient
granule packets!**

Reckitt
Benckiser
Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224
Made in England   ©2013 RB   0725L3   3000060



3  63824 01067  0

LOT CODE:

EXP. DATE:

8000460

# Children's
# Mucinex®

## Multi-Symptom Cold



**DOSING CUP INCLUDED**

Each dose of very berry-flavored
**Children's Mucinex®**
**Multi-Symptom Cold Liquid:**

✓ Relieves Stuffy Nose

## Drug Facts

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

### Warnings
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product** do not use more than directed

**Stop use and ask a doctor if**
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious illness.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

✓ Controls Cough

✓ Relieves Chest Congestion

✓ Breaks up Mucus

*Questions or comments?*
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

A.713

| | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

■ mL = milliliter

**Other Information**
■ each 5 mL contains: sodium 3 mg
■ tamper evident: do not use if neckband on bottle cap is broken or missing
■ store between 20-25°C (68-77°F)
■ do not refrigerate
■ dosing cup provided

**Tamper evident: do not use if neckband on bottle cap is broken or missing.**

Children's
# Mucinex

## Multi-Symptom
## Cold & Fever

**Acetaminophen 325 mg**    Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg    Cough Suppressant
Guaifenesin 200 mg    Expectorant
Phenylephrine HCl 5 mg    Nasal Decongestant

NDC 63824-017-54

Children's
# Mucinex

## Multi-Symptom
## Cold & Fever

**Acetaminophen 325 mg**    Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg    Cough Suppressant
Guaifenesin 200 mg    Expectorant
Phenylephrine HCl 5 mg    Nasal Decongestant

✓ Fever
✓ Cough
✓ Stuffy Nose
✓ Chest Congestion
✓ Breaks up Mucus

Age **6+**

Berry Blast
Flavor Liquid



---

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

### Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose Warning)
- do not give more than 5 doses in any 24-hour period
- if needed, repeat dose every 4 hours while symptoms last
- do not give more than 5 days unless directed by a doctor
- shake well before using
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- children 6 to under 12 years of age: 10 mL in dosing cup provided
- children under 6 years of age: do not use

### Other Information
- each 10 mL contains: sodium 6 mg
- tamper evident: do not use if neckband on bottle cap is broken or missing.
- store between 20-25°C (68-77°F)
- do not refrigerate
- dosing cup provided

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate,* xanthan gum  *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

4 FL OZ
(118 mL)

3   63824 01764   8

LOT CODE:
EXP. DATE:

3000452

Children's
# Mucinex

## Multi-Symptom
Cold & Fever

### Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - stuffy nose
  - cough due to minor throat and bronchial irritation
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - minor aches and pains
  - sore throat
  - headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial

## Cold & Fever

**DOSING CUP INCLUDED**

Each dose of berry blast-flavored
**Children's Mucinex®
Multi-Symptom
Cold & Fever Liquid:**

✓ **Reduces Fever**

✓ **Controls Cough**

✓ **Relieves Stuffy Nose**

✓ **Relieves Chest Congestion**

✓ **Breaks up Mucus**

*Questions or comments?*
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224  ©2013 RB
Made in England          072613          3000452

**Reckitt
Benckiser**

---

...increase to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
■ liver disease              ■ heart disease
■ high blood pressure        ■ thyroid disease
■ diabetes
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if your child** is taking the blood thinning drug warfarin

**When using this product do not use more than directed** (see Overdose warning) ▶

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- if needed, repeat dose every 4 hours while symptoms last
- do not give more than 5 days unless directed by a doctor
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

### Other information
- each 10 mL contains: **sodium 6 mg**
- store between 20-25°C (68-77°F)
- dosing cup provided   ▪ do not refrigerate

### Inactive ingredients
anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum   *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)



Tamper evident: do not use if neckband on bottle cap is broken or missing.

Children's
**Mucinex**
◯ **NIGHT TIME**

## Multi-Symptom Cold

**New!**                        NDC 63824-600-64

Children's
**Mucinex**
◯ **NIGHT TIME**

# Multi-Symptom Cold
Pain Reliever/Fever Reducer
Antihistamine/Cough Suppressant
Nasal Decongestant

Acetaminophen 325 mg
Diphenhydramine HCl 12.5 mg
Phenylephrine HCl 5 mg

✓ Stuffy Nose
✓ Cough
✓ Runny Nose & Sneezing
✓ Fever & Sore Throat

Age 6+

Mixed Berry
Flavor Liquid



You may also report side effects to this phone number.

**Keep carton for full directions for use.**

Reckitt
Benckiser

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224
Made in England    ©2013 RB    073013    3000468

A·7·8    ™

**4 FL OZ**
**(118 mL)**

3  63824 60064  2

LOT CODE:
EXP. DATE:

3000468

Children's
**Mucinex®**

☾ **NIGHT TIME**

## Drug Facts

**Active ingredients**                    **Purposes**
(in each 10 mL)
Acetaminophen 325 mg.....Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg...........Antihistamine/
                                                    cough suppressant
Phenylephrine HCl 5 mg ............. Nasal decongestant

**Uses**
■ temporarily relieves these common cold and flu
   symptoms:              ■ minor aches and pains
   ■ headache             ■ sore throat
   ■ nasal congestion    ■ runny nose
   ■ sneezing             ■ cough
■ controls cough to help your child get to sleep
■ temporarily reduces fever

# Multi-Symptom Cold



## DOSING CUP INCLUDED

Each dose of mixed berry-flavored **Children's Mucinex® Night Time Multi-Symptom Cold Liquid:**

✓ Relieves Stuffy Nose

✓ Controls Cough

✓ Relieves Runny Nose & Sneezing

✓ Relieves Fever & Sore Throat

*Questions or comments?*
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

## Warnings

**Liver warning:** this product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen

**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other drug containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
■ liver disease     ■ heart disease     ■ diabetes
■ high blood pressure   ■ thyroid disease   ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if your child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed (see **Overdose warning**)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness ▶



Tamper evident: do not use if neckband on bottle cap is broken or missing. **A-720**

Children's
**Mucinex**

**Stuffy Nose & Cold**

Expectorant
Nasal Decongestant

Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

---

**NEW FORMULA**

NDC 63824-204-04

Children's
**Mucinex**

**Stuffy Nose & Cold**

Expectorant
Nasal Decongestant

Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

✓ Stuffy Nose
✓ Chest Congestion
✓ Breaks up Mucus

Mixed Berry
Flavor Liquid



---

Children's
**Mucinex**

**Stuffy Nose & Cold**



**DOSING CUP INCLUDED**

Each dose of mixed berry-flavored
Children's Mucinex®
Stuffy Nose & Cold Liquid:

✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion
✓ Breaks up Mucus
✓ Alcohol-Free

Questions or comments?
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

---

**Drug Facts (continued)**

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

Also look for

Children's
**Mucinex**



**mini·melts**

Great-tasting
chest-congestion relief in
fun-to-take, convenient
granule packets!

Reckitt
Benckiser

Dist. by Reckitt Benckiser, Parsippany NJ 07054-0224
Made in England   ©2012 RB   060012   8034044

---

**Drug Facts**

| Active Ingredients (in each 5 mL) | Purpose |
|---|---|
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**

Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

When using this product
- do not use more than directed

Stop use and ask a doctor if
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious illness.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other Information**
- each 5 mL contains: sodium 3 mg
- tamper evident: do not use if neckband on bottle cap is broken or missing
- store between 20-25°C (68-77°F)
- do not refrigerate
- dosing cup provided ▶

---



3  63824 27764  6

LOT CODE:
EXP. DATE:

8034044

---

Unvarnished & Unprinted Area



Capsules) A-722 AGES 12+ Capsules)

3 63824 59024 0

38.6

## Drug Facts

**Active Ingredients (in each liquid gel) Purposes**

**Mucinex FAST-MAX DAY Cold & Flu**

Acetaminophen 325 mg...........Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .........Cough suppressant
Guaifenesin 200 mg.................................Expectorant
Phenylephrine HCl 5 mg..............Nasal decongestant

**Active Ingredients (in each liquid gel) Purposes**

**Mucinex FAST-MAX NIGHT Cold & Flu**

Acetaminophen 325 mg...........Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .........Cough suppressant
Doxylamine succinate 6.25 mg.............Antihistamine
Phenylephrine HCl 5 mg..............Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms:
■ sinus congestion and pressure
■ cough    ■ minor aches and pains
■ headache    ■ nasal congestion    ■ sore throat
■ runny nose (NIGHT only)    ■ sneezing (NIGHT only)
■ itching of the nose or throat (NIGHT only)
■ itchy, watery eyes due to hay fever (NIGHT only)
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive (DAY only)
■ controls cough to help you get to sleep
■ temporarily reduces fever

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)

■ trouble urinating due to an enlarged prostate gland
■ glaucoma (NIGHT only)
■ a breathing problem such as emphysema or chronic bronchitis (NIGHT only)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers (NIGHT only)
**When using this product** ■ do not use more than directed
■ excitability may occur, especially in children (NIGHT only)
■ marked drowsiness may occur (NIGHT only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (NIGHT only)
■ avoid alcoholic drinks (NIGHT only)
■ be careful when driving a motor vehicle or operating machinery (NIGHT only)
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present    ■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

■ do not take more than directed (see Overdose warning)
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

**Other Information** ■ store at 20-25°C (68-77°F)
■ avoid excessive heat

**Inactive Ingredients (DAY only)** FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol, sorbitan solution, titanium dioxide

**Inactive Ingredients (NIGHT only)** D&C yellow no. 10,

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**rb**

HEALTH • HYGIENE • HOME

www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in China
©2019 RB Health
020519   8357061



## A-724



3138451

Do not take the Mucinex Fast-Max DAY TIME COLD & FLU and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period. Take only as directed.

### Drug Facts

*Active ingredients*                                          *Purposes*
(in each caplet)

033129

## Mucinex FAST-MAX DAY TIME COLD & FLU

| | |
|---|---|
| Acetaminophen 325 mg............................................................................ | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg..................................................................... | Cough suppressant |
| Guaifenesin 200 mg................................................................................. | Expectorant |
| Phenylephrine HCl 5 mg............................................................................ | Nasal decongestant |

**Active ingredients**                                          **Purposes**

*(in each caplet)*
### Mucinex FAST-MAX NIGHT TIME COLD & FLU

| | |
|---|---|
| Acetaminophen 325 mg............................................................................ | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg.................................................................. | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg............................................................................ | Nasal decongestant |

## Uses

**Mucinex Fast-Max DAY TIME COLD & FLU**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - sinus congestion and pressure
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- controls cough to help you get to sleep
- temporarily reduces fever

**Mucinex Fast-Max NIGHT TIME COLD & FLU**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - sinus congestion and pressure
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- controls cough to help you get to sleep
- temporarily reduces fever

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include: ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION ▲

Reseal Area

## Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin *(NIGHT TIME*

*only)*
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(NIGHT TIME only)*

**When using this product**
- do not use more than directed
- excitability may occur, especially in children *(NIGHT TIME only)*
- marked drowsiness may occur *(NIGHT TIME only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. ▼

Hinge

Hinge

**Drug Facts** (continued)

Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
A.727
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)

## Inactive ingredients
## (Mucinex FAST-MAX DAY TIME COLD & FLU)
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

## Inactive ingredients
## (Mucinex FAST-MAX NIGHT TIME COLD & FLU)
croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

## Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



HEALTH ▾ HYGIENE ▾ HOME

A-728



MAXIMUM STRENGTH*

# MUCINEX
## SINUS-MAX·

### SEVERE CONGESTION & PAIN

## CLEAR & COOL

Acetaminophen – Pain Reliever
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Clears Sinus Congestion
✓ Relieves Headache
✓ Thins & Loosens Mucus

HEALTH • HYGIENE • HOME

3045445    **6 FL OZ (180 mL)**    FOR AGES 12+    031517



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

*Per 4-hour dose

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

3  63824 26566  7

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2017 RB
1102017

LOT:
EXP:
MADE IN:
3055095

## Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves:
  - nasal congestion
  - headache
  - minor aches and pains
  - sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.  ▶

## Drug Facts (continued)

**Do not use**

- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**

- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days ▶

PEEL HERE

A-729

## Drug Facts (continued)

- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other Information

- each 20 mL contains: sodium 9 mg
- store between 20-25°C (68-77°F)
- do not refrigerate ▶

## Drug Facts (continued)

**Inactive Ingredients** anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

### Questions?

1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



HEALTH • HYGIENE • HOME

*Please visit our website*
*www.mucinex.com*



Cooling
Menthol
Flavor!

051017

_ 3048117 _

A-730



MAXIMUM STRENGTH
**Mucinex**
≡*FAST-MAX*»

**COLD & FLU**

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**16** LIQUID GELS

## Fast Dissolving Liquid Gels!

NDC 63824-518-16



### MAXIMUM STRENGTH

# MUCINEX®

## ≡*FAST-MAX*»

### COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant • Phenylephrine HCl – Nasal Decongestant



SORE THROAT · FEVER · CHEST CONGESTION · COUGH · SINUS PRESSURE · NASAL CONGESTION · SINUS CONGESTION · BODY PAIN · HEADACHE

**ALL IN ONE***



*Helps to relieve these symptoms day or night

Maximum Strength per 4-hour dose

Do not take more than a total of 12 liquid gels in any 24-hour period.

Take only as directed.

Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**16** LIQUID GELS
**(Liquid Filled Capsules)**



FOR AGES 12 +

COLD & FLU
MUCINEX
≡*FAST-MAX*»
MAXIMUM STRENGTH

3  63824 59516  0



A-731

For Multi-Symptom relief for both Day and Night, try our **Maximum Strength Mucinex® FAST-MAX® Day/Night** packs



**HEALTH · HYGIENE · HOME**
www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in China
©2018 RB Health
020618 8367082

## Drug Facts

| Active Ingredients (in each liquid gel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms:
■ headache    ■ nasal congestion
■ minor aches and pains    ■ cough
■ sinus congestion and pressure    ■ sore throat
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease
■ diabetes    ■ high blood pressure    ▶

## Drug Facts (continued)
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ Do not take more than directed (see Overdose warning)
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

### Other Information
■ store at 20-25°C (68-77°F)
■ avoid excessive heat

### Inactive Ingredients
FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

A-732



MDC63824-107-01

**MAXIMUM STRENGTH**

# Mucinex
## ≡FAST-MAX®▶▶

### COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

SORE THROAT
FEVER
CHEST CONGESTION
HEADACHE
BODY PAIN
**ALL IN ONE**\*
COUGH
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

*ORANGE & PINEAPPLE FLAVOR*

3064040     **6 FL OZ (180 mL)**     FOR AGES 12+     030218



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.
\*Helps to relieve these symptoms day or night

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 99516  8

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
© 2018 RB
020518

LOT:
EXP.:
MADE IN:

3064041



**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ Temporarily relieves these common cold and flu symptoms:
  ■ cough                  ■ nasal congestion
  ■ minor aches and pains  ■ sore throat
  ■ headache               ■ stuffy nose
  ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
▶

**Drug Facts (continued)**

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash

**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use

A-738



If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

PEEL HERE



...more than directed

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
  - do not take more than 6 doses in any 24-hour period
    - measure only with dosing cup provided

**Drug Facts** (continued)

- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C red no. 40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?**
1-866-MUCINEX (1-866-682-4630)
You may also report side effects to this phone number.



HEALTH • HYGIENE • HOME

*Please visit our website*
*www.mucinex.com*



COLD & FLU
.3066042.

A-734



**MAXIMUM STRENGTH**

**Mucinex** **COLD & FLU**

**FAST**-*MAX*

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

NDC 63824-575-21



**MAXIMUM STRENGTH**

# Mucinex

**FAST**-*MAX*



## COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant



HEALTH • HYGIENE • HOME

www.mucinex.com
Patents: www.rb.com/patents

A-735

SORE THROAT
FEVER
CHEST CONGESTION
HEADACHE
BODY PAIN
COUGH
**ALL IN ONE***
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

3141640

040920

**Actual Size**

**20 CAPLETS**

**FOR AGES 12+**

LOT:
EXP.:
MADE IN:
3141640

3  638241  92201  8

## Drug Facts

**Active ingredients (in each caplet)   Purposes**
Acetaminophen 325 mg........ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ............ Cough suppressant
Guaifenesin 200 mg.......................... Expectorant
Phenylephrine HCl 5 mg.................. Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ nasal congestion  ■ headache  ■ cough
  ■ minor aches and pains  ■ sore throat
  ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial
secretions to rid the bronchial passageways of
bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the
maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

## Drug Facts (continued)
Ask a doctor or pharmacist before use if you are
taking the blood thinning drug warfarin
**When using this product do not use more than directed**
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts
more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache
that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding, ask a health professional**
before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose
(overdose) may cause liver damage. In case of overdose, get
medical help or contact a Poison Control Center right away.
Quick medical attention is critical for adults as well as for
children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 caplets in any 24 hour period



MAXIMUM STRENGTH
**Mucinex**
≡FAST-MAX≫
**COLD & FLU**



**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

- do not take more than 12 caplets in any 24-hour period
- ~~adults and children 12 years of age and over:~~ take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Other information**
- store at 20-25°C (68-77°F)

**Inactive ingredients** croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

Maximum Strength per 4-hour dose
*Helps to relieve these symptoms day or night
Do not take more than a total of 12 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



Tamper evident: Do not use if neckband
on bottle cap is broken or missing.

**MAXIMUM STRENGTH**

# Mucinex.

## ≡FAST-MAX' ⟩⟩

🌙 **NIGHT TIME** COLD & FLU

NDC 63824-500-64

**MAXIMUM STRENGTH**

# Mucinex.

## ≡FAST-MAX' ⟩⟩

🌙 **NIGHT TIME** COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
**Diphenhydramine HCl** – Antihistamine/Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant

SORE THROAT
FEVER
HEADACHE
BODY PAIN
ITCHY THROAT
COUGH
**ALL IN ONE***

## *Drug Facts* (continued)



■ persistent or chronic cough such as occurs with
   smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ **do not use more than directed**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase
   drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating
   machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts
   more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or
   headache that lasts. These could be signs of a serious
   condition.

**If pregnant or breast-feeding, ask a health professional**
before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended
dose (overdose) may cause liver damage. In case of
overdose, get medical help or contact a Poison Control
Center right away. Quick medical attention is critical for
adults as well as for children even if you do not notice any
signs or symptoms.

## *Directions*
■ **do not take more than directed**
   **(see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over:
   20 mL in dosing cup provided every 4 hours

■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: sodium 12 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate‡, xanthan gum  ‡may contain this ingredient

NASAL CONGESTION
SNEEZING     RUNNY NOSE

**4 FL OZ (118 mL)**     FOR AGES 12+

3  63824 19052  5

LOT CODE:
EXP. DATE:
MADE IN:

3100222

Keep carton for full information.

Maximum Strength per 4-hour dose
*Helps to relieve these symptoms at night

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these common cold and flu symptoms:

A-739

- minor aches and pains
- nasal congestion
- sore throat
- headache
- sinus congestion and pressure
- runny nose
- sneezing
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis ▶

**Questions?** 1-866-Mucinex (1-866-682-4639)
You may also report side effects to this phone number.
Please visit our website www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
042519   3100222

**rb**

HEALTH ▸ HYGIENE ▸ HOME

# RB Health (US) LLC

-PE Product Labels –

-continued

A-741



## Drug Facts

**Active ingredients** (in each caplet) ... **Purposes**

Acetaminophen 325 mg ... Pain reliever
Dextromethorphan HBr 10 mg ... Cough suppressant
Guaifenesin 200 mg ... Expectorant
Phenylephrine HCl 5 mg ... Nasal decongestant

**Uses**

**Warnings**

**Directions**

**Other information**

**Inactive ingredients**
1-866-MUCINEX (1-866-682-4639)

**Questions?**
1-866-MUCINEX (1-866-682-4639)

## Drug Facts (continued)

Maximum Strength per 4-hour dose

MAXIMUM STRENGTH



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

Keep carton for complete product information.

---

MAXIMUM STRENGTH

NDC 63824-242-20

# MUCINEX®
## SINUS-MAX®

**Actual Size**

### PRESSURE, PAIN & COUGH

**Acetaminophen** – Pain Reliever • **Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant

✓ Relieves Sinus Pressure & Congestion
✓ Relieves Headache
✓ Controls Cough
✓ Thins & Loosens Mucus

**FOR AGES 12+**

**20 CAPLETS**



HEALTH • HYGIENE • HOME

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

www.mucinex.com
Patents: www.rb.com/patents
092520  3165986



3  63824 24220  0

## A-742



**MAXIMUM STRENGTH\***

NDC 63824-266-66

# Mucinex.
## SINUS-MAX.

### SEVERE CONGESTION & PAIN

**Acetaminophen** – Pain Reliever
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ **Clears Sinus Congestion**
✓ **Relieves Headache**
✓ **Thins & Loosens Mucus**

**6 FL OZ (180 mL)**          **FOR AGES 12+**

030817 -- 3045443

---

**PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION** ►

\*Per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.



---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ temporarily relieves:



A-744

■ nasal congestion          ■ headache
■ minor aches and pains
■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial
  secretions to rid the bronchial passageways
  of bothersome mucus and make coughs
  more productive

## Warnings

**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the
  maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using
  this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical
help right away.                                      ▶

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2017 RB
101917

LOT:
EXP:
MADE IN:
3055094

## Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen
  (prescription or nonprescription). If you are not
  sure whether a drug contains acetaminophen,
  ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine
  oxidase inhibitor (MAOI) (certain drugs for
  depression, psychiatric, or emotional conditions,
  or Parkinson's disease), or for 2 weeks after
  stopping the MAOI drug. If you do not know if
  your prescription drug contains an MAOI, ask a
  doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease
■ high blood pressure    ■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged
  prostate gland
■ persistent or chronic cough such as occurs
  with smoking, asthma, chronic bronchitis,
  or emphysema
■ cough that occurs with too much phlegm
  (mucus)

**Ask a doctor or pharmacist before use if you**
are taking the blood thinning drug warfarin

**When using this product do not use more
than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse
  or lasts more than 7 days                    ▶

PEEL HERE

## Drug Facts (continued)

■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or
  headache that lasts. These could be signs of
  a serious condition.

**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the
recommended dose (overdose) may cause liver
damage. In case of overdose, get medical help or
contact a Poison Control Center right away. Quick
medical attention is critical for adults as well as for
children even if you do not notice any signs or
symptoms.

## Directions

■ **do not take more than directed (see
  Overdose warning)**
■ do not take more than 6 doses in any
  24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over:
  20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

## Other information
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F)
■ do not refrigerate                         ▶

3   63824 26166   9

A-745

### *Drug Facts* (continued)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum *may contain this ingredient

### *Questions?*
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



HEALTH › HYGIENE › HOME

*Please visit our website*
*www.mucinex.com*

A-746



Tamper evident: Do not use if neckband on bottle cap is broken or missing.

# MUCINEX·
## Children's
# COLD & FLU

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg – Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant

*Pediatrician Recommended†*

NDC 63824-954-04

# MUCINEX·
## Children's

# COLD & FLU

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg – Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant



Ages 6+ yrs

# MUCINEX·
## Children's

# COLD & FLU

Each dose of Very Berry flavored
Mucinex Children's Cold & Flu
Liquid temporarily relieves:







A-747

**Very Berry**
Flavor Liquid

**4 FL OZ (118 mL)**

**Dosing Cup Included**
Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health
Made in Mexico
021221   3163801   US Patents: www.rb.com/patents

HEALTH • HYGIENE • HOME

3   63824 27864   3

LOT CODE:
EXP. DATE:

3163801

**Drug Facts**

| **Active ingredients** (in each 10 mL) | **Purposes** |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Drug Facts** (continued)

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or

A-748

## Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- liver disease
- high blood pressure
- diabetes
- heart disease
- thyroid disease
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is taking the blood thinning drug warfarin**

**When using this product do not use more than directed** (see Overdose warning) ▶

cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

## Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

## Other information
- each 10 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

¹as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)
*Helps to relieve these symptoms day or night



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Keep carton for full information.**



A-749

**Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.**

COUGH & CONGESTION

Pediatrician Recommended†

NDC 63824-671-20

**NEW**

# Mucinex®

## Junior

## COUGH & CONGESTION

Dextromethorphan HBr 5 mg – Cough Suppressant
Guaifenesin 100 mg – Expectorant
Phenylephrine HCl 2.5 mg – Nasal Decongestant

Ages **6+** yrs

✓ **Relieves Chest Congestion**
✓ **Breaks up Mucus**
✓ **Relieves Stuffy Nose**
✓ **Controls Cough**

Junior Caplet*

Actual Size

**20 CAPLETS**

**DO NOT CHEW**

www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
031419      3098704

HEALTH • HYGIENE • HOME

US Patents: www.rb.com/patents

0
3  63824 60068

LOT & EXP.
DATE

**A-750**

B-1715-720-09 ORG
04/05/2021
DATA MATRIX

## Drug Facts

### Active ingredients (in each caplet)          Purposes

Dextromethorphan HBr 5 mg......Cough suppressant
Guaifenesin 100 mg.......................Expectorant
Phenylephrine HCl 2.5 mg.........Nasal decongestant

### Uses
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
■ the intensity of coughing
■ the impulse to cough to help your child get to sleep
■ nasal congestion due to a cold
■ stuffy nose

### Warnings
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ heart disease     ■ high blood pressure
■ thyroid disease   ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough that lasts such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occurs with fever
■ cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. ▶

## Drug Facts (continued)

### Directions
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ dose as follows or as directed by a doctor
■ children 6 to under 12 years of age: give 2 caplets every 4 hours while symptoms last; do not give more than 6 doses in any 24-hour period
■ children under 6 years of age: do not use

### Other information
■ store at 20-25°C (68-77°F)

### Inactive ingredients
corn starch, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, magnesium stearate, maltodextrin, mica, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

[1]as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)
*as compared to Mucinex caplets

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Keep carton for full information.**
If your child has difficulty swallowing solid dosage forms, try our Mucinex Children's liquids or mini-melts products.

B-1715-720-09
ORG

17.0000

A-751

Tamper evident: Do not use if neckband
on bottle cap is broken or missing.

# Mucinex
## Children's

## COUGH & CONGESTION

Dextromethorphan HBr 5 mg - Cough Suppressant
Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

## VALUE SIZE

*Pediatrician Recommended†*

NDC 63824-947-11

# Mucinex
## Children's

## COUGH & CONGESTION

Dextromethorphan HBr 5 mg - Cough Suppressant
Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

✓ Relieves Chest Congestion
✓ Breaks up Mucus
✓ Relieves Stuffy Nose
✓ Controls Cough

---

**Drug Facts** (continued)

**Inactive ingredients** anhydrous citric acid, edetate
disodium, FD&C red no. 40, flavors, glycerin (soy), propyl gallate,
propylene glycol, purified water, sodium benzoate, sorbitol,
sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

†as an OTC brand in the
Children's Cough/Cold category
(AlphaImpactRxProVoice Survey)

## PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org

## Also look for

# Mucinex
## Children's

### CHEST CONGESTION



mini-melts



A-752

Great-tasting chest-congestion relief in fun-to-take, convenient granule packets!

Keep carton for full information.

Very Berry
Flavor Liquid

6.8 FL OZ (201 mL)

```
3  63824 27967  1
```

LOT CODE:

EXP. DATE:

5091844



## Drug Facts

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold

# COUGH & CONGESTION

Each dose of Very Berry flavored
Mucinex Children's
Cough & Congestion Liquid:

✓ **Relieves Chest Congestion**
✓ **Breaks up Mucus**
✓ **Relieves Stuffy Nose**
✓ **Controls Cough**



**Dosing Cup Included**
Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
Made in England
021119   3091844

HEALTH ▸ HYGIENE ▸ HOME

---

stuffy nose

### Warnings
**Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI)** (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ heart disease          ■ high blood pressure
■ thyroid disease        ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
■ do not give more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

### Other information
■ each 5 mL contains: sodium 3 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate



8 FL OZ (236 mL) TOTAL

# A-754



A-755





Tamper evident. Do not use if neckband on bottle cap is broken or missing.

**Mucinex**
**Children's**

# FREEFROM

MULTI-SYMPTOM

## COLD & FLU NIGHTTIME

**ACETAMINOPHEN** – PAIN RELIEVER/FEVER REDUCER
**DEXTROMETHORPHAN HBr** – COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** – NASAL DECONGESTANT
**TRIPROLIDINE HCl** – ANTIHISTAMINE



Pediatrician Recommended†

NIGHTTIME

NDC 63824-959-64

**Mucinex**
**Children's**

## Drug Facts (continued)

**When using this product**
- do not use more than directed (see Overdose warning)
- excitability may occur, especially in children
- may cause marked drowsiness
- sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

## Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 4 doses in any 24-hour period
- children under 6 years of age: do not use

## Other information
- each 10 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

## Inactive ingredients
ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

# FREEFROM

MULTI-SYMPTOM

# COLD & FLU

## NIGHTTIME

**ACETAMINOPHEN** – PAIN RELIEVER/FEVER REDUCER
**DEXTROMETHORPHAN HBr** – COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** – NASAL DECONGESTANT
**TRIPROLIDINE HCl** – ANTIHISTAMINE





A-756

You may also report side effects to this phone number.

*vs Private Label OTC
as an OTC brand in the Children's Cough/Cold category
(AlphaImpactRxProVoice Survey)

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

010820     3132570     US Patents: www.rb.com/patents.
Keep carton for full information.

FREE FROM
ARTIFICIAL FLAVORS, COLORS, & DYES • ALCOHOL & SUGAR

ELDERBERRY
& CHERRY NATURAL FLAVOR

AGES
6+ YRS.          4 FL OZ (118 mL)

3   63824 60070   3

LOT CODE:
EXP. DATE:
MADE IN:

3132570

What this has is just as important as what it doesn't.

Leading Children's OTC Cough & Cold brand* with the effective symptom

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| Triprolidine HCl 1.25 mg | Antihistamine |

relief you trust – **FREE**FROM the unwanted additives:

**Caffeine Free · No Artificial Colors, Dyes, or Flavors · Alcohol & Sugar Free No High Fructose Corn Syrup**

## POWERFUL SYMPTOM RELIEF

✓ Nighttime Relief for a Better Morning
✓ Relieves Sore Throat & Stuffy Nose
✓ Controls Cough
✓ Relieves Runny Nose & Sneezing
✓ Reduces Fever

### DOSING CUP INCLUDED

## ELDERBERRY
& CHERRY NATURAL FLAVOR

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com          HEALTH · HYGIENE · HOME

---

**Uses**
■ temporarily relieves these common cold and flu symptoms:
■ minor aches and pains     ■ headache
■ sore throat               ■ nasal congestion
■ runny nose                ■ sneezing
■ cough                     ■ stuffy nose
■ temporarily reduces fever
■ controls cough to help your child get to sleep

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 1625 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease          ■ heart disease
■ diabetes               ■ high blood pressure
■ thyroid disease        ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers          ▶



A-759



Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**Mucinex**
**Children's**

# FREEFROM

MULTI-SYMPTOM
**COLD, FLU & SORE THROAT**

ACETAMINOPHEN — PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr — COUGH SUPPRESSANT
GUAIFENESIN — EXPECTORANT
PHENYLEPHRINE HCl — NASAL DECONGESTANT

---

**Drug Facts** (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

**Other information**
- each 10 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

*vs Private Label OTC
†as an OTC brand in the Children's Cough/Cold category

---

Pediatrician Recommended†

**DAYTIME**

NDC 63824-750-44

**Mucinex**
**Children's**

# FREEFROM

MULTI-SYMPTOM
**COLD, FLU & SORE THROAT**

ACETAMINOPHEN — PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr — COUGH SUPPRESSANT
GUAIFENESIN — EXPECTORANT
PHENYLEPHRINE HCl — NASAL DECONGESTANT





(AlphaImpactRxProVoice Survey)

A-760

FREE FROM
ARTIFICIAL FLAVORS, COLORS, & DYES · ALCOHOL & SUGAR

**ELDERBERRY**
& CHERRY NATURAL FLAVOR

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

010720     3132569     US Patents: www.rb.com/patents
Keep carton for full information.

AGES
6+ YRS.

4 FL OZ (118 mL)

3   63824 60071   0

LOT CODE:
EXP. DATE:
MADE IN:

3132569

What this has is just as important as what it doesn't.

Leading Children's OTC Cough & Cold brand* with the effective symptom

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

relief you trust – **FREEFROM** the unwanted additives:

Caffeine Free · No Artificial Colors, Dyes, or Flavors · Alcohol & Sugar Free No High Fructose Corn Syrup

## POWERFUL SYMPTOM RELIEF

✓ Relieves Sore Throat
✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion & Cough
✓ Thins & Loosens Mucus
✓ Reduces Fever

**DOSING CUP INCLUDED**

**ELDERBERRY**
· & CHERRY NATURAL FLAVOR

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com          HEALTH·HYGIENE·HOME

---

A-7651

■ temporarily relieves these common cold and flu symptoms:
■ cough   ■ nasal congestion
■ minor aches and pains   ■ sore throat
■ headache   ■ stuffy nose
■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease   ■ heart disease
■ high blood pressure   ■ thyroid disease
■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is taking the blood thinning drug warfarin**

**When using this product do not use more than directed (see Overdose warning)** ▶



31637772

**A-762** Tamper evident: Do not use if overband on bottle cap is broken or missing.



## Mucinex Children's
### MULTI-SYMPTOM
# COLD

Dextromethorphan HBr 5 mg • Cough Suppressant
Guaifenesin 100 mg • Expectorant
Phenylephrine HCl 2.5 mg • Nasal Decongestant

---

**Drug Facts**

| Active Ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

When using this product do not use more than directed

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not give more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

---

**Drug Facts (continued)**

**Other information**
- each 5 mL contains: sodium 3 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (tris), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

*as an OTC brand in the Children's Cough/Cold category (AlphaImpactRx/ProVoice Survey)



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Other convenient forms for Chest Congestion Relief**



## Mucinex Children's
**CHEST CONGESTION**

**mini-melts**

On-the-go granule packets for chest congestion relief!

Keep carton for full information.

---

**Pediatrician Recommended**

NDC 63824-940-65

## Mucinex Children's
### MULTI-SYMPTOM
# COLD

Dextromethorphan HBr 5 mg • Cough Suppressant
Guaifenesin 100 mg • Expectorant
Phenylephrine HCl 2.5 mg • Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Chest Congestion
✓ Breaks up Mucus



ALL 4 in 1

**Very Berry** Flavor Liquid

**4 FL OZ (118 mL)**

3  63824 01064  9

LOT CODE
EXP. DATE

---



## Mucinex Children's
### MULTI-SYMPTOM
# COLD

Each dose of Very Berry flavored Mucinex Children's Multi-Symptom Cold Liquid:

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Chest Congestion
✓ Breaks up Mucus





**Dosing Cup Included**

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist by: RB Health (US)
Parsippany, NJ 07054-0224
©2021 RB Health
Made in Mexico
32842I - 3163772



3163772

A-763



**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**

# Mucinex
## Children's

**MULTI-SYMPTOM**
**COLD & SORE THROAT**

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg – Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant

**Pediatrician Recommended†**

NDC 63824-952-17

# Mucinex
## Children's

**MULTI-SYMPTOM**
# COLD &
# SORE THROAT

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg – Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant

✓ **Relieves Sore Throat**
✓ **Relieves Stuffy Nose**
✓ **Relieves Chest Congestion and Cough**
✓ **Breaks up Mucus**

Ages **6**+yrs

**Very Berry**
Flavor Liquid

## Drug Facts (continued)

Ask a doctor or pharmacist before use if the child is taking the blood thinning drug warfarin

When using this product do not use more than directed (see Overdose warning)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

### Directions
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
■ children under 6 years of age: do not use

### Other information
■ each 10 mL contains: sodium 6 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

| †as an OTC brand in the Children's Cough/Cold



category (AlphaImpactRxProVoice Survey)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Keep carton for full information.**

A-464

4 FL OZ (118 mL)

3 63824 27864 3

LOT CODE:
EXP. DATE:

# Mucinex·
## Children's

**MULTI-SYMPTOM**
**COLD &**
**SORE THROAT**

## Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms:
■ nasal congestion    ■ stuffy nose
■ cough due to minor throat and bronchial irritation
■ the intensity of coughing
■ the impulse to cough to help your child get to sleep
■ minor aches and pains
■ sore throat    ■ headache



**SORE THROAT**

Each dose of Very Berry flavored Mucinex Children's Multi-Symptom Cold & Sore Throat Liquid:

✓ **Relieves Sore Throat**
✓ **Relieves Stuffy Nose**
✓ **Relieves Chest Congestion and Cough**
✓ **Breaks up Mucus**

**Dosing Cup Included**

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2018 RB Health
Made in Mexico
110118   3078385

**HEALTH ▸ HYGIENE ▸ HOME**

---

■ temporarily reduces fever
■ loosens phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening      ■ blisters      ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease              ■ heart disease
■ high blood pressure        ■ thyroid disease
■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)   ▶

# A-766



A-767



3163776

**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**

# Mucinex
## Children's
**STUFFY NOSE & CHEST CONGESTION**

Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

**Pediatrician Recommended!**

NDC 63824-951-07

# Mucinex
## Children's
**STUFFY NOSE & CHEST CONGESTION**

Guaifenesin 100 mg · Expectorant
Phenylephrine HCl 2.5 mg · Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion
✓ Breaks up Mucus
✓ Alcohol-free




Very Berry
Flavor Liquid

4 FL OZ (118 mL)

# Mucinex
## Children's
**STUFFY NOSE & CHEST CONGESTION**

Each dose of Very Berry flavored Mucinex Children's Stuffy Nose & Chest Congestion Liquid:

✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion
✓ Breaks up Mucus
✓ Alcohol-free

**Dosing Cup Included**
Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist by RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health
Made in Mexico
012221  3163776    HEALTH · HYGIENE · HOME



---

## Drug Facts

**Active Ingredients** (in each 5 mL.)     **Purposes**
Guaifenesin 100 mg ........................... Expectorant
Phenylephrine HCl 2.5 mg ........... Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease    ■ high blood pressure
- thyroid disease  ■ diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

When using this product do not use more than directed

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not give more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

**Other Information**
- each 5 mL contains: sodium 3 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Drug Facts (continued)**

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also expect side effects to this phone number.

*As an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)

Other convenient forms for Chest Congestion Relief

# Mucinex
## Children's
**CHEST CONGESTION**


mini-melts



**On-the-go granule packets for chest congestion relief!**

**Keep carton for full information**

---



3 63824 27764 6



LOT CODE:
EXP. DATE:

3163776

A-768



**MAXIMUM STRENGTH**   NDC 63824-792-01

# Mucinex®
## ⇶FAST-MAX® »

**DAY TIME**
**SEVERE CONGESTION & COUGH**

**NIGHT TIME**
**COLD & FLU**

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

Acetaminophen - Pain Reliever/Fever Reducer
Diphenhydramine HCl – Antihistamine/
Cough Suppressant
Phenylephrine HCl - Nasal Decongestant

✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

✓ Relieves Aches, Fever & Sore Throat
✓ Controls Cough
✓ Relieves Nasal Congestion
✓ Relieves Runny Nose & Sneezing

**20 CAPLETS**    **10 CAPLETS**
FOR AGES 12+  **TOTAL 30 CAPLETS**  FOR AGES 12+

8341440

112818

---

## Drug Facts

| Active Ingredients | Purposes |
| --- | --- |
| *(In each caplet)* | |

Mucinex® FAST-MAX® DAY TIME
SEVERE CONGESTION & COUGH

Dextromethorphan HBr 10 mg............
..............................Cough suppressant
Guaifenesin 200 mg...............Expectorant
Phenylephrine HCl 5 mg ...Nasal decongestant

| Active Ingredients | Purposes |
| --- | --- |
| *(in each caplet)* | |

Mucinex® FAST-MAX
NIGHT TIME COLD & FLU

Acetaminophen 325 mg ...Pain reliever/
fever reducer
Diphenhydramine HCl 12.5 mg.............
................Antihistamine/cough suppressant
Phenylephrine HCl 5 mg ...Nasal decongestant

**Uses**

## Drug Facts (continued)

■ Temporarily relieves these common cold
and flu symptoms *(NIGHT TIME only)*:
■ cough          ■ minor aches and pains
■ headache   ■ nasal congestion
■ sore throat   ■ runny nose
■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever *(NIGHT TIME only)*
■ controls cough to help you get to sleep

**Warnings**

**Liver warning** *(NIGHT TIME only)* This
product contains acetaminophen. Severe
liver damage may occur if you take:
■ more than 12 caplets in 24 hours,
which is the maximum daily amount
■ with other drugs containing
acetaminophen
■ 3 or more alcoholic drinks daily while
using this product

## Drug Facts (continued)

**Do not use**
■ with any other drug containing
acetaminophen (prescription or
nonprescription). If you are not
sure whether a drug contains
acetaminophen, ask a doctor or
pharmacist. *(NIGHT TIME only)*
■ with any other product containing
diphenhydramine, even one used
on the skin *(NIGHT TIME only)*
■ if you are now taking a prescription
monoamine oxidase inhibitor (MAOI)
(certain drugs for depression,
psychiatric, or emotional conditions,
or Parkinson's disease), or for
2 weeks after stopping the MAOI
drug. If you do not know if your
prescription drug contains an MAOI,
ask a doctor or pharmacist before
taking this product.

## Drug Facts (continued)

■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema
■ cough that occurs with too much
phlegm (mucus)

**Ask a doctor or pharmacist**
before use if you are
■ taking the blood thinning drug
warfarin *(NIGHT TIME only)*
■ taking sedatives or tranquilizers
*(NIGHT TIME only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially
in children *(NIGHT TIME only)*
■ marked drowsiness may occur
*(NIGHT TIME only)*
■ alcohol, sedatives, and
tranquilizers may increase
drowsiness *(NIGHT TIME only)*

**A-769**

Uses
- temporarily relieves *(DAY TIME only)*:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
  - helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY TIME only)*

Allergy alert *(NIGHT TIME only)*
Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ▪ blisters ▪ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning *(NIGHT TIME only)*: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Ask a doctor before use if you have
- liver disease *(NIGHT TIME only)*
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*

- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*
Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever *(DAY TIME only)*

---

**Drug Facts (continued)**
- pain, nasal congestion, or cough gets worse or lasts more than 7 days *(NIGHT TIME only)*
- fever gets worse or lasts more than 3 days *(NIGHT TIME only)*
- redness or swelling is present *(NIGHT TIME only)*
- new symptoms occur *(NIGHT TIME only)*
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center right away.
Overdose warning *(NIGHT TIME only)*: Taking more than the recommended dose (overdose) may cause liver damage. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period

**Drug Facts (continued)**
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Other Information**
- store between 20-25°C (68-77°F)

**Inactive Ingredients (Mucinex FAST-MAX DAY TIME SEVERE CONGESTION & COUGH)**
corn starch, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, magnesium stearate, maltodextrin, mica, microcrystalline cellulose, polyethylene glycol, polysorbate 60, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Inactive Ingredients (Mucinex FAST-MAX NIGHT TIME COLD & FLU)**
corn starch, croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, magnesium stearate, methacrylic acid-ethyl acrylate copolymer (1:1)

**Drug Facts (continued)**
type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Do not take the Mucinex Fast-Max DAY TIME SEVERE CONGESTION & COUGH and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time.

Always wait at least 4 hours before taking another dose of Mucinex caplets.

Do not take more than a total of 12 caplets in any 24-hour period.

Take only as directed.

8337090                         110718

A-770



NDC 63824-514-01

**MAXIMUM STRENGTH**

# MUCINEX®

## FAST-MAX® ▶▶

### COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant • Phenylephrine HCl – Nasal Decongestant

SORE THROAT
FEVER
HEADACHE
BODY PAIN
CHEST CONGESTION
COUGH
**ALL IN ONE\***
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

**20** CAPLETS

FOR AGES 12+

8335593

060618



Keep outer package for
full information.

**Questions?**
1-866-MUCINEX (1-866-682-4639).
You may also report side effects
to this phone number.

Maximum Strength per 4-hour dose
*Helps to relieve these symptoms
day or night

 A-771 LIFT HERE TO OPEN



3   63824 19220   8

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Tamper evident: do not use if outer package
is opened or if blister is torn or broken.

www.mucinex.com

## Drug Facts

### Active ingredients (in each caplet)   Purposes
Acetaminophen 325 mg ........... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ................... Cough suppressant
Guaifenesin 200 mg .............................................. Expectorant
Phenylephrine HCl 5 mg .............................. Nasal decongestant

### Uses ■ temporarily relieves these common cold and flu
symptoms: ■ nasal congestion       ■ headache
■ cough  ■ minor aches and pains   ■ sore throat
■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial
secretions to rid the bronchial passageways of
bothersome mucus and make coughs more productive

### Warnings
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the
maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
Allergy alert: Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help
right away.
Sore throat warning: If sore throat is severe, persists for more
than 2 days, is accompanied or followed by fever, headache,
rash, nausea, or vomiting, consult a doctor promptly.
Do not use
■ with any other drug containing acetaminophen (prescription
or nonprescription). If you are not sure whether a drug
contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase
inhibitor (MAOI) (certain drugs for depression, psychiatric,
or emotional conditions, or Parkinson's disease), or for 2
weeks after stopping the MAOI drug. If you do not know if
your prescription drug contains an MAOI, ask a doctor or
pharmacist before taking this product. ►

## Drug Facts (continued)

Ask a doctor before use if you have
■ liver disease  ■ heart disease  ■ diabetes
■ high blood pressure  ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with
smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are
taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts
more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present  ■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache
that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional
before use. Keep out of reach of children.
Overdose warning: Taking more than the recommended dose
(overdose) may cause liver damage. In case of overdose, get
medical help or contact a Poison Control Center right away.
Quick medical attention is critical for adults as well as for
children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take
2 caplets every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store between 20-25°C (68-77°F)

### Inactive ingredients corn starch, crospovidone, FD&C
red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake,
magnesium stearate, maltodextrin, microcrystalline cellulose,
polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide,
sodium starch glycolate, stearic acid, talc, titanium dioxide



8335600

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224   ©2018 RB   060618

A-772



NDC 63824-137-66

**MAXIMUM STRENGTH**

# Mucinex
## FAST-MAX ▶▶
### COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant • Phenylephrine HCl – Nasal Decongestant



SORE THROAT
FEVER
HEADACHE
BODY PAIN
CHEST CONGESTION
COUGH
**ALL IN ONE**
NASAL CONGESTION
SINUS PRESSURE

FOR AGES 12+

**MAXIMUM STRENGTH**

# Mucinex
## FAST-MAX ▶▶
### COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant • Phenylephrine HCl – Nasal Decongestant



SORE THROAT
FEVER
HEADACHE
BODY PAIN
CHEST CONGESTION
COUGH
**ALL IN ONE**
NASAL CONGESTION
SINUS PRESSURE

# Mucinex
## NIGHTSHIFT
### COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Triprolidine HCl – Antihistamine

**NIGHTTIME**
RELIEF FOR A BETTER
**MORNING**

✓COUGH ✓FEVER ✓SORE THROAT
✓RUNNY NOSE ✓SNEEZING

FOR AGES 12+

THREE – 6 FL OZ (180 mL) bottles   TOTAL – 18 FL OZ (540 mL)

No coating

63824 07262

3105452        102593

A-773

**MAXIMUM STRENGTH**

NDC 72854-133-66

# Mucinex®

**≡FAST-MAX®▶▶**

## COLD & FLU
## ARCTIC BURST™

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant



SORE THROAT
FEVER
HEADACHE
BODY PAIN
CHEST CONGESTION
COUGH
**ALL IN ONE***
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

## 6 FL OZ (180 mL)

**FOR AGES 12+**

---

*PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION*

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.
*Helps to relieve these symptoms day or night

### PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

## Drug Facts

| **Active ingredients** (in each 20 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg .............. ..........Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg.......... ........................Cough suppressant | |
| Guaifenesin 400 mg........Expectorant | |
| Phenylephrine HCl 10 mg............... ........................Nasal decongestant | |

---

## Drug Facts (continued)

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen



LOT:
EXP:
3186230

**Uses A-774**

- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). ▶

---

### Drug Facts (continued)

If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

---

### Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

### Drug Facts (continued)

#### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

#### Other information
- each 20 mL contains: sodium 9 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

#### Inactive ingredients
anhydrous citric acid, D&C yellow no.10, edetate disodium, FD&C blue no.1, flavors, glycerin, propyl gallate, propylene glycol, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum ▶

---

### Drug Facts (continued)

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.





A-775

**MAXIMUM STRENGTH**

**Mucinex®**
**FAST-MAX®**

COLD & FLU

Tamper evident. Do not use if carton is damaged, or if printed seal on blister is broken or missing.

**16** LIQUID GELS

*Fast Dissolving Liquid Gels!*

NDC 72854-126-16

**MAXIMUM STRENGTH**

# Mucinex®
## ≡FAST-MAX®▶▶

### COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

SORE THROAT
FEVER
CHEST CONGESTION
HEADACHE
BODY PAIN
COUGH
**ALL IN ONE***
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

Actual Size



**16** **LIQUID GELS**
(Liquid Filled Capsules)

FOR AGES 12+

For Cold & Flu Multi-Symptom relief
for both Day and Night, try our
Maximum Strength
Mucinex® FAST-MAX®
Day/Night liquid gel packs.

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2021 RB Health
0405/21  3158956

HEALTH • HYGIENE • HOME
www.mucinex.com
Patent: www.rb.com/patents



3 63824 59516 0

LOT:

EXP:



3158959

A-776

## Drug Facts

### Active ingredients (in each liquid gel)
### Purposes

Acetaminophen 325 mg ....Pain reliever/fever reducer
Dextromethorphan HBr 10 mg........Cough suppressant
Guaifenesin 200 mg..................................Expectorant
Phenylephrine HCl 5 mg................Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu
symptoms:
■ headache
■ stuffy nose
■ sore throat
■ nasal congestion
■ cough
■ minor aches and pains
■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial
secretions to rid the bronchial passageways of
bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the
maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical
help right away.
**Sore throat warning:** If sore throat is severe, persists
for more than 2 days, is accompanied by or followed by
fever, headache, rash, nausea, or vomiting, consult a
doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen
(prescription or nonprescription). If you are not
sure whether a drug contains acetaminophen, ask
a doctor or pharmacist.
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions, or
Parkinson's disease), or for 2 weeks after stopping
the MAOI drug. If you do not know if your
prescription drug contains an MAOI, ask a doctor or
pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease
■ diabetes
■ heart disease
■ high blood pressure ▶

## Drug Facts (continued)

■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with
smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
taking the blood thinning drug warfarin
**When using this product do not use more than directed**
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or
lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or
headache that lasts. These could be signs of a
serious condition.
**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the
recommended dose (overdose) may cause liver
damage. In case of overdose, get medical help or
contact a Poison Control Center right away. Quick
medical attention is critical for adults as well as for
children even if you do not notice any signs or
symptoms.

### Directions
■ do not take more than directed (see Overdose
warning)
■ do not take more than 12 liquid gels in any
24-hour period
■ adults and children 12 years of age and over:
take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store at 20-25°C (68-77°F)
■ avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, hypromellose,
isopropyl alcohol, lecithin, light mineral oil,
polyethylene glycol, povidone, propylene glycol,
sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



**Mucinex FAST-MAX**
MAXIMUM STRENGTH
COLD & FLU

*Helps to relieve these symptoms day or night
Maximum Strength per 4-hour dose
Do not take more than a total of 12 liquid gels
in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org



A-777



**MAXIMUM STRENGTH***  NDC 63824-015-66

3051674

071817

# MUCINEX
## =FAST-MAX=▶▶

## COLD, FLU & SORE THROAT

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant

✓ **Controls Cough, Thins & Loosens Mucus**
✓ **Nasal & Chest Congestion**
✓ **Sinus Pressure & Congestion**
✓ **Body Pain, Headache, Fever & Sore Throat**

## 6 FL OZ (180 mL)          FOR AGES 12+

---

PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

*Per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 01565  1

---

### Drug Facts

**Active ingredients** (in each 20 mL)        **Purposes**

Acetaminophen 650 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg.......Cough suppressant
Guaifenesin 400 mg......................................Expectorant
Phenylephrine HCl 10 mg..............Nasal decongestant

### Uses

■ temporarily relieves these common cold and flu symptoms:
■ cough                    ■ nasal congestion
■ minor aches and pains    ■ sore throat
■ headache                 ■ stuffy nose
■ sinus congestion and pressure
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2017 RB
082317

LOT:
EXP:
MADE IN:

3051679

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    ■ blisters    ■ rash

If a skin reaction occurs, stop use and seek medical help right away. ▶

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease          ■ heart disease
- diabetes               ■ high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product do not use more than directed** ▶

PEEL HERE

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
  - adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
  - children under 12 years of age: do not use ▶

## Drug Facts (continued)

### Other information
- each 20 mL contains: sodium 8 mg
- store between 20-25°C (68-77°F)
- do not refrigerate



A-779

RELIEF
3045695



■ Do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum *may contain this ingredient

**Questions?**
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

HEALTH ▸ HYGIENE ▸ HOME

**Please visit our website**
**www.mucinex.com**

A-780



A-781



**MAXIMUM STRENGTH**   NDC 63824-517-01

# Mucinex®

## ≡FAST-MAX®▶▶

## COLD, FLU & SORE THROAT

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ **Relieves Headache, Fever & Sore Throat**
✓ **Controls Cough**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

**20 CAPLETS**   FOR AGES 12+

8335592

061518

www.mucinex.com
Patents: www.rb.com/patents

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

LIFT HERE TO OPEN ▼

**Maximum Strength
per 4-hour dose**
Keep outer package for
complete product information.



**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

A-782

3 "65824"19120" 1

Tamper evident: Do not use if outer package is opened or if blister is torn or broken.

## Drug Facts

### Active Ingredients (in each caplet)   Purposes
Acetaminophen 325 mg ..... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ............ Cough suppressant
Guaifenesin 200 mg ............................... Expectorant
Phenylephrine HCl 5 mg .............. Nasal decongestant

### Uses temporarily relieves these common cold and flu symptoms:
- nasal congestion
- cough
- minor aches and pains
- sore throat
- headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product** do not use more than directed

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and older: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other Information
- store at 20-25°C (68-77°F)

**Inactive Ingredients** corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

8357048

Dist. by: RB Health (US), Parsippany, NJ 07054-0224  ©2019 RB Health

041219



**MAXIMUM STRENGTH**

**Mucinex**
**≡FAST-MAX≫**
COLD, FLU
& SORE THROAT

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**16** LIQUID GELS

*Fast Dissolving Liquid Gels!*

**MAXIMUM STRENGTH**

NDC 63824-591-16

# Mucinex®
**≡FAST-MAX®≫**

## COLD, FLU
## & SORE THROAT

Also try the Max Strength, Multi-Symptom Mucinex® Fast-Max® Night Time products for night time cold & flu symptom relief

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant

✓ Controls Cough, Thins & Loosens Mucus
✓ Relieves Nasal & Chest Congestion
✓ Relieves Headache & Fever

Maximum Strength per 4-hour dose

Do not take more than a total of 12 liquid gels in a 24-hour period.

**Take only as directed.**

Keep carton for complete product information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**16** **LIQUID GELS**
(Liquid Filled Capsules)

**DAY TIME**
**FOR AGES 12+**

HEALTH • HYGIENE • HOME

www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in China
©2019 RB Health

021819 8367060





## Drug Facts

### Active ingredients (in each liquid gel)          Purposes

Acetaminophen 325 mg ......Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........Cough suppressant
Guaifenesin 200 mg ..........................................Expectorant
Phenylephrine HCl 5 mg ....................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - headache
  - minor aches and pains
  - nasal congestion
  - cough
  - sore throat
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure

## Drug Facts (continued)

- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and older: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, shellac, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

A-785



NDC 63824-542-06

**MAXIMUM STRENGTH\***

# Mucinex®
## FAST-MAX®

### COLD, FLU & SORE THROAT

### CLEAR & COOL

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Relieves Headache & Fever
✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

HEALTH • HYGIENE • HOME

3027553

6 FL OZ (180mL)     **FOR AGES 12+**     012216

---

## Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ cough
  ■ nasal congestion
  ■ sinus congestion and pressure
  ■ minor aches and pains
  ■ headache
  ■ sore throat
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

▶

## Drug Facts (continued)

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening
■ blisters
■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription

▶

## Drug Facts (continued)

or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ diabetes
■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

▶

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children ▶

## Drug Facts (continued)

even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

### Other information
■ each 20 mL contains: sodium 9 mg
■ store between 20-25°C (68-77°F)
■ dosing cup provided
■ do not refrigerate

### Inactive ingredients
anhydrous citric acid, D&C yellow no.10, edetate disodium, FD&C blue no.1, flavors, ▶



*Per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3   63824 54266   9

LOT:
3027764

EXP:

## Drug Facts (continued)

glycerin, propyl gallate, propylene glycol, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

### Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



**HEALTH • HYGIENE • HOME**

*Please visit our web site*
*www.mucinex.com*

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
Made in England        ©2016 RB



MAXIMUM STRENGTH
**Mucinex**
≡**FAST-MAX**≫
COLD, FLU
& SORE THROAT

A-787 Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**16** LIQUID GELS



MAXIMUM STRENGTH
**Mucinex**
≡**FAST-MAX**≫
COLD, FLU
& SORE THROAT

## Fast Dissolving Liquid Gels!

### MAXIMUM STRENGTH

NDC 72854-127-16

# MUCINEX.

≡**FAST-MAX®**≫

## COLD, FLU & SORE THROAT

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ Controls Cough, Thins & Loosens Mucus
✓ Relieves Nasal & Chest Congestion
✓ Relieves Headache
✓ Reduces Fever

**Actual Size**



**16** **LIQUID GELS**
(Liquid Filled Capsules)

**DAY TIME**
FOR AGES 12+

Maximum Strength per 4-hour dose
12 liquid gels in a 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

For Cold & Flu Multi-Symptom relief
for both Day and Night, try our
Maximum Strength Mucinex®
*FAST-MAX®* Day/Night
liquid gel packs.

Dst. by: RB Health (US)
Parsippany, NJ 07054-0224
©2021 RB Health

0301 21    3158954

HEALTH-HYGIENE-HOME
www.mucinex.com
Patents: www.rb.com/patents



LOT:
EXP.:

3158954



**A-788**

## Drug Facts

### Active ingredients (in each liquid gel)          Purposes

Acetaminophen 325 mg .......... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .......... Cough suppressant
Guaifenesin 200 mg .......... Expectorant
Phenylephrine HCl 5 mg .......... Nasal decongestant

### Uses
- Temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - headache
  - cough
  - minor aches and pains
  - sore throat
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure
- trouble urinating due to an enlarged prostate gland ►

## Drug Facts (continued)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Questions ? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

A-789



MAXIMUM STRENGTH NDC 63824-236-20

# Mucinex®

## FAST-MAX®

### CONGESTION & HEADACHE

**Acetaminophen** – Pain Reliever/Fever Reducer
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Relieves Headache & Fever
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

20 CAPLETS   FOR AGES 12+

3090468

012919

MAXIMUM STRENGTH

# MULTI-SYMPTOM

**A-790**



3090470

012919

www.mucinex.com
Patents: www.rb.com/patents

Maximum Strength
Per 4-hour dose
Keep outer package for
full information.

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

LIFT HERE TO OPEN

3 63824 19020 4

Tamper evident: Do not use if outer package
is opened or if blister is torn or broken.

**Drug Facts**
*Active ingredients (in each caplet) Purposes*

**Drug Facts** (continued)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with

Acetaminophen 325 mg ... Pain reliever/fever reducer
Guaifenesin 200 mg .............................. Expectorant
Phenylephrine HCl 5 mg .............. Nasal decongestant

## Uses

■ temporarily relieves these common cold and flu
symptoms:  ■ nasal congestion  ■ fever
■ headache  ■ minor aches and pains
■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial
secretions to rid the bronchial passageways of
bothersome mucus and make coughs more productive

## Warnings

**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the
maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help
right away.

**Do not use**
■ with any other drug containing acetaminophen
(prescription or nonprescription). If you are not sure
whether a drug contains acetaminophen, ask a
doctor or pharmacist.
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for depression,
psychiatric, or emotional conditions, or Parkinson's
disease), or for 2 weeks after stopping the MAOI drug.
If you do not know if your prescription drug contains
an MAOI, ask a doctor or pharmacist before taking
this product.

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease  ■ diabetes
■ high blood pressure  ■ thyroid disease

smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
taking the blood thinning drug warfarin

**When using this product** do not use more than directed

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts
more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or
headache that lasts. These could be signs of a
serious condition.

**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended
dose (overdose) may cause liver damage. In case of
overdose, get medical help or contact a Poison Control
Center right away. Quick medical attention is critical for
adults as well as for children even if you do not notice
any signs or symptoms.

## Directions

■ do not take more than directed (see Overdose
warning)
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over:
take 2 caplets every 4 hours
■ children under 12 years of age: do not use

## Other Information

■ store at 20-25°C (68-77°F)

## Inactive ingredients
croscarmellose sodium,
crospovidone, FD&C red no. 40 aluminum lake, FD&C
yellow no. 6 aluminum lake, magnesium stearate,
microcrystalline cellulose, polyethylene glycol, polyvinyl
alcohol, povidone, talc, titanium dioxide

A-792

# RB Health (US) LLC

## -PE Product Labels –

**-continued**

A-793



**MAXIMUM STRENGTH\***

NOC 63824-530-06

# Mucinex

## ≡FAST-MAX▶▶

### CONGESTION & HEADACHE

**Acetaminophen** - Pain Reliever/Fever Reducer
**Guaifenesin** - Expectorant
**Phenylephrine HCl** - Nasal Decongestant

✓ Relieves Headache & Fever
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

6 FL OZ (180mL)          FOR AGES 12+

060616 · 3036245

---

## Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - headache
  - minor aches and pains
  - sinus congestion and pressure
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

---

## Drug Facts (continued)
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

PEEL HERE

---

## Drug Facts (continued)
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)

A-794



**Drug Facts** (continued)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate¹, xanthan gum
¹may contain this ingredient

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

HEALTH ▸ HYGIENE ▸ HOME
*Please visit our website* www.mucinex.com



PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

*Per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.

3   63824 01665   8

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2018 RB

011018

LOT:
EXP:
MADE IN:
3055005

A-795





IMPORTANT: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**16** LIQUID GELS



## Fast Dissolving Liquid Gels!

NDC 63824-599-16

**MAXIMUM STRENGTH**



# MUCINEX®
## FAST-MAX®

### CONGESTION & HEADACHE

Also try the Max Strength, Multi-Symptom **Mucinex® Fast-Max® Night Time** products for night time cold & flu symptom relief

Maximum Strength per 4-hour dose

Do not take more than a total of 12 liquid gels in a 24-hour period.

Take only as directed.

Keep carton for complete product information.

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant

✓ Relieves Headache & Fever
✓ Controls Cough
✓ Relieves Nasal Congestion



HEALTH • HYGIENE • HOME
www.mucinex.com
Patents: www.rb.com/ipdetails
Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in China
©2019 RB Health
022618 3057063

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



**16** LIQUID GELS
(Liquid Filled Capsules)

DAY TIME
FOR AGES 12+



3 63824 58716 5

**Drug Facts**

| Active Ingredients (in each liquid gel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |

**Drug Facts** (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are

Dextromethorphan HBr 10 mg.......Cough suppressant
Phenylephrine HCl 5 mg............Nasal decongestant

## Uses

- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - cough
  - headache
  - minor aches and pains
  - sinus congestion and pressure
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland ▶

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin



**When using this product** do not use more than directed

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

- **do not take more than directed (see Overdose warning)**
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and older: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

## Other Information

- store at 20-25°C (68-77°F)
- avoid excessive heat

## Inactive Ingredients

FD&C red no. 40, FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, shellac, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

A-797



**MAXIMUM STRENGTH**

NDC 63824-791-01

# Mucinex®

**≡FAST-MAX® ▶▶**

## CONGESTION & HEADACHE

**Acetaminophen** – Pain Reliever/Fever Reducer
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ **Relieves Headache & Fever**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

**20 CAPLETS**   FOR AGES 12+

8335591

060718

www.mucinex.com



**Maximum Strength
per 4-hour dose**
Keep outer package for
full information.

5

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

LIFT HERE TO OPEN
A-798



3  63824 19020  4

Tamper evident: Do not use if outer package
is opened or if blister is torn or broken.

## Drug Facts

### Active ingredients (in each caplet)   Purposes
Acetaminophen 325 mg...Pain reliever/fever reducer
Guaifenesin 200 mg........................Expectorant
Phenylephrine HCl 5 mg..............Nasal decongestant

### Uses
- temporarily relieves these common cold and flu
  symptoms: ■ nasal congestion ■ fever
  ■ headache ■ minor aches and pains
  ■ sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial
  secretions to rid the bronchial passageways of
  bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the
  maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help
right away.

**Do not use**
- with any other drug containing acetaminophen
  (prescription or nonprescription). If you are not sure
  whether a drug contains acetaminophen, ask a
  doctor or pharmacist.
- if you are now taking a prescription monoamine
  oxidase inhibitor (MAOI) (certain drugs for depression,
  psychiatric, or emotional conditions, or Parkinson's
  disease), or for 2 weeks after stopping the MAOI drug.
  If you do not know if your prescription drug contains
  an MAOI, ask a doctor or pharmacist before taking
  this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ diabetes
■ high blood pressure ■ thyroid disease ➤

## Drug Facts (continued)
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with
  smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are
taking the blood thinning drug warfarin**
**When using this product do not use more than directed**
**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts
  more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or
  headache that lasts. These could be signs of a serious
  condition.

**If pregnant or breast-feeding, ask a health
professional before use.**
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended
dose (overdose) may cause liver damage. In case of
overdose, get medical help or contact a Poison Control
Center right away. Quick medical attention is critical for
adults as well as for children even if you do not notice
any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2
  caplets every 4 hours
- children under 12 years of age: do not use

### Other information
■ store between 20-25°C (68-77°F)

### Inactive ingredients corn starch, crospovidone,
FD&C red no. 40 aluminum lake, FD&C yellow no. 6
aluminum lake, magnesium stearate, maltodextrin,
microcrystalline cellulose, polyethylene glycol, polyvinyl
alcohol, povidone, silicon dioxide, sodium starch
glycolate, stearic acid, talc, titanium dioxide



8335596        Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224   ©2018 RB        060718

R010537 A

A-799



**MAXIMUM STRENGTH**

## Mucinex®

### *FAST*-MAX®▶▶

CONGESTION & HEADACHE

**Keep carton:** Do not use if carton is damaged or if printed seal on blister is broken or missing.

**16 LIQUID GELS**

---

## *Fast Dissolving Liquid Gels!*

**MAXIMUM STRENGTH**

NDC 72854-128-16

# Mucinex®

## *FAST*-MAX®▶▶

## CONGESTION & HEADACHE

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant

✓ Relieves Headache & Nasal Congestion
✓ Controls Cough
✓ Reduces Fever

**Actual Size**



**16 LIQUID GELS**
**(Liquid Filled Capsules)**

**DAY TIME FOR AGES 12+**

LOT:
EXP.:

3158958

For Cold & Flu Multi-Symptom relief for both Day and Night, try our Maximum Strength Mucinex® *FAST-MAX*® Day/Night liquid gel packs.

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2021 RB Health

022721  3158958



HEALTH▪HYGIENE▪HOME
www.mucinex.com
patients: www.rb.com/patients





3 63824 58716 5

A-800

## Drug Facts

### Active ingredients (in each liquid gel) — Purposes

Acetaminophen 325 mg.....Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.........Cough suppressant
Phenylephrine HCl 5 mg ...............Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu symptoms:
■ nasal congestion
■ cough
■ headache
■ minor aches and pains
■ sinus congestion and pressure
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's Disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease
■ diabetes   ■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store at 20-25°C (68-77°F)
■ avoid excessive heat

### Inactive ingredients
FD&C red no. 40, FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

MAXIMUM STRENGTH
**Mucinex**
**FAST-MAX**
CONGESTION & HEADACHE

Maximum Strength per 4-hour dose
Do not take more than a total of 12 liquid gels in a 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**A-801**



MAXIMUM STRENGTH  NDC 63824-516-01

# Mucinex®
## ≡FAST-MAX®▶▶

### ☼ DAY TIME
**COLD & FLU**
Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

SORE THROAT
FEVER
HEADACHE
BODY PAIN
CHEST CONGESTION
COUGH
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE
**ALL IN ONE***

### ☽ NIGHT TIME
**COLD & FLU**
Acetaminophen - Pain Reliever/Fever Reducer
Diphenhydramine HCl – Antihistamine/
Cough Suppressant
Phenylephrine HCl - Nasal Decongestant

SORE THROAT
FEVER
HEADACHE
BODY PAIN
ITCHY THROAT
COUGH
SNEEZING
NASAL CONGESTION
RUNNY NOSE
**ALL IN ONE***

**20 CAPLETS**
FOR AGES 12+   **TOTAL 30 CAPLETS**   FOR AGES 12+
**10 CAPLETS**

8335595

070218

| Drug Facts | Drug Facts (continued) | Drug Facts (continued) | Drug Facts (continued) |
|---|---|---|---|
| **Active ingredients   Purposes** (in each caplet) *Mucinex FAST-MAX* **DAY TIME COLD & FLU** Acetaminophen 325 mg ............Pain reliever/fever reducer Dextromethorphan HBr 10 mg ................Cough suppressant Guaifenesin 200 mg ...........Expectorant Phenylephrine HCl 5 mg...Nasal decongestant **Active ingredients   Purposes** (in each caplet) *Mucinex FAST-MAX* | ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY TIME only)* ■ controls cough to help you get to sleep ■ temporarily reduces fever **Warnings** **Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 12 caplets in 24 hours, | **Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT TIME only)* ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or | ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus) **Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers *(NIGHT TIME only)* **When using this product** ■ do not use more than directed ■ excitability may occur |

**NIGHT TIME COLD & FLU**
Acetaminophen 325 mg
..............Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg
........Antihistamine/cough suppressant
Phenylephrine HCl 5 mg..Nasal decongestant

## Uses
- temporarily relieves these common cold and flu symptoms:  ■ cough
- minor aches and pains  ■ headache
- nasal congestion  ■ sore throat
- sinus congestion and pressure
- runny nose *(NIGHT TIME only)*
- sneezing *(NIGHT TIME only)*
- itching of the nose or throat *(NIGHT TIME only)*
- itchy, watery eyes due to hay fever *(NIGHT TIME only)*
▶

which is the maximum daily amount
- with other drugs containing **A-802** acetaminophen
- 3 or more alcoholic drinks daily while using this product

Allergy alert: Acetaminophen may cause severe skin reactions Symptoms may include:
- skin reddening  ■ blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▶

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
Ask a doctor before use if you have
- liver disease  ■ heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*
▶

especially in children *(NIGHT TIME only)*
- marked drowsiness may occur *(NIGHT TIME only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
▶

---

## Drug Facts (continued)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use
▶

## Drug Facts (continued)
### Other Information
- store between 20-25°C (68-77°F)

### Inactive Ingredients
*(Mucinex FAST-MAX DAY TIME COLD & FLU)*
corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

### Inactive Ingredients
*(Mucinex FAST-MAX NIGHT TIME COLD & FLU)*
corn starch, croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, ferric oxide yellow, magnesium stearate, methacrylic acid-ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Do not take the Mucinex Fast-Max DAY TIME COLD & FLU and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period.

Take only as directed.

102318  8351779



MAXIMUM STRENGTH  A-803  NDC 72854-138-66

# Mucinex®

## ⇒FAST»MAX®

## KICKSTART
### SEVERE COLD & FLU

**Acetaminophen** » Pain Reliever/Fever Reducer
**Dextromethorphan HBr** » Cough Suppressant
**Guaifenesin** » Expectorant
**Phenylephrine HCl** » Nasal Decongestant

**COMEBACK WITH A KICK**



SORE THROAT · FEVER · CHEST CONGESTION · COUGH · HEADACHE · BODY PAIN

**ALL IN ONE***

SINUS CONGESTION · NASAL CONGESTION · SINUS PRESSURE

**MENTHOL FLAVORED LIQUID**
## 6 FL OZ (180 mL)

FOR AGES 12+

3259831
030823

A-804

# Drug Facts

## Active ingredients (in each 20 mL) — Purposes

Acetaminophen 650 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg...........Cough suppressant
Guaifenesin 400 mg.....................................Expectorant
Phenylephrine HCl 10 mg.................Nasal decongestant

## Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▶

## *Drug Facts* (continued)

A-805

**Do not use**

- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**

- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than** directed

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur

▶ PEEL HERE

A-806

## *Drug Facts* (continued)

■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## *Directions*
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

## *Other information*
■ each 20 mL contains: **sodium 12 mg**
■ store at 20-25°C (68-77°F)
■ do not refrigerate

▶

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.
*Helps to relieve these symptoms day or night

**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org

3   63824 99696   7

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2023 RB Health
022423

LOT:

EXP:

MADE IN:

3259830

A-808



A-809

**MAXIMUM STRENGTH**

**Mucinex**
**FAST-MAX**

Tamper evident: Do not use if carton is damaged, or if printed seal on blister is broken or missing.

**SEVERE CONGESTION & COUGH**

**MAXIMUM STRENGTH**

NDC 63824-193-21



## SEVERE CONGESTION & COUGH

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ **Controls Cough**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

**Actual Size**

**20 CAPLETS**      FOR AGES 12+

LOT:

EXP:



HEALTH • HYGIENE • HOME

www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

041320     3141649



3  63824 19320  5

MADE IN:
3141649



## Drug Facts

### Active Ingredients (in each caplet)    Purposes

Dextromethorphan HBr 10 mg.......... Cough suppressant
Guaifenesin 200 mg.......................... Expectorant
Phenylephrine HCl 5 mg ............... Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help you get to sleep
  - nasal congestion due to a cold

### Warnings

**Do not use**
- If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over : take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other Information
- store at 20-25°C (68-77°F)

**Inactive ingredients** croscarmellose sodium, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, methacrylic acid-ethyl acrylate copolymer, mica, microcrystalline cellulose, polyethylene glycol 3350, polysorbate 80, polyvinyl alcohol, povidone K29/32, sodium bicarbonate, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



MAXIMUM STRENGTH
**MUCINEX FAST-MAX**
SEVERE CONGESTION & COUGH

Maximum Strength per 4-hour dose
Do not take more than a total of 12 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS**
www.StopMedicineAbuse

MAXIMUM STRENGTH



Tamper evident: Do not use if carton is
damaged or if printed seal on blister is
broken or missing.

**SEVERE CONGESTION
& COUGH**

MAXIMUM STRENGTH

NDC 63824-515-20



# SEVERE CONGESTION
# & COUGH

Dextromethorphan HBr - Cough Suppressant
Guaifenesin - Expectorant
Phenylephrine HCl - Nasal Decongestant

✓ **Controls Cough**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**      Actual Size

**20 CAPLETS**

FOR AGES 12+

MAXIMUM STRENGTH

**Mucinex**
**≡FAST-MAX▶▶**

SEVERE CONGESTION
& COUGH

Maximum Strength per caliber dose
Do not take more than a total of
12 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.



**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

www.mucinex.com
Patents: www.rbvdrkt.com/patents

reckitt

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2023 RB Health

1/2023        3284431

B-1715-697-09
ORG

## Drug Facts

### Active ingredients (in each caplet) — Purposes

Dextromethorphan HBr 10 mg........Cough suppressant
Guaifenesin 200 mg................................Expectorant
Phenylephrine HCl 5 mg...............Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help you get to sleep
  - nasal congestion due to a cold

### Warnings
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- diabetes
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

## A-812
## Drug Facts (continued)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)

**Inactive ingredients** colloidal silicon dioxide, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, magnesium stearate, maltodextrin, mica, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, pregelatinized starch, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)

## A-813



**MAXIMUM STRENGTH**

# Mucinex
## FAST-MAX ▶▶

### SEVERE CONGESTION & COUGH

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

**6 FL OZ (180 mL)**          FOR AGES 12+

87.0 mm

90.0 mm

6mm Clear

6mm Clear

PRINTING READS This Way



# A-814



A-815



**MAXIMUM STRENGTH**

# Mucinex
## FAST-MAX

### SEVERE CONGESTION & COUGH

## CLEAR & COOL

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

HEALTH · HYGIENE · HOME

3027551          6 FL OZ (180mL)          FOR AGES 12+          012216

---

## Drug Facts

**Active Ingredients** (in each 20 mL) — **Purposes**

Dextromethorphan HBr 20 mg ..................Cough suppressant

Guaifenesin 400 mg........Expectorant

Phenylephrine HCl 10 mg ..................Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
  - temporarily helps you cough less

### Warnings
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or ▶

---

## Drug Facts (continued)

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough comes back, or occurs with rash or headache that ▶

---

## Drug Facts (continued)

lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 9 mg
- store between 20-25°C (68-77°F)
- dosing cup provided
- do not refrigerate ▶

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

## PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org



3   63824 54166   2

LOT:
EXP:
3027786

---

## Drug Facts (continued)

### Inactive ingredients
anhydrous citric acid, D&C yellow no.10, edetate disodium,



FD&C blue no.1, flavors, glycerin,
propylene glycol, polyethylene glycol,
sodium benzoate, sodium citrate,
sorbitol, sucralose, water,
xanthan gum

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

**HEALTH ▸ HYGIENE ▸ HOME**

*Please visit our web site
www.mucinex.com*

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
Made in England          ©2016 RB



COOLING
MENTHOL
FLAVOR
3186232

MAXIMUM STRENGTH

NDC 72854-134-66

# Mucinex.

## ≡FAST-MAX°»

### SEVERE CONGESTION & COUGH

## ARCTIC BURST™

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ **Controls Cough**

✓ **Relieves Nasal & Chest Congestion**

✓ **Thins & Loosens Mucus**

**6 FL OZ (180 mL)**          FOR AGES 12+

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use
if neckband on bottle cap
is broken or missing.

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 20 mg | Cough suppressant |

## PARENTS:

Learn about teen medicine abuse

**www.StopMedicineAbuse.org**



3 63824 54166 2

J060119

LOT:
EXP:

3087260

...........................cough suppressant

-818-sin 400 mg........Expectorant

Phenylephrine HCl 10 mg
........................Nasal decongestant

## Uses

- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
  - temporarily helps you cough less

## Warnings

**Do not use**

- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or ▶

## Drug Facts (continued)

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**

- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product**
do not use more than directed

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur

## Drug Facts (continued)

lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

## Directions

- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

## Other information

- each 20 mL contains: sodium 9 mg
- store at 20-25°C

with fever
■ cough comes back, or occurs
   with rash or headache that ▶

(68-77°F)
■ dosing cup provided
■ do not refrigerate ▶

## *Drug Facts* (continued)

### *Inactive ingredients*
anhydrous citric acid, D&C
yellow no.10, edetate disodium,
FD&C blue no.1, flavors, glycerin,
propyl gallate, propylene glycol,
sodium benzoate, sodium citrate,
sorbitol, sucralose, water,
xanthan gum

### *Questions?*
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.



**HEALTH ▾ HYGIENE ▾ HOME**

*Please visit our website*
*www.mucinex.com*
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in England    ©2019 RB Health



A-820

NDC 63824-938-66

# Mucinex·

# FREEFROM

## COLD & FLU
### ☾NIGHTTIME

ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE

----- FREEFROM -----
ARTIFICIAL FLAVORS, COLORS, & DYES • ALCOHOL & SUGAR

## ELDERBERRY
### & CHERRY NATURAL FLAVOR

6 FL OZ (180 mL)          FOR AGES 12+

3132377

010320

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - sinus congestion and pressure
  - sneezing
  - nasal congestion
  - sore throat
  - runny nose

---

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if

A-821

- itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

▶

your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

PEEL HERE

▶

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 12 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients ammonium
glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



HEALTH › HYGIENE › HOME

Patents:
www.rb.com/patents

*Please visit our website*
www.mucinex.com

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** ▶

**Maximum Strength per 4-hour dose**
Tamper evident: Do not use if neckband on bottle cap is broken or missing.

121219
FREE
FROM

A-822

B-1715-719-08 ORG

DATA MATRIX

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**Mucinex**
Junior
**COLD & FLU**

NDC 63824-615-20

## Drug Facts

**Active Ingredients** (in each caplet) — **Purposes**

Acetaminophen 162.5 mg ... Pain reliever/fever reducer
Dextromethorphan HBr 5 mg ... Cough suppressant
Guaifenesin 100 mg ... Expectorant
Phenylephrine HCl 2.5 mg ... Nasal decongestant

**Uses**
■ temporarily relieves these common cold and flu symptoms:
■ cough   ■ nasal congestion
■ headache   ■ sore throat
■ minor aches and pains
■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes ■ more than 5 doses in 24 hours, which is the maximum daily amount ■ with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 3 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease   ■ heart disease
■ high blood pressure   ■ thyroid disease

## Drug Facts (continued)

■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is taking the blood thinning drug warfarin**

**When using this product do not use more than directed (see Overdose warning)**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.** Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ dose as follows or as directed by a doctor
■ children 6 to under 12 years of age: give 2 caplets every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
■ children under 6 years of age: do not use

**Other information**
■ Store at 20-25°C (68-77°F)

**Inactive Ingredients** corn starch, crospovidone, FD&C blue no. 1 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

www.CoughAndColdSafety.org

**PARENTS:** Learn about teen medicine abuse.

"on an OTC brand in the Children's Cough/Cold category" (AlphaImpactRxProVoice Survey) "as compared to Mucinex caplets"

"Helps to relieve these symptoms day or night" "If your child has difficulty swallowing solid dosage forms, try our Mucinex Children's liquids or mini-melts products." "Keep carton for full information."

*Pediatrician Recommended*

NEW

# Mucinex
## Junior
# COLD & FLU

Acetaminophen 162.5 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 5 mg – Cough Suppressant
Guaifenesin 100 mg – Expectorant
Phenylephrine HCl 2.5 mg – Nasal Decongestant

Ages 6+ yrs



SORE THROAT FEVER CHEST CONGESTION COUGH
**ALL IN ONE**
HEADACHE BODY PAIN NASAL CONGESTION SINUS PRESSURE

Junior Caplets
Actual Size

**20 CAPLETS**

DO NOT CHEW

www.mucinex.com

Dist. by: RB Health
NJ 07004-0224
©2019 RB Health
03181920   3026705

HEALTHCARE/MEDICINE CABINET
24-7Pharmacy:www.rb.com/contactus

LOT & EXP. DATE

B-1715-719-08 ORG

17.0000

A-823



A-824

## Drug Facts

### Active ingredients (in each 20 mL)          Purposes

Acetaminophen 650 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg..........Cough suppressant
Phenylephrine HCl 10 mg................Nasal decongestant
Triprolidine HCl 2.5 mg...........................Antihistamine

### Uses
■ temporarily relieves these common cold and flu symptoms:
- ■ cough                    ■ nasal congestion
- ■ minor aches and pains    ■ sore throat
- ■ headache
- ■ sinus congestion and pressure
- ■ runny nose
- ■ sneezing
- ■ itching of the nose or throat
- ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- ■ more than 4,000 mg in 24 hours, which is the maximum daily amount
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks daily while using this product
►

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- ■ liver disease       ■ heart disease
- ■ diabetes            ■ high blood pressure
- ■ thyroid disease     ■ glaucoma
- ■ trouble urinating due to an enlarged prostate gland
- ■ a breathing problem such as emphysema or chronic bronchitis
- ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- ■ cough that occurs with too much phlegm (mucus)
►

PEEL HERE

A-825

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- **do not use more than directed**
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 16 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

### Questions?
1-866- MUCINEX (1-866-682-4639)

Scan for FAQs and instructions on proper disposal of medicines





Please visit our website
www.mucinex.com
reckitt
Patents:
www.reckitt.com/patents



NDC 63824-501-06

# Mucinex
## NIGHTSHIFT

### COLD & FLU
### CLEAR & COOL

Acetaminophen — Pain Reliever/Fever Reducer
Dextromethorphan HBr — Cough Suppressant
Phenylephrine HCl — Nasal Decongestant
Triprolidine HCl — Antihistamine

NIGHT TIME
RELIEF FOR A BETTER
MORNING

✓ COUGH ✓ FEVER ✓ SORE THROAT
✓ RUNNY NOSE ✓ SNEEZING ✓ NASAL CONGESTION

3094779   6 FL OZ (180 mL)   FOR AGES 12+   030619

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - sneezing
  - sinus congestion and pressure
  - itching of the nose or throat
  - nasal congestion
  - sore throat
  - runny nose
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

---

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease   ■ heart disease
- diabetes   ■ high blood pressure
- thyroid disease   ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

---

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal decongestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over:

---

PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

Maximum Strength per 4-hour dose


PARENTS:
Learn about teen medicine abuse.
www.StopMedicineAbuse.org



NEW
POWERFUL
NIGHTTIME
RELIEF

031419



20 mL in dosing cup photoevery 4 hours
■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: sodium 16 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

**Questions?**
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number

HEALTH ∙ HYGIENE ∙ HOME

Patents: www.rb.com/patents

3  63824 01473  9

Please visit our website
www.mucinex.com

Dist. by RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
0031119

LOT:

EXP.:

MADE IN:

3094781

RELIEF
3094780

A-828





Dextromethorphan HBr – Cough Suppressant
Phenylephrine HCl – Nasal Decongestant
Triprolidine HCl – Antihistamine

A-829

SORE THROAT
FEVER
HEADACHE
BODY PAIN
**ALL IN ONE***
ITCHY THROAT
COUGH
SNEEZING
NASAL CONGESTION
RUNNY NOSE

3139486      **6 FL OZ (180 mL)**   FOR AGES 12+      012920



## Drug Facts

### Active ingredients — Purposes
(in each 20 mL)

Acetaminophen 650 mg .. Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ........Cough suppressant
Phenylephrine HCl 10 mg ............Nasal decongestant
Triprolidine HCl 2.5 mg.......................Antihistamine

### Uses
■ temporarily relieves these common cold and
flu symptoms:
■ cough                  ■ nasal congestion
■ minor aches and pains  ■ sore throat
■ headache
■ sinus congestion and pressure
■ runny nose
■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the
maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using
this product
▶

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe
skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical
help right away.
**Sore throat warning:** If sore throat is severe,
persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or
vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen
(prescription or nonprescription). If you are not
sure whether a drug contains acetaminophen,
ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions,
or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if
your prescription drug contains an MAOI, ask a
doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
■ liver disease       ■ heart disease
■ diabetes            ■ high blood pressure
■ thyroid disease     ■ glaucoma
■ trouble urinating due to an enlarged
prostate gland
■ a breathing problem such as emphysema or
chronic bronchitis
■ persistent or chronic cough such as occurs
with smoking, asthma, or emphysema
■ cough that occurs with too much
phlegm (mucus)
▶

PEEL HERE

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may
increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or
operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or
lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or
headache that lasts. These could be signs of a
serious condition.

If pregnant or breast-feeding, ask a health
professional before use.
**Keep out of reach of children.**

## Drug Facts (continued)

### Directions
■ do not take more than directed (see
Overdose warning)
■ do not take more than 4 doses in any
24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over:
20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

### Other information
■ each 20 mL contains: sodium 16 mg
■ store at 20–25°C (68–77°F)
■ do not refrigerate

### Inactive ingredients ammonium
glycyrrhizate, anhydrous citric acid, ascorbic acid,
edetate disodium, FD&C blue no. 1, FD&C red no. 40,
flavors, glycerin (soy), propylene glycol, sodium
benzoate, sorbitol, sucralose, triacetin, triethyl
citrate, water, xanthan gum

### Questions?
1-866-MUCINEX (1-866-682-4639)



Keep out of reach of children.
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

A-830

You may also report side effects to this phone number.

Patents:
www.rb.com/patents
*Please visit our website* www.mucinex.com

HEALTH • HYGIENE • HOME



PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.
*Helps to relieve these symptoms at night

**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org

3   63824 99514   4

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health
020520

LOT:
EXP:
MADE IN:
3139485





NDC 72854-250-66

# Mucinex®

## NIGHTSHIFT™

### SEVERE COLD & FLU

### ARCTIC BURST™

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant
**Triprolidine HCl** – Antihistamine

**NIGHTTIME**
RELIEF FOR A BETTER
**MORNING**

✓ COUGH ✓ FEVER
✓ SORE THROAT ✓ RUNNY NOSE ✓ SNEEZING ✓ NASAL CONGESTION

**6 FL OZ (180 mL)**    FOR AGES 12+

3186242    022221

---

**PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION**

Tamper evident: Do not use if neckband
on bottle cap is broken or missing.

Maximum Strength per 4-hour dose

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org



---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine |

## Uses
■ temporarily relieves these common cold and



A-832

**3 63824 01473 9**

Please visit our website
www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
031119

LOT:
EXP:
MADE IN:
3094781

...temporarily relieves these common cold and flu symptoms:

- cough
- minor aches and pains
- headache
- sneezing
- sinus congestion and pressure
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- nasal congestion
- sore throat
- runny nose
- temporarily reduces fever
- controls cough to help you get to sleep

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

▶

---

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

▶

PEEL HERE

---

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal decongestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

## Drug Facts (continued)

A-833

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 16 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



**HEALTH • HYGIENE • HOME**

Patents: www.rb.com/patents

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**MAXIMUM STRENGTH**



**Mucinex®**
**NIGHTSHIFT**

SEVERE COLD & FLU

*FAST RELEASE. POWERFUL SYMPTOM RELIEF!*

**MAXIMUM STRENGTH**

NDC 72854-234-20

# Mucinex®
# NIGHTSHIFT

## SEVERE COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant
**Triprolidine HCl** – Antihistamine

SORE THROAT
FEVER
ITCHY THROAT
HEADACHE
BODY PAIN
COUGH
**ALL IN ONE***
NASAL CONGESTION
SNEEZING
RUNNY NOSE

ACTUAL SIZE

**20 CAPLETS**   FOR AGES 12+

**FAST RELEASE**

LOT:
EXP.:
MADE IN:
3176311



Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

HEALTH • HYGIENE • HOME

www.mucinex.com
Patients: www.rb.com/patients

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2021 RB Health

3176311    011921

3   6 38249 9527   4

A-835

## Drug Facts

### Active ingredients (in each caplet) — Purposes

Acetaminophen 325 mg ..................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ..................Cough suppressant
Phenylephrine HCl 5 mg ..................Nasal decongestant
Triprolidine HCl 1.25 mg ..................Antihistamine

### Uses
■ temporarily relieves these common cold and flu symptoms:
■ cough ■ nasal congestion
■ minor aches and pains ■ sore throat
■ headache ■ sinus congestion and pressure
■ runny nose ■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease
■ diabetes ■ high blood pressure
■ thyroid disease ■ glaucoma
■ trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)

■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 8 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store at 20-25°C (68-77°F)

### Inactive ingredients
croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

**MAXIMUM STRENGTH**
**Mucinex® NIGHTSHIFT**
**SEVERE COLD & FLU**

Maximum Strength per 4-hour dose
"Help to relieve these symptoms at night"
Do not take more than a total of 8 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org



NDC 63824-269-06

# Mucinex

## NIGHTSHIFT

SINUS

Acetaminophen — Pain Reliever/Fever Reducer
Dextromethorphan HBr — Cough Suppressant
Phenylephrine HCl — Nasal Decongestant
Triprolidine HCl — Antihistamine

NIGHTTIME
RELIEF FOR A BETTER
MORNING

✓COUGH ✓FEVER ✓SORE THROAT
✓RUNNY NOSE ✓SNEEZING
✓NASAL CONGESTION

3094751        6 FL OZ (180 mL)    FOR AGES 12+        021519



PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

Maximum Strength per 4-hour dose
Tamper evident; Do not use if neckband
on bottle cap is broken or missing.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 26268  0

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
© 2019 RB Health
021519

LOT:
EXP:
MADE IN:
3094842

**Drug Facts** (continued)



## Drug Facts

**Active ingredients**                    **Purposes**
(in each 20 mL)

Acetaminophen 660 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg........Cough suppressant
Phenylephrine HCl 10 mg ..............Nasal decongestant
Triprolidine HCl 2.5 mg.............................Antihistamine

### Uses
■ temporarily relieves these common cold and
  flu symptoms:
  ■ cough                    ■ nasal congestion
  ■ minor aches and pains    ■ sore throat
  ■ headache
  ■ sinus congestion and pressure
  ■ runny nose
  ■ sneezing
  ■ itching of the nose or throat
  ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the
  maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using
  this product                                    ▶

**Drug Facts** (continued)

A-837

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)


PEEL HERE

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 16 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

### Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

Patents:
www.rb.com/patents
Please visit our website www.mucinex.com

HEALTH • HYGIENE • HOME


NEW
POWERFUL
NIGHT TIME
RELIEF
3094942

A-838



NDC 63824-270-06

## Mucinex
### NIGHTSHIFT
SINUS
## CLEAR & COOL

Acetaminophen — Pain Reliever/Fever Reducer
Dextromethorphan HBr — Cough Suppressant
Phenylephrine HCl — Nasal Decongestant
Triprolidine HCl — Antihistamine

NIGHTTIME
RELIEF FOR A BETTER
MORNING

✓ COUGH ✓ FEVER ✓ SORE THROAT
✓ RUNNY NOSE ✓ SNEEZING ✓ NASAL CONGESTION

3094737    6 FL OZ (180 mL)    FOR AGES 12+    031419

---

### Drug Facts

**Active ingredients**    **Purposes**
**(in each 20 mL)**

Acetaminophen 650 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg.........Cough suppressant
Phenylephrine HCl 10 mg...............Nasal decongestant
Triprolidine HCl 2.5 mg.........................Antihistamine

### Uses

■ temporarily relieves these common cold and flu symptoms:
■ cough    ■ nasal congestion
■ minor aches and pains    ■ sore throat
■ headache
■ sinus congestion and pressure
■ runny nose
■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product ▶

---

### Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease
■ diabetes    ■ high blood pressure
■ thyroid disease    ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

PEEL HERE

---

### Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

### Drug Facts (continued)

### Directions

■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**PARENTS:**

---



NEW   031510

- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 16 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (pog), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

HEALTH • HYGIENE • HOME    **Patents:** www.rb.com/patents

Learn about open drug abuse
www.StopMedicineAbuse.org

3  63824 26267  3

Please visit our website
www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
00015T-9

LOT:
EXP:
MADE IN:
3094738

**POWERFUL NIGHT TIME RELIEF**
3094739

**A-840**

# RB Health (US) LLC

## -PE Product Labels –

## -continued



A-842

## Drug Facts

### Active ingredients
**(in each caplet)** — **Purposes**

Acetaminophen 325 mg ........... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ............. Cough suppressant
Phenylephrine HCl 5 mg ..................... Nasal decongestant
Triprolidine HCl 1.25 mg ............................... Antihistamine

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - sinus congestion and pressure
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)

### Inactive ingredients
croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

**MAXIMUM STRENGTH**

**Mucinex**
NIGHTSHIFT

SINUS

Maximum Strength per 4-hour dose
Do not take more than a total of
8 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



A-844

## Drug Facts

### Active Ingredients (in each liquid gel) Purposes
**Mucinex SINUS-MAX DAY**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Active Ingredients (in each liquid gel) Purposes
**Mucinex SINUS-MAX NIGHT**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses ■ temporarily relieves:
■ nasal congestion   ■ headache   ■ cough
■ minor aches and pains
■ sinus congestion and pressure
■ runny nose and sneezing *(NIGHT only)*
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ diabetes
■ high blood pressure   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*   ▶

## Drug Facts (continued)
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*
**When using this product**   ■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be the signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

### Other Information
■ store at 20-25°C (68-77°F)   ■ avoid excessive heat

**Inactive ingredients (DAY only)** FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

**Inactive ingredients (NIGHT only)** D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water



**MAXIMUM STRENGTH**

**Mucinex**
**SINUS-MAX**

DAY ○ ● NIGHT

Maximum Strength per 4-hour dose

Keep carton for full information

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org



A-845

**MAXIMUM STRENGTH**
**Mucinex**
**SINUS-MAX**
○ DAY  ● NIGHT

Maximum Strength per 4-hour dose

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

Keep carton for full information.

**MAXIMUM STRENGTH**     FOR AGES 12+     NDC 63824-204-20

LOT:
EXP:
MADE IN:
3165983

# MUCINEX
## SINUS-MAX

Actual Size

○ **DAY**     ☾ **NIGHT**     Actual Size

**Acetaminophen** – Pain Reliever
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant
✓ Relieves Sinus Pressure, Headache & Congestion
✓ Thins & Loosens Mucus

**Acetaminophen** – Pain Reliever
Diphenhydramine HCl – Antihistamine/Cough Suppressant
Phenylephrine HCl – Nasal Decongestant
✓ Relieves Nasal Congestion, Sinus Pressure & Pain
✓ Relieves Runny Nose, Sneezing & Cough

**12 CAPLETS**     **TOTAL 20 CAPLETS**     **8 CAPLETS**

HEALTH•HYGIENE•HOME

Do not take the Mucinex SINUS-MAX DAY and NIGHT caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period.
Take only as directed.   www.mucinex.com   100720   3165983
®Patents: www.rb.com/patents   Dist by RB Health (US) Parsippany NJ 07054-0224.   ©2020 RB Health

3  63824 20220  4

| Drug Facts | |
|---|---|
| **Active Ingredients (in each caplet) Mucinex SINUS-MAX DAY** | **Purposes** |
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| **Active Ingredients (in each caplet) Mucinex SINUS-MAX NIGHT** | **Purposes** |



**Active Ingredients (in each caplet) MUCINEX SINUS-MAX Night** — **Purposes**

| Acetaminophen 325 mg | Pain reliever |
| Diphenhydramine HCl 12.5 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**A-846**

## Uses

**Mucinex SINUS-MAX DAY** ■ temporarily relieves:
■ nasal congestion   ■ headache
■ minor aches and pains   ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex SINUS-MAX NIGHT** ■ temporarily relieves:
■ nasal congestion   ■ headache
■ minor aches and pains   ■ sinus congestion and pressure
■ runny nose   ■ sneezing
■ cough
■ temporarily promotes nasal and/or sinus drainage

3054364  002117 _ _ _ _ _ _ _ _ _ _ _ _ _ _ ◢ **PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** ◢



## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT only)*
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▶

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ diabetes
■ high blood pressure   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**HINGE**

## Drug Facts (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours ▶

## Drug Facts (continued)

■ children under 12 years of age: do not use

**Other Information**
■ store between 20-25°C (68-77°F)

**Inactive Ingredients (Mucinex SINUS-MAX DAY only)**
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Inactive Ingredients (Mucinex SINUS-MAX NIGHT only)**
croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**HINGE**

A-847

**MAXIMUM STRENGTH**

**Mucinex**
**SINUS-MAX**
☀ DAY ☾ NIGHT

Maximum Strength per 4-hour dose

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

Keep carton for full information.

**MAXIMUM STRENGTH**

NDC 63824-204-10



# Mucinex®
## SINUS-MAX®

Actual Size

☀ DAY      ☾ NIGHT      Actual Size

**Acetaminophen** – Pain Reliever
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Relieves Sinus Pressure, Headache & Congestion
✓ Thins & Loosens Mucus

**6 CAPLETS**

**Acetaminophen** – Pain Reliever
Diphenhydramine HCl – Antihistamine/Cough Suppressant
Phenylephrine HCl – Nasal Decongestant

✓ Relieves Nasal Congestion, Sinus Pressure & Pain
✓ Relieves Runny Nose, Sneezing & Cough

**4 CAPLETS**

**10 TOTAL**
FOR AGES 12+

Do not take the Mucinex SINUS-MAX DAY and NIGHT caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period.


HEALTH • HYGIENE • HOME

**Take only as directed.**   www.mucinex.com   022020   3133887
Patents: www.rb.com/patents   Dist. by: RB Health (US), Parsippany, NJ 07054-0224   ©2020 RB Health   Made in England


3  63824 12511  4

---

**Drug Facts**

| Active ingredients (in each caplet) Mucinex SINUS-MAX DAY | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| **Active ingredients (in each caplet) Mucinex SINUS-MAX NIGHT** | **Purposes** |

EXP 3133887   LOT



Acetaminophen 325 mg........................................................................Pain reliever
Diphenhydramine HCl 12.5 mg..............................A-848..............Antihistamine/cough suppressant
Phenylephrine HCl 5 mg........................................................................Nasal decongestant

## Uses

**Mucinex SINUS-MAX DAY** ■ temporarily relieves:
- ■ nasal congestion     ■ headache
- ■ minor aches and pains     ■ sinus congestion and pressure
- ■ temporarily promotes nasal and/or sinus drainage
- ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex SINUS-MAX NIGHT** ■ temporarily relieves:
- ■ nasal congestion     ■ headache
- ■ minor aches and pains     ■ sinus congestion and pressure
- ■ runny nose     ■ sneezing
- ■ cough
- ■ temporarily promotes nasal and/or sinus drainage

L3054364.  092117                              *PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION*



### Drug Facts (continued)

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- ■ more than 12 caplets in 24 hours, which is the maximum daily amount
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening     ■ blisters     ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- ■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT only)*
- ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▶

### Drug Facts (continued)

**Ask a doctor before use if you have**
- ■ liver disease     ■ heart disease     ■ diabetes
- ■ high blood pressure     ■ thyroid disease
- ■ trouble urinating due to an enlarged prostate gland
- ■ glaucoma *(NIGHT only)*
- ■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
- ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- ■ taking the blood thinning drug warfarin
- ■ taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
- ■ do not use more than directed
- ■ excitability may occur, especially in children *(NIGHT only)*
- ■ marked drowsiness may occur *(NIGHT only)*
- ■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
- ■ avoid alcoholic drinks *(NIGHT only)*
- ■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)* ▶

HINGE

### Drug Facts (continued)

**Stop use and ask a doctor if**
- ■ nervousness, dizziness, or sleeplessness occur
- ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
- ■ fever gets worse or lasts more than 3 days
- ■ redness or swelling is present
- ■ new symptoms occur
- ■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- ■ do not take more than directed (see Overdose warning)
- ■ do not take more than 12 caplets in any 24-hour period
- ■ adults and children 12 years of age and over: take 2 caplets every 4 hours ▶

HINGE

### Drug Facts (continued)

■ children under 12 years of age: do not use

**Other information**
- ■ store between 20–25°C (68–77°F)

**Inactive ingredients (Mucinex SINUS-MAX DAY only)**
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Inactive ingredients (Mucinex SINUS-MAX NIGHT only)**
croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

A-849



MAXIMUM STRENGTH

**Mucinex**
SINUS-MAX•
☀ DAY ☾ NIGHT

Maximum Strength per 4-hour dose
Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.
Keep Carton for Full Information.
Patents: www.rb.com/patents

MAXIMUM STRENGTH                    NDC 63824-251-01

# Mucinex.
## SINUS-MAX.

☀ DAY        ☾ NIGHT

**Acetaminophen** – Pain Reliever
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant
✓ Relieves Sinus Pressure, Headache & Congestion
✓ Thins & Loosens Mucus

**Acetaminophen** – Pain Reliever
Diphenhydramine HCl – Antihistamine/Cough Suppressant
Phenylephrine HCl – Nasal Decongestant
✓ Relieves Nasal Congestion, Sinus Pressure & Pain
✓ Relieves Runny Nose, Sneezing & Cough

**12 CAPLETS**    **TOTAL 20 CAPLETS FOR AGES 12+**    **8 CAPLETS**

Do not take the Mucinex SINUS-MAX DAY and NIGHT caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period. Take only as directed.
Dist. by: RB Health (US), Parsippany, NJ 07054-0224
©2019 RB Health   www.mucinex.com       030119   3094752   3   63824 20220 4

HEALTH•HYGIENE•HOME

---

**Drug Facts**

Active ingredients (in each caplet) Mucinex SINUS-MAX DAY                    Purposes

| Active ingredients (in each caplet) Mucinex SINUS-MAX DAY | | Purposes |
|---|---|---|
| Acetaminophen 325 mg............................................ A-850 | | Pain reliever |
| Guaifenesin 200 mg................................................... | | Expectorant |
| Phenylephrine HCl 5 mg............................................ | | Nasal decongestant |

| Active ingredients (in each caplet) Mucinex SINUS-MAX NIGHT | | Purposes |
|---|---|---|
| Acetaminophen 325 mg............................................ | | Pain reliever |
| Diphenhydramine HCl 12.5 mg.................................... | | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg............................................ | | Nasal decongestant |

## Uses

**Mucinex SINUS-MAX DAY** ■ temporarily relieves:
■ nasal congestion     ■ headache     ■ minor aches and pains     ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex SINUS-MAX NIGHT** ■ temporarily relieves:     ■ nasal congestion     ■ headache
■ minor aches and pains     ■ sinus congestion and pressure     ■ runny nose     ■ sneezing     ■ cough
■ temporarily promotes nasal and/or sinus drainage

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount     ▶

8335612   101718          **PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** ◢

---

ADHESIVE AREA

### Drug Facts (continued)

■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening     ■ blisters     ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT only)*
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease     ■ heart disease     ■ diabetes
■ high blood pressure     ■ thyroid disease     ▶

### Drug Facts (continued)

■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or     ▶

ADHESIVE AREA

---

ADHESIVE AREA

### Drug Facts (continued)

lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for

### Drug Facts (continued)

**Other information**
■ store at 20-25°C (68-77°F)

**Inactive ingredients (Mucinex SINUS-MAX DAY only)**
corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Inactive ingredients (Mucinex SINUS-MAX NIGHT only)**

center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**A-85**

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use ▶

corn starch, croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, magnesium stearate, methacrylic acid-ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

ADHESIVE AREA



A-852

MAXIMUM STRENGTH

**Mucinex**
SINUS-MAX·
SEVERE CONGESTION
& PAIN

dent: Do not use if carton is damaged
or if printed seal on blister is broken or missing.

**16** LIQUID GELS

*Fast Dissolving Liquid Gels!*

NDC 63824-692-16

**MAXIMUM STRENGTH**

# Mucinex®
## SINUS-MAX®

## SEVERE CONGESTION & PAIN

**Acetaminophen** – Pain Reliever
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant

✓ **Clears Sinus Congestion**
✓ **Relieves Headache**
✓ **Controls Cough**


SEVERE CONGESTION & PAIN
MAXIMUM STRENGTH
Mucinex
SINUS-MAX

Maximum Strength
per 4-hour dose

Do not take more than a total
of 12 liquid gels in a 24-hour
period.

Take only as directed.

Keep carton for complete
product information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**16** **LIQUID GELS**
(Liquid Filled Capsules)

DAY TIME
FOR AGES 12+




HEALTH·HYGIENE·HOME
www.mucinex.com
Patents: www.rb.com/patents
Dist. by RB Health (US)
Parsippany, NJ 07054-0224
Made in China
©2019 RB Health
011419  8395588



3  63824 69216  6

| **Drug Facts** | | **Drug Facts** (continued) |
|---|---|---|
| **Active ingredients**<br>(in each liquid gel) | **Purposes** | Ask a doctor or pharmacist before use if you are<br>taking the blood thinning drug warfarin |
| Acetaminophen 325 mg............. | Pain reliever | When using this product do not use more than directed<br>Stop use and ask a doctor if |

A-853

**MAXIMUM STRENGTH\***

NDC 63824-261-66

# MUCINEX

## SINUS-MAX

### SEVERE CONGESTION RELIEF

**Acetaminophen** – Pain Reliever
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ **Clears Sinus Congestion**
✓ **Relieves Headache**
✓ **Thins & Loosens Mucus**

**6 FL OZ (180mL)**          **FOR AGES 12+**

---

**PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION**

\*Per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.



3   63824 26166   9

---

## Drug Facts

| **Active Ingredients**<br>(in each 20 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses

■ temporarily relieves:
  ■ nasal congestion          ■ headache
  ■ minor aches and pains
  ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial
  secretions to rid the bronchial passageways
  of bothersome mucus and make coughs
  more productive

### Warnings



A-854

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.  ▶

LOT:
EXP:
MADE IN:
070616
3034639

## Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease
- high blood pressure ■ thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days     PEEL HERE ▶

## Drug Facts (continued)

- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other Information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F)
- dosing cup provided   ▶

## Drug Facts (continued)

- do not refrigerate

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum *may contain this ingredient

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this

071916
See New Information
3034605

A-855



You may also report side effects to this phone number.

HEALTH › HYGIENE › HOME

*Please visit our web site*
*www.mucinex.com*

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
© 2016 RB

**A-856**

MDC 63824-267-22



**VALUE PACK**

## Children's
# Mucinex

### DAY TIME

## Multi-Symptom Cold
Cough Suppressant
Expectorant
Nasal Decongestant

Dextromethorphan HBr 5 mg
Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

✓ Stuffy Nose
✓ Cough
✓ Chest Congestion
✓ Breaks up Mucus

Age **4+**

Very Berry
Flavor Liquid

4 FL OZ (118 mL)

### NIGHT TIME

## Multi-Symptom Cold
Pain Reliever/Fever Reducer
Antihistamine/Cough Suppressant
Nasal Decongestant

Acetaminophen 325 mg
Diphenhydramine HCl 12.5 mg
Phenylephrine HCl 5 mg

✓ Stuffy Nose
✓ Cough
✓ Runny Nose & Sneezing
✓ Fever & Sore Throat

Age **6+**

Mixed Berry
Flavor Liquid

4 FL OZ (118 mL)

**8 FL OZ (236 mL) TOTAL**

PRINT SAFE AREA

KO

---

**Day Time Multi-Symptom Cold – Age 4+**

## Drug Facts

| Active Ingredients | Purposes |
| --- | --- |
| (in each 5 mL) | |
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

### Warnings
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

When using this product do not use more than directed

Stop use and ask a doctor if
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious illness.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter

| Age | Dose |
| --- | --- |
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

▶

---

**Day Time Multi-Symptom Cold – Age 4+ (cont'd)**

### Drug Facts (continued)

**Other Information**
- each 5 mL contains: sodium 3 mg
- tamper evident: do not use if neckband on bottle cap is broken or missing
- store between 20-25°C (68-77°F)
- do not refrigerate

**Night Time Multi-Symptom Cold – Age 6+**

## Drug Facts

| Active Ingredients | Purposes |
| --- | --- |
| (in each 10 mL) | |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/ cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Night Time Multi-Symptom Cold – Age 6+ (cont'd)**

### Drug Facts (continued)

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur

■ dosing cup provided

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

DO NOT GIVE THE FIRST DOSE OF NIGHT TIME MULTI-SYMPTOM COLD SOONER THAN 4 HOURS AFTER THE LAST DOSE OF DAY TIME MULTI-SYMPTOM COLD UNLESS DIRECTED BY A DOCTOR.

DO NOT GIVE BOTH PRODUCTS AT THE SAME TIME OR GIVE MORE THAN 5 DOSES IN TOTAL IN ANY 24 HOUR PERIOD.



3-63824-90994-3

## Uses  A-857
■ temporarily relieves these common cold and flu symptoms:
■ headache       ■ minor aches and pains
■ nasal congestion   ■ sore throat
■ sneezing       ■ runny nose
■ controls cough to help your child get to sleep   ■ cough
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other drug containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
■ liver disease       ■ heart disease   ■ diabetes
■ high blood pressure   ■ thyroid disease   ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if your child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers
**When using this product**
■ do not use more than directed (see Overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness ▶

■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ if needed, repeat dose every 4 hours while symptoms last
■ do not give more than 5 days unless directed by a doctor
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter
■ children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours; do not give more than 5 doses in any 24-hour period
■ children under 6 years of age: do not use

### Other information
■ each 10 mL contains: sodium 6 mg
■ store between 20-25°C (68-77°F)
■ dosing cup provided   ■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum   *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

Keep cartons for full directions for use.


Reckitt
Benckiser

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224
Made in England   ©2014 RB   020614   8140737

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PRINT SAFE AREA

KO

A-858

NDC 63824-505-26

# DAY & NIGHT COLD & FLU PACK

**Drug Facts** (continued)
**Inactive Ingredients**
*MUCINEX NIGHTSHIFT
SEVERE COLD & FLU*
ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue No. 1, FD&C red No. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, thaumatin, trisodium citrate, water, xanthan gum

**Maximum Strength per 4-hour dose**

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

*FAST-MAX* COLD & FLU helps to relieve these symptoms day or night.
*MIGHTSHIFT SEVERE COLD & FLU* helps to relieve these symptoms at night.

Do not take Mucinex Fast-Max Cold & Flu and Mucinex Nightshift Severe Cold & Flu at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. TAKE ONLY AS DIRECTED.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



## MAXIMUM STRENGTH

# Mucinex
## ≡FAST-MAX ▶▶

### COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant



SORE THROAT
FEVER
CHEST CONGESTION
HEADACHE
BODY PAIN
COUGH
**ALL IN ONE***
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

## MAXIMUM STRENGTH

# Mucinex
## NIGHTSHIFT

### SEVERE COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant • **Triprolidine HCl** – Antihistamine



SORE THROAT
FEVER
ITCHY THROAT
HEADACHE
BODY PAIN
COUGH
**ALL IN ONE***
SNEEZING
NASAL CONGESTION
RUNNY NOSE

FOR AGES 12+   TWO – 6 FL OZ (180 mL) bottles   TOTAL – 12 FL OZ (360 mL)   FOR AGES 12+

---

## No coating

Made in England   Dist. by: RB Health (US), Parsippany, NJ 07054-0224   ©2020 RB Health

**Drug Facts** (continued)
**Active ingredients** (in each 20 mL)   **Purposes**
*MUCINEX NIGHTSHIFT SEVERE COLD & FLU*
Acetaminophen 650 mg .............. Pain reliever/Fever reducer
Dextromethorphan HBr 20 mg ............................ Cough suppressant
Phenylephrine HCl 10 mg ........................... Nasal decongestant
Triprolidine HCl 2.5 mg ........................................ Antihistamine

**Drug Facts** (continued)

**Drug Facts**
**Active ingredients** (in each 20 mL)   **Purposes**
*MUCINEX FAST-MAX COLD & FLU*
Acetaminophen 650 mg ................. Pain reliever/Fever reducer
Dextromethorphan HBr 20 mg ............................ Cough suppressant
Guaifenesin 400 mg .................................... Expectorant
Phenylephrine HCl 10 mg .......................... Nasal decongestant



HEALTH • HYGIENE • HOME

3   63824 99515   1

Please visit our website www.mucinex.com
Patents: www.rb.com/patents
3134374.   030220

**Questions?**
1-866-MUCINEX
(1-866-682-4639)
You may also report
side effects to this
phone number.

# A-860

## DAY & NIGHT
## SINUS CONGESTION & PAIN RELIEF

**MAXIMUM STRENGTH\***    NDC 63824-115-66

# Mucinex·
## SINUS-MAX·

### SEVERE CONGESTION & PAIN

**Acetaminophen** – Pain Reliever
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ Clears Sinus Congestion
✓ Relieves Headache
✓ Thins & Loosens Mucus

# Mucinex·
## NIGHTSHIFT

SINUS

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant
**Triprolidine HCl** – Antihistamine



**NIGHTTIME**
RELIEF FOR A BETTER
**MORNING**

COUGH · FEVER · SORE THROAT
RUNNY NOSE · SNEEZING · NASAL CONGESTION

FOR AGES 12+    TWO – 6 FL OZ (180 mL) bottles    TOTAL – 12 FL OZ (360 mL)    FOR AGES 12+

---

## No coating

Distr. by: RB Health (US), Parsippany, NJ 07054-0224    Tamper evident: Do not use if imprinted seal on bottle cap is broken or missing.

### Drug Facts (continued)

**Active ingredients (in each 20 mL) Purposes**
**Mucinex Nightshift Sinus**

Acetaminophen 650 mg ... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ... Cough suppressant
Phenylephrine HCl 10 mg ... Nasal decongestant
Triprolidine HCl 2.5 mg ... Antihistamine

### Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers (Nightshift Sinus only)

**When using this product**
■ do not use more than directed ■ excessive use may cause serious heart problems (Nightshift Sinus only) ■ marked drowsiness may occur (Nightshift Sinus only) ■ avoid alcoholic drinks ■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery (Nightshift Sinus only)
■ excitability may occur, especially in children (Nightshift Sinus only)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur ■ cough or nasal congestion persists for more than 7 days, tends to recur, or is accompanied by fever, rash, or persistent headache. These could be signs of a serious condition. ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

**Mucinex Sinus-Max Severe Congestion & Pain**
■ do not take more than directed (see Overdose warning) ■ do not take more than 6 doses in any 24-hour period ■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours ■ children under 12 years of age: do not use

**Mucinex Nightshift Sinus**
■ do not take more than directed (see Overdose warning) ■ do not take more than 4 doses in any 24-hour period ■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours ■ children under 12 years of age: do not use

### Other information
■ each 20 mL contains: sodium 12 mg (Mucinex Sinus-Max Severe Congestion & Pain only) and sodium 14 mg (Nightshift Sinus only) ■ store at 20-25°C (68-77°F)

---

### Drug Facts

**Active ingredients (in each 20 mL) Purposes**
**Mucinex Sinus-Max**

**Severe Congestion & Pain**
Acetaminophen 650 mg ... Pain reliever
Guaifenesin 400 mg ... Expectorant
Phenylephrine HCl 10 mg ... Nasal decongestant

### Drug Facts (continued)

**Uses** **Mucinex Sinus-Max Severe Congestion & Pain**
■ nasal congestion ■ headache
■ minor aches and pains ■ sinus congestion and pressure
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg in 24 hours, which is the maximum daily amount ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to an enlarged prostate gland ■ glaucoma ■ breathing problem such as emphysema or chronic bronchitis (Nightshift Sinus only) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema (Nightshift Sinus only) ■ cough that occurs with too much phlegm (mucus)

HEALTH • HYGIENE • HOME

*Questions?*
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

*Per 4-hour dose

Please visit our website www.mucinex.com
Patents: www.rb.com/patents
3148432      041720      ©2020 RB Health

  MAXIMUM STRENGTH  POWERFUL RELIEF FOR YOUR NIGHT

**Mucinex** *FAST-MAX* **KICKSTART**  **Mucinex** *FAST-MAX* **NIGHT-TIME**  

## POWERFUL MULTI-SYMPTOM COLD & FLU RELIEF

## ALL IN ONE SEVERE COLD & FLU RELIEF » DAY OR NIGHT

NDC 72964-129-24

 

### KICKSTART SEVERE COLD & FLU (cont'd)

**Drug Facts (continued)**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- Do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other Information**
- each 20 mL contains sodium 12 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive Ingredients** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

**"FAST-MAX KICKSTART SEVERE COLD & FLU helps to relieve these symptoms day or night; FAST-MAX NIGHT TIME SEVERE COLD & FLU helps to relieve these symptoms at night**

**Do not take Mucinex Fast-Max Kickstart Severe Cold & Flu and Mucinex Fast-Max Night Time Severe Cold & Flu at the same time. Always wait at least 4 hours before taking another dose of Mucinex Liquid.**

 TAKE ONLY AS DIRECTED

Maximum Strength per 4-hour dose

### NIGHT TIME SEVERE COLD & FLU (cont'd)

**Drug Facts (continued)**
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- Do not take more than directed (see Overdose warning)
- Do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other Information**
- each 20 mL contains sodium 16 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive Ingredients** ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, thiamin, triethyl citrate, water, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

POWERFUL RELIEF FOR YOUR NIGHT

A KICKSTART FOR YOUR DAY


reckitt

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
© 2021 RB Health
3751020   843523

MENTHOL FLAVORED LIQUID

RELIEF FOR YOUR NIGHT

FOR AGES 12+   TWO - 6 FL OZ (180 mL) bottles   TOTAL - 12 FL OZ (360 mL)   FOR AGES 12+

**A-863**

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

## NIGHT TIME SEVERE COLD & FLU

## KICKSTART SEVERE COLD & FLU

| ### Drug Facts | ### Drug Facts |
|---|---|

**NIGHT TIME SEVERE COLD & FLU**

### Drug Facts

**Active Ingredients (in each 20 mL)** — **Purposes**

Acetaminophen 650 mg......................................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg...........................Cough suppressant
Phenylephrine HCl 10 mg...................................Nasal decongestant
Triprolidine HCl 2.5 mg.....................................Antihistamine

**Uses**
■ temporarily relieves these common cold and flu symptoms:
■ cough   ■ nasal congestion   ■ minor aches and pains   ■ sore throat
■ headache   ■ sinus congestion and pressure   ■ runny nose   ■ sneezing
■ itching at the nose or throat   ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**   ■ liver disease   ■ heart disease
■ diabetes   ■ high blood pressure   ■ thyroid disease   ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**   ■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days

**KICKSTART SEVERE COLD & FLU**

### Drug Facts

**Active Ingredients (in each 20 mL)** — **Purposes**

Acetaminophen 650 mg......................................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg...........................Cough suppressant
Guaifenesin 400 mg...........................................Expectorant
Phenylephrine HCl 10 mg...................................Nasal decongestant

**Uses**
■ temporarily relieves these common cold and flu symptoms:
■ cough   ■ nasal congestion   ■ minor aches and pains   ■ sore throat
■ headache   ■ stuffy nose   ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**   ■ liver disease   ■ heart disease
■ diabetes   ■ high blood pressure   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug** warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**



MAXIMUM STRENGTH

NDC 72854-138-66

# Mucinex®

## ⇶FAST›MAX®

## KICKSTART

## SEVERE COLD & FLU

**Acetaminophen** » Pain Reliever/Fever Reducer
**Dextromethorphan HBr** » Cough Suppressant
**Guaifenesin** » Expectorant
**Phenylephrine HCl** » Nasal Decongestant

**COMEBACK**
WITH A
**KICK**



SORE THROAT
FEVER
CHEST CONGESTION
COUGH
HEADACHE
BODY PAIN
ALL IN ONE*
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

**MENTHOL FLAVORED LIQUID**
**6 FL OZ (180 mL)**

**FOR AGES 12+**

A8614

32259831

030823





## A-867

## Drug Facts

**Active Ingredients** | **Purposes**
(in each liquid gel)
**Mucinex FAST-MAX DAY Cold & Flu**

Acetaminophen 325 mg............Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...............Cough suppressant
Guaifenesin 200 mg...................................Expectorant
Phenylephrine HCl 5 mg......................Nasal decongestant

**Active Ingredients** | **Purposes**
(in each liquid gel)
**Mucinex FAST-MAX NIGHT Cold & Flu**

Acetaminophen 325 mg............Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...............Cough suppressant
Doxylamine succinate 6.25 mg....................Antihistamine
Phenylephrine HCl 5 mg......................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - headache
  - sore throat
  - sneezing *(NIGHT only)*
  - itching of the nose or throat *(NIGHT only)*
  - itchy, watery eyes due to hay fever *(NIGHT only)*
  - minor aches and pains
  - nasal congestion
  - runny nose *(NIGHT only)*
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*
- controls coughs to help you get to sleep
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, ▶

## Drug Facts (continued)

or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)
- heart disease
- high blood pressure

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
- do not use more than directed
- excitability may occur, especially in children *(NIGHT only)*
- marked drowsiness may occur *(NIGHT only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
- avoid alcoholic drinks *(NIGHT only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children.
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other Information
- store at 20-25°C (68-77°F)
- avoid excessive heat ▶

## Drug Facts (continued)

**Inactive Ingredients (DAY only)**
FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

**Inactive Ingredients (NIGHT only)**
D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

---

*DAY COLD & FLU helps to relieve these symptoms day or night; NIGHT COLD & FLU helps to relieve these symptoms at night

**Maximum Strength per 4-hour dose**

Do not take the Mucinex Fast-Max DAY COLD & FLU and Mucinex Fast-Max NIGHT COLD & FLU liquid gels at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid gels. Do not take more than a total of 12 liquid gels in any 24-hour period.

Take only as directed.

Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



## Drug Facts

### Active ingredients — Purposes
**(in each liquid gel)**
**Mucinex FAST-MAX DAY Cold & Flu**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Active ingredients — Purposes
**(in each liquid gel)**
**Mucinex FAST-MAX NIGHT Cold & Flu**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - sinus congestion and pressure
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - runny nose *(NIGHT only)*
  - sneezing *(NIGHT only)*
  - itching of the nose or throat *(NIGHT only)*
  - itchy, watery eyes due to hay fever *(NIGHT only)*
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*
- controls cough to help you get to sleep
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric ▶

## Drug Facts (continued)

or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
- do not use more than directed
- excitability may occur, especially in children *(NIGHT only)*
- marked drowsiness may occur *(NIGHT only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
- avoid alcoholic drinks *(NIGHT only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat ▶

**PARENTS:** Learn about teen medicine abuse www.StopMedicineAbuse.org

**Drug Facts (continued)**

**Inactive ingredients (NIGHT only)**
D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

**Drug Facts (continued)**

**Inactive ingredients (DAY only)**
FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

A-870

NDC 63824-940-26

## Mucinex

# FREEFROM

| COLD & FLU ☀ DAYTIME | COLD & FLU ☾ NIGHTTIME |
|---|---|
| ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER | ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER |
| DEXTROMETHORPHAN HBR – COUGH SUPPRESSANT | DEXTROMETHORPHAN HBR – COUGH SUPPRESSANT |
| GUAIFENESIN – EXPECTORANT | PHENYLEPHRINE HCl – NASAL DECONGESTANT |
| PHENYLEPHRINE HCl – NASAL DECONGESTANT | TRIPROLIDINE HCl – ANTIHISTAMINE |

—FREEFROM—
ARTIFICIAL FLAVORS, COLORS, & DYES • ALCOHOL & SUGAR

### ELDERBERRY
& CHERRY NATURAL FLAVOR

FOR AGES 12+   TWO - 6 FL OZ (180 mL) BOTTLES   TOTAL - 12 FL OZ (360 mL)   FOR AGES 12+

Drug Facts (continued)
Inactive Ingredients
(Mucinex FREEFROM
Cold & Flu/Daytime)
ammonium glycyrrhizate,
anhydrous citric acid,
cochineal carmine, edetate
disodium, flavors, glycerin
(soy), maltodextrin, propylene
glycol, purified water, sodium
benzoate, sorbitol, sucralose,
xanthan gum

Inactive Ingredients
(Mucinex FREEFROM
Cold & Flu/Nighttime)
ammonium glycyrrhizate,
anhydrous citric acid,
cochineal carmine, edetate
disodium, flavors, glycerin
(soy), maltodextrin, propylene
glycol, purified water, sodium
benzoate, sorbitol, sucralose,
xanthan gum

Made in Mexico
Dist. by: RB Health (US)
Parsippany, NJ 07054-0224

Do not take Mucinex
FREEFROM COLD & FLU
DAYTIME and Mucinex
FREEFROM COLD & FLU
NIGHTTIME at the same time.
Always wait at least 4 hours
before taking another dose of
Mucinex liquid.
TAKE ONLY AS DIRECTED.

### PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org



No coating

Tamper evident: Do not use if neckband on bottle cap is broken or missing.



HEALTH • HYGIENE • HOME
Questions?



Dextromethorphan HBr 10 mg .......................... Cough suppressant
Guaifenesin 200 mg ...................... **A-872** ....................... Expectorant
Phenylephrine HCl 5 mg ................................. Nasal decongestant

## Active ingredients (in each caplet)      Purposes
### Mucinex Nightshift Night Sinus
Acetaminophen 325 mg ..................................... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .............................. Cough suppressant
Phenylephrine HCl 5 mg .................................. Nasal decongestant
Triprolidine HCl 1.25 mg ................................. Antihistamine

## Uses
### Mucinex Sinus-Max Day Pressure, Pain & Cough
■ temporarily relieves:
  ■ nasal congestion      ■ headache
  ■ minor aches and pains    ■ cough
  ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial
  passageways of bothersome mucus and make coughs more productive

### Mucinex Nightshift Night Sinus
■ temporarily relieves these common cold and flu symptoms:
  ■ cough    ■ nasal congestion    ■ minor aches and pains
  ■ sore throat ■ headache      ■ sneezing
  ■ sinus congestion and pressure    ■ runny nose
  ■ itching of the nose or throat
  ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

## Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning (Nightshift Night Sinus only):** If sore throat is severe, persists for more
than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult
a doctor promptly. ▼

Reseal Area

## Drug Facts (continued)
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription).
  If you are not sure whether a drug contains acetaminophen, ask a doctor or
  pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI)
  (certain drugs for depression, psychiatric, or emotional conditions, or
  Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you
  do not know if your prescription drug contains an MAOI, ask a doctor or
  pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease      ■ heart disease    ■ diabetes
■ high blood pressure    ■ thyroid disease
■ glaucoma **(Nightshift Night Sinus only)**
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
  **(Nightshift Night Sinus only)**
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis,
  or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers **(Nightshift Night Sinus only)**
**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children **(Nightshift Night Sinus only)**
■ marked drowsiness may occur **(Nightshift Night Sinus only)**
■ alcohol, sedatives, and tranquilizers may increase drowsiness
  **(Nightshift Night Sinus only)**
■ avoid alcoholic drinks **(Nightshift Night Sinus only)**
■ use caution when driving a motor vehicle or operating machinery
  **(Nightshift Night Sinus only)**
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days

■ fever gets worse or lasts more than 3 days

A-873

Hinge

Hinge

## Drug Facts (continued)

■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
### Mucinex Sinus-Max Day Pressure, Pain & Cough
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

### Mucinex Nightshift Night Sinus
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 8 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

## Other information ■ store at 20-25°C (68-77°F)

## Inactive ingredients
### Mucinex Sinus-Max Day Pressure, Pain & Cough
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

## Inactive ingredients
### Mucinex Nightshift Night Sinus
croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

## Questions? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



A-875



Pediatrician Recommended!

NDC 63824-145-24

# TRIPLE PACK INCLUDES:

2X ☼ DAYTIME        1X ☾ NIGHTTIME.

**Mucinex Children's**

# FREEFROM

**MULTI-SYMPTOM COLD, FLU & SORE THROAT**
ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
GUAIFENESIN – EXPECTORANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT

**MULTI-SYMPTOM COLD & FLU NIGHTTIME**
ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE

**FREEFROM**
ARTIFICIAL FLAVORS, COLORS & DYES • ALCOHOL & SUGAR

ELDERBERRY
& CHERRY NATURAL FLAVOR
AGES 6+ YRS.

THREE – 4 FL OZ (118 mL) bottles        TOTAL – 12 FL OZ (354 mL)

---

### MULTI-SYMPTOM COLD & FLU NIGHTTIME – Ages 6+ YRS.

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| Triprolidine HCl 1.25 mg | Antihistamine |

**Uses**
temporarily relieves these common cold and flu symptoms:
- minor aches and pains
- headache
- sore throat
- nasal congestion
- runny nose
- sneezing
- cough
- stuffy nose
- temporarily reduces fever
- controls cough to help your child get to sleep

**Warnings**

Liver warning: This product contains acetaminophen.

---

### DAYTIME MULTI-SYMPTOM COLD, FLU & SORE THROAT – Ages 6+ YRS.

**Drug Facts**

| Active Ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these common cold and flu symptoms:
- cough
- minor aches and pains
- headache
- nasal congestion
- sore throat
- stuffy nose
- sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### DAYTIME MULTI-SYMPTOM COLD, FLU & SORE THROAT – Ages 6+ YRS.

**Drug Facts (continued)**

Stop use and ask a doctor if

---

**Mucinex Children's**

# FREEFROM

🚫 NO ARTIFICIAL COLOR OR DYES

🚫 NO ARTIFICIAL FLAVORS

🚫 ALCOHOL & SUGAR FREE

# TRIPLE PACK



**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, suctional carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

## PARENTS:
Learn about less medicine abuse
www.StopMedicineAbuse.org

US Patents: www.rb.com/patents
Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in Mexico ©2020 RB Health

---

■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease      ■ heart disease      ■ diabetes
■ high blood pressure      ■ thyroid disease
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is** taking the blood thinning drug warfarin

When using this product do not use more than directed (see Overdose warning) ▶

---

sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

Keep cartons for full information.

‡as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)

DO NOT GIVE THE MUCINEX CHILDREN'S DAYTIME MULTI-SYMPTOM COLD, FLU & SORE THROAT AND MUCINEX CHILDREN'S MULTI-SYMPTOM COLD & FLU NIGHTTIME LIQUIDS AT THE SAME TIME. ALWAYS WAIT AT LEAST 4 HOURS BEFORE GIVING ANOTHER DOSE OF MUCINEX CHILDREN'S LIQUID. DO NOT GIVE MORE THAN A TOTAL OF 6 DOSES IN ANY 24-HOUR PERIOD.

Please refer to dosing directions or the individual Drug Facts labels.

Please visit our website www.mucinex.com

---

# PACK
## INCLUDES:

☀ **2 DAYTIME**

2 x 4 fl oz Bottles

🌙 **1 NIGHTTIME.** *

1 x 4 fl oz Bottle

---

3   63824 97337   1



A-877

**Do not take the Mucinex Fast-Max Day Severe Congestion & Cough and Mucinex Nightshift Night Cold & Flu caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. TAKE ONLY AS DIRECTED.**

## Drug Facts

| Active ingredients (in each caplet) | Purposes |
|---|---|
| **Mucinex Fast-Max Day Severe Congestion & Cough** | |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

| Active ingredients (in each caplet) | Purposes |
|---|---|

PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

A-878

## Mucinex Nightshift Night Cold & Flu

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Triprolidine HCl 1.25 mg | Antihistamine |

### Uses

**Mucinex Fast-Max Day Severe Congestion & Cough**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the impulse to cough to help you get to sleep ■ the intensity of coughing
  - nasal congestion due to a cold

**Mucinex Nightshift Night Cold & Flu**
- temporarily relieves these common cold and flu symptoms:
  - cough ■ minor aches and pains ■ sore throat
  - headache ■ runny nose ■ sneezing
  - itching of the nose or throat ■ itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings

**Liver warning (Nightshift Night Cold & Flu only):** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert (Nightshift Night Cold & Flu only):** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning (Nightshift Night Cold & Flu only):** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

▼

---

Reseal Area

---

### Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. **(Nightshift Night Cold & Flu only)**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease **(Nightshift Night Cold & Flu only)**
- heart disease **(Fast-Max Day Severe Congestion & Cough only)**
- high blood pressure **(Fast-Max Day Severe Congestion & Cough only)**
- thyroid disease **(Fast-Max Day Severe Congestion & Cough only)**
- diabetes **(Fast-Max Day Severe Congestion & Cough only)**
- glaucoma **(Nightshift Night Cold & Flu only)**
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis **(Nightshift Night Cold & Flu only)**
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin **(Nightshift Night Cold & Flu only)**
- taking sedatives or tranquilizers **(Nightshift Night Cold & Flu only)**

**When using this product**
- do not use more than directed
- excitability may occur, especially in children **(Nightshift Night Cold & Flu only)**
- marked drowsiness may occur **(Nightshift Night Cold & Flu only)**
- alcohol, sedatives, and tranquilizers may increase drowsiness **(Nightshift Night Cold & Flu only)**
- avoid alcoholic drinks **(Nightshift Night Cold & Flu only)**
- use caution when driving a motor vehicle or operating machinery **(Nightshift Night Cold & Flu only)**

**Stop use and ask a doctor if**
- pain or cough gets worse or lasts more than 7 days **(Nightshift Night Cold & Flu only)**
- fever gets worse or lasts more than 3 days **(Nightshift Night Cold & Flu only)**

▼





## Drug Facts (continued)

- redness or swelling is present (Nightshift Night Cold & Flu only)
- new symptoms occur (Nightshift Night Cold & Flu only)
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. (Nightshift Night Cold & Flu only)
- nervousness, dizziness, or sleeplessness occur (Fast-Max Day Severe Congestion & Cough only)
- symptoms do not get better within 7 days or occur with fever (Fast-Max Day Severe Congestion & Cough only)
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. (Fast-Max Day Severe Congestion & Cough only)

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

Overdose warning (Nightshift Night Cold & Flu only): Taking more than the recommended dose (overdose) may cause liver damage. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
### Mucinex Fast-Max Day Severe Congestion & Cough
- do not take more than directed
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Mucinex Nightshift Night Cold & Flu
- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)

### Inactive ingredients Mucinex Fast-Max Day Severe Congestion & Cough
croscarmellose sodium, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, methacrylic acid-ethyl acrylate copolymer, mica, microcrystalline cellulose, polyethylene glycol 3350, polysorbate 80, polyvinyl alcohol, povidone K29/32, sodium bicarbonate, talc, titanium dioxide

### Inactive ingredients Mucinex Nightshift Night Cold & Flu
croscarmellose sodium, crospovidone, hypromellose, microcrystalline cellulose, polyethylene glycol, polysorbate 80, povidone, titanium dioxide

Questions? 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

**A-880**





## Drug Facts

---

**Active ingredients (in each 20 mL)  Purposes**
**Mucinex Sinus-Max**
SEVERE CONGESTION & PAIN CLEAR & COOL
Acetaminophen 650 mg...........................Pain reliever
Guaifenesin 400 mg.................................Expectorant
Phenylephrine HCl 10 mg...............Nasal decongestant ▶

## Drug Facts (continued)

**Active ingredients (in each 20 mL)  Purposes**
**Mucinex Nightshift**
~~Sinus Clear & Cool~~
Acetaminophen 650 mg..........Pain reliever/fever reducer
Dextromethorphan HBr 20 mg..............Cough suppressant
Phenylephrine HCl 10 mg.................Nasal decongestant
Triprolidine HCl 2.5 mg.........................Antihistamine ▼

## Drug Facts (continued)

**Uses** *Mucinex Sinus-Max SEVERE CONGESTION & PAIN CLEAR & COOL*
- temporarily relieves:
  - nasal congestion
  - headache
  - minor aches and pains
  - sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

*Mucinex Nightshift Sinus Clear & Cool*
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - sinus congestion and pressure
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning (Nightshift Sinus Clear & Cool only):** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma (Nightshift Sinus Clear & Cool only)
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis (Nightshift Sinus Clear & Cool only)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ▶

## Drug Facts (continued)
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers (Nightshift Sinus Clear & Cool only)

**When using this product** ▪ do not use more than directed
- excitability may occur, especially in children (Nightshift Sinus Clear & Cool only)
- marked drowsiness may occur (Nightshift Sinus Clear & Cool only)
- alcohol, sedatives, and tranquilizers may increase drowsiness (Nightshift Sinus Clear & Cool only)
- avoid alcoholic drinks (Nightshift Sinus Clear & Cool only)
- use caution when driving a motor vehicle or operating machinery (Nightshift Sinus Clear & Cool only)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
### MUCINEX SINUS-MAX SEVERE CONGESTION & PAIN CLEAR & COOL
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### MUCINEX NIGHTSHIFT SINUS CLEAR & COOL
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use ▼



**A-883**

**Drug Facts** (continued)

**Other information**
- each 20 mL contains: sodium 9 mg (Fast-Max Cold & Flu Arctic Burst only) and sodium 16 mg (Nightshift Severe Cold & Flu Arctic Burst only)
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients**
**(MUCINEX FAST-MAX COLD & FLU ARCTIC BURST)**
anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin, propyl gallate, propylene glycol, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

**Inactive ingredients**
**(MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST)**
ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Made in England

A-884

## Drug Facts

**Active Ingredients (in each 20 mL) Purposes**
**MUCINEX FAST-MAX COLD & FLU ARCTIC BURST**
Acetaminophen 650 mg ............ Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ................ Cough suppressant
Guaifenesin 400 mg ..................................... Expectorant
Phenylephrine HCl 10 mg .............. Nasal decongestant ▼

## Drug Facts (continued)

**Uses** *MUCINEX FAST-MAX COLD & FLU ARCTIC BURST*
- temporarily relieves these common cold and flu symptoms:
  - cough   ■ nasal congestion   ■ minor aches and pains
  - sore throat ■ headache   ■ stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

*MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST*
- temporarily relieves these common cold and flu symptoms:
  - cough   ■ nasal congestion   ■ minor aches and pains
  - sore throat ■ headache   ■ sneezing
  - sinus congestion and pressure   ■ runny nose
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease
- heart disease   ■ diabetes   ■ high blood pressure
- thyroid disease
- glaucoma **(Nightshift Severe Cold & Flu Arctic Burst only)**
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis **(Nightshift Severe Cold & Flu Arctic Burst only)**
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**Active Ingredients (in each 20 mL) Purposes**
**MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST**
Acetaminophen 650 mg ............ Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ................ Cough suppressant
Phenylephrine HCl 10 mg .............. Nasal decongestant
Triprolidine HCl 2.5 mg ...................... Antihistamine ▼

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers **(Nightshift Severe Cold & Flu Arctic Burst only)**

**When using this product** ■ **do not use more than directed**
- excitability may occur, especially in children **(Nightshift Severe Cold & Flu Arctic Burst only)**
- marked drowsiness may occur **(Nightshift Severe Cold & Flu Arctic Burst only)**
- alcohol, sedatives, and tranquilizers may increase drowsiness **(Nightshift Severe Cold & Flu Arctic Burst only)**
- avoid alcoholic drinks **(Nightshift Severe Cold & Flu Arctic Burst only)**
- use caution when driving a motor vehicle or operating machinery **(Nightshift Severe Cold & Flu Arctic Burst only)**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
**MUCINEX FAST-MAX COLD & FLU ARCTIC BURST**
- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use
**MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST**
- **do not take more than directed (see Overdose warning)**
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use ▼

Please visit our website www.mucinex.com
Patents: www.rb.com/patents ©2021 RB Health
3181773   042121

Questions? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.
Maximum Strength per 4-hour dose
"FAST-MAX COLD & FLU ARCTIC BURST" helps to relieve these symptoms day or night.
HEALTH • HYGIENE • HOME



**Important:** Do not use if carton is damaged, or if printed seal on blister is broken or missing.

MAXIMUM STRENGTH

**Mucinex**
FAST-MAX NIGHTSHIFT

○ DAY COLD & FLU      ☾ NIGHT SEVERE COLD & FLU

**FAST RELEASE. POWERFUL SYMPTOM RELIEF!**

MAXIMUM STRENGTH                    NDC 72854-241-20

# Mucinex

FAST-MAX NIGHTSHIFT

○ **DAY**
**COLD & FLU**
Acetaminophen – Pain Reliever/
Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

☾ **NIGHT**
**SEVERE COLD & FLU**
Acetaminophen – Pain Reliever/
Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Phenylephrine HCl – Nasal Decongestant
Triprolidine HCl – Antihistamine

SORE THROAT
FEVER
HEADACHE
BODY PAIN
MUCUS
CHEST CONGESTION
**ALL IN ONE**
NASAL CONGESTION
SINUS CONGESTION
SINUS PRESSURE

SORE THROAT
FEVER
HEADACHE
BODY PAIN
COUGH
ITCHY THROAT
**ALL IN ONE**
NASAL CONGESTION
SNEEZING
RUNNY NOSE

ACTUAL SIZE
FOR AGES 12+

**FAST RELEASE**

ACTUAL SIZE
FOR AGES 12+

**12 CAPLETS**   **TOTAL 20 CAPLETS**   **8 CAPLETS**

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2021 RB Health
3176344   012721

Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

www.mucinex.com
Patents: www.rb.com/patents

LOT:
EXP.:
MADE IN:
3176344

Do not take the Mucinex Fast-Max Day Cold & Flu and Mucinex Nightshift Night Severe Cold & Flu caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. TAKE ONLY AS DIRECTED.

**Drug Facts**
Active ingredients (in each caplet)                    Purposes



**Mucinex Fast-Max Day Cold & Flu**

A-886

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Active Ingredients (in each caplet)  Purposes
**Mucinex Nightshift Night Severe Cold & Flu**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| Triprolidine HCl 1.25 mg | Antihistamine |

### Uses
**Mucinex Fast-Max Day Cold & Flu**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex Nightshift Night Severe Cold & Flu**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - sneezing
  - sinus congestion and pressure
  - runny nose
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.

010621
PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION.

Reseal Area

### Drug Facts (continued)
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma **(Nightshift Night Severe Cold & Flu only)**
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis **(Nightshift Night Severe Cold & Flu only)**
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers **(Nightshift Night Severe Cold & Flu only)**
**When using this product**
- do not use more than directed
- excitability may occur, especially in children **(Nightshift Night Severe Cold & Flu only)**
- marked drowsiness may occur **(Nightshift Night Severe Cold & Flu only)**
- alcohol, sedatives, and tranquilizers may increase drowsiness **(Nightshift Night Severe Cold & Flu only)**
- avoid alcoholic drinks **(Nightshift Night Severe Cold & Flu only)**
- use caution when driving a motor vehicle or operating machinery **(Nightshift Night Severe Cold & Flu only)**



Hinge

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

**Mucinex Fast-Max Day Cold & Flu**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Mucinex Nightshift Night Severe Cold & Flu**
- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Other Information**  ■ store at 20-25°C (68-77°F)

**Inactive Ingredients Mucinex Fast-Max Day Cold & Flu**
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Inactive Ingredients Mucinex Nightshift Night Severe Cold & Flu**
croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

A-888

# Target Corporation

## -PE Product Labels –

**A-889**



**A-890**



A-891



A-892



A-893



# A-894







**children's**

**day time**

**cold +**

**cough**

brompheniramine maleate 2 mg
(antihistamine)
dextromethorphan HBr 10 mg
(cough suppressant)
phenylephrine HCl 5 mg
(nasal decongestant)

cough
itchy, watery eyes
runny nose
sneezing
stuffy nose
itching of the nose or throat
alcohol free

up&up

6+

4 FL OZ (118 mL)
8 FL OZ (236 mL) TOTAL

**children's**

**night time**

**cold +**

**congestion**

diphenhydramine HCl 12.5 mg
(antihistamine/cough suppressant)
phenylephrine HCl 5 mg
(nasal decongestant)

stuffy nose
sneezing
itchy, watery eyes
cough

6+

4 FL OZ (118 mL)

100% satisfaction guaranteed
or your money back.

Distributed by Target Corporation
Minneapolis, MN 55403
©2019 Target Brands, Inc.





A-895



NDC 11673-019-24

**maximum strength**
**daytime**
**severe cold**
acetaminophen

**maximum strength**
**nighttime**
**cold and flu**
acetaminophen

up&up

12+ YEARS

up&up

12+ YEARS

16 SOFTGELS + 8 SOFTGELS**

24 TOTAL SOFTGELS



Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2018 Target Brands, Inc.

PARENTS:

A-896

NDC 11673-929-24

nightime cold and flu (continued)

**Drug Facts** (continued)

daytime severe cold

**Drug Facts**

daytime severe cold (continued)

**Drug Facts** (continued)



Compare to active ingredients in Maximum Strength Mucinex® Fast-Max® Day Severe Cold™*

maximum strength
daytime
severe cold

acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl
(nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal congestion
thins and loosens mucus

Compare to active ingredients in Maximum Strength Mucinex® Fast Max® Night Cold & Flu***

maximum strength
nighttime
cold and flu

acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate
(antihistamine)
phenylephrine HCl
(nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal congestion
relieves runny nose and sneezing

up&up

ACTUAL SIZE
AGES
12+
YEARS

up&up

ACTUAL SIZE
AGES
12+
YEARS

16 SOFTGELS
24 TOTAL SOFTGELS

8 SOFTGELS** (LIQUID FILLED CAPSULES)

Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2019 Target Brands, Inc.

PARENTS:
KEEP OUT OF REACH OF CHILDREN. FOR COMPLETE WARNINGS AND PRODUCT INFORMATION

Lot/Exp:
Probado







## A-899



NDC 11673-336-08

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat*

## maximum strength multi-symptom

# fast mucus relief cold, flu and sore throat

### acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr, (cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl (nasal decongestant)

relieves headache and fever
controls cough
relieves nasal and chest congestion
thins and loosens mucus


up&up

6 FL OZ (177 mL)

AGES
12+
YEARS

PLD-8282C
LB002840

---

A-900
094 14 0042 R01 ID305418
Dist. by Target Corp., Mpls., MN 55403
Product of U.S.A.
©2017 Target Brands, Inc.
*Questions? Call 1-800-910-6874*



7 15256 33606 2

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat.

PLD-C282C  LB003439

**PARENTS:**
www.BuyNoAnergluo.co

### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ▲

---

### Drug Facts (continued)

### Uses
■ temporarily relieves these common cold and flu symptoms ■ sinus congestion and pressure ■ minor aches and pains ■ nasal congestion ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ▶

---

### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ for children under 12 years of age
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
■ liver disease ■ heart disease ■ diabetes
■ thyroid disease ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

---

### Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product, do not use more than directed.

### Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

### Drug Facts (continued)

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older: 20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

### Other Information
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients citric acid, disodium
EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-800-910-6874



NDC 11673-337-06

Compare to active ingredients in Maximum Strength Mucinex® Fast-Max® Severe Congestion & Cough*

## maximum strength
## fast mucus relief
## severe congestion and cough

dextromethorphan HBr 20 mg (cough suppressant)
guaifenesin 400 mg (expectorant)
phenylephrine HCl 10 mg (nasal decongestant)

controls cough
relieves nasal and chest congestion
thins and loosens mucus

**up&up**

AGES
**12+**
YEARS

6 FL OZ (177 mL)  PLD-B283D LB004222

---



**A-901**
TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Severe Congestion & Cough.



3  49580 33706  0

094 14 0290 R01
C-000274-01-049
Dist. by Target Corp.
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.   PLD-B283D  LB004223

**PARENTS:**
Learn about how medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

### Active ingredients          Purposes
(in each 20 mL)
Dextromethorphan HBr 20 mg........................
.........................................Cough suppressant
Guaifenesin 400 mg.......................Expectorant
Phenylephrine HCl 10 mg..............................
.........................................Nasal decongestant  ▶

**PEEL CORNER FOR MORE DRUG FACTS** ◢

---

## Drug Facts (continued)
### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
    - the intensity of coughing
    - the impulse to cough to help you get to sleep
  - nasal congestion due to a cold

## Warnings
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- for children under 12 years of age  ▶

---

## Drug Facts (continued)
### Ask a doctor before use if you have
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product, do not use more than directed.**

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.  ▶

---

## Drug Facts (continued)
### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- shake well before using
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 17 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum  ▶

---

## Drug Facts (continued)
### Questions or comments?
Call 1-800-910-6874

---

**PEEL CORNER FOR MORE DRUG FACTS** ◢

**A-902**



**A-903**

# Target Corporation

### -PE Product Labels –

### -continued



NDC 11673-410-06

Compare to active ingredients in Maximum Strength Mucinex® Fast-Max® Day Time Severe Cold*

maximum strength
## daytime
## severe cold
### acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr (cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl (nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal and chest congestion
thins and loosens mucus

up&up

AGES
**12+**
YEARS

6 FL OZ (177 mL)   PLO-B346B  LB004228

---

A-904

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Day Time Severe Cold.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

094 14 0185 R01
C-000274-01-049
Dist. by Target Corp.
Minneapolis, MN 55403      PLO-B346B
TM & ©2021 Target Brands, Inc.    LB004228

PEEL CORNER FOR DRUG FACTS ◢

---

## Drug Facts

### Active ingredients          Purposes
(in each 20 mL)
Acetaminophen 650 mg ...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg......Cough suppressant
Guaifenesin 400 mg.....................Expectorant
Phenylephrine HCl 10 mg...........Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms   ■ cough   ■ nasal congestion   ■ minor aches and pains   ■ sore throat   ■ headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

Allergy alert: Acetaminophen may cause severe ▶

---

## Drug Facts (continued)

skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ diabetes
■ thyroid disease   ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

## Drug Facts (continued)

■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product, do not use more than directed.

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-800-910-6874

# A-905



NDC 11673-460-06

Compare to active ingredients in Maximum Strength Mucinex® Fast-Max® Night Time Cold & Flu*

## maximum strength
## nighttime
## cold and flu

### acetaminophen
(pain reliever/fever reducer)
diphenhydramine HCl
(antihistamine/cough suppressant)
phenylephrine HCl (nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal congestion
relieves runny nose and sneezing

up&up

AGES
12+
YEARS

6 FL OZ (177 mL)   PLD-B377D  LB004229



---

TAMPER EVIDENT: **A-906** PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Night Time Cold & Flu.

094 14 0185
C-000274-01-049
Dist. by Target Corp.
Mpls., MN 55403                        PLD-B377D
TM & ©2022 Target Brands, Inc.        LB004230

### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

### Drug Facts (continued)

### Uses
temporarily relieves these common cold and flu symptoms
■ cough  ■ nasal congestion
■ minor aches and pains  ■ sore throat
■ headache  ■ runny nose  ■ sneezing
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen ▶

---

### Drug Facts (continued)

(prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other drug containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ for children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease
■ high blood pressure  ■ thyroid disease
■ diabetes  ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if**
■ you are taking the blood thinning drug warfarin
■ you are taking sedatives or tranquilizers ▶

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

### Drug Facts (continued)

**When using this product**
■ **do not use more than directed**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.
Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

### Drug Facts (continued)

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ mL = milliliter  ■ keep dosing cup with product
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older:
20 mL, every 4 hours while symptoms last
■ children under 12 years of age: do not use

### Other information
■ **each 20 mL contains:** sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-800-910-6874



congestion, non-drowsy
**sinus PE**

up&up

**Compare to** active ingredient in
**Sudafed PE® Sinus Congestion**[1]

NDC 11673-453-07

congestion,
non-drowsy
**sinus PE**

phenylephrine HCl tablets,
nasal decongestant

sinus pressure and congestion
maximum strength
pseudoephedrine free

up&up

ACTUAL SIZE

**36**
TABLETS

36 TABLETS (10 mg EACH)

No Print / No Varnish
Lot no. & Exp. date

084 00 0424  R60  C-001-A72-01-109
Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.

This product is not manufactured or distributed by
Johnson & Johnson Corp, owner of the registered
trademark Sudafed PE® Sinus Congestion.
50844  OR08EOR3337

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Drug Facts**

**Active ingredient (in each tablet)** ......... **Purpose**
Phenylephrine HCl 10 mg. ............... Nasal decongestant

**Uses**
■ temporarily relieves sinus congestion and pressure
■ temporarily relieves nasal congestion due to the common
cold, hay fever or other upper respiratory allergies

**Warnings**
Do not use if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for depression,
psychiatric or emotional conditions, or Parkinson's disease),
or for 2 weeks after stopping the MAOI drug. If you do not
know if your prescription drug contains an MAOI, ask a doctor
or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease          ■ diabetes
■ thyroid disease        ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate
gland

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with fever

**Drug Facts (continued)**

If pregnant or breast-feeding, ask a health professional
before use.
**Keep out of reach of children.** In case of overdose, get
medical help or contact a Poison Control Center right away.

**Directions**
■ adults and children 12 years and over: take 1 tablet every
4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: ask a doctor

**Other information**
■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS
OPENED OR BLISTER IS TORN OR BROKEN**
■ store at 20°-25°C (68°-77°F), excursions permitted between
15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dextrose
monohydrate, dibasic calcium phosphate dihydrate, FD&C red
#40, lecithin, magnesium stearate, maltodextrin,
microcrystalline cellulose, silicon dioxide, sodium
carboxymethylcellulose, sodium citrate dihydrate, titanium
dioxide

**Questions?** Call 1-800-910-6874

congestion, non-drowsy
**sinus PE**
up&up

congestion, non-drowsy
**sinus PE**
up&up

B-1808-453-07
ORG1823451307





# A-910







# A-911





DO NOT USE IF PRINTED NECKBAND
IS BROKEN OR MISSING

Distributed by Target Corporation
Minneapolis, MN 55403
©2014 Target Brands, Inc.
Shop Target.com
These products are not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Cold & Flu and Vicks® NyQuil® Cold & Flu.

Compare to active ingredients in
Vicks® DayQuil® Cold & Flu*

## cold/flu relief
multi-symptom
day/non-drowsy

pain reliever/fever reducer, cough
suppressant, nasal decongestant

**acetaminophen** – aches/fever
**dextromethorphan HBr** – cough
**phenylephrine HCl** – nasal congestion
alcohol free, antihistamine free

up&up

DAY

original
flavor

NDC 11673-733-02
Compare to active ingredients in
Vicks® NyQuil® Cold & Flu*

## cold/flu relief
multi-symptom
night

antihistamine, cough suppressant,
fever reducer/pain reliever

**acetaminophen** – aches/fever/sore throat
**dextromethorphan HBr** – cough
**doxylamine succinate** –
sneezing/runny nose
does not contain pseudoephedrine
**ALCOHOL 10%**

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

up&up

NIGHT

cherry
flavor

TWO – 12 FL OZ (355 mL), TOTAL – 24 FL OZ (1.5 pt)(710 mL)

## A-913

### Drug Facts

**Nighttime Cold & Flu**

**Active Ingredients (in each 30 mL dose cup)** — **Purpose**

Acetaminophen 650 mg ............................. Pain reliever/fever reducer
Dextromethorphan HBr 30 mg .............................. Cough suppressant
Doxylamine succinate 12.5 mg .................................... Antihistamine

**Uses** temporarily relieves common cold/flu symptoms: ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ runny nose and sneezing ■ minor aches and pains

---

### Drug Facts (continued)

**Other information** ■ each 30 mL dose cup contains: sodium 39 mg ■ store at 20-25°C (68-77°F)

**Inactive Ingredients** alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions?** Call 1-800-910-6874

---

### Drug Facts (continued)

#### Warnings

**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 4 doses (2,600 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, lasts for more than 2 days, occurs with or is followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ to make a child sleepy ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough as occurs with smoking, asthma, or emphysema ■ a breathing problem such as emphysema or chronic bronchitis ■ glaucoma ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ pain or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptom occurs ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed - see Liver warning ■ use dose cup ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL (2 TBSP) every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to insure correct dosing

A-914

## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 4 doses (adult: 2,600 mg acetaminophen; child: 1,300 mg acetaminophen) in 24 hours. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours, which is the maximum daily amount    ■ taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, lasts for more than 2 days, occurs with or is followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**   ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.   ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.   ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**   ■ liver disease   ■ high blood pressure   ■ heart disease   ■ thyroid disease   ■ diabetes   ■ trouble urinating due to an enlarged prostate gland   ■ cough that occurs with too much phlegm (mucus)   ■ persistent or chronic cough as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**   ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)   ■ you get nervous, dizzy or sleepless   ■ fever gets worse or lasts more than 3 days   ■ redness or swelling is present   ■ new symptoms occur   ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

### Directions   ■ take only as directed - see Liver warning
■ use dose cup   ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL (2 TBSP) every 4 hrs |
| children 6 to under 12 yrs | 15 mL (1 TBSP) every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to insure correct dosing ▶

---

## Drug Facts

### Daytime Cold & Flu

**Active Ingredients (in each 15 mL tablespoon)          Purpose**

| | |
|---|---|
| Acetaminophen 325 mg........................................ | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg............................ | Cough suppressant |
| Phenylephrine HCl 5 mg..................................... | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
- headache
- cough due to minor throat and bronchial irritation
- minor aches and pains
- fever
- nasal congestion
- sore throat

◀

---

## Drug Facts (continued)

**Other information**   ■ store at 20-25°C (68-77°F)   ■ each tablespoon contains: sodium 7 mg

**Inactive Ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions?** Call 1-800-910-6874

# A-915



NDC 11673-301-03

Compare to active ingredients in Vicks® DayQuil® Cold & Flu*

## daytime
## cold and flu
### multi-symptom relief

acetaminophen
(pain reliever / fever reducer)
dextromethorphan HBr
(cough suppressant)
phenylephrine HCl
(nasal decongestant)

aches, fever, sore throat/nasal
congestion, cough
non-drowsy
alcohol free/antihistamine free

**up&up**

12 FL OZ (355 mL)



**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Cold & Flu.

**GLUTEN FREE**

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

094 14 0143 R00 C-001746-01-003
Dist. by Target Corp., Mpls, MN 55403

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache ■ fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4 doses in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**



### Drug Facts
(continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription), if you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed



### Drug Facts
(continued)

Stop use and ask a doctor if ■ you get nervous, dizzy, or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 4 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other Information** ■ each 15 mL contains: sodium 7 mg ■ store at 20°C (68-77°F)

**Inactive ingredients** butylated hydroxytoluene, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, microbial sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions?** Call 1-800-547-3400

TM & ©2022
Target Brands, Inc.



**daytime
cold and flu**
multi-symptom relief

**nighttime
cold and flu**
nighttime relief

**daytime
cold and flu**
multi-symptom
relief

Compare to active
ingredients in Vicks®
DayQuil® Cold & Flu*

**daytime
cold and flu**
multi-symptom relief

acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
phenylephrine HCl
(nasal decongestant)

aches, fever, sore throat,
nasal congestion, cough
non-drowsy
alcohol free/antihistamine free

NDC 11673-021-02

Compare to active
ingredients in Vicks®
NyQuil® Cold & Flu*

value
pack

**nighttime
cold and flu**
nighttime relief

acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate
(antihistamine)

aches, fever, sore throat,
sneezing, runny nose, cough
**ALCOHOL 10%**

**nighttime
cold and flu**
nighttime relief

up&up

ORIGINAL
FLAVOR

12 FL OZ (355 mL)

up&up

CHERRY
FLAVOR

12 FL OZ (355 mL)

DO NOT USE IF PRINTED NECKBAND IS
BROKEN OR MISSING

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

094 14 0196 R00
C-001744-01-003

3 70030 62728

100% satisfaction guaranteed or your money back.

Distributed by Target Corporation
Minneapolis, MN 55403
TM & © 2013 Target Brands, Inc.

*These products are not manufactured or
distributed by Procter & Gamble, distributor of
Vicks® DayQuil® Cold & Flu and Vicks® NyQuil®
Cold & Flu.



**Nighttime Cold & Flu**

## Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 30 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |

**Uses** temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- sore throat  ■ headache  ■ minor aches and pains
- fever  ■ runny nose and sneezing

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease  ■ glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

Ask a doctor or pharmacist before use if you are
- taking sedatives or tranquilizers  ■ taking the blood thinning drug warfarin

When using this product
- excitability may occur, especially in children
- marked drowsiness may occur  ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- pain or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed – see Overdose warning
- only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL, every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- each 30 mL contains: sodium 36 mg
- store at 20-25ºC (68-77ºF)

Inactive ingredients ...

---

**Daytime Cold & Flu**

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves common cold/flu symptoms:
- nasal congestion  ■ cough due to minor throat and bronchial irritation
- sore throat  ■ headache  ■ minor aches and pains  ■ fever

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease  ■ heart disease  ■ high blood pressure
- thyroid disease  ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed – see Overdose warning
- only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL, every 4 hrs |
| children 6 to under 12 yrs | 15 mL, every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- each 15 mL contains: sodium 7 mg  ■ store at 20-25ºC (68-77ºF)

Inactive ingredients ...

**A-919**

| see new warnings | see new warnings |
|---|---|
| maximum strength** | maximum strength** |
| **daytime severe cold** | **nighttime cold and flu** |

**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl
(nasal decongestant)

relieves headache,
fever and sore throat

relieves nasal and
chest congestion

controls cough

thins and
loosens mucus

**acetaminophen**
(pain reliever/fever reducer)
diphenhydramine HCl
(antihistamine)
phenylephrine HCl
(nasal decongestant)

relieves headache,
fever and sore throat

relieves nasal
congestion

relieves sneezing
and runny nose





up&up

ACTUAL SIZE

AGES
**12+**

up&up

ACTUAL SIZE

AGES
**12+**









**A-923**

# Target Corporation

## -PE Product Labels –

## -continued

# A-924









A-925



**up&up**

See new warnings information & directions
Compare to active ingredients in
Theraflu® Nighttime Severe Cold & Cough*

NDC 11673-113-07

# nighttime severe cold, cough and flu

**acetaminophen** (pain reliever/fever reducer)
diphenhydramine HCl (antihistamine/cough suppressant)
phenylephrine HCl (nasal decongestant)

nasal congestion, cough,
runny nose, sneezing,
body ache, sore throat pain,
headache, fever

honey lemon infused
with chamomile and
white tea flavors

**up&up**

HONEY
LEMON
FLAVOR

**6**
PACKETS

6 PACKETS

# nighttime severe cold, cough and flu

## acetaminophen
(pain reliever/fever reducer)
diphenhydramine HCl
(antihistamine/cough suppressant)
phenylephrine HCl
(nasal decongestant)

**up&up**

*This product is not manufactured or
distributed by Novartis Consumer Health, Inc.
or their affiliates, owner of the registered
trademark Theraflu*

094 03 0598  R00 ID305413
Distributed by Target Corporation
Minneapolis, MN 55403
Made in Israel
©2015 Target Brands, Inc.
Shop Target.com

3  11673 77539  4

A-926

**READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE.**
**KEEP CARTON FOR REFERENCE. DO NOT DISCARD.**

## Drug Facts

| Active Ingredients (in each packet) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine hydrochloride 25 mg | Antihistamine/cough suppressant |
| Phenylephrine hydrochloride 10 mg | Nasal decongestant |

### Uses
• temporarily relieves these symptoms due to a cold:
• minor aches and pains  • minor sore throat pain  • headache  • nasal and sinus congestion
• runny nose  • sneezing  • itchy nose or throat  • itchy, watery eyes due to hay fever
• cough due to minor throat and bronchial irritation
• temporarily reduces fever

### Warnings
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• skin reddening  • blisters  • rash
If a skin reaction occurs, stop use and seek medical help right away.

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
• more than 4,000 mg of acetaminophen in 24 hours
• with other drugs containing acetaminophen
• 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • in a child under 4 years of age • if you are allergic to acetaminophen
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• with any other product containing diphenhydramine, even one used on the skin
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
• liver disease  • heart disease  • high blood pressure
• thyroid disease  • diabetes  • glaucoma  • a sodium restricted diet
• trouble urinating due to an enlarged prostate gland
• a breathing problem such as emphysema, asthma or chronic bronchitis
• cough that occurs with too much phlegm (mucus)
• cough that lasts or is chronic such as occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are** taking
• sedatives or tranquilizers  • the blood thinning drug warfarin

**When using this product**
• do not exceed recommended dosage
• avoid alcoholic drinks
• marked drowsiness may occur
• alcohol, sedatives and tranquilizers may increase drowsiness
• be careful when driving a motor vehicle or operating machinery
• excitability may occur, especially in children

▶

**TAMPER EVIDENT INNER PACKET.**
**DO NOT USE IF SEALED PACKET IS TORN OR BROKEN**

## Drug Facts (continued)

**Stop use and ask a doctor if**
• nervousness, dizziness, or sleeplessness occurs
• fever gets worse or lasts more than 3 days
• redness or swelling is present
• new symptoms occur
• symptoms do not get better or worsen
• pain, cough or nasal congestion gets worse or lasts more than 7 days
• cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health care professional before use.

**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
• do not use more than directed
• take every 4 hours, do not take more than 5 packets in 24 hours unless directed by a doctor

| Age | Dose |
|---|---|
| children under 4 years of age | do not use |
| children 4 to under 12 years of age | do not use unless directed by a doctor |
| adults and children 12 years of age and over | one packet |

• dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
• if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

### Other information
• each packet contains: potassium 4 mg, sodium 27 mg
• phenylketonurics: contains phenylalanine 34 mg per packet
• store at controlled room temperature 20°-25°C (68°-77°F). Protect product from heat and moisture.

**Inactive ingredients** acesulfame potassium, aspartame, citric acid anhydrous, D&C yellow no. 10, FD&C blue no. 1, FD&C red no. 40, flavors, maltodextrin, sodium citrate anhydrous, sucrose, and pregelatinized starch.

**Questions or Comments?**
Call 1-800-910-6874



NDC 11673-703-40

Compare to active ingredients
in Vicks® NyQuil® Severe Cold & Flu*

nighttime   **MAX** STRENGTH
## severe
## cold and flu

acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate
(antihistamine)
phenylephrine HCl
(nasal decongestant)

headache, fever, sore throat,
minor aches and pains, nasal/sinus
congestion and sinus pressure,
sneezing, runny nose, cough
alcohol free

BERRY
FLAVOR

12 FL OZ (355 mL)

A-928



NDC 11673-789-40

# nighttime
## severe
## cold and flu
### honey flavor

**MAX STRENGTH**

**acetaminophen**
(pain reliever/fever reducer)
phenylephrine HCl
(nasal decongestant)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate
(antihistamine)

headache, fever, sore throat,
minor aches and pains
sneezing, runny nose
nasal/sinus congestion
and sinus pressure
cough


up&up


HONEY FLAVOR

**12 FL OZ (355 mL)**

: 6L54O  UU  F1

---

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING
094 14 0003 R00 C-001744-01-067
Dist. by Target Corp., Mpls, MN 55403

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine Succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash  If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult ◀ a doctor promptly.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 6L54O  UU  B1

---

### Drug Facts
(continued)

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients ■ to make a child sleepy

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ high blood pressure ■ glaucoma ■ thyroid disease ■ diabetes ■ cough that occurs with too much phlegm (mucus) ■ trouble urinating

ADHESIVE AREA · NO VARNISH · NO TYPE

---

### Drug Facts
(continued)

■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

ADHESIVE AREA · NO VARNISH · NO TYPE



due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

*Other information* ■ each 15 mL contains: sodium 15 mg ■ store at 20-25°C (68-77°F)

*Inactive ingredients* anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C green #3, FD&C red #40, FD&C yellow #6, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

*Questions? Call*
1-888-547-7400

TM & ©2022
Target Brands, Inc.

daytime
## severe
## cold and flu

nighttime
## severe
## cold and flu

NDC 11673-597-02

Compare to active
ingredients in Vicks®
DayQuil® Severe Cold & Flu*

Compare to active
ingredients in Vicks®
NyQuil® Severe Cold & Flu*

**value pack**

daytime
## severe
## cold and flu

nighttime
## severe
## cold and flu

nighttime
## severe
## cold and flu

**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl
(nasal decongestant)

**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate
(antihistamine)
phenylephrine HCl
(nasal decongestant)

headache, fever, sore throat,
minor aches and pains,
nasal/sinus congestion
and sinus pressure, cough,
chest congestion
non-drowsy
alcohol free

headache, fever, sore throat,
minor aches and pains,
nasal/sinus congestion and
sinus pressure, sneezing,
runny nose, cough
alcohol free

DO NOT USE IF PRINTED NECKBAND IS
BROKEN OR MISSING



MAX
STRENGTH

ORIGINAL
FLAVOR



MAX
STRENGTH

BERRY
FLAVOR



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

12 FL OZ (355 mL)

12 FL OZ (355 mL)

100% satisfaction guaranteed or your money back.
Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2022 Target Brands, Inc.

*These products are not manufactured or
distributed by Procter & Gamble, distributor of
Vicks® DayQuil® Severe Cold & Flu and Vicks®



A-931

daytime
**severe
cold and flu**

up&up



**A-933**



Important. Read all product information before using. Keep this box for important information.

**Drug Facts**

**Active Ingredient (in each tablet)** — **Purpose**
Phenylephrine HCl 10 mg .................. Nasal decongestant

**Uses**
- temporarily relieves sinus congestion and pressure
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
- heart disease   ■ high blood pressure   ■ thyroid disease   ■ diabetes
- trouble urinating due to an enlarged prostate gland

When using this product do not exceed recommended dosage

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**

| adults and children 12 years and over | ■ take 1 tablet every 4 hours ■ do not take more than 6 tablets in 24 hours |
| children under 12 years | ask a doctor |

**Other Information**
- store at 20-25°C (68-77°F)
- do not use if blister unit is broken or torn

**Inactive Ingredients** anhydrous dibasic calcium phosphate, carnauba wax, FD&C red no. 40 aluminum lake, lecithin, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, silicon dioxide, talc, titanium dioxide

**Questions? Call 1-888-547-7400**

*This product is not manufactured or distributed by McNeil Consumer Healthcare, distributor of Sudafed PE® Congestion.

Compare to active ingredient in Sudafed PE® Congestion*

NDC 11673-204-68

congestion, non-drowsy
**sinus PE**

phenylephrine HCl tablets, nasal decongestant

sinus pressure
and congestion
maximum strength
pseudoephedrine free

up&up

ACTUAL SIZE

36 TABLETS

36 TABLETS (10 mg EACH)

congestion, non-drowsy
sinus PE
up&up

06468 UW 08



A-935



kmart (upside down)

kmart (upside down)

**severe cold and cough**
**nighttime** (upside down)

**severe cold**
**multi-symptom**
**daytime** (upside down)

---

**Nighttime Severe Cold And Cough**

## Drug Facts (continued)

Stop use and ask a doctor if
- ■ nervousness, dizziness, or sleeplessness occurs
- ■ fever gets worse or lasts more than 3 days
- ■ redness or swelling is present
- ■ new symptoms occur
- ■ pain, cough or nasal congestion gets worse or lasts more than 7 days
- ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- ■ do not use more than directed (see overdose warning)
- ■ take every 4 hours, while symptoms persist. Do not take more than 6 packets in 24 hours unless directed by a doctor. ▶

## Drug Facts (continued)

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other Information
- ■ each packet contains: potassium 93 mg and sodium 25 mg
- ■ phenylketonurics: contains phenylalanine 22 mg per packet
- ■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

### Inactive Ingredients
acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

### Questions? Call 1-888-547-7400

---

## Drug Facts

### Active Ingredients    Purposes
(in each packet)

Acetaminophen 650 mg .......... Pain reliever/fever reducer
Diphenhydramine HCl 25 mg .... Antihistamine/cough suppressant
Phenylephrine HCl 10 mg ........ Nasal decongestant

### Uses
- ■ temporarily relieves these symptoms due to a cold
  - ■ minor aches and pains
  - ■ minor sore throat pain
  - ■ nasal and sinus congestion
  - ■ headache
  - ■ itchy nose or throat
  - ■ runny nose
  - ■ sneezing
  - ■ itchy, watery eyes due to hay fever
  - ■ cough due to minor throat and bronchial irritation
- ■ temporarily reduces fever

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- ■ more than 4,000 mg of acetaminophen in 24 hours
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening
- ■ blisters
- ■ rash
If a skin reaction occurs, stop use and seek medical help right away.   ▶

## Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use  ■ in a child under 12 years of age
- ■ if you have ever had an allergic reaction to this product or any of its ingredients
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- ■ with any other product containing diphenhydramine, even one used on skin
- ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
- ■ high blood pressure
- ■ thyroid disease
- ■ diabetes
- ■ liver disease
- ■ glaucoma
- ■ heart disease
- ■ trouble urinating due to an enlarged prostate gland
- ■ a breathing problem such as emphysema or chronic bronchitis
- ■ cough that occurs with too much phlegm (mucus)
- ■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema   ▶

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are
- ■ taking sedatives or tranquilizers
- ■ taking the blood thinning drug warfarin

When using this product  ■ do not exceed recommended dosage
- ■ avoid alcoholic drinks
- ■ marked drowsiness may occur
- ■ alcohol, sedatives, and tranquilizers may increase drowsiness
- ■ be careful when driving a motor vehicle or operating machinery
- ■ excitability may occur, especially in children

Stop use and ask a doctor if  ■ nervousness, dizziness, or sleeplessness occurs
- ■ fever gets worse or lasts more than 3 days
- ■ redness or swelling is present  ■ new symptoms occur
- ■ pain, cough or nasal congestion gets worse or lasts more than 7 days
- ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions  ■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 5 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other Information
- ■ each packet contains: potassium 10 mg and sodium 25 mg
- ■ phenylketonurics: contains phenylalanine 13 mg per packet
- ■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

### Inactive Ingredients
acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

### Questions? Call 1-888-547-7400

*These products are not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® Severe Cold and Theraflu® Nighttime Severe Cold & Cough.

Do not use if printed packets are torn or punctured


PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---



094 14 0001 R00
C-001472-01-106

5 70030 14720 5



Distributed by Target Corporation
Minneapolis, MN 55403
Made in Mexico
TM & ©2021 Target Brands, Inc.

# A-936



daytime

cold and flu

acetaminophen

12 FL OZ (355 mL)

nighttime
vapor chill
cold and flu

acetaminophen

12 FL OZ (355 mL)

A-937

# Walgreens

## -PE Product Labels –

A-938



## Drug Facts

**Active ingredients (in each packet)**     **Purpose**
Acetaminophen 650 mg ............................. Pain reliever/Fever reducer
Dextromethorphan hydrobromide 20 mg ........................ Cough suppressant
Phenylephrine hydrochloride 10 mg ......................... Nasal decongestant

**Uses**
• Temporarily relieves:
  • minor aches and pains  • headache  • minor sore throat pain
  • nasal and sinus congestion  • cough due to minor throat and
   bronchial irritation

• Temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may
occur if you take • more than 6 packets in 24 hours, which is the maximum daily
amount • with other drugs containing acetaminophen • 3 or more alcoholic
drinks every day while using this product.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is
accompanied or followed by fever, headache, rash, nausea, or vomiting, consult
a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription and nonprescrip-
tion). Ask a doctor or pharmacist before using with other drugs if you are not
sure. • if you are now taking a prescription monoamine oxidase inhibitor (MAOI)
(certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's
disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your
prescription drug contains a MAOI, ask a doctor or pharmacist before taking
this product

**Ask a doctor before use if you have**
• liver disease  • heart disease  • high blood pressure  • thyroid disease
• diabetes  • trouble urinating due to an enlarged prostate gland
• a breathing problem such as emphysema, asthma, or chronic bronchitis
• cough that occurs with too much phlegm (mucus) • cough that lasts or is
chronic such as occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning
drug warfarin.

**When using this product**
• do not exceed recommended dosage

**Stop use and ask a doctor if**
• nervousness, dizziness, or sleeplessness occurs  • fever gets worse or lasts
more than 3 days  • redness or swelling is present  • new symptoms occur
• symptoms do not get better or worsen  • pain, cough or nasal congestion
gets worse or lasts more than 7 days  • cough comes back or occurs with fever,
rash or headache that lasts. These could be signs of a serious condition. ▶

## Drug Facts (continued)

**If pregnant or breast-feeding,** ask a
health care professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or
contact a Poison Control Center right away.
Prompt medical attention is critical for
adults as well as for children even if you
do not notice any signs or symptoms.

**Directions**
• do not use more than directed
• take every 6 hours; not to exceed
6 packets in 24 hours or as directed by
a doctor
• adults and children 12 years of age and
over: dissolve contents of one packet into
8 oz. hot water, sip while hot. Consume
entire drink within 10-15 minutes.
• children under 12 years of age: consult
a doctor
• if using a microwave, add contents of one
packet to 8 oz. of cool water, stir briefly
before and after heating. Do not overheat

**Other information**
• each packet contains: potassium 8 mg,
sodium 20 mg
• phenylketonurics: contains phenylalanine
14 mg per packet
• store at controlled room temperature
20-25°C (68-77°F). Protect from
excessive heat and moisture.

**Inactive ingredients:**
Acesulfame K, aspartame, citric acid, FD&C
Blue No.1, FD&C red No.40, maltodextrin,
menthol, natural flavors, sodium citrate,
starch and sugar.

**DO NOT USE IF SEALED PACKET
IS TORN OR BROKEN**

C-3110-30008-EW
ORG0413-F

DAYTIME
Wal-Flu®
Severe Cold
& Cough

Well at
Walgreens

WALGREENS PHARMACIST RECOMMENDED•

**Well** at
**Walgreens**

**NEW**    WALGREENS PHARMACIST RECOMMENDED•

DAYTIME

# Wal-Flu®
## Severe Cold & Cough

**Acetaminophen /**
Pain Reliever / Fever Reducer
**Dextromethorphan HBr /**
Cough Suppressant
**Phenylephrine HCl /**
Nasal Decongestant

**Relieves:**
• Nasal & Sinus Congestion
• Cough • Body Ache
• Sore Throat Pain
• Headache • Fever

BERRY
Infused with Menthol
& Green Tea Flavors

Compare to Theraflu® Daytime Severe Cold & Cough active ingredients•

**6 PACKETS**    SEE NEW WARNINGS INFORMATION

•Walgreens Pharmacist Survey Study, November 2012.
••This product is not affiliated with Novartis Consumer Health, Inc., owner
of the registered trademark Theraflu® Daytime Severe Cold & Cough.

**Questions or comments?** 1-800-925-4733

ITEM 273236

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**Walgreens**
**100%** SATISFACTION
GUARANTEED
walgreens.com ©2013 Walgreen Co.
MADE IN CANADA

3 11917 15938 5

Walgreens
*way to* Well

A-939



A-940



**Walgreens**

Compare to the active ingredients in Theraflu Multi Symptom Severe Cold*

# MULTI-SYMPTOM
# Severe
# Cold

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER /
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT /
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Dye Free

Aspartame Free     Sodium Free

- Relieves nasal congestion,
  sore throat pain, cough,
  headache, body ache & fever

**6 PACKETS**

Honey Lemon
Natural flavors with other natural flavors

### Drug Facts

**Active ingredients (in each packet)** — **Purpose**

### Drug Facts (continued)

**Directions**

**Other information**

**Inactive ingredients**

**Questions or comments?**

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2020 Walgreen Co.

Lot:

Exp:

A-941



A-942





A-944



# A-945



**CONVENIENT RECLOSING TAB**

SUGAR FREE
NIGHTTIME
**Wal-Flu**
Severe Cold & Cough

Well at **Walgreens**

WALGREENS PHARMACIST RECOMMENDED

NEW   Well at **Walgreens**

WALGREENS PHARMACIST RECOMMENDED

SUGAR FREE

NIGHTTIME

# Wal-Flu®

## Severe Cold & Cough

Acetaminophen /
Pain Reliever / Fever Reducer
Diphenhydramine HCl /
Antihistamine / Cough Suppressant
Phenylephrine HCl /
Nasal Decongestant

Temporarily relieves:
• Nasal congestion • Cough
• Body ache • Sore throat pain
• Runny nose • Sneezing
• Headache
• Fever

SUGAR FREE

NATURAL HONEY LEMON FLAVOR

Compare to Theraflu® Sugar Free Nighttime Severe Cold & Cough**

## 6 PACKETS

*Walgreens Pharmacist Survey Study, November 2012.
**This product is not affiliated with Novartis Consumer Health, Inc., owner of the registered trademark Theraflu®.

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**Walgreens**
**100%** SATISFACTION GUARANTEED
walgreens.com  ©2014 Walgreen Co.
MADE IN CANADA

ITEM 370505

0-3111-30505-EW

**Drug Facts**

| Active ingredients (in each packet) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/Fever reducer |
| Diphenhydramine hydrochloride 25 mg | Antihistamine/Cough suppressant |
| Phenylephrine hydrochloride 10 mg | Nasal decongestant |

**Uses**
• Temporarily relieves
• minor aches and pains • headache • minor sore throat pain
• nasal and sinus congestion • cough due to minor throat and bronchial irritation • runny nose • sneezing • itchy, watery eyes due to hay fever • itchy nose and throat
• Temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 6 packets in 24 hours, which is the maximum daily amount • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• in a child under 4 years of age • with any other drug containing acetaminophen (prescription and nonprescription). Ask a doctor or pharmacist before using with other drugs if you are not sure • with any other product containing diphenhydramine, even one used on the skin • if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product

**Ask a doctor before use if you have**
• liver disease • heart disease • high blood pressure • thyroid disease • glaucoma • diabetes • trouble urinating due to an enlarged prostate gland • a breathing problem such as emphysema, asthma, or chronic bronchitis • cough that occurs with too much phlegm (mucus) • cough that lasts or is chronic such as occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are**
• taking sedatives or tranquilizers • taking the blood thinning drug warfarin

**When using this product**
• do not exceed recommended dosage
• avoid alcoholic drinks • marked drowsiness may occur • alcohol, sedatives and tranquilizers may increase drowsiness • be careful when driving a motor vehicle or operating machinery • excitability may occur, especially in children

**Stop use and ask a doctor if**
• nervousness, dizziness, or sleeplessness occurs • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • symptoms do not get better or worsen • pain, cough or nasal congestion gets worse or lasts more than 7 days • cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

**Drug Facts (continued)**

**If pregnant or breast-feeding,** ask a health care professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
• Do not use more than directed
• take every 4 hours; not to exceed 6 packets in 24 hours or as directed by a doctor.
• adults and children 12 years of age and over: dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
• children under 12 years of age: consult a doctor.
• if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other information**
• each packet contains: potassium 10 mg, sodium 19 mg
• phenylketonurics: contains phenylalanine 11 mg per packet
• store at controlled room temperature 20-25°C (68-77°F). Protect from excessive heat and moisture.

**Inactive ingredients:**
Acesulfame K, aspartame, calcium phosphate dibasic, citric acid, D&C Yellow 10, maltodextrin, natural flavor, silicon dioxide, sodium citrate dihydrate

**DO NOT USE IF SEALED PACKET IS TORN OR BROKEN.**

Questions or comments?
1-800-925-4733

Well at **Walgreens**
Way to Well

A-946



CONVENIENT RECLOSING TAB

Well at Walgreens

**Wal-Flu®**
Cold & Sore Throat

Well at Walgreens

WALGREENS PHARMACIST RECOMMENDED

# Wal-Flu®

## Cold & Sore Throat

Acetaminophen /
Pain Reliever / Fever Reducer
Pheniramine Maleate / Antihistamine
Phenylephrine HCl /
Nasal Decongestant

Relieves:
- Nasal congestion
- Body ache
- Sore throat pain
- Runny nose
- Headache
- Fever

**6 PACKETS**    LEMON FLAVOR

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2015 Walgreen Co.
MADE IN CANADA

Lot/Exp

EV Code



A-947

**COMBO PACK**   Well   **COMBO PACK**
*Walgreens*

NEW

MULTI-SYMPTOM
**Wal-Flu**
Severe Cold
Acetaminophen /
Pain Reliever / Fever Reducer
Dextromethorphan HBr /
Cough Suppressant
Phenylephrine HCl /
Nasal Decongestant

NIGHTTIME
**Wal-Flu**
Severe Cold & Cough
Acetaminophen /
Pain Reliever / Fever Reducer
Diphenhydramine HCl /
Antihistamine / Cough Suppressant
Phenylephrine HCl /
Nasal Decongestant

6 PACKETS   GREEN TEA & HONEY LEMON FLAVORS   6 PACKETS   HONEY LEMON

12 TOTAL PACKETS

100% GUARANTEED

A-948

## Front Panel

**Walgreens**

**Allergy Relief**

NDC 0363-5430-09

**Allergy Relief**

**SEVERE ALLERGY & SINUS HEADACHE**

**ACETAMINOPHEN** / PAIN RELIEVER
**DIPHENHYDRAMINE HCl** / ANTIHISTAMINE
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

Maximum Strength

---

## Drug Facts

KEEP OUTER PACKAGE FOR
COMPLETE PRODUCT INFORMATION

**Drug Facts**

**Active ingredients (in each caplet)**   **Purpose**

Acetaminophen 325 mg ........................... Pain reliever
Diphenhydramine HCl 25 mg ...................... Antihistamine
Phenylephrine HCl 5 mg .......................... Nasal decongestant

**Uses**
- temporarily relieves these symptoms of hay fever or other upper respiratory allergies:
  - sneezing
  - runny nose
  - nasal congestion
  - sinus congestion and pressure
  - headache
  - itchy, watery eyes
  - itching of the nose or throat
- minor aches and pains

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients.



how2recycle.info
PAPER · MULTILAYER · BOX · TRAY

NO PRINT/VARNISH
LOT & EXP DATE ONLY

"Our pharmacists recommend the Walgreens brand."

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

ORG091854309
50844

---

**Drug Facts (continued)**

**Ask a doctor before use if you have**
- liver disease
- glaucoma
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dosage
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic beverages
- use caution when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- fever gets worse or lasts more than 3 days
- pain or nasal congestion gets worse or lasts more than 7 days
- redness or swelling is present
- new symptoms occur

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed
- adults and children 12 years and over:
  - Take 2 caplets every 4 hours
  - do not take more than 8 caplets in 24 hours
- children under 12 years: ask a doctor

**Other information**
- see end flap for expiration date and lot number

---

**Drug Facts (continued)**

- **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
- store at 25°C (77°F); excursions permitted between 15–30°C (59–86°F).

**Inactive ingredients** corn starch, croscarmellose sodium, crospovidone, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, povidone, silicon dioxide, stearic acid, titanium dioxide, triacetin

Questions or comments? 1-800-426-9391



---

W2ORG00821-F2

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

ITEM 555466   W00000-0000-0

B-2201-543-09-HR
ORG091854309

• Relief of headache, sinus congestion, sinus pain & pressure, runny nose, sneezing, itchy throat & itchy, watery eyes

**20**
CAPLETS

ACTUAL SIZE

W3DR06921-F2
REV1122

**Questions or comments?**
1-800-426-9391

**Drug Facts** (continued)

**Inactive Ingredients** croscarmellose sodium, polyethylene glycol, silicon dioxide, stearic acid, titanium dioxide, triacetin

Your pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Benadryl® Allergy Plus Congestion.

Do not print area
Lot and
Exp Date Only

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers.

**Inactive Ingredients** croscarmellose sodium, D&C yellow #10, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, D&C calcium phosphate dihydrate, FD&C blue #1

**Other Information**
- store at 25°C (77°F) excursions permitted between 15-30°C (59-86°F)
- see end flap for expiration date and lot number

**Ask a doctor before use if you have**
- difficulty in urination due to enlargement of the prostate gland
- heart disease  ■ high blood pressure
- thyroid disease  ■ glaucoma
- a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are taking** sedatives or tranquilizers.

**Directions** ■ do not take more than directed
- adults and children 12 years and over
- take 1 tablet every 4 hours
- do not take more than 6 tablets in 24 hours
- children under 12 years: do not use

**Other Information**
- a each tablet contains: calcium 25 mg
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN

**When using this product**
- do not exceed recommended dosage
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness  ■ avoid alcoholic beverages
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- symptoms do not improve within 7 days or are accompanied by fever
- nervousness, dizziness, or sleeplessness occur

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Warnings**
- temporarily relieves sinus congestion and pressure
- runny nose  ■ sneezing
- temporarily relieves these symptoms due to the common cold:
- nasal congestion  ■ itching of the nose or throat  ■ itchy, watery eyes
- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:

**Uses**
temporarily relieves these symptoms due to hay fever
- nasal congestion  ■ sneezing  ■ runny nose

**Do not use**
- with any other product containing diphenhydramine, even one used on skin

**if you are now taking a prescription monoamine oxidase inhibitor (MAOI)** (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this drug.

**Active Ingredients** (in each tablet)
- Diphenhydramine HCl 25 mg ........ Antihistamine
- Phenylephrine HCl 10 mg ........ Nasal decongestant

**Purpose**

**Drug Facts**

KEEP OUTER PACKAGE FOR
COMPLETE PRODUCT INFORMATION

ITEM 6633348    W00000-0000-0
3 11917 06812 1

B-3201-485-09-HR
REV1220ASC6508

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

how2recycle.info
PAPER  PAPERBOARD  TRAY
BOX

DISTRIBUTED BY: WALGREEN CO.,
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.
50844    REV1220ASC6508



**Walgreens**

# Allergy Relief

**Walgreens**

NOC 0363-6851-08

Compare to the active ingredients in Benadryl® Allergy Plus Congestion®

# Allergy Relief

**PLUS CONGESTION**
DIPHENHYDRAMINE HCl 25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

Congestion Relief

- Relief of sinus congestion & pressure, runny nose, sneezing, itchy throat & itchy, watery eyes

24





COATED
MINI
TABS

A-951

ACTUAL SIZE

A-952



**Walgreens**

**Children's Mucus Cough & Congestion Relief**

---

## Drug Facts

**Active Ingredients (in each 5 mL)** — **Purpose**
Dextromethorphan HBr 5 mg ... Cough suppressant
Guaifenesin 100 mg ... Expectorant
Phenylephrine HCl 2.5 mg ... Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - stuffy nose
  - nasal congestion due to a cold
  - the intensity of coughing
  - the impulse to cough to help the child get to sleep

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- diabetes
- heart disease
- thyroid disease
- high blood pressure
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or are accompanied by a fever
- cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not take more than directed
- do not take more than 6 doses in any 24-hour period
- mL = milliliter
- only use the dose cup provided
- follow the dosage as directed by a doctor

| Age | Dose |
| --- | --- |
| children 6 to under 12 years | 10 mL every 4 hours |
| children 4 to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other information**
- each 5 mL contains: sodium 3 mg
- store at 20-25°C (68-77°F), excursions permitted between 15-30°C (59-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** anhydrous citric acid, FD&C red #40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-800-426-9094

DOSAGE CUP PROVIDED

---

**TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING**

**PARENTS:**
Learn about new medicine abuse
www.StopMedicineAbuse.org

DOSAGE CONTAINS ONE BOTTLE
ACTUAL SIZE

B-3201-906-88-HIR
ORX002305688

---

NDC 0363-1156-88

**Walgreens**
Compare to the active ingredients in Children's Mucinex® Cough & Congestion®

# Children's Mucus Cough & Congestion Relief

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT
ORAL SOLUTION

- Relieves chest congestion, cough & stuffy nose
- Breaks up mucus

**AGES 4-11 YEARS**

6.8 FL OZ (201 mL)

Berry Flavor

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
† This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Children's Mucinex® Cough & Congestion.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com   ©2020 Walgreen Co.
ITEM# 634860   6V00000-0000-0

3   11917 00669   7

W3ORX00423-F

No Print/No Varnish
Lot and Expiration No.

---

NDC 0363-1156-88

**Walgreens**
Compare to the active ingredients in Children's Mucinex® Cough & Congestion®

# Children's Mucus Cough & Congestion Relief

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT
ORAL SOLUTION

- Relieves chest congestion, cough & stuffy nose
- Breaks up mucus

**AGES 4-11 YEARS**

6.8 FL OZ (201 mL)

Berry Flavor

W3ORX00423-F

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

A-953



*Walgreens*

Compare to Children's
Muclnex® Multi-Symptom Cold
active ingredients†

NDC 0363-9618-26

children's

MULTI-SYMPTOM

Cold

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

ALCOHOL FREE

• Relief from: stuffy nose,
cough & chest congestion
• Breaks up mucus

AGES 4-12 YEARS

BERRY FLAVOR

4 FL OZ (118 mL)





---

*Walgreens*

Compare to Children's
Muclnex® Multi-Symptom Cold
active ingredients†

NDC 0363-9628-26

children's

MULTI-SYMPTOM

Cold

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

ALCOHOL FREE

• Relief from: stuffy nose,
cough & chest congestion
• Breaks up mucus

AGES 4-12 YEARS

BERRY FLAVOR

4 FL OZ (118 mL)




OBG0217-F

---

Cold

A MULTI-SYMPTOM

children's

*Walgreens*

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

---

## Drug Facts

**Active ingredients** (in each 5 mL) ......... **Purposes**

Dextromethorphan HBr 5 mg ......... Cough suppressant
Guaifenesin 100 mg ......... Expectorant
Phenylephrine HCl 2.5 mg ......... Nasal decongestant

**Uses**
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  ■ the intensity of coughing
  ■ the impulse to cough to help your child get to sleep
  ■ nasal congestion due to a cold
  ■ stuffy nose

**Warnings**
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ heart disease   ■ high blood pressure
■ thyroid disease   ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ your child gets nervous, dizzy or sleepless
■ symptoms do not get better within 7 days or occur with fever
■ cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**
■ Do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter

ITEM 374548 W10106-1217-L

---

## Drug Facts (continued)

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other Information**
■ **each 5 mL contains:** sodium 3 mg
■ do not use if printed neckband is broken or missing
■ store at 20-25°C (68-77°F)
■ do not refrigerate
■ dosing cup provided

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions or comments?**
1-800-719-9260

Gluten Free

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
†This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Children's Mucinex® Multi-Symptom Cold.

 DOSAGE CUP PROVIDED

**PARENTS:**
www.fast&bottle.bsw.org

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens*
**100% SATISFACTION GUARANTEED**
walgreens.com ©2017 Walgreen Co.




---

LOT NO.

EXP.

+63506 9+ CA

A-954

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

Wal-Tap DM
COUGH & COLD
children's

*Walgreens*

*Walgreens*

Compare to Children's Dimetapp®
Cold & Cough active ingredients!!

**children's**
COUGH & COLD
# Wal-Tap®
## DM

BROMPHENIRAMINE MALEATE /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**ALCOHOL FREE**

• Relieves nasal congestion;
runny nose; itchy, watery eyes;
sneezing & coughing



**6 YEARS & OLDER**

4 FL OZ (118 mL)   GRAPE FLAVOR

---

*Walgreens*

Compare to Children's Dimetapp®
Cold & Cough active ingredients!!

NDC 0363-0706-24

**children's**
COUGH & COLD
# Wal-Tap®
## DM

BROMPHENIRAMINE MALEATE /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**ALCOHOL FREE**

• Relieves nasal congestion;
runny nose; itchy, watery eyes;
sneezing & coughing





**6 YEARS & OLDER**

4 FL OZ (118 mL)   GRAPE FLAVOR



ORG3717-F

---

## Drug Facts

**Active Ingredients**   **Purposes**
(in each 10 mL)
Brompheniramine maleate, USP 2 mg ..... Antihistamine
Dextromethorphan HBr, USP 10 mg .. Cough suppressant
Phenylephrine HCl, USP 5 mg ........ Nasal decongestant

**Uses**
■ temporarily relieves cough due to minor throat and
bronchial irritation occurring with a cold, and
nasal congestion due to the common cold, hay fever
or other upper respiratory allergies
■ temporarily relieves these symptoms due to hay
fever (allergic rhinitis)
■ runny nose
■ sneezing
■ itchy, watery eyes
■ itching of the nose or throat
■ temporarily restores freer breathing through the nose

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions, or
Parkinson's disease), or for 2 weeks after stopping
the MAOI drug. If you do not know if your
prescription drug contains an MAOI, ask a doctor or
pharmacist before taking this product.
■ to make a child sleepy

**Ask a doctor before use if you have**
■ heart disease       ■ high blood pressure
■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or
chronic bronchitis
■ cough that lasts or is chronic such as occurs with
smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are**
taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ may cause marked drowsiness
■ avoid alcoholic beverages
■ alcohol, sedatives, and tranquilizers may increase
drowsiness
■ be careful when driving a motor vehicle or operating
machinery
■ excitability may occur, especially in children     ►

---

## Drug Facts (continued)

**Stop use and ask a doctor if**
■ you get nervous, dizzy, or sleepless
■ symptoms do not get better within 7 days or are
accompanied by fever
■ cough lasts for more than 7 days, comes back, or
is accompanied by fever, rash, or persistent
headache. A persistent cough may be a sign of a
serious condition.

**If pregnant or breast-feeding, ask a health**
professional before use.
**Keep out of reach of children.** In case of overdose,
get medical help or contact a Poison Control Center
right away (1-800-222-1222).

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosage cup provided
■ keep dosage cup with product
■ mL = milliliter

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to under 12 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other Information**
■ each 10 mL contains: sodium 4 mg
■ store at 20°-25°C (68°-77°F)

**Inactive Ingredients** anhydrous citric acid,
edetate disodium, FD&C blue no. 1, FD&C red no. 40,
flavor, glycerin, propylene glycol, purified water,
saccharin sodium, sodium benzoate, sorbitol solution

**Questions or comments?**
1-800-719-9260

Gluten Free
Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

‡ This product is not manufactured or distributed by
Pfizer, distributor of Children's Dimetapp®
Cold & Cough.

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD, DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2017 Walgreens.

 DOSAGE CUP PROVIDED

---

ITEM 126858   W10106-1217-L



3 11917 10249 8

LOT NO.

EXP.

A-955



NDC 0363-0686-40

# Walgreens

Compare to the active ingredients in Vicks® DayQuil®‡‡

## DAYTIME • NON-DROWSY
# Cold & Flu

ACETAMINOPHEN /
ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
PHENYLEPHRINE HCl /
NASAL CONGESTION

Multi-Symptom

- Pain reliever, fever reducer, cough suppressant & nasal decongestant
- Antihistamine free
- Alcohol free

12 FL OZ (355 mL)

: 65640 94 F7



DISTRIBUTED BY: WALGREEN CO.,
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com | ©2021 Walgreen Co.

ITEM 163066   W10107-0522-F

DO NOT USE IF PRINTED NECKBAND
IS BROKEN OR MISSING

Gluten Free
W3ORG0222-F

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms:
■ cough due to minor throat and bronchial irritation
■ nasal congestion  ■ minor aches and pains
■ sore throat  ■ headache  ■ fever

**Warnings**
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if  ■ adult takes more than 4,000 mg of acetaminophen in 24 hours  ■ child takes more than 5 doses in 24 hours  ■ taken with other drugs containing acetaminophen  ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening
■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◄ PEEL BACK AT CORNER FOR MORE INFORMATION

: 65640 94 B1



### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use  ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

### Drug Facts (continued)

Stop use and ask a doctor if  ■ you get nervous, dizzy or sleepless  ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)  ■ fever gets worse or lasts more than 3 days  ■ redness or swelling is present  ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning  ■ only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |

ADHESIVE AREA • NO VARNISH • NO TYPE



Ask a doctor before use if you have
■ liver disease  ■ heart disease
■ high blood pressure
■ thyroid disease  ■ diabetes
■ trouble urinating due to an
enlarged prostate gland  ■ cough
that occurs with too much phlegm
(mucus)  ■ persistent or chronic
cough such as occurs with smoking,
asthma, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

When using
this
product
do not use
more than
directed
◄

children 6 to under 6 yrs | ask a doctor
⬛ do not use

**Other information** ■ each 15 mL contains:
sodium 7 mg  ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole,
edetate disodium, FD&C yellow no. 6, flavor,
glycerin, menthol, monobasic sodium phosphate,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sucrose, xanthan gum

**Questions?** 1-800-719-9260

†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††This product is not
manufactured or
distributed by The
Procter & Gamble
Company, owner of
the registered
trademarks Vicks®
and DayQuil®.

A-957

NDC 0363-0942-65



# *Walgreens*

Compare to the active ingredients
in Maximum Strength Mucinex®
FAST-MAX® Cold & Flu*

## DAYTIME
# Cold & Flu

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** / COUGH SUPPRESSANT
**GUAIFENESIN** / EXPECTORANT
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

Maximum Strength

• Relieves headache, body pain,
  sore throat, fever, chest congestion,
  cough, nasal congestion,
  sinus congestion & pressure
• 12 years & older

## 6 FL OZ (177 mL)



Our pharmacists
recommend the Walgreens
brand. We invite you to
compare to national brands.
*This product is not manufactured
or distributed by Walgreen [Inc.] LLC.,
owner of the registered trademark
Maximum Strength Mucinex®
FAST-MAX® Cold & Flu.

DISTRIBUTED BY WALGREEN CO.
DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2019 Walgreen Co.

8-042-45-ORG
SO844 0742320343245
ITEM 875753 1000000-0000-0
W3ORG0923-F

3 11917 03987 3

**PARENTS:** PEEL BACK TAB TO READ COMPLETE DRUG FACTS AND INFORMATION

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

## Drug Facts

| Active ingredients (in each 20 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these common cold and
flu symptoms: ■ nasal congestion ■ stuffy nose
■ minor aches and pains ■ headache ■ cough
■ sore throat ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to
rid the bronchial passageways of bothersome mucus and make
coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver
damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product ▸

No Print / No Varnish Area
Lot # and Exp. Info

**Drug Facts (continued)**

**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ hives ■ rash ■ skin reddening
If a skin reaction occurs, stop use and seek medical
help right away.
**Sore throat warning:** If sore throat is severe, persists
for more than 2 days, is accompanied or followed by
fever, headache, rash, nausea, or vomiting, consult a
doctor promptly.

**Do not use** ■ with any other drug containing
acetaminophen (prescription or nonprescription).
If you are not sure whether a drug contains
acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions, or
Parkinson's disease), or for 2 weeks after stopping
the MAOI drug. If you do not know if your
prescription drug contains an MAOI, ask a doctor
or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this
product or any of its ingredients

**Ask a doctor before use if you have** ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ liver disease ■ thyroid disease ■ heart disease
■ difficulty in urination due to enlargement of the
prostate gland ■ high blood pressure
■ persistent or chronic cough such as occurs with
smoking, asthma, chronic bronchitis, or
emphysema

**Ask a doctor or pharmacist before use if you are**
taking the blood thinning drug warfarin.

When using this product do not exceed
recommended dosage. ▸

**Drug Facts (continued)**

**Stop use and ask a doctor if** ■ pain, nasal
congestion, or cough gets worse or lasts more than
7 days ■ new symptoms occur
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ cough comes
back or occurs with rash or headache that lasts. These
could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.** In case of overdose,
get medical help or contact a Poison Control Center
right away. Prompt medical attention is critical for
adults as well as for children even if you do not notice
any signs or symptoms.

**Directions** ■ do not take more than directed
■ do not take more than 6 doses in any 24-hour period
■ mL = milliliter
■ only use the dose cup provided
■ adults and children 12 years and over: 20 mL in
dosing cup provided every 4 hours
■ children under 12 years: do not use

**Other information**
■ each 20 mL contains: sodium 10 mg
■ store at 25°C (77°F); excursions permitted between
15°-30°C (59°-86°F)
■ use by expiration date on package

**Inactive ingredients**
anhydrous citric acid, disodium edetate, FD&C blue #1,
FD&C red #40, flavors, glycerin, polyethylene glycol,
propylene glycol, purified water, sodium benzoate,
sodium citrate dihydrate, sodium metabisulfite, sorbitol,
sucralose, xanthan gum

*Questions or comments?* Call 1-800-426-9391

HINGE

HINGE



**Drug Facts (continued)**

- persistent or chronic cough such as occurs with smoking, asthma, or emphysema  ■ heart disease  ■ diabetes  ■ thyroid disease  ■ liver disease  ■ high blood pressure

Ask a doctor or pharmacist before use if the user is taking the blood thinning drug warfarin.

When using this product do not exceed recommended dosage.

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- fever gets worse or lasts more than 3 days
- redness or swelling is present  ■ new symptoms occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

Our pharmacists recommend the Walgreens brand.
We invite you to compare to national brands.
This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademark Vicks® DayQuil® Cold & Flu.

DISTRIBUTED BY WALGREEN CO.
304 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2022 Walgreen Co.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

ITEM 852225  W00000-0000-0

**Do Not Take Daytime and Nighttime Products at the Same Time.**

W3OHG0922-F
50844  REV0323A01202  REV0423

No Print / No Varnish Area
Lot # and Exp. Info

**PLASTIC BOTTLE**

► PEEL HERE FOR MORE DRUG FACTS

---

**A-958**

**Walgreens**

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu™

**DAY**

# Cold & Flu

**ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT PHENYLEPHRINE HCl / NASAL DECONGESTANT**

- Relieves headaches, fever, sore throat, minor aches & pains, cough
- Nasal congestion

Ages 6 Years and Over

**12 FL OZ (355 mL)**       Menthol Flavor

---

**Drug Facts**                    TAMPER EVIDENT: DO NOT USE IF PRINTED NECK WRAP IS BROKEN OR MISSING

| Active Ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**  ■ temporarily relieves common cold and flu symptoms:  ■ sore throat  ■ nasal congestion  ■ minor aches and pains  ■ cough due to minor throat and bronchial irritation  ■ headache  ■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if the user has**
- difficulty in urination due to enlargement of the prostate gland
- cough that occurs with too much phlegm (mucus)  ►

---

**Drug Facts (continued)**

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**  ■ do not take more than directed
- do not exceed 4 doses per 24 hours
- mL = milliliter
- only use the dose cup provided

| | |
|---|---|
| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children under 6 years | do not use |

**Other Information**
- each 15 mL contains: sodium 13 mg
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- use by expiration date on package

**Inactive Ingredients** anhydrous citric acid, FD&C yellow #6, flavors, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sodium saccharin, sorbitol, sucralose

**[Questions or comments? 1-800-426-9094]**

# A-959



**DAY & NIGHT PACK**

A-960





A-961

DAY & NIGHT PACK   NDC 0363-8406-08

**Walgreens**

Compare to the active ingredients in
Vicks® DayQuil® Severe Cold & Flu
and Vicks® NyQuil® Severe Cold & Flu

DAYTIME
**Severe Cold & Flu**
ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

NIGHTTIME
**Severe Cold & Flu**
ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE / ANTIHISTAMINE
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

**16** CAPLETS     ACTUAL SIZE

**8** CAPLETS     ACTUAL SIZE

**24 TOTAL CAPLETS**

A-962

DO NOT PRINT
LOT & EXP ONLY
100% SATISFACTION GUARANTEED
walgreens.com
PARENTS:
Drug Facts
DAY & NIGHT PACK
Walgreens
DAYTIME
Severe Cold & Flu
ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
Maximum Strength
32 CAPLETS
NIGHTTIME
Severe Cold & Flu
ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
Maximum Strength
16 CAPLETS
48 TOTAL CAPLETS

A-963



**Walgreens**

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu*

DAY

# Severe Cold & Flu

ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

**Maximum Strength**

• Relieves headache, fever, sore throat, minor aches & pains, chest congestion, thins & loosens mucus, nasal congestion, sinus pressure & cough

**24 CAPLETS**

**Drug Facts**

**Drug Facts (continued)**

**Drug Facts (continued)**

**Questions or comments?**
1-800-000-0000

No Print/No Varnish
Lot # & Exp. Area

A-964



NDC 0363-0078-45

**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® NIGHTSHIFT® Severe Cold & Flu®

NIGHTTIME

# Severe Cold & Flu

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** / COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT
**TRIPROLIDINE HCl** / ANTIHISTAMINE

**Maximum Strength**

- Relieves headache, body pain, sore throat, fever, itchy throat, cough, nasal congestion, runny nose & sneezing
- 12 years & older

**6 FL OZ (177 mL)**

F-0078-45 ORG



No Print / No Varnish Area
Lot # and Exp. Info

**Drug Facts**

**Active Ingredients (in each 20 mL)    Purpose**
Acetaminophen 650 mg.........................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg..........................Cough suppressant
Phenylephrine HCl 10 mg.................................Nasal decongestant
Triprolidine HCl 2.5 mg..............................................Antihistamine

**Uses** ■ temporarily relieves these common cold and flu symptoms: ■ nasal congestion ■ sore throat ■ minor aches and pains ■ cough ■ sinus congestion and pressure ■ sneezing ■ itching of the nose or throat ■ runny nose ■ itchy, watery eyes due to hay fever ■ headache ■ temporarily reduces fever ■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ rash ■ blisters ■ skin reddening. If a skin reaction occurs, stop use and

**Drug Facts (continued)**

seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ if you have ever had an allergic reaction to this product or any of its ingredients ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ diabetes ■ cough that occurs with too much phlegm (mucus) ■ heart disease ■ liver disease ■ difficulty in urination due to enlargement of the prostate gland ■ high blood pressure ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ glaucoma ■ a breathing problem such as emphysema or chronic bronchitis ■ thyroid disease

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product**
■ do not exceed recommended dosage ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ avoid alcoholic beverages

**Drug Facts (continued)**

■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ new symptoms occur ■ nervousness, dizziness, or sleeplessness occur ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed ■ do not take more than 4 doses in any 24-hour period ■ mL = milliliter ■ only use the dose cup provided ■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours ■ children under 12 years: do not use

**Other Information**
■ store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F) ■ see by expiration date on package

**Inactive Ingredients** anhydrous citric acid, FD&C blue #1, FD&C red #40, FD&C yellow #6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**(Questions or comments?** 1-800-426-9391



**Drug Facts**

**Active ingredients (in each caplet)** — **Purpose**

Acetaminophen 325 mg ... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ... Cough suppressant
Doxylamine succinate 6.25 mg ... Antihistamine
Phenylephrine HCl 5 mg ... Nasal decongestant

**Drug Facts (continued)**

**Uses** ■ temporarily relieves common cold and flu symptoms:
■ sinus congestion and pressure ■ sore throat ■ fever ■ headache ■ nasal congestion ■ minor aches and pains ■ cough due to minor throat and bronchial irritation ■ runny nose and sneezing

---

*(additional Drug Facts continued panels with Warnings, Do not use, Ask a doctor, Directions, Other information, Inactive ingredients, Questions or comments? 1-800-426-9391)*

---

**Walgreens**

Compare to Vicks® NyQuil® Severe Cold & Flu active ingredients*

**NIGHTTIME**

NDC 0363-4770-08

# Severe Cold & Flu

**ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT**
**DOXYLAMINE SUCCINATE / ANTIHISTAMINE**
**PHENYLEPHRINE HCl / NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

• Relieves headache, fever, sore throat, minor aches & pains, nasal/sinus congestion & sinus pressure, sneezing, runny nose & cough

**24 CAPLETS**

ACTUAL SIZE

PHARMACIST **Walgreens** RECOMMENDED
Health expertise you rely on™

100% SATISFACTION GUARANTEED
walgreens.com
DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
©2019 Walgreen Co.

OFG0019-F

Do not print
Lot and Exp Only

B-3201-677-03-HR
REV05199567708

CFG0019-F



*Walgreens*   A-966

Compare to Mucinex® Fast-Max® Cold,
Flu & Sore Throat active ingredients‖

MUCUS RELIEF          NDC 0363-1209-30

# Cold, Flu & Sore Throat

ACETAMINOPHEN /
PAIN RELIEVER & FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

**MAXIMUM STRENGTH**

- Relieves headache, fever, sore throat, nasal & chest congestion
- Thins & loosens mucus
- Controls cough
- 12 years & older

6 FL OZ (180 mL)

: 16930 94 F1



**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD. DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com   ©2017 Walgreen Co.
ORG0110-F

**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves these common cold and flu symptoms: cough nasal congestion minor aches and pains headache sore throat temporarily reduces fever temporarily promotes nasal and/or sinus drainage helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make cough more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take more than 4,000 mg of acetaminophen in 24 hours with other drugs containing acetaminophen 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: skin reddening blisters rash. If a skin reaction occurs, stop use and seek medical help right away.

◄ PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

: 16930 94 B1

**Drug Facts (continued)**
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** do not take more than directed (see Overdose warning) do not take more than 5 doses in any 24-hour period measure only with dosing cup provided do not use dosing cup with other products dose as follows or as directed by a doctor adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours children under 12 years of age: do not use

**Other Information** each 20 mL contains: sodium 7 mg dosing cup provided store at 20-25°C (68-77°F) do not refrigerate

**Inactive Ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, triethyl citrate, xanthan gum

**Questions or comments?**
1-800-719-9260

‖This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Fast-Max® Cold, Flu & Sore Throat.

**Drug Facts (continued)**
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. If you have ever had an allergic reaction to this product or any of its ingredients.

Ask a doctor before use if you have liver disease heart disease diabetes high blood pressure thyroid disease trouble urinating due to an enlarged prostate gland persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if nervousness, dizziness or sleeplessness occur pain, nasal congestion, or cough gets worse or lasts more than 7 days fever gets worse or lasts more than 3 days redness or swelling is present new symptoms occur cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ►



A-967   NDC 0363-8005-8 i

# Walgreens

Compare to the active ingredients in Maximum Strength Mucinex® FAST-MAX® Cold, Flu & Sore Throat*

# Cold, Flu & Sore Throat

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

- Relieves body pain, headache, fever & sore throat
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus
- Ages 12 years & over

6 FL OZ (177 mL)



**PARENTS:** PEEL BACK TAB TO READ COMPLETE DRUG FACTS AND INFORMATION

50844 QRG053200545

DISTRIBUTED BY: ITEM 769447 W00000-0060-0
WALGREEN CO.
DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2023 Walgreen Co.                    W3ORG0923-F

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
**This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® FAST-MAX® Cold, Flu & Sore Throat.

## Drug Facts

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING.

**Active ingredients (in each 20 mL)    Purpose**
Acetaminophen 650 mg ..............Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ...............Cough suppressant
Guaifenesin 400 mg ...................................Expectorant
Phenylephrine HCl 10 mg ...................Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms:
■ minor aches and pains
■ sinus congestion and pressure
■ stuffy nose   ■ nasal congestion
■ sore throat   ■ cough   ■ headache
■ temporarily promotes nasal and/or sinus drainage
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ►

*No Print / No Varnish Area*
*Lot # and Exp. Info*

## Drug Facts (continued)

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ rash   ■ blisters   ■ skin reddening. If a skin reaction occurs, stop use and seek medical help right away.   Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**   ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.   ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.   ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ cough that occurs with too much phlegm (mucus)
■ liver disease   ■ heart disease   ■ diabetes
■ difficulty in urination due to enlargement of the prostate gland   ■ high blood pressure   ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema   ■ thyroid disease

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin. ►

## Drug Facts (continued)

When using this product do not exceed recommended dosage.

**Stop use and ask a doctor if**
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days   ■ new symptoms occur
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**   ■ do not take more than directed
■ do not take more than 6 doses in any 24-hour period
■ mL = milliliter   ■ only use the dose cup provided
■ dose as follows or as directed by a doctor
■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years: do not use

**Other information**   ■ each 20 mL contains: sodium 10 mg   ■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)   ■ use by expiration date on package

**Inactive ingredients** anhydrous citric acid, FD&C blue #1, FD&C red #40, flavors, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose

**Questions or comments?** 1-800-426-9391



**Walgreens**

DAYTIME • NON-DROWSY
# Cold & Flu

NIGHTTIME
# Cold & Flu

## DAY & NIGHT PACK

NDC 0363-0047-02



**Walgreens**

Compare to the active ingredients in
Vicks® DayQuil® & Vicks® NyQuil®††

### DAYTIME
### NON-DROWSY
# Cold
# & Flu

ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr /
COUGH
PHENYLEPHRINE HCl /
NASAL CONGESTION

**Multi-Symptom**

• Pain reliever, fever reducer,
  cough suppressant
  & nasal decongestant
• Antihistamine free
• Alcohol free

### NIGHTTIME
# Cold
# & Flu

ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr /
COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE

**Multi-Symptom**

• Pain reliever, fever reducer,
  cough suppressant
  & antihistamine
• ALCOHOL 10%

Gluten Free



| PAPER BOX | PLASTIC BOTTLE | PLASTIC CUP |

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

*Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††These products are not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademarks Vicks® NyQuil® and DayQuil®.

## 2 - 12 FL OZ (355 mL) BOTTLES / TOTAL 24 FL OZ (1.5 pt) (710 mL)

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens*
**100%** SATISFACTION GUARANTEED

ITEM 165449  W10 108-0722-L

A-969



Nighttime Cold & Flu

## Drug Facts

**Active ingredients (in each 30 mL)** — **Purpose**
Acetaminophen 650 mg ............................ Pain reliever/fever reducer
Dextromethorphan HBr 30 mg ............................ Cough suppressant
Doxylamine succinate 12.5 mg ............................ Antihistamine

**Uses** temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- sore throat  ■ headache  ■ minor aches and pains
- fever  ■ runny nose and sneezing

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while taking this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease  ■ glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

Ask a doctor or pharmacist before use if you are
- taking sedatives or tranquilizers  ■ taking the blood thinning drug warfarin

When using this product
- excitability may occur, especially in children
- marked drowsiness may occur  ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- pain or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed – see Overdose warning

| ■ only use the dose cup provided | ■ do not exceed 4 doses per 24 hrs |
|---|---|
| adults & children 12 yrs & over | 30 mL, every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- each 30 mL contains: sodium 56 mg
- store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow no. 10, FD&C green no. 3, FD&C yellow no. 6, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions or comments?** 1-800-719-9260

---

Daytime Cold & Flu

## Drug Facts

**Active ingredients (in each 15 mL)** — **Purpose**
Acetaminophen 325 mg ............................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ............................ Cough suppressant
Phenylephrine HCl 5 mg ............................ Nasal decongestant

**Uses**
- temporarily relieves common cold/flu symptoms:
- nasal congestion  ■ cough due to minor throat and bronchial irritation
- sore throat  ■ headache  ■ minor aches and pains  ■ fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease  ■ heart disease  ■ high blood pressure
- thyroid disease  ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed
- Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed – see Overdose warning

| ■ only use the dose cup provided | ■ do not exceed 4 doses per 24 hrs |
|---|---|
| adults & children 12 yrs & over | 30 mL, every 4 hrs |
| children 6 to under 12 yrs | 15 mL, every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- each 15 mL contains: sodium 7 mg  ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, saccharin sodium, sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-800-719-9260

W3OO00422-F

 

**DAYTIME · NON-DROWSY**
# Cold & Flu

**NIGHTTIME**
# Cold & Flu

## DAY & NIGHT PACK

NDC 0363-1720-02

DO NOT USE IF PRINTED NECKBAND IS
BROKEN OR MISSING



Compare to the active ingredients in
Vicks® DayQuil® & Vicks® NyQuil®††

**DAYTIME
NON-DROWSY**
# Cold & Flu

ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr /
COUGH
PHENYLEPHRINE HCl /
NASAL CONGESTION

Multi-Symptom

- Pain reliever, fever reducer,
  cough suppressant
  & nasal decongestant
- Antihistamine free
- Alcohol free

**NIGHTTIME**
# Cold & Flu

ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr /
COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE

Multi-Symptom

- Pain reliever, fever reducer,
  cough suppressant
  & antihistamine
- **ALCOHOL 10%**



Cherry
flavor

2 – 12 FL OZ (355 mL) BOTTLES / TOTAL 24 FL OZ (1.5 pt) (710 mL)

Gluten Free



PAPER BOX | PLASTIC BOTTLE | PLASTIC CUP

# PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††These products are not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademarks Vicks® NyQuil® and DayQuil®.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015



**100%** SATISFACTION
GUARANTEED

ITEM 984300  W10106-0722-L

A-971



A-972


**Walgreens**

**DAY & NIGHT PACK**

NDC 0363-0677-02

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING


**Walgreens**



Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu & Vicks® NyQuil® Severe Cold & Flu†

## DAYTIME NON-DROWSY
# Severe Cold & Flu

ACETAMINOPHEN / ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
GUAIFENESIN / CHEST CONGESTION
PHENYLEPHRINE HCI /
NASAL CONGESTION

[ Maximum Strength ]

• Pain reliever, fever reducer, cough suppressant, expectorant & nasal decongestant
• Antihistamine free
• Alcohol free

## NIGHTTIME
# Severe Cold & Flu

ACETAMINOPHEN / ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE
PHENYLEPHRINE HCI /
NASAL & SINUS CONGESTION /
SINUS PRESSURE

[ Maximum Strength ]

• Pain reliever, fever reducer, cough suppressant, antihistamine & nasal decongestant
• ALCOHOL 10%

Gluten Free



PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

¹Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
†These products are not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® NyQuil® and DayQuil®.

2 - 12 FL OZ (355 mL) BOTTLES / TOTAL 24 FL OZ (1.5 pt) (710 mL)

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens*
**100% SATISFACTION GUARANTEED**
walgreens.com
©2022 Walgreen Co.

ITEM 808829  W10100-0722-L



3   11917 17820   2



A-974

NDC 0363-5001-40

# Walgreens

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu‡‡

## DAYTIME · NON-DROWSY

# Severe
# Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER /
FEVER REDUCER
PHENYLEPHRINE HCl /
NASAL DECONGESTANT
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT

**Maximum Strength**

- Headache, fever, sore throat, minor aches & pains
- Chest congestion, thins & loosens mucus
- Nasal/sinus congestion, sinus pressure
- Cough

Honey flavor

## 12 FL OZ (355 mL)

: 51040 94 F1



DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2022 Walgreen Co.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

ITEM 714456
W10107-0623-F
REV-0923

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 51040 94 82

### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

### Drug Facts (continued)

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |

ADHESIVE AREA
NO VARNISH · NO TYPE



Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ high blood pressure   ■ diabetes
■ thyroid disease   ■ cough that
occurs with too much phlegm (mucus)
■ trouble urinating due to an
enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

When using
this product
do not use
more than
directed



do not use

**Other information** ■ each 15 mL contains:
sodium 15 mg   ■ store at 20-25°C (68-77°F).
Do not refrigerate.

**Inactive ingredients** anhydrous citric acid,
D&C yellow #10, edetate disodium, FD&C
green #3, FD&C red #40, FD&C yellow #6,
flavor, glycerin, polyethylene glycol, propylene
glycol, purified water, saccharin sodium, sodium
benzoate, sodium chloride, sodium citrate,
sorbitol solution, sucralose, xanthan gum

**Questions?** 1-800-719-9260

Our pharmacists recommend the
Walgreens brand. We invite you
to compare to national brands.
* This product is not manufactured
or distributed by The Procter &
Gamble Company, owner of the
registered trademarks Vicks® and
DayQuil®.

A-976





**DO NOT PRINT Lot and Exp ONLY**

**Drug Facts (continued)**

Inactive ingredients corn starch, FD&C red #3, FD&C red #40, FD&C yellow #5, FD&C yellow #6, gelatin, hydroxypropyl cellulose, hypromellose, non-crosscarmellose sodium, povidone, hypromellose, oxide black, iron oxide red, iron oxide yellow.

Other information
■ contains FD&C Yellow #5 (tartrazine) as a color additive

Directions
■ do not take more than directed
■ adults and children 12 years and over
   ■ take 2 gelcaps every 4 hours
   ■ do not take more than 10 gelcaps in 24 hours
■ children under 12 years: ask a doctor

**Drug Facts (continued)**

TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN ■ store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F)
■ see end by lot expiration date and lot number
high humidity.

**Questions or comments?** 1-800-825-4391

Drug Facts (continued)
magnesium stearate, microcrystalline cellulose, polyethylene glycol, povidone, propylene glycol, shellac, starch, silicon dioxide, stearic acid, titanium dioxide.

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
■ a breathing problem such as emphysema or chronic bronchitis ■ high blood pressure
■ heart disease ■ liver disease
■ difficulty in urination due to enlargement of the

**Drug Facts (continued)**

Temporarily relieves these additional symptoms of hay fever: ■ itchy, watery eyes
■ itching of the nose or throat
■ helps clear nasal passages
■ helps decongest sinus openings and passages

DISTRIBUTED BY:
WALGREEN CO.
200 WILMOT RD.
DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

Our pharmacists recommend the Walgreens brand.

how2recycle.info

ITEM 510071   W00000-0000-0

50844
REV0422A55908

W3ORG0821-F2
REV0622

**Drug Facts (continued)**

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

When using this product
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ drowsiness may occur ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ avoid alcoholic beverages
■ use caution when driving a motor vehicle or operating machinery ■ avoid alcoholic beverages



**Drug Facts (continued)**

**Uses** ▪ temporarily relieves these symptoms of hay fever or other upper respiratory allergies: ▪ runny nose and sneezing ▪ itchy, watery eyes ▪ itchy throat ▪ nasal congestion ▪ sinus congestion and pressure ▪ headache

**A-978**

**Drug Facts**

**Active Ingredients**
(in each gelcap)
Acetaminophen 325 mg ............ Pain Reliever
Chlorpheniramine maleate 2 mg ... Antihistamine
Phenylephrine HCl 5 mg ....

**Purpose**

KEEP OUTER PACKAGE FOR
COMPLETE PRODUCT INFORMATION

NDC 0363-0559-08

B-2201-559-08-HR
REV0422A559908

# Walgreens
PHARMACIST RECOMMENDED

## MULTI-SYMPTOM
# Allergy

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER
**CHLORPHENIRAMINE MALEATE** 2 mg / ANTIHISTAMINE
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

• Relief of runny nose, sneezing, itchy,
  watery eyes & itchy throat or nose

**24** GELCAPS

ACTUAL SIZE

Your pharmacists recommend the Walgreens brand. We invite you to compare to national brand.
†This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Sinus Congestion.

60290 11917 06209

ITEM 501956 W0000-0000-0

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

## Drug Facts

| Active ingredient (in each tablet) | Purpose |
|---|---|
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves sinus congestion and pressure

**Warnings**

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- difficulty in urination due to enlargement of the prostate gland

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with fever

### Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
- children under 12 years: ask a doctor

**Other information**
- **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dibasic calcium phosphate dihydrate, FD&C red #40, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium citrate dihydrate, titanium dioxide

**Questions or comments? 1-800-925-9201**

MADE IN INDIA
WIC #XXXXX-X
REV 01/22

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

W000-0000-00
ORIGXXXXXXXX

## Walgreens

## Walgreens

NDC 0363-4531-07

Compare to the active ingredient in Sudafed PE® Sinus Congestion†

**NON-DROWSY**
# Nasal Decongestant PE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

Maximum Strength

- Relieves sinus pressure & congestion   • Pseudoephedrine free

**36** TABLETS

ACTUAL SIZE

No print area
Lot no/Exp date

how2recycle.info
PAPER TUBE
50844  CR00802045307

Case 1:23-md-03089-BMC   Document 200-20   Filed 05/03/24   Page 44 of 48 PageID #: 3169



# Walgreens

Compare to Vicks® NyQuil™
Severe Nighttime Cold &
Flu Relief active ingredients††

NDC 0363-0551-26

**NIGHTTIME**

# Severe Cold & Flu

ACETAMINOPHEN / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE / ANTIHISTAMINE
PHENYLEPHRINE HCl / NASAL DECONGESTANT

**MAXIMUM STRENGTH**

- Pain reliever, fever reducer,
cough suppressant, antihistamine
& nasal decongestant

ORIGINAL
FLAVOR

8 FL OZ (237 mL)

## DO NOT USE IF IMPRINTED SEAL AROUND CAP IS MISSING OR BROKEN

## Drug Facts

**Active Ingredients** — **Purpose**
(in each 30 mL dose cup or 2 tablespoons)
Acetaminophen 650 mg............Pain reliever/Fever reducer
Dextromethorphan HBr 20 mg............Cough suppressant
Doxylamine Succinate 12.5 mg............Antihistamine
Phenylephrine HCl 10 mg............Nasal decongestant

**Uses** Temporarily relieves cold/flu symptoms: ■ nasal
congestion ■ sinus congestion & pressure ■ sore throat
■ headache ■ minor aches and pains ■ runny nose and
sneezing ■ temporarily reduces fever ■ cough due to
minor throat and bronchial irritation ■ promotes nasal
and/or sinus drainage

**Warnings** Liver warning: This product contains
acetaminophen. Severe liver damage may occur if you
take ■ more than 4 doses in 24 hours, which is the
maximum daily amount ■ with other drugs containing
acetaminophen ■ 3 or more alcoholic drinks daily while
using this product.
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include: ■ skin reddening
■ blisters ■ rash. If a skin reaction occurs, stop use and
seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for
more than 2 days, is accompanied or followed by fever,
headache, rash, nausea or vomiting, consult a doctor promptly.
**Do not use:** ■ with any other drug containing ►

## Drug Facts (cont'd)

acetaminophen (prescription or nonprescription). If
you are not sure whether a drug contains
acetaminophen, ask a doctor or pharmacist ■ If you
are now taking a prescription monoamine oxidase
inhibitor (MAOI) (certain drugs for depression,
psychiatric, or emotional conditions, or Parkinson's
disease), or for 2 weeks after stopping the MAOI
drug. If you do not know if your prescription drug
contains an MAOI, ask a doctor or pharmacist
before taking this product. ■ to make a child sleep.

**Ask a doctor before use if you have** ■ a sodium
restricted diet ■ liver disease ■ heart disease ■
glaucoma ■ high blood pressure ■ thyroid disease
■ diabetes ■ cough that occurs with too much
phlegm (mucus) ■ a breathing problem or chronic
cough that lasts or as occurs with smoking, asthma,
chronic bronchitis or emphysema ■ trouble
urinating due to enlarged prostate gland. ►

DISTRIBUTED BY WALGREEN CO., 200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED walgreens.com ©2020 Walgreen Co.
LR-151   ITEM 268047   W10139-1120-F

## Drug Facts (cont'd)

Ask a doctor or pharmacist before use if you are taking sedatives or
tranquilizers ■ taking the blood thinning drug warfarin.

When using this product ■ do not use more than directed ■ avoid
alcoholic drinks ■ marked drowsiness may occur ■ excitability may occur,
especially in children ■ be careful when driving a motor vehicle or operating
machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ redness
or swelling is present ■ pain, nasal congestion or cough gets worse or lasts more
than 7 days ■ fever gets worse or lasts more than 3 days ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be
signs of a serious condition.

If pregnant or breast feeding, ask a health professional before use. Keep out
of reach of children. In case of overdose, get medical help or contact a Poison
Control Center right away. Quick medical attention is critical for adults as well as
for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as recommended. See Warnings
■ use dose cup or tablespoon (TBSP)
■ do not exceed 4 doses per 24 hours

| Age | Dose |
|---|---|
| Adults & children 12 years and over | 30 mL (2 TBSP) every 4 hours |
| Children 4 to under 12 years | Ask a doctor |
| Children under 4 years | Do not use |

**Other Information**
■ each 30 mL contains: sodium 45 mg
■ store at room temperature

**Inactive Ingredients** anhydrous citric acid, D&C Green # 10, FD&C Green
# 3, FD&C Yellow # 6, flavor, glycerin, propylene glycol, purified water,
saccharin sodium, sodium benzoate, sodium citrate, sorbitol, xanthan gum

**Questions?** Call weekdays from 9:30 AM to 4:30 PM EST at
1-877-790-5494

Walgreens Pharmacist Recommended
Walgreens Pharmacist (as set)

††This product is not manufactured or distributed by
Procter & Gamble, distributor of the registered
trademark Vicks® NyQuil™ Severe.

A-981



NDC 0363-2029-40

# Walgreens

Compare to the active ingredients in Vicks® NyQuil® Severe Cold & Flu™

## NIGHTTIME
# Severe
# Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
PHENYLEPHRINE HCI / NASAL DECONGESTANT
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE / ANTIHISTAMINE

**Maximum Strength**

- Headache, fever, sore throat, minor aches & pains
- Nasal/sinus congestion, sinus pressure
- Sneezing & runny nose
- Cough • Cold & flu

Honey flavor

## 12 FL OZ (355 mL)

: 8L540 94 F1

---

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2022 Walgreen Co.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

ITEM 714663
W10107-0623-F
REV-0323
DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine Succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash  If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult ◄ a doctor promptly.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 8L540 94 B2

---

## Drug Facts
(continued)

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients ■ to make a child sleepy

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ high blood pressure ■ glaucoma ■ thyroid disease ■ diabetes ■ cough that occurs with too much

---

## Drug Facts
(continued)

■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

ESWE AREA
NO VARNISH • NO TYPE

ADHESIVE AREA
NG • NO VARNISH • NO TYPE



ADN
NO COATING *

pregn (mucus)  ■ trouble urinating
due to an enlarged prostate gland
■ a breathing problem such as
emphysema or chronic bronchitis
■ persistent or chronic cough such
as occurs with smoking, asthma, or
emphysema

**Ask a doctor or pharmacist before
use if you are  ■ taking the blood
thinning drug warfarin  ■ taking
sedatives or tranquilizers**

**When using this product**
■ do not use more than directed
            ■ excitability may
                  occur,
                  especially
                  in children
                  ■ marked
                  drowsiness
                  may occur
                  ◄

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

*Other information*  ■ each 15 mL contains:
sodium 15 mg  ■ store at 20-25°C (68-77°F)

*Inactive ingredients* anhydrous citric acid,
D&C yellow #10, edetate disodium, FD&C green #3,
FD&C red #40, FD&C yellow #6, flavor, glycerin,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sodium benzoate,
sodium chloride, sodium citrate, sorbitol solution,
sucralose, xanthan gum

*Questions?*
1-800-719-9260

*Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
**This product is not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademarks Vicks® and NyQuil®.

NO COATI

**A-983**





A-984



NDC 0363-0603-40

## Walgreens

Compare to the active ingredients in
Vicks® DayQuil® Severe Cold & Flu*

**DAYTIME · NON-DROWSY**

# Severe
# Cold & Flu

ACETAMINOPHEN /
ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
GUAIFENESIN / CHEST CONGESTION
PHENYLEPHRINE HCl /
NASAL CONGESTION

**Maximum Strength**

• Pain reliever, fever reducer,
  cough suppressant, expectorant
  & nasal decongestant
• Antihistamine free
• Alcohol free

## 12 FL OZ (355 mL)

: L0340 94 F7



DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2021 Walgreen Co.

**PARENTS:**
Learn about your medicine abuse
www.StopMedicineAbuse.org

ITEM 330479
W10107-0622-F
Gluten Free
W3ORGO222-F

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

### Drug Facts

| Active Ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◄

PEEL BACK AT
CORNER FOR MORE
INFORMATION ►

: L0340 94 81

### Drug Facts (continued)

**When using this product do not use more than directed**

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other Information** ■ each 15 mL contains:

---

### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ cough that occurs with too much phlegm (mucus)