# 24-3296 (L)
## 25-119 (Con)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

NEWTON'S PHARMACY, INC.,

*Plaintiff-Appellant*

v.

PROCTOR & GAMBLE COMPANY, ET. AL.,

*Defendants-Appellees*

On Appeal from the United States District Court
For the Eastern District of New York

**PLAINTIFF-APPELLANT NEWTON'S PHARMACY, INC.'S**
**APPENDIX**
**Volume 5 of 6**

Joe P. Leniski, Jr.
HERZFELD, SUETHOLZ,
GASTEL, LENISKI AND WALL,
PLLC
223 Rosa L. Parks Avenue, Ste. 300
Nashville, Tennessee 37203
(615) 800-6225

Alyson S. Beridon
HERZFELD, SUETHOLZ,
GASTEL, LENISKI AND WALL
PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224

i.

# TABLE OF CONTENTS

Page

Exhibits to Amended Complaint - Initial Streamlined Consolidated New York Bellwether Class Action Complaint, *In Re: Oral Phenylephrine Marketing and Sales Practice,* Document Applies to All Cases, MDL No. 3089 (District Court Docket No. 200), dated May 3, 2024.......................... A-985

**A-985**

# Walgreens

## -PE Product Labels –

### -continued

# A-986



NDC 0363-0623-40

**Walgreens**

Compare to the active ingredients in
Vicks® NyQuil® Severe Cold & Flu*

NIGHTTIME

# Severe
# Cold & Flu

ACETAMINOPHEN /
ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE
PHENYLEPHRINE HCl / NASAL & SINUS
CONGESTION / SINUS PRESSURE

Maximum Strength

· Pain reliever, fever reducer,
cough suppressant, antihistamine
& nasal decongestant
· ALCOHOL 10%

12 FL OZ (355 mL)

## A-987



NDC 0363-0783-40

# Walgreens

Compare to the active ingredients in
Vicks® NyQuil® Severe Cold & Flu†

## NIGHTTIME

# Severe
# Cold & Flu

ACETAMINOPHEN /
ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE
PHENYLEPHRINE HCl / NASAL & SINUS
CONGESTION / SINUS PRESSURE

**Maximum Strength**

• Pain reliever, fever reducer,
  cough suppressant,
  antihistamine &
  nasal decongestant
• Alcohol free

**Mixed Berry flavor**

## 12 FL OZ (355 mL)

: 7L34D  94  F9

---

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2021 Walgreen Co.
ITEM 330480  W10107-0622-F
W3ORG0222-F

**PARENTS:** DO NOT USE IF PRINTED
NECKBAND IS BROKEN OR MISSING
Learn about teen medicine abuse

www.StopMedicineAbuse.org   Gluten Free

### Drug Facts

| Active Ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◄ PEEL BACK AT
CORNER FOR MORE
INFORMATION          : 7L34D  94  81

---

### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
■ liver disease ■ heart disease

ADHESIVE AREA • NO VARNISH • NO TYPE

---

### Drug Facts (continued)

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup

ADHESIVE AREA • NO VARNISH • NO TYPE

**AD**

**NO COATING**

■ high blood pressure   ■ thyroid disease   ■ diabetes   ■ glaucoma
■ cough that occurs with too much phlegm (mucus)   ■ a breathing problem such as emphysema or chronic bronchitis   ■ trouble urinating due to an enlarged prostate gland   ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**   ■ taking sedatives or tranquilizers   ■ taking the blood thinning drug warfarin

◄

provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

*Other information* ■ each 30 mL contains: sodium 41 mg   ■ store at 20-25°C (68-77°F)

*Inactive ingredients* anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

*Questions?*
1-800-719-9260

◊Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® and NyQuil®.

**NO COAT.**

A-989



NDC 0363-1357-01

**Walgreens**



Compare to the active ingredients
in Theraflu® Severe Cold & Cough†

## NIGHTTIME

# Severe
# Cold & Flu

**ACETAMINOPHEN** / PAIN RELIEVER /
FEVER REDUCER
**DIPHENHYDRAMINE HCl** / ANTIHISTAMINE /
COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

- Relieves nasal congestion, cough,
  body ache, sore throat pain,
  runny nose, sneezing,
  headache & fever



**6** PACKETS



Honey Lemon
infused with white tea flavors



†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††This product is not manufactured or
distributed by Novartis Consumer Health
S.A., owner of the registered trademark
Theraflu®.

W3ORG0122-F

A-990

CONVENIENT RECLOSING TAB

DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED

## Drug Facts

### Active ingredients (in each packet)          Purposes
Acetaminophen 650 mg...................................................Pain reliever/fever reducer
Diphenhydramine HCl 25 mg...................................Antihistamine/cough suppressant
Phenylephrine HCl 10 mg............................................................Nasal decongestant

### Uses
■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains    ■ minor sore throat pain    ■ headache
■ nasal and sinus congestion    ■ runny nose    ■ sneezing
■ itchy nose or throat    ■ itchy, watery eyes due to hay fever
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
Do not use    ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not
  sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for
  depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after
  stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a
  doctor or pharmacist before taking this product.
Ask a doctor before use if you have    ■ liver disease    ■ heart disease
■ high blood pressure    ■ thyroid disease    ■ diabetes    ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
Ask a doctor or pharmacist before use if you are    ■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin
When using this product    ■ do not exceed recommended dosage
■ avoid alcoholic drinks    ■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children
Stop use and ask a doctor if    ■ nervousness, dizziness, or sleeplessness occurs
■ redness or swelling is present    ■ fever gets worse or lasts more than 3 days
■ pain, cough or nasal congestion gets worse or lasts more than 7 days    ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a
  serious condition.    ▶

### OPEN OTHER END

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015    ITEM 638582  W10106-0522-L
100% SATISFACTION GUARANTEED
walgreens.com  ©2021 Walgreen Co.
MADE IN MEXICO



3  11917 21200  5

### Drug Facts (continued)
If pregnant or breast-feeding, ask a health
professional before use.
Keep out of reach of children. Overdose
warning: In case of overdose, get medical help or
contact a Poison Control Center right away
(1-800-222-1222). Prompt medical attention is
critical for adults as well as for children even if you
do not notice any signs or symptoms.

### Directions    ■ do not use more than
directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do
  not take more than 5 packets in 24 hours unless
  directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot
  water: sip while hot. Consume entire drink within
  10-15 minutes.
■ if using a microwave, add contents of one packet
  to 8 oz. of cool water: stir briskly before and
  after heating. Do not overheat.

### Other information
■ each packet contains: potassium 10 mg and
  sodium 25 mg
■ phenylketonurics: contains phenylalanine
  13 mg per packet
■ store at 20-25°C (68-77°F). Protect product from
  heat and moisture.

### Inactive ingredients  acesulfame potassium,
anhydrous citric acid, aspartame, colloidal silicon
dioxide, D&C yellow #10, FD&C blue #1, FD&C
red #40, flavors, maltodextrin, pregelatinized starch,
sodium citrate, sucrose, tribasic calcium phosphate

### Questions or comments?
1-800-719-9260

Gluten Free



A-991



**DAY & NIGHT PACK**

NDC 0363-1597-02




Compare to the active ingredients in
Vicks® DayQuil® Severe Cold & Flu
& Vicks® NyQuil® Severe Cold & Flu⁺⁺

## DAYTIME
## NON-DROWSY

# Severe
# Cold
# & Flu

ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
GUAIFENESIN / CHEST CONGESTION
PHENYLEPHRINE HCl /
NASAL CONGESTION

**Maximum Strength**

- Pain reliever, fever reducer,
  cough suppressant, expectorant
  & nasal decongestant
- Antihistamine free
- Alcohol free

## NIGHTTIME

# Severe
# Cold
# & Flu

ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE
PHENYLEPHRINE HCl /
NASAL & SINUS CONGESTION /
SINUS PRESSURE

**Maximum Strength**

- Pain reliever, fever reducer, cough
  suppressant, antihistamine
  & nasal decongestant
- Alcohol free



Mixed Berry
flavor

**2 – 12 FL OZ (355 mL) BOTTLES / TOTAL 24 FL OZ (1.5 pt) (710 mL)**

DO NOT USE IF PRINTED NECKBAND IS
BROKEN OR MISSING

Gluten Free



PAPER | PLASTIC | PLASTIC
BOX | BOTTLE | CUP

**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org

⁺Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
⁺⁺These products are not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademarks Vicks® NyQuil® and DayQuil®.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

ITEM 957037  W10106-0722-L


**100%** SATISFACTION
GUARANTEED

A-992



**Nighttime Severe Cold & Flu**

## Drug Facts

### Active Ingredients (in each 20 mL)                Purpose
Acetaminophen 500 mg ....................................... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ............................... Cough suppressant
Doxylamine succinate 12.5 mg ............................... Antihistamine
Phenylephrine HCl 10 mg .................................... Nasal decongestant

### Uses temporarily relieves common cold/flu symptoms:
- nasal congestion
- sinus congestion and pressure
- minor aches and pains
- headache
- fever
- sore throat
- runny nose and sneezing
- cough due to minor throat and bronchial irritation
- cough to help you sleep
- reduces swelling of nasal passages
- promotes nasal and/or sinus drainage
- temporarily restores freer breathing through the nose

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- a sodium restricted diet

Ask a doctor or pharmacist before use if you are
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

When using this product
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 20 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other Information
- each 30 mL contains sodium 61 mg
- store at 20-25°C (68-77°F)

### Inactive Ingredients anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

Questions or comments? 1-800-719-9260

---

**Daytime Severe Cold & Flu**

## Drug Facts

### Active Ingredients (in each 15 mL)                Purpose
Acetaminophen 325 mg ....................................... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ............................... Cough suppressant
Guaifenesin 200 mg .......................................... Expectorant
Phenylephrine HCl 5 mg ..................................... Nasal decongestant

### Uses temporarily relieves common cold/flu symptoms:
- nasal congestion
- sinus congestion and pressure
- cough due to minor throat and bronchial irritation
- minor aches and pains
- headache
- fever
- sore throat
- reduces swelling of nasal passages
- temporarily restores freer breathing through the nose
- promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease
- heart disease
- thyroid disease
- diabetes
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other Information
- each 15 mL contains sodium 6 mg
- store at 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients butylated hydroxytoluene, edetate disodium, FD&C yellow #6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucralose, xanthan gum

Questions or comments? 1-800-719-9260

W00600422-F



**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product do not use more than directed

Stop use and ask a doctor if ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ you get nervous, dizzy or sleepless ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 41 mg ■ store at 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions or comments?** 1-800-719-9260

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
† This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Severe® VapoCOOL™.

**GLUTEN FREE**

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©X10 Walgreen Co.

ITEM 542710  W10107-0710-F

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

*Walgreens.*

*Compare to Vicks® DayQuil® Severe®
VapoCOOL™ active ingredients†*

NDC 0363-1940-40

**DAYTIME • NON-DROWSY**     **NEW**

# Severe
# Cold & Flu

ACETAMINOPHEN / MINOR ACHES & PAINS / FEVER
PHENYLEPHRINE HCl / NASAL CONGESTION /
SINUS PRESSURE
DEXTROMETHORPHAN HBr / COUGH
GUAIFENESIN / CHEST CONGESTION

## MAXIMUM STRENGTH

• Pain reliever, fever reducer,
cough suppressant,
expectorant,
nasal decongestant

• ALCOHOL 10%

12 FL OZ (355 mL)     VAPOR ICE™

---

**Drug Facts**   DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

| Active ingredients (in each 30 mL) | Purpose |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product. Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include ■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ thyroid disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ a cough that occurs with too much phlegm (mucus) ■ diabetes ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ a sodium-restricted diet ▶



**Walgreens**

Compare to the active ingredients in
Theraflu® Multi-Symptom Severe Cold®

MULTI-SYMPTOM

# Severe Cold DM

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER /
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT /
PHENYLEPHRINE HCl / NASAL DECONGESTANT

• Relieves nasal congestion,
sore throat pains, cough,
headache, body ache & fever

**6** PACKETS

Green Tea &
Honey Lemon
flavors

**PARENTS:**
Learn about teen med/the abuse
www.StopMedicineAbuse.org

CONVENIENT RECLOSING TAB

OPEN OTHER END

CODE AREA

A-995

Cold & Flu
Severe
NIGHTTIME

Cold DM
Severe
MULTI-SYMPTOM

*Walgreens*

**DAY & NIGHT PACK**

*Walgreens*

**MULTI-SYMPTOM**
**Severe**
**Cold DM**

**NIGHTTIME**
**Severe**
**Cold & Flu**

**6**
PACKETS

**6**
PACKETS

**TOTAL 12 PACKETS**

**Drug Facts**

**Drug Facts (continued)**

**Nighttime Severe Cold & Cough**

**Drug Facts**

100% SATISFACTION GUARANTEED
walgreens.com

CODE AREA

PARENTS:



**Walgreens**

Compare to active ingredients in
Maximum Strength Mucinex®
Fast-Max® Severe Congestion & Cough*

NDC 0363-6045-19

# Severe Congestion & Cough

DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength     Multi-Symptom

• Controls cough
• Relieves nasal & chest congestion
• Thins & loosens mucus

**20** COATED CAPLETS

ACTUAL SIZE

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Do not print.

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

## Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants ■ the intensity of coughing ■ nasal congestion due to a cold
■ the impulse to cough to help you get to sleep
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
■ high blood pressure  ■ heart disease  ■ diabetes  ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

When using this product do not exceed recommended dosage.

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions** ■ do not take more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

**Other Information** ■ each caplet contains: sodium 3 mg
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F)
■ see end flap for expiration date and lot number

## Drug Facts (continued)

**Inactive ingredients** corn starch, FD&C blue #2 aluminum lake, FD&C red #40 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**( Questions or comments?** 1-800-426-9391

DISTRIBUTED BY WALGREEN CO.
DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2022 Walgreen Co.

WG0RG0523-F
REV0523



A-997  NDC 0363-8004-45

**Walgreens**

Compare to the active ingredients in Mucinex® FAST-MAX® Severe Congestion & Cough†

# Severe Congestion & Cough

DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus
- 12 years & older

**6 FL OZ (177 mL)**

---



**PARENTS:** PEEL BACK TAB TO READ COMPLETE DRUG FACTS AND INFORMATION

50844 ORG042300445.
B-004-45 ORG

DISTRIBUTED BY:
WALGREEN CO.
DEERFIELD, IL 60015
100% SATISFACTION
GUARANTEED
walgreens.com
©2023 Walgreen Co.

ITEM 269440  W00000-0000-0

3  11917 03413  3
W30RG0923-F

†Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
†This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Mucinex® FAST-MAX® Severe Congestion & Cough.

**Drug Facts** TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

**Active ingredients (in each 20 mL)   Purpose**
Dextromethorphan HBr 20 mg ............ Cough suppressant
Guaifenesin 400 mg ............ Expectorant
Phenylephrine HCl 10 mg ............ Nasal decongestant

**Uses** ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
■ the intensity of coughing
■ the impulse to cough to help you get to sleep
■ nasal congestion due to a cold

No Print / No Varnish Area
Lot # and Exp. Info

---

**Drug Facts (continued)**

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ high blood pressure  ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland  ■ heart disease  ■ diabetes
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

---

**Drug Facts (continued)**

**Directions**
■ do not take more than directed
■ do not take more than 6 doses in any 24-hour period
■ mL = milliliter
■ only use the dose cup provided
■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years: do not use

**Other information**
■ each 20 mL contains: sodium 9 mg
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ use by expiration date on package

**Inactive ingredients**
anhydrous citric acid, FD&C blue #1, FD&C red #40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose, xanthan gum

**[Questions or comments?**
1-800-426-9391



HINGE

# A-998







**Drug Facts (continued)**

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Drug Facts (continued)**

**Questions or comments?** 1-800-426-9391

**Drug Facts (continued)**

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- with other drugs containing acetaminophen
- more than 4,000 mg of acetaminophen in 24 hours
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- thyroid disease
- diabetes
- heart disease
- high blood pressure
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Drug Facts (continued)**

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product** do not exceed recommended dosage.

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- fever gets worse or lasts more than 3 days
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years and over: take 2 caplets every 4 hours
- children under 12 years: do not use

**Other information**
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

ITEM 301213 W00000-0000-0

3 11917 16039 9

No print/No varnish area
Lot no/Exp date

**Drug Facts**

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Drug Facts (continued)**

**Uses**
- temporarily relieves:
  - nasal congestion
  - headache
  - sinus congestion and pressure
  - minor aches and pains
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

NDC 0363-6150-09

Walgreens

Compare to the active ingredient in Maximum Strength Mucinex® SINUS-MAX® Severe Congestion & Pain†

# Severe Sinus Congestion

ACETAMINOPHEN 325 mg / PAIN RELIEVER
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

Maximum Strength

- Relieves headache & sinus congestion
- Thins & loosens mucus
- Ages 12 & over

20 CAPLETS

ACTUAL SIZE

**Walgreens**

Compare to Robitussin® Maximum
Strength Severe Multi-Symptom
Cough Cold + Flu active ingredients!

NDC 0363-1304-26

ADULT • NON-DROWSY

# Severe
# Wal-Tussin®
# CF Max

MULTI-SYMPTOM
COUGH, COLD & FLU

ACETAMINOPHEN / PAIN RELIEVER /
FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH
SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

### MAXIMUM STRENGTH

- Relieves cough, sore
  throat, body aches, fever,
  nasal congestion &
  chest congestion
- Ages 12 & older

4 FL OZ (118 mL)

## Drug Facts

**Active Ingredients** (in each 20 mL)    **Purposes**

Acetaminophen, USP 650 mg........Pain reliever/fever reducer
Dextromethorphan HBr, USP 20 mg..........Cough suppressant
Guaifenesin, USP 400 mg...................Expectorant
Phenylephrine HCl, USP 10 mg.................Nasal decongestant

### Uses
- temporarily relieves these symptoms occurring with a cold or flu:
  - cough due to minor throat and bronchial irritation
  - nasal congestion   ■ sore throat
  - sinus congestion and pressure
  - minor aches and pains   ■ headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▶

## Drug Facts (continued)
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease   ■ heart disease
- thyroid disease   ■ diabetes
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than 6 doses in any 24-hour period
- do not exceed recommended dosage. Taking more than the recommended dose (overdose) may cause serious liver damage. ▶

## Drug Facts (continued)
- measure only with dosing cup provided
- keep dosing cup with product
- mL = milliliter
- this adult product is not intended for use in children under 12 years of age

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children under 12 years | do not use |

### Other information
- each 20 mL, contains: sodium 15 mg
- store at 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients
anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C red #40, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, tracetin, xanthan gum

### Questions or comments?
1-800-719-9200

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**

Gluten Free

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

†This product is not manufactured or distributed by
Pfizer, distributor of Robitussin® Maximum
Strength Severe Multi-Symptom Cough Cold + Flu

**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

**Walgreens**
**100%** SATISFACTION GUARANTEED
walgreens.com ©2017 Walgreen Co.

ORG0817-F_R01

ITEM 946679  W10106-1217-L

3  11917  18618  4

LOT NO.

EXP.

• 7C50L 9x C2

ADULT • NON-DROWSY

**Walgreens**

Severe
Wal-Tussin®
CF Max
MULTI-SYMPTOM
COUGH, COLD & FLU



NDC 0363-4050-08

# Walgreens

Compare to the active ingredients
in Tylenol® SINUS + HEADACHE†

### DAYTIME · NON-DROWSY

# Sinus &
# Headache

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

- Relieves hay fever symptoms,
  minor aches & pains, headache,
  nasal congestion, sinus congestion
  & pressure
- Pseudoephedrine free

**24 CAPLETS**

ACTUAL SIZE

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2022 Walgreen Co.

ITEM 885543   VV00000-0000-0

8-0201-4050C-068HVR
ORG0T2146606

A-1082

ORG00917-F

No Print Area
Lot no. and expiration date

ITEM 500426  W00000-0000-0

11917-10398

B-2201-558-08-H
ORG021655808

**Drug Facts (continued)**

microcrystalline cellulose, polyethylene glycol, povidone, pregelatinized starch, propylene glycol, shellac glass, silica gel, stearic acid, titanium dioxide

**Questions or comments?** 1-800-426-9391

**Drug Facts (continued)**

**Inactive ingredients** croscarmellose sodium, crospovidone, D&C yellow #10, FD&C blue #1, FD&C red #40, FD&C yellow #6, gelatin, hydroxypropyl cellulose, hypromellose, iron oxide black, iron oxide red, iron oxide yellow, magnesium stearate,

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

**Other information**
■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
■ avoid high humidity
■ store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F)
■ see end flap for expiration date and lot number

**Directions**
■ **do not take more than directed**
| adults and children 12 years and over | take 2 gelcaps every 4 hours |
| children under 12 years | ask a doctor |
■ do not take more than 10 gelcaps in 24 hours

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

If pregnant or breast-feeding, ask a health professional before use.

**Stop use and ask a doctor if**
■ pain or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ new symptoms occur
■ redness or swelling is present
These could be signs of a serious condition.

**When using this product do not exceed recommended dosage.**

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**Ask a doctor before use if you have** difficulty in urination due to enlargement of the prostate gland ■ high blood pressure

**Drug Facts (continued)**

**Ask a doctor before use if you have**
■ thyroid disease ■ heart disease ■ diabetes ■ liver disease

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**Stop use and ask a doctor if you are now taking a prescription monoamine oxidase inhibitor (MAOI)** (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ...

**Do not use** with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**

**Drug Facts (continued)**

■ temporarily reduces fever
■ helps clear nasal passages
■ promotes sinus drainage
■ helps decongest sinus openings and passages

**Drug Facts (continued)**

**Uses** ■ temporarily relieves these symptoms associated with hay fever or other upper respiratory allergies, and the common cold: ■ headache ■ minor aches and pains ■ nasal congestion ■ sinus congestion and pressure

**Drug Facts**

| Active ingredients (in each gelcap) | Purpose |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |

PRODUCT PROTECTED FROM LIGHT & HUMIDITY. DO NOT USE IF PACKAGE IS OPENED OR INCOMPLETE

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
*This product is not manufactured or distributed by McNeil Consumer Healthcare, owner of the registered trademark Tylenol® Sinus + Headache Daytime.

50844   ORG021655808

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens* ©2017 Walgreen Co.
**100% SATISFACTION GUARANTEED**
walgreens.com

*Walgreens*

Compare to Tylenol® Sinus + Headache
Daytime active ingredients!

NDC 0363-5580-08

DAYTIME · NON-DROWSY

# Sinus & Headache

**ACETAMINOPHEN /**
**PAIN RELIEVER / FEVER REDUCER**
**PHENYLEPHRINE HCl / NASAL DECONGESTANT**

· Relieves headache, nasal congestion
  & sinus pressure



**Walgreens**

**DAY & NIGHT PACK**

NDC 0363-4536-09

**Walgreens**

Compare to the active ingredients in
Sudafed PE® Day + Night Sinus Congestion*

DAYTIME • NON-DROWSY

# Sinus PE Congestion

PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

Maximum Strength

• Relieves sinus pressure & congestion
• Pseudoephedrine free

NIGHTTIME

# Sinus PE Congestion

DIPHENHYDRAMINE HCl 25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

• Relieves itchy, watery eyes,
runny nose & itchy throat
• Pseudoephedrine free

**12 TABLETS**

**8 TABLETS**

**TOTAL 20 TABLETS**

**Drug Facts** (continued)

When using this product
■ do not exceed recommended dosage
■ excitability may occur, especially in children (nighttime only)
■ marked drowsiness may occur (nighttime only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (nighttime only)
■ avoid alcoholic beverages (nighttime only)
■ be careful when driving a motor vehicle or operating machinery (nighttime only)

Stop use and ask a doctor if
■ symptoms do not improve within 7 days or occur with fever
■ nervousness, dizziness, or sleeplessness occur

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

Read each warning carefully. Do not take DAYTIME and NIGHTTIME products at the same time.

**Drug Facts** (continued)

**Directions**
■ adults and children 12 years and over
■ take 1 tablet every 4 hours
■ do not take more than 6 tablets in 24 hours
■ children under 12 years: do not use

**Other Information**
■ each tablet contains: calcium 20 mg (nighttime only)
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR OUTER IS TORN OR BROKEN
■ store at 20°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Inactive Ingredients (Daytime only)**
croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red #40, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium starch glycolate, sodium citrate dihydrate, titanium dioxide

**Drug Facts** (continued)

**Inactive Ingredients (Nighttime only)**
croscarmellose sodium, dibasic calcium phosphate dihydrate, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyethylene glycol, silicon dioxide, titanium dioxide, maltodextrin, titanium dioxide

**Questions or comments?** 1-800-899-9091

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
* This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Day + Night Sinus Congestion.

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2016 Walgreen Co.
ITEM 835143  1/00000-0000-0
50844
ORIG00820454H8509
R-3201-453495-09-DF            W30R921325-F

**Drug Facts**

**Active ingredient** (in each tablet)
Phenylephrine HCl 10 mg          **Purpose**
Nasal decongestant

**Active ingredient** (in each tablet)
Diphenhydramine HCl 25 mg
Phenylephrine HCl 10 mg          **Purpose**
Antihistamine
Nasal decongestant

**Uses**
...

**Drug Facts** (continued)
...

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF CARTON IS UNSEALED
No print area
Lot no/Exp date

©2021 Walgreen Co.
walgreens.com
100% SATISFACTION GUARANTEED
300 WILMOT RD., DEERFIELD, IL 60015
DISTRIBUTED BY: WAL-GREEN CO.
ITEM 003347 W00000-0000-0

3 11917 06813

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

WRGN02021-F
REV01/22

B-3241-482-08-HR
OF003194G09B

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

how2recycle.info

56844  ORIG03194G09B

# Drug Facts

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| Active ingredients (in each tablet) | Purpose |
| --- | --- |
| Chlorpheniramine maleate 4 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these symptoms due to hay fever (allergic rhinitis) or other upper respiratory allergies:
■ itchy, watery eyes ■ runny nose ■ sneezing ■ itching of the nose or throat ■ nasal congestion ■ sinus congestion and pressure

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have ■ High blood pressure ■ glaucoma ■ heart disease ■ thyroid disease ■ diabetes ■ difficulty in urination due to enlargement of the possible gland ■ a breathing problem such as emphysema or chronic bronchitis

Ask a doctor or pharmacist before use if you are taking sedatives or

When using this product ■ do not exceed recommended dosage ■ excitability may occur, especially in children ■ drowsiness may occur

## Drug Facts (continued)

■ avoid alcoholic beverages
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ use caution when driving a motor vehicle or operating machinery
Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
■ adults and children 12 years and over: take 1 tablet every 4 hours. do not take more than 6 tablets in 24 hours.
■ children under 12 years: do not use

**Other Information**
■ TAMPER-EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, lactose anhydrous, magnesium stearate, microcrystalline cellulose, silicon dioxide, stearic acid

**Questions or comments?** 1-800-406-9061

---

## Walgreens

NDC 0363-4621-08

# Sinus PE + Allergy

CHLORPHENIRAMINE MALEATE 4 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

**Maximum Strength**

• Relieves sneezing, itchy eyes, runny nose, sinus pressure & congestion
• Pseudoephedrine free

**24 TABLETS**

ACTUAL SIZE

OMIT M

## Front Panel

**Walgreens**

*Pharmacist Recommended*

NDC 0363-5279-06

Compare to the active ingredients in
Sudafed PE® Head Congestion + Mucus*

**NON-DROWSY**

# Sinus PE Pressure, Pain & Mucus

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**GUAIFENESIN** / EXPECTORANT / **PHENYLEPHRINE HCl** / NASAL DECONGESTANT

Multi-symptom
• Relieves sinus pressure/congestion, sinus headache & chest congestion
• Pseudoephedrine free

**24 CAPLETS**

ACTUAL SIZE

## Drug Facts (Active Ingredients Panel)

KEEP OUTER PACKAGE FOR
COMPLETE PRODUCT INFORMATION

**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
■ Temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
■ headache ■ nasal congestion ■ minor aches and pains
■ sinus congestion and pressure
■ temporarily reduces fever

## Drug Facts (continued)

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
■ liver disease   ■ heart disease   ■ high blood pressure   ■ diabetes   ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland

## Drug Facts (continued)

When using this product do not exceed recommended dosage.
Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
■ a cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ swallow whole – do not crush, chew, or dissolve
■ children under 12 years: ask a doctor
■ do not take more than 10 caplets in 24 hours

## Drug Facts (continued)

**Inactive ingredients** corn starch, crospovidone, flavor, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN ON BROKEN
■ store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F)

*Questions or comments?* 1-800-836-0091

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

Our pharmacists recommend the Walgreens brand.
We invite you to compare to national brands.
*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Head Congestion + Mucus.

No Print/No Varnish
Lot and Expiration N

50844
ORG082052708

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens
©2021 Walgreen Co.
ITEM 5531245   W000000-0000-0
W000001221-F

A-1007

**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Pressure & Pain*

# Sinus Pressure & Pain

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER
**GUAIFENESIN** 200 mg / EXPECTORANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

Maximum Strength   • Relieves sinus pressure & congestion, headache and thins & loosens mucus

**20 CAPLETS**

ACTUAL SIZE

NDC 0363-6028-09

---

**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Drug Facts (continued)**

**Uses** ■ temporarily relieves: ■ headache ■ minor aches and pains ■ nasal congestion and pressure ■ sinus congestion and pressure ■ temporarily promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passages of bothersome mucus and make coughs more productive

**Drug Facts (continued)**

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 6 doses (3,000 mg of acetaminophen) in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ thyroid disease ■ diabetes ■ trouble urinating due to enlargement of the prostate gland ■ heart disease ■ high blood pressure ■ liver disease ■ cough that occurs with too much phlegm (mucus)

**Drug Facts (continued)**

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ fever gets worse or lasts more than 3 days ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ new symptoms occur ■ redness or swelling is present ■ cough comes back or occurs with a rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts (continued)**

**Directions**
■ do not take more than directed ■ do not take more than 12 caplets in any 24-hour period

| adults and children 12 years and over | take 2 caplets every 4 hours |
| children under 12 years | do not use |

**Other information** ■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR IF BLISTER IS TORN OR BROKEN ■ store at 20°C-25°C (68°F-77°F) ■ see end flap for expiration date and lot number

**Drug Facts (continued)**

**Questions or comments?** 1-800-424-9091

This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® SINUS-MAX® Pressure & Pain.

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
walgreens.com
100% SATISFACTION GUARANTEED
©2021 Walgreen Co.
ITEM 357646   W000000-0000-0

**Inactive ingredients** corn starch, croscarmellose, D&C yellow #10 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

No Print / No Varnish
Lot no. & Exp. date

"Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands."

W0C0RC0224-F
REV0122

50644   OR6501982809



# A-1009



**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**   A-1

## Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

## Drug Facts (continued)

**Uses** ■ temporarily relieves: ■ nasal congestion ■ headache ■ sinus congestion and pressure ■ minor aches and pains ■ cough due to the common cold
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily promotes nasal and/or sinus drainage

## Drug Facts (continued)

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ blisters ■ rash ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ heart disease ■ diabetes ■ thyroid disease
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ liver disease ■ high blood pressure
■ cough that occurs with too much phlegm (mucus)
■ difficulty in urination due to enlargement of the prostate gland

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin.

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ see end flap for expiration date and lot number

## Drug Facts (continued)

■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl

## Drug Facts (continued)

alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

PARENTS: TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF OUTER BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2022 Walgreen Co.

Your pharmacist recommends the store brand. We invite you to compare to national brands.

NDC 0363-6171-09

# Walgreens

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Pressure, Pain & Cough*

# Sinus Pressure, Pain & Cough

**ACETAMINOPHEN / PAIN RELIEVER**
**DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT**
**GUAIFENESIN / EXPECTORANT**
**PHENYLEPHRINE HCl / NASAL DECONGESTANT**

Maximum Strength

• Relieves headache, sinus pressure & congestion
• Thins & loosens mucus
• Controls cough

**20 CAPLETS**

ACTUAL SIZE

ITEM 104110   WOOOOO-0000-0   REV02104601106   50844

**ADULT • NON-DROWSY**

**Tussin CF Max**

**MULTI-SYMPTOM**
**COUGH, COLD & FLU**

*Walgreens*

---

*Walgreens*

Compare to the active ingredients in Robitussin® Maximum Strength Severe Multi-Symptom Cough Cold + Flu*

**ADULT NON-DROWSY**

# Tussin CF Max

**MULTI-SYMPTOM COUGH, COLD & FLU**

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBR / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

**Maximum Strength**

- Relieves cough, sore throat, body aches, fever, nasal congestion & chest congestion
- Ages 12 & older

8 FL OZ (237 mL)

PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP
Not recycled in communities

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
Walgreens
**100% SATISFACTION GUARANTEED**
walgreens.com
©2021 Walgreen Co.

ITEM 0-6271-2   WIC0106-0720-L

WSORG1231-F
RIDF-0423

---

## Drug Facts

**Active ingredients** (in each 20 mL) — **Purposes**

Acetaminophen, USP 650 mg ... Pain reliever/fever reducer
Dextromethorphan HBr, USP 20 mg ... Cough suppressant
Guaifenesin, USP 400 mg ... Expectorant
Phenylephrine HCl, USP 10 mg ... Nasal decongestant

**Uses**
- temporarily relieves these symptoms occurring with a cold or flu:
- cough due to minor throat and bronchial irritation
- nasal congestion
- sinus congestion and pressure
- minor aches and pains
- sore throat
- headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you have ever had an allergic reaction to this product or any of the ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed** ▶

## Drug Facts (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than 5 doses in any 24-hour period
- do not exceed recommended dosage. Taking more than the recommended dose (overdose) may cause serious liver damage.
- measure only with dosing cup provided
- keep dosing cup with product
- mL = milliliter
- this adult product is not intended for use in children under 12 years of age

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children under 12 years | do not use |

**Other information**
- each 20 mL contains: sodium 15 mg
- store at 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C red #40, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, tricetin, xanthan gum

**Questions or comments?** 1-800-719-9260

**Gluten Free**

Your pharmacist recommends the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by PF Consumer Healthcare 1 LLC, owner of the registered trademark Robitussin®.

**PARENTS:**
Learn about our medicine abuse
www.StopMedicineAbuse.org

70136 04 02



A-1013



A-1014





*Walgreens.*

NIGHTTIME

# Wal-Flu® Severe

COLD & COUGH

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
DIPHENHYDRAMINE HCl /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

- Relieves nasal congestion, cough, body ache, sore throat pain, runny nose, sneezing, headache & fever

6
PACKETS

HONEY LEMON

Compare to TheraFlu® Nighttime Severe Cold & Cough active ingredients†

PHARMACIST RECOMMENDED

Health expertise you rely on, quality you trust.

OPEN OTHER END


A-1016

CONVENIENT RECLOSING TAB

Well at *Walgreens*

**Wal-Flu®**
NIGHTTIME
Severe Cold & Cough


**DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED**

## Drug Facts

| Active ingredients (in each packet) | Purposes |
|---|---|
| Acetaminophen 650 mg. | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg. | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg. | Nasal decongestant |

**Uses** ■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains   ■ minor sore throat pain   ■ headache
■ nasal and sinus congestion   ■ runny nose   ■ sneezing
■ itchy nose or throat   ■ itchy, watery eyes due to hay fever
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have** ■ liver disease   ■ heart disease
■ high blood pressure   ■ thyroid disease   ■ diabetes   ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin
**When using this product** ■ do not exceed recommended dosage
■ avoid alcoholic drinks   ■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children
**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occurs
■ redness or swelling is present   ■ fever gets worse or lasts more than 3 days
■ pain, cough or nasal congestion gets worse or lasts more than 7 days   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ▶

## Drug Facts (continued)
**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions ■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 5 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other information
■ each packet contains: potassium 10 mg and sodium 25 mg
■ **phenylketonurics:** contains phenylalanine 13 mg per packet
■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

### Inactive ingredients acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

### Questions or comments?
1-800-719-9260

Gluten Free

**OPEN OTHER END**

DISTRIBUTED BY: WALGREEN CO.   ITEM 912518   W10106-0217-L
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens*

A-1017

NO PRINT/VARNISH
LOT & EXP DATE ONLY

## Walgreens

# Wal-Dryl®

SEVERE ALLERGY & SINUS HEADACHE

## Walgreens

# Wal-Dryl®

NDC 0363-0543-09

SEVERE ALLERGY & SINUS HEADACHE

**ACETAMINOPHEN / PAIN RELIEVER**
**DIPHENHYDRAMINE HCl / ANTIHISTAMINE**
**PHENYLEPHRINE HCl / NASAL DECONGESTANT**

**MAXIMUM STRENGTH    CAPLETS**

- Relief of headache, sinus congestion, sinus pain & pressure, runny nose, sneezing, itchy throat & itchy, watery eyes

---

**Drug Facts**

KEEP OUTER PACKAGE FOR
COMPLETE PRODUCT INFORMATION

**Active Ingredients (in each caplet)      Purpose**

| Acetaminophen 325 mg | Pain reliever |
| Diphenhydramine HCl 25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves these symptoms of hay fever or other upper respiratory allergies:
- sneezing
- runny nose
- nasal congestion
- sinus congestion and pressure
- itchy, watery eyes
- minor aches and pains
- itching of the nose or throat

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take

- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions.

Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
50644       QRQ0618-5K300

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD. DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2018 Walgreen Co.

---

**Drug Facts (continued)**

Ask a doctor before use if you have
- glaucoma
- heart disease
- High blood pressure
- thyroid disease
- diabetes
- difficulty in urination due to enlargement of the prostate gland
- a breathing problem such as emphysema or chronic bronchitis

Ask a doctor or pharmacist before use if you are
- taking sedatives or tranquilizers

When using this product
- do not exceed recommended dosage
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic beverages
- be careful when driving a motor vehicle or operating machinery

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- fever gets worse or lasts more than 3 days
- pain or nasal congestion gets worse or lasts more than 7 days
- redness or swelling is present
- new symptoms occur

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**

- do not take more than directed
- adults and children 12 years and over
- take 2 caplets every 4 hours
- do not take more than 12 caplets in 24 hours
- children under 12 years: ask a doctor

**Other information**

- see end flap for expiration date and lot number

---

**Drug Facts (continued)**

- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTERS IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

**Inactive ingredients** corn starch, croscarmellose sodium, crospovidone, FD&C Red #1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polydextrose, polyethylene glycol, povidone, silicon dioxide, stearic acid, titanium dioxide, triacetin

**( Questions or comments? 1-800-994-9091**

TAMPER EVIDENT: DO NOT USE IF PACKAGES IS OPENED OR IF BLISTER UNIT IS TORN, CUT, OR SHOWS ANY SIGNS OF TAMPERING

ITEM 5654-666      V000000-00000-0

ORQ0618-F
REV1118

B-0201-542-09-H
ORQ0618-5K309

A-1018



*Walgreens*

DAYTIME • NON-DROWSY

# Cold & Flu

*Walgreens*

Compare to Vicks® DayQuil®
LiquiCaps® active ingredients#

NDC 0363-1100-16

DAYTIME • NON-DROWSY

# Cold & Flu

ACETAMINOPHEN 325 mg / ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr 10 mg / COUGH
PHENYLEPHRINE HCl 5 mg / NASAL CONGESTION

MULTI-SYMPTOM    LIQUID CAPS

• Relieves aches, fever, sore throat,
  nasal congestion & cough

16
LIQUID CAPS

ACTUAL SIZE

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION
THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND TAMPER-EVIDENT
PACKAGE. USE ONLY IF SEALS ARE INTACT.

LOT NO.
EXP. DATE

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD. DEERFIELD, IL 60015

*Walgreens* 100% SATISFACTION GUARANTEED
walgreens.com ©2019 Walgreen Co.
MADE IN INDIA

ITEM 509690C   X000000-00000-0

3   1 1917   20947

# A-1019









A-1020

**Drug Facts** | KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Drug Facts** (continued)

**Uses** ■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
■ headache ■ nasal congestion ■ minor aches and pains
■ sinus congestion and pressure
■ temporarily reduces fever

**Drug Facts** (continued)

■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ blisters ■ rash ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ heart disease ■ liver disease
■ high blood pressure ■ diabetes ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland

**Drug Facts** (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product** do not exceed recommended dosage.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ swallow whole - do not crush, chew, or dissolve
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Drug Facts** (continued)

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Drug Facts** (continued)

**Inactive ingredients** corn starch, crospovidone, flavor, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2019 Walgreen Co.

ITEM 531245 W00000-0000-0

3 11917 20829 9

ORG0219-F
REV0221

8-2201-8275-08HCUH
ORG082052708

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No Print/No Varnish Lot and Expiration

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Head Congestion + Mucus.

50844 ORG082052708

Walgreens

Compare to Sudafed PE® Head Congestion + Mucus active ingredients†

NON-DROWSY

NDC 0363-4121-08

# Wal-Phed® PE

HEAD CONGESTION + MUCUS

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
GUAIFENESIN / EXPECTORANT / PHENYLEPHRINE HCl / NASAL DECONGESTANT

MULTI-SYMPTOM

• Relieves sinus pressure/congestion, sinus headache & chest congestion
• Pseudoephedrine free

24 CAPLETS

ACTUAL SIZE

walgreens.com ©2019 Walgreen Co.
Walgreens
**100% SATISFACTION GUARANTEED**
DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

ITEM 005112  W00000-0000-0

50844    ORC0918145372
trademark Sudafed PE® Congestion.
Corporation, owner of the registered
distributed by Johnson & Johnson
¶¶This product is not manufactured or
Walgreens Pharmacist Survey
¶Walgreens Pharmacist Recommended or

ORC0918-F

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

DOES NOT CONTAIN GLUTEN

B-2201-453-72-H
0809184537Z

No print area
Lot no/Exp date

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Drug Facts**

| | |
|---|---|
| **Active ingredient** (in each tablet) | **Purpose** |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies ■ temporarily relieves sinus congestion and pressure

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ symptoms do not improve within 7 days or occur with fever

**Drug Facts** (continued)

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions** ■ adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours. ■ children under 12 years: ask a doctor

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red #40, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium starch glycolate, titanium dioxide

**Questions or comments?** 1-800-426-9391

---

**NON-DROWSY**
# Wal-Phed® PE
*Walgreens*
NASAL DECONGESTANT

**BONUS SIZE** BUY 18 & GET 9 FREE

NDC 0363-0453-90

**NON-DROWSY**
# Wal-Phed® PE
*Walgreens*
NASAL DECONGESTANT
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

*Compare to Sudafed PE® Congestion active ingredient¶¶*

MAXIMUM STRENGTH

- Relieves sinus pressure & congestion
- Pseudoephedrine free

**27** TABLETS
(18 + 9 FREE)

ACTUAL SIZE



A-1022

walgreens.com ©2016 Walgreen Co.

**100%** SATISFACTION GUARANTEED

*Walgreens*

200 WILMOT RD., DEERFIELD, IL 60015
DISTRIBUTED BY: WALGREEN CO.

ITEM 885140      WN-0000-0000-0

Congestion
■ Walmart's Sudafed PE® Day + Night Sinus
Comparison
Corporation, owner of the registered
distributed by Johnson & Johnson
■ This products not manufactured or
Walgreens Pharmacist Survey

PEEL HERE FOR MORE DRUG FACTS

**Walgreens**

**DAY & NIGHT PACK**      NDC 0363-4385-09

**Walgreens**

Compare to Sudafed PE® Day + Night
Sinus Congestion active Ingredients†

DAYTIME • NON-DROWSY
# Wal-Phed® PE
SINUS CONGESTION
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

NIGHTTIME
# Wal-Phed® PE
SINUS CONGESTION
DIPHENHYDRAMINE HCl 25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

MAXIMUM STRENGTH

• Relieves sinus pressure
& congestion
• Pseudoephedrine free

ACTUAL SIZE

**12** TABLETS

**TOTAL 20 TABLETS**

• Relieves itchy, watery eyes,
runny nose & itchy throat
• Pseudoephedrine free

ACTUAL SIZE

**8** TABLETS

---

**Drug Facts (continued)**

When using this product
■ do not exceed recommended dosage
■ excitability may occur, especially in children *(Nighttime only)*
■ marked drowsiness may occur *(Nighttime only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(Nighttime only)*
■ avoid alcoholic beverages *(Nighttime only)*
■ use caution when driving a motor vehicle or operating machinery *(Nighttime only)*

Stop use and ask a doctor if
■ symptoms do not improve within 7 days or occur with fever

---

**Drug Facts (continued)**

**Directions**
■ adults and children 12 years and over
■ take 1 tablet every 4 hours
■ do not take more than 6 tablets in 24 hours
■ children under 12 years: ask a doctor

**Other information**
■ each tablet contains: calcium 25 mg *(Nighttime only)*
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C

---

**Drug Facts (continued)**

**Inactive ingredients *(Nighttime only)***
croscarmellose sodium, dibasic calcium phosphate dihydrate, FD&C blue #1 aluminium lake, hypromellose, magnesium stearate, microcrystalline cellulose, polydextrose, polyethylene glycol, silicon dioxide, stearic acid, titanium dioxide, triacetin

**( Questions or comments? 1-800-426-9391**

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey



walgreens.com ©2019 Walgreen Co.

**100% SATISFACTION GUARANTEED**
*Walgreens*

DISTRIBUTED BY: WALGREEN CO.
300 WILMOT RD. DEERFIELD, IL 60015

ITEM 0000347 W00000-0000-0

trademark Sudafed PE® Sinus + Allergy.
Healthcare owner of the registered
distributed by McKesson Consumer
If This product is not manufactured or
Walgreens Pharmacist Survey
Walgreens Pharmacist Recommended

OR00918-F
REV0419

DOES NOT CONTAIN GLUTEN

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF TAMPERING
UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

REV0319OC4BC06

50844

## Drug Facts (panel, inverted)

**Questions or comments?** 1-800-426-9391

**Inactive ingredients** croscarmellose sodium, lactose anhydrous, magnesium stearate, microcrystalline cellulose, silicon dioxide, starch and

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR
BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F), excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Directions**
■ adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: do not use

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Drug Facts (continued)**

■ avoid alcoholic beverages
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ use caution when driving a motor vehicle or operating machinery

Stop use and ask a doctor if
■ symptoms do not improve within 7 days or occur with a fever
■ nervousness, dizziness, or sleeplessness occur

## Drug Facts (main panel, inverted)

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Active ingredients (in each tablet)        Purpose**

Chlorpheniramine maleate 4 mg ........................ Antihistamine
Phenylephrine HCl 10 mg ........................ Nasal decongestant

**Uses** ■ temporarily relieves these symptoms due to hay fever (allergic rhinitis) or other upper respiratory allergies:
■ runny nose ■ itching of the nose or throat
■ sneezing ■ sinus congestion and pressure
■ itchy, watery eyes ■ nasal congestion

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have ■ High blood pressure
■ heart disease ■ thyroid disease ■ diabetes ■ Glaucoma
■ difficulty in urination due to enlargement of the prostate gland
■ a breathing problem such as emphysema or chronic bronchitis

Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers.

When using this product
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ drowsiness may occur

## Main display panel

# *Walgreens*

# Wal-Phed® PE
## SINUS & ALLERGY

# *Walgreens*

# Wal-Phed® PE
## SINUS & ALLERGY

Compare to Sudafed PE®
Sinus + Allergy active ingredients††

NDC 0363-0462-08

**CHLORPHENIRAMINE MALEATE 4 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

- Relieves sneezing, itchy eyes, runny nose,
  sinus pressure & congestion
- Pseudoephedrine free

# 24 TABLETS



ACTUAL SIZE

# A-1024

**Drug Facts (continued)**
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not give more than 6 doses in 24 hours unless directed by a doctor  ■ mL = milliliter
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product

| Age | Dose |
|---|---|
| children 6 to under 12 years | 10 mL every 4 hours |
| children 4 to under 6 years | do not use unless directed by a doctor |
| children under 4 years of age | do not use |

**Other information** ■ each 5 mL contains sodium 3 mg
- store between 20-25°C (68-77°F). Do not refrigerate.  ■ protect from light
- FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Inactive ingredients** acesulfame potassium, citric acid, EDTA disodium, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-2605 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING

DISTRIBUTED BY: WALGREEN CO., 200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED walgreens.com ©2018 Walgreen Co.

ITEM 357367   W10023-0218-F
PLD-H320D   LB004646   ORG0617-F-R1



*Walgreens*

# children's
# Cold & Cough

NDC 0363-0729-04

**DIPHENHYDRAMINE HCl /
ANTIHISTAMINE /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT**



*Compare to Children's Triaminic®
Night Time Cold & Cough
active ingredients††*

- Nighttime
- Ages 6 to 11 years
4 FL OZ (118 mL)

GRAPE
FLAVOR

**Drug Facts**

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Diphenhydramine HCl 6.25 mg | Antihistamine/Cough suppressant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves
- sneezing  ■ runny nose  ■ itchy nose or throat
- itchy, watery eyes due to hay fever  ■ nasal and sinus congestion
- cough due to minor throat and bronchial irritations as may occur with a cold

**Warnings**
**Do not use**  ■ in a child under 4 years of age  ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.  ■ with any other product containing diphenhydramine, even one used on skin.  ■ for the purpose of making your child sleepy

**Ask a doctor before use if the child has**  ■ heart disease  ■ high blood pressure
- thyroid disease  ■ diabetes  ■ glaucoma  ■ cough that occurs with too much phlegm (mucus)  ■ chronic cough that lasts, or as occurs with asthma  ■ a breathing problem such as chronic bronchitis

**Ask a doctor or pharmacist before use if the child is** taking sedatives or tranquilizers.
**When using this product**  ■ do not exceed recommended dosage
- marked drowsiness may occur  ■ excitability may occur, especially in children
- sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**  ■ nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever  ■ cough persists for more than 7 days, comes back, or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.

††This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Children's Triaminic®
Night Time Cold & Cough.





## Drug Facts (continued)

■ nervousness, dizziness or sleeplessness occurs
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as children even if you do not notice any signs or symptoms.

### Directions
■ this product does not contain directions or complete warnings for adult use  ■ mL = milliliter  ■ shake well before using
■ do not give more than 5 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.  ■ keep dosing cup with product
■ if needed, repeat dose every 4 hours while symptoms last
■ find the right dose on chart below. If possible, use weight to dose; otherwise, use age.

| Weight (lbs) | Age (yr) | Dose (mL) |
|---|---|---|
| 48-95 | 6-11 | 10 mL |
| 36-47 | 4-5 | do not use unless directed by a doctor |
| under 36 | under 4 | do not use |

### Other Information
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients
carboxymethylcellulose sodium, citric acid, D&C red #33, FD&C blue #1, FD&C red #40, flavor, glycerin, microcrystalline cellulose, purified water, sodium benzoate, sorbitol, sucrose, xanthan gum

### Questions or comments?
Call 1-877-753-3639 Monday-Friday 9AM-5PM EST

**TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PAINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING**

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION**

**PARENTS:**  **DOSAGE CUP PROVIDED**
www.StopMedicineAbuse.org

¹Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
²This product is not manufactured or distributed by McNeil Consumer Healthcare, distributor of Children's Tylenol® Plus Multi-Symptom Cold.
PLD-215XC    R0009398

---

## Walgreens

Compare to the active ingredients in Children's Tylenol® Plus Multi-Symptom Cold¹

### MULTI-SYMPTOM
# Children's Cold + Flu

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
CHLORPHENIRAMINE MALEATE /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

• Relieves aches, fever, sore throat, sneezing, cough, runny & stuffy nose
• Oral suspension

AGES 6-11 YEARS

4 FL OZ (118 mL)    Grape flavor

---

## Walgreens

Compare to the active ingredients in Children's Tylenol® Plus Multi-Symptom Cold¹

### MULTI-SYMPTOM
# Children's Cold + Flu

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
CHLORPHENIRAMINE MALEATE /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

• Relieves aches, fever, sore throat, sneezing, cough, runny & stuffy nose
• Oral suspension

AGES 6-11 YEARS

4 FL OZ (118 mL)    Grape flavor

---

## Drug Facts

| Active Ingredients (in each 5 mL) | Purposes |
|---|---|
| Acetaminophen 160 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 1 mg | Antihistamine |
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves the following cold/flu symptoms ■ minor aches and pains ■ sore throat ■ cough ■ sneezing and runny nose ■ headache ■ nasal congestion ■ stuffy nose ■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes ■ more than 5 doses (10 mL) in 24 hours, which is the maximum daily amount ■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ to make a child sleepy ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
■ if your child is allergic to acetaminophen or any of the inactive ingredients in this product

**Ask a doctor before use if your child has**
■ liver disease ■ glaucoma ■ thyroid disease ■ diabetes ■ heart disease ■ high blood pressure ■ a breathing problem such as chronic bronchitis ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with asthma

**Ask a doctor or pharmacist before use if your child is taking** ■ the blood thinning drug warfarin ■ sedatives or tranquilizers

**When using this product**
■ do not exceed recommended dose (see Overdose warning) ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ new symptoms occur ■ redness or swelling is present ■ pain, nasal congestion or cough gets worse or lasts more than 5 days ■ fever gets worse or lasts more than 3 days

---

**DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED**
walgreens.com ©2021 Walgreen Co.

ITEM 610122   W10024-0322-L

3   11917 10357   0

Lot No.:

Exp. Date:





A-1026

**Drug Facts (continued)**

| Age | Dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to 11 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other information**
- each 10 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C Blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sorbitol, sucralose

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING

DOSAGE CUP PROVIDED

"Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
"This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Cold & Allergy.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
Walgreens
**100% SATISFACTION GUARANTEED**
walgreens.com
©2021 Walgreen Co.

---

*Walgreens*
Compare to the active ingredients in Children's Dimetapp® Cold & Allergy*

# Children's Cold & Allergy Relief

BROMPHENIRAMINE MALEATE 2 mg /
ANTIHISTAMINE
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

**Alcohol Free**

- Relieves itchy, watery eyes, sneezing, runny nose, stuffy nose & itching of the nose or throat

AGES 6 YEARS & OLDER

8 FL OZ (237 mL)

Grape Flavor

---

**Drug Facts**

**Active ingredients** (in each 10 mL) — **Purposes**
Brompheniramine maleate 2 mg ............... Antihistamine
Phenylephrine HCl 5 mg ............... Nasal decongestant

**Uses**
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves these symptoms due to hay fever (allergic rhinitis)
  - runny nose
  - itchy, watery eyes
  - sneezing
  - itching of the nose or throat
- temporarily reduces fever
- temporarily restores freer breathing through the nose

**Warnings**
**Do not use**
- to sedate a child or to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are**
- taking any other oral nasal decongestant or stimulant
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- drowsiness may occur
- avoid alcoholic beverages
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- symptoms do not get better within 7 days or are accompanied by fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- 6 mL = milliliter

---

ITEM 904372  W10024-0722-L

3  11917 17676  9

P.O.#7530   V300257

Lot No.:
Exp Date:

**Drug Facts** (continued)

**Directions** ■ do not take more than 6 doses in any 24 hour period ■ do not exceed recommended dosage ■ measure only with dosing cup provided. Do not use any other dosing device. ■ keep dosing cup with product ■ mL = milliliter

| Age | Dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to under 12 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other information** ■ each 10 mL contains: sodium 6 mg ■ store at 20-25°C (68-77°F) ■ do not refrigerate ■ protect from light
**Inactive ingredients** acesulfame potassium, anhydrous citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, trisodium citrate dihydrate
**Questions or comments?** Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING

†† This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Nighttime Cold & Congestion.

ITEM 904373   W10023-0717-F
PLD-C375A   LB004650            ORG0617-F

---

**A641027**



children's
**COLD & CONGESTION**
**Wal-Tap®**

DIPHENHYDRAMINE HCl 12.5 mg /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

Compare-to Children's Dimetapp® Nighttime
Cold & Congestion active ingredients††

· Nighttime
· Alcohol free
· 6 years & older

4 FL OZ (118 mL)            GRAPE FLAVOR

NDC 0363-0058-04

DISTRIBUTED BY: WALGREEN CO., 200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED walgreens.com ©2017 Walgreen Co.

---

**Drug Facts**

**Active ingredients (in each 10 mL)**        **Purposes**
Diphenhydramine HCl 12.5 mg ............... Antihistamine/Cough suppressant
Phenylephrine HCl 5 mg ............................... Nasal decongestant

**Uses** ■ temporarily relieves these symptoms occurring with a cold, hay fever, or other upper respiratory allergies ■ nasal congestion ■ cough ■ runny nose ■ sneezing ■ itchy, watery eyes ■ itching of the nose or throat

**Warnings**
**Do not use** ■ to sedate a child or to make a child sleepy ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ with any other product containing diphenhydramine, even one used on skin. **Ask a doctor before use if you have** ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ trouble urinating due to an enlarged prostate gland ■ a cough that occurs with too much phlegm (mucus) ■ a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema. **Ask a doctor or pharmacist before use if you are** ■ taking any other oral nasal decongestant or stimulant ■ taking sedatives or tranquilizers. **When using this product** ■ do not use more than directed ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ be careful when driving a motor vehicle or operating machinery ■ excitability may occur, especially in children. **Stop use and ask a doctor if** ■ you get nervous, dizzy, or sleepless ■ symptoms do not get better within 7 days or occur with a fever ■ cough lasts more than 7 days, comes back, or is accompanied by a fever, rash, or persistent headache. These could be sign of a serious condition. **If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**A-1028**





A-1030



## Drug Facts

**Active Ingredients (in each 15 mL)**    **Purposes**

Dextromethorphan HBr 10 mg .............. Cough suppressant
Phenylephrine HCl 5 mg .................. Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms
■ minor aches and pains  ■ headache   ■ sore throat
■ nasal congestion    ■ fever
■ cough due to minor throat and bronchial irritation

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if  ■ adult takes more than 4 doses (30 mL each) of acetaminophen in 24 hours, which is the maximum daily amount  ■ child takes more than 4 doses (15 mL each) in 24 hours  ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include  ■ skin reddening  ■ blisters  ■ rash. If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

⟵ **PEEL HERE** *Drug Facts* (continued under label)

---



A-1031   NDO 0363-9974-08

# Walgreens

Compare to the active ingredients
in Vicks® DayQuil® Cold & Flu*

## DAYTIME • NON-DROWSY

# Cold & Flu

**ACETAMINOPHEN 325 mg / PAIN RELIEVER /
FEVER REDUCER**
**DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT**
**PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT**

Multi-Symptom

• Relieves aches, fever, sore throat, cough & nasal congestion
• For ages 6 years & over
• Antihistamine free
• Alcohol free

## 8 FL OZ (237 mL)

---



TAMPER EVIDENT. DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR UNDER CAP IS BROKEN OR MISSING

**PARENTS:**
Learn about tamper-free alerts
www.StopMedicineAbuse.org

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

DISTRIBUTED BY:
WALGREEN CO.
200 WILMOT RD.,
DEERFIELD, IL 60015
100% SATISFACTION
GUARANTEED
walgreens.com
©2022 Walgreen Co.   W3ORG1022-F
PLD-B30CO  LB009015   REV-0323

ITEM 816520  W11042-0423-F

3  11917 12396  7

---

## Drug Facts (continued)

■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease
■ heart disease  ■ high blood pressure  ■ thyroid disease
■ diabetes  ■ a sodium-restricted diet  ■ trouble urinating due to an enlarged prostate gland  ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the** blood thinning drug warfarin.

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if**  ■ nervousness, dizziness, or sleeplessness occur  ■ pain, nasal congestion, or cough gets worse, or lasts more than 5 days (children) or 7 days (adult)
■ fever gets worse, or lasts more than 3 days  ■ redness or swelling is present  ■ new symptoms occur  ■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended ▶

## Drug Facts (continued)

dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning)  ■ do not take more than 4 doses in any 24 hour period  ■ measure only with dosing cup provided. Do not use any other dosing device.  ■ keep dosing cup with product  ■ mL = milliliter

| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
■ each 15 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

A-1032



**Walgreens**

Cold, Flu
& Sore Throat

**Walgreens**

Compare to Maximum Strength
Mucinex® Fast-Max® Cold, Flu &
Sore Throat active ingredients*

NDC 000-173-16

# Cold, Flu
# & Sore Throat

ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

MAXIMUM STRENGTH

ALCOHOL FREE

- Relieves fever, sore throat, chest congestion
  & nasal congestion
- Controls cough
- Thins & loosens mucus
- 12 years & older

16 SOFTGELS*
(*LIQUID-FILLED CAPSULES)

K1NK-342

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION
THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND
TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT

ITEM 949290   WIC000-00000-0

LOT NO.
EXP DATE

PHARMACIST
RECOMMENDED
Walgreens
Health expert that
you rely on™

Walgreens Pharmacist Survey
*This product is not
manufactured or distributed
by Reckitt Benckiser, owner of
the registered trademarks
Maximum Strength Mucinex®
Fast-Max® Cold, Flu & Sore
Throat.

DISTRIBUTED BY:
WALGREEN CO.
200 WILMOT ROAD
DEERFIELD, IL 60015

**Walgreens**

100%
SATISFACTION
GUARANTEED

walgreens.com
©2019 Walgreen Co
MADE IN INDIA

 A-1033

*Compare to Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat active ingredients!!*

NDO 0363-9018-16

# Cold, Flu & Sore Throat

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**GUAIFENESIN** 200 mg / EXPECTORANT
**PHENYLEPHRINE HCI** 5 mg / NASAL DECONGESTANT

MAXIMUM STRENGTH

ALCOHOL FREE

- Relieves fever, sore throat, chest congestion & nasal congestion
- Controls cough
- Thins & loosens mucus
- 12 years & older

**16** SOFTGELS* (*LIQUID-FILLED CAPSULES)



ACTUAL SIZE

**A-1034**

# Walgreens

## -PE Product Labels –

### -continued



## Walgreens

Compare to Maximum Strength Delsym® Adult Night Time Cough & Cold active ingredients††

NDC 0363-0747-06

**NIGHTTIME**

# Cough & Cold

ACETAMINOPHEN 650 mg /
PAIN RELIEVER, FEVER REDUCER
DIPHENHYDRAMINE HCl 25 mg /
ANTIHISTAMINE, COUGH SUPPRESSANT
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

## MAXIMUM STRENGTH

- Relieves headaches, fever & sore throat
- Controls cough
- Relieves nasal congestion
- Ages 12 & older

MIXED BERRY FLAVOR

6 FL OZ (177 mL)

PLD-A525A LB005415

---



# A-1035

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2018 Walgreen Co.
ITEM 199666   W10013-0418-L

3  11917 20008  8

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

†† This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Delsym® Adult Night Time Cough & Cold.



PLASTIC BOTTLE   PLASTIC CUP

ORG0418-F

PLD-A525A   LB005416

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/ fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/ cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms
  - cough   ■ nasal congestion
  - minor aches and pains   ■ sore throat
  - headache   ■ runny nose   ■ sneezing
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash   ▶

---

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other drug containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- for children under 12 years of age

Ask a doctor before use if you have
- liver disease   ■ heart disease
- high blood pressure   ■ thyroid disease
- diabetes   ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)   ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

When using this product
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- new symptoms occur
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for   ▶

---

## Drug Facts (continued)

adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- mL = milliliter
- keep dosing cup with product
- dose as follows or as directed by a doctor
- adults and children 12 years and older: 20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients citric acid, disodium
EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

**WALGREENS NightTime Cough & Cold**

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 5 days and fever or swelling is present ■ new symptoms occur
- fever gets worse or lasts more than 3 days
- cough comes back or occurs with a rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

### Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- do not give more than 5 doses in any 24-hour period
- if needed, repeat dose every 4 hours while symptoms last
- do not give more than 5 days unless directed by a doctor
- use only the enclosed dosing cup designed for use with this product. Do not use any other dosing device
- keep dosing cup with product
- dose as follows, or as directed by a doctor   ■ mL = milliliter
- children 6 to under 12 years of age: 10 mL in dosing cup provided
- children under 6 years of age: do not use

**Other information** ■ each 10 mL contains: sodium 6 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR B-PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING

### PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

"Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Children's Mucinex® Cold, Cough & Sore Throat.

---



NDC 0363-4050-04

**Walgreens**
Compare to the active ingredients in Children's Mucinex® Cold, Cough & Sore Throat*

# Children's Cold, Cough & Sore Throat

**ACETAMINOPHEN 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT**

- Relief from cough, sore throat, stuffy nose & chest congestion
- Breaks up mucus



**AGES 6-11 YEARS**

4 FL OZ (118 mL)   Berry flavor

---

NDC 0363-4050-04

**Walgreens**
Compare to the active ingredients in Children's Mucinex® Cold, Cough & Sore Throat*

# Children's Cold, Cough & Sore Throat

**ACETAMINOPHEN 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT**

- Relief from cough, sore throat, stuffy nose & chest congestion
- Breaks up mucus



**AGES 6-11 YEARS**

4 FL OZ (118 mL)   Berry flavor

---

## Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
- cough due to minor throat and bronchial irritation
- the intensity of coughing
- the impulse to cough ■ help your child get to sleep
- nasal congestion ■ stuffy nose ■ sore throat
- minor aches and pains ■ headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
- if your child is allergic to acetaminophen or any of the inactive ingredients in this product

**Ask a doctor before use if your child has**
- liver disease ■ heart disease ■ high blood pressure
- diabetes ■ thyroid disease
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as chronic bronchitis
- persistent or chronic cough such as occurs with asthma

**Ask a doctor or pharmacist before use if your child is taking** the blood thinning drug warfarin

**When using this product, do not use more than directed (see Overdose warning).**

---

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2021 Walgreen Co.
ITEM 357419   W10024-0322-L



3 11917 16840 3

AU LNIC  #02808   W3OHGU0222-F

Lot No:
Exp. Date



## COMBO PACK A-1037

NDC 0363-9015-24

*Walgreens*

Compare to Maximum Strength Mucinex® Fast-Max®
Day Severe Cold & Flu & Maximum Strength Mucinex®
Fast-Max® Night Cold & Flu active ingredients††

### DAYTIME
# Cold & Flu

**ACETAMINOPHEN** 325 mg /
**PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN HBr** 10 mg /
**COUGH SUPPRESSANT**
**GUAIFENESIN** 200 mg / **EXPECTORANT**
**PHENYLEPHRINE HCl** 5 mg /
**NASAL DECONGESTANT**

### NIGHTTIME
# Cold & Flu

**ACETAMINOPHEN** 325 mg /
**PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN HBr** 10 mg /
**COUGH SUPPRESSANT**
**DOXYLAMINE SUCCINATE** 6.25 mg /
**ANTIHISTAMINE**
**PHENYLEPHRINE HCl** 5 mg /
**NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

- Relieves aches, fever & sore throat
- Controls cough
- Thins & loosens mucus
- Clears nasal & chest congestion
- 12 years & older

**MAXIMUM STRENGTH**

- Relieves aches, fever, sore throat, nasal congestion, runny nose & sneezing
- Controls cough
- 12 years & older

**16** SOFTGELS            ACTUAL SIZE

**8** SOFTGELS            ACTUAL SIZE

**TOTAL 24 SOFTGELS**



**A-1039**





**DAY & NIGHT PACK**    NDC 0363-0040-08

# Walgreens

Compare to the active ingredients in Children's Dimetapp® Cold & Cough & Nighttime Cold & Congestion®

## Children's Cold & Cough Relief

BROMPHENIRAMINE MALEATE 2 mg /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

**Daytime**

Alcohol Free

- Relieves
  - nasal congestion,
  - runny nose, itchy
  - & watery eyes,
  - sneezing
  - & coughing

## Children's Cold & Congestion Relief

BROMPHENIRAMINE MALEATE 1 mg /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr 5 mg /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl 2.5 mg /
NASAL DECONGESTANT

**Nighttime**

Alcohol Free

- Relieves stuffy nose,
  - runny nose,
  - sneezing, stuffy
  - & watery eyes
  - & coughing

AGES 6
YEARS & OLDER    Grape Flavor

AGES 6
YEARS & OLDER    Grape Flavor

2 - 4 FL OZ (118 mL) BOTTLES / TOTAL 8 FL OZ (236 mL)

**A-1041**



**Drug Facts**

| Active Ingredients (in each softgel) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Walgreens**

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu†

**DAYTIME**

# Severe Cold & Flu

ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

**Maximum Strength**

- Relieves headache, fever, sore throat, minor aches & pains, cough, chest congestion, thins & loosens mucus, nasal congestion & sinus pressure

**24 SOFTGELS**

ACTUAL SIZE

100% SATISFACTION GUARANTEED



**A-1043**

# DAY & NIGHT PACK

## Walgreens

Compare to Maximum Strength Mucinex® Fast-Max®
Day Severe Cold & Maximum Strength Mucinex®
Fast-Max® Night Cold & Flu active ingredients‡

NOC 0363-0635-24

**DAYTIME**

## Severe Cold

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**MAXIMUM STRENGTH**

**ALCOHOL FREE**

• Relieves aches, fever &
sore throat
• Controls cough
• Clears nasal & chest congestion
• Thins & loosens mucus
• Ages 12 & over

**16**
SOFTGELS*
(YELLOW-FILLED SOFTGELS)

**NIGHTTIME**

## Cold & Flu

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE / ANTIHISTAMINE
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**MAXIMUM STRENGTH**

**ALCOHOL FREE**

• Relieves aches, fever, sore throat,
nasal congestion, runny nose
& sneezing
• Controls cough
• Ages 12 & over

**8**
SOFTGELS*
(SOLID-FILLED SOFTGELS)

16 SOFTGELS* - 8 SOFTGELS* / TOTAL 24 SOFTGELS*

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
Walgreens
**100% SATISFACTION
GUARANTEED**
walgreens.com ©2014 Walgreen Co.

ITEM 940692  W10024-1018-L

R040YE
FORROW
Lot No.:
Exp. Date:

A-1044



## A-1045





# A-1047



**DAY & NIGHT PACK**   NDC 0363-0740-48

**Walgreens**

Compare to the active ingredients in Vicks® DayQuil® & NyQuil® Severe Cold & Flu Relief LiquiCaps®

**DAYTIME**
# Severe Cold & Flu
ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

Maximum Strength

**32** SOFTGELS* (*LIQUID-FILLED CAPSULES)   ACTUAL SIZE

**NIGHTTIME**
# Severe Cold & Flu
ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE 6.25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

Maximum Strength

**16** SOFTGELS* (*LIQUID-FILLED CAPSULES)   ACTUAL SIZE

**TOTAL 48 SOFTGELS**

DO NOT TAKE THESE PRODUCTS AT THE SAME TIME

PARENTS:

100% SATISFACTION GUARANTEED
walgreens.com
©2022 Walgreen Co. Made in India





A-1

NIGHTTIME SEVERE COLD & FLU SOFTGELS

**Drug Facts** (continued)

**Stop use and ask a doctor if**
■ you get nervous, dizzy or sleepless
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed
■ do not exceed 8 softgels per 24 hours

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ store at room temperature

**Inactive ingredients** FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Questions or Comments?** Call 1-877-290-4008

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

Walgreens
**100%** SATISFACTION GUARANTEED

walgreens.com

©2022 Walgreen Co. MADE IN INDIA

827T 0322

DAYTIME SEVERE COLD & FLU SOFTGELS

**Drug Facts** (continued)

**Stop use and ask a doctor if**
■ you get nervous, dizzy or sleepless
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed
■ do not exceed 8 softgels per 24 hours

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ store at room temperature

**Inactive ingredients** FD&C red #40, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Questions or Comments?** Call 1-877-290-4008

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

# A-1051







A-1054

*Walgreens*

Compare to Maximum Strength Mucinex® FAST-MAX®
Congestion & Headache Liquid Gels active ingredients††

NDC 0363-9019-16

**NEW**

# Congestion & Headache

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

**MAXIMUM STRENGTH**

- Relieves headache & fever
- Controls cough
- Relieves nasal congestion
- 12 years & older

**16** SOFTGELS*
(*LIQUID-FILLED CAPSULES)



ACTUAL SIZE



## Drug Facts

| Active Ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold   stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
- heart disease   high blood pressure   thyroid disease   diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

When using this product, do not use more than directed.

**Stop use and ask a doctor if**
- your child gets nervous, dizzy, or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with a fever, rash, or headache that lasts. These could be signs of a serious condition.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away

**Directions**
- do not take more than 6 doses in any 24-hour period
- use only the enclosed dosing cup designed for use with this product. Do not use any other dosing device.
- keep dosing cup with product
- doses as follows or as directed by a doctor   mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other Information**
- each 5 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate

**Inactive Ingredients** citric acid, disodium EDTA, FD&C red #40, flavor, glycerin, propyl gelate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3639 Monday-Friday 9AM-5PM EST

Our pharmacists recommend the Walgreens brand. We invite you
to compare to national brands.
This product is not manufactured or distributed by Reckitt
Benckiser, distributor of Children's Mucinex® Congestion & Cough.

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

Walgreens
**100% SATISFACTION GUARANTEED**
walgreens.com
©2021 Walgreen Co.

---

A-1055

NDC 0363-0512-04

## Walgreens

Compare to the active ingredients in
Children's Mucinex® Congestion & Cough*

# Children's Mucus Congestion & Cough Relief

DEXTROMETHORPHAN HBr 5 mg /
COUGH SUPPRESSANT
GUAIFENESIN 100 mg / EXPECTORANT
PHENYLEPHRINE HCl 2.5 mg /
NASAL DECONGESTANT

**Alcohol Free**

- Relief from chest congestion, cough & stuffy nose
- Breaks up mucus

**AGES 4-11 YEARS**

6.8 FL OZ (201 mL)

Berry flavor

DOSAGE CUP PROVIDED

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

ITEM 593323   W10024-0322-L

3  11917 21284  5

PLD-0545A   FCIU0013

Lot No:
Exp. Date:

A-1056







**Walgreens**

Compare to Maximum Strength Mucinex® Fast-Max® All-In-One Cold & Flu active ingredients*!

DAYTIME     NDC 0363-0686-06

# Cold & Flu

ACETAMINOPHEN 650 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 20 mg /
COUGH SUPPRESSANT
GUAIFENESIN 400 mg / EXPECTORANT
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

**MAXIMUM STRENGTH**

• Relieves aches, fever, sore throat,
  nasal & chest congestion,
  sinus congestion & pressure
• Controls cough
• Thins & loosens mucus
• 12 years & older

6 FL OZ (177 mL) LIQUID

---

A-1058

IMPORTANT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Fast-Max® Maximum Strength All-In-One Cold & Flu.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PLD-A574A   LB006719

## Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS**

---

## Drug Facts (continued)

### Uses
- temporarily relieves these common cold and flu symptoms
  - cough ■ nasal congestion
  - minor aches and pains ■ sore throat
  - headache ■ stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

---

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ diabetes
- thyroid disease ■ high blood pressure
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**PEEL CORNER FOR MORE DRUG FACTS**

---

## Drug Facts (continued)

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period

---

## Drug Facts (continued)

- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other Information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum



**Walgreens**

Compare to Maximum Strength
Muclnex® Fast-Max® All-In-One Night
Time Cold & Flu active ingredients

**NIGHTTIME**                           NDC 0363-9130-06

# Cold & Flu

**ACETAMINOPHEN** 650 mg /
PAIN RELIEVER / FEVER REDUCER
**DIPHENHYDRAMINE HCl** 25 mg /
ANTIHISTAMINE / COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** 10 mg /
NASAL DECONGESTANT

**MAXIMUM STRENGTH**

• Relieves cough, fever, sore throat,
body pain, sneezing, itchy throat,
headache, nasal congestion
& runny nose
• 12 years & older

**6 FL OZ (177 mL) LIQUID**

This product is not manufactured or distributed by Reckitt
Benckiser, distributor of Maximum Strength Mucinex®
Fast-Max® Night Time All In One Cold & Flu.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PLD-A603A  LB006360

## Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/ cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

## Drug Facts (continued)

### Uses

- temporarily relieves these common cold and flu symptoms
  - cough   ■ nasal congestion
  - minor aches and pains   ■ sore throat
  - headache   ■ runny nose   ■ sneezing
  - sinus congestion and pressure
  - itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash

If a skin reaction occurs, stop use and seek medical help right away. ►

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other drug containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease   ■ heart disease   ■ diabetes
- thyroid disease   ■ high blood pressure
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ►

**PEEL CORNER FOR MORE DRUG FACTS ◢**

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or ►

## Drug Facts (continued)

contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product   ■ mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years and older: 20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

### Other Information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum



NDC 0363-3361-06

# Walgreens

Compare to the active ingredients in
Maximum Strength Mucinex® Fast-Max®
Cold, Flu & Sore Throat*

## MUCUS RELIEF

## Cold, Flu & Sore Throat

ACETAMINOPHEN 650 mg /
PAIN RELIEVER & FEVER REDUCER
DEXTROMETHORPHAN HBr 20 mg /
COUGH SUPPRESSANT / GUAIFENESIN 400 mg /
EXPECTORANT / PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

**Maximum Strength**
• Relieves headache & fever
• Controls cough
• Relieves nasal & chest congestion
• Thins & loosens mucus
• For ages 12 & over

## 6 FL OZ (177 mL)

PLD-02820
LB008916

DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2022 Walgreen Co.
*Our pharmacists recommend the
Walgreens brand. We invite you
to compare to national brands.
*This product is not
manufactured or distributed by
RB Health (US) LLC, owner of the
registered trademarks Mucinex®
and Fast-Max®.

**PARENTS:**

ITEM 273615  W10139-0322-F

3  1 1917 21866  3

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS ◄**

## Drug Facts (continued)

### Uses
■ temporarily relieves these common cold and flu symptoms ■ sinus congestion and pressure ■ minor aches and pains ■ nasal congestion ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ temporarily reduces fever ■ temporarily promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ►

## Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ for children under 12 years of age
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ diabetes
■ thyroid disease   ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin. ►

**PEEL CORNER FOR MORE DRUG FACTS ◄**

## Drug Facts (continued)

When using this product, do not use more than directed.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period ►

## Drug Facts (continued)

■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older: 20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

### Other Information
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST





**DO NOT USE IF PRINTED SAFETY SEAL BELOW OR UNDER CAP IS BROKEN OR MISSING**

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2019 Walgreen Co.
ITEM 984979 W10139-0719-F



3 11917 19241 3

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

*This product is not manufactured or
distributed by Reckitt Benckiser,
distributor of Maximum Strength
Mucinex® Fast-Max® Clear & Cool®
Cold, Flu & Sore Throat.



**PARENTS:**
Learn about two medicine abuse
www.StopMedicineAbuse.org

ORG0719-F
PLD-C4539 L8006096

PEEL CORNER FOR DRUG FACTS ◢

## Drug Facts

| Active Ingredients | Purposes |
|---|---|
| (in each 20 mL) | |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms
 ■ sinus congestion and pressure
 ■ minor aches and pains  ■ nasal congestion
 ■ headache  ■ cough  ■ sore throat
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ►

---

## Drug Facts (continued)

■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease  ■ diabetes
■ thyroid disease  ■ high blood pressure ►

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts (continued)

■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for ►

---

## Drug Facts (continued)

adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older: 20 mL every 4 hours
■ children under 12 years of age: do not use

### Other Information
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive Ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C yellow #10, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



NDC 0363-0227-38

**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Severe Congestion & Cough*

# Severe Congestion & Cough

DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

• Controls cough
• Clears nasal & chest congestion
• Thins & loosens mucus
• 12 years & older

**6 FL OZ (177 mL)**

PLD-E2830
LB008731

---



TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE CAP IS BROKEN OR MISSING

**A-1062**

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com ©2021 Walgreen Co.
ITEM 280506 W10139-0122-F

3 11917 15949 2

Walgreens Pharmacist Recommended.
Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademarks Mucinex® and Fast-Max®.



Discard Seals, Empty, Replace Cap

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

PLASTIC BOTTLE   PLASTIC CUP

W3ORG0122-F

PLD-E2830  LB008703

PEEL CORNER FOR DRUG FACTS ◢

---

## Drug Facts

### Active ingredients    Purposes
(in each 20 mL.)

Dextromethorphan HBr 20 mg.................
...........................................Cough suppressant
Guaifenesin 400 mg................Expectorant
Phenylephrine HCl 10 mg......................
...........................................Nasal decongestant

### Uses
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  ■ the intensity of coughing
  ■ the impulse to cough to help you get to sleep
  ■ nasal congestion due to a cold ▶

---

## Drug Facts (continued)

### Warnings
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ for children under 12 years of age

**Ask a doctor before use if you have**
■ heart disease    ■ high blood pressure
■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

When using this product, do not use more than directed. ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

## Drug Facts (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

### Directions    ■ do not take more
than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ shake well before using
■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use ▶

---

## Drug Facts (continued)

### Other Information
■ each 20 mL contains: sodium 17 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



## Walgreens.

Compare to the active ingredients in
Maximum Strength Mucinex® Fast-Max®
Clear & Cool® Severe Congestion & Cough*

# Severe Congestion & Cough

DEXTROMETHORPHAN HBr 20 mg /
COUGH SUPPRESSANT
GUAIFENESIN 400 mg / EXPECTORANT
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

**Maximum Strength**
- Thins & loosens mucus
- Relieves nasal & chest congestion
- Controls cough
- 12 years & older

6 FL OZ (177 mL)  Mint flavor

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com  ©2021 Walgreen Co.
ITEM 984978   W10139-0222-F



3  11917 19240  6

Walgreens Pharmacist Recommended.
Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
"This product is not manufactured or
distributed by RB Health (US) LLC,
owner of the registered trademarks
Mucinex®, Fast-Max® and Clear & Cool®.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

W3ORG0122-F

PLD-D453A   LB008710

**PEEL CORNER FOR DRUG FACTS ◢**

---

# Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

## Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
    - the intensity of coughing
    - nasal congestion due to a cold
    - temporarily helps you cough less

▶

---

## Drug Facts (continued)

### Warnings
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

When using this product, do not use more than directed.

▶

---

## Drug Facts (continued)

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

▶

---

## Drug Facts (continued)

### Other Information
- each 20 mL contains: sodium 18 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive Ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C yellow #10, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

PEEL CORNER FOR MORE DRUG FACTS ◢



**NIGHTTIME**

# Cold & Flu

**ACETAMINOPHEN /**
PAIN RELIEVER / FEVER REDUCER
DIPHENHYDRAMINE HCl /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**Maximum Strength**

• Relieves aches, fever,
sore throat, nasal congestion,
runny nose & sneezing
• Controls cough
• 12 years & older

Compare to the active ingredients in
Maximum Strength Mucinex®
Fast-Max® Nighttime Cold & Flu*

**6 FL OZ (177 mL)**

PLD-C3770
LB008914

---



WARNING: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2021 Walgreen Co.

ITEM 907515   W10139-0222-F

3  11917 17776  2

W3ORG0122-F          PLD C3770   LB008715

Walgreens Pharmacist Recommended.
Our pharmacists recommend the Walgreens brand. We
invite you to compare to national brands.
*This product is not manufactured or distributed by RB
Health (US) LLC, owner of the registered trademarks
Mucinex® and Fast-Max®.

## Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**PEEL CORNER FOR MORE DRUG FACTS ◄**

---

**Drug Facts** (continued)

**Uses** ■ temporarily relieves these common cold and flu symptoms
■ cough      ■ nasal congestion
■ minor aches and pains      ■ sore throat
■ headache   ■ runny nose   ■ sneezing
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen ►

---

**Drug Facts** (continued)

(prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other drug containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ for children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease
■ high blood pressure   ■ thyroid disease
■ diabetes   ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if**
■ you are taking the blood thinning drug warfarin
■ you are taking sedatives or tranquilizers ►

**PEEL CORNER FOR MORE DRUG FACTS ◄**

---

**Drug Facts** (continued)

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ►

---

**Drug Facts** (continued)

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 5 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ mL = milliliter   ■ keep dosing cup with product
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older: 20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

**Other Information**
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive Ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



Varnish Omit Area

**Walgreens**

Compare to the active ingredients in Vicks® NyQuil® Severe Cold & Flu†

NIGHTTIME

# Severe Cold & Flu

ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE 6.25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

Maximum Strength

- Relieves headache, fever, sore throat, minor aches & pains, nasal congestion & sinus pressure, sneezing, runny nose & cough

24 SOFTGELS

ACTUAL SIZE

Print/Varnish Omit Area

Varnish Omit Area

Lot #:
Exp. Date:
Print/Varnish Omit Area





## Drug Facts

| Active Ingredients (in each 15 mL) | Purposes |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses

■ temporarily relieves common cold/flu symptoms  ■ nasal congestion  ■ sinus congestion and pressure  ■ minor aches and pains  ■ headache  ■ fever  ■ sore throat  ■ reduces swelling of nasal passages  ■ cough due to minor throat and bronchial irritation  ■ temporarily restores freer breathing through the nose  ■ promotes nasal and/or sinus drainage  ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if:  ■ adult takes more than 4 doses (30 mL each) of acetaminophen in 24 hours, which is the maximum daily amount  ■ child takes more than 4 doses (15 mL each) in 24 hours  ■ taken with other drugs containing acetaminophen  ■ adult has 3 or more alcoholic drinks every day while using this product. **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash. If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

← PEEL HERE  *Drug Facts* (continued under label)

---


## Walgreens

NDC 0363-4150-96



**A-1068**

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu*

## DAYTIME • NON-DROWSY

# Severe
# Cold & Flu



**ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT**
**GUAIFENESIN 200 mg / EXPECTORANT**
**PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT**

**Maximum Strength**

• Relieves headache, fever, sore throat, minor aches & pains; nasal/sinus congestion & sinus pressure; cough & chest congestion
• For ages 6 years & over
• Alcohol free

## 8 FL OZ (237 mL)

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR UNDER CAP IS BROKEN OR MISSING.**

**PARENTS:**
Turn about for child's dose
www.StopUseInstructions.org

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2022 Walgreen Co.
ITEM 271599  W10064-0922-F

3 11917 21865 6

PLD-B340B  LB009989  W3ORG0922-F

---

## Drug Facts (continued)

**Do not use**  ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.  ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if the user has**  ■ liver disease  ■ heart disease  ■ high blood pressure  ■ thyroid disease  ■ diabetes  ■ trouble urinating due to enlarged prostate gland  ■ cough that occurs with too much phlegm (mucus)  ■ persistent or chronic cough as occurs with smoking, asthma, chronic bronchitis, or emphysema  ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if user is** taking the blood thinning drug warfarin.

**When using this product, do not take more than directed.**

**Stop use and ask a doctor if**  ■ nervousness, dizziness, or sleeplessness occur  ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults)  ■ new symptoms occur  ■ fever gets worse or lasts more than 3 days  ■ redness or swelling is present  ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

---

## Drug Facts (continued)

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**  ■ take only as directed (see Overdose warning)  ■ do not take more than 4 doses in any 24-hour period  ■ measure only with dosing cup provided. Do not use any other dosing device.  ■ mL = milliliter  ■ keep dosing cup with product

| adults and children 12 years and over | 30 mL every 4 hours |
| --- | --- |
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other Information**  ■ each 15 mL contains: sodium 12 mg  ■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive Ingredients** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
► Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



A-1069

*Compare to Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief active ingredients!!*

NDC 0363-9018-16

**NEW**

# Severe Congestion Relief

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**GUAIFENESIN** 200 mg / EXPECTORANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

## MAXIMUM STRENGTH

- Relieves headache, sinus pressure & congestion
- Thins & loosens mucus
- Controls cough
- 12 years & older

**16** SOFTGELS*
(*LIQUID-FILLED CAPSULES)



ACTUAL SIZE

**A-1070**





A-1071

NDC 0363-8997-24

**NIGHTTIME**

# Severe
# Cold & Flu

*Compare to Vicks®
NyQuil® Severe Cold & Flu
active ingredients‡‡*

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE 6.25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

 *DISSOLVES QUICKLY*

**MAXIMUM STRENGTH**

• Relieves headache, fever, sore
  throat, minor aches & pains,
  nasal/sinus congestion &
  sinus pressure, sneezing,
  runny nose & cough

24 SOFTGELS





A-1073

A9543

# A-1074



# A-1075



## Walgreens

Compare to Maximum Strength
Mucinex® Sinus-Max® Severe
Congestion Relief active ingredients¶

SINUS RELIEF          NDC 0363-0478-06

# Severe Congestion

ACETAMINOPHEN 650 mg / PAIN RELIEVER
GUAIFENESIN 400 mg / EXPECTORANT
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

### MAXIMUM STRENGTH

· Relieves headache &
  sinus congestion
· Thins & loosens mucus
· 12 years & older

PLD-B388A
LB004976

6 FL OZ (177 mL) LIQUID

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

¶This product is not manufactured or distributed by
Reckitt Benckiser, distributor of Maximum Strength
Mucinex® Sinus-Max® Severe Congestion Relief.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2017 Walgreen Co.
ITEM 923791  W10013-0917-L

3  11917 18102  8

PLD-B388A
LB004976                    ORG0817-F

### Drug Facts

| Active Ingredients (In each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ◢

---

### Drug Facts (continued)

**Uses**
■ temporarily relieves ■ headache ■ nasal congestion
■ minor aches and pains
■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.  ▶

---

### Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ for children under 12 years of age
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease    ■ diabetes
■ thyroid disease  ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.
When using this product, do not use more than directed.  ▶

---

### Drug Facts (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health** professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.  ▶

---

### Drug Facts (continued)

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product ■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older: 20 mL every 4 hours
■ children under 12 years of age: do not use

**Other Information**
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

PEEL CORNER FOR MORE DRUG FACTS ◢

# A-1076

**Drug Facts** (continued)

| age | dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to 5 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other Information**
- each 5 mL contains: sodium 2 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive Ingredients** acesulfame potassium, alcohol, benzoic acid, citric acid, disodium EDTA, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 8AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com   ©2015 Walgreen Co.

W10040-XXXX-F
ITEM 448737
PLD-F319C   LB003474
REV1013-RF_R01



NDC 0363-3788-04

Well at
Walgreens

children's
**DAYTIME**

# Cold & Cough

Dextromethorphan HBr /
Cough Suppressant
Phenylephrine HCl /
Nasal Decongestant

**• ALCOHOL 0.14%**

4 FL OZ (118 mL)

CHERRY
FLAVOR

**Drug Facts**

| Active Ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
- temporarily relieves   ■ nasal and sinus congestion   ■ cough due to minor throat and bronchial irritation as may occur with a cold

**Warnings**
**Do not use**   ■ in a child under 4 years of age   ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product. **Ask a doctor before use if the child has**   ■ heart disease   ■ high blood pressure   ■ thyroid disease   ■ diabetes   ■ a breathing problem such as chronic bronchitis   ■ cough that occurs with too much phlegm (mucus)   ■ chronic cough that lasts, or as occurs with asthma. **When using this product, do not use more than directed. Stop use and ask a doctor if**   ■ nervousness, dizziness or sleeplessness occur   ■ symptoms do not improve within 7 days or occur with fever   ■ cough persists more than 7 days, comes back or occurs with a fever, rash or persistent headache. These could be signs of a serious condition.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product   ■ mL = milliliter   ■ shake well before using





## A-1079



## A-1080



**Walgreens**

Compare to the active ingredients in
Vicks® NyQuil® Severe® VapoCOOL™

NIGHTTIME

# Severe
# Cold & Flu

ACETAMINOPHEN / MINOR ACHES & PAINS / FEVER
PHENYLEPHRINE HCl / NASAL CONGESTION /
SINUS PRESSURE
DOXYLAMINE SUCCINATE / SNEEZING / RUNNY NOSE
DEXTROMETHORPHAN HBr / COUGH

Severe Cooling

· Pain reliever, fever reducer,
nasal decongestant,
antihistamine,
cough suppressant

## 12 FL OZ (354 mL)

A-1081



## A-1082

---

**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product, do not use more than directed.

Stop use and ask a doctor if • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed
• only use the dose cup provided • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL, every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each 15 mL contains: sodium 6 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** citric acid, D&C Yellow No.10, edetate disodium, FD&C Green No. 3, FD&C Red No. 40, flavors, glycerin, menthol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum.

**Questions or comments?** 1-866-467-2748

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® Dayquil™ Severe Cold & Flu Honey Flavor.
GTIN 6101200LR  **Distributed by:**

UNVARNISHED
A3EA



---

*Compare to the active ingredients in
Vicks® Dayquil™ Severe Cold & Flu
Honey Flavor

NDC 0363-6110-12

# DayTime
# Cold & Flu
# Relief

**Acetaminophen** - Pain reliever/Fever reducer
**Guaifenesin** - Expectorant
**Phenylephrine HCl** - Nasal decongestant
**Dextromethorphan HBr** - Cough suppressant

• Headache, Fever, Sore Throat,
  Minor Aches & Pains
• Chest Congestion,
  Thins & Loosens Mucus
• Nasal Congestion, Sinus Pressure
• Cough

## Honey Flavor
Naturally and Artificially Flavored

**12 FL OZ (354 ml)**

---

**Drug Facts** | DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN

| **Active ingredients** (in each 15 mL) | **Purpose** |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • minor aches & pains • headache • fever • sore throat • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage • helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if • adult takes more than 4 doses (30 mL each) in 24 hrs, which is the maximum daily amount for this product • child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product
• taken with other drugs containing acetaminophen • adult has 3 or more alcoholic drinks every day while using this product
Allergy Alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
Do not use • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. • if you are now taking a prescription monoamine oxidase inhibitor (MAOI) or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
Ask a doctor before use if you have • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to an enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ▶

A-1083



**Walgreens**

Compare to the active ingredients
In Vicks® DayQuil™ Kids Honey
Cold & Cough • Mucus™

DAYTIME

# Children's
# Cold, Cough
# & Mucus

GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT

Acetaminophen Free

• Honey

• Chest congestion,
  nasal congestion & cough

8 FL OZ (236 mL)          Honey
                         naturally &
                    artificially flavored

**Drug Facts**

**Active Ingredients** — **Purpose**
(in each 15 mL)
Dextromethorphan HBr 10 mg ............ Cough suppressant
Guaifenesin 100 mg ........................... Expectorant
Phenylephrine HCl 5 mg ............... Nasal decongestant

**Uses**
■ temporarily relieves common cold symptoms:
 ■ nasal congestion   ■ sinus congestion & pressure
 ■ cough due to minor throat & bronchial irritation
 ■ cough to help you sleep ■ reduces swelling of nasal passages
 ■ temporarily restores free breathing through the nose
 ■ promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to
 rid the bronchial passageways of bothersome mucus and make
 coughs more productive.

**Warnings**
Do not use if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for depression,
psychiatric or emotional conditions, or Parkinson's disease), or
for 2 weeks after stopping the MAOI drug. If you do not know if
your prescription drug contains an MAOI, ask a doctor or
pharmacist before taking this product.

Ask a doctor before use if you have
■ heart disease ■ high blood pressure ■ thyroid disease

This product is not manufactured or distributed by Procter & Gamble, the
distributor of Vicks® DayQuil™ Kids Honey Cold & Cough • Mucus.

**Drug Facts (continued)**

■ diabetes ■ trouble urinating due to enlarged prostate gland
■ cough that occurs with too much phlegm (mucus) ■ persistent
or chronic cough such as occurs with smoking, asthma, chronic
bronchitis or emphysema

When using this product, do not use more than directed.

Stop use and ask a doctor if
■ you get nervous, dizzy or sleepless ■ symptoms do not
improve within 7 days or occur with a fever ■ cough persists for
more than 7 days, comes back or occurs with a fever, rash or
persistent headache. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get
medical help or contact a Poison Control Center right away at
1-800-222-1222.

Walgreens Pharmacist Recommended. Our
pharmacists are committed to your good health.
Your satisfaction is 100% guaranteed. If you're not
satisfied, we'll gladly refund your money.
DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2023 Walgreen Co.
62308WAGLR

W3OHG00423-F
ITEM 206909   W00000-0000-0

**PEEL BACK HERE FOR DRUG FACTS ►**



**Drug Facts (continued)**

**Directions**
■ take only as directed ■ only use the dose cup provided
■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other Information**
■ each 15 mL contains: sodium 12 mg
■ store at room temperature

**Inactive Ingredients** anhydrous citric acid, carboxymethyl
cellulose sodium, D&C Yellow No. 10, disodium edetate, FD&C Green
No. 3, FD&C Red No. 40, FD&C Yellow No. 6, flavor, glycerin, propyl
gallate, propylene glycol, purified water, sodium benzoate, sodium
citrate, sorbitol, sucralose, xanthan gum.

**Questions or comments?** 1-866-467-2748



*Walgreens*

Compare to the active ingredients in
Vicks® NyQuil® Severe + DayQUIL™

NIGHTTIME

# Severe
# Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE / ANTIHISTAMINE
PHENYLEPHRINE HCI / NASAL DECONGESTANT

Maximum Strength

Vapor Ice

- Relieves minor aches & pains, fever,
  nasal congestion, sinus pressure,
  sneezing, runny nose, cough
- For ages 12 & older

12 FL OZ (354 mL)







**A-1085**

FRONT

6.75"Width





**Walgreens**

Compare to the active ingredients
in Vicks® Nyquil® Kids Honey
Cold & Cough Congestion

NIGHTTIME

# Children's
# Cold, Cough
# & Congestion

DOXYLAMINE SUCCINATE / ANTIHISTAMINE
PHENYLEPHRINE HCl / NASAL DECONGESTANT
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT

Acetaminophen Free

• Honey

• Sneezing, runny nose,
nasal congestion & cough

8 FL OZ (236 mL)

BACK

6.75"Width



A-1086



**READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE. KEEP CARTON FOR REFERENCE. DO NOT DISCARD.**

## Drug Facts

**Active ingredients (in each packet)** — **Purpose**
Acetaminophen 500 mg ........................ Pain reliever/Fever reducer
Dextromethorphan hydrobromide 20 mg ........ Cough suppressant
Phenylephrine hydrochloride 10 mg ........... Nasal decongestant

**Uses**

**Warnings**

### Drug Facts (continued)

### Directions

### Other information

### Inactive ingredients:

**DO NOT USE IF SEALED PACKET IS TORN OR BROKEN**

---

MULTI-SYMPTOM
**Wal-Flu®**
Severe Cold

*Well at*
*Walgreens*

NEW

*Well at Walgreens*

WALGREENS PHARMACIST RECOMMENDED

MULTI-SYMPTOM
# Wal-Flu®
## Severe Cold
**Acetaminophen /**
**Pain Reliever / Fever Reducer**
**Dextromethorphan HBr /**
**Cough Suppressant**
**Phenylephrine HCl /**
**Nasal Decongestant**

Relieves:
- Nasal congestion
- Cough
- Body ache
- Sore throat pain
- Headache
- Fever

GREEN TEA & HONEY
LEMON FLAVORS

Compare to Theraflu® Multi-Symptom Severe Cold active ingredients®

## 6 PACKETS

® Walgreens Pharmacist Survey Study, November 2014.
® This product is not manufactured or distributed by Novartis, owner of the registered trademark Theraflu®.

Questions or comments?
1-800-925-4733

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens*
**100% SATISFACTION GUARANTEED**
walgreens.com ©2016 Walgreen Co.
MADE IN CANADA



*Walgreens* A-1087

Compare to Vicks® DayQuil®
LiquiCaps® active ingredients††

NDC 0363-8993-24

DAYTIME · NON-DROWSY

# Cold & Flu

**ACETAMINOPHEN 325 mg** / ACHES / FEVER / SORE THROAT
**DEXTROMETHORPHAN HBr 10 mg** / COUGH
**PHENYLEPHRINE HCl 5 mg** / NASAL CONGESTION

MULTI-SYMPTOM    LIQUID CAPS

· Relieves aches, fever, sore throat,
  nasal congestion & cough

24
LIQUID CAPS

ACTUAL SIZE

A-1088

Walgreens
DAYTIME • NON-DROWSY
Cold & Flu
Walgreens
Compare to Vicks® DayQuil® LiquiCaps® active ingredients‡
DAYTIME • NON-DROWSY
Cold & Flu
ACETAMINOPHEN 325 mg / ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr 10 mg / COUGH
PHENYLEPHRINE HCl 5 mg / NASAL CONGESTION
MULTI-SYMPTOM
LIQUID CAPS
• Relieves aches, fever, sore throat, nasal congestion & cough
24
LIQUID CAPS
KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION
THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.
LOT NO:
EXP DATE:
DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
Walgreens 100% SATISFACTION GUARANTEED
walgreens.com ©2019 Walgreen Co.
MADE IN INDIA

A-1089

# Walmart Inc.

## -PE Product Labels –

A-1090



**equate™**

children's
**MULTI-SYMPTOM COLD**
AGES 4 to 12 YEARS
Very Berry Flavored

**Drug Facts**

**Active ingredients (in each 5 mL)    Purpose**
Dextromethorphan HBr 5 mg ........ Cough suppressant
Guaifenesin 100 mg ........ Expectorant
Phenylephrine HCl 2.5 mg ........ Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive
- temporarily relieves
  - cough due to minor throat and bronchial irritation as may occur with a cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

When using this product
- do not use more than directed

Stop use and ask a doctor if
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash or persistent headache. These could be signs of a serious illness.

Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not take more than 6 doses in any 24 hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

**Drug Facts (continued)**

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other information**
- each 5 mL contains: potassium 6 mg, sodium 5 mg
- store between 15-30°C (59-86°F)
- do not refrigerate
- dosing cup provided

**Inactive ingredients** citric acid anhydrous, D&C red #33, dextrose, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, methylparaben, potassium acetate, propyl gallate, propylene glycol, propylparaben, purified water, saccharin sodium, sodium hydroxide, sorbitol solution, sucralose, xanthan gum

**Questions?** 1-888-287-1915

DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Children's Mucinex® Multi-Symptom Cold.

KEEP BOX FOR COMPLETE INFORMATION

DO NOT USE IF SEAL UNDER CAP IMPRINTED WITH "SEALED FOR YOUR PROTECTION" IS BROKEN OR MISSING.

Satisfaction guaranteed—
Or we'll replace it or give you your money back. If questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915

NDC 49035-715-05

**equate™**

children's
**MULTI-SYMPTOM COLD**

Dextromethorphan HBr 5 mg
Cough Suppressant
Guaifenesin 100 mg
Expectorant
Phenylephrine HCl 2.5 mg
Nasal Decongestant

**AGES 4 to 12 YEARS**

☐ Relieves stuffy nose
☐ Soothes cough
☐ Relieves chest congestion
☐ Thins and loosens mucus

• Alcohol Free

Very Berry Flavored
4 FL OZ (118 mL)    Dosage Cup included

NDC 49035-715-05

**equate™**

children's
**MULTI-SYMPTOM COLD**

Dextromethorphan HBr 5 mg
Cough Suppressant
Guaifenesin 100 mg
Expectorant
Phenylephrine HCl 2.5 mg
Nasal Decongestant

**AGES 4 to 12 YEARS**

☐ Relieves stuffy nose
☐ Soothes cough
☐ Relieves chest congestion
☐ Thins and loosens mucus

• Alcohol Free

Very Berry Flavored
4 FL OZ (118 mL)    Dosage Cup included

No Coating Area
COATING FREE AREA

COATING FREE AREA

N.C.    Glue

COATING FREE AREA
No Coating

n

A-1091



A-1092



Equate 44-503A

A-1093



**equate™**  **DayTime** Cold Multi-Symptom

**NightTime** Cold Multi-Symptom

### DayTime
Cold Multi-Symptom

**·Acetaminophen,**
Dextromethorphan HBr,
Phenylephrine HCl

• Pain reliever, fever reducer,
cough suppressant, nasal decongestant
• Fever, headache, sore throat,
nasal congestion, cough

Pseudoephedrine Free

**12 CAPLETS**   Actual Size

### NightTime
Cold Multi-Symptom

**·Acetaminophen,**
Chlorpheniramine maleate,
Dextromethorphan HBr,
Phenylephrine HCl

• Pain reliever, fever reducer, antihistamine,
cough suppressant, nasal decongestant
• Fever, headache, sore throat,
runny nose, nasal congestion, cough

Pseudoephedrine Free

**12 CAPLETS**   Actual Size

B-2303-470C47300C
REV1128KA047308

Do Not Take The Daytime and Nighttime
Products at the Same Time.



A-1095







## DAY & NIGHT TWIN PACK A-1097

**equate™**

### DAY & NIGHT TWIN PACK

**equate™**

Compare to Mucinex® Sinus-Max® Day and Night Maximum Strength Active Ingredients*

**Maximum Strength**

**Fast Dissolving Softgels**
## Sinus Relief

### Day
**ACETAMINOPHEN**
Pain Reliever

**Dextromethorphan HBr**
Cough Suppressant

**Guaifenesin**
Expectorant

**Phenylephrine HCl**
Nasal Decongestant

- Relieves sinus pressure, headache & congestion
- Controls cough
- Thins & loosens mucus

**16 SOFTGELS**
(Liquid Filled Capsules)

### Night
**ACETAMINOPHEN**
Pain Reliever

**Dextromethorphan HBr**
Cough Suppressant

**Doxylamine succinate**
Antihistamine

**Phenylephrine HCl**
Nasal Decongestant

- Relieves nasal congestion, sinus pressure & pain
- Controls cough
- Relieves runny nose & sneezing

**8 SOFTGELS**
(Liquid Filled Capsules)

**24 TOTAL**
AGES 12+

**PARENTS:**

**LOT NO:**
**EXP DATE:**   COATING
FREE AREA



## DAY & NIGHT TWIN PACK



**MAXIMUM STRENGTH**
Daytime
**Severe Cold & Flu**
ACETAMINOPHEN 325mg
Dextromethorphan HBr 10mg
Guaifenesin 200mg
Phenylephrine HCl 5mg

**MAXIMUM STRENGTH**
Nighttime
**Severe Cold & Flu**
ACETAMINOPHEN 325mg
Dextromethorphan HBr 10mg
Doxylamine succinate 6.25mg
Phenylephrine HCl 5mg

## DAY & NIGHT TWIN PACK

*equate*™

NDC 49035-586-04

**Compare to Mucinex® Fast-Max® Day Severe Cold and Night Cold & Flu Active Ingredients***

**Maximum Strength****

### Fast Dissolving Softgels

# Severe Cold & Flu

## Day Severe Cold

**ACETAMINOPHEN**
Pain Reliever / Fever Reducer
**Dextromethorphan HBr**
Cough Suppressant
**Guaifenesin**
Expectorant
**Phenylephrine HCl**
Nasal Decongestant

- Relieves aches, fever & sore throat
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus



Actual Size

## Night Cold & Flu

**ACETAMINOPHEN**
Pain Reliever / Fever Reducer
**Dextromethorphan HBr**
Cough Suppressant
**Doxylamine succinate**
Antihistamine
**Phenylephrine HCl**
Nasal Decongestant

- Relieves aches, fever & sore throat
- Controls cough
- Relieves nasal congestion
- Relieves runny nose & sneezing



Actual Size

**16 SOFTGELS**
(Liquid Filled Capsules)

**24 TOTAL**
AGES 12+

**8 SOFTGELS**
(Liquid Filled Capsules)

---

****Per 4-hour dose**

Do not take the Day Severe Cold and Night Cold & Flu softgels at the same time. Do not take more than a total of 12 softgels in a 24-hour period.

Do not take the first dose of the Night Cold & Flu softgels sooner than 4 hours after the last dose of the Day Severe Cold softgels unless as directed by a doctor.

Take only as directed.

Keep carton for complete product information

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



Check Locally*

COATED PAPER | MULTI-LAYER
BOX | TRAY

*Not recycled in all communities

## Drug Facts                          A-1099

**Active ingredients (in each Softgel)     Purposes**
**Daytime Severe Cold**
Acetaminophen 325 mg..............Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...................Cough suppressant
Guaifenesin 200 mg....................................Expectorant
Phenylephrine HCl 5 mg........................Nasal decongestant

**Active ingredients (in each Softgel)     Purposes**
**Nighttime Cold & Flu**
Acetaminophen 325 mg..............Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...................Cough suppressant
Doxylamine succinate 6.25 mg.......................Antihistamine
Phenylephrine HCl 5 mg........................Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms:
■ cough   ■ minor aches and pains
■ headache   ■ nasal congestion   ■ sore throat
■ runny nose and sneezing (Nighttime only)
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive. (Daytime only)
■ controls cough to help you get to sleep (Nighttime only)
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 softgels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ diabetes
■ high blood pressure   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma (Nighttime only)

---

## Drug Facts (continued)

■ breathing problems such as emphysema or chronic bronchitis (Nighttime only)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers (Nighttime only)
**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children (Nighttime only)
■ marked drowsiness may occur (Nighttime only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (Nighttime only)
■ avoid alcoholic drinks (Nighttime only)
■ be careful when driving a motor vehicle or operating machinery (Nighttime only)
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 softgels in any 24-hour period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use

**Other information** ■ store at room temperature 15°-30°C (59°-86°F) and avoid excessive heat.

**Inactive ingredients** (Daytime only) FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, and white ink
(Nighttime only) D&C yellow #10, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, and white ink

**Questions or comments?** 1-888-283-1915

---

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

DISTRIBUTED BY: Walmart Inc.,
Bentonville, AR 72716
PRODUCT OF CHINA
This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademarks Mucinex® Fast-Max® Day Severe Cold and Night Cold & Flu.

Satisfaction guaranteed - For questions or comments please call 1-888-283-1915

WM23-00



A-1101

Grape Flavored



6 YEARS AND OLDER
COLD & COUGH
children's

equate

---

NDC 49035-092-54



**equate**

children's
# COLD & COUGH

**Brompheniramine Maleate**
Antihistamine
**Dextromethorphan HBr**
Cough Suppressant
**Phenylephrine HCl**
Nasal Decongestant

**6 YEARS AND OLDER**



**Relief of:**
☐ Nasal congestion
☐ Runny nose
☐ Itchy, watery eyes
☐ Coughing, sneezing

■ Alcohol Free

Grape Flavored

8 FL OZ (237 mL)   Dosage Cup Included

---

NDC 49035-092-54

**equate**

children's
# COLD & COUGH

**Brompheniramine Maleate**
Antihistamine
**Dextromethorphan HBr**
Cough Suppressant
**Phenylephrine HCl**
Nasal Decongestant

**6 YEARS AND OLDER**

**Relief of:**
☐ Nasal congestion
☐ Runny nose
☐ Itchy, watery eyes
☐ Coughing, sneezing

■ Alcohol Free

Grape Flavored

8 FL OZ (237 mL)   Dosage Cup Included

---

## Drug Facts

**Active ingredients (in each 10 mL)    Purposes**

| | |
|---|---|
| Brompheniramine maleate, USP 2 mg | Antihistamine |
| Dextromethorphan HBr, USP 10 mg | Cough suppressant |
| Phenylephrine HCl, USP 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves cough due to minor throat and bronchial irritation occurring with a cold, and nasal congestion due to the common cold, hay fever or other upper respiratory allergies
■ temporarily relieves these symptoms due to hay fever (allergic rhinitis):
  ■ runny nose
  ■ sneezing
  ■ itchy, watery eyes
  ■ itching of the nose or throat
■ temporarily restores free breathing through the nose

**Warnings**
Do not use
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ to make a child sleepy

Ask a doctor before use if you have
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ glaucoma
■ a cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that lasts or is chronic such as occurs with smoking, asthma or emphysema

Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers

When using this product
■ do not use more than directed
■ may cause marked drowsiness
■ avoid alcoholic beverages
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

Stop use and ask a doctor if
■ you get nervous, dizzy, or sleepless
■ symptoms do not get better within 7 days or are accompanied by fever
■ cough lasts for more than 7 days, comes back, or is accompanied by fever, rash, or persistent headache. A persistent cough may be a sign of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).  ▶

---

## Drug Facts (continued)

**Directions**
■ do not take more than 6 doses in any 24 hour period
■ measure only with dosing cup provided
■ keep dosage cup with product
■ mL = milliliter

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to under 12 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other information**
■ each 10 mL contains: sodium 4 mg
■ store at 20°–25°C (68°–77°F)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sorbitol solution

**Questions or comments?** 1-888-287-1915

DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by Wyeth LLC, owner of the registered trademark Dimetapp®.

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING


Satisfaction guaranteed –
Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

Gluten-Free


**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP

---

6  81131 18402   1

LOT NO.
EXP.

A-1102

## Drug Facts

**Active ingredients (in each 5 mL)** — **Purposes**
Dextromethorphan HBr 5 mg.....................Cough suppressant
Guaifenesin 100 mg.....................................Expectorant
Phenylephrine HCl 2.5 mg...................Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains a MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

When using this product do not use more than directed

Stop use and ask a doctor if
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**
- do not take more than 6 doses in any 24 hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter

| Age | Dose |
|-----|------|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other information**
- each 5 mL contains: sodium 3 mg
- do not use if printed neckband is broken or missing
- store at 20-25°C (68-77°F)
- keep refrigerate   - dosing cup provided ▶

## Drug Facts (continued)

**Inactive ingredients**
anhydrous citric acid, edetate disodium, FD&C red #40, menthol, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions or comments?** 1-886-467-2195



PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

6  81131-37872  7

---

## equate™

### childrens
### MULTI-SYMPTOM
### COLD
**Daytime**

AGES 4 TO 12 YEARS

Very Berry
Flavor Liquid

VALUE PACK

## equate™

### childrens
### MULTI-SYMPTOM
### COLD
**Daytime**

Dextromethorphan HBr 5 mg,
Cough Suppressant
Guaifenesin 100 mg,
Expectorant
Phenylephrine HCl 2.5 mg,
Nasal Decongestant

Alcohol-Free

AGES 4 TO 12 YEARS

Relieves:
- Stuffy Nose
- Cough
- Chest Congestion
- Breaks Up Mucus

Very Berry
Flavor Liquid
Dosage Cup Included

6.8 FL OZ (201mL)

6  81131-37872  7

VALUE PACK

## equate™

### childrens
### MULTI-SYMPTOM
### COLD
**Daytime**

Dextromethorphan HBr 5 mg,
Cough Suppressant
Guaifenesin 100 mg,
Expectorant
Phenylephrine HCl 2.5 mg,
Nasal Decongestant

Alcohol-Free

AGES 4 TO 12 YEARS

Relieves:
- Stuffy Nose
- Cough
- Chest Congestion
- Breaks Up Mucus

Very Berry
Flavor Liquid
Dosage Cup Included

6.8 FL OZ (201mL)

A-1103



No Coating Area
COATING FREE AREA

COATING FREE AREA

N.C. Glue

**equate™**

**children's**

**MULTI-SYMPTOM**
**COLD** NIGHTTIME 🌙

AGES 6 to 12 YEARS

Mixed Berry Flavored

NDC 49035-625-05

**equate™**

**children's**

**MULTI-SYMPTOM**
**COLD**

**NIGHTTIME**

Acetaminophen 325 mg
Pain Reliever/Fever Reducer
Diphenhydramine HCl 12.5 mg
Antihistamine/Cough Suppressant
Phenylephrine HCl 5 mg
Nasal Decongestant

**AGES 6 to 12 YEARS** 🌙

☐ Relieves headache and fever
☐ Soothes cough
☐ Relieves nasal congestion
☐ Relieves runny nose and sneezing

Mixed Berry Flavored

**4 FL OZ (118 mL)** Dosage Cup Included

Not For Individual Retail Sale.

**Drug Facts** (continued)

**Active Ingredients** (in each 10 mL)  **Purpose**
Acetaminophen 325 mg ........ Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg ........ Antihistamine/cough suppressant
Phenylephrine HCl 5 mg ........ Nasal decongestant

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - cough • sore throat • nasal congestion
  - runny nose • minor aches and pains
  - headache • sinus congestion and pressure
  - sneezing
- temporarily reduces fever
- controls cough to help your child get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening • blisters • rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- to make a child sleepy
- with any other product containing diphenhydramine, even one used on the skin
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Drug Facts** (continued)

Ask a doctor before use if the child has
- liver disease
- thyroid disease
- diabetes
- heart disease
- high blood pressure
- glaucoma
- a breathing problem such as chronic bronchitis
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if your child
- is taking the blood thinning drug warfarin
- is taking sedatives or tranquilizers

When using this product
- do not use more than directed (see Overdose warning)
- excitability may occur, especially in children
- marked drowsiness may occur
- sedatives and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- nervousness, dizziness or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

Keep out of reach of children.

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- shake well before use
- do not give more than 5 doses in any 24-hour period
- if needed, repeat dose every 4 hours while symptoms last
- do not give more than 5 doses unless directed by a doctor
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- Children 6 to under 12 years of age: 10 mL in dosing cup provided.
- Children under 6 years of age: do not use.

**Drug Facts** (continued)

**Other information**
- each 10 mL contains: sodium 10 mg
- store between 15-30°C (59-86°F)
- do not refrigerate
- dosing cup provided

**Inactive ingredients** citric acid anhydrous, edetate disodium, FD&C blue #1, FD&C red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucrose, sorbitol, xanthan gum.

**Questions or comments?**
1-888-287-1915

DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by Health Benefits, the distributor of Children's Mucinex® Nighttime Multi-Symptom Cold.

Do not give both products (daytime & nighttime) at the same time or give more than 5 doses in total in any 24-hour period.

KEEP BOX FOR COMPLETE INFORMATION

DO NOT USE IF SEAL UNDER CAP IMPRINTED WITH "SEALED FOR YOUR PROTECTION" IS BROKEN OR MISSING

Satisfaction guaranteed—
Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

BOX ♲ BOTTLE PLASTIC CUP PLASTIC

3897

MMW 53941
REV 0617

A-1104



NDC 49035-836-40

# equate™

Compare to
Vicks® DayQuil®
Severe active
ingredients*

## NON-DROWSY

**DAYTIME    SEVERE**

# Cold & Flu

Pain Reliever, Fever Reducer,
Cough Suppressant, Expectorant,
Nasal Decongestant

## MAXIMUM STRENGTH

### Daytime Relief

- **Acetaminophen** – Headache, fever, sore throat, minor aches & pains
- **Dextromethorphan HBr** – Cough
- **Guaifenesin** – Chest congestion
- **Phenylephrine HCl** – Nasal/sinus congestion & sinus pressure

Alcohol Free

## 12 FL OZ (355mL)

: L0340 2E F4



**PARENTS:** Learn about teen medicine abuse
DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING
www.StopMedicineAbuse.org

16402 3:0

### Drug Facts

| Active Ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings

Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◄

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: L0340 2E 81

---

### Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

### Drug Facts (continued)

**When using this product do not use** more than directed

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children | 30 mL every 4 hrs |



Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ high blood pressure
■ thyroid disease   ■ diabetes
■ cough that occurs with too much
phlegm (mucus)
■ trouble urinating due to an
enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug
warfarin

| 8 yrs & over | 15 mL every 4 hrs |
| children 6 to under 12 yrs | |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other Information** ■ each 15 mL contains:
sodium 6 mg   ■ store at 20-25°C (68-77°F).
Do not refrigerate.

**Inactive Ingredients**
butylated hydroxyanisole, edetate disodium,
FD&C yellow #6, flavor, glycerin, menthol,
monobasic sodium phosphate, polyethylene
glycol, propylene glycol, purified water,
saccharin sodium, sucrose, xanthan gum

**Questions?**
1-888-287-1915

DISTRIBUTED BY: Walmart Inc.,
Bentonville, AR 72716
*This product is not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademark Vicks® DayQuil®.

A-1106



NDC 49035-036-48

# equate™

*Compare to Vicks DayQuil Cold & Flu active ingredients*

☀ **DAYTIME** | **NON-DROWSY** | **ALCOHOL FREE**

# Cold & Flu

Pain Reliever, Fever Reducer, Cough Suppressant, Nasal Decongestant

## Multi-Symptom Relief

- **Acetaminophen –** Aches, fever
- **Dextromethorphan HBr –** Cough
- **Phenylephrine HCl –** Nasal congestion

Antihistamine-Free

## 12 FL OZ (355mL)

: 65640 2E F5



DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

16452 ·½:

# PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

**Active ingredients** (in each 15 mL) | **Purpose**
--- | ---
Acetaminophen 325 mg | Pain reliever/fever reducer
Dextromethorphan HBr 10 mg | Cough suppressant
Phenylephrine HCl 5 mg | Nasal decongestant

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache ■ fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
◄

PEEL BACK AT CORNER FOR MORE INFORMATION

: 65640 2E 81

## Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

ADHESIVE AREA · NO TYPE
NO VARNISH · NO TYPE

## Drug Facts (continued)

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

adults & children 12 yrs & over | 30 mL every 6 hrs
--- | ---
children 6 to under 12 yrs | 15 mL every 4 hrs

ADHESIVE AREA · NO TYPE
NO VARNISH · NO TYPE



NO COATING *

Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ high blood pressure
■ thyroid disease   ■ diabetes
■ trouble urinating due to an
enlarged prostate gland   ■ cough
that occurs with too much phlegm
(mucus)   ■ persistent or chronic
cough such as occurs with smoking,
asthma, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

When using this product do not use more than directed



NO COATING

do not use

**Other information** ■ each 15 mL contains:
sodium 7 mg   ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole,
edetate disodium, FD&C yellow no. 6, flavor,
glycerin, menthol, monobasic sodium phosphate,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sucrose, xanthan gum

**Questions?** 1-888-287-1915

Satisfaction guaranteed – For questions
or comments please call 1-888-287-1915.

DISTRIBUTED BY:
Walmart Inc.,
Bentonville, AR 72716
*This product is not
manufactured or
distributed by The
Procter & Gamble
Company, owner of the
registered trademarks
Vicks® and DayQuil®.



A-1109



**Nighttime Cold & Flu**

## Drug Facts

**Active ingredients (in each 30 mL)** — **Purpose**
Acetaminophen 650 mg ........................ Pain reliever/fever reducer
Dextromethorphan HBr 20 mg .......................... Cough suppressant
Doxylamine succinate 12.5 mg ................................ Antihistamine

**Uses** temporarily relieves common cold/flu symptoms:
■ cough due to minor throat and bronchial irritation
■ sore throat  ■ headache  ■ minor aches and pains
■ fever  ■ runny nose and sneezing

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
■ liver disease  ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough as occurs with smoking, asthma, or emphysema
■ a sodium-restricted diet

Ask a doctor or pharmacist before use if you are
■ taking sedatives or tranquilizers  ■ taking the blood thinning drug warfarin

When using this product
■ excitability may occur, especially in children
■ marked drowsiness may occur  ■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery
■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if
■ pain or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed – see Overdose warning
■ only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL, every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
■ each 30 mL contains: sodium 39 mg
■ store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions or comments?** 1-888-287-1915

---

**Daytime Cold & Flu**

## Drug Facts

**Active ingredients (in each 15 mL)** — **Purpose**
Acetaminophen 325 mg ........................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .......................... Cough suppressant
Phenylephrine HCl 5 mg .................................. Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
■ nasal congestion  ■ cough due to minor throat and bronchial irritation
■ sore throat  ■ headache  ■ minor aches and pains  ■ fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
■ adult takes more than 4,000 mg of acetaminophen in 24 hours
■ child takes more than 5 doses in 24 hours
■ taken with other drugs containing acetaminophen
■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
■ liver disease  ■ heart disease  ■ high blood pressure
■ thyroid disease  ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
■ you get nervous, dizzy or sleepless
■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed – see Overdose warning
■ only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL, every 4 hrs |
| children 6 to under 12 yrs | 15 mL, every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
■ each 15 mL contains: sodium 7 mg  ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, microbiotic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-888-287-1915

---

**equate™**

DAYTIME  NON-DROWSY  ALCOHOL FREE

# Cold & Flu

Pain Reliever, Fever Reducer, Cough Suppressant, Nasal Decongestant

Multi-Symptom Relief

# Walmart Inc.

## -PE Product Labels –

**-continued**



A-1112



equate™

NON-DROWSY

DAYTIME   SEVERE

# Cold & Flu

Pain Reliever, Fever Reducer, Cough Suppressant, Expectorant, Nasal Decongestant

MAXIMUM STRENGTH

A-1113



NDC 49035-819-40

## equate™

Compare to Vicks® DayQuil Severe VapoCOOL™ Active Ingredients*

**DAYTIME**  **SEVERE**

## [VAPOR ICE®]

## Cold & Flu

Minor Aches & Pains, Fever, Nasal Congestion & Sinus Pressure, Cough, Chest Congestion

- **Acetaminophen** –
Pain reliever/Fever reducer

- **Phenylephrine HCl** –
Nasal decongestant

- **Dextromethorphan HBr** –
Cough suppressant

- **Guaifenesin** – Expectorant

**12 FL OZ (355mL)**

**10% ALCOHOL**

: 94N40 2E F2



### PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

164152 ✻

### Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◄

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 94N40 2E B1



### Drug Facts
(continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

### Drug Facts
(continued)

When using this product do not use more than directed

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL, every 4 hrs |



**ADIH**
**NO COATING • !**

Ask a doctor before use if you have
■ liver disease   ■ heart disease
■ high blood pressure
■ thyroid disease   ■ diabetes
■ cough that occurs with too much
phlegm (mucus)
■ trouble urinating due to an
enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema
■ a sodium-restricted diet

Ask a doctor or pharmacist before
use if you are
taking the
blood
thinning
drug
warfarin
◄

**A-1444**

children 4 to under 12 yrs | ask a doctor
children under 4 yrs | do not use

**NO COATING**

*Other information* ■ each 30 mL contains:
sodium 41 mg   ■ store at 20-25°C (68-77°F).
Do not refrigerate.

*Inactive ingredients* alcohol, anhydrous
citric acid, D&C yellow #10, edetate disodium,
FD&C blue #1, flavor, glycerin, polyethylene
glycol, propylene glycol, purified water, saccharin
sodium, sodium benzoate, sodium chloride,
sodium citrate, sorbitol solution, sucralose

*Questions?* 1-888-287-1915

Satisfaction guaranteed –
For questions
or comments please call
1-888-287-1915.

DISTRIBUTED BY: Walmart Inc.,
Bentonville, AR 72716
*This product is not manufactured
or distributed by The Procter &
Gamble Company, owner of the
registered trademarks Vicks®
and DayQuil®.

**A-1115**





# A-1117

## equate™

Compare to TheraFlu® Nighttime Severe Cold & Cough Active Ingredients*

**Nighttime**

# Flu & Severe
# Cold & Cough

Acetaminophen • Pain Reliever/Fever Reducer
Diphenhydramine HCl • Antihistamine/Cough Suppressant
Phenylephrine HCl • Nasal Decongestant

**For relief of:**
- Nasal congestion
- Cough
- Runny nose
- Sneezing
- Body ache
- Sore throat pain
- Headache/fever

Honey Lemon
Infused with
White Tea
Flavors

**6 PACKETS**

Satisfaction guaranteed • Or we'll replace it or give you your money back. For questions or comments or to report an unknown reaction or other effect please call 1-888-287-1915.

DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716
PRODUCT OF MEXICO
*This product is not manufactured or distributed by Novartis Consumer Health U.A, owner of the registered trademark Theraflu®.

---

CONVENIENT RECLOSING TAB

## equate™   Flu & Severe Cold & Cough

**Drug Facts**

| Active ingredients (in each packet) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains  ■ minor sore throat pain  ■ headache
■ nasal and sinus congestion  ■ runny nose  ■ sneezing
■ itchy nose or throat  ■ itchy, watery eyes due to hay fever
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,650 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
Do not use  ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not
sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a
doctor or pharmacist before taking this product.
Ask a doctor before use if you have  ■ liver disease  ■ heart disease
■ high blood pressure  ■ thyroid disease  ■ diabetes  ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
Ask a doctor or pharmacist before use if you are  ■ taking sedatives or tranquilizers
or taking the blood thinning drug warfarin.
When using this product  ■ do not exceed recommended dosage
■ avoid alcoholic drinks  ■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children
Stop use and ask a doctor if  ■ nervousness, dizziness, or sleeplessness occurs
■ redness or swelling is present  ■ fever gets worse or lasts more than 3 days
■ pain, cough or nasal congestion gets worse or lasts more than 7 days  ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be a sign of a
serious condition.

**OPEN OTHER END**

---

Drug Facts (continued)

**Drug Facts (continued)**

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or
contact a Poison Control Center right away
(1-800-222-1222). Prompt medical attention is
critical for adults as well as for children even if you
do not notice any signs or symptoms.

**Directions**  ■ do not use more than
directed (see overdose warning)
■ take every 4 hours, with the symptoms persist. Do
not take more than 6 packets in 24 hours unless
directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot
water; sip while hot. Consume entire drink within
10-15 minutes.
■ if using a microwave, add contents of one packet
to 8 oz. of cool water, stir briskly before and
after heating. Do not overheat.

**Other information**
■ each packet contains potassium 10 mg and
sodium 25 mg
■ phenylketonurics: contains phenylalanine
13 mg per packet
■ store at 20-25°C (68-77°F). Protect product from
heat and moisture.

**Inactive ingredients** acesulfame potassium,
anhydrous citric acid, aspartame, colloidal silicon
dioxide, D&C yellow #10, FD&C blue #1, FD&C
red #40, flavors, maltodextrin, pregelatinized starch,
sodium citrate, sucrose, tribasic calcium phosphate

**Questions or comments?**
1-888-287-1915

A-1118



# A-1119



**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains sodium 41 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

Questions? 1-888-287-1915

© ...

16452

**PARENTS:**
Learn about more medicine abuse
www.StopMedicineAbuse.org

6   81131 07833   7

---

**equate™**

🌙 NIGHTTIME   SEVERE

# Cold & Flu

Pain Reliever, Fever Reducer, Nasal Decongestant, Cough Suppressant, Antihistamine

## MAXIMUM STRENGTH RELIEF

- **Acetaminophen** – Headache, fever, sore throat, minor aches & pains
- **Dextromethorphan HBr** – Cough
- **Doxylamine Succinate** – Sneezing, runny nose
- **Phenylephrine HCl** – Nasal/sinus congestion & sinus pressure

**12 FL OZ (355mL)**

Berry flavor

Compare to Vicks® NyQuil® Severe Active Ingredients†

NO COPY AREA

---

**Drug Facts**   DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

**Active ingredients (in each 30 mL)** ... **Purpose**

Acetaminophen 650 mg .................................. Pain reliever/fever reducer
Dextromethorphan HBr 20 mg .................................. Cough suppressant
Doxylamine succinate 12.5 mg .................................. Antihistamine
Phenylephrine HCl 10 mg .................................. Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms ■ nasal congestion ■ sinus congestion and pressure ■ headache ■ fever ■ minor aches and pains ■ sore throat ■ runny nose and sneezing ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ a breathing problem such as emphysema or chronic bronchitis ■ cough that occurs with too much phlegm (mucus) ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ a sodium-restricted diet

NO COPY AREA

1 76340 2E F5

A-1120





NDC 49035-697-40

# equate™

Compare to Vicks® NyQuil® Severe VapoCOOL™ active ingredients*

🌙 **NIGHTTIME**   **SEVERE**

## VAPOR ICE®

## Cold & Flu

Minor Aches & Pains, Fever, Nasal Congestion & Sinus Pressure, Sneezing, Runny Nose, Cough

- **Acetaminophen –** Pain reliever/Fever reducer
- **Phenylephrine HCl –** Nasal decongestant
- **Doxylamine Succinate –** Antihistamine
- **Dextromethorphan HBr –** Cough suppressant

## 12 FL OZ (355mL)

10% ALCOHOL

: 59840 2E F2

---

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING
16452 ☼

6 811312 28827 9

### Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical ◀ help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 59840 2E B1

---

### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease

---

### Drug Facts (continued)

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup



**ADH** · **NO COATING** ·

■ high blood pressure   ■ thyroid
disease   ■ diabetes   ■ glaucoma
■ cough that occurs with too much
phlegm (mucus)   ■ a breathing
problem such as emphysema or
chronic bronchitis   ■ trouble
urinating due to an enlarged
prostate gland   ■ persistent or
chronic cough such as occurs with
smoking, asthma, or emphysema
■ a sodium-restricted diet

Ask a doctor or pharmacist before
use if you are   ■ taking sedatives
or tranquilizers
■ taking
the blood
thinning
drug
warfarin
◄

**NO COAT**

| provided. ■ do not exceed 4 doses per 24 hrs | |
| adults & over 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

*Other information* ■ each 30 mL contains:
sodium 42 mg  ■ store at 20-25°C (68-77°F)

*Inactive ingredients* alcohol, anhydrous
citric acid, D&C yellow #10, edetate disodium,
FD&C blue #1, flavor, glycerin, polyethylene
glycol, propylene glycol, purified water, saccharin
sodium, sodium benzoate, sodium chloride,
sodium citrate, sorbitol solution, sucralose

*Questions?*
1-888-287-1915

DISTRIBUTED BY: Walmart Inc.,
Bentonville, AR 72716
*This product is not manufactured or
distributed by the Procter & Gamble
Company, owner of the registered
trademarks Vicks® and NyQuil®.

A-1122

SEE NEW WARNINGS

NDC 49035-703-02

# equate™

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

**Gluten-Free**

Compare
to DayQuil®
Cold & Flu
& NyQuil® Cold
& Flu Active
Ingredients*

**Non-Drowsy**

## DayTime

**Cold & Flu** — Pain Reliever, Fever Reducer, Cough Suppressant, Nasal Decongestant

**Multi-Symptom Relief**
- Aches, fever –
  **Acetaminophen**
- Cough –
  **Dextromethorphan HBr**
- Nasal congestion –
  **Phenylephrine HCl**

Alcohol Free and Antihistamine Free

**12 FL OZ (355mL)**

## NiteTime

**Cold & Flu** — Pain Reliever, Fever Reducer, Cough Suppressant, Antihistamine

**Multi-Symptom Relief**
- Aches, fever –
  **Acetaminophen**
- Cough –
  **Dextromethorphan HBr**
- Sneezing, runny nose –
  **Doxylamine Succinate**

10% ALCOHOL

**12 FL OZ (355mL)**

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments please call 1-888-287-0915.

DISTRIBUTED BY: Wal-Mart Stores, Inc. Bentonville, AR 72716
*These products are not manufactured or distributed by Procter & Gamble, distributor of DayQuil® Cold & Flu and NyQuil® Cold & Flu.

Drug Facts continued

Inactive Ingredients anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

Questions or comments? 1-888-287-0915

Drug Facts continued

Inactive Ingredients butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

Questions or comments? 1-888-287-0915

A-1123

## Drug Facts — Nighttime Cold & Flu

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 30 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |

**Uses** temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ minor aches and pains ■ fever ■ runny nose and sneezing

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash   If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ trouble urinating due to an enlarged prostate gland ■ a breathing problem such as emphysema or chronic bronchitis ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ a sodium-restricted diet

Ask a doctor or pharmacist before use if you are ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

When using this product ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ pain or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed — see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 6 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

◄ **Other information** ■ each 30 mL contains: sodium 39 mg  ■ store at 20-25°C (68-77°F)

---

## Drug Facts — Daytime Cold & Flu

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ minor aches and pains ■ fever ■ nasal congestion

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if
■ adult takes more than 4,000 mg of acetaminophen in 24 hours
■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen
■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash  If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ thyroid disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ diabetes

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed — see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 15 mL contains: sodium 7 mg  ■ store at 20-25°C (68-77°F) ►



A-1125



**CONVENIENT RECLOSING TAB**

DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED

## Drug Facts

### Active Ingredients (in each packet) — Purposes

| | |
|---|---|
| Acetaminophen 500 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
■ temporarily relieves these symptoms due to a cold:
  ■ minor aches and pains   ■ minor sore throat pain
  ■ headache   ■ nasal and sinus congestion
  ■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**   ■ in a child under 12 years of age
■ If you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ high blood pressure   ■ thyroid disease   ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not exceed recommended dosage**

**Stop use and ask a doctor if**   ■ nervousness, dizziness, or sleeplessness occurs
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ pain, cough or nasal congestion gets worse or lasts more than 7 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

### Directions   ■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 6 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot water: drink while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other information
■ each packet contains: potassium 10 mg and sodium 25 mg
■ phenylketonurics: contains phenylalanine 22 mg per packet
■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

### Inactive Ingredients acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

### Questions or comments?
1-888-267-1915



Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716
PRODUCT OF MEXICO
*This product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of Theraflu® Multi-Symptom Severe Cold.

**OPEN OTHER END**

164152







equate™  A Congestion
**Suphedrine PE**
Phenylephrine HCl Tablets, 10mg
**Nasal Decongestant**

NDC 49035-151-43

equate™

**Congestion**

# Suphedrine PE

Phenylephrine HCl Tablets, 10 mg
**Nasal Decongestant**

**Non-Drowsy**

**Relieves:**
• Sinus Pressure
• Congestion

**Maximum Strength**

Compare to
Sudafed PE®
Congestion
Active
Ingredient*

**10 mg**   **24 TABLETS**   Actual Size

Important: Read all product information before using. Keep this box for important information.

## Drug Facts

**Active Ingredient (in each tablet)** — **Purpose**
Phenylephrine HCl 10 mg...................Nasal decongestant

**Uses**
■ temporarily relieves sinus congestion and pressure
■ temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
■ heart disease     ■ high blood pressure
■ thyroid disease   ■ diabetes
■ trouble urinating due to an enlarged prostate gland

When using this product do not exceed recommended dosage

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). ▶

## Drug Facts (continued)

**Directions**

| adults and children 12 years and over | ■ take 1 tablet every 4 hours ■ do not take more than 6 tablets in 24 hours |
| children under 12 years | ask a doctor |

**Other Information**
■ store at 20-25 °C (68-77 °F)
■ do not use if blister unit is broken or torn

**Inactive Ingredients** anhydrous dibasic calcium phosphate, carnauba wax, FD&C red no. 40 aluminum lake, lecithin, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, silicon dioxide, talc, titanium dioxide

**Questions or comments?** 1-888-287-1915

Gluten-Free

DISTRIBUTED BY: Wal-Mart Stores, Inc.,
Bentonville, AR 72716

*This product is not manufactured or distributed by McNeil Consumer Healthcare, distributor of Sudafed PE® Congestion.

OPEN OTHER END   Code Area

CONVENIENT RECLOSING TAB

16152

Satisfaction guaranteed – Or we'll replace it or

A-1127

# Walmart Inc.

## -PE Product Labels –

### -continued

**A-1128**





A-1130



A-1131



A-1132



**equate™**

## Severe Congestion & Cough

Dextromethorphan HBr/Cough Suppressant
Guaifenesin/Expectorant
Phenylephrine HCl/Nasal Decongestant

**MAXIMUM STRENGTH**

- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus

For Ages 12+

**6 FL OZ (180mL)**

---

**Drug Facts**

| Active Ingredients (in each 20 mL) | Purposes |
| --- | --- |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help you get to sleep
  - nasal congestion due to a cold

**TAMPER EVIDENT:** Do not use if printed seal under cap is broken or missing.

8 1131 27532 3

---

**BACK MIRROR IMAGE**

**Drug Facts** (continued)

**Warnings**
Do not use
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

When using this product do not use more than directed

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

---

**BASE**

**Drug Facts** (continued)

- mL = milliliter
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: Do not use

**Other Information**
- each 20 mL contains: sodium 8 mg
- low sodium
- store at room temperature
- do not refrigerate
- dosing cup provided

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C Blue No. 1, FD&C Red No. 40, flavors, potassium citrate, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-888-287-1915

Satisfaction guaranteed - Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716

*This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Mucinex® Fast-Max® Maximum Strength Severe Congestion & Cough.

A-1133



## A-1134











A-1135

equate™

*MAXIMUM STRENGTH*
Cold & Flu
NON-DROWSY
DAYTIME   SEVERE

equate™

NON-DROWSY
DAYTIME   SEVERE

# Cold & Flu

**Acetaminophen** • Pain Reliever/Fever Reducer
**Dextromethorphan HBr** • Cough Suppressant
**Guaifenesin** • Expectorant
**Phenylephrine HCl** • Nasal Decongestant

## MAXIMUM STRENGTH

Relief of:
• Headache, fever, sore throat, minor aches and pains
• Nasal/sinus congestion and sinus pressure
• Chest congestion
• Cough

Actual Size

**24** SOFTGELS

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

Satisfaction guaranteed or we'll refund it or give you your money back. For questions or comments or to report an adverse reaction or side effect, please call 1-888-849-1013.

Distributed by:
Walmart Inc.,
Bentonville, AR 72716
MADE IN INDIA

### Drug Facts

**Active ingredients** (in each softgel) ... **Purpose**
Acetaminophen 325 mg ... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ... Cough suppressant
Guaifenesin 200 mg ... Expectorant
Phenylephrine HCl 5 mg ... Nasal decongestant

### Drug Facts (continued)

**Other information**

**Inactive ingredients**

A-1136





A-1137



A-1138



A-1139



Contains 3 medicines
Headache - Acetaminophen **A-1140**
Sinus pressure/Nasal congestion - Phenylephrine HCl
Runny nose/Sneezing
Itchy, Watery eyes - Chlorpheniramine maleate

**24** GELCAPS  Pseudoephedrine Free

Actual Size

Equate 44-559



Pain Reliever/Antihistamine/Nasal Decongestant

Relieves:
- Sinus headache
- Sinus congestion
- Sinus pressure
- Sneezing
- Runny nose
- Itchy throat
- Itchy, watery eyes

**20 CAPLETS**

Actual Size

**Equate 44-543**

A-1143



A-1144

NDC 49035-165-09

equate™

Compare to Maximum Strength Mucinex® SINUS-MAX® Severe Congestion & Pain Active Ingredients*

Maximum Strength Sinus

# Severe Congestion Relief

**Acetaminophen** - Pain Reliever
**Guaifenesin** - Expectorant
**Phenylephrine HCl** - Nasal Decongestant

- Relieves headache
- Thins & loosens mucus
- Relieves sinus congestion

For Ages 12+

20 CAPLETS

Actual Size

## Drug Facts

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Drug Facts (continued)**

**Uses** ■ temporarily relieves: ■ nasal congestion ■ headache ■ sinus congestion and pressure ■ minor aches and pains
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily promotes nasal and/or sinus drainage

**Drug Facts (continued)**

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease ■ thyroid disease
■ heart disease ■ diabetes
■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Drug Facts (continued)**

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product** do not exceed recommended dosage.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

**Other information** ■ each caplet contains: sodium 3 mg
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Drug Facts (continued)**

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions or comments?** 1-888-287-1915

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No print/No varnish area
Lot no/Exp date

6 81131 07825 2

**A-1145**





TAMPER EVIDENT:
DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING
Satisfaction guaranteed - Or we'll replace it or give you your money back. For questions or comments, please call 1-888-287-1915.
DISTRIBUTED BY: Walmart Inc. Bentonville, AR 72716
*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Tylenol® SINUS + HEADACHE Day.
50844 REV0418D05822
Drug Facts
KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION
Active ingredients (in each gelcap) Purpose
Acetaminophen 325 mg ..... Pain reliever/fever reducer
Phenylephrine HCl 5 mg ..... Nasal decongestant
Uses
■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold: ■ headache ■ nasal congestion ■ sinus congestion and pressure ■ minor aches and pains
■ helps decongest sinus openings and passages
■ promotes sinus drainage
■ helps clear nasal passages
■ temporarily reduces fever
Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
Drug Facts (continued)
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients
Ask a doctor before use if you have
■ heart disease ■ diabetes
■ liver disease ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland
■ high blood pressure
Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin
When using this product do not exceed recommended dosage.
Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
6 81131 29795 0
72865
Lot/Exp area at minimum size 1.25 x .5"
Drug Facts (continued)
Directions
■ do not take more than directed
■ adults and children 12 years and over
■ take 2 gelcaps every 4 hours
■ do not take more than 10 gelcaps in 24 hours
■ children under 12 years: ask a doctor
Other information
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
Drug Facts (continued)
■ avoid high humidity
■ see end flap for expiration date and lot number
Inactive ingredients corn starch, croscarmellose sodium, crospovidone, D&C yellow #10, FD&C blue #1, FD&C red #40, FD&C yellow #6, gelatin, hydroxypropylcellulose, hypromellose, iron oxide black, iron oxide red, iron oxide yellow, magnesium stearate, microcrystalline cellulose, polyethylene glycol, povidone, propylene glycol, shellac glaze, silicon dioxide, stearic acid, titanium dioxide
Questions or comments? 1-888-287-1915

**A-1148**



## equate™

Compare to Tylenol® Sinus Severe active ingredients*

**DAYTIME** | **NON-DROWSY** | **SEVERE**

# Sinus Congestion & Pain

**Acetaminophen** - Pain Reliever/Fever Reducer
**Guaifenesin** - Expectorant
**Phenylephrine HCl** - Nasal Decongestant

Relieves:
- Sinus headache
- Sinus pressure
- Nasal congestion
- Mucus & chest congestion

Actual Size

**24 CAPLETS**