United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 4, 2025
Docket #: 24-3296
Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litigation

DC Docket #: 1:23-md-3089
DC Court: EDNY (BROOKLYN)
Trial Judge - Brian M. Cogan

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8527.