

April 11, 2025

**Richard Fama**
Direct Phone 212-908-1229
Direct Fax 866-263-1334
rfama@cozen.com

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: In Re: Oral Phenylephrine Marketing and Sales Practices Litigation
Case No.: 24-3296

Dear Ms. Wolfe:

I hereby submit this letter request for permission to withdraw as counsel for Defendants Harris Teeter, LLC and Harris Teeter Supermarkets, Inc., and Appellee The Kroger Co. (collectively "Kroger Defendants") in the above-referenced matter. There would be no prejudice to the representation of the Kroger Defendants as Ms. Natsayi Mawere, Esq., of Reed Smith, is counsel of record for the Kroger Defendants.

Sincerely,

COZEN O'CONNOR

/s/ Richard Fama


By: Richard Fama

RF