# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litigation  Docket No.: 24-3296; 25-119

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jessica L. Ellsworth (Lead counsel)

Firm: Hogan Lovells US LLP

Address: 555 Thirteenth Street, NW, Washington, D.C. 20004

Telephone: (202) 637-5600   Fax: (202) 637-5910

E-mail: jessica.ellsworth@hoganlovells.com

Appearance for: RB Health (US) LLC / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: James L. Bernard / Hogan Lovells US LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 9/11/2023   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jessica L. Ellsworth

Type or Print Name: Jessica L. Ellsworth