# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litig.  Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jacob M. Rae

Firm: Kirkland & Ellis, LLP

Address: 601 Lexington Avenue, New York, NY 10022

Telephone: 212-390-4516    Fax: 212-446-4900

E-mail: jacob.rae@kirkland.com

Appearance for: HALEON US HOLDINGS LLC/Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jay P. Lefkowitz/Kirkland & Ellis LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 5/27/25    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jacob M. Rae

Type or Print Name: Jacob M. Rae