# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Oral Phenylephrine Marketing and Sales Practices Litig.  Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Robyn E. Bladow

Firm: Kirkland & Ellis, LLP

Address: 555 South Flower Street, Los Angeles, CA 90071

Telephone: 213-680-8634  Fax: 213-680-8500

E-mail: rbladow@kirkland.com

Appearance for: HALEON US HOLDINGS LLC/Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jay P. Lefkowitz/Kirkland & Ellis LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 5/27/25  OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Robyn E. Bladow

Type or Print Name: Robyn E. Bladow