# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3296

**Caption [use short title]:** In re: Oral Phenylephrine Marketing and Sales Practice Litigation

**Motion for:** Leave to File a Supplemental Appendix

**Set forth below precise, complete statement of relief sought:**
Supplement the Joint Appendix with an excerpt of the transcript from oral argument at the motion to dismiss hearing before the district court.

**MOVING PARTY:** JOHNSON & JOHNSON CONSUMER INC., et al
**OPPOSING PARTY:** SANDRA YOUSEFZADEH, et al.

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☒ Appellee/Respondent

**MOVING ATTORNEY:** David Zionts
**OPPOSING ATTORNEY:** Joe P. Leniski, Jr.
[name of attorney, with firm, address, phone number and e-mail]

One CityCenter, 850 Tenth Street NW | Herzfeld, Suetholz, Gastel, Leniski & Wall PLLC
Washington, DC 20001-4956 | 223 Rosa L. Parks Ave., Ste. 300, Nashville, TN 37203
(202) 662-5987; dzionts@cov.com | (615) 800-6225; joey@hsglawgroup.com

**Court-Judge/Agency appealed from:** United States District Court for the Eastern District of New York (Hon. Brian M. Cogan, Senior District Judge)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ David Zionts   **Date:** 05/30/2025   **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

Nos. 24-3296 (L), 25-0119 (Con.)

In Re: Oral Phenylephrine Marketing and Sales Practices Litigation

Appeal from the United States District Court
for the Eastern District of New York

# CONSENT MOTION OF DEFENDANTS-APPELLEES
# TO FILE SUPPLEMENTAL APPENDIX

Defendants-Appellees respectfully request leave to file a Supplemental Appendix with their answering brief in the above-captioned matter, for the reasons set forth below:

1. Defendants-Appellees' proposed Supplemental Appendix contains an excerpt of the transcript of oral argument held on September 23, 2024, before the district court regarding the motion to dismiss.

2. Plaintiffs-Appellants' brief (at 18 n.5) advances an argument based on *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024), and asserts that the case "came up in passing at oral argument" on the motion to dismiss. The Joint Appendix, however, does not include the transcript of oral argument.

1

3. Defendants-Appellees' brief provides additional context regarding the discussion of *Loper Bright* at oral argument on the motion to dismiss, with citation to the relevant pages of the hearing transcript.

4. In the relevant transcript excerpt, there is a reference to "our deference" (Hr'g Tr. 17:7) that Defendants-Appellees believe is intended to be a reference to "*Auer* deference."

5. Defendants-Appellees could not have known prior to receipt of Plaintiffs-Appellants' opening brief on March 26, 2025, every portion of the record necessary to respond to the brief.

6. As the Joint Appendix does not include the transcript of oral argument, and Defendants-Appellees were not aware that Plaintiffs-Appellants would rely on that portion of the record prior to the filing of their opening brief, Defendants-Appellees respectfully seek leave to file the proposed Supplemental Appendix containing the relevant excerpt.

7. Defendants-Appellees have notified counsel for Plaintiffs-Appellants, who consent to this Motion.

For the foregoing reasons, Defendants-Appellees request that the Court grant this motion for leave to file, and file the Supplemental Appendix attached to this motion.

Dated: May 30, 2025					Respectfully submitted,

/s/ Jay P. Lefkowitz
Jay P. Lefkowitz, P.C.
Jacob M. Rae
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
lefkowitz@kirkland.com
jacob.rae@kirkland.com

Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Cole Carter
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-1951
cole.carter@kirkland.com

*Attorneys for Defendant Haleon US Holdings LLC*

/s/ Hannah Y. Chanoine
Hannah Y. Chanoine
Bruce Crawford
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
hchanoine@omm.com
bcrawford@omm.com

/s/ David M. Zionts
Andrew Soukup
David M. Zionts
Victoria Stilwell
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
asoukup@cov.com
dzionts@cov.com
vstilwell@cov.com

*Attorneys for Defendant The Procter & Gamble Company*

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5886
jessica.ellsworth@hoganlovells.com

James L. Bernard
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3121
james.bernard@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
lauren.colton@hoganlovells.com

Amy J. Laurendeau
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
alaurendeau@omm.com

Jason Zarrow
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
jzarrow@omm.com

*Attorneys for Defendant Johnson & Johnson Consumer Inc.*

/s/ *Cara D. Edwards*
Cara D. Edwards
Colleen Carey Gulliver
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone: (212) 335-4714
cara.edwards@us.dlapiper.com
colleen.gulliver@us.dlapiper.com

Christopher G. Campbell
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 736-7800
christopher.campbell@us.dlapiper.com

Christopher M. Young
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100

*Attorneys for Defendant RB Health (US) LLC*

/s/ *Nilda Isidro*
Nilda Isidro
Dale Rose Goldstein
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
nilda.Isidro@gtlaw.com
goldsteinD@gtlaw.com

*Attorneys for Defendants CVS Pharmacy Inc., Target Corporation, Walgreen Co., and Walmart Inc*

.

San Diego, CA 92121
Telephone: (619) 699-4748
christopher.young@us.dlapiper.com

*Attorneys for Defendant Bayer HealthCare, LLC*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 273 words, exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f).

Dated: May 30, 2025

/s/ David M. Zionts
David M. Zionts

*Attorney for Defendant-Appellee*
*The Procter & Gamble Company*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d)(1)(B), I hereby certify that on May 30, 2025, I caused true and correct copies of the foregoing Motion and accompanying Supplemental Appendix to be served on counsel of record via filing on the Court's ACMS system.

Dated: May 30, 2025

/s/ David M. Zionts
David M. Zionts

*Attorney for Defendant-Appellee*
*The Procter & Gamble Company*

# 24-3296(L)
## & 25-0119(Con)

IN THE

## United States Court of Appeals
FOR THE SECOND CIRCUIT

SANDRA YOUSEFZADEH, *et al.*, NEWTON'S PHARMACY, INC.,
*Plaintiffs-Appellants*,

GWEN THOMAS, RHONDA NITTO,
*Plaintiffs*,

v.

JOHNSON & JOHNSON CONSUMER INC., RB HEALTH (US) LLC, TARGET CORPORATION, BAYER HEALTHCARE, LLC, a Delaware limited liability corporation, WALMART INC., a Delaware corporation, CVS PHARMACY, INC., a Delaware corporation, WALGREEN CO., an Illinois corporation, THE PROCTER & GAMBLE COMPANY, HALEON US HOLDINGS LLC, PUBLIX SUPER MARKETS, INC., AMAZON.COM, INC., AMAZON.COM SERVICES LLC, KENVUE, INC., GLAXOSMITHKLINE LLC, RITE AID CORPORATION, ALBERTSONS COMPANIES, INC., COSTCO WHOLESALE CORP.,
*Defendants-Appellees*,

*(Caption Continued on Inside Cover)*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

### SUPPLEMENTAL APPENDIX OF DEFENDANTS-APPELLEES

Jay P. Lefkowitz, P.C.
Jacob M. Rae
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Defendant Haleon US Holdings LLC*

*(Counsel Continued on Inside Cover)*

Andrew Soukup
David M. Zionts
Victoria Stilwell
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

*Attorneys for Defendant The Procter & Gamble Company*

DOES 1-200, GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC, RECKITT BENCKISER LLC, MERCK, MCNEIL CONSUMER HEALTHCARE, SANOFI-AVENTIS U.S. LLC, CHURCH & DWIGHT CO. INC., ASSOCIATED WHOLESALE GROCERS INC, VALU MERCHANDISERS CO., PFIZER INC., PERRIGO COMPANY PLC, HELEN OF TROY LIMITED, DIERBERGS MARKETS, INC., RECKITT BENCKISER PHARMACEUTICALS INC., THE KROGER CO., HARRIS TEETER, LLC, HARRIS TEETER SUPERMARKETS, INC., DOLGENCORP, INC., FAMILY DOLLAR, LLC,

*Defendants.*

Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, CA 90071
(213) 680-8400

Cole Carter
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-1951

*Attorneys for Defendant Haleon US Holdings LLC*

Hannah Y. Chanoine
Bruce Crawford
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
(212) 326-2000

Amy J. Laurendeau
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-6900

Jason Zarrow
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
(213) 430-6000

*Attorneys for Defendant Johnson & Johnson Consumer Inc.*

Jessica L. Ellsworth
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5886

James L. Bernard
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3121

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
(410) 659-2733

*Attorneys for Defendant RB Health (US) LLC*

Cara D. Edwards
Colleen Carey Gulliver
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
(212) 335-4714

Christopher G. Campbell
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 736-7800

Christopher M. Young
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
(619) 699-4748

*Attorneys for Defendant Bayer HealthCare, LLC*

Nilda Isidro
Dale Rose Goldstein
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200

*Attorneys for Defendants CVS Pharmacy Inc., Target Corporation, Walgreen Co., and Walmart Inc.*

# TABLE OF CONTENTS

**Page**

Excerpt from Transcript of Oral Argument on Defendants' Motion to Dismiss, No. 23-md-03089 (E.D.N.Y. Sept. 23, 2024) ............................ SA-1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
                              :
                              : 23-MD-03089 (BMC)
                              :
IN RE:                        :
                              :
ORAL PHENYLEPHRINE            : United States Courthouse
MARKETING AND SALES PRACTICES : Brooklyn, New York
LITIGATION                    :
                              :
                              : Monday, September 23, 2024
                              : 12:00 p.m.
                              :
                              :
- - - - - - - - - - - - - - - X


       TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE VIA VIDEO
                 BEFORE THE HONORABLE BRIAN M. COGAN
                     UNITED STATES DISTRICT JUDGE



                         A P P E A R A N C E S:


PEC Members:         DOUGLAS & LONDON, P.C.
                          111 John Street, Suite 1400
                          New York, New York 10038
                     BY: MICHAEL A. LONDON, ESQ. (Chairperson)
                         VIRGINIA E. ANELLO, ESQ.

                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                          250 Hudson Street, 8th Floor
                          New York, NY 10013
                     BY: JONATHAN D. SELBIN, ESQ.

                     AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
                          17 E Main Street, Suite 200
                          Pensacola, FL 32502
                     BY: BRYAN F. AYLSTOCK, ESQ.
                         JENNIFER M. HOEKSTRA, ESQ.
```

Court Reporter:   VICTORIA A. TORRES BUTLER, CRR
                 225 Cadman Plaza East / Brooklyn, NY 11201
                          VButlerRPR@aol.com
Proceedings recorded by mechanical stenography; transcript produced by Computer-Aided Transcription.

1                    (Video teleconference call initiated.)

2                    (Judge BRIAN M. COGAN is on the call.)

3                    THE COURT:  Okay.  Ms. Townsend, please call the

4     case.

5                    THE COURTROOM DEPUTY:  Good morning.

6                    <u>In Re: Oral Phenylephrine Marketing and Sales</u>

7     <u>Practices Litigation</u>.

8                    Please state the speakers that will be speaking

9     during the oral argument.  Thank you.

10                   MR. LONDON:  Good morning, Your Honor.

11                   Michael London on behalf of the plaintiffs.  The

12    designated presenters for oral argument and to address any

13    questions by the Court, on behalf of the plaintiffs, will be

14    Michael Sacchet on screen on video and Jonathan Selbin who is

15    on screen and on video.

16                   Thank you.

17                   THE COURT:  Okay.

18                   MR. SOUKUP:  Good morning, Your Honor.

19                   This is Andrew Soukup on behalf of defendant

20    Procter & Gamble.

21                   With the Court's permission, I will be prepared to

22    address why plaintiff's state law claims should be dismissed

23    on Federal preemption grounds, and Jay Lefkowitz who

24    represents Haleon will be prepared to address why the RICO

25    claims should be dismissed..

1  THE COURT: But that is what we are talking about
2 here, right? We are not just talking about, like, in one of
3 the cases I read, Judge Cote's case, where you are further
4 refining advice on the label. Here, you're talking about
5 negating the label. You are wiping it out entirely. The
6 label says effective. You are saying ineffective.
7  MR. SACCHET: Your Honor, I'll need to clarify that
8 point.
9  The final rule goes on to say, which again,
10 defendants make no mention of today, or in their papers,
11 quote, regardless of which alternative a manufacturer uses,
12 FDA regulations require, require, that OTC drug labeling be
13 clear and truthful in all respects, not false and misleading
14 in any particular.
15  That's what the FDA's interpretation of 330.1(c)(2).
16 And I understand that the Supreme Court's overruled Chevron
17 deference, but it has not overruled our deference, and this is
18 the FDA's own interpretation of § 330.1(c)(2). That is what
19 it means s. And that is what the FDA said it means in 1986.
20  THE COURT: If that is true, then what is left of
21 express preemption?
22  MR. SACCHET: This is a very unique circumstance,
23 Your Honor. No case that defendants cite invoke §
24 330.1(c)(2). To my knowledge, we're the only plaintiff that's
25 ever done so. And 330.1(c)(2) is specific to indications. It