# K&L GATES

May 30, 2025

Robert W. Sparkes, III
Partner
robert.sparkes@klgates.com

T +1 617 951 9134
F +1 617 261 3175

**Via E-mail (civilcases@ca2.uscourts.gov)**

Catherine O'Hagan Wolfe, Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *In Re: Oral Phenylephrine Marketing and Sales Practices Litigation*, **Court of Appeals No. 24-3296**

Dear Ms. O'Hagan Wolfe:

    K&L Gates LLP represents Defendants-Appellees Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") in connection with the above-referenced appeal.

    Pursuant to Federal Rule of Appellate Procedure 28(i), Amazon hereby joins in the Brief of Defendants-Appellees (Dkt. No. 123), filed by The Procter & Gamble Company on May 30, 2025, and adopts by reference the arguments set forth in the Brief.

Very truly yours,

*Robert W. Sparkes, III*

Robert W. Sparkes, III

cc:    All Counsel of Record (Via E-mail)
        Jennifer J. Nagle (via E-mail)

K&L GATES LLP
1 CONGRESS STREET   SUITE 2900   BOSTON   MA 02114-2023
T +1 617 261 3100  F +1 617 261 3175   klgates.com