

May 30, 2025

**Daniel B. Rogers**
*Board Certified in Appellate Practice*

Citigroup Center, Suite 3200
201 S. Biscayne Blvd.
Miami, Florida 33131
**t** 305.358.5171
**d** 305.960.6968
**f** 305.358.7470
drogers@shb.com

Catherine O'Hagan Wolfe
Honorable Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

### *In Re: Oral Phenylephrine Marketing & Sales Practices Litig.*
### **Docket No. 24-3296**

Dear Honorable Clerk:

The undersigned represents Publix Super Markets, Inc. ("Publix") in the above-referenced appeal.

Pursuant to Federal Rule of Appellate Procedure 28(i), Publix hereby adopts by reference the Brief of Defendants-Appellees filed by *The Procter & Gamble Company*, in this appeal on May 30, 2025 (ECF 123.1).

Respectfully submitted,

Daniel B. Rogers

DBR:bi