# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DEBRA ANN LIVINGSTON**  
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**  
CLERK OF COURT

Date: June 2, 2025  
Docket #: 24-3296  
Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litigation

DC Docket #: 1:23-md-3089  
DC Court: EDNY (BROOKLYN)  
DC Judge: Trial Judge - Brian M. Cogan

## NOTICE OF DEFECTIVE FILING

On May 30, 2025 the Supplemental Appendix, on behalf of the Appellee RB Health (US) LLC, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*  
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*  
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*  
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*  
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*  
_____ Improper proof of service *(FRAP 25)*  
    _____ Missing proof of service  
    _____ Served to an incorrect address  
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*  
_____ Failure to submit document in digital format *(Local Rule 25.1)*  
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable  
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*  
_____ Failure to file special appendix *(Local Rule 32.1)*  
**XX** **Defective cover** *(FRAP 32)*  
    **XX** **Incorrect caption** *(FRAP 32)* – see "***Other***" on next page  
    _____ Wrong color cover *(FRAP 32)*  
    _____ Docket number font too small *(Local Rule 32.1)*  
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*  
_____ Incorrect font *(FRAP 32)*  
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*  
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*  
_____ Untimely filing  
_____ Incorrect Filing Event

**XX Other**: Please correct by amending the cover so it includes the full caption as shown on the docket (see below) and refile using the same filing type as your previous filing ("*Supplemental Appendix FILED*").

---

*Sandra Yousefzadeh, et al., Newton's Pharmacy, Inc.,*

    *Plaintiffs-Appellants,*

*Gwen Thomas, Rhonda Nitto,*

    *Plaintiffs,*

  *v.*

*Johnson & Johnson Consumer Inc., RB Health (US) LLC, Target Corporation, Bayer Healthcare, LLC, a Delaware limited liability corporation, Walmart Inc., a Delaware corporation, CVS Pharmacy, Inc., a Delaware corporation, Walgreen Co., an Illinois corporation, The Procter & Gamble Company, Haleon US Holdings LLC, Publix Super Markets, Inc., Amazon.com, Inc., Amazon.com Services LLC, Kenvue, Inc., GlaxoSmithKline LLC, Rite Aid Corporation, Albertsons Companies, Inc., Costco Wholesale Corp.,*

    *Defendants-Appellees,*

*Does 1-200, GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, Reckitt Benckiser LLC, Merck, McNeil Consumer Healthcare, Sanofi-Aventis U.S. LLC, Church & Dwight Co. Inc., Associated Wholesale Grocers Inc, Valu Merchandisers Co., Pfizer Inc., Perrigo Company PLC, Helen of Troy Limited, Dierbergs Markets, Inc., Reckitt Benckiser Pharmaceuticals Inc., The Kroger Co., Harris Teeter, LLC, Harris Teeter Supermarkets, Inc., Dolgencorp, Inc., Family Dollar, LLC.,*

    *Defendants.*

---

**If hard copies of your appendix were already sent to the Court, please send 6 corrected covers only.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than June 04, 2025. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.