# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-five.

_____

Sandra Yousefzadeh, et al., Newton's Pharmacy, Inc.,

      Plaintiffs-Appellants,

v.

Johnson & Johnson Consumer Inc., RB Health (US) LLC, Target Corporation, Bayer Healthcare, LLC, a Delaware limited liability corporation, Walmart Inc., a Delaware corporation, CVS Pharmacy, Inc., a Delaware corporation, Walgreen Co., an Illinois corporation, The Procter & Gamble Company, Haleon US Holdings LLC, Publix Super Markets, Inc., Amazon.com, Inc., Amazon.com Services LLC, Kenvue, Inc., GlaxoSmithKline LLC, Rite Aid Corporation, Albertsons Companies, Inc., Costco Wholesale Corp.,

      Defendants-Appellees.
_____

**ORDER**

Docket Nos. 24-3296(L), 25-119(Con)

Appellees move for leave to file a supplemental appendix. Appellants consent to the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court