

Nilda M. Isidro
Tel 212.801.9200
Fax 212.801.6400
Nilda.Isidro@gtlaw.com

June 2, 2025

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *In Re: Oral Phenylephrine Marketing and Sales Practices Litigation,*
      <u>Court of Appeals No. 24-3296</u>

Dear Ms. O'Hagan Wolfe:

Greenberg Traurig represents Defendants-Appellees Albertsons Companies, Inc. ("Albertsons") and Costco Wholesale Corp. ("Costco") in connection with the above-referenced appeal.

Pursuant to Federal Rule of Appellate Procedure 28(i), Albertsons and Costco hereby join in the Brief of Defendants-Appellees (Dkt. No. 123), filed by The Procter & Gamble Company on May 30, 2025, and adopt by reference the arguments set forth in the Brief.

Very truly yours,

*/s/ Nilda M. Isidro*
Nilda M. Isidro

cc: All Counsel of Record (via ECF)