

**Natsayi Mawere**
Direct Phone: +1 212 549 4660
Email: nmawere@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

June 3, 2025

<u>**Via ACMS**</u>

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:** *In Re: Oral Phenylephrine Marketing and Sales Practices Litigation*
**Court of Appeals Docket No. 24-3296**

Dear Ms. O'Hagan Wolfe:

Reed Smith LLP represents Defendants-Appellants The Kroger Co., Harris Teeter, LLC, and Harris Teeter Supermarkets (collectively, "Kroger") in connection with the above-referenced appeal.

Pursuant to Federal Rule of Appellate Procedure 28(i), Kroger hereby joins in the Brief of Defendants-Appellees (Dkt. No. 123), filed by The Procter & Gamble Company on May 30, 2025, and adopts by reference the arguments set forth in the Brief.

Respectfully submitted,

*/s/ Natsayi Mawere*
Natsayi Mawere

cc: All Counsel of Record (via ACMS); Karl O. Riley

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON