# 24-3296(L)
# & 25-0119(Con)

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

SANDRA YOUSEFZADEH, *et al.*, NEWTON'S PHARMACY, INC.,
*Plaintiffs-Appellants*,

GWEN THOMAS, RHONDA NITTO,
*Plaintiffs*,

v.

JOHNSON & JOHNSON CONSUMER INC., RB HEALTH (US) LLC, TARGET CORPORATION, BAYER HEALTHCARE, LLC, a Delaware limited liability corporation, WALMART INC., a Delaware corporation, CVS PHARMACY, INC., a Delaware corporation, WALGREEN CO., an Illinois corporation, THE PROCTER & GAMBLE COMPANY, HALEON US HOLDINGS LLC, PUBLIX SUPER MARKETS, INC., AMAZON.COM, INC., AMAZON.COM SERVICES LLC, KENVUE, INC., GLAXOSMITHKLINE LLC, RITE AID CORPORATION, ALBERTSONS COMPANIES, INC., COSTCO WHOLESALE CORP.,
*Defendants-Appellees*,

*(Caption Continued on Inside Cover)*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## SUPPLEMENTAL APPENDIX OF DEFENDANTS-APPELLEES

Jay P. Lefkowitz, P.C.
Jacob M. Rae
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Defendant Haleon US Holdings LLC*

*(Counsel Continued on Inside Cover)*

Andrew Soukup
David M. Zionts
Victoria Stilwell
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

*Attorneys for Defendant The Procter & Gamble Company*

DOES 1-200, GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC, RECKITT BENCKISER LLC, MERCK, MCNEIL CONSUMER HEALTHCARE, SANOFI-AVENTIS U.S. LLC, CHURCH & DWIGHT CO. INC., ASSOCIATED WHOLESALE GROCERS INC, VALU MERCHANDISERS CO., PFIZER INC., PERRIGO COMPANY PLC, HELEN OF TROY LIMITED, DIERBERGS MARKETS, INC., RECKITT BENCKISER PHARMACEUTICALS INC., THE KROGER CO., HARRIS TEETER, LLC, HARRIS TEETER SUPERMARKETS, INC., DOLGENCORP, INC., FAMILY DOLLAR, LLC,

*Defendants.*

Robyn E. Bladow
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, CA 90071
(213) 680-8400

Cole Carter
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-1951

*Attorneys for Defendant Haleon US Holdings LLC*

Hannah Y. Chanoine
Bruce Crawford
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
(212) 326-2000

Amy J. Laurendeau
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-6900

Jason Zarrow
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
(213) 430-6000

*Attorneys for Defendant Johnson & Johnson Consumer Inc.*

Jessica L. Ellsworth
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5886

James L. Bernard
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3121

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
(410) 659-2733

*Attorneys for Defendant RB Health (US) LLC*

Cara D. Edwards
Colleen Carey Gulliver
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
(212) 335-4714

Christopher G. Campbell
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 736-7800

Christopher M. Young
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
(619) 699-4748

*Attorneys for Defendant Bayer HealthCare, LLC*

Nilda Isidro
Dale Rose Goldstein
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200

*Attorneys for Defendants CVS Pharmacy Inc.,*
*Target Corporation, Walgreen Co., and*
*Walmart Inc.*

# TABLE OF CONTENTS

**Page**

Excerpt from Transcript of Oral Argument on Defendants' Motion to
  Dismiss, No. 23-md-03089 (E.D.N.Y. Sept. 23, 2024)............................ SA-1

i

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
                                    :
                                    : 23-MD-03089 (BMC)
                                    :
IN RE:                              :
                                    :
ORAL PHENYLEPHRINE                  : United States Courthouse
MARKETING AND SALES PRACTICES       : Brooklyn, New York
LITIGATION                          :
                                    :
                                    : Monday, September 23, 2024
                                    : 12:00 p.m.
                                    :
                                    :

- - - - - - - - - - - - - - - X


    TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE VIA VIDEO
        BEFORE THE HONORABLE BRIAN M. COGAN
            UNITED STATES DISTRICT JUDGE



                A P P E A R A N C E S:


PEC Members:            DOUGLAS & LONDON, P.C.
                            111 John Street, Suite 1400
                            New York, New York 10038
                        BY: MICHAEL A. LONDON, ESQ. (Chairperson)
                            VIRGINIA E. ANELLO, ESQ.

                        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                            250 Hudson Street, 8th Floor
                            New York, NY 10013
                        BY: JONATHAN D. SELBIN, ESQ.

                        AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
                            17 E Main Street, Suite 200
                            Pensacola, FL 32502
                        BY: BRYAN F. AYLSTOCK, ESQ.
                            JENNIFER M. HOEKSTRA, ESQ.

Court Reporter:  VICTORIA A. TORRES BUTLER, CRR
225 Cadman Plaza East / Brooklyn, NY 11201
VButlerRPR@aol.com
Proceedings recorded by mechanical stenography; transcript produced by Computer-Aided Transcription.

**SA-2**

Proceedings                                                          5

1          (Video teleconference call initiated.)

2          (Judge BRIAN M. COGAN is on the call.)

3          THE COURT:  Okay.  Ms. Townsend, please call the

4    case.

5          THE COURTROOM DEPUTY:  Good morning.

6          In Re: Oral Phenylephrine Marketing and Sales

7    Practices Litigation.

8          Please state the speakers that will be speaking

9    during the oral argument.  Thank you.

10          MR. LONDON:  Good morning, Your Honor.

11          Michael London on behalf of the plaintiffs.  The

12   designated presenters for oral argument and to address any

13   questions by the Court, on behalf of the plaintiffs, will be

14   Michael Sacchet on screen on video and Jonathan Selbin who is

15   on screen and on video.

16          Thank you.

17          THE COURT:  Okay.

18          MR. SOUKUP:  Good morning, Your Honor.

19          This is Andrew Soukup on behalf of defendant

20   Procter & Gamble.

21          With the Court's permission, I will be prepared to

22   address why plaintiff's state law claims should be dismissed

23   on Federal preemption grounds, and Jay Lefkowitz who

24   represents Haleon will be prepared to address why the RICO

25   claims should be dismissed..

Proceedings                                    17

1          THE COURT:  But that is what we are talking about

2    here, right?  We are not just talking about, like, in one of

3    the cases I read, Judge Cote's case, where you are further

4    refining advice on the label.  Here, you're talking about

5    negating the label.  You are wiping it out entirely.  The

6    label says effective.  You are saying ineffective.

7          MR. SACCHET:  Your Honor, I'll need to clarify that

8    point.

9          The final rule goes on to say, which again,

10   defendants make no mention of today, or in their papers,

11   quote, regardless of which alternative a manufacturer uses,

12   FDA regulations require, require, that OTC drug labeling be

13   clear and truthful in all respects, not false and misleading

14   in any particular.

15         That's what the FDA's interpretation of 330.1(c)(2).

16   And I understand that the Supreme Court's overruled Chevron

17   deference, but it has not overruled our deference, and this is

18   the FDA's own interpretation of § 330.1(c)(2).  That is what

19   it means s.  And that is what the FDA said it means in 1986.

20         THE COURT:  If that is true, then what is left of

21   express preemption?

22         MR. SACCHET:  This is a very unique circumstance,

23   Your Honor.  No case that defendants cite invoke §

24   330.1(c)(2).  To my knowledge, we're the only plaintiff that's

25   ever done so.  And 330.1(c)(2) is specific to indications.  It