

O'Melveny & Myers LLP	T: +1 212 326 2000
1301 Avenue of the Americas	F: +1 212 326 2061
Suite 1700	omm.com
New York, NY 10019-6022

June 4, 2025

**Hannah Y. Chanoine**
D: +1 212 326 2128
hchanoine@omm.com

**VIA ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *In Re: Oral Phenylephrine Marketing and Sales Practices Litigation, 24-03296*

Dear Ms. Wolfe:

    I represent Defendant-Appellee Johnson & Johnson Consumer Inc. ("JJCI") in the above-referenced appeal. Pursuant to Federal Rule of Appellate Procedure 26.1, I write to provide a corrected corporate disclosure statement for JJCI. JJCI's prior corporate disclosure in ECF Nos. 123.1 and 129.1 stated that "no corporation owns 10 percent or more of its stock." JJCI wishes to correct that statement to read:

    JJCI is a direct, wholly owned subsidiary of JNTL Holdings 2, Inc., and JNTL Holdings 2, Inc. is a direct, wholly owned subsidiary of Kenvue Inc., a publicly traded corporation. Kenvue Inc. has no parent corporation. Vanguard Group, Inc. and T. Rowe Price Associates, Inc. own more than 10% of Kenvue stock.

    Please contact me should you have any questions. Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  */s/ Hannah Y. Chanoine*
                                  Hannah Y. Chanoine
                                  **O'Melveny & Myers LLP**
                                  1301 Avenue of the Americas
                                  17th Floor
                                  New York, NY 10019
                                  Tel: (212) 326-2000
                                  Fax: (212) 326-2061
                                  Email: hchanoine@omm.com

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo



*Counsel for Defendant-Appellee Johnson & Johnson Consumer Inc.*

cc: All Counsel of Record (via ECF)