# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litig.  Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Isaac Weitzhandler

Firm: Eimer Stahl LLP

Address: 1999 South Bascom Avenue, Suite 1025, Campbell, CA 95008

Telephone: (408) 889-1669   Fax: (312) 692-1718

E-mail: iweitzhandler@eimerstahl.com

Appearance for: Amicus Curiae Chamber of Commerce of the United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Isaac Weitzhandler

Type or Print Name: Isaac Weitzhandler