# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litig.  Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Robert E. Dunn

Firm: Eimer Stahl LLP

Address: 1999 South Bascom Avenue, Suite 1025, Campbell, CA 95008

Telephone: (408) 889-1690  Fax: (312) 692-1718

E-mail: rdunn@eimerstahl.com

Appearance for: Amicus Curiae Chamber of Commerce of the United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☒ Amicus (in support of: Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 3, 2025  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Robert E. Dunn

Type or Print Name: Robert E. Dunn