## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In Re: Oral Phenylephrine Marketing and Sales Practices Lit.  **Docket No.:** 24-3296-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Bryan F. Aylstock

**Firm:** Aylstock Witkin Kreis & Overholtz

**Address:** 17 E. Main Street, Ste. 200, Pensacola, FL 32502

**Telephone:** 850-202-1010   **Fax:** 850-916-7449

**E-mail:** baylstock@awkolaw.com

**Appearance for:** Plaintiffs-Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jonathan D. Selbin/Lieff Cabraser Heimann & Bernstein )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Bryan F. Aylstock

**Type or Print Name:** Bryan F. Aylstock