# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Oral Phenylephrine Marketing and Sales Practices Litigation  Docket No.: 24-3296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Marlene Jaye Goldenberg

Firm: Nigh Goldenberg Raso & Vaughn, PLLC

Address: 14 Ridge Square NW Third Floor Washington DC 20016

Telephone: (202) 978-2228   Fax: (202) 978-2228

E-mail: mgoldenberg@nighgoldenberg.com

Appearance for: Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Aylstock Witkin Kreis Overholtz PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Marlene Goldenberg

Type or Print Name: Marlene Jaye Goldenberg