UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 154

**Caption [use short title]**

**Motion for:** Substituting a Party

In Re: Oral Phenylephrine Marketing and Sales Practice Litigation

Set forth below precise, complete statement of relief sought:

Defendant-Appellee Johnson & Johnson Consumer Inc. moves to substitute Johnson & Johnson Consumer Inc. for Kenvue Brands LLC as the Defendant-Appellee.

**MOVING PARTY:** Johnson & Johnson Consumer Inc.   **OPPOSING PARTY:** N/A

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

**MOVING ATTORNEY:** Hannah Y. Chanoine   **OPPOSING ATTORNEY:**
[name of attorney, with firm, address, phone number and e-mail]

O'Melveny & Myers LLP
1301 Avenue of the Americas, New York, New York 10019
(212) 326-2000; hchanoine@omm.com

**Court- Judge/ Agency appealed from:** E.D.N.Y. - Judge Brian M. Cogan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**
Hannah Chanoine (Digitally signed by Hannah Chanoine, Date: 2025.08.12 21:32:51 -04'00')  **Date:** Aug. 12, 2025  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 24-3296<br><br>On Appeal from: Case No. 1:23-md-03089-BMC |

### DEFENDANT-APPELLEE'S JOHNSON & JOHNSON CONSUMER INC.'S UNOPPOSED MOTION TO SUBSTITUTE A PARTY

Pursuant to Federal Rule of Appellate Procedure 43(b), Defendant-Appellee Johnson & Johnson Consumer Inc. ("JJCI"), by and through undersigned counsel, moves to substitute JJCI for Kenvue Brands LLC ("Kenvue Brands") as the Defendant-Appellee. In support, JJCI states as follows:

1. On October 28, 2024, JJCI underwent a statutory conversion to Kenvue Brands pursuant to section 18-214 of Delaware's Limited Liability Company Act. *See* 6 Del. C. § 18-214 *et seq*. By operation of Section 18-214 of Delaware's Limited Liability Company Act, JJCI converted all of its interests to Kenvue Brands. Section 18-214 provides that a limited liability company converted from a corporation under this section effectively steps into the shoes of the converting corporation for all purposes including rights, property, and liabilities:

> [A]ll of the rights, privileges and powers of the other entity that has converted, . . . as well as all other things and causes of action belonging to such other entity, shall remain vested in the domestic limited liability company to which such other entity has converted and shall be the property of such domestic limited liability company . . . [A]ll debts, liabilities and duties of the other entity that has converted shall remain attached to the domestic limited liability company to which such other entity has converted, and may be enforced against it to the same extent as if said debts, liabilities and duties had originally been incurred or contracted by it in its capacity as a domestic limited liability company.

6 Del. C. § 18-214, subs. (e)-(f).

2. As a result of the conversion, JJCI no longer exists. Delaware law is clear that in this situation the converted entity is effectively the same as the converting entity, and any action against a converting entity may proceed only against the converted entity.

3. Rule 43(b) provides that "[i]f a party needs to be substituted for any reason other than death, the procedure prescribed in Rule 43(a) [which concerns 'Death of a Party'] applies." Fed. R. App. P. 43(b).

4. "[S]ubstitution under Rule 43(b) may be permitted when 'a transfer of interest in the . . . property involved in the suit has occurred.'" *AngioDynamics, Inc. v. Biolitec, Inc.*, 775 F.3d 550, 555 (2d Cir. 2015) (quoting *Ala. Power Co. v. Interstate Commerce Com.*, 852 F.2d 1361, 1366 (D.C. Cir.). This Court has granted unopposed motions to substitute parties previously. *See Name.Space, Inc. v.*

*Network Sols., Inc.*, 202 F.3d 573, 578 (2d Cir. 2000) (recounting that the Second Circuit "granted Name.Space's unopposed motion to substitute parties pursuant to Rule 43(b)"); *Dresser-Rand Company, v. Petroleos De Venezuela, S.A.*, Case No. 22-47, ECF No. 80, (2d Cir. Feb. 15, 2023).

5. Here, because JJCI converted all of its interests to Kenvue Brands, including its interest in this litigation as well as JJCI's businesses affected by the conduct complained of in this litigation, Kenvue Brands is now the proper Defendant-Appellee and should be substituted accordingly pursuant to Fed. R. App. P. 43(b).

6. Plaintiffs-Appellants will not suffer any prejudice from a substitution of JJCI for Kenvue Brands. JJCI's potential debts, liabilities, and duties for Plaintiffs-Appellants' lawsuit are now attached to Kenvue Brands and may be enforced against it to the same extent as if said debts, liabilities, and duties had originally been incurred or contracted by Kenvue Brands. To the extent that JJCI previously possessed institutional knowledge, documents, records, and control over witnesses that would enable JJCI to directly respond to discovery if the Second Circuit remands the case, Kenvue Brands now possesses that same degree of institutional knowledge, documents, records and control over witnesses.

7. Undersigned counsel for JJCI also represents Kenvue Brands.

8. Pursuant to Local Rule 27.1(b), undersigned counsel contacted counsel for Plaintiffs-Appellants via e-mail to advise them of the relief sought by this motion and request their position and whether they intended to file a response to the motion. Counsel for Plaintiffs-Appellants confirmed via e-mail on August 12, 2025 that they do not object to the Motion and that they do not intend to file a response.

Accordingly, JJCI respectfully requests that the Motion be granted.

- 5 -

Dated: August 12, 2025　　　　　　**O'MELVENY & MYERS LLP**

*/s/ Hannah Y. Chanoine*
Hannah Y. Chanoine
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th Floor
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Counsel for Johnson & Johnson Consumer Inc. and Kenvue, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing **DEFENDANT-APPELLEE'S JOHNSON & JOHNSON CONSUMER INC.'S UNOPPOSED MOTION TO SUBSTITUTE A PARTY** to be served on all parties via the Court's CM/ECF system on August 12, 2025.

Dated: August 12, 2025

O'MELVENY & MYERS LLP

By: */s/ Hannah Y. Chanoine*
Hannah Y. Chanoine
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th Floor
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the type-volume limit of Federal Rule of Appellate Procedure 27 because, excluding the parts of the document exempted by Rule 32(f), this document contains 693 words as counted by the word-processing software used to create the brief. I further certify that this document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared using Times New Roman 14-point font.

Dated: August 12, 2025

O'MELVENY & MYERS LLP

By: */s/ Hannah Y. Chanoine*
Hannah Y. Chanoine
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th Floor
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com