UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

```
------------------------------------------------------------------- x
                                                                    :
                                                                    :
IN RE: ORAL PHENYLEPHRINE                                           :
MARKETING AND SALES PRACTICES                                       :    Case No. 24-3296
LITIGATION                                                          :
                                                                    :
                                                                    :
------------------------------------------------------------------- x
```

**NOTICE OF WITHDRAWAL OF COUNSEL**

    PLEASE TAKE NOTICE that Mark J. Lesko of La Pinta, Lesko & Miskiewicz P.C., hereby withdraws as counsel for Defendants-Appellees: Albertsons Companies, Inc.; CVS Pharmacy Inc.; Target Corporation; Rite Aid Corporation; Costco Wholesale Corp.; Walgreen Co.; and Walmart Inc. All pleadings, orders, and other papers should continue to be served to counsel of record at Greenberg Traurig, LLP. The Court and counsel for parties are respectfully requested to remove Mark J. Lesko, as he is no longer with Greenberg Traurig, LLP, from the service list for this action.

Dated: August 13, 2025
       Hauppauge, New York

                                              Respectfully submitted,

                                              **LA PINTA, LESKO & MISKIEWICZ P.C.**

                                              By:     s/ *Mark J. Lesko*
                                                       Mark J. Lesko
                                                       200 Vanderbilt Motor Parkway
                                                       Suite C-17
                                                       Hauppauge, New York 11788
                                                       mlesko@lapintalesko.com

TO:     All Counsel of Record (By ECF)