# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-five.

Before:     Maria Araújo Kahn,
                *Circuit Judge.*

_____

Sandra Yousefzadeh, et al., Newton's Pharmacy, Inc.,

        Plaintiffs-Appellants,

  v.

Johnson & Johnson Consumer Inc., RB Health (US) LLC, Target Corporation, Bayer Healthcare, LLC, a Delaware limited liability corporation, Walmart Inc., a Delaware corporation, CVS Pharmacy, Inc., a Delaware corporation, Walgreen Co., an Illinois corporation, The Procter & Gamble Company, Haleon US Holdings LLC, Publix Super Markets, Inc., Amazon.com, Inc., Amazon.com Services LLC, Kenvue, Inc., GlaxoSmithKline LLC, Rite Aid Corporation, Albertsons Companies, Inc., Costco Wholesale Corp.,

        Defendants-Appellees.
_____

**ORDER**

Docket Nos. 24-3296(L), 25-119(Con)

    Johnson & Johnson Consumer Inc. moves pursuant to FRAP 43(b), to be substituted by Kenvue Brands LLC as a defendant-appellee.

    IT IS HEREBY ORDERED that the motion for substitution is GRANTED.

                                           For the Court**:**
                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court