**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**David M. Zionts**

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5987
dzionts@cov.com

**Via ACMS**                                          September 29, 2025

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *In re: Oral Phenylephrine Marketing and Sales Practice Litig.*,
      **No 24-3296**

Dear Ms. O'Hagan Wolfe:

I will be presenting argument on behalf of the Defendants-Appellees in appeal number 24-3296. I write to inform the Court that I am unavailable for argument during the period of January 5-16.

Respectfully submitted,

*/s/ David M. Zionts*

*Counsel for Defendant-Appellee
The Procter & Gamble Company*

cc:   All counsel of record (via ACMS)