Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

January 13, 2026

**BY ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *In re Oral Phenylephrine Marketing and Sales Practices Litigation*, No. 25-119*

Dear Ms. Wolfe:

On January 7, 2026, this Court scheduled oral argument in *In re Oral Phenylephrine Marketing and Sales Practices Litigation*. As currently scheduled, the argument covers two consolidated cases: No. 24-3296 and No. 25-119. Because Appellant in No. 25-119 has opted to submit its appeal without appearing for oral argument, Defendants-Appellees believe this appeal can be resolved without oral argument. Defendants-Appellees therefore respectfully request that No. 25-119 be submitted on the briefs without oral argument.

Respectfully submitted,

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth

*Counsel for Defendant-Appellee*
*RB Health (US) LLC*

cc: All counsel of record (via ACMS)

* This letter is submitted on behalf of Defendants-Appellees that were party to the Response Brief for Defendants-Appellees (ECF No. 129.1).

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. For more information see www.hoganlovells.com.