# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty-six.

Before:      Reena Raggi,
             Denny Chin,
             Myrna Pérez,
                  *Circuit Judges*.

_____

Sandra Yousefzadeh, et al., Newton's Pharmacy, Inc.,

          Plaintiffs-Appellants,

Gwen Thomas, Rhonda Nitto,

          Plaintiffs,

  v.

Johnson & Johnson Consumer Inc., RB Health (US) LLC, Target Corporation, Bayer Healthcare, LLC, a Delaware limited liability corporation, Walmart Inc., a Delaware corporation, CVS Pharmacy, Inc., a Delaware corporation, Walgreen Co., an Illinois corporation, The Procter & Gamble Company, Haleon US Holdings LLC, Publix Super Markets, Inc., Amazon.com, Inc., Amazon.com Services LLC, Kenvue, Inc., GlaxoSmithKline LLC, Rite Aid Corporation, Albertsons Companies, Inc., Costco Wholesale Corp.,

          Defendants-Appellees,

Does 1-200, GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, Reckitt Benckiser LLC, Merck, McNeil Consumer Healthcare, Sanofi-Aventis U.S. LLC, Church & Dwight Co. Inc., Associated Wholesale Grocers Inc, Valu Merchandisers Co., Pfizer Inc., Perrigo

**JUDGMENT**

Docket Nos. 24-3296 (L), 25-119 (Con)

Company PLC, Helen of Troy Limited, Dierbergs
Markets, Inc., Reckitt Benckiser Pharmaceuticals
Inc., The Kroger Co., Harris Teeter, LLC, Harris
Teeter Supermarkets, Inc., Dolgencorp, Inc.,
Family Dollar, LLC.,

        Defendants.

_____

      The appeals in the above captioned cases from orders and judgment of the United States District Court for the Eastern District of New York were argued on the district court's record and the parties' briefs.

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's entry of judgment for Defendant Manufacturers on all state law claims except for the Maximum Strength claims and the brand-name NDA drug claims is AFFIRMED, the district court's dismissal of the Maximum Strength claims and the brand-name NDA drug claims is VACATED, the district court's entry of judgment for Defendant Manufacturers on the civil RICO claim is AFFIRMED, the district court's denial of Newton's Pharmacy, Inc.'s motion for reconsideration is AFFIRMED, and the cases are REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court